IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv01891

LYNN GARZA,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Defendant.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1) D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2) Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3) D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

____________ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

_____***X***_______ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

*/s/ J. Anthony Vessel (by permission)*
J. Anthony Vessel, Esq.
MARC WHITEHEAD & ASSOCIATES
403 Heights Blvd
Houston, Texas 77007
Main: (713) 228-8888
Email: anthony@mrcwhiteheac.com

***Counsel for Plaintiff Jan Mason***

*/s/ Iwana Rademaekers*
Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Email: iwana@rademaekerslaw.com

***Counsel for Defendant Lincoln Life Assurance Company of Boston***