IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-01891-DDD-NRN | Date: November 22, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| LYNN GARZA, | John Vessel |
| Plaintiff, | |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | Iwana Rademaekers |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**9:29 a.m. Court in session.**

Court calls case. Appearances of counsel. Court reviews the proposed Civil Case Scheduling Order in an ERISA Action.

**ORDERED:** The Civil Case Scheduling Order in an ERISA Action is approved.

Discussion regarding settlement.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues. If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**9:40 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:11

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.