IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01891-DDD-NRN

LYNN GARZA,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Defendant.

---

**CIVIL CASE SCHEDULING ORDER IN AN ERISA ACTION**

---

The parties submit the following scheduling order this case under 29 U.S.C. § 1132(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA").

**1. Jurisdiction.** The parties agree that ERISA governs this case. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132(e)(1) & 1132(f). Venue is proper before the Court pursuant to 28 U.S.C. § 1391(a) & (b) and 29 U.S.C. §1132(e)(2).

**2. Consent.** All parties have ___ have not _X_ consented to the exercise of jurisdiction of a Magistrate Judge.

**3. Scheduling Conference.** The Scheduling Conference may be vacated provided the parties file at least seven (7) days in advance of the Conference a joint motion attaching their proposed ERISA Scheduling Order and requesting the Court vacate the Scheduling Conference.

**4. Standard of Review.** The parties agree that the Court will decide the case under the de novo standard of review.

**5. Discovery.** Unless the parties have indicated in section 4 above that they do not need discovery, they may serve discovery requests consistent with the principles that the Tenth Circuit has established in *Murphy v. Deloitte & Touche Group Ins. Plan*, 619 F.3d 1151, 1162 (10th Cir. 2010) (arbitrary and capricious standard of review); *Jewell v. Life Ins. Co. of N. Am.*, 508 F.3d 1303 (10th Cir. 2010), *cert. denied*, 553 U.S. 1079 (2008) (*de novo* standard of review). If the parties disagree over the permissibility of any discovery request, they will attempt to resolve the dispute by conferring pursuant to D.C.COLO.LCivR 7.1.A. If the parties cannot resolve their dispute, the parties then will bring the dispute before the Court for resolution. The deadline for submission of any motion regarding discovery is **February 4, 2023**. This provision is not intended to alter any judicial officer's practice standards regarding the filing of discovery motions.

**6. Settlement.** The parties certify that, as required by Fed. R. Civ. P. 26(f), they have discussed the possibilities for a prompt settlement or resolution of the case by alternate dispute resolution. The Court directs the parties to file a status report concerning settlement five business days prior to the deadline for filing the opening brief on the merits.

**7. Proposed Schedule.--**The parties propose the following schedule in this case:

| | | |
|---|---|---|
| (a) | November 4, 2022 | Defendant produces bates stamped administrative record to plaintiff. |
| (b) | January 5, 2023 | Discovery cut off. |
| (c) | March 2, 2023 | Deadline for motion to supplement the administrative record. |
| (d) | April 6, 2023 | Defendant submits copy of the administrative record to the Court. |
| (e) | May 4, 2023 | Plaintiff's opening brief on the merits. |
| (f) | June 1, 2023 | Defendant's response brief on the merits. |

(g) June 22, 2023 Plaintiff's reply brief on the merits.

(h) July 6, 2023 Joint Motion for Determination.

[*Note: The parties should be prepared to have the case submitted to the Court no later than approximately one year after filing of the action.*]

DATED this 22nd day of November 2022.

BY THE COURT:

N. Reid Neureiter

N. Reid Neureiter
U.S. Magistrate Judge

APPROVED.

*/s/ J. Anthony Vessel (by permission)*
J. Anthony Vessel, Esq.
MARC WHITEHEAD & ASSOCIATES
403 Heights Blvd
Houston, Texas 77007
Main: (713) 228-8888
Email: anthony@mrcwhiteheac.com

***Counsel for Plaintiff***

*/s/ Iwana Rademaekers*
Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Email: iwana@rademaekerslaw.com

***Counsel for Defendant***