IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv01891

LYNN GARZA,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Defendant.

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company f/k/a Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston[1] files Defendant's Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on November 22, 2022 (Document 13).

1. Group Disability Income Policy Liberty/Garza 0001-0065);
2. December 21, 2021, correspondence containing decision on appeal (Liberty/Garza 0118-0127);
3. The Administrative Record (Liberty/Garza 0066-0117, 0128-2142, and 2144-2378).[2]

Dated this 6th day of April.

---

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant life insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

[2] The document labeled Liberty/Garza 2143 was produced by Defendant to Plaintiff and labeled as part of Defendant's claim file concerning this claim. However, this page has been removed from Exhibit 3 as this document pertaining to another patient was inadvertently submitted and is not part of this administrative record.

Respectfully submitted,

*/s/ Iwana Rademaekers*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that on April 6, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

***Counsel For Plaintiff:***
J. Anthony Vessel
Email: anthony@marcwhitehead.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers