**Claim Coversheet Report**

Find Clear Print Save New Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 8820045 Claim Last Updated 12/30/2021 Printed On 8/15/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | LYNN GARZA | SSN | | Birth Date | |
| Address | | Salary Amount $ | 8358.13 | Mode | M |
| | | Date of Hire | 10/30/2014 | | |
| | | Last Work Date | 10/09/2018 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Light | | |

JobDesc NURSE PRACTITIONER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 03/18/2019 |
| Disability Date | 10/10/2018 | Close Date | 04/08/2021 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 05/04/2039 | RTW FT / PT | |
| Ben Begin Date | 04/08/2019 | Apprv Thru Date | 04/07/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc M79.642 Pain in left hand

Diagnosis 2 Code/Desc F33.9 Major depressive disorder, recurrent, unspecified

Policyholder Information

Customer ID 06 - 061065 SISTERS OF CHARITY LEAVENWORTH

Subsidiary 6650 CARITAS CLINICS

Location 51211000 CCL-CLINIC-DUCHESNE

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 04/01/2018

Class 3B ALL ACTIVE, FULL-TIME AND PART-TIME ASSOCIATES OF THE EMPLOYER, EXCLU

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 3B | 11/01/2014 |
| PD | 01 | STD | 2B | 11/01/2014 |

Additional Information:



EXHIBIT

3, part 1

**Note Report**

Report Clear Print Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

***Claim/Event/Leave Number** 8820045 **Accommodation Number**

**Note type:**

| Primary Sort Order | Sec |
|---|---|
| Note Type | ● |
| Note Number | |
| ● Note Date/Time | |
| Accm. No. | |

**08/15/2022 9:48 AM - CLAIM Note 165**
Claim/Event/Leave: 8820045
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [08/15/2022 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**02/17/2022 4:04 PM - PHONE Note 45**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : RETURNED VM
Text: [02/17/2022 - BEST, LINDA]RECEIVED VM FROM THE CLMNT LEFT AT 1:50AM ON 2/17/2022 REQUESTING A RETURN CALL -- RETURNED THE CALL TO -- I LEFT MESSAGE ON VM REQUESTING A RETURN CALL IF SHE HAD ADDITIONAL QUESTIONS OR CONCERNS

**02/17/2022 2:25 PM - OVERPMT Note 11**
Claim/Event/Leave: 8820045
NoteSubject : OP/Ck Adj
Other Subject :
Text: [02/17/2022 - BEST, LINDA]RECEIVED EMAIL FROM THE CLMNT REQUESTING A PIF LETTER --- SENT PAID IN FULL LETTER TO THE CLMNT FOR OP RECOVERY RECEIVED ON 10/7/2021

**01/21/2022 11:32 AM - CLAIM Note 164**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : LETTER FROM ATTY
Text: [01/21/2022 - TOOMASI, YASMINE]RECD LETTER FROM ATTY DATED 01/20/2022 FOR ADDITIONAL REVIEW - RESPONDED TO LETTER ADVISING ADMINISTRATIVE REVIEW IS EXHAUSTED AND NO FURTHER REVIEW WILL BE DONE.

**01/05/2022 7:21 AM - CLAIM Note 163**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : FILE COPY
Text: [01/05/2022 - KEEFER, DAWN]REQUEST TO RESEND HAS BEEN COMPLETED AND SENT TO THE EMAIL ADDRESS PROVIDED AGGIE@MARCWHITEHEAD.COM

**12/31/2021 8:38 AM - CLAIM Note 162**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : FILE COPY
Text: [12/31/2021 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED AGGIE@MARCWHITEHEAD.COM

**12/30/2021 2:41 PM - CLAIM Note 161**
Claim/Event/Leave: 8820045
NoteSubject : LTR to Atty
Other Subject :
Text: [12/30/2021 - AVRETT, MARY]PREPARED RESPONSE TO ATTORNEY WHITEHEAD AND REQUEST FOR COMPLETE COPY FILE TO BE FORWARDED TO HIS OFFICE. REQUEST TO HO TO COMPLETE REQUEST.

**12/29/2021 3:26 PM - CLAIM Note 160**
Claim/Event/Leave: 8820045
NoteSubiect : Other

NoteSubject : Other
Other Subject : ATTORNEY LTR
Text: [12/29/2021 - AVRETT, MARY]RECEIVED AND REVIEWED LETTER FROM ATTORNEY DATED 12/27/21

**12/21/2021 1:13 PM - CLAIM Note 159**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : ER NOTIFICATION
Text: [12/21/2021 - TOOMASI, YASMINE]EMAILED ER APPEAL DECISION

**12/21/2021 1:08 PM - CLAIM Note 158**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : UPHOLD
Text: [12/21/2021 - TOOMASI, YASMINE]APPEAL REVIEW COMPLETED AND FILE IS BEING UH - CLAIM CLOSED AS OF 04/08/2021 FOR ANY OCC. ON APPEAL RECD RECORDS FROM MULTIPLE PROVIDERS - SENT FOR PM&R REVIEW AND R & L OUTLINED - TSA WAS COMPLETED WHICH IDENTIFIED ALTOCCS. R2R SENT TO ATTORNEY AND ADDITIONAL RECORDS WERE RECD. SENT FILE BACK FOR PM&R ADDENDUM AND R & L WERE UPDATED THEREFORE SENT FILE FOR TSA AND 2 ALT OCCS WERE IDENTIFIED. CLAIMANT WAS AT MAX M/N. THEREFORE PROCEEDING WITH UH.

**12/16/2021 3:14 PM - CLAIM Note 157**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/16/2021 - HERTERICH, KIMBERLY]INVOICE DATED 12/9/2021 FROM EXAM COORDINATORS NETWORK . INV #BOCA 124830 IN THE AMT OF $248.98 FOR PEER REVIEW BY SOLOMON ROJHANI WITH A SPECIALTY IN PM&R. INVOICE PAID IN FULL.

**12/16/2021 3:08 PM - CLAIM Note 156**
Claim/Event/Leave: 8820045
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [12/16/2021 - ASHWORTH, LORI]BASED ON THESE UPDATED CAPACITIES, THE PREVIOUSLY IDENTIFIED OCCUPATIONS OF DIRECTOR, NURSES REGISTRY ($6541/MONTH) AND CARDIAC MONITOR TECHNICIAN ($4924/MONTH) REMAIN VIABLE.

**12/15/2021 8:52 PM - CLAIM Note 155**
Claim/Event/Leave: 8820045
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/15/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**12/14/2021 8:51 PM - CLAIM Note 154**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/14/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**12/14/2021 3:31 PM - CLAIM Note 153**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject :
Text: [12/14/2021 - TOOMASI, YASMINE]REFERRED TO VOC FOR TSA

**12/14/2021 3:23 PM - CLAIM Note 152**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : PM&R INVOICE
Text: [12/14/2021 - TOOMASI, YASMINE]RECD PM&R INVOICE - SENT FOR PROCESSING.

**12/14/2021 3:19 PM - CLAIM Note 151**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject :
Text: [12/14/2021 - TOOMASI, YASMINE]RECD PM&R ADDENDUM WITH UPDATED R & L

**12/03/2021 11:26 AM - CLAIM Note 150**
Claim/Event/Leave: 8820045
NoteSubject : LTR to EE
Other Subject :
Text: [12/03/2021 - TOOMASI, YASMINE]SENT FILE FOR PM&R ADDENDUM WITH ECN

**12/02/2021 1:18 PM - CLAIM Note 149**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : ATTORNEY

Text: [12/02/2021 - KENNEDY, CHENTA]RECVD FAXED RESPONSE FROM ATTORNEY- FORWARD TO ARU FOR REVIEW

**11/12/2021 8:45 AM - CLAIM Note 148**
Claim/Event/Leave: 8820045
NoteSubject : LTR to EE
Other Subject :
Text: [11/12/2021 - TOOMASI, YASMINE]SENT R2R WITH MEDICAL AND VOCATIONAL REVIEW TO ATTY - RESPONSE DUE BY 12/02/2021

**11/11/2021 3:37 PM - CLAIM Note 147**
Claim/Event/Leave: 8820045
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [11/11/2021 - ASHWORTH, LORI]VCM RECEIVED THIS FILE FOR A TSA UPDATE TO ONE PREVIOUSLY PERFORMED BY JASON MILLER, ED.M., CRC ON 2/9/2021. PLEASE SEE THIS TSA REPORT FOR COMPLETE DETAILS REGARDING DEMOGRAPHICS, CAPACITIES UTILIZED, EDUCATION, WORK HISTORY, TRANSFERABLE SKILLS AND ALTERNATIVE OCCUPATIONS WITH ACCOMPANYING WAGES. BY WAY OF SUMMARY, EE IS A 49-YEAR-OLD NURSE PRACTITIONER WITH A MASTERS DEGREE AS WELL AS A BACHELOR S DEGREE IN NURSING AND LICENSED AMERICAN ACADEMY OF NURSE PRACTITIONERS. EE INDICATED COMPUTER SKILLS INCLUDE EMAIL AND INTERNET. THE FOLLOWING WORK HISTORY: EE WAS A NURSE PRACTITIONER FOR 4 YEARS. AS NOTED IN THE TSA BY JASON MILLER, ED.M., IT IS PRESUMED THE INSURED WORK OR, AT THE VERY LEAST, HAS ENTRY-LEVEL NURSING EXPERIENCE PRIOR TO HER NURSE PRACTITIONER EXPERIENCE, ESPECIALLY IN LIGHT OF HER BSN. THEREFORE, THIS OCCUPATION WAS INCLUDED TO OBTAIN SKILLS FROM IT FOR TRANSFERABILITY. NO ADDITIONAL RESUME OR BACKGROUND WORK HISTORY HAS BEEN ADDED SINCE THE ORIGINAL TSA WAS COMPLETED AND THIS VCM IS IN AGREEMENT THAT IT IS REASONABLE TO INCLUDE THE TASKS AND DUTY OF A GENERAL DUTY NURSE TO CAPTURE THE EE FULL TRANSFERABILITY. ALTERNATIVE OCCUPATIONS IDENTIFIED WITHIN THE TSA INCLUDED: DIRECTOR, NURSESREGISTRY, CARDIAC MONITOR TECHNICIAN, HOLTER SCANNING TECHNICIAN, ADMITTING OFFICER, NURSE CASE MANAGER, TELEPHONIC TRIAGE NURSE, TELEPHONIC ADVICE NURSE, UTILIZATION REVIEW NURSE. ALSO REVIEWED WAS THE OCCUPATIONAL ANALYSIS COMPLETED BY JESSICA DOUGHERTY, MS, CRC DATED 3/27/2019. I HAVE BEEN ASKED TO UTILIZE RESTRICTIONS AND LIMITATIONS FROM PEER REVIEW BY SOLOMON ROJHANI, MD DATED 10/28/2021. IMPORTANT TO NOTE IS THE FACT THAT THE EE IS LEFT HAND DOMINANT. BASED ON THESE UPDATED CAPACITIES, THE PREVIOUSLY IDENTIFIED OCCUPATIONS OF DIRECTOR, NURSES REGISTRY ($6541/MONTH), CARDIAC MONITOR TECHNICIAN ($4924/MONTH). WAGE DATA HAS BEEN UPDATED BASED ON MEDIAN 2020 NATIONAL DATA FROM THE BUREAU OF LABOR STATISTICS. HOLTER SCANNINGTECHNICIAN HAS BEEN PRECLUDED DUE TO THE REQUIREMENT OF FREQUENT REACHING IN ALL PLANES, FREQUENT HANDLING AND FINGERING WHEREAS THE EE CAN ONLY PERFORM THESE OCCASIONAL WITH LEFT DOMINANT EXTREMITY. ADMITTING OFFICER HAS BEEN PRECLUDED DUE TO THE REQUIREMENT OF FREQUENT FINGERING WHEREAS THE EE IS RESTRICTED TO OCCASIONAL FINGERING. NURSE CASE MANAGER, TELEPHONIC TRIAGE NURSE, TELEPHONIC ADVICE NURSE AND UTILIZATION REVIEW NURSE HAVE EACH BEEN PRECLUDED GIVEN THE NEED FOR FREQUENT FINGERING/KEYBOARDING EXCEEDING THE RESTRICTION OF OCCASIONAL.

**11/10/2021 8:52 PM - CLAIM Note 146**
Claim/Event/Leave: 8820045
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 11/10/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**11/03/2021 2:24 PM - CLAIM Note 145**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/03/2021 - SPRAGUE, TAYLA]INVOICE DATED 10/28/21 FROM ECN INV#BOCA121388 IN THE AMT OF $1526.33 FOR PEER REVIEW BY SOLOMON ROJHANI-PHYSICAL MEDICINE&REHAB INVOICE PAID IN FULL.

**11/02/2021 8:53 PM - CLAIM Note 144**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 11/2/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**11/02/2021 12:38 PM - CLAIM Note 143**
Claim/Event/Leave: 8820045
NoteSubject : LTR to EE
Other Subject :
Text: [11/02/2021 - TOOMASI, YASMINE]SENT GENERAL NOTICE OF REFERRAL LETTER TO ATTY - UNDER VOC REVIEW AND UPDATE BY 12/01/2021 *DAY 60*

**11/02/2021 12:28 PM - CLAIM Note 142**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : PM&R REVIEW
Text: [11/02/2021 - TOOMASI, YASMINE]RECD PM&R REVIEW - R & L OUTLINED - SENDING TO HAVE TSA DONE.

**11/02/2021 12:15 PM - CLAIM Note 141**
Claim/Event/Leave: 8820045
NoteSubject : Other

NoteSubject : Other
Other Subject : INVOICE
Text: [11/02/2021 - TOOMASI, YASMINE]RECD INVOICE FROM ECN - SENT FOR PROCESSING

**10/15/2021 3:06 PM - OVERPMT Note 10**
Claim/Event/Leave: 8820045
NoteSubject : OP/Refund
Other Subject : PAID IN FULL
Text: [10/15/2021 - CHAPUT, CHRISTINE]SSDI PAID IN FULL[10/15/2021 - CHAPUT, CHRISTINE]COLLECTIONS NOTIFIED

**10/14/2021 8:52 PM - CLAIM Note 140**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/14/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**10/13/2021 9:27 AM - CLAIM Note 139**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : PM&R
Text: [10/13/2021 - TOOMASI, YASMINE]SENT FILE THROUGH CRT FOR PM&R REVIEW.

**10/12/2021 4:02 PM - CLAIM Note 138**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : MULTIPLE PROVIDERS
Text: [10/12/2021 - TOOMASI, YASMINE]RECD MEDS FROM MULTIPLE PROVIDERS, IN DOC LIST.

**10/06/2021 3:42 PM - PHONE Note 44**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject : ATTY
Text: [10/06/2021 - TOOMASI, YASMINE]CALLED AND SPOKE WITH GEORGIA, PARALEGAL AND CONFIRMED THAT MEDS WERE SENT VIA FED EX SO ARC SHOULD RECEIVE THEM SOON AND ONCE THEY ARE RECD CAN BEGIN APPEAL REVIEW. THANKED GEORGIA AND ENDED PC.

**10/06/2021 10:22 AM - CLAIM Note 137**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [10/06/2021 - AVERILL, REBECCA]RECVD COMPLETE APPEAL AND EXHIBITS FROM MARC WHITEHEAD & ASSOCIATES. ASSIGNED TO COURTNEY GRYGIEL, ASSIGNMENT W/O TOLLING LETTER SENT, NO TOLLING OR EXTENSION.[10/06/2021 - AVERILL, REBECCA]*****REASSIGNED TO YASMINE TOOMASI******

**10/05/2021 7:37 PM - OVERPMT Note 9**
Claim/Event/Leave: 8820045
NoteSubject : OP/Ck Adj
Other Subject :
Text: [10/05/2021 - BEST, LINDA]SENT EMAIL TO COLLECTIONS VENDOR REQUESTING THEY DO NOT PURSUE THE OP AS LINOCLN HAS RECOVERED OP VIA ACH DEBIT

**10/05/2021 7:32 PM - OVERPMT Note 8**
Claim/Event/Leave: 8820045
NoteSubject : OP/Ck Adj
Other Subject : ACH PAYMENT
Text: [10/05/2021 - BEST, LINDA]SPOKE WITH LYNN GARZA AND CONFIRMED THEY ARE AN AUTHORIZED SIGNER ON THE ACCOUNT. THEY AGREED TO PROCESS A ONE TIME ACH DEBIT FROM THEIR CHECKING ACCOUNT IN THE AMOUNT OF $54,796.17 ON 10/05/21. THIS ONE TIME ACH DEBIT WILLBE TAKEN FROM USAA CHECKING ACCOUNT # ROUTING # COMPLETED THE ACH DEBIT REQUEST THROUGH THE TREASURY SYSTEM AND SENT TO THE MANAGER FOR APPROVAL.

**10/05/2021 7:32 PM - PHONE Note 43**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject : RETURNED VM
Text: [10/05/2021 - BEST, LINDA]RECEIVED VM FROM THE CLMNT LEFT AT 3:44PM ON 10/4/2021 REQUESTING A RETURN CALL -- RETURNED CALL TO --- RECEIVED LETTER IN REGARDS TO OVERPAYMENT - SHE STATED SHE RECEIVED THE LETTER HOWEVER, IT DID NOT HAVEACH FORM ATTACHED. SHE STATED SHE WOULD LIKE TO MAKE A ACH PAYMENT AUTH OVER THE PHONE. I STATED I COULD TAKE THE INFORMATION NEEDED TO DO THAT OVER THE PHONE -- I CONFIRMED THE INFORMATION NEEDED TO PROCESS THE ACH TRANSATION - THE CLMNT THANKED MEAND WE ENDED THE CONVERSATION

**10/05/2021 10:02 AM - CLAIM Note 136**
Claim/Event/Leave: 8820045
NoteSubject : Appeal

Other Subject : ATTORNEY
Text: [10/05/2021 - KENNEDY, CHENTA]REVD APPEAL LETTER FORWARD TO ARU FOR REVIEW

**10/05/2021 9:58 AM - CLAIM Note 135**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : ATTORNEY
Text: [10/05/2021 - KENNEDY, CHENTA]RECVD LETTER FOR APPEAL 17 PGS NOTES MEDICAL IS FORTH COMING- ACTION PLAN- FORWARD TO ARU

**09/27/2021 8:51 PM - CLAIM Note 134**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO HEATHER O'TOOLE MURPHY.

**09/27/2021 8:51 PM - CLAIM Note 133**
Claim/Event/Leave: 8820045
NoteSubject : OP/Collections
Other Subject : SCORE REFERRAL
Text: 9/27/2021 - REFERRED TO COLLECTIONS UNIT FOR FINANCIAL AND COLLECTION SERVICES.

**09/27/2021 12:29 PM - OVERPMT Note 7**
Claim/Event/Leave: 8820045
NoteSubject : OP/Collections
Other Subject :
Text: [09/27/2021 - BEST, LINDA]OVERPAYMENT DUE IN THE AMOUNT OF $54,796.17 --- SENT OP LTR TO THE CLMNT ON 7/1/2021 WITH SECOND LETTER SENT ON 8/16/2021 - SENT ADDITIONAL REQUEST VIA FAX ON 9/13/2021 -- TO DATE NO RECOVERY OR REPAYMENT PLAN SET UP - COMPLETED SCORE REFERRAL TO COLLECTIONS VENDOR FOR ONGOING RECOVERY - FRS REFERRAL TRANSFERRED TO MAINTENANCE TO MONITOR ONGOING RECOVERY

**09/13/2021 5:13 PM - OVERPMT Note 6**
Claim/Event/Leave: 8820045
NoteSubject : OP/SS
Other Subject : 3RD OP ATTEMPT
Text: [09/13/2021 - BEST, LINDA]SENT 3RD OP NOTICE VIA FAX TO THE CLMNT'S ATTORNEY REQUESTING OP BALANCE DUE OF $54796.17 -- F/U SET TO MONITOR FOR RECOVERY

**08/16/2021 9:27 PM - OVERPMT Note 5**
Claim/Event/Leave: 8820045
NoteSubject : OP/2nd Notice
Other Subject :
Text: [08/16/2021 - BEST, LINDA]SENT 2ND OP LTR TO THE CLMNT'S ATTORNEY REQUESTING REPAYMENT - F/U SET TO MONITOR FOR RECOVERY

**08/16/2021 9:16 PM - OVERPMT Note 4**
Claim/Event/Leave: 8820045
NoteSubject : OP/SS
Other Subject : B&B CEASING RECOVERY
Text: [08/16/2021 - BEST, LINDA]RECEIVED EMAIL FROM: MOLLY MURRAY <MMURRAY@BBABSENCE.COM> SENT: MONDAY, AUGUST 16, 2021 5:02 PM TO: BEST, LINDA <LINDA.BEST@LFG.COM> SUBJECT: RE: LTD CLAIM 8820045 - LYNN GARZA ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** HI LINDA, GOOD AFTERNOON, PLEASE BE ADVISED I WANTED TO UPDATE YOU IN REGARDS TO THE OVERPAYMENT BALANCE. THE CLAIMANT IS WORKING WITH AN ATTORNEY AND DOES NOT WANT US TO SPEAK TOTHEM DIRECTLY. I HAVE NOTIFIED THE ATTORNEY BUT HAVE NOT HEARD BACK. PLEASE ADVISE IF YOU HEARD BACK FROM THEIR ATTORNEY ON THE OVERPAYMENT. PLEASE NOTE OUR OFFICE WILL CEASE RECOVERY DUE TO SHE DOES NOT WANT TO BE CONTACTED. THANK YOU.MOLLY MURRAY REIMBURSEMENT FACILITATION SPECIALIST MMURRAY@BBABSENCE.COM O (877) 261-1947 EXT.8727 F (877) 797-1612 BROWN & BROWN ABSENCE SERVICES GROUP, LLC (NYSE: BRO) 300 NORTH BEACH STREET DAYTONA BEACH, FLORIDA 32114

**08/04/2021 12:14 PM - PHONE Note 42**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : F/U ON OP
Text: [08/04/2021 - BEST, LINDA]RECEIVED CALL FROM THE CLMNT WHO STATED SHE RECEIVED MY OP LTR -SHE WANTED TO VERIFY THE ADDRESS TO SEND IN REFUND PAYMENT -- I STATED WOULD EMAIL ADDRESS TO HER. (EMAIL SEND TO CLMNT'S EMAIL ADDRESS ON FILE) CALL WAS ENDED

**07/30/2021 11:39 AM - CLAIM Note 132**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : FILE COPY
Text: [07/30/2021 - PILAR, SARAH]COPY OF CLAIM FILE SENT TO ATTY AGGIE@MARCWHITEHEAD.COM VIA ONEDRIVE.

**07/29/2021 4:17 PM - CLAIM Note 131**
Claim/Event/Leave: 8820045
NoteSubject : LTR to Atty
Other Subject : INTENT ACK LETTER
Text: [07/29/2021 - AVERILL, REBECCA]FAXED THE INTENT ACK TO ATTORNEY. THE APPEAL DEADLINE IS 10/3/22 AND THE CLAIM FILE IS FOTHCOMING

**07/29/2021 4:15 PM - CLAIM Note 130**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : PRESCREEN COMPLETE.
Text: [07/29/2021 - AVERILL, REBECCA]PRESCREEN COMPLETE. FI LTD ERISA CLAIM RECVD W/ STD 6099388 ON 10/10/2018. AUTH AND JD ON FILE. CLOSED NOT TD AO AP & C THROUGH 04/07/2021. CLOSURE LETTER WAS SENT ON 3/6/21 WITH INCORRECT APPEAL RIGHTS THEREFORE DCM SENT A CORRECTED LETTER W/ CORRECT APPEAL RIGHTS TO CLAIMANT ON 5/26/21. APPEAL TIMEFRAME IS 180 DAYS + 1 YEAR COVID RELIEF PERIOD = APPEAL DEADLINE OF 10/3/22. ATTORNEY REPPED INTENT TO APPEAL AND REQ FOR THE CLAIM FILE RECVD ON 7/27/21 FROM MARC WHITEHEAD & ASSOCIATES. WILL SEND THE INTENT TO APPEAL ACK LETTER AND A COPY OF THE CLAIM FILE TO THE ATTORNEY. NOTICE OF INTENT RECEIPT TO BE SENT TO ER

**07/29/2021 8:39 AM - CLAIM Note 129**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [07/29/2021 - AVERILL, REBECCA]ASSIGNED TO BECKY AVERILL

**07/28/2021 8:51 PM - CLAIM Note 128**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/28/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/28/2021 11:51 AM - CLAIM Note 127**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [07/28/2021 - RICHARD, LINDSAY]REVIEWED AND AGREE WITH DIRECT REFERRAL TO ARU FOR REVIEW AND RESPONSE TO ATTORNEY'S REQUESTS

**07/28/2021 8:54 AM - CLAIM Note 126**
Claim/Event/Leave: 8820045
NoteSubject : Action Plan
Other Subject : ARU
Text: [07/28/2021 - KENNEDY, CHENTA]48 YR OLD WORKING AS A NURSE PRACTITIONER W A LDW OF 10/9/18- LTD BBD OF 4/8/19- AND CID OF 4/7/21- OOW DUE TO LEFT FOREARM AND HAND PAIN DUE TO CONGENITAL CONSTRICTION BAND OF THE LEFT UPPER EXTREMITY AND DEPRESSION ANDANXIETY - ACCORDING TO THE INFORMATION PROVIDED CLINICAL REVIEW OPINED R/LS WERE SUPPORTED OUTSIDE OF THE CLMNT OWN OCC- AT THIS TIME MN MAX IS AT THE CID AND WE ARE REVIEWING FOR AO DEFINITION AS OF 4/8/21- UPDATED MEDICAL RECORDS HAVE BEEN OBTAINED TO INCLUDE SURGERY REPORTS- PROCEDURE REPORTS- UPDATED TSTING - OV AND PT NOTES - CLMNT WAS REF FOR IME SPEC IN OCC MED- WHICH NOTED SHE SHOULD NOT DO PROLONGED FINE WORK WITH HER LEFT HAND SUCH AS SUTURING AND SHOULD NOT DO REPETITIVE FORCEFUL PINCHING OR GRIPPING WITH THE LEFT HAND. SHE SHOULD NOT BE ASKED TO DO PATIENT TRANSFERS WITHOUT ASSISTANCE. SHE MAY OCCASIONALLY LIFT AND CARRY UP TO 20 POUNDS AND FREQUENTLY LIFT AND CARRY UP TO 10 POUNDS. SHE SHOULD NOT WRITE CONTINUOUSLY WITH HER LEFT HAND. OTHERWISE, NO OTHER RESTRICTIONS ARE MEDICALLY NECESSARY.- TSA WAS COMPLETED AND ALTERNATIVE OCCS HAVE BEEN FOUND- AT THIS TIME WE HAVE RECVD A LETTER OF REP FROM ATTORNEY- ATTORNEY IS REQUESTING AN EXTENSION OF DEADLINE- COPY OF CLAIM FILEAND OTHER MATERIAL AND FOR ANY PAYMENT TO BE ISSUED TO THEIR OFFICE ACTION PLAN- BASED ON THE CLEAR INTENT TO APPEAL REC TO FORWARD TO ARU TO PROCESS REQUEST

**07/28/2021 8:45 AM - CLAIM Note 125**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : ATTORNEY LETTER
Text: [07/28/2021 - KENNEDY, CHENTA]ATTORNEY REP LETTER- WANTS ANY PAYMENT ISSUED TO THEIR OFFICE- LETTER IS AN INTENT TO APPEAL - THEY ARE REQUESTING AN ADDITIONAL 90 DAYS EXT TO PROVIDE THE INFORMATION ON APPEAL - ALSO REQUESTING COPY OF FILE

**07/21/2021 7:11 AM - CLAIM Note 124**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : DUE DATE EXTENSION
Text: [07/21/2021 - ARVENITIS, KERRY]THE CLMT HAS REQUESTED 45 DAY EXTENSION FROM 9/11/21. THE ACTUAL APPEAL DUE DATE IS: THE CLAIM WAS PAID THROUGH 4/7/21 PLUS 180 DAYS EQUALS AN APPEAL DUE DATE OF 10/4/21. THE APPEAL DUE DATE WILL BE EXTENDED 45 DAYS FROM 9/11/21 AS REQUESTED BY THE ASOC TO 10/26/21.

**07/21/2021 6:48 AM - CLAIM Note 123**

**07/21/2021 6:48 AM - CLAIM Note 123**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : EXTENSION
Text: [07/21/2021 - KENNEDY, CHENTA]HELLO, I AM EMAILING TO REQUEST AN ADDITIONAL 45 DAYS FOR SUBMITTING AN APPEAL OF MY DENIAL. I VE ALSO RECEIVED A LETTER FROM LINCOLN FINANCIAL REQUESTING THAT PAYMENT BE MADE TO THEM BY THE END OF JULY. I WANTED TO MAKE YOU AWARE THAT I HAVE NOT RECEIVED PAYMENT YET FOR THE BACK DATED AMOUNT FROM SOCIAL SECURITY AND AS OF TODAY I M UNABLE TO SUBMIT ANY PAYMENT TO YOU. I WILL SEND PAYMENT WHEN I RECEIVE IT. I HOPE THAT LINCOLN FINANCIAL WILL BE ABLE TO EXTEND THE DEADLINE FOR APPEAL BY 45 DAYS. SINCERELY, LYNN GARZA[07/21/2021 - KENNEDY, CHENTA]FORWARD TO ARU FOR DETERMINATION ON EXT REQUEST

**07/01/2021 8:50 PM - CLAIM Note 122**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO LINDA BEST.

**07/01/2021 8:50 PM - CLAIM Note 121**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: BROWN AND BROWN HAS PROVIDED AWARD INFORMATION

**07/01/2021 10:22 AM - OVERPMT Note 3**
Claim/Event/Leave: 8820045
NoteSubject : OP/SS
Other Subject : NOA
Text: [07/01/2021 - LEWIS, MIA]REFERRAL ASSIGNED TO LINDA BEST. ONCE THE SS AWARD INFORMATION IS RECEIVED THE SPECIALIST WILL REVIEW THE DOCUMENT AND ADD THE OFFSET TO THE CLAIM AND COMPLETE THE CALCULATION. (PLEASE ALLOW UP TO 5 BUSINESS DAYS FOR THE NOTICE OF AWARD TO APPEAR IN THE DOC LIST FROM OUR SCANNING FACILITY).

**07/01/2021 9:25 AM - OVERPMT Note 2**
Claim/Event/Leave: 8820045
NoteSubject : OP/SS
Other Subject : OP CALCULATION
Text: [07/01/2021 - BEST, LINDA]THE OVERPAYMENT DUE IS $54,796.17 FOR THE PERIOD OF 04/08/19 THRU 04/07/21. CLAIMANT WAS ORIGINALLY PAID $120,357.12. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $65,560.95. DETAILED OP LETTER SENT TO CLAIMANT AND OVERPAYMENT INFORMATION EMAILED TO VENDOR. FOLLOW UP SET FOR REPAYMENT.

**07/01/2021 8:56 AM - OVERPMT Note 1**
Claim/Event/Leave: 8820045
NoteSubject : OP/SS
Other Subject : SS NOA INFO
Text: [07/01/2021 - BEST, LINDA]DATE OF ENTITLEMENT 4/2019. BENEFIT AMOUNT IS $2280 - EFFECTIVE 12/2019 WITH COLA: $2,317 - EFFECTIVE 1/2020 WITH CAE: $2,322.00 AND EFFECTIVE 12/2020 WITH COLA: $2,352.00. OFFSET IN SYSTEM. TOTAL ATTY FEES TO BE CREDITEDARE $0.00. RETRO CURRENT ON HOLD DUE TO SSI INVESTIGATION RETRO IS DUE FOR PERIOD OF 4/2019 THRU 5/2021. NO DEPENDENTS. PLEASE REFER TO DOC LIST FOR DETAILED AWARD INFORMATION.

**07/01/2021 8:03 AM - CLAIM Note 120**
Claim/Event/Leave: 8820045
NoteSubject : Social Security
Other Subject : AWARD
Text: [07/01/2021 - KENNEDY, CHENTA]RECVD COPY OF AWARD LETTER FROM BROWN AND BROWN- FORWARD TO FRS FOR PROCESSING - ISSUED MATRIX LETTER TO CLMNT

**05/25/2021 6:02 PM - CLAIM Note 119**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [05/25/2021 - KENNEDY, CHENTA]SEE DOC LIST -HELLO, I WAS REVIEWING OUR CORRESPONDENCE AND I DO NOTICE THE INFORMATION REGARDING THE APPEAL PROCESS OR THE NECESSARY FORMS. IF YOU WOULD PLEASE BE SO KIND AS TO EMAIL THE INFORMATION NEEDED FOR APPEAL ASWELL AS THE REQUIRED FORMS TO SUBMIT TO MY PHYSICIAN I WOULD GREATLY APPRECIATE IT. SINCERELY, LYNN GARZA - SEE RESPONSE

**05/25/2021 5:56 PM - CLAIM Note 118**
Claim/Event/Leave: 8820045
NoteSubject : Appeal
Other Subject : DEADLINE DATE CORREC
Text: [05/25/2021 - KENNEDY, CHENTA]BASED ON 3/16/21 CORRESPONDENCE 60 DAY DEADLINE APPEAL WAS GIVEN - AND SHOULD OF BEEN 180 DAY DEADLINE PER ERISA POLICY- SENDING CORRECTED LETTER AND CONTACTING EE FOR

CORRECTION

**04/20/2021 3:45 PM - CLAIM Note 117**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/20/2021 - MICHAUD, ROBIN]INVOICE RECEIVED ON 4/16/2021 FROM SHARECARE . INVOICE # 2282225 IN THE AMOUNT OF $ 37.33 FOR MEDICAL RECORDS FROM THE SAN ANTONIO ORTHOPAEDIC GRP. INVOICE PAID IN FULL

**04/18/2021 9:43 AM - CLAIM Note 116**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [04/18/2021 - KENNEDY, CHENTA]PAST DUE SHARE CARE 37.33 -FORWARD[05/04/2021 - KENNEDY, CHENTA]RECVD DUPLICATE- ISSUED ON 4/20

**04/06/2021 7:24 AM - CLAIM Note 115**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [04/06/2021 - KENNEDY, CHENTA]HELLO, I RECEIVED THE LETTER REGARDING THE END OF BENEFITS AND I JUST HAVE A FEW QUESTIONS. I DID ALSO LEAVE A MESSAGE ON YOUR VOICEMAIL. THE LETTER SAYS THAT THE BENEFITS WERE FOR 2 YEARS UNDER THE OWN OCCUPATION AND MENTAL ILLNESS LIMITATION. I M NOT SURE THAT I UNDERSTAND HOW THE BENEFIT WAS CATEGORIZED AS A MENTAL ILLNESS LIMITATION. THE IME STATES THAT I HAVE NO DOCUMENTED CONFIRMED DIAGNOSIS. I HAVE A DIAGNOSIS OF COMPLEX REGIONAL PAIN SYNDROME. IN ADDITION TO THE IMPAIRED ABILITY TO WRITING- I ALSO HAVE AN IMPAIRED ABILITY TO TYPE- WHICH IS A MAJOR CRITERIA FOR THE JOBS THAT WERE SUGGESTED IN THE REPORT. I DID SPEAK WITH MY PHYSICIAN AND SHE SUGGESTED THAT I REACH OUT TO YOU TO REQUEST ANY FORMS THAT I CAN PROVIDE TO MY PHYSICIAN. I M NOT SURE IF TWO YEARS IS THE MAXIMUM FOR LONG TERM DISABILITY ASSISTANCE OR IN ITS 2 YEARS FOR MENTAL HEALTH. I VE SENT PAPERWORK TO SUPPORT MY DIAGNOSIS OF CRPS BUT NOTHING REGARDING ANY IMPAIRED MENTAL HEALTHCONDITION. I APPRECIATE YOUR TIME WITH ANSWERING MY QUESTIONS. SINCERELY, LYNN GARZA[04/06/2021 - KENNEDY, CHENTA]SEE DOC LIST FOR RESPONSE

**03/23/2021 2:53 PM - CLAIM Note 114**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [03/23/2021 - KENNEDY, CHENTA]SEE DOC LIST

**03/23/2021 2:53 PM - PHONE Note 41**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [03/23/2021 - KENNEDY, CHENTA]T/C TO EE LEFT VM- NOTED WE HAVE COMPLETED OUR REVIEW FOR HER LTD AO EXT- BASED ON IME R/LS WERE NOTED HOWEVER IME NOTED SHE COULD RTW WITHIN THOSE R/LS THE VR HAS REVIEWED AND FOUND ALTERNATIVE OCCS- NOTED AT THIS TIMESHE HAS RECVD MAX ON THE MN LIMIT- THEREFORE BENEFITS WILL ISSUE THRU 4/7/21 AND CLOSE AS OF 4/8/21- WE HAVE ISSUED HER A LETTER OUTLINING THE DETERMINATION ISION IF ANY QUESTIONS PLEASE R/C

**03/15/2021 9:13 AM - CLAIM Note 113**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject :
Text: [03/15/2021 - KENNEDY, CHENTA]MEDIAL RECORDS FROM FISHER 1/12/21- TO 2/25/21

**02/24/2021 2:52 PM - CLAIM Note 112**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [02/24/2021 - CRAM, BRIAN]AGREE WITH DENIAL OF BENEFITS BEYOND THE AO CID AND CLAIM CLOSURE FOR NOT TD AO AND MN MAX.

**02/24/2021 2:20 PM - CLAIM Note 111**
Claim/Event/Leave: 8820045
NoteSubject : Action Plan
Other Subject : RTW AO APRIL 2021
Text: [02/24/2021 - KENNEDY, CHENTA]48 YR OLD WORKING AS A NURSE PRACTITIONER W A LDW OF 10/9/18- LTD BBD OF 4/8/19- AND CID OF 4/7/21- OOW DUE TO LEFT FOREARM AND HAND PAIN DUE TO CONGENITAL CONSTRICTION BAND OF THE LEFT UPPER EXTREMITY AND DEPRESSION ANDANXIETY - ACCORDING TO THE INFORMATION PROVIDED CLINICAL REVIEW OPINED R/LS WERE SUPPORTED OUTSIDE OF THE CLMNT OWN OCC- AT THIS TIME MN MAX IS AT THE CID AND WE ARE REVIEWING FOR AO DEFINITION AS OF 4/8/21- UPDATED MEDICAL RECORDS HAVE BEEN OBTAINED TO INCLUDE SURGERY REPORTS- PROCEDURE REPORTS- UPDATED TSTING - OV AND PT NOTES - CLMNT WAS REF FOR IME SPEC IN OCC MED- WHICH NOTED SHE SHOULD NOT DO PROLONGED FINE WORK WITH HER LEFT HAND SUCH AS SUTURING AND SHOULD NOT DO REPETITIVE FORCEFUL PINCHING OR GRIPPING WITH THE LEFT HAND. SHE SHOULD NOT BE ASKED TO DO PATIENT TRANSFERS WITHOUT ASSISTANCE. SHE MAY OCCASIONALLY LIFT AND CARRY UP TO [illegible] POUNDS AND

DO PATIENT TRANSFERS WITHOUT ASSISTANCE. SHE MAY OCCASIONALLY LIFT AND CARRY UP TO 20 POUNDS AND FREQUENTLY LIFT AND CARRY UP TO 10 POUNDS. SHE SHOULD NOT WRITE CONTINUOUSLY WITH HER LEFT HAND. OTHERWISE, NO OTHER RESTRICTIONS ARE MEDICALLY NECESSARY.- TSA WAS COMPLETED AND ALTERNATIVE OCCS HAVE BEEN FOUND- ACTION PLAN- REC TO CLOSE MN MAX AND NOT TD AO AS OF 4/8/21

**02/23/2021 8:22 AM - CLAIM Note 110**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : WRIGHT, LPC
Text: [02/23/2021 - KENNEDY, CHENTA]OVN 1/27/21- 2/3/21- 2/5/21

**02/17/2021 8:41 AM - PHONE Note 40**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : EMAIL
Text: [02/17/2021 - KENNEDY, CHENTA]THANK YOU VERY MUCH FOR YOUR RESPONSE. I KNOW THAT YOU SAID THAT YOU HAVE ONLY HAD OCCUPATIONAL THERAPY PROGRESS NOTES THROUGH 1/6/21 HAVE HAD APPOINTMENTS WITH ANDREA FISHER FOR HAND THERAPY 1/22 1/28, 2/4; 2/11 AND PTWITH DEBORAH KELLER ON 2/12. I AM HOPEFUL THAT THEY WILL SEND THOSE TO YOU SOON. SAN ANTONIO HAS BEEN HIT WITH RECORD BREAKING COLD, ICE AND EXTREME TEMPERATURES. THIS HAS IMPACTED ALL OF OUR UTILITIES- POWER AND WATER FOR ALMOST 48 HOURS. ALSO MYPAIN MANAGEMENT APPOINTMENTS HAVE BEEN CANCELED AND RESCHEDULED TWICE BY HIS OFFICE. THE TELEMEDICINE APPOINTMENT WITH HIM WAS ALSO RESCHEDULED. I M GOING TO KEEP TRYING TO RESCHEDULE MY FOLLOW UP APPOINTMENT WITH DR BRENMAN AND WILL TRY TO CONTACTHIM REGARDING THE PAPERWORK THAT WAS SENT. THANK YOU, LYNN GARZA

**02/15/2021 10:49 AM - PHONE Note 39**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : EMAIL
Text: [02/15/2021 - KENNEDY, CHENTA]HELLO, I WAS WONDERING IF DR GREWAL AND DR BRENMAN RESPONDED TO YOUR REQUEST FOR RECORDS. I ALSO WANTED TO LET YOU KNOW THAT I CONTINUE TO DO MY OCCUPATIONAL THERAPY WITH ANDREA FISHER, CHT AS WELL AS STARTING PHYSICAL THERAPY AT THE SAME LOCATION WITH DEBORAH KELLER PT- AS PRESCRIBED BY DR GREWAL. I HAVE ALSO STARTED TO SEE A BEHAVIORAL THERAPIST CHERYL WRIGHT LPC; ONCE A WEEK. SHE SPECIALIZES IN THERAPY FOR COMPLEX REGIONAL PAIN SYNDROME- CHRONIC PAIN THERAPY.IS IT POSSIBLE TO RECEIVE COPIES OF MY PHYSICAL EXAM NOTES FROM MY VISIT WITH DR MCRARY AND THE PSYCHIATRIC NOTES FROM MY VISIT WITH DR CONNOLY? I HAVE ADDED THE CONTACT INFORMATION FOR MY HEALTH CARE PROVIDERS AT THE END OF THE EMAIL. LASTLY, ISIT POSSIBLE TO RECEIVE MY TAX FORM FROM LINCOLN FINANCIAL TO MY EMAIL? I REALLY APPRECIATE YOUR ASSISTANCE. THANK YOU, LYNN GARZA -- SEE DOC LIST FOR RESPONSE

**02/11/2021 12:17 PM - CLAIM Note 109**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/11/2021 - MICHAUD, ROBIN]INVOICE RECEIVED ON 2/2/2021 FROM ECN. INVOICE # BOCA 100561 IN THE AMOUNT OF $2159.59 FOR OCC MED IME BY BRIAN MCCRARY. INVOICE PAID IN FULL

**02/10/2021 7:51 AM - CLAIM Note 108**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [02/10/2021 - KENNEDY, CHENTA]RECVD PAST DUE INVOICE FROM SHARECARE 26.47 ISSUE ON 1/8/21- SEE SYSTEM FOR CK ISSUE DATE OF 2/4/21- 25547010- NO ACTION TAKEN

**02/10/2021 7:40 AM - CLAIM Note 107**
Claim/Event/Leave: 8820045
NoteSubject : LTR to AP
Other Subject : TSAOG
Text: [02/10/2021 - KENNEDY, CHENTA]FAXING COPY OF IME TO TSAOG ADDRESS TO DR. PRABHDEEP GREWAL AND A COPY TO DR. EPHRAIM BRENMAN- REQUESTED REVIEW AND RESPONSE BY 2/23- ALSO SEND NOTICE TO THE CLMNT

**02/10/2021 7:08 AM - CLAIM Note 106**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : TSA
Text: [02/10/2021 - KENNEDY, CHENTA]SEE REPORT IN DOC LIST

**02/09/2021 1:17 PM - CLAIM Note 105**
Claim/Event/Leave: 8820045
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [02/09/2021 - MILLER, JASON]THIS TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS WITHIN THE INSURED S PHYSICAL ABILITIES AND THEIR IDENTIFIED SKILL LEVEL. THE MEDIAN WAGES OF THE IDENTIFIED OCCUPATIONS ARE OVER, WITHIN A REASONABLE EXPECTATIONOF REACHING, AND/OR ARE WITHIN A REASONABLE RANGE OF, THEIR GAINFUL AMOUNT OF $5,014.88 PER MONTH IN THE NATIONAL ECONOMY.

**02/08/2021 8:51 PM - CLAIM Note 104**
Claim/Event/Leave: 8820045
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 2/8/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**02/04/2021 11:03 AM - CLAIM Note 103**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/04/2021 - HERTERICH, KIMBERLY]INVOICE DATED 1/8/2021 FROM SHARECARE, LLC. INV #W3G37-1 , IN THE AMT OF $26.47 FOR MEDICAL RECORDS FROM THE SAN ANTONIO ORTHOPAEDIC GROUP. INVOICE PAID IN FULL.

**02/02/2021 8:51 PM - CLAIM Note 102**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 2/2/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**02/02/2021 5:19 PM - CLAIM Note 101**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VR REF
Text: [02/02/2021 - KENNEDY, CHENTA]SENDING FOR TSA

**02/02/2021 3:56 PM - CLAIM Note 100**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [02/02/2021 - KENNEDY, CHENTA]RECVD AND FORWARD INVOICE TO PROCESS FOR IME ENC 2159.59

**02/02/2021 3:55 PM - CLAIM Note 99**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : IME
Text: [02/02/2021 - KENNEDY, CHENTA]SHE SHOULD NOT DO PROLONGED FINE WORK WITH HER LEFT HAND SUCH AS SUTURING AND SHOULD NOT DO REPETITIVE FORCEFUL PINCHING OR GRIPPING WITH THE LEFT HAND. SHE SHOULD NOT BE ASKED TO DO PATIENT TRANSFERS WITHOUT ASSISTANCE.SHE MAY OCCASIONALLY LIFT AND CARRY UP TO 20 POUNDS AND FREQUENTLY LIFT AND CARRY UP TO 10 POUNDS. SHE SHOULD NOT WRITE CONTINUOUSLY WITH HER LEFT HAND. OTHERWISE, NO OTHER RESTRICTIONS ARE MEDICALLY NECESSARY.

**02/01/2021 1:19 PM - CLAIM Note 98**
Claim/Event/Leave: 8820045
NoteSubject : Social Security
Other Subject :
Text: [02/01/2021 - KENNEDY, CHENTA]REMAINS PENDING - EE NOTED SHE HAD MY SOCIAL SECURITY/ DISABILITY EXAM JANUARY 19 AND MY PSYCH EVALUATION ALSO REQUESTED BY SOCIAL SECURITY JANUARY 25.

**02/01/2021 1:12 PM - PHONE Note 38**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : UPDATE
Text: [02/01/2021 - KENNEDY, CHENTA]T/C FROM EE HI I WASN T SURE WHETHER I NEEDED TO KEEP GIVING YOU UPDATES SINCE I VE HAD MY PHYSICAL EXAM & PSYCH EXAM. I DID SEE DR GREWAL ON DECEMBER 23 AND HAD AN APPOINTMENT JANUARY 6 WITH MY SURGEON THAT IMPLANTED MYSPINAL CORD STIMULATOR. IN ADDITION ON JANUARY 6 I HAD AN APPOINTMENT WITH OCCUPATIONAL THERAPIST ANDREA FISHER. I VE ALSO HAD ADDITIONAL APPOINTMENTS WITH MY OCCUPATIONAL THERAPIST JANUARY 12; JANUARY 22 AND AN APPOINTMENT COMING UP WITH HER THIS WEEK. I HAD AN APPOINTMENT FOR A MRI JANUARY 21. I WILL FOLLOW UP WITH DR GREWAL FOR FOR RESULTS AND ANY TREATMENT PLANS THAT SHE MIGHT DEEM HELPFUL. I WILL BE SEEING DR. BRENMAN FOR A FOLLOW UP AS WELL. THEY ARE BOTH MY PAIN MANAGEMENT TEAM. I HAD MY SOCIAL SECURITY/ DISABILITY EXAM JANUARY 19 AND MY PSYCH EVALUATION ALSO REQUESTED BY SOCIAL SECURITY JANUARY 25. I HAVE ADDITIONAL OCCUPATIONAL THERAPY APPOINTMENTS AS WELL AS STARTING PHYSICAL THERAPY FEBRUARY 5 AND OCCUPATIONAL THERAPY FEB 4. AGAIN, I M NOT SURE IF THAT INFORMATION WAS NEEDED STILL BUT I WANTED TO KEEP YOU UPDATED.

**01/25/2021 9:08 AM - CLAIM Note 97**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [01/25/2021 - KENNEDY, CHENTA]RECVD AND FORWARD INVOICE FROM SHARECARE FOR MEDICAL RECORDS 26.47

**01/25/2021 8:54 AM - CLAIM Note 96**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : IME

Text: [01/25/2021 - KENNEDY, CHENTA]HELLO, LYNN GARZA SHOWED FOR THE OCCUPATIONAL MEDICINE IME SCHEDULED ON 1/19/2021 WITH DR. BRIAN F MCCRARY. AS SOON AS THE REPORT IS RECEIVED, WE WILL FORWARD IT OVER TO YOU. IF YOU HAVE ANY QUESTIONS REGARDINGTHIS EMAIL, PLEASE FEEL FREE TO REPLY TO CUSTOMERSERVICE@ECNIME.COM OR CALL OUR OFFICE AT 1-877-463-9463. THANK YOU FOR THE REFERRAL. ECN

**01/25/2021 8:53 AM - CLAIM Note 95**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : TSAOG
Text: [01/25/2021 - KENNEDY, CHENTA]OV NOTES AND TSTING 12/23/20 THRU 1/6/21

**01/04/2021 12:33 PM - CLAIM Note 94**
Claim/Event/Leave: 8820045
NoteSubject : LTR to EE
Other Subject : IME NOTICE
Text: [01/04/2021 - KENNEDY, CHENTA]SEE EMAIL FROM CLMNT- SEE RESPONSE FOR UPCOMING IME

**12/28/2020 9:46 AM - CLAIM Note 93**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : IME
Text: [12/28/2020 - KENNEDY, CHENTA]SENDING FILE COPY TO BEWRY, BRYAN <BRYAN.BEWRY@GENEXSERVICES.COM>

**12/28/2020 9:35 AM - CLAIM Note 92**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : IME REF
Text: [12/28/2020 - KENNEDY, CHENTA]THANK YOU FOR THIS REQUEST. WE HAVE SCHEDULED LYNN GARZA FOR THE FOLLOWING OCCUPATIONAL MEDICINE IME AT WITH OUR PROVIDER S FIRST AVAILABLE DATE*: *THIS DATE IS SUBJECT TO CHANGE PENDING ANY DEVELOPMENTS OF COVID-19JANUARY 19TH, 2021 AT 11:00AM DR. BRIAN MCCRARY, DO 4411 WALZEM RD, SUITE 108 SAN ANTONIO, TX, 78218 713-400-0228 (DIRECTIONS) THE BASE FEE FOR THIS IME WILL BE $1,895.00 WITH UP TOO 250 PAGES OF MEDICAL RECORDS. ADDITIONAL RECORDS WILL BE REVIEWED AT $100 PER 100 PAGES (WILL INCREASE WITH SURVEILLANCE OR DUE TO COMPLEXITY). CANCELLATION POLICY: CANCELLATIONS LESS THAN 5 BUSINESS DAYS IF THE CLAIMANT IS A NO SHOW IS $900 + ANY BILLABLE RECORD REVIEW. --BEWRY, BRYAN <BRYAN.BEWRY@GENEXSERVICES.COM>

**12/21/2020 8:50 PM - CLAIM Note 91**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/21/2020 - REFERRED TO EXAM COORDINATORS - ECN FOR IME.

**12/21/2020 9:10 AM - CLAIM Note 90**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : IME
Text: [12/21/2020 - KENNEDY, CHENTA]46 YR OLD FM WORKING AS A NURSE PRACTITIONER (LIGHT) OOW AS OF 5/31/18- W SURGERY ON 6/1/18-LEFT VOLAR FORARM FASCIAL RELEASE DUE TO H/O AMNIOTIC BAND SYNDROME S/P OV 3/20/20 CONTINUES TO C/O PAIN WITH LIMITED GRIP STRENGTH AND ROM IN HER LEFT HAND - EMG WAS COMPLETED WHICH SHOWED LATENCY IN LEFT MEDIAN NERVE BUT OTHERWISE NORMAL 8/14/20 SHE COMPLETED EPIDURAL STIMULATOR TRIAL HOWEVER REPORTED SHE WAS NOT READY TO MOVE FORWARD WITH IMPLANT- EE DID UNDERGO C6-7 CERVICAL LAMINECTOMY - W PLACEMENT OF CERVICAL EPIDURAL STIMULATOR LEADS-DUE TO HER CHRONIC PAIN SYNDROME TX GOING FORWARD STAPLES REMOVED ON 10/6 AND F/U WITH DR GREWAL ON 10/21 AND UNDERWENT XRAYS- WILL F/U END OF NOVEMBER TO DISCUSS STARTING PT SHE ISTO SEE DR BREMAN - ACTION PLAN- AT THIS TIME CID IS 4/7/21- AND RECOMMENDING IME BE COMPLETED TO DETERMINE R/L'S GOING FORWARD- CLMNT HAS NO RTW PLANS IN PLACE AND HAS FILED SSDI

**12/12/2020 8:00 AM - CLAIM Note 89**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : NEUROSURG
Text: [12/12/2020 - KENNEDY, CHENTA]OV 10/7/20 F/U S/P CERVICAL SCS

**12/09/2020 3:07 PM - CLAIM Note 88**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/09/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 12/07/2020 AND DATED 11/30/2020 FROM SHARECARE HEALTH DATA SERVICES, LLC. INV # VXB5H-1, IN THE AMOUNT OF $25.46 FOR MEDICAL RECORDS FROM THE SAN ANTONIO ORTHOPAEDIC GROUP. INVOICE PAID IN FULL

**12/07/2020 12:45 PM - CLAIM Note 87**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : TSAOG

Other Subject : TSAOG
Text: [12/07/2020 - KENNEDY, CHENTA]OV FROM 10/21 THRU 11/10/20- F/U 9/24/20 SPINAL CORD STIM IMPLANT OF THE CERVICAL SPINE REPORTS SYMPTOMS LITTLE INCREASED DIFFICULT TIME SLEEPING SHE APPLIED FOR SSDI THEY ARE SENDING HER FOR PSY EVAL

**11/19/2020 3:43 PM - CLAIM Note 86**
Claim/Event/Leave: 8820045
NoteSubject : LTR to Atty
Other Subject :
Text: [11/19/2020 - KENNEDY, CHENTA]DR BRENMAN- DR GREWAL- DR. VARDEMAN AND DR. HENWOOD

**11/11/2020 7:59 AM - CLAIM Note 85**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [11/11/2020 - KENNEDY, CHENTA]I SAW DR BRENMAN TODAY AND HE INCREASED THE DOSAGE OF MY PAIN MEDICATION AND AMITRYPTILINE. HE DIDN T WANT ME TO START PHYSICAL THERAPY UNTIL MY PAIN LEVEL DECREASES. HE DID GIVE ME A WORK STATUS NOTE THAT I LL ATTACH TOTHIS EMAIL. A COPY WAS ALSO SENT TO THE ADVOCATE OFFICE AND SPECIFICALLY TO NIRVA, SHE IS HANDLING MY CASE. PLEASE LET ME KNOW IF I CAN ANSWER ANY QUESTIONS OR IF YOU NEED ADDITIONAL INFORMATION FROM ME. I WOULD HOPE THAT ALL OF THE INFORMATIONHAS BEEN SENT TO YOU. I WILL NOTIFY YOU OF THE DATE & TIME OF MY APPOINTMENT OF MY EXAM WITH SOCIAL SECURITY. SINCERELY, LYNN GARZA

**11/11/2020 6:03 AM - PHONE Note 37**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : SSDI
Text: [11/11/2020 - KENNEDY, CHENTA]I JUST WANTED TO LET YOU KNOW THAT THE SOCIAL SECURITY DISABILITY IS SCHEDULING AN APPOINTMENT FOR ME FOR AN EXAM. I DON T THINK IT S A PHYSICAL EXAM, I THINK SHE SAID THAT IT S PSYCH. THEY SAID THAT THE WOULD MAIL ME ALETTER WITH THE DATE AND TIME FOR MY APPOINTMENT WITH THEM. I FOLLOW UP WITH PAIN MANAGEMENT TOMORROW. THANK YOU, LYNN GARZA

**11/03/2020 6:22 AM - PHONE Note 36**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : UPDATE
Text: [11/03/2020 - KENNEDY, CHENTA]HELLO. I JUST WANTED TO MAKE SURE THAT YOU RECEIVED THE FORM REGARDING MY PROVIDERS ETC. I M HOPING THAT YOU WERE ABLE TO RECEIVE ALL OF THE RECORDS. I M AWARE THAT MY ELIGIBILITY IS GOING TO BE REVIEWED. I THINK IT IS UP FOR REVIEW NOVEMBER 16? OR 13? ANYWAY I WANTED TO BE SURE THAT YOU HAVE MY HOSPITAL RECORDS FROM LEGENT SPINE & ORTHOPEDIC HOSPITAL- WHERE MY SPINAL STIMULATION IMPLANT WAS PERFORMED. I ALSO WANTED TO MAKE YOU AWARE THAT I HAVE AN APPOINTMENT WITHMY PAIN DR. BRENMAN ON NOVEMBER 10. IT S AT THAT VISIT THAT I EXPECT MY PHYSICAL THERAPY WILL BE ORDERED. I MEET WITH DR GREWAL 2 OR 3 WEEKS AGO AND SHE WANTED MY SURGICAL PAIN TO CALM DOWN WHILE ALSO WORKING ON THE SETTINGS FOR MY SCS. I AM HOPING THAT MY NOTES AND ORDERS FROM MY VISIT NOVEMBER 10 WILL BE INCLUDED IN THE REVIEW. THANK YOU, LYNN GARZA

**10/23/2020 7:04 AM - CLAIM Note 84**
Claim/Event/Leave: 8820045
NoteSubject : Action Plan
Other Subject : RTW AO APR 2021
Text: [10/23/2020 - KENNEDY, CHENTA]46 YR OLD FM WORKING AS A NURSE PRACTITIONER (LIGHT) OOW AS OF 5/31/18- W SURGERY ON 6/1/18-LEFT VOLAR FORARM FASCIAL RELEASE DUE TO H/O AMNIOTIC BAND SYNDROME S/P OV 3/20/20 CONTINUES TO C/O PAIN WITH LIMITED GRIP STRENGTH AND ROM IN HER LEFT HAND - EMG WAS COMPLETED WHICH SHOWED LATENCY IN LEFT MEDIAN NERVE BUT OTHERWISE NORMAL 8/14/20 SHE COMPLETED EPIDURAL STIMULATOR TRIAL HOWEVER REPORTED SHE WAS NOT READY TO MOVE FORWARD WITH IMPLANT- EE DID UNDERGO C6-7 CERVICAL LAMINECTOMY - W PLACEMENT OF CERVICAL EPIDURAL STIMULATOR LEADS-DUE TO HER CHRONIC PAIN SYNDROME TX GOING FORWARD STAPLES REMOVED ON 10/6 AND F/U WITH DR GREWAL ON 10/21 AND UNDERWENT XRAYS- WILL F/U END OF NOVEMBER TO DISCUSS STARTING PT SHE ISTO SEE DR BREMAN ON 11/16 - ACTION PLAN- SENDING NEW CIF- SET TASK TO F/U ON UPDATED TX AND RECOVERY TO INCLUDE PT NOTES- WILL CONSIDER CLINICAL REVIEW BY 2/21 FOR CID SSDI HAS BEEN FILED AND IS PENDING.

**10/23/2020 6:54 AM - CLAIM Note 83**
Claim/Event/Leave: 8820045
NoteSubject : LTR to EE
Other Subject : CIF
Text: [10/23/2020 - KENNEDY, CHENTA]SENDING NEW CIF TO EE TO COMPLETE AND RETURN

**10/23/2020 6:48 AM - PHONE Note 35**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : EMAIL
Text: [10/23/2020 - KENNEDY, CHENTA]I MAY HAVE ALREADY TOLD YOU THIS BUT I M NOT SURE. I MET WITH DR VARDIMAN S NURSE PRACTITIONER (ALMA GARZA) TO HAVE MY STAPLES REMOVED OCTOBER 6. I INFORMED THEM OF MY 2 POST SURGICAL FALLS. I DIDN T REALIZE THAT THEYREMOVE PIECES OF BONE AS WELL AS THE LAMINA BETWEEN THE VERTEBRAE. THAT HELPS ME UNDERSTAND WHY THERE IS MUCH MORE PAIN THAN WHAT I EXPECTED. IN ADDITION, I

CONTINUE TO EXPERIENCE SEVERE ARM & HAND PAIN. MY ARM/HAND IS STILL EXPERIENCING 2-3 DEGREES LESS (COLDER)THAN MY RIGHT ARM. (I M SURE THAT YOU RECALL IT S MY DOMINANT HAND THAT IS AFFECTED.) I CONTINUE TO DROP ITEMS AND EXPERIENCE DECREASED STRENGTH AND DECREASED SENSITIVITY ON MY LEFT ARM/HAND. I MET WITH DR GREWAL AS WELL AS THEMEDTRONIC REP YESTERDAY (OCTOBER 21)AT THE MISSION TRAILS LOCATION. MY MEDICATIONS WERE REFILLED AND X-RAYS WERE TAKEN. I CONTINUE TO TAKE TYLENOL & IBUPROFEN, ALTERNATING ICE AND HEAT TO AFFECTED AREAS. DR GREWAL RECOMMENDS THAT I REST FOR 3-4 WEEKBEFORE STARTING PHYSICAL THERAPY. MY NEXT APPOINTMENT IS NOVEMBER 16 WITH DR BRENMAN. THEN I FOLLOW UP WITH THE SURGEON DR VARDIMAN IN 2 MONTHS AND DR GREWAL IN 3 MONTHS. MY HUSBAND MARK RICE, CONTINUES TO ATTEND MY DOCTOR VISITS AS I AM EXPERIENCING SHORT TERM MEMORY LOSS AND MY DOCTORS HAVE MADE AN EXCEPTION TO THE COVID RELATED RULE-THAT PATIENTS MUST ATTEND VISITS ALONE. I WILL LET YOU KNOW WHEN PHYSICAL THERAPY BEGINS AND OF COURSE I WILL KEEP YOU POSTED REGARDING ANY TREATMENTCHANGES. SINCERELY, LYNN GARZA

**10/21/2020 2:05 PM - PHONE Note 34**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : EMAIL
Text: [10/21/2020 - KENNEDY, CHENTA]I CAN T REMEMBER THE MOST RECENT EMAIL TO YOU BUT I HAD MY SPINAL CORD STIMULATOR IMPLANTED AND ATTACHED IS OPERATIVE NOTE. I DID SEE DR GREWAL BRIEFLY TODAY. X RAYS WERE TAKEN TO CHECK PLACEMENT SHE RECOMMENDED THAT I WAIT UNTIL MY APPOINTMENT WITH DR BRENMAN (NOV 16) TO CONSIDER PHYSICAL THERAPY FOR FINE MOTOR MOVEMENT & STRENGTH & FLEXIBILITY OF ATROPHIED ARM/ HAND MUSCLES. PLEASE LET ME KNOW IF I CAN PROVIDE ADDITIONAL INFORMATION. MY HUSBAND HAD BEEN HELPINGME WITH SO MUCH. PAPERWORK, HE ACCOMPANIES ME TOO ALL OF VISITS - THAT HELPS BECAUSE I FORGET THINGS. IF YOU EVER NEED TO TEACH ME AN ADDITIONAL PHONE NUMBER IS MARK RICE (HUSBAND) THANK YOU

**10/12/2020 11:10 AM - PHONE Note 33**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : UPDATE
Text: [10/12/2020 - KENNEDY, CHENTA]HI, I JUST WANTED YOU TO KNOW THAT I HAD MY STITCHES REMOVED AND MY SPINAL CORD STIMULATOR SET. IT IS THE INITIAL SETTING WITH INSTRUCTIONS ON HOW TO ADJUST THE SETTINGS. I SAW THE NP (ALMA GARZA- NO RELATION) WHO WORKSWITH DR VARDIMAN AND WITH THE MEDTRONIC REPRESENTATIVE TO GO OVER ALL COMPONENTS USED ( CHARGER & REMOTE). I AM TO FOLLOW UP WITH DR VARDIMAN IN 3 MONTHS BUT I HAVE AN APPOINTMENT WITH DR BRENMAN IN 6 OR 8 WEEKS. I WAS GIVEN PRESCRIPTIONS FOR MUSCLE RELAXER AND OTHER PAIN MEDICATIONS ARE PRESCRIBED BY DR BRENMAN. FEEL FREE TO CALL ME IF YOU REQUIRE ANY ADDITIONAL INFORMATION OR CLARIFICATION.

**10/07/2020 7:38 AM - PHONE Note 32**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject : EMAIL
Text: [10/07/2020 - KENNEDY, CHENTA]I M SORRY THAT I MISSED YOUR CALL. I HAD THE SURGERY ON THE 26 OF SEPTEMBER AND HAD A 3 NIGHT STAY IN THE HOSPITAL. I HAVE A FOLLOW UP APPOINTMENT WITH THE SURGEON TOMORROW AFTERNOON. I WILL CALL YOU AND LET YOU KNOW HOWTHE APPOINTMENT WENT. THE IMPLANT HAS NOT BEEN TURNED ON YET. I M GUESSING THAT IT WILL TURNED ON TOMORROW BUT I LL KNOW THE RECOMMENDATION FROM THE SURGEON TOMORROW. THE SURGERY WAS PERFORMED AT LEGENT HOSPITAL IN SAN ANTONIO . I WILL GIVE YOU ALL OF THE CONTACT INFO TOMORROW. THANK YOU, LYNN GARZA

**10/05/2020 10:59 AM - PHONE Note 31**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [10/05/2020 - KENNEDY, CHENTA]T/C TO EE SEE SHE UNDERWENT THE CERVICAL STIMULATOR IMPLANT ON 8/28- NEED TO F/U ON HER RECOVERY AND CURRENT STATUS- HAS SHE F/U WITH AP ? REQUESTING R/C- ALSO NEED TO SEE IF THIS IS THE SURGERY SHE WAS REFERRING TO?

**09/29/2020 2:01 PM - PHONE Note 30**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject :
Text: [09/29/2020 - KENNEDY, CHENTA]T/C FROM EE HAD ADDITIONAL SURGERY ON 9/25- WILL WAIT TO SPEAK TO DCM AT NEXT F/U EARLY OCTOBER WILL GO OVER HER TX PLAN

**09/21/2020 6:32 PM - CLAIM Note 82**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject :
Text: [09/21/2020 - MURPHY, MEGAN]ON 9/21/20, REC'D OVN'S FROM DR. VARDIMAN DATED 8/14/20 AND 8/28/20. NOTE FROM 8/28/20 INDICATES THAT PLAN IS TO PROCEED WITH CERVICAL STIMULATOR IMPLANT

**09/15/2020 12:21 PM - CLAIM Note 81**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : TSAOG
Text: [09/15/2020 - KENNEDY, CHENTA]OV 6/20/20 THRU 7/31/20

**08/25/2020 10:46 AM - PHONE Note 29**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : EMAIL
Text: [08/25/2020 - KENNEDY, CHENTA]I AM SENDING INFORMATION FOR GETTING RECORDS FROM DR VARDIMAN- THE NEUROSURGEON. I SAW HIM LAST WEEK AND I WILL SEE HIM THIS FRIDAY AUGUST 28. HIS INFORMATION IS: ARNOLD B VARDIMAN MD , F.A. C.S V BENSON MEDICAL OFFICE BUILDING 1139 E SONTERRA BLVD SUITE 301 SAN ANTONIO TX 78258 210-477-1956 PHONE 210-614-2735 FAX

**08/24/2020 11:15 AM - CLAIM Note 80**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [08/24/2020 - KENNEDY, CHENTA]RECVD AND FORWARD INVOICE TO SHARE CARE 32.37

**08/22/2020 4:22 PM - CLAIM Note 79**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/22/2020 - MITCHELL, CATHERINE]INVOICE DATED 8/7/2020 FROM SHARECARE, LLC. INV #V8S48-1 , IN THE AMT OF $ 32.37 FOR MEDICAL RECORDS FROM THE SAN ANTONIO ORTHO . INVOICE PAID IN FULL.

**08/20/2020 5:47 PM - PHONE Note 28**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject :
Text: [08/20/2020 - KENNEDY, CHENTA]T/C FROM EE NOTES SAW DR GRAWLLL WITH TRIALS STIMULATOR WAS SOME IMPROVEMENT SO SHE SAW NEURO DR VANDERMIRE HE RECOMMENDED SHE BE SEEN BY ANTHER SURGEON NOTES HER DX WAS FIRST CONGENITAL - SHE TRIED TO SET THIS APT IS NOT TAKING ANY ADULT PT AT THIS TIME SO SHE SAW DR BRENDON TODAY TO GO OVER ALL THIS UPDATED INFO AND GET HIS OPINION SHE IS GOING TO SET UP AP TO GET THE STIMULATOR IMPLANT AS SHE WILL TAKE WHAT EVER RELIEF SHE CAN GET ONCE THIS IS IN PLACE SHE WILL GO BACK TO PT DUE TO THE ATROPHY - SHE DID GET INSURANCE APPROVAL FOR THIS TX- NOW GETTING CONSULT - AND THEN SET UP THE IMPLANT- DR BRENDON FILLED HER MEDS SO SHE WONTS SEE HIM UNTIL NEEDS FILLED AGAIN - SHE IS TO F/U WITH DR BRONDON IN OCT - SHE DIDSPEAK TO THE ADVOCATE GROUP HER SSDI IS PENDING -

**08/20/2020 4:49 PM - PHONE Note 27**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [08/20/2020 - KENNEDY, CHENTA]T/C TO EE LEFT VM- NOTED NEED TO GO OVER HER CURRENT TX- NEED TO DISCUSS UPCOMING CID AND MISSING MED- REQUESTING R/C

**08/10/2020 9:04 AM - CLAIM Note 78**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [08/10/2020 - KENNEDY, CHENTA]RECVD AND FORWARD TO PROCESS 32.37 SHARECARE

**08/03/2020 10:43 PM - NOTIFICATION Note 16**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 07/08/2020 through 08/07/2020 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 08/03/2020 10:43 PM EST
Current Status: DELIVERED
Delivered ON: 08/04/2020 11:00 AM EST

**07/31/2020 7:31 AM - CLAIM Note 77**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [07/31/2020 - KENNEDY, CHENTA]BOTH OF MY CURRENT PAIN MANAGEMENT PHYSICIANS ARE IN THIS GROUP. DOCTOR BRENMAN AND DR GREWAL ARE IN THE SAME CLINIC. DR GREWAL IS A PAIN INTERVENTIONALIST AT TSAOG. DR BRENMAN IS MY PRIMARY PAIN MANAGEMENT CONTACT. HE REFERRED ME TO DR GREWAL FOR THE SPINAL CORD STIMULATOR. I HAD IT PLACE MONDAY (THE TRIAL) AND I AM TO FOLLOW UP TOMORROW- FRIDAY JULY 31. I ALSO SAW A VASCULAR PHYSICIAN AT PERIPHERAL VASCULAR ASSOCIATES WHO DID A VASCULAR STUDY AND LOCATED A CHRONICVENOUS THROMBOSIS I BELIEVE I M MY LEFT BRACHIAL REGION. I M NOT SURE IF I HAVE THAT CORRECTLY BUT I BELIEVE THAT I HAVE SENT THESE RESULTS TO YOU PREVIOUSLY. THE NAME OF THE DOCTOR IS DE PECK- MEDICAL CENTER 9153 HUEBNER RD, SAN ANTONIO TX 78240. PHONE (210) 6147414 FAX (210)616-0509. I HOPE THAT THIS ADDRESSES THE QUESTIONS THAT YOU ASKED. PLEASE EMAIL ME BACK IF YOU HAVE ANY QUESTIONS. SINCERELY, LYNN GARZA

**07/30/2020 10:54 AM - CLAIM Note 76**
Claim/Event/Leave: 8820045
NoteSubject : LTR to AP
Other Subject : TSAOG
Text: [07/30/2020 - KENNEDY, CHENTA]RE-FAXING PER CLMNT REQUEST

**07/20/2020 9:39 AM - CLAIM Note 75**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [07/20/2020 - KENNEDY, CHENTA]I AM SENDING THE FORMS BACK TO YOU AS AN ATTACHMENT. I ALSO WANTED TO LET YOU KNOW THAT I'VE SPOKEN WITH THE ADVOCACY GROUP AND AM ENLISTING THEIR SERVICES. I ALSO HAD AN APPOINTMENT YESTERDAY WITH MY PAIN MANAGEMENT DOCTOR, DR BRENMAN AT TSAOG. SO THERE WILL BE AN ADDITIONAL NOTE TO REQUEST FROM THE OFFICE. VISIT 7/16/2020 THANK YOU, LYNN GARZA

**07/20/2020 9:39 AM - CLAIM Note 74**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : LTD FORMS
Text: [07/20/2020 - KENNEDY, CHENTA]SEE DOC LIST

**07/13/2020 10:49 AM - PHONE Note 26**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject :
Text: [07/13/2020 - KENNEDY, CHENTA]T/C FROM EE HAS FORMS WILL SEND BACK - NOTES DR GRAYWAL SAW HER SHE IS TO STILL SEE DR BREMAN SO ONCE COMPLETED WITH THE STIMULATOR - SHE TO SEE BREMEN AGAIN SHE IS TO SEE HIM ON 7/16- TO SEE GRAYWAL ON 7/27 TRIAL - THENWILL PULL OUT FOLLOW WEEK- AND REVIEW TO SEE IF IMPLANT IS WARRANTED- SSDI NOTES SHE IS IN CONTACT WITH THE ADVOCATOR GROUP TO GET THIS PROCESSED- AGREE TO F/U END OF AUGUST TO SEE HOW THE STIMULATOR - AGREED TO FAX- FOR ANY MISSING UPDATED RECORDSONCE HER FORMS ARE RECVD

**07/13/2020 7:43 AM - CLAIM Note 73**
Claim/Event/Leave: 8820045
NoteSubject : Action Plan
Other Subject : RTW AO APRIL 2021
Text: [07/13/2020 - KENNEDY, CHENTA]46 YR OLD FM WORKING AS A NURSE PRACTITIONER (LIGHT) OOW AS OF 5/31/18- W SURGERY ON 6/1/18-LEFT VOLAR FORARM FASCIAL RELEASE DUE TO H/O AMNIOTIC BAND SYNDROME S/P OV 3/20/20 CONTINUES TO C/O PAIN WITH LIMITED GRIP STRENGTH AND ROM IN HER LEFT HAND - EMG WAS COMPLETED WHICH SHOWED LATENCY IN LEFT MEDIAN NERVE BUT OTHERWISE NORMAL - NO SURGERY OPTIONS - CONTINUE WITH PMR WORK HARDENING - AT THIS TIME SHE IS PENDING STIMULATOR EVAL TO BE SCH- ACTION PLAN- REC TO MONITOR FOR TX TO INCLUDE WORK HARDENING AND STIM- AT THIS TIME DUE TO LIMITED USE OF LEFT ARM REASONABLE TO EXT THRU TX PROCESS - SSDI IS PENDING - ACTION PLAN- REQUESTING UPDATED RECORDS FROM PMR- UPDATED FORMS AND SSDI STATUS -

**07/13/2020 7:41 AM - CLAIM Note 72**
Claim/Event/Leave: 8820045
NoteSubject : LTR to AP
Other Subject : TSAOG
Text: [07/13/2020 - KENNEDY, CHENTA]FAXING REQUEST DR. GRAWAL- FOR UPDATED MEDICAL RECORDS

**07/08/2020 3:16 PM - PHONE Note 25**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [07/08/2020 - KENNEDY, CHENTA]T/C TO EE - LEFT VM NEED R/C NEED TO DISCUSS UPDATED MISSING MEDICAL RECORDS- NEED TO GO OVER THE CID AND FORMS JUST ISSUED TO HER - WANT TO SEE IF SS ATTORNEY HAS CONTACT HER -

**07/01/2020 10:34 PM - NOTIFICATION Note 15**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 06/08/2020 through 07/07/2020 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/01/2020 10:34 PM EST
Current Status: DELIVERED
Delivered ON: 07/02/2020 11:00 AM EST

**06/30/2020 8:50 PM - CLAIM Note 71**
Claim/Event/Leave: 8820045
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL

Text: 6/30/2020 - REFERRED TO THE ADVOCATOR GROUP AS SS ADVOCATE.

**06/30/2020 2:20 PM - PHONE Note 24**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject :
Text: [06/30/2020 - KENNEDY, CHENTA]T/C FROM EE LEFT VM NOTES SHE WOULD LIKE TO SPEAK TO THE ATTORNEY WE OFFERED HER BEFORE- WOULD LIKE TO SEE IF THEY CAN CALL HER OR IS SHE CAN HAVE THEIR NUMBER- R/C NOTED WILL SEND REF FOR THAT OFFICE TO CONTACT HER TO DISCUSS HER SSDI SHOULD CALL HER THIS WEEK OR START OF NEXT DUE TO HOLIDAY

**06/29/2020 6:04 PM - CLAIM Note 70**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [06/29/2020 - KENNEDY, CHENTA]SEE DOC LIST --HI, I JUST WANTED TO GIVE YOU AN UPDATE ON MY HEALTHCARE AND TREATMENT PLAN. I SAW DR GREWAL (PAIN MANAGEMENT AND SPECIALIST IN COMPLEX REGIONAL PAIN SYNDROME) ABOUT 10 DAYS AGO TO DISCUSS THE SPINAL STIMULATOR IMPLANT. THE OFFICE HAS TO GET APPROVAL AGAIN FROM INSURANCE TO MAKE SURE THAT IT S COVERED AS THE PREVIOUS AUTHORIZATION EXPIRED DUE TO COVID DELAYS. I WILL MEET WITH DR GREWAL AGAIN ON JULY 2- (THIS THURSDAY) FOR AN APPOINTMENT AND TO MEETWITH THE REPRESENTATIVE OF THE IMPLANT- POSSIBLY FOR THE TRIAL IMPLEMENTATION. I HAVE A MESSAGE INTO THE CLINIC OFFICE TO MAKE SURE THAT THE RECENT INCREASE IN COVID CASES AND DEATHS IN TEXAS- SPECIFICALLY SAN ANTONIO, WON T AFFECT MY PROCEDURE. THERE WAS AN EMERGENCY NOTIFICATION SENT TO THE CITY THAT HOSPITALS ARE REACHING CAPACITY. I WILL SEND YOU ANOTHER UPDATE AFTER I MEET WITH DR GREWAL ON THURSDAY.

**06/29/2020 6:03 PM - PHONE Note 23**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject :
Text: [06/29/2020 - KENNEDY, CHENTA]T/C FROM EE DID SEND EMAIL ABOUT TREATMENT BUT IF WE CAN CALL HER TO DISCUSS SHE CAN GIVE FURTHER DETAILS

**06/29/2020 4:25 PM - PHONE Note 22**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [06/29/2020 - KENNEDY, CHENTA]T/C TO EE LEFT VM NEED R/C TO DISCUSS HER UPDATED TX LAST TIME WE SPOKE IN MAY HER OV WERE BEING RE-SCH- NEED TO SEE WHAT MED WE ARE MISSING- ALSO NEED UPDATE ON HER SSDI APPLICATION

**06/16/2020 8:16 AM - CLAIM Note 69**
Claim/Event/Leave: 8820045
NoteSubject : Action Plan
Other Subject : RTW AO APR 2021
Text: [06/16/2020 - KENNEDY, CHENTA]46 YR OLD FM WORKING AS A NURSE PRACTITIONER (LIGHT) OOW AS OF 5/31/18- W SURGERY ON 6/1/18-LEFT VOLAR FORARM FASCIAL RELEASE DUE TO H/O AMNIOTIC BAND SYNDROME S/P OV 3/20/20 CONTINUES TO C/O PAIN WITH LIMITED GRIP STRENGTH AND ROM IN HER LEFT HAND - EMG WAS COMPLETED WHICH SHOWED LATENCY IN LEFT MEDIAN NERVE BUT OTHERWISE NORMAL - NO SURGERY OPTIONS - CONTINUE WITH PMR WORK HARDENING - AT THIS TIME SHE IS PENDING STIMULATOR EVAL TO BE SCH- ACTION PLAN- REC TO MONITOR FOR TX TO INCLUDE WORK HARDENING AND STIM- AT THIS TIME DUE TO LIMITED USE OF LEFT ARM REASONABLE TO EXT THRU TX PROCESS - SSDI IS PENDING

**06/01/2020 10:47 PM - NOTIFICATION Note 14**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 05/08/2020 through 06/07/2020 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/01/2020 10:47 PM EST
Current Status: DELIVERED
Delivered ON: 06/02/2020 11:00 AM EST

**05/20/2020 10:25 AM - CLAIM Note 68**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [05/20/2020 - KENNEDY, CHENTA]HI CHENTA, I JUST WANTED TO LET YOU KNOW THAT DUE TO THE ISSUES WITH COVID 19 I HAVEN T BEEN ABLE TO HAVE APPOINTMENTS WITH ANYONE AND OF COURSE MY SPINAL CORD STIMULATOR TRIAL CAN T BE SCHEDULED AT THIS TIME. I DON T HAVE ANY NEW VISITS TO SEND YOU. I M HOPEFUL THAT AS THINGS START TO REOPEN MY STIMULATOR TRIAL CAN BE SCHEDULED. SINCERELY, LYNN GARZA

**05/01/2020 10:32 PM - NOTIFICATION Note 13**

Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 04/08/2020 through 05/07/2020 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/01/2020 10:32 PM EST
Current Status: DELIVERED
Delivered ON: 05/02/2020 11:00 AM EST

**04/29/2020 12:33 PM - CLAIM Note 67**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : TSAOG
Text: [04/29/2020 - KENNEDY, CHENTA]23 PGS WHICH INCLUDES COPY OF REQUEST AND OV 10/3/19 THRU 1/10/20

**04/14/2020 9:54 AM - CLAIM Note 66**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [04/14/2020 - KENNEDY, CHENTA]GOOD MORNING. I AM SENDING TWO MORE DOCUMENTS THAT I HAVE RECEIVED. I HAVE A FOLLOW UP THIS AFTERNOON (TELEHEALTH) WITH THE VASCULAR PHYSICIAN (DR PECK) TO SEE IF THERE IS TREATMENT FOR THE CHRONIC DEEP VEIN THROMBOSIS IN MY LEFT MID BRACHIAL VEIN. I WILL KNOW MORE FOLLOWING MY APPOINTMENT THIS AFTERNOON. I DID HAVE A TELEHEALTH APPOINTMENT WITH DR BRENMAN (PAIN SPECIALIST) WHO RECOMMENDS THAT I DO THE TRIAL OF THE SPINAL STIMULATOR. COVID 19 IS PREVENTING THE PROCEDURE FROM BEING DONE AT THIS TIME BUT IT WILL BE SCHEDULED AS SOON AS THE SITUATION WITH THE VIRUS ABATES. DR BRENMAN RECOMMENDS THAT I AVOID USE OF MY LEFT ARM AT THIS TIME AND DOES NOT RECOMMEND PHYSICAL THERAPY. HE IS MANAGING MY PAIN MEDICALLYAT THIS TIME . HE IS SENDING AN UPDATED WORK STATUS LETTER BUT I HAVEN'T RECEIVED IT YET. I WILL FOLLOW UP WITH HIS OFFICE BY PHONE TODAY REGARDING THE LETTER AND REQUEST THAT IT BE EMAILED TO ME. I HAVE ADDED A COPY OF LETTER THAT MY PSYCHOLOGIST( DR CAROZZA) SENT TO ERIN ORTIZ WHO WAS REVIEWING MY DISABILITY CLAIM. I WILL LET YOU KNOW WHAT I FIND OUT AFTER MY TELE HEALTH APPOINTMENT. THANK YOU, LYNN GARZA

**04/07/2020 10:50 AM - CLAIM Note 65**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : DUPLICATE INVOICE
Text: [04/07/2020 - KENNEDY, CHENTA]SHARECARE- INVOICE PAID

**04/03/2020 7:34 AM - CLAIM Note 64**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : DR. ENDRESS
Text: [04/03/2020 - KENNEDY, CHENTA]OV 11/14/19 AND 3/2/20

**04/02/2020 3:29 PM - CLAIM Note 63**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/02/2020 - NAI, TIMOTHY]INVOICE DATED 03/23/2020 FROM SHARECARE, LLC. INV # UAJ35-1 , IN THE AMT OF $27.67 FOR MEDICAL RECORDS FROM SAN ANTONIO ORHOPAEDIC GROUP . INVOICE PAID IN FULL.

**04/01/2020 10:32 PM - NOTIFICATION Note 12**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 03/08/2020 through 04/07/2020 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 04/01/2020 10:32 PM EST
Current Status: DELIVERED
Delivered ON: 04/02/2020 11:00 AM EST

**03/26/2020 10:44 AM - CLAIM Note 62**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/26/2020 - HERTERICH, KIMBERLY]INVOICE DATED 3/13/2020 FROM UNIVERSITY OF KANSAS . INV #153293 IN THE AMT OF $28.00 FOR MEDICAL RECORDS INVOICE PAID IN FULL.

**03/24/2020 1:57 PM - CLAIM Note 61**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [03/24/2020 - KENNEDY, CHENTA]RECVD AND FORWARD INVOICE FOR SHARE CARE 27.67

Text: [03/24/2020 - KENNEDY, CHENTA]RECVD AND FORWARD INVOICE FOR SHARE CARE 27.07

**03/18/2020 7:13 AM - CLAIM Note 60**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [03/18/2020 - KENNEDY, CHENTA]I M SENDING THE DOCUMENTS THAT MY HUSBAND SCANNED FOR ME. I HAD A VASCULAR STUDY BUT I DO NOT HAVE THESE RESULTS YET. I WILL REQUEST THE RESULTS AND FORWARD THEM TO YOU AS SOON AS I CAN. I VE HAD APPOINTMENTS WITH DR BRENMAN IN JANUARY AND DR ENDRESS IN MARCH 2020 BUT DO NOT HAVE THE PROGRESS NOTE YET. I WILL REQUEST THEM & SEND THEM WHEN RECEIVED. PLEASE CONTACT ME IF YOU HAVE ANY QUESTIONS OR CONCERNS THAT I CAN ADDRESS. THANK YOU , LYNN GARZA

**03/18/2020 7:13 AM - CLAIM Note 59**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject :
Text: [03/18/2020 - KENNEDY, CHENTA]SEE EDM FOR MULTIPLE MED RECORDS

**03/14/2020 8:49 AM - CLAIM Note 58**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [03/14/2020 - KENNEDY, CHENTA]RECVD FORWARD FOR PROCESSING UOK

**03/11/2020 3:49 PM - CLAIM Note 57**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [03/11/2020 - KENNEDY, CHENTA]THANK YOU FOR YOUR EMAIL. I JUST RECEIVED A LETTER FROM THE SOCIAL SECURITY DEPARTMENT INFORMING ME THAT MY CLAIM HAS BEEN DENIED. I WILL GET ADDITIONAL RECORDS AND SEND THEM TO YOU AS WELL AS A COPY OF MY DENIAL LETTER.I M NOT SURE WHAT HAPPENS NOW. I WILL SEE DR EPHRAIM IN ABOUT 3 WEEKS. (APRIL 3) THEY HAVE NOT IMPLANTED THE SPINAL STIMULATION DEVICE YET. I M WAITING FOR A DATE FOR THE TRIAL PERIOD OF THE SPINAL STIMULATOR TO SEE IF IT BENEFITS ME. I CONTINUE TO EXPERIENCE WEAKNESS AND PAIN IN MY DOMINANT HAND. I HAVE HAD A FOLLOW UP APPOINTMENT WITH MY SURGEON DR ENDRESS AND I WASN T CLEARED FOR WORK YET. I M STILL EXPERIENCING GREAT LIMITATIONS IN MY ACTIVITIES OF DAILY LIVING BUT I M WORKING REALLY HARDTO INCREASE MY RANGE OF MOTION AND HOPEFULLY IMPROVE SOME OF THE LIMITATIONS. AS I MENTIONED, I WILL ASK MY HUSBAND TO ASSIST ME WITH DOWNLOADING THE RECORDS THAT I HAVE AND SEND THEM TO YOU. -- RESPONSE--IN REGARDS TO YOUR SOCIAL SECURITY YOU WILL NEED TO APPEAL THE DETERMINATION, WE WILL NEED PROOF OF THIS APPEAL NOT SURE IF THIS IS YOUR SECOND TIME BEING DENIED YOU MAY WANT TO CONSIDER OBTAINING AN ATTORNEY TO FILE FOR A HEARING- ONCE I GET YOUR UPDATED RECORDS YOUR LTD CLAIM WILL BE GOING FOR A CLINICAL REVIEW FOR ANY ONGOING BENEFITS.

**03/11/2020 9:33 AM - CLAIM Note 56**
Claim/Event/Leave: 8820045
NoteSubject : LTR to EE
Other Subject : N/P
Text: [03/11/2020 - KENNEDY, CHENTA]SENDING OUT N/P LETTER FOR UPDATED MED

**03/11/2020 9:33 AM - CLAIM Note 55**
Claim/Event/Leave: 8820045
NoteSubject : LTR to AP
Other Subject : MED REQUEST
Text: [03/11/2020 - KENNEDY, CHENTA]TSAOG- DR BRENMAN AND ENDRESS

**03/11/2020 9:21 AM - PHONE Note 21**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [03/11/2020 - KENNEDY, CHENTA]I WANTED TO TOUCH BASE WITH YOU FOR AN UPDATE ON YOUR MEDICAL TREATMENT. WE ARE IN NEED OF YOUR UPDATED MEDICAL RECORDS FROM DECEMBER 1, 2019 TO THE PRESENT FROM ALL YOUR TREATING PROVIDERS. WE HAVE BEEN PROVIDED THEFOLLOWING: DR. ENDRESS: MEDICAL RECORDS THROUGH 8/27/19 TSAOG : RECORDS THROUGH 11/20/19 THE REHAB GROUP : RECORDS THROUGH 11/11/19 THE SAN ANTONIO ORTHO GROUP: RETURN TO WORK NOTE FOR JANUARY 14, 2020 DR. BRENMAN: RECORDS THROUGH NOVEMBER 7,2019 IN ORDER TO REVIEW YOUR CLAIM FOR ANY FURTHER EXTENSION OF BENEFITS WE ARE GOING TO REQUEST ALL UPDATED MEDICAL RECORDS, PLEASE PROVIDE ME WITH ANY TREATMENT YOU HAVE UNDERGONE SINCE DECEMBER, I WILL ALSO NEED THE NAMES OF THE PHYSICIANS/FACILITIES PLEASE. IF YOU COULD ALSO GIVE ME AN UP DATE AS TO WHAT YOUR CURRENT SYMPTOMS ARE AT THIS POINT, AND DO YOU HAVE A RETURN TO WORK PLAN? - REQUESTING EMAIL RESPONSE

**03/02/2020 10:48 PM - NOTIFICATION Note 11**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 02/08/2020 through 03/07/2020 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.

**TEXT Life Cycle**
Sent ON: 03/02/2020 10:48 PM EST
Current Status: DELIVERED
Delivered ON: 03/03/2020 10:01 AM EST

**02/03/2020 10:44 PM - NOTIFICATION Note 10**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 01/08/2020 through 02/07/2020 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 02/03/2020 10:44 PM EST
Current Status: DELIVERED
Delivered ON: 02/04/2020 10:00 AM EST

**01/01/2020 10:25 PM - NOTIFICATION Note 9**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 12/08/2019 through 01/07/2020 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 01/01/2020 10:25 PM EST
Current Status: DELIVERED
Delivered ON: 01/02/2020 10:00 AM EST

**12/30/2019 4:17 PM - CLAIM Note 54**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : TSAOG
Text: [12/30/2019 - KENNEDY, CHENTA]OV 7/19/19 THRU 11/20/19

**12/17/2019 10:47 AM - CLAIM Note 53**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [12/17/2019 - KENNEDY, CHENTA]SHARECARE 41.43- FORWARD TO PROCESS

**12/17/2019 9:05 AM - CLAIM Note 52**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/17/2019 - HERTERICH, KIMBERLY]INVOICE DATED 12/2/2019 FROM SHARECARE, LLC. INV # TC0LN-1 , IN THE AMT OF $41.43 FOR MEDICAL RECORDS FROM THE SAN ANTONIO ORTHOPAEDIC GROUP. INVOICE PAID IN FULL.

**12/16/2019 9:54 AM - CLAIM Note 51**
Claim/Event/Leave: 8820045
NoteSubject : Action Plan
Other Subject : RTW AO APRIL 2021
Text: [12/16/2019 - KENNEDY, CHENTA]46 YR OLD FM WORKING AS A NURSE PRACTITIONER (NEED OA) W DOH 10/30/14 LTD EDOC 11/1/14- CLASS 3B- ASSOC FIRST OOW AS OF 5/31/18- W SURGERY ON 6/1/18-LEFT VOLAR FORARM FASCIAL RELEASE DUE TO H/O AMNIOTIC BAND SYNDROME-UPDATED MED NOTES EST RTW OF 1/14/19- WILL F/U WITH DR BRENMAN ON 1/10/20- LOV NOTES TO UNDERGO EMG - NOTES UNDERWENT CERVICAL EPD WHICH DID NOT HELP - CLMNT IS CONSIDERING SPINAL STIM - ACTION PLAN- AT THIS TIME WILL MONITOR TX - HAVE DISCUSSED VR SERVICES AS CLMNT AGREES SHE MAY BE ABLE TO WORK ALTERNATIVE OCC IN FUTURE- SSDI REQUEST TO FILE LETTER HAS BEEN ISSUED

**12/03/2019 4:21 PM - CLAIM Note 50**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : DR. ENDREESS
Text: [12/03/2019 - KENNEDY, CHENTA]ONE OV DATED 8/27/19

**12/02/2019 10:49 PM - NOTIFICATION Note 8**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 11/08/2019 through 12/07/2019 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 12/02/2019 10:49 PM EST
Current Status: DELIVERED
Delivered ON: 12/03/2019 10:17 AM EST

**11/25/2019 3:08 PM - PHONE Note 20**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [11/25/2019 - KENNEDY, CHENTA]T/C TO EE NOTES DID CK THE NECK BUT WAS NOT IT- THEY ARE LOOKING IN TO A SPINAL STIMULATOR - DISCUSSED RTW - EE NOTES AT THIS TIME CANT USE THE HAND OR ARM FOR MUCH NOTES DOES USE HER PHONE- AND BRUSH HER TEETH- TRYS TOCARRY BAGS BUT STILL HAS A LOT OF PAIN- AGREED TO TALK AFTER FIRST OF THE YR ABOUT POSSIBLE VR ASSISTANCE

**11/25/2019 7:35 AM - CLAIM Note 49**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject :
Text: [11/25/2019 - KENNEDY, CHENTA]OV- PT NOTES - NCS RESULTS AND OOW NOTE

**11/20/2019 2:58 PM - CLAIM Note 48**
Claim/Event/Leave: 8820045
NoteSubject : LTR to AP
Other Subject : MED REQUEST
Text: [11/20/2019 - KENNEDY, CHENTA]TSAOG- DR ENDRESS

**11/20/2019 2:47 PM - PHONE Note 19**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [11/20/2019 - KENNEDY, CHENTA]SAW OTHER SURGEON IN KS - REF TO PMR FOR HER BACK - THEY DID INJECTION TO SEE IF SURGERY IS NEEDED- SHE IS ALSO TO SEE ANOTHER AP SHE WAS GOING TO SEND RECORDS - -- R/C TO EE LEFT MSG FOR R/C

**11/19/2019 12:51 PM - CLAIM Note 47**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/19/2019 - HERTERICH, KIMBERLY]INVOICE DATED 10/17/2019 FROM UNIVERSITY OF KANSAS HOSPITAL . INV #146569 IN THE AMT OF $28.00 FOR MEDICAL RECORDS INVOICE PAID IN FULL.

**11/19/2019 10:25 AM - PHONE Note 18**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [11/19/2019 - KENNEDY, CHENTA]T/C TO EE - LEFT VM FOR R/C- NEED TO DISCUSS RTW VS FILING FOR SSDI

**11/19/2019 7:53 AM - PHONE Note 17**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [11/19/2019 - KENNEDY, CHENTA]T/C TO EE LEFT VM --I WANTED TO TOUCH BASE WITH YOU TO DISCUSS YOUR LTD CLAIM- I HAVE RECEIVED YOUR PT NOTES HOWEVER THEY ONLY WENT THROUGH 9/20/19, I AM STILL WAITING ON RECORD FROM DR. ENDRESS FROM 7/1/19 TO THE PRESENT. I ALSO NEED TO DISCUSS YOUR RETURN TO WORK PLAN- AT THIS TIME IF YOU DO NOT INTEND TO RETURN TO WORK WE NEED TO DISCUSS FILING FOR SOCIAL SECURITY DISABILITY BENEFITS AND THE NEED FOR UPDATED MEDICAL RECORDS TO SUPPORT YOUR CONTINUED OUT OF WORK. CAN YOU PROVIDE AN UP DATE ON YOUR TREATMENT AND RETURN TO WORK PLAN PLEASE.

**11/11/2019 9:18 AM - CLAIM Note 46**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : FORMS
Text: [11/11/2019 - KENNEDY, CHENTA]UPDATED

**11/05/2019 4:10 PM - CLAIM Note 45**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : PT
Text: [11/05/2019 - KENNEDY, CHENTA]7/15/19 THRU 9/20/19

**11/01/2019 10:32 PM - NOTIFICATION Note 7**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 10/08/2019 through 11/07/2019 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 11/01/2019 10:32 PM EST
Current Status: DELIVERED

Current Status: DELIVERED
Delivered ON: 11/05/2019 01:42 PM EST

**10/23/2019 1:07 PM - CLAIM Note 44**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [10/23/2019 - KENNEDY, CHENTA]RECVD DUPLICATE INVOICE FORM SHARECARE-THIS INVOICE HAS BEEN REFERRED FOR PROCESSING ALREADY

**10/21/2019 10:19 AM - CLAIM Note 43**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [10/21/2019 - KENNEDY, CHENTA]RECVD FORWARD TO PROCESS 28.00 U OF K[11/19/2019 - KENNEDY, CHENTA] SENDING SECOND REQUEST TO PROCESS INVOICE

**10/10/2019 7:09 AM - CLAIM Note 42**
Claim/Event/Leave: 8820045
NoteSubject : LTR to EE
Other Subject : FORMS
Text: [10/10/2019 - KENNEDY, CHENTA]SENDING UPDATED CIF TO OBTAIN NEW PMR AP INFO

**10/08/2019 7:16 AM - CLAIM Note 41**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [10/08/2019 - KENNEDY, CHENTA]RECVD AND FORWARD TO PROCESS - SHARECARE SQ7KS1

**10/01/2019 7:32 PM - NOTIFICATION Note 6**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 09/08/2019 through 10/07/2019 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 10/01/2019 07:32 PM EST
Current Status: DELIVERED
Delivered ON: 10/02/2019 07:00 AM EST

**09/23/2019 5:09 PM - CLAIM Note 40**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : INV
Text: [09/23/2019 - MURPHY, MEGAN]ON 9/23/19, REC'D PRE-PAY INV FROM SHARECARE IN AMOUNT OF $34.63 FOR MEDS FROM TSAOG- FORWARDED FOR PAYMENT

**09/04/2019 5:10 PM - PHONE Note 16**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject : UPDATE
Text: [09/04/2019 - KENNEDY, CHENTA]T/C TO EE- NOTES THE PT THINKS SHE WILL NEED A BLOCK- SHE IS DOING WELL W PT AND WORKING WELL ON ROM IS IMPROVING BUT NOT IN STRENGTH- BUT THINKS THIS WILL COME- SHE HAS OV WITH PMR- WHICH IS 9/19- THEY WILL SEE IF SHE NEEDS THE BLOCK- NOTES TO SEE AP AGAIN IN NOVEMBER- IN REGARDS TO RTW- NOTES SHE WHILE SHE DOES NOT HAVE A DATE- SHE IS MORE HELPFUL ABOUT GETTING BACK TO WORK- NOW SEEING SHE IS MAKING PROGRESS THIS TIME WHILE SLOW IT IS GETTING BETTER WENT OVER THESSDI AND THE NEED TO FILE AT 12 MONTHS- AGREED TO HOLD OFF AT THIS POINT LET HER GET TWO MORE MONTHS OF PT AND HER INJECTIONS AND SEE WHERE SHE IS AT HER NOVEMBER OV- SHE WILL DISCUSS A RTW PLAN AT THAT TIME- SHE UNDERSTANDS IF PLAN IS NOT IN PLACE AT THAT OV WE WILL REQUEST HER TO FILE- EE AGREES WITH THIS PLAN- NOTES HER PT IS SAN ANTONIO ORTHO GROUP- NOTES WILL SEE PMR THERE ALSO

**09/02/2019 7:35 PM - NOTIFICATION Note 5**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 08/08/2019 through 09/07/2019 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 09/02/2019 07:35 PM EST
Current Status: DELIVERED
Delivered ON: 09/03/2019 06:59 AM EST

**08/04/2019 7:01 AM - NOTIFICATION Note 4**
Claim/Event: 8820045
NoteSubject : Text Message

Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 07/08/2019 through 08/07/2019 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 08/04/2019 07:01 AM EST
Current Status: DELIVERED
Delivered ON: 08/04/2019 07:01 AM EST

**08/03/2019 8:07 AM - PHONE Note 15**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : EMAIL
Text: [08/03/2019 - KENNEDY, CHENTA]HELLO, I JUST WANTED TO SEND YOU A COPY OF A PREVIOUS VISIT WITH DR ENDRESS AND A LETTER FROM MY PHYSICAL THERAPIST. I VE BEEN ATTENDING MY PHYSICAL THERAPY APPOINTMENTS AS RECOMMENDED AND HAVE PURCHASED SOME THERAPY EQUIPMENT AND CONTINUE TO DO ADDITIONAL THERAPY AT HOME. I M AWAITING CONTACT FROM THE PAIN MANAGEMENT OFFICE FOR THE CONSULT. MY APPOINTMENT WITH DR. ENDRESS IS AUGUST 27. THANK YOU, LYNN GARZA

**08/03/2019 8:06 AM - CLAIM Note 39**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : ANDREA FISHER
Text: [08/03/2019 - KENNEDY, CHENTA]8/2/19 TX SUMMARY

**07/23/2019 11:13 AM - LIFE Note 1**
Claim/Event/Leave: 8820045
NoteSubject : Phone Call
Other Subject : DISREGARD / WOP
Text: [07/23/2019 - KITTRIDGE, SANDRA]CALL FROM LYNN (NO NUMBER ON DISPLAY) RTC. SHE ADVISED SHE DOES NOT HAVE A RTW PLAN ANY TIME SOON. HER NEXT F/U WITH HER SURGEON, DR. RYAN ENDRESS, IS ON 8/19. SHE IS IN PT 2X A WEEK. R&LS - UNABLE TO LIFT OR USE LEFT ARM/HAND AT ALL. SHE IS LEFT HAND DOMINANT. SX WAS 4/5/19, INCISION FROM PALM OF HAND TO ELBOW, A LOT OF SCAR TISSUE PREVENTING ROM AND SENSITIVITY AND STRENGTH. SHE INDICATED HER LOV WAS ON 6/25 AND SHE SENT INFO TO HER LTD CLAIMS EXAMINER AFTER THAT VISIT. I THANKED HER FOR RTC AND ADVISED IF ANYTHING ELSE IS NEEDED I WILL LET HER KNOW. ADVISED I WILL CALL ONCE A DETERMINATION IS MADE ON WOP. THANKED AND C/E.[07/23/2019 - KITTRIDGE, SANDRA]*

**07/16/2019 4:46 PM - CLAIM Note 38**
Claim/Event/Leave: 8820045
NoteSubject : Action Plan
Other Subject : RTW OO DEC 2019
Text: [07/16/2019 - KENNEDY, CHENTA]46 YR OLD FM WORKING AS A NURSE PRACTITIONER - (LIGHT) FIRST OOW AS OF 5/31/18- W SURGERY ON 6/1/18-LEFT VOLAR FORARM FASCIAL RELEASE DUE TO H/O AMNIOTIC BAND SYNDROME-RTW FULL DUTY AS OF 8/26/18- ASSOC FILED NEW CLAIM WLDW OF 10/9/18- DO TO ON GOING PAIN AND SWELLING ADDITIONAL TSTING WAS REQUESTED DOPPLER CAME BACK NEGATIVE- INJECTION WERE GIVEN - LYMPHTIC SCINTIGRAPHY WAS NEGATIVE - MRI WAS ORDERED WHICH WA UNREMARKABLE - HOWEVER CLMNT WAS REPORTED TO HAVE LIMITATIONS IN DAILY FUNCTION WITH THE LEFT HAND- NOTES IN REGARDS TO HER WORK SHE IS UNABLE T BREAST EXAMS OR OTHER PHYSICAL EXAMS UNABLE TO TYPE OR WRITE - AS OF 1/19 SHE WAS REF BACK TO T STEROID INJECTION MEDS - REF FOR SECOND OPINION WITH DR ENDRESSAT KU PLASTIC SURGERY DEPT - EE SAW DR ENDRESS AND NEW EMG WAS COMPLETED WHICH SHOWED NEW DX OF CTS AND POSSIBLE ULNAR NERVE PROBLEM- EE UNDERWENT ADDITIONAL SURGERY ON 4/5/19 WITH DR ENDRESS - S/P SURGERY SHE HAS LIMITED US OF THE LEFT ARM AND REMAINS IN PT TWICE A WEEK- AT THIS TIME WE ARE PENDING UPDATED MEDICAL RECORDS- ACTION PLAN- MONITOR UPDATED TREATMENT - IF NO RTW BY OCT WILL REVIEW FOR DIRECTION OF INVESTIGATION[10/10/2019 - KENNEDY, CHENTA]AT THIS TIME EE IS IN PMR FOR INJECTION ANDPT- HOPING TO RTW- IF NO RTW WILL REQUEST SSDI FILING - OBTAIN MED AND CONSIDER CLINICAL REVIEW

**07/16/2019 4:42 PM - PHONE Note 14**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [07/16/2019 - KENNEDY, CHENTA]T/C TO EE NOTES SHE CANT USE HER LT ARM AT ALL - SHE CANT BRUSH HER HAIR OR ANYTHING- AP SAYS IT IS GOING TO TAKE TIME- SHE CAN MAKE A FIST NOW BUT THAT'S ALL SHE REMAINS IN PT TWICE A WEEK - SHE DID SEE PT THERE BUT ONTHE THIRD VISIT SHE ASKED ABOUT CERTIFIED HAND THERAPIST- SEEING THEY WERE HAVING HER RIDE A BIKE - SHE HAS NOW OBTAIN NEW PT - NOTES THIS PT IS MUCH BETTER AND THINKS THEY CAN GET HER BACK TO BASE- BUT THINKING SHE MAY HAVE CRS= BUT SHE IS STILL HEALING - SHE GOES BACK TO KS FOR HER APTS- IF SHE GETS BACK TO WORK SHE WILL LOOK AROUND WHERE SHE LIVES- SHE IS NOT GIVING UP- AGREED TO KEEP ON TOUCH OVER THIS PROCESS OF EXTENSION

**07/01/2019 7:57 PM - NOTIFICATION Note 3**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 06/08/2019 through 07/07/2019 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/01/2019 07:57 PM EST

Sent ON: 07/01/2019 07:57 PM EST
Current Status: DELIVERED
Delivered ON: 07/02/2019 07:01 AM EST

**06/22/2019 7:21 AM - CLAIM Note 37**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : ENDRESS
Text: [06/22/2019 - KENNEDY, CHENTA]NO USE OF LEFT ARM

**06/21/2019 2:53 PM - PHONE Note 13**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject :
Text: [06/21/2019 - THOMPSON, CAMILYA]EE CALLED ADVISED THAT AFTER HER AP APPOINTMENT WITH DR. ENDRESS SHE WAS ADVISED TO NOT USE HER LEFT ARM AT ALL. EE ADVISED SHE HAS A FU APPOINTMENT ON 06/25 AND WILL FAX AP NOTE TO ADCM TODAY. LCE PROVIDED FAX NUMBER,ENDED CALL WIHT NFQ

**06/18/2019 12:41 PM - PHONE Note 12**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [06/18/2019 - KENNEDY, CHENTA]T/C TO EE - LEFT VM NEED TO DISCUSS HER OV WITH DR ENDRESS - WILL NEED TO OBTAIN THOSE OV- ALSO NEED HER OCC THERAPY CONTACT INFO TO OBTAIN THOSE RECORDS AND DISCUSS ANY RTW PLANS- REQUESTING R/C

**06/08/2019 7:20 AM - CLAIM Note 36**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : U OF K
Text: [06/08/2019 - KENNEDY, CHENTA]SEE EDM FOR RECORDS THRU 4/29/19

**06/06/2019 6:56 AM - PHONE Note 11**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject : UPDATE
Text: [06/06/2019 - KENNEDY, CHENTA]T/C TO EE LEFT VM- I WANTED TO GET A UPDATE ON YOUR TREATMENT. I THINK YOU HAD A FOLLOW UP OFFICE VISIT WITH YOUR TREATING PROVIDER ON JUNE 3. I WILL NEED TO GET SOME UPDATED MEDICAL RECORDS TO SUPPORT ANY CONTINUED OUT OF WORK AS THE MOST RECENT INFORMATION WE HAVE ON FILE IS FROM PT DATED 4/25/19. WE HAVE PAID AN INVOICE TO U OF K, PENDING A RESPONSE FOR YOUR RECORDS.

**06/03/2019 8:14 PM - NOTIFICATION Note 2**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 05/08/2019 through 06/07/2019 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/03/2019 08:14 PM EST
Current Status: DELIVERED
Delivered ON: 06/04/2019 07:00 AM EST

**05/30/2019 2:49 PM - CLAIM Note 35**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/30/2019 - MICHAUD, ROBIN]INVOICE RECEIVED ON 5/13/2019 AND DATED 5/9/2019 FROM UNIVERSITY OF KANSAS HEALTH SYSTEM. NO INVOICE # IN THE AMOUNT OF $ 28.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL

**05/28/2019 1:57 PM - CLAIM Note 34**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : ADD DD
Text: [05/28/2019 - WRIGHT, PATRICIA]ADDED ACCT ROUTING

**05/28/2019 7:35 AM - CLAIM Note 33**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : DD
Text: [05/28/2019 - KENNEDY, CHENTA]FORWARD TO PROCESS

**05/13/2019 2:52 PM - PHONE Note 10**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :

Text: [05/13/2019 - KENNEDY, CHENTA]T/C TO EE NOTED DID CHANGE HER ADDRESS- ALSO HAVE RECVD REQUEST FOR PRE-PAYMENT OF HER RECORDS FROM REHAB AND U OF K- WE HAVE ISSUED PAYMENT PENDING RECORDS- DO NEED TO DISCUSS HER NEW LOCATION AS NEED TO SEE IF SHE HASOBTAINED NEW TREATING APS- WILL NEED ONGOING MED TO SUPPORT HER OOW- REQUESTING R.C

**05/13/2019 7:44 AM - CLAIM Note 32**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [05/13/2019 - KENNEDY, CHENTA]RECVD AND FORWARD TO PROCESS- U OF K 28.00 5/9/19

**05/11/2019 9:38 AM - PHONE Note 9**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject :
Text: [05/11/2019 - KENNEDY, CHENTA]T/C FROM EE ON 5/10/19- WANTING TO CHECK TO SEE IF APS HAVE PROVIDED HER MEDICAL RECORDS- ALSO NOTES SHE HAS CHANGE OF ADDRESS - SHE HAS MOVED IN WITH HER PARENTS-

**05/02/2019 3:32 PM - CLAIM Note 31**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : INVOICE
Text: [05/02/2019 - KENNEDY, CHENTA]RECVD AND FORWARD TO PROCESS INVOICE BENCHMARK REHAB 64.18 81082

**05/02/2019 3:27 PM - CLAIM Note 30**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : SER PT
Text: [05/02/2019 - KENNEDY, CHENTA]69 PGS - 10/8/18 THRU 4/25/19

**05/02/2019 11:20 AM - PHONE Note 8**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [05/02/2019 - KENNEDY, CHENTA]T/C TO EE LEFT VM- NOTED CALLING TO F/U ON HER RECOVERY FROM SURGERY AND DISCUSS MISSING MEDICAL RECORDS - NOTED RE-FAX TO SERC PT ON 4/25- AND DR ENDRESS HAS REJECTED OUT REQUEST AS THEY DO ACCEPT THE AUTH WE SENT- WE HAVE SENT HER A COPY OF THIS REJECTION SHE WILL NEED TO EITHER OBTAIN A DIFFERENT AUTH OR OBTAIN THE RECORDS ON HER BEHALF - REQUESTING R/C

**05/01/2019 7:19 PM - NOTIFICATION Note 1**
Claim/Event: 8820045
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your benefit payment for 04/08/2019 through 05/07/2019 in the net amount of $5,014.88 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/01/2019 07:19 PM EST
Current Status: DELIVERED
Delivered ON: 05/02/2019 07:00 AM EST

**05/01/2019 2:40 PM - CLAIM Note 29**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : CAROZZA
Text: [05/01/2019 - KENNEDY, CHENTA]SEE EDM

**05/01/2019 7:21 AM - CLAIM Note 28**
Claim/Event/Leave: 8820045
NoteSubject : Medical Status
Other Subject : U OF K
Text: [05/01/2019 - KENNEDY, CHENTA]RECVD REJECTION OF REQUEST- SENDING COPY TO ASSOC- RE-FAXING WITH NEW AUTH

**04/29/2019 10:01 AM - CLAIM Note 27**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : LTD FORMS
Text: [04/29/2019 - KENNEDY, CHENTA]AQ- CSS- TEE- DL

**04/11/2019 12:24 PM - CLAIM Note 26**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : BENEFIT CALCULATION


**Liberty/Garza 0090**

Text: [04/11/2019 - BRYANT, DIANE]SET UP SCHEDULED PAYMENT BASED ON ELIGIBILITY APPROVED - S1 PROCESSING DATE 9/25/2018 - ANNUAL SALARY $100,297.60 / 12 = $8,358.13 BME. THE BENEFIT IS 60% OR $5,014.88. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THEDOC LIST.

**04/11/2019 11:28 AM - PHONE Note 7**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [04/11/2019 - KENNEDY, CHENTA]T/C TO EE NOTED CLM IS APPROVED HOWEVER DO NEED THE REST OF HER FORMS BEFORE HER FIRST CK WILL BE ISSUED- NOTED PSU WILL CALC BENEFIT AND FIRST CK WILL ISSUE AROUND 5/7/19 BEARING THAT CALC IS COMPLETED- NOTED WE WILL NEED TO STAY IN CONTACT IN REGARDS TO TREATMENT AND RECOVERY- AND RTW PLANS- NOTED IF SHE GETS REF BACK TO PT WILL NEED TO KNOW AND WILL NEED UPDATED MED TO EXT HER CLM- EE HAS NO QUESTIONS

**04/10/2019 4:29 PM - NOTIFICATION Note 1**
Claim/Event/Leave: 8820045
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name 19134497315 : Lincoln Financial Group: Claim 8820045. Your disability claim has been approved.
**TEXT Life Cycle**
Sent ON: 04/10/2019 04:29 PM EST
Current Status: DELIVERED
Delivered ON: 04/10/2019 04:29 PM EST

**04/10/2019 3:23 PM - CLAIM Note 25**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/10/2019 - CRAM, BRIAN]AGREE WITH APPROVAL.

**04/10/2019 1:51 PM - CLAIM Note 24**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : EMAIL
Text: [04/10/2019 - KENNEDY, CHENTA]HELLO, I JUST WANTED TO SEND YOU MY AUTHORIZATION AND POST OP SUMMARY AND ER SUMMARY- I HAD TO GO BACK TO THE HOSPITAL WHEN MY NERVE BLOCK WORE OFF. I'M GOING TO SEND YOU A PICTURE OF MY INCISION FROM MY POST OP VISIT INA DIFFERENT EMAIL. I'LL SEND IT FROM MY PHONE. THANK YOU, LYNN GARZA

**04/10/2019 8:39 AM - CLAIM Note 23**
Claim/Event/Leave: 8820045
NoteSubject : Action Plan
Other Subject : RTW OO JUL 2019
Text: [04/10/2019 - KENNEDY, CHENTA]46 YR OLD FM WORKING AS A NURSE PRACTITIONER (NEED OA) W DOH 10/30/14 LTD EDOC 11/1/14- CLASS 3B- ASSOC FIRST OOW AS OF 5/31/18- W SURGERY ON 6/1/18-LEFT VOLAR FORARM FASCIAL RELEASE DUE TO H/O AMNIOTIC BAND SYNDROME-RTW FULL DUTY AS OF 8/26/18- ASSOC FILED NEW CLAIM W LDW OF 10/9/18- DO TO ON GOING PAIN AND SWELLING ADDITIONAL TSTING WAS REQUESTED DOPPLER CAME BACK NEGATIVE- INJECTION WERE GIVEN - LYMPHTIC SCINTIGRAPHY WAS NEGATIVE - MRI WAS ORDERED WHICH WA UNREMARKABLE - HOWEVER CLMNT WAS REPORTED TO HAVE LIMITATIONS IN DAILY FUNCTION WITH THE LEFT HAND- NOTES IN REGARDS TO HER WORK SHE IS UNABLE T BREAST EXAMS OR OTHER PHYSICAL EXAMS UNABLE TO TYPE OR WRITE - AS OF 1/19 SHE WAS REF BACK TO T STEROID INJECTION MEDS - REF FOR SECOND OPINION WITH DR ENDRESS AT KU PLASTIC SURGERY DEPT - EE SAW DR ENDRESS AND NEW EMG WAS COMPLETED WHICH SHOWED NEW DX OF CTS AND POSSIBLE ULNAR NERVE PROBLEM- EE UNDERWENT ADDITIONAL SURGERY ON 4/5/19 WITH DR ENDRESS AND TOF/U ON 4/16- ACTION PLAN- AT THIS TIME LTD BBD DATE IS 4/8/19- ACTION PLAN- REC TO APPROVE LTD CLM F/U FOR EMG -OP AND F/U VISIT WITH DR ENDRESS- WILL HOLD BENEFIT FOR ALL LTD FORMS WHICH HAVE NOT BEEN PROVIDED-

**04/10/2019 7:23 AM - CLAIM Note 22**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : DR. NOUHAN
Text: [04/10/2019 - KENNEDY, CHENTA]3/26/19 OFFICE NOTE

**04/09/2019 8:59 AM - CLAIM Note 21**
Claim/Event/Leave: 8820045
NoteSubject : LTR to AP
Other Subject : MEDICAL RECORDS
Text: [04/09/2019 - KENNEDY, CHENTA]MAILING OUT REQUEST MEDICAL RECORDS FROM DR. ENDRESS- DR. NOUHAN - SERC PT AND DR CAROZZA -

**04/02/2019 2:24 PM - PHONE Note 6**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject :
Text: [04/02/2019 - KENNEDY, CHENTA]R/C FROM EE DID RECVD FORMS AND IS COMPLETING THEM AND WILL GET THEM BACK CONFIRMED SHE IS TO UNDERGO ADDITIONAL SURGERY WITH DR. ENDRESS ON 4/5/19 SHE WILL F/U POST OP ON

BACK CONFIRMED SHE IS TO UNDERGO ADDITIONAL SURGERY WITH DR. ENDRESS ON 4/5/19 SHE WILL F/U POST OP ON 4/16/19- AT THIS TIME NO RTW DATE IS GIVEN- AGREED TO REQUEST MISSING MED ONCE FORMS ARE ON FILE AND REVIEW FOR DETERMINATION - AGREED TO INFORM HER STD DCM OF HER TX STATUS

**04/02/2019 8:55 AM - CLAIM Note 20**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/02/2019 - MITCHELL, CATHERINE]INVOICE DATED __3/27/2019_ FROM LIBERTY MUTUAL MANAGED CARE, LLC. INV # _5699719/1115592__ , IN THE AMT OF $172.00 FOR OCCUPATIONAL ANALYSIS___ . INVOICE PAID IN FULL.

**04/01/2019 5:20 PM - PHONE Note 5**
Claim/Event/Leave: 8820045
NoteSubject : Called EE
Other Subject :
Text: [04/01/2019 - KENNEDY, CHENTA]T/C TO EE - LEFT VM- NOTED WANTED TO SEE IF SHE RECVD HER LTD FORMS ALSO WANTED TO DISCUSS HER CLAIM AND UPDATED ON HER TREATMENT- REQUESTING R/C

**03/27/2019 5:40 PM - CLAIM Note 19**
Claim/Event/Leave: 8820045
NoteSubject : Med Records Rcvd
Other Subject : OVERLAND PARK SURGER
Text: [03/27/2019 - MILLS, SUSAN]RECVD RECORDS FROM OVERLAND PARK SURGERY CNETER

**03/27/2019 5:16 PM - CLAIM Note 18**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : VNDR PMT
Text: [03/27/2019 - THEOFRASTOU, ELIZABETH]INVOICE REC'D 3/21/19, FROM ISG, INVOICE #449103, IN THE AMT OF $55 FOR INVESTIGATION FEES - FIRSTLOOK - SOCIAL MEDIA CHECK. INVOICE PAID IN FULL

**03/27/2019 9:48 AM - CLAIM Note 17**
Claim/Event/Leave: 8820045
NoteSubject : Voc Rehab
Other Subject : OA COMPLETED
Text: [03/27/2019 - DOUGHERTY, JESSICA]REPORT COMPLETED AND POSTED DIRECTLY TO SYSTEMONE, ALONG WITH INVOICE NO FURTHER VCM ACTIVITY.

**03/23/2019 2:30 AM - CLAIM Note 16**
Claim/Event/Leave: 8820045
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 3/22/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO DOUGHERTY, JESSICA. CLAIM/AS EVENT IS PENDING REVIEW.

**03/22/2019 9:37 AM - CLAIM Note 15**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : SOCIAL MEDIA SEARCH
Text: [03/22/2019 - CORPORAN, KRISTIANNE]RECVD FROM ISG.

**03/22/2019 2:28 AM - CLAIM Note 14**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO DIANE BRYANT.

**03/22/2019 2:28 AM - CLAIM Note 13**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 3/21/2019 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**03/22/2019 2:28 AM - CLAIM Note 12**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 3/21/2019 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - SOCIAL MEDIA.

**03/22/2019 2:28 AM - CLAIM Note 11**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**03/21/2019 4:24 PM - PHONE Note 4**
Claim/Event/Leave: 8820045
NoteSubject : Initial EE Interview
Other Subject :
Text: [03/21/2019 - KENNEDY, CHENTA]T/C TO EE NOTES SYSTEM INFO IS CORRECT NOTES SHE HAS BEEN GOING TO OT- ALSO HAS GOTTEN SECOND OPINION WHICH IS REC NEW SURGERY- SHE ALSO HAD EMG DUE TO LOSS OF STRENGTH IN HER ARM- SHE IS TO SEE DR. NOUHAN ON 2/26 TO DISCUSS HER OPTIONS - AGREE TO SPEAK ON 2/28 TO DISCUSS LTD CLM

**03/21/2019 2:10 PM - PHONE Note 3**
Claim/Event/Leave: 8820045
NoteSubject : EE Called
Other Subject : ACD
Text: [03/21/2019 - HABTE, AMANIEL]SPOKE WITH EE AND SHE WAS RETURNING A PHONE CALL SHE MISSED. DCM INFORMED NOTHING SHOWING HOWEVER WILL HAVE ADCM FOLLOW UP WITH HER. EE HAD NFQ AND CC

**03/21/2019 11:29 AM - CLAIM Note 10**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : SIU
Text: [03/21/2019 - MOORE, CURTIS]DATABASE = ISG

**03/21/2019 5:44 AM - CLAIM Note 9**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : REF DATA SEARCH
Text: [03/21/2019 - KENNEDY, CHENTA]SENDING FOR DATA SEARCH

**03/21/2019 5:44 AM - CLAIM Note 8**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : REF TO VR
Text: [03/21/2019 - KENNEDY, CHENTA]REQUESTING OA

**03/21/2019 5:38 AM - CLAIM Note 7**
Claim/Event/Leave: 8820045
NoteSubject : LTR to EE
Other Subject : ACK LETTER
Text: [03/21/2019 - KENNEDY, CHENTA]SENDING ACK LETTER W FORMS

**03/21/2019 5:25 AM - CLAIM Note 6**
Claim/Event/Leave: 8820045
NoteSubject : Action Plan
Other Subject : PENDING LTD
Text: [03/21/2019 - KENNEDY, CHENTA]46 YR OLD FM WORKING AS A NURSE PRACTITIONER (NEED OA) W DOH 10/30/14 LTD EDOC 11/1/14- CLASS 3B- ASSOC FIRST OOW AS OF 5/31/18- W SURGERY ON 6/1/18-LEFT VOLAR FORARM FASCIAL RELEASE DUE TO H/O AMNIOTIC BAND SYNDROME-RTW FULL DUTY AS OF 8/26/18- ASSOC FILED NEW CLAIM W LDW OF 10/9/18- MEDICAL STATS BACK UP ON 10/26/18 DOPPLER STUDIES CAME BACK AS NEGATIVE - NOTES CHRONIC PAIN AND SWELLING DIFFERENT FROM HER PRE-OP SYMPTOMS WHICH ARE WORSE SINCE SHE RTW- INJECTIONS WERE REC- MRI-12/21/18 UNREMARKABLE - 1/15/19- LIMITED ACTIVITY UNABLE TO DO HER WORK ACTIVITIES - POSSIBLE ADDITIONAL SURGERY- CP REPORT 225/19-MY ASSESSMENT OF THE CLAIMANT S ACTIVITY LIMITATIONS/RESTRICTIONS AND DURATION IS NECESSARILY A ROUGHESTIMATE. THAT ESTIMATE IS; NO PATIENT TRANSFERS. OCCASIONAL LIFTING/CARRYING UP TO 20 LBS, AND FREQUENT LIFTING/CARRYING UP TO 10 LBS. NO LIMITATIONS/RESTRICTIONS ON KEYBOARDING (FINGERING, TYPING) OR OTHER OFFICE-BASED ACTIVITIES NO LIMITATIONS/RESTRICTIONS ON STANDING, WALKING, OR OTHER ACTIVITIES INVOLVING THE LOWER EXTREMITIES-TO ALLOW TIME FOR THIS, PLEASE CONSIDER THE ABOVE RESTRICTIONS/ LIMITATIONS APPLICABLE THROUGH UP TO 03/15/19. STD HAS BEEN EXT TO 3/31/19- W A MAX OF4/7/19- W LDW BBD 4/8/19- ACTION PLAN- ICP MISSING MEDICAL - DATA BASE ONCE ALL INFO PROVIDED WILL REVIEW FOR DIRECTION OF INVESTIGATION

**03/20/2019 2:06 PM - PHONE Note 2**
Claim/Event/Leave: 8820045
NoteSubject : Initial EE Interview
Other Subject : EE CALLED
Text: [03/20/2019 - SPROUS, TRACEY]EE LEFT MESSAGE TO COMPLETE INITIAL CALL

**03/20/2019 10:56 AM - CLAIM Note 5**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : CLM ASSIGNED
Text: [03/20/2019 - CRAM, BRIAN]CLAIM ASSIGNED TO DCM KENNEDY.

**03/20/2019 2:29 AM - CLAIM Note 4**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Oth

NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/19/2019 - REFERRED TO TCMS FOR REVIEW AND POTENTIAL MANAGEMENT.

**03/19/2019 11:19 AM - CLAIM Note 3**
Claim/Event/Leave: 8820045
NoteSubject : Ref to Other
Other Subject : TCMS
Text: [03/19/2019 - SPROUS, TRACEY]TCMS REFERRAL

**03/18/2019 5:23 PM - CLAIM Note 2**
Claim/Event/Leave: 8820045
NoteSubject : Other
Other Subject : MED REQST
Text: [03/18/2019 - CRUZ, DAVID]RECORDS REQST BEGINNING 02/27/2019 THRU PRESENT

**03/18/2019 5:22 PM - CLAIM Note 1**
Claim/Event/Leave: 8820045
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [03/18/2019 - CRUZ, DAVID] CONTACTED DR. NOUHAN, AND OVERLAND PARK REGIONAL SURGICAL CEN FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**03/18/2019 5:08 PM - PHONE Note 1**
Claim/Event/Leave: 8820045
NoteSubject : Initial EE Interview
Other Subject : 1ST ATTEMPT
Text: [03/18/2019 - CRUZ, DAVID]-CALL TO EE LEFT VM FOR CALL BACK CONCERNING DISABILITY -,PROVIDED CALL BACK NUMBER

**From:**Best, Linda
**Sent:**Thu, 17 Feb 2022 19:24:02 +0000
**To:**'Lynn Garza'
**Subject:**RE: LTD claim 8820045 - Address to return refund check

Good Afternoon,

I have sent you a paid in full letter sent under a separate cover.

Thank you
Linda

**Linda Best**
Recalc & Recovery Specialist II, Recalc & Recovery

GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 ext 16218 - Office
Fax # 603-430-1839

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Thursday, February 17, 2022 2:15 PM
**To:** Best, Linda <Linda.Best@lfg.com>
**Subject:** Re: LTD claim 8820045 - Address to return refund check

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello! We spoke a few months ago and I made a payment over the phone for the over payment I received when I received disability. I failed to request a receipt for the over payment at that time. I need to keep the receipt for my records.
Could you please email me a receipt for the $54,000 (I'm not positive of the amount at this moment) but it must be in my file.
I really appreciate your assistance in this matter.
Sincerely,
Lynn Garza

On Wed, Aug 4, 2021 at 11:06 AM Best, Linda <Linda.Best@lfg.com> wrote:

Good Afternoon,

Please send a check or money order payable to Lincoln Life Assurance Company of Boston to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**

**Lincoln Life Assurance Company of Boston**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

**Thank you**
**Linda**

**Linda Best**
Recalc & Recovery Specialist II, Recalc & Recovery

GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 ext 16218 - Office
Fax # 603-430-1839

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, February 17, 2022 2:23:16 PM |
| To: | LAE9Q3@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Sisters of Charity of Leavenworth Health System, Inc. Claim No. 8820045 Lynn Garza |
| Attachments: | qdd5mx0svux0eveewix5_12206624.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1839

February 17, 2022

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

We received your repayment of $54,796.17 on October 7, 2021. This satisfies your overpayment in full.

Thank you for your cooperation in this matter.

Sincerely,

Linda Best
Recalc & Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16218
Secure Fax No.: (603) 430-1839

# Fax Transmission

**To:** 16033343840@shoretelfax.com

**Fax:** 16033343840

**RE:** Lynn Garza Final Denial Appeal

**From:** Georgia Mathera

**Date:** 1/20/2022 12:33:28 PM PST

**Pages:** 10

---

**Comments:**

[Marc Whitehead & Associates Attorneys at Law, LLP]<http://www.disabilitydenials.com/>

Georgia Mathera | Paralegal
Marc Whitehead & Associates, Attorneys at Law LLP
403 Heights Blvd.
Houston, TX 77007

Phone: 713.228.8888
Fax: 346.326.3177

website<http://www.disabilitydenials.com/> |
vCard<https://dynasend.com/signatures/vcard/jocelyn-at-marcwhitehead.com.vcf> |
map<https://www.google.com/maps/place/403+Heights+Blvd,+Houston,+TX+77007/@29.7780929,-95.4022183,16z/data=!4m5!3m4!1s0x8640c7569807c80d:0xfc9ccc23f3e38a6!8m2!3d29.7780929!4d-95.3978409!5m1!1e3>
| email<mailto:jocelyn@marcwhitehead.com>

Facebook]<http://www.facebook.com/AttorneyMarcWhitehead>[LinkedIn]<https://www.linkedin.com/company/3308102/>[Twitter]<http://twitter.com/marcwhitehead>[Yelp]<https://www.yelp.com/biz/marc-whitehead-and-associates-attorneys-at-law-houston>

Confidentiality Note: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

# FAX TRANSMISSION

**MARC WHITEHEAD & ASSOCIATES**
403 Heights Boulevard
Houston, Texas 77007
(713) 228-8888
Fax: (713) 225-0940

**To:** Lincoln Financial Group

8801 Indian Hills Drive
Omaha, NE 68114
Attn: Yasmine Toomasi

**Fax No.:** 1 (603) 334-3840

**Date:** January 20, 2022

**From:** Georgia Mathera

**Pages:** 9

**Subject:** Claimant: Lynn Garza
Employer: Sisters of Charity of Leavenworth Health System, Inc.
Claim No.: 8820045

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

January 20, 2022

via fax (603) 334-3840
and Federal Express

Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Attn: Yasmine Toomasi

| | | |
|---|---|---|
| RE: | Claimant: | Lynn Garza |
| | Employer: | Sisters of Charity of Leavenworth Health System, Inc. |
| | Claim Number: | 8820045 |

Yasmine Toomasi:

This firm represents Ms. Garza regarding her appeal of Lincoln Financial Group's ("Lincoln's") decision to terminate Ms. Garza's claim for long-term disability ("LTD") benefits. Lincoln terminated benefits by letter dated March 16, 2021. On July 27, 2021, this firm sent correspondence with legal notice of Ms. Garza's intent to appeal Lincoln's adverse decision. This firm is now submitting both the following brief and the attached medical records for use in its review of Ms. Garza's appeal.

Lincoln's March 16, 2021, correspondence to Ms. Garza states that Lincoln defines the following pertinent to her claim:

> *"Disability or Disabled means:*
>
> *Applicable to Class 3A, 3B, 4A, 4B, 4C, 6A, 6B:*
> *b.i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *Any Occupation*
>
> *Means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity."*

For reasons discussed below, Ms. Garza contests Lincoln's determination that she is not

disabled under the terms of the plan. Ms. Garza does not retain a residual functional capacity that would allow for the performance of her own occupation. Lincoln's decision to close Ms. Garza's claim constitutes an incorrect determination.

## I. Argument

Lincoln has opined that Ms. Garza is no longer meets the definition of disability as defined by the policy because she has insufficient support that her conditions are severe enough to prevent her from performing any occupation. Lincoln has erroneously terminated Ms. Garza's claim. Ms. Garza suffers from complex regional pain syndrome. Lincoln has not considered that Ms. Garza's condition renders her incapable of any employment.

### A. Ms. Garza's Residual Bilateral Manual Dexterity is Insufficient for Performance of Any Occupation

Lincoln has failed to consider Ms. Garza's upper extremity impairments in its assessment of her employability. Ms. Garza cannot perform any occupation due to her extremity deficits. Ms. Garza has complex regional pain syndrome which severely limits the use of her hands. She does not possess remotely adequate bilateral manual dexterity for the performance of any occupation due to the disabling symptoms this condition causes. Ms. Garza experiences chronic pain, changes in temperature, sensitivity in her fingertips, numbness, and tingling. Ms. Garza has consistently reported that exercising manual dexterity is painful and limits her functional ability. Ms. Garza is restricted from but a fraction of the hand usage that would enable her to work. Almost all occupations require frequent or constant use of the upper extremities.

*See SSR 83-14: "For low skill, sedentary, and light duty positions, bilateral manual dexterity, and the ability to remain in a particular posture are important non-exertional limitations."; 1983 SSR LEXIS 33, "Capability to Do Other Work--the Medical-Vocational Rules as a Framework for Evaluating a Combination of Exertional and Nonexertional Impairments," available at 1983 WL 31254 ("[B]ilateral manual dexterity is necessary for the performance of substantially all unskilled sedentary occupations.")*

### B. Medications

Dr. Rojhani referenced agreement with the treatment and medication use provided to Ms. Garza by her physicians. Ms. Garza's condition causes chronic pain and is treated with pain management and medication. Ms. Garza's medications cause further cognitive deficits, including mental and physical fatigue, memory inconsistency, drowsiness, and nausea. Ms. Garza's medications diminish her focus and concentration. These adverse intellectual effects further erode Ms. Garza's ability to work by reducing her capacity for critical thinking and her overall accuracy and productivity. The lessening of Ms. Garza's ability to concentrate and process information has a serious impact on her ability to perform any occupation.

Lincoln breached its duty of good faith and fair dealing by failing to consider Ms. Garza's record in its entirety which includes the use of medication. The side effects of Ms. Garza's Gabapentin, Hydrocodone, Norco, Xanax, Tramadol, Tizanidine, and Nortriptyline

contribute to her disability. Ms. Garza's use of medication is further evidence of the severity and substantiality of her pain condition.

### C. Final Denial

Lincoln previously granted Ms. Garza's benefits. Lincoln's termination of Ms. Garza's benefits is a breach of duty of good faith and fair dealing because it has no evidence that Ms. Garza's condition has improved to a degree that would enable her to perform any occupation.

Ms. Garza suffers from complex regional pain syndrome ("CRPS"), amniotic band fascia release (left arm), carpal tunnel syndrome on both sides, left arm hypersensitivity, spinal cord implant for her chronic neck pain, and an inability to use her dominant arm. Ms. Garza's symptoms include chronic pain, numbness, tingling, and limited range of motion. Ms. Garza struggles with daily living activities including brushing her hair, taking a bath, typing, writing, and has a grip strength of 4 pounds. Ms. Garza further struggles with memory loss, brain fog issues, side effects from her medication, lifting, pulling, and pushing. The cognitive deficits Ms. Garza experiences are a serious contributing factor in her disability from any occupation. Ms. Garza's chronic pain renders her incapable of any employment due to the degree of limitation in her upper extremities, including her dominant hand. Ms. Garza's claim is supportive of disability. Lincoln has wrongfully terminated Ms. Garza's claim.

### Restrictions and Limitations

Dr. Rojhani opined the following statements in the review,

> *"**Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant has impairments that translate into restrictions and limitations from 04/08/2021 to- the present**."*
>
> *"**Interval history shows that the claimant has been experiencing chronic pain in her left forearm and hand. She has a history of congenital constriction band of the left lower and upper extremity**."*
>
> *"She has undergone left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, and she reports worsening of her pain since that operation with pain and cramping throughout the forearm up into the antecubital fossa as well as down into the hand."*
>
> *"Based on the information provided, the claimant has a history of left arm and leg congenital amniotic band syndrome, which required Z-plasty in her left lower extremity with good results as a child and having multiple left upper extremity surgeries with less success with regard to performance, including left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, and C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20. The claimant was also found to have degenerative*

> *changes in her cervical spine, with a prior history of posterior decompression at C5-6 and C6-7."*
>
> *"**Given the claimant's persistent pain symptoms involving her left forearm/hand and neck along with reduced range of motion, altered sensation, and decreased grip strength, the claimant is physically impaired**."*

The above statements detail the validity of Ms. Garza's complaints. Ms. Garza suffers pain in her lower and upper extremities. She suffers chronic pain, and Dr. Rojhani opines in agreement with the treatment, evidence-based medicine, medication, and impairments provided by Ms. Garza's physicians.

The restrictions and limitations provided by Dr. Rojhani are erroneous. Dr. Rojhani has a financial incentive to agree with Dr. McCrary's previously provided conclusion. Ms. Garza has a 4-pound grip strength and would be unable to perform a sedentary occupation considering deficits in her upper and lower extremities. Ms. Garza would be in pain, distracted, and uncomfortable sitting and performing work of any kind. Ms. Garza is not unrestricted in sitting. Further, Ms. Garza does not have the strength to carry, push, and pull 10 lbs. frequently, as opined by Dr. Rojhani. Dr. Rojhani further opined,
*"The claimant's abilities are sustainable on a full-time basis."*

Ms. Garza's physicians are not required to provide restrictions and limitations or to engage in the disability process. Further, Ms. Garza's abilities, as opined by Dr. Rojhani, are not sustainable on a full-time basis. Ms. Garza's pain requires rest periods which do not allow her to use her extremities on a consistent basis. Dr. Rojhani's restrictions and limitations, as previously documented, are not an accurate account of Ms. Garza's abilities.

**Vocational Memorandum**

Lincoln's vocational memorandum was performed by Lori Ashworth, M.Ed., CRC. Ms. Ashworth utilized Dr. Rojhani's restrictions and limitations. Ms. Garza is unable to perform the restrictions and limitations provided by Dr. Rojhani as previously indicated above. Ms. Garza cannot use the computer or write for an extended period. Ms. Garza is unable to perform full time work in any occupation.

Ms. Ashworth opined the following,

> *"Important to note is the fact that the EE is left hand dominant."*

In Ms. Ashworth's analysis of Ms. Garza's employability, Ms. Ashworth has failed to consider Ms. Garza's diagnosis of CRPS. CRPS is an extremely painful condition. Her cognitive ability has declined substantially due to the distraction caused by both the pain experienced and medication required for treatment.

Ms. Ashworth opined Ms. Garza is able to perform the following occupations: Director, Nurses' Registry and Cardiac Monitor Technician. Ms. Ashworth precluded several of the previously provided options for work due to the need to frequently use her hands. The

two occupations left for consideration require hand use and/or cognitive abilities Ms. Garza does not possess. In fact, the Cardiac Monitor Technician must use a variety of equipment to perform the major job duties. Further, Ms. Garza would be required to use a cardiac monitor. Ms. Garza does not have the bilateral manual dexterity or cognitive ability to perform the duties required of this occupation. The Director, Nurses' Registry position requires a high level of cognitive and analytical ability. Further, the position still requires unattainable use of Ms. Garza's hands.

Lincoln and Ms. Ashworth have wrongfully opined Ms. Garza can perform the above or any occupation. Ms. Garza was previously awarded benefits for both short and long-term disability, and she meets the terms of disability defined by the policy.

**D. The Social Security Administration has determined that Ms. Garza Is Disabled and Cannot Perform the Duties of Any Occupation.**

Ms. Garza was awarded social security benefits. Lincoln has failed to consider the standard of disability with which Ms. Garza has already been met.

> The SSA defines a person as disabled "*if he is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than twelve months.*" 42 U.S.C. § 1382c(a)(3)(A). Furthermore, an individual is considered disabled only if his "*impairments are of such severity that he is not only unable to do his previous work but cannot, considering his age, education, and work experience, engage in any other kind of substantial gainful work that exists in the national economy, regardless of whether such work exists . . . where he lives, or whether a specific job vacancy exists for him, or whether he would be hired if he applied for work.*" 42 U.S.C. § 1382c(a)(3)(B).

*Wical v. International Paper Long-Term Disability Plan*, 191 F. App'x 360 (6th Cir. 2006). This standard of disability is, at the very least, much too difficult to satisfy for Lincoln to dismiss without actually engaging the criteria Ms. Garza must have met in order to qualify for Social Security disability benefits.

Lincoln's failure to reckon with Ms. Garza's Social Security award suggests "*procedural unreasonableness*" and "[gives] *more weight to the conflict* [of interest] *because* [Lincoln]*'s seemingly inconsistent positions* [a]*re both financially advantageous.*"

**E. Lincoln's Determination is Subject to a Structural Conflict of Interest.**

However, Metropolitan Life Insurance, Co. v. Glenn, requires a reviewing court to consider conflicts of interest as a factor in their analysis. 554 U.S. 105, 128 (2008). In *Glenn*, the Supreme Court was faced with the issue of "*whether a plan administrator that both evaluates and pays claims operates under a conflict of interest in making discretionary benefit determinations,*" and if so, how that conflict should be taken into account on

judicial review. *Id.* at 2350. The Court held that a conflict of interest does exist where "*the entity that administers the plan . . . both determines whether an employee is eligible for benefits and pays benefits out of its own pocket.*" *Id.* The Court further held that "*a reviewing court should consider that conflict as a factor in determining whether the plan administrator has abused its discretion in denying benefits.*" *Id.*

A reviewing court may give more weight to a conflict of interest, where the circumstances surrounding the plan administrator's decision suggests "*procedural unreasonableness.*" *Id.* at 2352. The Court has described several ways that a plan administrator may exhibit said procedural unreasonableness. Lincoln has displayed many of these unfair practices within their procedures and the termination of Ms. Garza's claim for Long Term Disability benefits.

## III. CONCLUSION AND DEMAND UNDER THE COLORADO CONSUMER PROTECTION ACT

### i. Lincoln's Breach of Duty of Good Faith and Fair Dealing

Lincoln breached its duty of good faith and fair dealing by terminating and delaying full payment of benefits to Ms. Garza when Lincoln's obligations were reasonably clear and Lincoln knew, or should have known, that there was no reasonable basis for withholding any part of Ms. Garza's payment. Lincoln previously awarded Ms. Garza her benefits due to her upper extremity limitations and physical condition.

Lincoln has thus failed to effectuate a prompt, fair, and equitable settlement of Ms. Garza's claim, though Lincoln's liability remains consistently clear. As a result of this breach of duty of good faith and fair dealing, Ms. Garza suffered damages consisting of the loss of the benefit-of-the-bargain that he reasonably expected to be due under the Plan.

### ii. Lincoln's Breach of Contract

Lincoln's conduct constitutes a breach of the Plan. The Plan is a contract as its existence arose from a bargained for exchange between Ms. Garza and Lincoln. Lincoln failed to perform in accordance with the terms of the Plan. Ms. Garza has incurred losses, which should have been compensated by Lincoln, as those losses were covered under the Plan. Lincoln has failed to perform its obligations under the contract by failing to pay the full amount of Ms. Garza's claim by terminating benefits to Ms. Garza. This conduct constitutes a breach of the contract between Ms. Garza and Lincoln.

### iii. Lincoln's Violations of The Colorado Consumer Protection Act

It is our contention that Lincoln's conduct constitutes unfair and deceptive acts and practices, as well as misrepresentations, in the business of insurance in violation of Colorado Consumer Protection Act, 6-1-105.

An insurer has an obligation to conduct an adequate investigation before terminating a claim. An insurer will not escape liability merely by failing to investigate a claim so that it can contend that liability was never reasonably clear. Lincoln failed to adequately investigate Ms. Garza's claim, and the IME used was not substantial evidence.

**iv. Lincoln's Violations of the Colorado Deceptive Trade Practices**

Lincoln violated the Colorado Deceptive Trade Practices, which is part of the Consumer Protection Act. It is our contention that Lincoln has misrepresented characteristics, benefits, obligations, and other aspects dealing with the contract for LTD insurance services.

The Colorado Consumer Protection Act prohibits practices including, but are not limited to:

- Misrepresenting that goods or services have certain quantities, characteristics, ingredients, uses, or benefits.
- Advertising or offering for sale used, blemished, or reconditioned goods as new or unblemished.
- Using any deception, fraud, false pretense, false promise, or misrepresentation in connection with a transaction.
- Selling children's products that are known (or should be known) to have been recalled by the U.S. Consumer Product Safety Commission
- Failing to disclose all conditions or fees relating to return policies or layaway agreements.

Although Ms. Garza submitted his claim for long term disability benefits in proper form and within the time specified by the policy, Lincoln terminated her claim with no justifiable basis. As a result, Ms. Garza has suffered actual damages in the form of past due benefits and continues to suffer actual damages in the amount of benefits she would be entitled to in the future as she continues to remain "totally disabled." Further, Lincoln's wrongful denial of Ms. Garza's full claim has caused suffering of severe mental anguish since he has had to live each day with the knowledge that short of legal action, there will only be partial compensation for her loss.

In addition, Ms. Garza has accumulated reasonable and necessary attorney's fees related to the instant action as described in this letter. To date, these attorney's fees amount to $10,000.00.

The purpose of this letter is twofold. One is to consider the medical information submitted and perform an additional review of Ms. Garza's claim, and two, is to encourage Lincoln to resolve Ms. Garza's claim in a fair and equitable manner without the need for further legal action. In the event Lincoln fails to overturn its previous erroneous determination, Ms. Garza will have no alternative but to proceed with a lawsuit. This lawsuit will be brought seeking not only the amount of money Ms. Garza is asking of Lincoln at this time, but the full measure of Ms. Garza's damages, expenses, and attorney's fees as allowed

by law. Additionally, in this lawsuit if the jury finds that Lincoln "knowingly" violated Colorado's DTP §6-1-105. Ms. Garza may recover up to three times the actual damages plus the cost of reasonable attorney's fees, whichever is greater if established by clear and convincing evidence that Lincoln engaged in bad faith. If Lincoln is interested in resolving this matter without the necessity of litigation, please contact our office within sixty (60) days of your receipt of this letter.

Sincerely,

Marc S. Whitehead
Attorney at Law

Enclosure: Exhibit A
cc: Ms. Lynn Garza

gfm/MSW

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3840

| | |
|---|---|
| Date: | January 21, 2022 |
| To: | MARC WHITEHEAD<br>MARC WHITEHEAD & ASSOCIATES<br>403 HEIGHTS BLVD<br>HOUSTON TX 77007 |
| Attn: | |
| Fax: | (346) 299-2646 |
| From: | Yasmine Toomasi<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-3840 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3840

January 21, 2022

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

In response to your January 20, 2022 letter, where you are requesting review of the additional additional information. We decline your request.

On November 12, 2021 we provided you with a copy of the medical and vocational reviews that were completed during the appeal. We provided you with 21 days to provide a response to us. The deadline was December 2, 2021. On December 2, 2021 we received your letter response dated November 29, 2021, along with additional medical records. This additional information was reviewed as part of the appeal review.

As was explained in the December 21, 2021, appeal uphold letter, Lincoln conducted a full and fair review of this claim and appeal, and determined that the denial of benefits would be maintained. Ms. Garza has exhausted her administrative right to review under ERISA and no further review will be conducted by Lincoln Financial Group. This claim remains closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Yasmine Toomasi
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16299
Secure Fax No.: (603) 334-3840

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MARC WHITEHEAD
MARC WHITEHEAD & ASSOCIATES
403 HEIGHTS BLVD
HOUSTON TX 77007

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1926

December 30, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

In response to your letter dated December 7, 2021, please find a OneDrive link for a complete copy of Ms. Garza's LTD claim file. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

Ms. Garza's full and complete claim file includes all information received and considered in our evaluation of her claim. This includes all medical records, correspondence, medical reviews and vocational evaluations.

Documentation relating to Ms. Garza's application or enrollment information can be obtained through her employer, Sisters of Charity Leavenworth.

With regard to your request for information including, but not limited to excerpts from claims manual, in-house memoranda, list of the names and financial relationships to the insurance company of all healthcare providers who had a role in evaluating her claim, we do not agree with your interpretation of the scope of Lincoln's disclosure obligations under ERISA and we decline your request for this type of documentation.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Mary Avrett
Appeals Consultant
On Behalf Of: Yasmine Toomasi
Phone No.: (888) 437-7611 Ext. 16299
Secure Fax No.: (603) 430-1926

SYSTEMONE FILE COPY REQUEST FORM

| | |
|---|---|
| Requested By: | Mary Avrett |
| Date of Request: | 12/30/2021 |
| Claimant Name: | Lynn Garza |

Claim number(s) *Please list only the claims required for the file copy (i.e., LTD, STD, STAT, etc.)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 8820045 | | | | | | |

Required for delivery via OneDrive:

| | |
|---|---|
| Recipient Email Address: | AGGIE@MARCWHITEHEAD.COM |
| Recipient Name (if other than claimant): | |

*All SystemOne files copies are delivered via a secure link through OneDrive. If you require delivery by another method, please inquire with Claims Support by emailing ClaimsHOAdmin@lfg.com.

Please select one of the following options:

Request for Administrative Record (COMPLETE FILE)

*Administrative Record will include the following for each claim number specified above.*

- ❖ Claim Note(s)
- ❖ Coversheet(s)
- ❖ ALL documents & letters in Doc List and Correspondence Link
- ❖ Surveillance video (*obtained by CE, if any*)
- ❖ Applicable policy (*obtained by CE*)

Request for Specific Records Only

Claim Note(s)

Coversheet(s)

Specific Letters in Correspondence Link/Doc List:

Letter Name/date    Letter Name/date

Letter Name/date    Letter Name/date

| | |
|---|---|
| Special Requests or Handling Instructions | |

Please email completed file copy request to Claims Support team: ClaimsHOAdmin@lfg.com

- o Requests will be completed within 2 business days.
- o Please Note: secure OneDrive links expire with 24 hours.
- o The password for the secure OneDrive link, unless otherwise specified in this request, is the first two letters of the claimant's first name followed by date of birth in the format MMDDYYYY. The first letter of the claimant name is uppercase, and password is case sensitive. Ex: Ja08102010.

**From:**Avrett, Mary
**Sent:**Thu, 30 Dec 2021 19:41:37 +0000
**To:**ClaimsHOAdmin
**Cc:**Toomasi, Yasmine
**Subject:**File Copy Request Form
**Attachments:**File Copy Request Form.docx, 8820045-RESPOND-OTHERTHIRDPARTY-12.30.2021.pdf

Hello,

Attached is a File Copy Request form and letter to the attorney.

Please let me know if you have any questions.

Thank you!

**Mary Avrett**
Claims, Specialist

(888) 437-7611, Ext. 16371 Office

(603) 430-1926 Fax

**Lincoln Life Assurance Company of Boston**
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# Fax Transmission

**To:** 16033343840@shoretelfax.com

**Fax:** 16033343840

**RE:** Claimant: Lynn Garza Claim No.: 8820045

**From:** Melissa High

**Date:** 12/27/2021 8:17:19 AM PST

**Pages:** 2

---

**Comments:**

Sincerely,

[Marc Whitehead & Associates Attorneys at Law, LLP]<http://www.disabilitydenials.com/>

Melissa High
Marc Whitehead & Associates
403 Heights Blvd.
Houston, TX 77007
Phone:
Fax:
713.228.8888
346.299.2646
website<http://www.disabilitydenials.com/> |
vCard<http://www.dynasend.com/signatures/vcard/Melissa-at-marcwhitehead.com.vcf> |
map<https://www.google.com/maps/place/Marc+Whitehead+%26+Associates+Attorney+at+Law,+LLP/@29.7620816,-95.4203077,16z/data=!4m5!3m4!1s0x8640c0c9cab2bb37:0x2670a17bed29bc0c!8m2!3d29.762077!4d-95.415925!5m1!1e3>
| email<mailto:Melissa@marcwhitehead.com>

Facebook]<http://www.facebook.com/AttorneyMarcWhitehead>[LinkedIn]<https://www.linkedin.com/company/3308102/>[Twitter]<http://twitter.com/marcwhitehead>[Google+]<https://plus.google.com/u/0/109791283891741893813/about?%20rel=author>

Confidentiality Note: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

**Marc Whitehead, Esq.**

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Anthony Vessel, Esq.**
*Sr. Associate Attorney, Mediator*

**Britney McDonald, Esq.**
*Sr. Associate Attorney, Mediator*

**Madison Donaldson, Esq.**
*Associate Attorney*

**Shane Kadlec, Esq. *Of Counsel***
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

December 27, 2021

***Via Facsimile: (603) 334-3840***

Yasmine Toomasi, Appeals Consultant
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

Re: Claimant: Lynn Garza
Claim No.: 8820045

Dear Ms. Toomasi:

We are in receipt of your denial letter. We request copies of all pertinent documents relating to the decision to deny Ms. Lynn Garza's Long-Term Disability benefits that have been obtained by The Lincoln National Life Insurance Company subsequent to the claims folder you sent on July 30, 2021. These documents include but are not limited to the following:

a) A complete copy of Ms. Garza's claim file including application or enrollment information, claims record, claim status, patient management records, all correspondence, medical reports and records, pertinent excerpts from claims manual, in-house memoranda, all reports and records from contracted sources whether relied upon or not, the identity of all consulting physicians, including those not rely upon in making any claims decisions, all other records used to determine Ms. Garza's claim.

b) A list of the names and financial relationships to the insurance company of all healthcare providers who had a role in evaluating claimant's claim.

c) A complete copy of any and all evaluations, peer reviews, vocational reviews, medical reviews and all reports issued as a result of any evaluations and/or reviews.

Please provide the requested information on a CD, thumb drive, or by e-mail (aggie@marcwhitehead.com, melissa@marcwhitehead.com), if possible. Thank you for your assistance.

Regards,

*Marc Whitehead*

Marc Whitehead
Attorney at Law

*address* **403 Heights Blvd Houston, TX 77007** *telephone* **713.228.8888** *facsimile* **713.225.0940** *toll free* **800.562.9830** *online* **DisabilityDenials.com**

**From:**Toomasi, Yasmine
**Sent:**Tue, 21 Dec 2021 18:12:22 +0000
**To:**'LMMedicalLeaves@sclhealth.org'
**Subject:**LTD appeal Lynn Garza 8820045

Good afternoon,

The appeal review has been completed and the decision was to maintain the closure. Let me know if you have any questions.

Thank you

**Yasmine Toomasi**
Appeals Review Consultant
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 x 16299
Office

603-334-3840 Fax

**Vocational Memorandum**

**From:** Lori Ashworth, M.Ed., CRC **Date:** 12/16/2021

**To:** Yasmine Toomasi

**Claim#:** 8820045
**Claimant:** Lynn Garza
**Date of Birth:**
**Date of Disability:** 10/10/2018

Vocational Assessment:

VCM received this file for a TSA update to the prior one completed on 11/11/2021. The TSA update on 11/11/2021 was to review the prior TSA performed by Jason Miller, Ed.M., CRC on 2/9/2021. Please review the 2/9/2021 TSA report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. By way of summary, EE is a 49-year-old Nurse Practitioner with a Master's Degree as well as a Bachelor's Degree in Nursing and Licensed American Academy of Nurse Practitioners. EE indicated computer skills include email and internet. The following work history: EE was a Nurse Practitioner for 4 years.

As noted in the TSA by Jason Miller, Ed.M., "It is presumed the Insured work or, at the very least, has entry-level nursing experience prior to her Nurse Practitioner experience, especially in light of her BSN. Therefore, this occupation was included to obtain skills from it for transferability." No additional resume or background work history has been added since the original TSA was completed and this VCM is in agreement that it is reasonable to include the tasks and duty of a general duty nurse to capture the EE full transferability. Alternative occupations identified within the 2/9/2021 TSA included: Director, Nurses' Registry, Cardiac Monitor Technician, Holter Scanning Technician, Admitting Officer, Nurse Case Manager, Telephonic Triage Nurse, Telephonic Advice Nurse, Utilization Review Nurse. Also reviewed was the Occupational Analysis completed by Jessica Dougherty, MS, CRC dated 3/27/2019.

I have been asked to utilize restrictions and limitations from Peer Review Addendum by Solomon Rojhani, M.D. dated 12/9/2021. Restrictions and limitations include:

- Sitting: Unrestricted
- Standing: Unrestricted
- Walking: Unrestricted
- Lifting: Frequently up to 5 lbs. BUE; Occasionally up to 10 lbs. BUE
- Carrying: Frequently up to 5 lbs. BUE; Occasionally up to 10 lbs. BUE
- Pushing: Frequently up to 5 lbs. BUE; Occasionally up to 10 lbs. BUE

- Pulling: Frequently up to 5 lbs. BUE; Occasionally up to 10 lbs. BUE
- Climbing stairs: Unrestricted
- Balancing: Unrestricted
- Stooping: Unrestricted
- Kneeling: Unrestricted
- Crouching: Unrestricted
- Crawling: Never
- Reaching: Occasionally, overhead and below waist levels BUE; Occasionally, to desk level BUE
- Using lower extremities for foot controls: Unrestricted BLE
- Fine manipulation: Occasionally BUE
- Simple and firm grasping: Occasionally BUE
- No climbing ladders
- No operating heavy machinery

Important to note is the fact that the EE is left hand dominant.

Based on these updated capacities, the previously identified occupations of Director, Nurses' Registry ($6541/month) and Cardiac Monitor Technician ($4924/month) remain viable. Wage data has been updated based on median 2020 national data from the Bureau of Labor Statistics.

Holter Scanning Technician has been precluded due to the requirement of frequent reaching in all planes, frequent handling and fingering whereas the EE can only perform these occasionally. Admitting Officer has been precluded due to the requirement of frequent fingering whereas the EE is restricted to occasional fingering. Nurse Case Manager, Telephonic Triage Nurse, Telephonic Advice Nurse and Utilization Review Nurse have each been precluded given the need for frequent fingering/keyboarding exceeding the restriction of occasional.

This memorandum will serve in lieu of a formal written report given no change from the prior review.

Lori Ashworth, M.Ed., CRC
Certified Rehabilitation Counselor
Vocational Case Manager
SDN: 732-6302
Group Protection
Lincoln Financial Group

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CW | Uses CW | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 075.264-010 | Nurse Practitioner | 8 | 4 | 0 | Y | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | unknown | unknown | Y | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | S Sedentary |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | No Change |
| Balancing | | Never | Constantly |
| Stooping | | Occasionally | Constantly |
| Kneeling | | Never | Constantly |
| Crouching | | Never | Constantly |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Occasionally |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Frequently | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |

| | | |
|---|---|---|
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | Yes |
| 1 Coordinating | No | Yes |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | Yes |
| 2 Instructing | No | Yes |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☑ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☑ UPDATED MEDICAL WITH CLEAR R&L'S
- ☑ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Yasmine Toomasi DATE: Tuesday, December 14, 2021

## CLAIM BACKGROUND

Claimant Name: LYNN GARZA Claim Number: 8820045

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: SISTERS OF CHARITY LEAVENWORTH

Change In DEF. Date: 04/07/2021

Pre-Disability Earnings: $8,358.13 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☑ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

needed based on 12/09/2021 PM&R/pain review addendum. Monthly ben 5014.88

DP 512

# Solomon Rojhani, MD
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain medicine*


CLAIMANT NAME: Garza, Lynn
EXAMINER: Solomon Rojhani, MD
ECN #: 165352-2
CLAIM #: 8820045
DATE OF LOSS: 10/10/2018

**12/9/21 Addendum:**

3/20/19, Jason Little, OT / Occupational Therapist: The claimant presented with left forearm pain and left wrist pain. She appears to be progressing well with current plan of care.

4/29/19, Amy Speer, OT / Occupational Therapist: The claimant reports increased pain and cramping throughout her volar forearm along the sides of her incision site. She reports that it feels like her skin is ripping from the inside.

5/1/19, Jason Little, OT / Occupational Therapist: The claimant continues to feel that the scar is extremely sensitive to touch and is extremely tight. Her fingers continue to feel very cold most of the time.

5/2/19, Jason Little, OT / Occupational Therapist: The claimant feels that each morning her incision is extremely tight and painful, she does feel that she is able to make some changes throughout the day with increased flexibility, but she continues to struggle to use the arm for many ADLs.

5/30/19, Jason Little, OT / Occupational Therapist: The claimant presented with signs and symptoms that are consistent with right CTR, scar revision. The impairments identified included decreased active and passive range of motion, increased pain, decreased strength, increased edema, decreased light touch sensation.

8/12/21, EMG/NCS: electrodiagnostic evidence of a severe right median neuropathy at the wrist with both axonal and demyelinating features, consistent with severe right carpal tunnel syndrome; electrodiagnostic evidence of a persistent residual left median neuropathy at the wrist, demyelinating in nature, consistent with persistent left carpal tunnel syndrome; evidence of a mild right ulnar neuropathy at the elbow, demyelinating in nature, consistent with mild right cubital tunnel syndrome; evidence of a healing, mild left superficial radial neuropathy which shows signs of electrodiagnostic improvement.

1. **Please review the additional medical records received. Do these records change the initial decision of your report dated 10/28/2021? If so, what r & l are supported from 04/08/2021 and for what duration are they supported. Would the claimant have sustained reliable capacity on a full time basis?**

Yes, the additional medical records change my prior opinion regarding restrictions and limitations. Additional medical records include occupational therapy notes from 3/20/19 to 5/30/19 which revealed that the claimant has been experiencing chronic pain in her bilateral upper extremities. The impairments identified on 5/30/19 included decreased active and passive range of motion, increased pain, decreased strength, increased edema, decreased light touch sensation. The claimant had an electrodiagnostic study on 8/12/21 revealing electrodiagnostic evidence of a severe right median neuropathy at the wrist with both axonal and demyelinating features, consistent with severe right carpal tunnel syndrome; electrodiagnostic evidence of a persistent residual left median neuropathy at the wrist, demyelinating in nature, consistent with persistent left carpal tunnel syndrome; evidence of a mild right ulnar neuropathy at the elbow, demyelinating in nature, consistent with mild right cubital tunnel syndrome; evidence of a healing, mild left superficial radial neuropathy which shows signs of electrodiagnostic improvement. Based on the additional information, the claimant has continued to experience chronic pain in her bilateral arms, elbows, and hands along with evident bilateral carpal tunnel syndrome and right cubital tunnel syndrome. Therefore, I opine that the claimant requires additional restrictions. Please see amended restrictions below:

Sitting: Unrestricted
Standing: Unrestricted
Walking: Unrestricted
Lifting: Frequently up to 5 lbs. BUE; Occasionally up to 10 lbs. BUE
Carrying: Frequently up to 5 lbs. BUE; Occasionally up to 10 lbs. BUE
Pushing: Frequently up to 5 lbs. BUE; Occasionally up to 10 lbs. BUE
Pulling: Frequently up to 5 lbs. BUE; Occasionally up to 10 lbs. BUE
Climbing stairs: Unrestricted
Balancing: Unrestricted
Stooping: Unrestricted
Kneeling: Unrestricted
Crouching: Unrestricted
Crawling: Never
Reaching: Occasionally, overhead and below waist levels BUE; Occasionally, to desk level BUE
Using lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Occasionally BUE
Simple and firm grasping: Occasionally BUE
No climbing ladders
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 04/08/2021 to - the present, with re-assessment on or around 4/8/2022.

The claimant's abilities are sustainable on a full-time basis.

Sincerely,

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Thu, 9 Dec 2021 21:09:54 +0000
**To:**VendorReferrals
**Subject:**L. Garza Claim #8820045
**Attachments:**Addendum_6860092BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Addendum and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**

urac
ACCREDITED
Independent
Medical
Examinations
Expires 04/01/2024

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 124830** **Date** **12/9/2021**

***Bill To:***

**Yasmine Toomais**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8820045
**Date of Loss:** 10/10/2018
**ECN #** 165352-3
**Account #**

**Claimant** Lynn Garza

| | | |
|---|---|---|
| 12/3/2021 | Addendum Peer - Long Term Disability: Addendum<br>Provider: Solomon Rojhani, MD<br>Specialty: Physical Medicine & Rehab<br><br>San Antonio, TX | $230.00 |

| | |
|---|---|
| **SubTotal** | $230.00 |
| **Taxes at 8.25%** | $18.98 |
| **Final Invoice Total** | $248.98 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**From:**Little, Selena on behalf of LFGAppeals <LFGAppeals@lfg.com>
**Sent:**Wed, 8 Dec 2021 13:41:23 +0000
**To:**SCU
**Subject:**Lynn Garza 8820045
**Attachments:**695001690925.pdf, 695001690940.pdf, L GARZA.pdf

DEC 03 2021

CLAIM NUMBER 8820045

LAST NAME Garza

FIRST NAME Lynn

SS# ____________________

DOB ____________________

ORIGIN ID:HOUA (713) 228-8888
LESLIE HALL
MARC WHITEHEAD & ASSOCIATES
403 HEIGHTS BLVD

HOUSTON, TX 77007
UNITED STATES US

SHIP DATE: 02DEC21
ACTWGT: 1.00 LB
CAD: 102979937/INET4400

BILL SENDER

TO KATHERINE MARKS, CLAIMS EXAMINER
LINCOLN
8801 INDIAN HILLS DRIVE

OMAHA NE 68114
(800) 291-0112 X 14253 REF: LYNN GARZA
INV
PO DEPT

560J3/E934/FE4A

FedEx Express

E

FRI - 03 DEC 4:30P
STANDARD OVERNIGHT

TRK# 0201 7753 7778 2120

XX OMAA

68114
NE-US OMA

7347 FZ 4 16:30 C 2120 12.03

FedEx Ship Manager - Print Your Label(s)

12/2/21, 4:00 PM

DEC 03 2021

◂ Insert shipping document here.

# Fax Transmission

**To:** 16034301776@shoretelfax.com

**Fax:** 16034301776

**RE:** Lynn Garza Peer Review Response

**From:** Georgia Mathera

**Date:** 12/2/2021 8:11:16 AM PST

**Pages:** 120

---

**Comments:**

[Marc Whitehead & Associates Attorneys at Law, LLP]<http://www.disabilitydenials.com/>

Georgia Mathera | Paralegal
Marc Whitehead & Associates, Attorneys at Law LLP
403 Heights Blvd.
Houston, TX 77007

Phone: 713.228.8888
Fax: 346.326.3177

website<http://www.disabilitydenials.com/> |
vCard<https://dynasend.com/signatures/vcard/jocelyn-at-marcwhitehead.com.vcf> |
map<https://www.google.com/maps/place/403+Heights+Blvd,+Houston,+TX+77007/@29.7780929,-95.4022183,16z/data=!4m5!3m4!1s0x8640c7569807c80d:0xfc9ccc23f3e38a6!8m2!3d29.7780929!4d-95.3978409!5m1!1e3>
| email<mailto:jocelyn@marcwhitehead.com>

Facebook]<http://www.facebook.com/AttorneyMarcWhitehead>[LinkedIn]<https://www.linkedin.com/company/3308102/>[Twitter]<http://twitter.com/marcwhitehead>[Yelp]<https://www.yelp.com/biz/marc-whitehead-and-associates-attorneys-at-law-houston>
Confidentiality Note: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

# FAX TRANSMISSION

**MARC WHITEHEAD & ASSOCIATES**
403 Heights Boulevard
Houston, Texas 77007
(713) 228-8888
Fax: (713) 225-0940

**To:** Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Attn: Yasmine Toomasi

**Fax No.:** 1 (603) 430-1776

**Date:** December 2, 2021

**From:** Georgia Mathera

**Pages:** 119
(including cover sheet and list of exhibits)

**Subject:** Claimant: Lynn Garza
Employer: Sisters of Charity of Leavenworth Health System, Inc.
Claim No.: 8820045

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

November 29, 2021

via fax (603) 430-1776
and Federal Express

Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Attn: Yasmine Toomasi

| | | |
|---|---|---|
| RE: | Claimant: | Lynn Garza |
| | Employer: | Sisters of Charity of Leavenworth Health System, Inc. |
| | Claim Number: | 8820045 |

Yasmine Toomasi:

This firm represents Ms. Garza regarding her appeal of Lincoln Financial Group's ("Lincoln's") decision to terminate Ms. Garza's claim for long-term disability ("LTD") benefits. Lincoln terminated benefits by letter dated March 16, 2021. On July 27, 2021, this firm sent correspondence with legal notice of Ms. Garza's intent to appeal Lincoln's adverse decision. This firm is now submitting both the following brief and the attached medical records for use in its review of Ms. Garza's appeal.

Lincoln's March 16, 2021, correspondence to Ms. Garza states that Lincoln defines the following pertinent to her claim:

> *"Disability or Disabled means:*
>
> *Applicable to Class 3A, 3B, 4A, 4B, 4C, 6A, 6B:*
> *b.i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *Any Occupation*
>
> *Means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity."*

For reasons discussed below, Ms. Garza contests Lincoln's determination that she is not

disabled under the terms of the plan. Ms. Garza does not retain a residual functional capacity that would allow for the performance of her own occupation. Lincoln's decision to close Ms. Garza's claim constitutes an incorrect determination.

## I. Information Submitted with this Appeal

Please find "Exhibit A" enclosed, sent by Federal Express. It contains documents submitted as part of this appeal and to be made part of the administrative record.

## II. Argument

Lincoln has opined that Ms. Garza is no longer meets the definition of disability as defined by the policy because she has insufficient support that her conditions are severe enough to prevent her from performing any occupation. Lincoln has erroneously terminated Ms. Garza's claim. Ms. Garza suffers from complex regional pain syndrome. Lincoln has not considered that Ms. Garza's condition renders her incapable of any employment.

### A. The Medical Record Supports Ms. Garza's Disability Claim

Ms. Garza suffers from complex regional pain syndrome ("CRPS"), amniotic band fascia release (left arm), carpal tunnel syndrome on both sides, left arm hypersensitivity, spinal cord implant for her chronic neck pain, and an inability to use her dominant arm. Ms. Garza's symptoms include chronic pain, numbness, tingling, and limited range of motion. Ms. Garza struggles with daily living activities including brushing her hair, taking a bath, typing, writing, and has a grip strength of 4 pounds. Ms. Garza further struggles with memory loss, brain fog issues, side effects from her medication, lifting, pulling, and pushing. The cognitive deficits Ms. Garza experiences are a serious contributing factor in her disability from any occupation. Ms. Garza's chronic pain renders her incapable of any employment due to the degree of limitation in her upper extremities, including her dominant hand. Ms. Garza's record evidence is supportive of disability. Lincoln has wrongfully terminated Ms. Garza's claim.

In the June 15, 2019, record, Dr. Nouhan opined,

> *"Diagnosis: chronic intermittent compartment syndrome left upper extremity" (LG.LIN.0877)*

In the February 26, 2019, record, Dr. Endress opined,

> *"Diagnoses: Pain. Order: Amb Referral To Hand Therapy" (LG.LIN.0879)*

In the January 21, 2019, record, Dr. Endress opined,

> *"Medical/Surgical History, surgery for this problem, thyroid problems, depression" (LG.LIN.0880)*
>
> *"Symptoms, headaches" (LG.LIN.0880)*

In the May 31, 2019, record, Dr. Endress opined,

> *"The patient reports today's pain a 4 out of 10. Pt feels that 2 consecutive days of therapy is difficult on her to tolerate well. Today her pain is increased but she is very encouraged by the amount of pressure she was able to tolerate on her incision yesterday with scar mobilization activities." (LG.LIN.0882)*

In the May 30, 2019, record, Dr. Endress opined,

> *"Lynn Garza, attended for therapy evaluation on 04-15-19 for evaluation of R CTR, scar revision. The patient has attended 6 treatment sessions since the evaluation." (LG.LIN.0885)*
>
> *"The patient reports today's pain a 5 out of 10. Pain is located along length of left forearm, hand and elbow of the left UE." (LG.LIN.0885)*
>
> *"The current impairments identified include: decreased AROM, decreased PROM, increased pain, decreased strength, increased edema, decreased light touch sensation." (LG.LIN.0887)*
>
> *"The functional deficits are as follows: difficulty with all ADL's right UE." (LG.LIN.0888)*

In the May 2, 2019, record, Dr. Endress opined,

> *"G56.02 Carpal tunnel, syndrome, left upper limb, M25.532 Pain in left wrist, M25.432 Effusion, left wrist" (LG.LIN.0890)*
>
> *"The patient reports today's pain a 6 out of 10. Pt feels that each morning her incision is extremely tight and painful, she does feel that she is able to make some changes throughout the day with increased flexibility but she continues to struggle to use the arm for many ADL's." (LG.LIN.0890)*

In the May 1, 2019, record, Dr. Endress opined,

> *"Pt continues to feel that the scar is extremely sensitive to touch and is extremely tight. She is concerned that the scar is going to widen like her previous scar did. Her fingers continue to feel very cold most of the time." (LG.LIN.0893)*

In the April 29, 2019, record, Dr. Endress opined,

> *"The patient reports today's pain a 7 out of 10. Pt reports increased pain and cramping throughout her volar forearm along the sides of her incision site. Pt reports that it feels like her skin is ripping from the inside. Pt reports that immediately post surgery she had low pain; however she was on pain meds and now is not." (LG.LIN.0895)*
>
> *In the April 25, 2019, record, Dr. Endress opined,*
> *"The patient reports today's pain a 6 out of 10. Patient reports that her scar feels extremely tight and she is noticing that she has occasional numbness in the fingers when she applies pressure to the forearm. She continues to feel that the fingers are colder on the left hand than the right." (LG.LIN.0898)*

In the April 23, 2019, record, Dr. Endress opined,

> *"Pain is located along length of left forearm, hand and elbow of the left UE. The patient reports today's pain a 7 out of 10." (LG.LIN.0901)*

In the April 3, 2019, record, Dr. Nouhan opined,

> *"Lynn Garza has attended a total of 44 treatment sessions following evaluation of s/p L forearm volar fascia release." (LG.LIN.0906)*
>
> *"The patient reports today's pain a 7 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittent cramping." (LG.LIN.0906)*

In the March 28, 2019, record, Dr. Nouhan opined,

> *"The patient reports today's pain a 7 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittent cramping." (LG.LIN.0912)*

In the March 25, 2019, record, Dr. Nouhan opined,

> *"The patient reports today's pain a 5 out of 10. Patient is having more pain in the past several days and is unsure what to attribute it to. She feels a lot of tension in the front of the upper arm and radiating symptoms from her fingers up into her forearm with touch and movement." (LG.LIN.0916)*

In the March 22, 2019, record, Dr. Nouhan opined,

> *"The patient reports today's pain a 5 out of 10. Patient is excited about her upcoming surgeries. She is having more pain today, wonders if it was some of the weight bearing activities and resistive activities that were performed at the last visit." (LG.LIN.0919)*

In the March 8, 2019, record, Dr. Nouhan opined,

> *"Patient is reporting that her pain is increased today due to increased attempts to use the hand." (LG.LIN.0925)*

In the March 6, 2019, record, Dr. Nouhan opined,

> *"Patient went to see Dr. Nouhan who is calling what she has intermittent compartment syndrome. She was told to continue therapy for another month and then possible consideration to her EMG confirmed CTS can be addressed. Patient reports continuation of cold sensations in her fingertips." (LG.LIN.0927)*

In the March 1, 2019, record, Dr. Nouhan opined,

> *"Patient feels that her sensitivity along the scar is higher today. She underwent an EMG study on Wednesday and she was told that she has moderate CTS." (LG.LIN.0930)*

In the January 25, 2019, record, Dr. Nouhan opined,

> *"Patient states that her arm continues to have significant pain along the scar, she notices*

*that her fingertips are cold most of the time." (LG.LIN.0962)*

In the August 12, 2021, record, Dr. Pecha opined the following,

> *"49-year-old left-hand dominant female arrives with symptoms of right more so than left hand numbness for the past several months. The numbness primarily involves the thumb, index, and long fingers." (LG.LIN.0975)*
>
> *"She was seen by me in 2019 for an electrodiagnostic study with left upper limb symptoms, and states that she is continuing to have left upper limb symptoms despite a carpal tunnel release procedure earlier in 2019." (LG.LIN.0975)*
>
> *"The patient has a history of congenital band syndrome and underwent an extensive surgery to the left medial elbow and volar forearm in 2019 which included a carpal tunnel release procedure. On her electrodiagnostic study in November of 2019 she was diagnosed with a left superficial radial neuropathy and mild/moderate left carpal tunnel syndrome." (LG.LIN.0975)*
>
> *"The patient's symptoms are aggravated/worsened by: when she grasps items as well ass when she sleeps, particularly with the right hand" (LG.LIN.0975)*
>
> *"The patient's symptoms are improved/alleviated by: nothing" (LG.LIN.0975)*
>
> *"**ELECTRODIAGNOSTIC IMPRESSION:** Abnormal, and complicated, electrodiagnostic study. There is electrodiagnostic evidence of a severe right median neuropathy at the wrist with both axonal and demyelinating features, consistent with severe right carpal tunnel syndrome. There is electrodiagnostic evidence of a persistent residual left median neuropathy at the wrist, demyelinating in nature, consistent with persistent left carpal tunnel syndrome. There is electrodiagnostic evidence of a mild right ulnar neuropathy at the elbow, demyelinating in nature, consistent with mild right cubital tunnel syndrome. There is electrodiagnostic evidence of a healing, mild left superficial radial neuropathy which shows signs of electrodiagnostic improvement since the study performed in 2019." (LG.LIN.0978)*
>
> *"Clinically, the patient presents with right more so than left hand symptoms, consistent with today's significant electrodiagnostic abnormalities. She has carpal tunnel splints and will likely require a right carpal tunnel release procedure in order to provide meaningful relief. Consideration should be given to a re-exploration surgery of the left median nerve at the wrist given her persistent left residual carpal tunnel syndrome." (LG.LIN.0979)*

### B. Ms. Garza's Residual Bilateral Manual Dexterity is Insufficient for Performance of Any Occupation

Ms. Garza has complex regional pain syndrome which severely limits the use of her hands. She does not possess remotely adequate bilateral manual dexterity for the performance of any occupation due to the disabling symptoms this condition causes. Ms. Garza experiences chronic pain, changes in temperature, sensitivity in her fingertips, numbness, and tingling. Ms. Garza has consistently reported that exercising manual dexterity is painful and limits her functional ability. Ms. Garza is restricted from but a fraction of the hand usage that would enable her to work. Almost all occupations require frequent or constant use of the upper extremities. Lincoln has failed to consider Ms. Garza's upper extremity impairments in its assessment of her employability.

*See SSR 83-14: "For low skill, sedentary, and light duty positions, bilateral manual dexterity, and the ability to remain in a particular posture are important non-exertional limitations."; 1983 SSR LEXIS 33, "Capability to Do Other Work--the Medical-Vocational Rules as a Framework for Evaluating a Combination of Exertional and Nonexertional Impairments," available at 1983 WL 31254 ("[B]ilateral manual dexterity is necessary for the performance of substantially all unskilled sedentary occupations.")*

### C. Lincoln's File Review is not Substantial Evidence and is Unreliable

Lincoln's review was performed by Dr. Solomon Rojhani, M.D.

**Dr. Rojhani's Review Errors**

Dr. Rojhani's review of the records provides significant evidence in favor of disability. Ms. Garza's records reveal credible pain documentation and confirmation of impairment rendering Ms. Garza incapable of any employment.

Lincoln's reviewer erred as follows:

1. Dr. Rojhani did not speak with Ms. Garza's physicians.
2. Dr. Rojhani did not examine Ms. Garza.
3. Dr. Rojhani fails to consider all of Ms. Garza's illnesses.
4. Dr. Rojhani failed to credit medically substantiated complaints of pain, memory loss, and cognitive deficits.

Dr. Rojhani has not personally treated or examined Ms. Garza. Further, Dr. Rojhani failed to speak with Ms. Garza's physicians. Ms. Garza's physicians have treated her for several years and have established a doctor/patient relationship with her. Their opinion is consistent with the medical record as a whole and holds more weight than a review of selective records.

The U.S. Supreme Court holds that "*a consultant engaged by a plan may have an incentive to make a finding of not disabled*" and that federal courts may consider the relationship between a consulting physician and the plan as a factor in determining whether a plan "*acted arbitrarily and capriciously in deciding to credit the opinions of its paid, consulting physician*." *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S.Ct. 1965, 155 L.Ed. 2d 1034 (2003). Furthermore, while plan administrators are not required to defer to the opinions of treating physicians, they may not "*arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of treating physicians.*" *Id.* See:

Johnson v. Metropolitan Life Ins. Co., *2008 U.S.Dist.LEXIS 42944 (N.D. Ga. 2008): "treating physicians, as a rule, have a greater opportunity than consultants to know and observe the patient as an individual."*

Burt v. Metropolitan Life Ins. Co., *No. 1:04-CV-2376-BBM, 2005 U.S. Dist. LEXIS 22810 (N.D. Ga. 2005): "[c]ommon sense and a stream of legal precedent suggest, however, factual determinations of a treating physician are objectively more reliable."*

Dr. Rojhani failed to consider Ms. Garza's CRPS in her identification of impairing diagnoses. Ms. Garza's CRPS further substantiates her complaints of pain. Dr. Rojhani has failed to credit Ms. Garza's complaints of pain, memory loss and cognitive deficits, all of which contribute to her inability to perform any occupation.

**Restrictions and Limitations**

Dr. Rojhani opined the following statements in the review,

> *"**Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant has impairments that translate into restrictions and limitations from 04/08/2021 to- the present**."*
>
> *"**Interval history shows that the claimant has been experiencing chronic pain in her left forearm and hand. She has a history of congenital constriction band of the left lower and upper extremity**."*
>
> *"She has undergone left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, and she reports worsening of her pain since that operation with pain and cramping throughout the forearm up into the antecubital fossa as well as down into the hand."*
>
> *"Based on the information provided, the claimant has a history of left arm and leg congenital amniotic band syndrome, which required Z-plasty in her left lower extremity with good results as a child and having multiple left upper extremity surgeries with less success with regard to performance, including left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, and C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20. The claimant was also found to have degenerative changes in her cervical spine, with a prior history of posterior decompression at C5-6 and C6-7."*
>
> *"**Given the claimant's persistent pain symptoms involving her left forearm/hand and neck along with reduced range of motion, altered sensation, and decreased grip strength, the claimant is physically impaired**."*

The above statements detail the validity of Ms. Garza's complaints. Ms. Garza suffers pain in her lower and upper extremities. She suffers chronic pain, and Dr. Rojhani opines in agreement with the treatment, evidence-based medicine, medication, and impairments provided by Ms. Garza's physicians.

The restrictions and limitations provided by Dr. Rojhani are erroneous. Dr. Rojhani has a financial incentive to agree with Dr. McCrary's previously provided conclusion. Ms. Garza has a 4-pound grip strength and would be unable to perform a sedentary occupation considering deficits in her upper and lower extremities. Ms. Garza would be in pain, distracted, and uncomfortable sitting and performing work of any kind. Ms. Garza is not unrestricted in sitting. Further, Ms. Garza does not have the strength to carry, push, and pull 10 lbs. frequently, as opined by Dr. Rojhani. Dr. Rojhani further opined,

*"The claimant's abilities are sustainable on a full-time basis."*

Ms. Garza's physicians are not required to provide restrictions and limitations or to engage in the disability process. Further, Ms. Garza's abilities, as opined by Dr. Rojhani, are not sustainable on a full-time basis. Ms. Garza's pain requires rest periods which do not allow her to use her extremities on a consistent basis. Dr. Rojhani's restrictions and limitations, as previously documented, are not an accurate account of Ms. Garza's abilities.

**Medications**

Dr. Rojhani referenced agreement with the treatment and medication use provided to Ms. Garza by her physicians. Ms. Garza's condition causes chronic pain and is treated with pain management and medication. Ms. Garza's medications cause further cognitive deficits, including mental and physical fatigue, memory inconsistency, drowsiness, and nausea. Ms. Garza's medications diminish her focus and concentration. These adverse intellectual effects further erode Ms. Garza's ability to work by reducing her capacity for critical thinking and her overall accuracy and productivity. The lessening of Ms. Garza's ability to concentrate and process information has a serious impact on her ability to perform any occupation.

Lincoln breached its duty of good faith and fair dealing by failing to consider Ms. Garza's record in its entirety which includes the use of medication. The side effects of Ms. Garza's Gabapentin, Hydrocodone, Norco, Xanax, Tramadol, Tizanidine, and Nortriptyline contribute to her disability. Ms. Garza's use of medication is further evidence of the severity and substantiality of her pain condition.

**Conclusion**

Dr. Rojhani provided further evidence of the degree of Ms. Garza's impairment in his conclusion to the review.

> *"Yes, the severity and scope of the claimant's reported pain are consistent with the severity and scop of the claimant's medical conditions and intensity of treatment. The claimant has been experiencing chronic pain in her left forearm/hand and neck along with reduced range of motion, altered sensation, and decreased grip strength. On 10/3/19, exam showed dysesthesias particularly along the scar along the dorsum of her forearm; Spurling's induces medial scapular pain on the left; she had decreased grip strength with pain with resisted pronation and supination because of the scar pain. There was some mild duskiness along the dorsum of the hand as well."*

Dr. Rojhani and Lincoln have breached its duty of good faith and fair dealing by not providing a thorough and complete review of Ms. Garza's claim. Ms. Garza is disabled as defined by the terms of the policy and unable to perform any occupation.

**D. Vocational Memorandum**

Lincoln's vocational memorandum was performed by Lori Ashworth, M.Ed., CRC. Ms. Ashworth utilized Dr. Rojhani's restrictions and limitations. Ms. Garza is unable to perform

the restrictions and limitations provided by Dr. Rojhani as previously indicated above. Ms. Garza cannot use the computer or write for an extended period. Ms. Garza is unable to perform full time work in any occupation.

Ms. Ashworth opined the following,

> *"Important to note is the fact that the EE is left hand dominant."*

In Ms. Ashworth's analysis of Ms. Garza's employability, Ms. Ashworth has failed to consider Ms. Garza's diagnosis of CRPS. CRPS is an extremely painful condition. Her cognitive ability has declined substantially due to the distraction caused by both the pain experienced and medication required for treatment.

Ms. Ashworth opined Ms. Garza is able to perform the following occupations: Director, Nurses' Registry and Cardiac Monitor Technician. Ms. Ashworth precluded several of the previously provided options for work due to the need to frequently use her hands. The two occupations left for consideration require hand use and/or cognitive abilities Ms. Garza does not possess. In fact, the Cardiac Monitor Technician must use a variety of equipment to perform the major job duties. Further, Ms. Garza would be required to use a cardiac monitor. Ms. Garza does not have the bilateral manual dexterity or cognitive ability to perform the duties required of this occupation. The Director, Nurses' Registry position requires a high level of cognitive and analytical ability. Further, the position still requires unattainable use of Ms. Garza's hands.

Lincoln and Ms. Ashworth have wrongfully opined Ms. Garza can perform the above or any occupation. Ms. Garza was previously awarded benefits for both short and long-term disability, and she meets the terms of disability defined by the policy.

## III. CONCLUSION AND DEMAND UNDER THE COLORADO CONSUMER PROTECTION ACT

### i. Lincoln's Breach of Duty of Good Faith and Fair Dealing

Lincoln breached its duty of good faith and fair dealing by terminating and delaying full payment of benefits to Ms. Garza when Lincoln's obligations were reasonably clear and Lincoln knew, or should have known, that there was no reasonable basis for withholding any part of Ms. Garza's payment. Lincoln previously awarded Ms. Garza her benefits due to her upper extremity limitations and physical condition.

Lincoln has thus failed to effectuate a prompt, fair, and equitable settlement of Ms. Garza's claim, though Lincoln's liability remains consistently clear. As a result of this breach of duty of good faith and fair dealing, Ms. Garza suffered damages consisting of the loss of the benefit-of-the-bargain that he reasonably expected to be due under the Plan.

**ii. Lincoln's Breach of Contract**

Lincoln's conduct constitutes a breach of the Plan. The Plan is a contract as its existence arose from a bargained for exchange between Ms. Garza and Lincoln. Lincoln failed to perform in accordance with the terms of the Plan. Ms. Garza has incurred losses, which should have been compensated by Lincoln, as those losses were covered under the Plan. Lincoln has failed to perform its obligations under the contract by failing to pay the full amount of Ms. Garza's claim by terminating benefits to Ms. Garza. This conduct constitutes a breach of the contract between Ms. Garza and Lincoln.

**iii. Lincoln's Violations of The Colorado Consumer Protection Act**

It is our contention that Lincoln's conduct constitutes unfair and deceptive acts and practices, as well as misrepresentations, in the business of insurance in violation of Colorado Consumer Protection Act, 6-1-105.

An insurer has an obligation to conduct an adequate investigation before terminating a claim. An insurer will not escape liability merely by failing to investigate a claim so that it can contend that liability was never reasonably clear. Lincoln failed to adequately investigate Ms. Garza's claim, and the IME used was not substantial evidence.

**iv. Lincoln's Violations of the Colorado Deceptive Trade Practices**

Lincoln violated the Colorado Deceptive Trade Practices, which is part of the Consumer Protection Act. It is our contention that Lincoln has misrepresented characteristics, benefits, obligations, and other aspects dealing with the contract for LTD insurance services.

The Colorado Consumer Protection Act prohibits practices including, but are not limited to:

- Misrepresenting that goods or services have certain quantities, characteristics, ingredients, uses, or benefits.
- Advertising or offering for sale used, blemished, or reconditioned goods as new or unblemished.
- Using any deception, fraud, false pretense, false promise, or misrepresentation in connection with a transaction.
- Selling children's products that are known (or should be known) to have been recalled by the U.S. Consumer Product Safety Commission
- Failing to disclose all conditions or fees relating to return policies or layaway agreements.

Although Ms. Garza submitted his claim for long term disability benefits in proper form and within the time specified by the policy, Lincoln terminated her claim with no justifiable basis. As a result, Ms. Garza has suffered actual damages in the form of past due benefits and continues to suffer actual damages in the amount of benefits she would be entitled to in the future as she continues to remain "totally disabled." Further, Lincoln's

wrongful denial of Ms. Garza's full claim has caused suffering of severe mental anguish since he has had to live each day with the knowledge that short of legal action, there will only be partial compensation for her loss.

In addition, Ms. Garza has accumulated reasonable and necessary attorney's fees related to the instant action as described in this letter. To date, these attorney's fees amount to $10,000.00.

The purpose of this letter is twofold. One is to consider the medical information submitted and perform an additional review of Ms. Garza's claim, and two, is to encourage Lincoln to resolve Ms. Garza's claim in a fair and equitable manner without the need for further legal action. In the event Lincoln fails to overturn its previous erroneous determination, Ms. Garza will have no alternative but to proceed with a lawsuit. This lawsuit will be brought seeking not only the amount of money Ms. Garza is asking of Lincoln at this time, but the full measure of Ms. Garza's damages, expenses, and attorney's fees as allowed by law. Additionally, in this lawsuit if the jury finds that Lincoln "knowingly" violated Colorado's DTP §6-1-105. Ms. Garza may recover up to three times the actual damages plus the cost of reasonable attorney's fees, whichever is greater if established by clear and convincing evidence that Lincoln engaged in bad faith. If Lincoln is interested in resolving this matter without the necessity of litigation, please contact our office within sixty (60) days of your receipt of this letter.

Sincerely,

Marc S. Whitehead
Attorney at Law

Enclosure: Exhibit A
cc: Ms. Lynn Garza

gfm/MSW

Marc Whitehead, Esq.
*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*
*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*
*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*
Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*
Madison Donaldson, Esq.
*Associate Attorney*
Shane Kadlec, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Algos Behavioral Health Services<br>Bate Stamped: LG.LIN.0001-0006 |
| **A-2.** | The San Antonio Orthopedic Group<br>Bate Stamped: LG.LIN.0007-0270 |
| **A-3.** | Dr. Anne Clark<br>Bate Stamped: LG.LIN.000271-0284 |
| **A-4.** | The San Antonio Orthopedic Group 2<br>Bate Stamped: LG.LIN.0285-0542 |
| **A-5.** | Monarch Plastic Surgery<br>Bate Stamped: LG.LIN.0543-0558 |
| **A-6.** | Neurosurgical Association of San Antonio<br>Bate Stamped: LG.LIN.0559-0575 |
| **A-7.** | Overland Park Surgery Center<br>Bate Stamped: LG.LIN.0576-0604 |
| **A-8.** | Dr. Michael Peck<br>Bate Stamped: LG.LIN.0605-0617 |
| **A-9.** | TSAOG Orthopedics<br>Bate Stamped: LG.LIN.0618-0865 |
| **A-10.** | Benefits Planning Query<br>Bate Stamped: LG.LIN.0866-0874 |
| **A-11.** | SERC Physical Therapy- Dr. Jason Little<br>Bate Stamped: LG.LIN.0875-0972 |
| **A-12.** | The Rehabilitation Group<br>Bate Stamped: LG.LIN.0973-0980 |

*address* 403 Heights Blvd Houston, TX 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *online* DisabilityDenials.com

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: October 22, 2021 **RP ID:** 8189158

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

**Patient Information**

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
REVISED REQUEST Requesting medical records for Lynn Garza. Seen by: SERC Physical Therapy - DR. JASON LITTLE

**Provider Information**

Provider: BENCHMARK PHYSICAL THERAPY
6397 LEE HWY STE 300
ATTN: MEDICAL RECORDS
CHATTANOOGA, TN 37421

Phone: (844) 319-6137 Fax: (423) 933-1996

**Electronic Order Data (If Applicable)**

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: SERC Physical Therapy - DR. JASON LITTLE
7211 West 110th Street

Overland Park, KS 66210
(913) 451-7272

LG.LIN.0875

ReleasePoint

**MARC WHITEHEAD & ASSOCIATES**
**P.O. Box 1390 St. Peters, MO 63376**

RELEASEPOINT WFI, INC
OCT 21 2021
RECEIVED

**Date:** Sep 27, 2021

**Patient:** GARZA, LYNN

**DOB:**

**RP ID:** 8189158
Provider Portal: https://portal.releasepoint.com
Access Key: BEN595

**BENCHMARK PHYSICAL THERAPY**
**6397 LEE HWY STE 300**
**ATTN: MEDICAL RECORDS**
**CHATTANOOGA, TN 37421**

## Request for Medical Records

*Received 9/28/2021*

We are requesting a copy of medical records for your patient listed above. Please see the attached documentation providing authorization for the release of medical information.

**Records Required: From January 1, 2019 to Present**

**REVISED REQUEST Requesting medical records for Lynn Garza. Seen by: SERC Physical Therapy - DR. JASON LITTLE**

**Fee Approval:** Any fees above **$30.00** for records must be approved by the carrier.

**CONTACT US:** To avoid additional calls, faxes, or emails, send status updates or fee requests by:

- **EMAIL to: providers@releasepoint.com** with the RP ID above in the subject or
- **FAX to: (509) 254-6048**
- **Prepayment of $______ required.** Do you accept Visa? (Circle) YES NO

**SEND RECORDS:** Check one to indicate method records delivery:

___ **EMAIL records to us: charts@releasepoint.com with RP# in subject line**

___ **Faxing records: Pages _______ Fax:**

****Do not fold, staple or tape records****

___ **Mailing Records:**

MARC WHITEHEAD & ASSOCIATES
Legal Services Division c/o ReleasePoint
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ________________________________

Thank you for your cooperation,
**Julie Mae Plaza**
Phone: **(213) 266-7865**

8189158

RPID: 8189158
LG.LIN.0876

Lynn A. Garza (102093)
46 yr. Female,



MONARCH plastic surgery

## MPS - THERAPY ORDER

**Occupational Therapy Order:**
**Date:** 1/15/2019
**Name:** Lynn Garza

**Date of Injury:**
**Date of Surgery:**
**Diagnosis:** chronic intermittent compartment syndrome left upper extremity

**Instructions:**
Evaluation and Treatment

**Type of Treatment:**
**Increase strength and later conditioning LUE**

**Treatment Goals:**
Patient Education, Increase ROM, Increase Strength, Decrease Pain, Decrease Edema and Sensory Re-education

**Frequency/Duration:**
3 x week for 1 month

**Industrial Rehabilitation:**

**Comments:**

**Physician:** The note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

Regina Nouhan MD

MONARCH
plastic surgery

## MPS - THERAPY ORDER

**Occupational Therapy Order:**
**Date:** 2/26/2019
**Name:** Lynn Garza

**Diagnosis:** chronic intermittent compartment syndrome left upper extremity

**Instructions:**
Evaluation and Treatment

**Type of Treatment:**
Continue current therapy

**Treatment Goals:**

**Frequency/Duration:**
2-3 times a week for 1 month

**Industrial Rehabilitation:**

**Comments:**

**Physician:** The note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

## Patient Information

| Patient Name | Account | ID # | Gender | DOB | Age at Discharge |
|---|---|---|---|---|---|
| Garza, Lynn Angelique | | 1770004 | Female | | 46 yrs |

The University of Kansas Health System
10777 Nall Ave
2nd fl Ste 210
OVERLAND PARK KS 66211-1327
Phone: 913-588-7600
Fax: 913-588-9264

# AMB REFERRAL TO HAND THERAPY

Order

Date: 4/15/2019 Department: The University of Kansas Health System

### Associated Diagnoses

| | ICD-9-CM | ICD-10-CM |
|---|---|---|
| Pain - Primary | 780.96 | R52 |

### Comments

Left side range of motion scar massage

### Referral Details

Referred By
Endress, Ryan, MD
4000 Cambridge St
Sutherland Inst
Kansas City KS 66160
Phone: 913-588-2000
Fax: 913-588-2061

Diagnoses: Pain
Order: Amb Referral To Hand Therapy
Reason: Specialty Services Required

Referred To

Comment: Left side range of motion scar massage

### Order Signature Summary

**AMB REFERRAL TO HAND THERAPY**

Awaiting signature from: Endress, Ryan, MD
Mode: Ordering in Verbal mode
Ordering user: Taylor, Gloria 04/15/19 1113
Authorized by: Endress, Ryan, MD

Communicated by: Taylor, Gloria
Ordering provider: Endress, Ryan, MD
Ordering mode: Verbal

SERC - Hand Rehabilitation South
Page 1

## PATIENT INFORMATION

Patient Health History:

**Patient Name:** Lynn Garza **Patient #:** 0711502 **Date:** 01-21-19

**Have you had any falls in the past year?** Yes (No) **Are you?** Right-handed (Left-handed)

**Living Environment** – Does your home have?

Stairs with no railing Stairs and railing Ramps Obstacles: ______
Uneven terrain Elevator Assistive devices (raised commode): ______

With whom do you live? Alone (Spouse) Children Parents Other
How did you hear about us? ______

**Employment / Work (Job/School/Play)**

Occupation: NP Working full-time Working part-time Homemaker / Student Retired (Unemployed)

**Health Habits**

Smoking Currently: Yes (No) Alcohol: Current (Past) Never

Do you exercise beyond normal, daily activities and chores? Yes (No)

**Medical / Surgical History**

**Please check if you have ever had (circle all that apply):**

The first column is used for outcome measures.

| | | | |
|---|---|---|---|
| Cancer | Arthritis | Osteoporosis | Broken bones / fractures |
| Diabetes | Circulation/vascular problems | ~~Depression~~ | Skin diseases |
| Fibromyalgia | Stroke | Lung problems | Hypoglycemia / low blood sugar |
| Obesity | ~~Thyroid problems~~ | Kidney problems | Ulcers / stomach problems |
| Heart Condition | Parkinson's disease | Multiple Sclerosis | Allergies |
| High Blood Pressure | Latex allergy | Seizures or epilepsy | Developmental or growth problems |
| Multiple Treatment Area | | Infectious disease (e.g. tuberculosis, hepatitis) | |
| (Surgery for this problem) | | Other: ______ | |

**Within the past year, have you had any of the following symptoms? (circle all that apply)**

| | | |
|---|---|---|
| Chest pain | Bowel problems | Urinary problems |
| ~~Headaches~~ | Shortness of breath | Dizziness or blackouts |
| Coordination problems | Weakness in arms or legs | Loss of balance |
| Difficulty walking | Joint pain or swelling | Pain at night |
| Difficulty sleeping | Loss of appetite | Fever / chills / sweats |
| Difficulty swallowing | Weight gain | Weight loss |
| Hearing problems | Vision problems | Other: ______ |

**Please list any surgeries and include approximate dates (month/year):**

Since left forearm fracture 1 / 18
Release ___ / ___

***FOR MEN ONLY:*** Have you been diagnosed with prostate disease? Yes No

***FOR WOMEN ONLY:*** Are you pregnant or think you might be pregnant? Yes (No)
Have you been diagnosed with other OB/GYN difficulties? (Yes) No
Have you ever had surgery related to women's health? (Yes) No

LG.LIN.0880

SERC - Hand Rehabilitation South

2

**PATIENT INFORMATION**

Patient Health History: Page

**Patient Name**: Lynn A Garza **Patient #:** 0711502 **Date:** 01-21-19

## Current Conditions / Chief Complaints

When did the problem(s) begin? (month/day/year) 6 / 1 / 18

What happened? Surgery - Release fascia (L) forearm

Have you ever had this problem before? Yes No

***If yes:*** How long did the problem(s) last? ______

What did you do for the problem(s)? ______

Did the problem get better? Yes No

How are you taking care of the problem(s) now? ______

What are your goals for physical therapy? improve strength swelling flexibility

Are you seeing any healthcare providers for your current problem(s)? (please list) Dr. Mouhon

## Medications

Do you take any medications? Yes (please list below, use back of page if necessary) No

Wellbutrin Adderall Armour Thyroid

Have you previously taken any medications for the condition for which you are seeing the physical therapist?

Yes No (circled) If yes, please list: ______

## Other Clinical Tests Performed for this Condition

Angiogram (heart catheter) | Bone scan | CT scan

EKG (electrocardiogram) | Mammogram | MRI (circled)

NCV (nerve conduction velocity) | X-rays | Stress test (e.g. tread mill, bicycle)

Other: Lymph Study, Arm Doppler Study

## Pain

Please indicate your level of pain at this time by marking either the numerical or visual scale:

0 1 2 3 4 5 6 (circled) 7 8 9 10

None Mild Moderate Severe Very Severe






Please mark on the diagram above where you are having your symptoms/pain

LG.LIN.0881

SERC
Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 05-31-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Ryan Endress MD |
| **Patient #:** | 0711502 | **Time In:** | 09:00a |
| **Date of Birth:** | | **Time Out:** | 10:00a |
| **Age:** | 47 | | |
| **Date of Onset:** | 06-01-2018 | | |

**Diagnosis:**

| | |
|---|---|
| G56.02 | Carpal tunnel syndrome, left upper limb |
| M25.532 | Pain in left wrist |
| M25.432 | Effusion, left wrist |

**SUBJECTIVE:**

The patient reports today's pain a 4 out of 10. Pt feels that 2 consecutive days of therapy is difficult on her to tolerate well. Today her pain is increased but she is very encouraged by the amount of pressure she was able to tolerate on her incision yesterday with scar mobilization activities.

**Contraindications:**

1. .Web Outcomes - Surgical Condition

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97530 - Therapeutic Activity - [TP009] | ================ | === | === | | 15 | Yes | |
| Education | scar massage and AROM, light functional use as tol | | | | | Yes | |
| towel crawling and towel slide | across tabletop | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | ================ | === | === | | 15 | Yes | |
| PROM | gentle - digits,wrist,forearm and elbow | | | | | Yes | |
| 97533 - Sensory Integration - [TP011] | ================ | === | === | ===== | 15 | Yes | |
| tens | along scar for desensitization | | | | | Yes | |
| scar mobilization | for scar mobility and desensitization | | | | | Yes | |
| 97110 - Ther-Ex / Procedure - [TP001] | ================ | === | === | | 15 | Yes | |
| AAROM | on supination wheel | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| AROM | wrist flex/ext with fingers open/fist; r/u dev | | | | | Yes | |

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair. Consecutive days of therapy are challenging for her due to high pain, however, she continues to be better off than she was pre-op in terms of activity tolerance, outlook, scar mobilization tolerance.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Pt. will demonstrate good compliance with all aspects of home program. | Short Term | 1 week | Met | | |
| Pt. will comply with scar massage as part of home program following suture removal. | Short Term | 1 week | Met | | |
| Pt. will demonstrate ability to make a loose composite fist. | Short Term | 2 weeks | Met | | |
| Pt. will demonstrate ability to make a tight composite fist. | Long Term | 4 weeks | Met | | |
| Pt. will demonstrate at least 40 degrees of wrist flexion/extension. | Long Term | 4 weeks | Progressing | | 5/30 |
| Pt. will demonstrate improving/returning sensation. | Short Term | 2 weeks | Progressing | | 5/30 |
| DASH score < 25. | Long Term | 4 weeks | Progressing | | 5/30 |
| Pt. will report normal sensation. | Long Term | 4 weeks | Progressing | | 5/30 |
| Pt. will demonstrate at least 30# right hand grip strength to enable full use of hand for all desired/work activities. | Long Term | 4 weeks | Progressing | | 5/30 |
| Pt. will resume full participation in all desired activities. | Long Term | 4 weeks | Progressing | | 5/30 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 7.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

Patient: Lynn Garza, DOB:

This document was electronically signed on 06-02-19 at 12:14p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Progress Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 05-30-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Ryan Endress MD |
| **Patient #:** | 0711502 | **Time In:** | 08:01a |
| **Date of Birth:** | | **Time Out:** | 09:04a |
| **Age:** | 47 | **Certification Period:** | 05-30-19 / 06-26-19 |
| **Date of Onset:** | 06-01-2018 | | |

**Diagnosis:**

| | |
|---|---|
| G56.02 | Carpal tunnel syndrome, left upper limb |
| M25.532 | Pain in left wrist |
| M25.432 | Effusion, left wrist |

Scheduled appointments during reporting period: 6.00
Completed treatment sessions: 6
Missed treatment sessions: 0

## SUBJECTIVE:

Lynn Garza, attended for therapy evaluation on 04-15-19 for evaluation of R CTR, scar revision. The patient has attended 6 treatment sessions since the evaluation.

**Presenting Problems:**
The patient reports today's pain a 5 out of 10. Pain is located along length of left forearm, hand and elbow of the left UE.

**Current Surgery:**
Date: 04-05-19
L CTR, scar revision

**Contraindications:**
1. .Web Outcomes - Surgical Condition

**Other Subjective Comments:**
Pt states that she has been out of town for a few weeks but has been aggressively "working her scar". She does feel that she has improved somewhat with tolerance to pressure on her forearm but that the elbow seems to swell a lot still. The proximal half of her incision seems to have widened/split and is broader than the distal half of the scar. She feels that the palm/wrist scar has hardened a lot.

## OBJECTIVE:
## HAND EVALUATION
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Finger Extension / Flexion | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|
| Right AROM | [illegible] | | [illegible] | 05-30-19 | |

Patient: Lynn Garza, DOB:

| | | | | | |
|---|---|---|---|---|---|
| Index MP | 0 /75 | | | | |
| Index PIP | 0 /95 | | | | |
| Index DIP | 0 /70 | | | | |
| Index TAM | 240.0<br>0 | | | | |
| Thumb MP | 0 /75 | | | | |
| Thumb IP | 0 /50 | | | | |
| Thumb TAM | 125.0<br>0 | | | | |

| Finger Extension / Flexion | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|
| Left AROM | 04-23-19 | | 04-23-19 | 05-30-19 | |
| Index MP | 0 /65 | | | 0 /70 | |
| Index PIP | 0 /85 | | | 0 /90 | |
| Index DIP | 0 /72 | | | 0 /72 | |
| Index TAM | 222.0<br>0 | | | 232.0<br>0 | |
| Thumb MP | 0 /45 | | | 0 /60 | |
| Thumb IP | +10/15 | | | +15/50 | |
| Thumb TAM | 70.00 | | | 65.00 | |

| Wrist | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|
| Right AROM | 04-23-19 | | 04-23-19 | 05-30-19 | |
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 70 /65 | | 70 /65 | | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 25 /32 | | 25 /32 | | |

| Wrist | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|
| Left AROM | 04-23-19 | | 04-23-19 | 05-30-19 | |
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 35 /5 | | 35 /5 | 45 /35 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 /20 | | 5 /20 | 8 /25 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | | 9/65 |
| Lateral Pinch | | | | 2/13 |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 2.83 | |
| Middle (Median) | 2.83 | | 3.61 | |
| Ring (Median & Ulnar) | 2.83 | | 3.61 | |
| Small (Ulnar) | 2.83 | | 2.83 | |

Patient: Lynn Garza, DOB:

| | | | | |
|---|---|---|---|---|
| Thumb (Median & Radial) | 3.61 | | 2.83 | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 14.9 | |

| Finger Girth (cm) | P1 | P2 | P3 | PIP | DIP | IP |
|---|---|---|---|---|---|---|

At elbow crease Left - 24.2cm (+0.4cm(
At elbow crease Right - 23.9cm
1 inch proximal to left elbow - 25.0cm
1 inch proximal to right elbow - 24.1cm

Initial circumference left wrist = 15.2cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97530 - Therapeutic Activity - [TP009] | ================ | === | === | | 15 | Yes | |
| Education | scar massage and AROM, light functional use as tol | | | | | Yes | |
| towel crawling and towel slide | across tabletop | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | ================ | === | === | | 15 | Yes | |
| PROM | gentle - digits,wrist,forearm and elbow | | | | | Yes | |
| 97533 - Sensory Integration - [TP011] | ================ | === | === | ===== | 15 | Yes | |
| scar mobilization | for scar mobility and desensitization | | | | | Yes | |
| 97110 - Ther-Ex / Procedure - [TP001] | ================ | === | === | | 18 | Yes | |
| AAROM | on supination wheel | | | | | Yes | |
| AROM | wrist flex/ext with fingers open/fist; r/u dev | | | | | Yes | |

**ASSESSMENT:**
Patient presents with signs and symptoms that are consistent with: R CTR, scar revision

The current impairments identified include: decreased AROM, decreased PROM, increased pain, decreased strength, increased edema, decreased light touch sensation

Patient: Lynn Garza, DOB:

The functional deficits are as follows: difficulty with all ADL's right UE

Patient demonstrates significant improvements in wrist flexion, finger motion, light touch sensation and tolerance to pressure along her scar. She continues to have tightness and discomfort throughout the hand and forearm but she is improving with her ability to use the dominant UE.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is good.

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Pt. will demonstrate good compliance with all aspects of home program. | Short Term | 1 week | Met | | |
| Pt. will comply with scar massage as part of home program following suture removal. | Short Term | 1 week | Met | | |
| Pt. will demonstrate ability to make a loose composite fist. | Short Term | 2 weeks | Met | | |
| Pt. will demonstrate ability to make a tight composite fist. | Long Term | 4 weeks | Met | | |
| Pt. will demonstrate at least 40 degrees of wrist flexion/extension. | Long Term | 4 weeks | Progressing | | 5/30 |
| Pt. will demonstrate improving/returning sensation. | Short Term | 2 weeks | Progressing | | 5/30 |
| DASH score < 25. | Long Term | 4 weeks | Progressing | | 5/30 |
| Pt. will report normal sensation. | Long Term | 4 weeks | Progressing | | 5/30 |
| Pt. will demonstrate at least 30# right hand grip strength to enable full use of hand for all desired/work activities. | Long Term | 4 weeks | Progressing | | 5/30 |
| Pt. will resume full participation in all desired activities. | Long Term | 4 weeks | Progressing | | 5/30 |

**PLAN:**

The patient's treatment will include Manual Therapy, Ther-Ex / Procedure, Therapeutic Activity, Neuromuscular re-education, Community / Work Reintegration, Self Management, Sensory Integration and OT Eval High Complexity. The patient will continue therapy 2 times per week for 4 weeks, for an additional 8 visits and a total of 13 visits since start of care.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Thank you for your referral. We will keep you updated on this patient's progress.

Best regards,

Jason Little OT CHT

Patient: Lynn Garza, DOB:

This document was electronically signed on 05-30-19 at 10:58a by Jason Little OT.

Patient: Lynn Garza, DOB:

SERC
Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 05-02-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Ryan Endress MD |
| **Patient #:** | 0711502 | **Time In:** | 12:02p |
| **Date of Birth:** | | **Time Out:** | 01:02p |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2018 | | |

**Diagnosis:**

| | |
|---|---|
| G56.02 | Carpal tunnel syndrome, left upper limb |
| M25.532 | Pain in left wrist |
| M25.432 | Effusion, left wrist |

**SUBJECTIVE:**
The patient reports today's pain a 6 out of 10. Pt feels that each morning her incision is extremely tight and painful, she does feel that she is able to make some changes throughout the day with increased flexibility but she continues to struggle to use the arm for many ADL's.
**Contraindications:**
1. .Web Outcomes - Surgical Condition

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97530 - Therapeutic Activity - [TP009] | ================ | === | === | | 15 | Yes | |
| Education | scar massage and AROM, light functional use as tol | | | | | Yes | |
| towel crawling and towel slide | across tabletop | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | ================ | === | === | | 15 | Yes | |
| PROM | gentle - digits,wrist,forearm and elbow | | | | | Yes | |
| 97533 - Sensory Integration - [TP011] | ================ | === | === | ===== | 10 | Yes | |
| scar mobilization | for scar mobility and desensitization | | | | | Yes | |
| 97110 - Ther-Ex / Procedure - [TP001] | ================ | === | === | | 20 | Yes | |
| AAROM | on supination wheel | | | | | Yes | |
| AROM | wrist flex/ext with fingers open/fist; r/u dev | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair. Improved tolerance to pressure along scar today, best to this point in rehab since surgery.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Pt. will demonstrate good compliance with all aspects of home program. | Short Term | 1 week | Initial | | |
| Pt. will comply with scar massage as part of home program following suture removal. | Short Term | 1 week | Initial | | |
| Pt. will demonstrate ability to make a loose composite fist. | Short Term | 2 weeks | Initial | | |
| Pt. will demonstrate ability to make a tight composite fist. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 40 degrees of wrist flexion/extension. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate improving/returning sensation. | Short Term | 2 weeks | Initial | | |
| DASH score < 25. | Long Term | 4 weeks | Initial | | |
| Pt. will report normal sensation. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 30# right hand grip strength to enable full use of hand for all desired/work activities. | Long Term | 4 weeks | Initial | | |
| Pt. will resume full participation in all desired activities. | Long Term | 4 weeks | Initial | | |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 5.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 05-02-19 at 05:08p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB: [illegible]

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 05-01-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Ryan Endress MD |
| **Patient #:** | 0711502 | **Time In:** | 10:30a |
| **Date of Birth:** | | **Time Out:** | 11:30a |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2018 | | |

**Diagnosis:**

| | |
|---|---|
| G56.02 | Carpal tunnel syndrome, left upper limb |
| M25.532 | Pain in left wrist |
| M25.432 | Effusion, left wrist |

**SUBJECTIVE:**
The patient reports today's pain a 3 out of 10. Pt continues to feel that the scar is extremely sensitive to touch and is extremely tight. She is concerned that the scar is going to widen like her previous scar did. Her fingers continue to feel very cold most of the time.
**Contraindications:**
1. .Web Outcomes - Surgical Condition

**OBJECTIVE:**
**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair. Patient is extremely hyper-focused on the appearance of her scar, the temperature of her fingertips and concerns about how the scar might change in the future. She is also very focused on her perceived swelling in the elbow.

Provided education to patient on the importance of HEP (scar massage & ROM) with pt report of understanding. Heat pre and post treatment to decrease pain.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Pt. will demonstrate good compliance with all aspects of home program. | Short Term | 1 week | Initial | | |
| Pt. will comply with scar massage as part of home program following suture removal. | Short Term | 1 week | Initial | | |
| Pt. will demonstrate ability to make a loose composite fist. | Short Term | 2 weeks | Initial | | |
| Pt. will demonstrate ability to make a tight composite fist. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 40 degrees of wrist flexion/extension. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate improving/returning sensation. | Short Term | 2 weeks | Initial | | |
| DASH score < 25. | Long | 4 | Initial | | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| | Term | weeks | | | |
| Pt. will report normal sensation. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 30# right hand grip strength to enable full use of hand for all desired/work activities. | Long Term | 4 weeks | Initial | | |
| Pt. will resume full participation in all desired activities. | Long Term | 4 weeks | Initial | | |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 4.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 05-01-19 at 01:39p by Jason Little OT.

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 04-29-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2018

**Therapist:** Amy Speer OT
**Referring MD:** Ryan Endress MD
**Time In:** 02:15p
**Time Out:** 03:15p

**Diagnosis:**

G56.02 Carpal tunnel syndrome, left upper limb
M25.532 Pain in left wrist
M25.432 Effusion, left wrist

**SUBJECTIVE:**
The patient reports today's pain a 7 out of 10. Pt reports increased pain and cramping throughout her volar forearm along the sides of her incision site. Pt reports that it feels like her skin is ripping from the inside. Pt reports that immediately post surgery she had low pain; however she was on pain meds and now is not. Pt reports that she saw her doctor earlier today and he had no concerns.
**Contraindications:**
1. .Web Outcomes - Surgical Condition

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97530 - Therapeutic Activity - [TP009] | ================ | === | === | | 15 | Yes | |
| Education | scar massage and AROM, light functional use as tol | | | | | Yes | |
| towel crawling and towel slide | across tabletop | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | ================ | === | === | | 15 | Yes | |
| PROM | gentle - digits,wrist,forearm and elbow | | | | | Yes | |
| 97533 - Sensory Integration - [TP011] | ================ | === | === | ===== | 10 | Yes | |
| scar mobilization | for scar mobility and desensitization | | | | | Yes | |
| 97110 - Ther-Ex / Procedure - [TP001] | ================ | === | === | | 20 | Yes | |
| AAROM | on supination wheel | | | | | Yes | |
| AROM | wrist flex/ext with fingers | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| | openfist; ulu dev | | | | | | |

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Very poor pain tolerance today with pain being much higher with pain behaviors present and reports of pain.

Provided education to patient on the importance of HEP (scar massage & ROM) with pt report of understanding. Heat pre and post treatment to decrease pain.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Pt. will demonstrate good compliance with all aspects of home program. | Short Term | 1 week | Initial | | |
| Pt. will comply with scar massage as part of home program following suture removal. | Short Term | 1 week | Initial | | |
| Pt. will demonstrate ability to make a loose composite fist. | Short Term | 2 weeks | Initial | | |
| Pt. will demonstrate ability to make a tight composite fist. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 40 degrees of wrist flexion/extension. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate improving/returning sensation. | Short Term | 2 weeks | Initial | | |
| DASH score < 25. | Long Term | 4 weeks | Initial | | |
| Pt. will report normal sensation. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 30# right hand grip strength to enable full use of hand for all desired/work activities. | Long Term | 4 weeks | Initial | | |
| Pt. will resume full participation in all desired activities. | Long Term | 4 weeks | Initial | | |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 3.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Amy Speer OT MOT, OTR, CHT

This document was electronically signed on 04-29-19 at 06:11p by Amy Speer OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 04-25-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Ryan Endress MD |
| **Patient #:** | 0711502 | **Time In:** | 04:00p |
| **Date of Birth:** | | **Time Out:** | 05:00p |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2018 | | |

**Diagnosis:**

G56.02 Carpal tunnel syndrome, left upper limb
M25.532 Pain In left wrist
M25.432 Effusion, left wrist

**SUBJECTIVE:**
The patient reports today's pain a 6 out of 10. Patient reports that her scar feels extremely tight and she is noticing that she has occasional numbness in the fingers when she applies pressure to the forearm. She continues to feel that the fingers are colder on the left hand than the right.
**Contraindications:**
1. .Web Outcomes - Surgical Condition

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97530 - Therapeutic Activity - [TP009] | ================ | === | === | | 15 | Yes | |
| Education | HEP, scar massage review | | | | | Yes | |
| towel crawling and towel slide | across tabletop | | | | | Yes | |
| flexbar-sup/pro, wrist flex/ex | to improve functional grip against positional changes of forearm and wrist | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | ================ | === | === | | 12 | Yes | |
| PROM | gentle - digits,wrist,forearm and elbow | | | | | Yes | |
| 97533 - Sensory Integration - [TP011] | ================ | === | === | ===== | 15 | Yes | |
| scar mobilization | for scar mobility and desensitization | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | ================ | === | === | | 8 | Yes | |

Patient: Lynn Garza, DOB:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| median nerve glides | "serving tray" | | | | | Yes | |
| 97110 - Ther-Ex / Procedure - [TP001] | ================ | === | === | | 10 | Yes | |
| AAROM | on supination wheel | | | | | Yes | |

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Very little tolerance for scar massage to this point, however, it is better than it ever was after the initial surgical intervention. Patient is moving better and tolerating more than she was pre-operatively.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Pt. will demonstrate good compliance with all aspects of home program. | Short Term | 1 week | Initial | | |
| Pt. will comply with scar massage as part of home program following suture removal. | Short Term | 1 week | Initial | | |
| Pt. will demonstrate ability to make a loose composite fist. | Short Term | 2 weeks | Initial | | |
| Pt. will demonstrate ability to make a tight composite fist. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 40 degrees of wrist flexion/extension. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate improving/returning sensation. | Short Term | 2 weeks | Initial | | |
| DASH score < 25. | Long Term | 4 weeks | Initial | | |
| Pt. will report normal sensation. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 30# right hand grip strength to enable full use of hand for all desired/work activities. | Long Term | 4 weeks | Initial | | |
| Pt. will resume full participation in all desired activities. | Long Term | 4 weeks | Initial | | |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 2.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Patient: Lynn Garza, DOB:

Jason Little OT CHT

This document was electronically signed on 04-26-19 at 02:06p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Initial Evaluation

| | | | |
|---|---|---|---|
| **Date of Visit:** | 04-23-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Ryan Endress MD |
| **Patient #:** | 0711502 | **Time In:** | 01:15p |
| **Date of Birth:** | | **Time Out:** | 02:13p |
| **Age:** | 46 | **Certification Period:** | 04-23-19 / 05-20-19 |
| **Date of Onset:** | 06-01-2018 | | |

**Diagnosis:**

G56.02 Carpal tunnel syndrome, left upper limb
M25.532 Pain in left wrist
M25.432 Effusion, left wrist

**SUBJECTIVE:**

Lynn Garza is a 46 year old female who presents today for musculoskeletal evaluation of R CTR, scar revision. The patient was referred by Ryan Endress, MD . Patient underwent a revision of a scar that had previously occurred in a surgical procedure that was intended to release a congenital band in the forearm. She was then diagnosed with CTS in that UE and this surgery was performed by Dr. Endress who is new to her case.

**Presenting Problems:**

Pain is located along length of left forearm, hand and elbow of the left UE. The patient reports today's pain a 7 out of 10.

**Current Surgery:**
Date: 04-05-19
S/P: L CTR, scar revision

**Contraindications:**
1. .Web Outcomes - Surgical Condition

**DASH:**

Tool Score: 84.00

**OBJECTIVE:**
**HAND EVALUATION**
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Finger Extension / Flexion | Initial | Goal | Comments |
|---|---|---|---|
| Right AROM | 04-23-19 | | |
| Index MP | 0 /75 | | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

| | | | |
|---|---|---|---|
| Index PIP | 0 /95 | | |
| Index DIP | 0 /70 | | |
| Index TAM | 240.00 | | |
| Thumb MP | 0 /75 | | |
| Thumb IP | 0 /50 | | |
| Thumb TAM | 125.00 | | |

| Finger Extension / Flexion | Initial | Goal | Comments |
|---|---|---|---|
| **Left AROM** | 04-23-19 | | |
| Index MP | 0 /65 | | |
| Index PIP | 0 /85 | | |
| Index DIP | 0 /72 | | |
| Index TAM | 222.00 | | |
| Thumb MP | 0 /45 | | |
| Thumb IP | +10/15 | | |
| Thumb TAM | 70.00 | | |

| Wrist | Initial | Goal | Comments |
|---|---|---|---|
| **Right AROM** | 04-23-19 | | |
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 70 /65 | | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 25 /32 | | |

| Wrist | Initial | Goal | Comments |
|---|---|---|---|
| **Left AROM** | 04-23-19 | | |
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 35 /5 | | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 /20 | | |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 4.31 | |
| Middle (Median) | 2.83 | | 4.31 | |
| Ring (Median & Ulnar) | 2.83 | | 4.31 | |
| Small (Ulnar) | 2.83 | | 3.61 | |
| Thumb (Median & Radial) | 3.61 | | 4.31 | |

Patient: Lynn Garza, DOB:

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 15.2 | |

| Finger Girth (cm) | P1 | P2 | P3 | PIP | DIP | IP |
|---|---|---|---|---|---|---|

At elbow crease Left - 23.8cm

At elbow crease Right - 23.9cm

1 inch proximal to left elbow - 25.0cm

1 inch proximal to right elbow - 24.1cm

**Vital Signs:**
Ht: 5' 4" Wt: 142.00 BMI: 24.37

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97530 - Therapeutic Activity - [TP009] | ================ | === | === | | 15 | Yes | |
| Education | diagnosis; precautions; POC; initial HEP | | | | | Yes | |
| towel crawling and towel slide | across tabletop | | | | | Yes | |
| flexbar-sup/pro, wrist flex/ex | to improve functional grip against positional changes of forearm and wrist | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | ================ | === | === | | 8 | Yes | |
| PROM | gentle - digits,wrist,forearm and elbow | | | | | Yes | |
| 97533 - Sensory Integration - [TP011] | ================ | === | === | ===== | 10 | Yes | |
| scar mobilization | for scar mobility and desensitization | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | ================ | === | === | | 10 | Yes | |
| median nerve glides | "serving tray" | | | | | Yes | |
| 97110 - Ther-Ex / Procedure - [TP001] | ================ | === | === | | 10 | Yes | |
| AAROM | on supination wheel | | | | | Yes | |

| Service Based | Comment | Status | Time | Done Today |
|---|---|---|---|---|
| OT Evaluation High Complexity | Eval | Active | 5 | Yes |

**ASSESSMENT:**
Patient presents with signs and symptoms that are consistent with: R CTR, scar revision



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

The current impairments identified include: decreased AROM, decreased PROM, increased pain, decreased strength, increased edema, decreased light touch sensation

The functional deficits are as follows: difficulty with all ADL's right UE

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is good.

| Goals | Short-Long | Time Frame | Result | Comment |
|---|---|---|---|---|
| Pt. will demonstrate good compliance with all aspects of home program. | Short Term | 1 week | Initial | |
| Pt. will comply with scar massage as part of home program following suture removal. | Short Term | 1 week | Initial | |
| Pt. will demonstrate ability to make a loose composite fist. | Short Term | 2 weeks | Initial | |
| Pt. will demonstrate ability to make a tight composite fist. | Long Term | 4 weeks | Initial | |
| Pt. will demonstrate at least 40 degrees of wrist flexion/extension. | Long Term | 4 weeks | Initial | |
| Pt. will demonstrate improving/returning sensation. | Short Term | 2 weeks | Initial | |
| DASH score < 25. | Long Term | 4 weeks | Initial | |
| Pt. will report normal sensation. | Long Term | 4 weeks | Initial | |
| Pt. will demonstrate at least 30# right hand grip strength to enable full use of hand for all desired/work activities. | Long Term | 4 weeks | Initial | |
| Pt. will resume full participation in all desired activities. | Long Term | 4 weeks | Initial | |

## Assessment of Complexity:

Occupational Profile/Medical and Therapy History: Extensive review of physical, cognitive and psychosocial performance.
Patient Assessment: 5 or more deficits relating to physical, cognitive, psychosocial limitations/restrictions.
Clinical Decision Making: High analytic complexity, comprehensive assessments, multiple treatment options, significant modifications of assessment.

Based on the documented information above, the patient complexity is determined to be high.

**MIPS Quality Measures**
**Measure: 128: Preventive Care and Screening: Body Mass Index (BMI) Screening and Follow-Up**
BMI is documented within normal parameters and no follow-up plan is required.

**Meaure 130: Documentation of Current Medications in the Medical Record**
Eligible clinician attests to documenting in the medical record they obtained, updated, or reviewed the patient's current medications.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

**Measure 131: Pain Assessment and follow-up**
Pain assessment documented as positive using a standardized tool and a follow-up plan is documented: pain addressed with POC

**Measure: 182: Functional Outcome Assessment**
Functional outcome assessment documented as positive using a standardized tool and a care plan based on identified deficiencies on the date of the functional outcome assessment is documented: function addressed with POC

**PLAN:**
The patient's treatment will include Manual Therapy, Ther-Ex / Procedure, Therapeutic Activity, Neuromuscular re-education, Community / Work Reintegration, Self Management, Sensory Integration and OT Eval High Complexity. The patient will be seen 3 times per week for 4 weeks, for a total of 12 visits.
Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.
Thank you for your referral. We will keep you updated on this patient's progress.
Best regards,

Jason Little OT CHT

This document was electronically signed on 04-23-19 at 06:31p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# End of Care

**Date of Visit:** 04-03-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 09:25a
**Time Out:** 10:00a

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
Lynn Garza has attended a total of 44 treatment sessions following evaluation of s/p L forearm volar fascia release.
**Presenting Problems:**
The patient reports today's pain a 7 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10
**Current Surgery:**
Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

Patient is nervous about her CTR surgery that is scheduled for this Friday. She is hopeful that she won't have to "start over", and that the surgery provides some relief.

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 10 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 5 | Yes | |

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 10 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair. The patient's discharge prognosis is fair. Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Objective measurements are not improved at this progress note. Patient has had a recent increase in pain symptoms and irritation in the fingertips with the sensation of cold most of the time.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 3/28 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 3/28 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 3/28 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 3/28 |

Patient: Lynn Garza, DOB:

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 3/28 |

**PLAN:**

**Reason for concluding the current episode of care:**

1. Patient is undergoing another surgical procedure

Thank you for your referral.

Best regards,

Jason Little OT CHT

This document was electronically signed on 04-03-19 at 10:59a by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 03-29-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 10:00a |
| **Date of Birth:** | | **Time Out:** | 10:50a |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient feels that her hand is warm today and that typically is an indication that her pain is less and that seems to be accurate today.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 15 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 15 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 10 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Dramatic improvements from day to day with improved skin temperature, improved AROM and activity performance today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 3/28 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 3/28 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 3/28 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 3/28 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 43.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-29-19 at 11:50a by Jason Little OT.

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com



LG.LIN.0911

SERC
Physical Therapy

# Progress Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 03-28-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 02:40p |
| **Date of Birth:** | | **Time Out:** | 03:20p |
| **Age:** | 46 | **Certification Period:** | 03-29-19 / 04-11-19 |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm

M25.632 Stiffness of left wrist, not elsewhere classified

Scheduled appointments during reporting period: 56.00
Completed treatment sessions: 41
Missed treatment sessions: 15

**SUBJECTIVE:**

Lynn Garza, attended for therapy evaluation on 06-15-18 for evaluation of s/p L forearm volar fascia release. The patient has attended 41 treatment sessions since the evaluation.

**Presenting Problems:**

The patient reports today's pain a 7 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**

Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications:**

1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**Other Subjective Comments:**

Patient is having more pain in the past several days and is unsure what to attribute it to. She is nervous about having another surgery but is hopeful that it doesn't mean that she will be completely starting over.

**OBJECTIVE:**

**HAND EVALUATION**

**HAND DOMINANCE:** Left

**RANGE OF MOTION:**

| Wrist | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|

| Left AROM | 06-15-18 | | 02-25-19 | 03-28-19 | |
|---|---|---|---|---|---|
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 25 / 32 | 67 / 75 | 58 /54 | 54 /49 | Goal = RUE |
| Wrist Pronation (80) / Wrist Supination (80) | 70 / 60 | 85 / 80 | 75 /85 | 71 /81 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 / 15 | 20 / 30 | 18 /28 | 16 /29 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | 15/62 | 11 |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 3.61 all | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 14.8 | |

Initial wrist crease circumference - 15.0cm

Circumference 1" proximal to the elbow R = 24.0cm L = 24.5cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 10 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 10 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

Patient: Lynn Garza, DOB:

**ASSESSMENT:**
Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Objective measurements are not improved at this progress note. Patient has had a recent increase in pain symptoms and irritation in the fingertips with the sensation of cold most of the time.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is fair.

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 3/28 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 3/28 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 3/28 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 3/28 |

**PLAN:**
The patient's treatment will include Patient Education, Patient Education, Issue Supplies & Adaptive Equipment, Custom Orthosis Fabrication, Custom Orthosis Follow Up, Wound, Scar & Edema Mgmt, Ultrasound, E-Stim Manual, Iontophoresis, Hot / Cold Pack, Paraffin Bath, Fine Motor Coordination/Dexterity, ASTYM/IASTM, Manual Therapy, Joint and Soft Tissue Mobilization, Therapeutic Activities, Therapeutic Exercises, Neuromuscular Re-education and OT Re-Evaluation.

Discharge planning will include: WNL AROM and functional use with independence in HEP. We will develop a home exercise program. The patient will continue therapy 2 times per week for 2 weeks, for an additional 4 visits and a total of 46 visits since start of care.
Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.
Thank you for your referral. We will keep you updated on this patient's progress.

Patient: Lynn Garza, DOB:

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-28-19 at 04:43p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 03-25-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:00a
**Time Out:** 11:00a

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

## SUBJECTIVE:

The patient reports today's pain a 5 out of 10. Patient is having more pain in the past several days and is unsure what to attribute it to. She feels a lot of tension in the front of the upper arm and radiating symptoms from her fingers up into her forearm with touch and movement.

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

## OBJECTIVE:

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

## ASSESSMENT:

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient has one of her worst days in therapy in recent weeks, high pain reports and discomfort during activities, decreased tolerance for weight bearing activities and overall increased hypersensitivity.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

## PLAN:

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 41.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-25-19 at 01:43p by Jason Little OT.

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 03-22-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:00a
**Time Out:** 11:00a

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 5 out of 10. Patient is excited about her upcoming surgeries. She is having more pain today, wonders if it was some of the weight bearing activities and resistive activities that were performed at the last visit.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient tolerates activities well today and appears to be progressing well with current plan of care.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 40.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-22-19 at 12:24p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 03-20-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 10:00a |
| **Date of Birth:** | | **Time Out:** | 11:00a |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm

M25.632 Stiffness of left wrist, not elsewhere classified

## SUBJECTIVE:

The patient reports today's pain a 4 out of 10. Patient states that Dr. Endress is going to perform a CTR and Guyon's canal release to her left hand on 4/5. She is very excited but also nervous about this procedure. He also plans to release her median and ulnar nerve from any scar tissue impingements he can see.

**Contraindications:**

1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

## OBJECTIVE:

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient tolerates activities well today and appears to be progressing well with current plan of care. Improved weight bearing today with putty press and nerf ball press.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 39.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-20-19 at 12:19p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 03-08-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:00a
**Time Out:** 11:00a

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient is reporting that her pain is increased today due to increased attempts to use the hand.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**
**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient continues to have intermittent pain spikes and limited function based on that pain.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 38.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-08-19 at 12:21p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 03-06-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 10:02a |
| **Date of Birth:** | | **Time Out:** | 11:02a |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

## SUBJECTIVE:

The patient reports today's pain a 3 out of 10. Patient went to see Dr. Nouhan who is calling what she has intermittent compartment syndrome. She was told to continue therapy for another month and then possible consideration to her EMG confirmed CTS can be addressed. Patient reports continuation of cold sensations in her fingertips.

**Contraindications:**

1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

## OBJECTIVE:

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. No significant changes noted today, tolerating e-stim to dorsal forearm more easily. Patient continues to have cold sensitivity in the fingertips of the left hand, unable to tolerate direct massage on scar yet.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 37.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-06-19 at 02:38p by Jason Little OT.

Patient: Lynn Garza, DOB:

Patient: Lynn Garza, DOB:

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 03-01-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:02a
**Time Out:** 11:02a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient feels that her sensitivity along the scar is higher today. She underwent an EMG study on Wednesday and she was told that she has moderate CTS.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**
**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. CTS could be contributing to cold feeling of hands, tolerates e-stim fairly well today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 36.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-01-19 at 01:59p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Progress Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 02-25-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 09:58a |
| **Date of Birth:** | | **Time Out:** | 10:58a |
| **Age:** | 46 | **Certification Period:** | 02-26-19 / 04-22-19 |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

| | |
|---|---|
| M79.632 | Pain in left forearm |
| M25.632 | Stiffness of left wrist, not elsewhere classified |

Scheduled appointments during reporting period: 47.00
Completed treatment sessions: 35
Missed treatment sessions: 12

**SUBJECTIVE**:
Lynn Garza, attended for therapy evaluation on 06-15-18 for evaluation of s/p L forearm volar fascia release. The patient has attended 35 treatment sessions since the evaluation.

**Presenting Problems:**
The patient reports today's pain a 6 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**
Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications**:
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**Other Subjective Comments:**
Patient is returning to see Dr. Nouhan next Tuesday prior to having her EMG next Wednesday. She feels that the compression garments are the most helpful reliever of pain that she has noticed in the length of the arm.

**DASH:**

Tool Score: 63.75

**OBJECTIVE:**
**HAND EVALUATION**
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Wrist Left AROM | Initial 06-15-18 | Goal | Last 02-13-19 | Current 02-25-19 | Comments |
|---|---|---|---|---|---|
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 25 / 32 | 67 / 75 | 54 /50 | 58 /54 | Goal = RUE |
| Wrist Pronation (80) / Wrist Supination (80) | 70 / 60 | 85 / 80 | 74 /85 | 75 /85 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 / 15 | 20 / 30 | 15 /26 | 18 /28 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | 13 | 15/62 |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 3.61 all | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 14.8 | |

Initial wrist crease circumference - 15.0cm

Circumference 1" proximal to the elbow R = 24.0cm L = 24.5cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |

Patient: Lynn Garza, DOB:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

**ASSESSMENT:**

Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Compared to last assessment of ROM and strength the patient has made slight improvements. However, significant deficits are evident when compared to non-involved UE, especially with grip strength (13 vs 62). Pain reports remain moderate to high, functional limitations remain high per subjective report and due to dominant UE involvement.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is fair.

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

The patient's treatment will include Patient Education, Patient Education, Issue Supplies & Adaptive Equipment, Custom



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Orthosis Fabrication, Custom Orthosis Follow Up, Wound, Scar & Edema Mgmt, Ultrasound, E-Stim Manual, Iontophoresis, Hot / Cold Pack, Paraffin Bath, Fine Motor Coordination/Dexterity, ASTYM/IASTM, Manual Therapy, Joint and Soft Tissue Mobilization, Therapeutic Activities, Therapeutic Exercises, Neuromuscular Re-education and OT Re-Evaluation.

Discharge planning will include: WNL AROM and functional use with independence in HEP. We will develop a home exercise program. The patient will continue therapy 2 times per week for 8 weeks, for an additional 16 visits and a total of 51 visits since start of care.
Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.
Thank you for your referral. We will keep you updated on this patient's progress.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-25-19 at 12:13p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 02-22-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 08:40a
**Time Out:** 09:40a

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 3 out of 10. Patient is returning to see Dr. Nouhan next Tuesday prior to having her EMG next Wednesday. She feels that the compression garments are the most helpful reliever of pain that she has noticed.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com



LG.LIN.0936

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Better ROM during e-stim treatment today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/13 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/13 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/13 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/13 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 34.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-22-19 at 11:55a by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB: [illegible]

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 02-20-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:40a
**Time Out:** 11:40a

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

## SUBJECTIVE:
The patient reports today's pain a 5 out of 10. Patient went to see Dr. Endress, but he still didn't have any of her notes from Dr. Nouhan. He did schedule an EMG with her and will follow up with her after the test is completed. She went by the Monarch office today to pick up her op report.

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

## OBJECTIVE:

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Improving tolerance for ultrasound in the elbow crease/medial elbow, improving performance of activities.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/13 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/13 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/13 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/13 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 33.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-20-19 at 02:46p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com





PAGE 81/120 * RCVD AT 12/2/2021 11:12:14 AM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034301776 * CSID:FAXAGENT * ANI:13463263177 * DURATION (mm-ss):64-33

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 02-18-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:02a
**Time Out:** 11:02a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient is seeing Dr. Endress today and hopes that he can give her some advice or options about how to proceed with her situation. She feels that the ultrasound might have made her arm less swollen at the elbow.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Ultrasound may have improved edema at elbow crease to decrease, decreasing pain with activity and allowing the patient to perform ROM activities more easily.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/13 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/13 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/13 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/13 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 32.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-19-19 at 09:19a by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Progress Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 02-13-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 11:00a |
| **Date of Birth:** | | **Time Out:** | 12:00p |
| **Age:** | 46 | **Certification Period:** | 02-13-19 / 04-09-19 |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

Scheduled appointments during reporting period: 42.00
Completed treatment sessions: 31
Missed treatment sessions: 11

**SUBJECTIVE**:
Lynn Garza, attended for therapy evaluation on 06-15-18 for evaluation of s/p L forearm volar fascia release. The patient has attended 31 treatment sessions since the evaluation.

**Presenting Problems:**
The patient reports today's pain a 5 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**
Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**Other Subjective Comments:**
Patient reports that she was very sore after the 15 minutes of making a fist during the e-stim portion of the session.

**OBJECTIVE:**
**HAND EVALUATION**
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Wrist | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|
| Left AROM | 06-15-18 | | 01-21-19 | 02-13-19 | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

| | | | | | |
|---|---|---|---|---|---|
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 25 / 32 | 67 / 75 | 50 /45 | 54 /50 | Goal = RUE |
| Wrist Pronation (80) / Wrist Supination (80) | 70 / 60 | 85 / 80 | 70 /85 | 74 /85 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 / 15 | 20 / 30 | 14 /25 | 15 /26 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | 11 | 13 |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 3.61 all | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 15.2 | |

Initial wrist crease circumference - 15.0cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

Patient: Lynn Garza, DOB:

**ASSESSMENT:**

Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Compared to last assessment of ROM and strength the patient has made slight improvements. However, significant deficits are evident when compared to non-involved UE, especially with grip strength. Pain reports remain moderate to high, functional limitations remain high per subjective report and due to dominant UE involvement.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Since resuming therapy 3 weeks ago the patient has improved with her tolerance for therapy and has been able to perform activities with more endurance and intensity. ROM of the wrist is slightly improved in all planes and grip is minimally improving.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is fair.

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/13 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/13 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/13 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/13 |

**PLAN:**

The patient's treatment will include Patient Education, Patient Education, Issue Supplies & Adaptive Equipment, Custom Orthosis Fabrication, Custom Orthosis Follow Up, Wound, Scar & Edema Mgmt, Ultrasound, E-Stim Manual, Iontophoresis, Hot / Cold Pack, Paraffin Bath, Fine Motor Coordination/Dexterity, ASTYM/IASTM, Manual Therapy, Joint and Soft Tissue Mobilization, Therapeutic Activities, Therapeutic Exercises, Neuromuscular Re-education and OT Re-Evaluation.

Discharge planning will include: WNL AROM and functional use with independence in HEP. We will develop a home exercise program. The patient will continue therapy 2 times per week for 8 weeks, for an additional 16 visits and a total of 46 visits since start of care.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

associated with this plan of care.
Thank you for your referral. We will keep you updated on this patient's progress.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-13-19 at 03:06p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 02-11-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 11:45a
**Time Out:** 12:45p

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

## SUBJECTIVE:
The patient reports today's pain a 4 out of 10. Patient feels that her fingers continue to have a different color to them than the rest of her hand and forearm. She feels that she can make a tighter fist today but that when she tries to make a fist she is squeezing something that isn't actually there.

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

## OBJECTIVE:

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

Patient: Lynn Garza, DOB:

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Improved ability to make a strong fist with use of e-stim today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 30.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-11-19 at 04:16p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com





PAGE 91/120 * RCVD AT 12/2/2021 11:12:14 AM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034301776 * CSID:FAXAGENT * ANI:13463263177 * DURATION (mm-ss):64-33

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 02-08-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 01:05p
**Time Out:** 02:05p

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient went to see Dr. Endress who did not have any of her records from her surgery. So the appointment was basically rescheduled for 2 weeks from the original. The doctor did acknowledge the difference in temperature in her hands.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**
**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. No significant changes, but patient is able to tolerate full hour of therapy with recent sessions.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com





PAGE 92/120 * RCVD AT 12/2/2021 11:12:14 AM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034301776 * CSID:FAXAGENT * ANI:13463263177 * DURATION (mm-ss):64-33

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 29.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-08-19 at 02:55p by Jason Little OT.

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 02-04-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 12:03p
**Time Out:** 01:03p

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient is feeling that the new version of the compression garment is improved. She will be see Dr. Ryan Endress at KU Med today for another opinion.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim | | | | | Yes | |

Patient: Lynn Garza, DOB:

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient tolerates activities well today and appears to be progressing well with current plan of care. Significant improvement in activity tolerance and performance today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 28.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-04-19 at 04:41p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 02-01-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 01:05p
**Time Out:** 01:57p

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

## SUBJECTIVE:
The patient reports today's pain a 5 out of 10. Patient has noticed that with her current compression garment set up the glove sits directly on the proximal edge of the scar and that is bothersome so she typically only wears her arm sleeve. However, the arm sleeve alone doesn't keep the swelling out of her hand very well.

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

## OBJECTIVE:

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 12 | Yes | |
| e-stim | IFC pain relief estim | | | | | Yes | |

## ASSESSMENT:



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Improving tolerance for pressure/touch along forearm, but improvements are very small and incremental.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 27.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-03-19 at 11:57a by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 01-28-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 12:03p |
| **Date of Birth:** | | **Time Out:** | 12:55p |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 5 out of 10. Patient is concerned with how long it has taken for her to get any sort of improvement out of her arm. Her short term disability case was closed, but she is appealing the ruling based on what she thought was a statement that she hadn't lost any strength in her arm since the surgery. She feels that is inaccurate. She has had a feeling of "tightness" just proximal to the wrist.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 12 | Yes | |
| e-stim | IFC pain relief estim | | | | | Yes | |

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com



LG.LIN.0959

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. After a good day of activity performance last week she has less ability to tolerate PROM and repetitions of activities today due to increased pain. Tolerates e-stim well at very low settings today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 26.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 01-28-19 at 02:56p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 01-25-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 01:20p
**Time Out:** 02:15p

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

## SUBJECTIVE:

The patient reports today's pain a 5 out of 10. Patient states that her arm continues to have significant pain along the scar, she notices that her fingertips are cold most of the time. She does feel that her compression garments continue to be helpful.

**Contraindications:**

1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

## OBJECTIVE:

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 25 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| putty | squeeze and door knob smash | | | | | No | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | | No | |
| texture wands | soft wands only for desensitization | | | | | No | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| Ultrasound | 50% 3MHz along side of scar | | | | | No | |

| Service Based | Comment | Status | Time | Done Today |
|---|---|---|---|---|
| HMP | forearm | Active | 10 | Yes |
| Ice | end of session | Active | 10 | |
| E-Stim (unattended) | pain relief estim left forearm | Active | 12 | |
| OT Re-Evaluation | Re-Eval | Active | 15 | |

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Improved tolerance of activities with improved endurance demonstrated.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 25.

Patient has consented to treatment and understands diagnosis, prognosis and treatment goals associated with this plan of care. Patient is a willing participant in care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 01-25-19 at 07:09p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 01-23-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:00a
**Time Out:** 10:50a

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 5 out of 10. Patient was pretty sore after her last visit but she attributes that to the measurements that we had to take at IE. She feels that the compression garments have been helpful.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 12 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| putty | squeeze and door knob smash | | | | | No | |
| 97140 - Manual Therapy - [TP007] | | | | | 16 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 12 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | | No | |
| texture wands | soft wands only for desensitization | | | | | No | |
| Ultrasound | 50% 3MHz along side of | | | | | No | |

Patient: Lynn Garza, DOB:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| | scar | | | | | | |

| Service Based | Comment | Status | Time | Done Today |
|---|---|---|---|---|
| HMP | forearm | Active | 10 | Yes |
| Ice | end of session | Active | 10 | |
| E-Stim (unattended) | pain relief estim<br>left forearm | Active | 12 | |
| OT Re-Evaluation | Re-Eval | Active | 15 | |

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Minimal complaints during treatment today, complaints of intermittent cold sensations in fingers are few, good activity performance to completion today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 24.

Patient has consented to treatment and understands diagnosis, prognosis and treatment goals associated with this plan of care. Patient is a willing participant in care.

Best regards,

Patient: Lynn Garza, DOB:

Jason Little OT CHT

This document was electronically signed on 01-23-19 at 03:14p by Jason Little OT.

SERC
Physical Therapy

# Re-Evaluation

| | | | |
|---|---|---|---|
| **Date of Visit:** | 01-21-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 10:05a |
| **Date of Birth:** | | **Time Out:** | 10:55a |
| **Age:** | 46 | **Certification Period:** | 01-21-19 / 02-17-19 |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

| | |
|---|---|
| M79.632 | Pain in left forearm |
| M25.632 | Stiffness of left wrist, not elsewhere classified |

| | |
|---|---|
| Scheduled appointments during reporting period: | 33.00 |
| Completed treatment sessions: | 23 |
| Missed treatment sessions: | 10 |

**SUBJECTIVE**:
Lynn Garza, initially presented on 06-15-18 for musculoskeletal evaluation of s/p L forearm volar fascia release. The patient has attended 23 treatment sessions since the evaluation. This patient returns to today for re-evaluation due to progress check.

**Presenting Problems:**
The patient reports today's pain a 5 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**
Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**Other Subjective Comments:**
Patient has returned to see Dr. Nouhan because there hadn't been any change in her symptoms. She has not been working since November and has had an MRI and a lymph study that were both unremarkable. She has been referred to Dr. Endress at KU.

**DASH:**

Tool Score: 66.00



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 601-6638
www.SERCTHERAPY.com

**OBJECTIVE:**
**HAND EVALUATION**
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Wrist Left AROM | Initial 06-15-18 | Goal | Last 10-08-18 | Current 01-21-19 | Comments |
|---|---|---|---|---|---|
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 25 / 32 | 67 / 75 | 48 /55 | 50 /45 | Goal = RUE |
| Wrist Pronation (80) / Wrist Supination (80) | 70 / 60 | 85 / 80 | 78 /78 | 70 /85 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 / 15 | 20 / 30 | 10 /24 | 14 /25 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | 6/55 | 11 |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 3.61 all | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 15.4 | |

Initial wrist crease circumference - 15.0cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 10 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| putty | squeeze and door knob smash | | | | | No | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 5 | Yes | |

Patient: Lynn Garza, DOB:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| towel crawling | across tabletop | | | | | Yes | |
| taping | K-tape on scar | | | | | No | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | | No | |
| texture wands | soft wands only for desensitization | | | | | No | |
| Ultrasound | 50% 3MHz along side of scar | | | | | No | |

| Service Based | Comment | Status | Time | Done Today |
|---|---|---|---|---|
| HMP | forearm | Active | 10 | Yes |
| Ice | end of session | Active | 10 | |
| E-Stim (unattended) | pain relief estim left forearm | Active | 12 | |
| OT Re-Evaluation | Re-Eval | Active | 15 | Yes |

**ASSESSMENT:**
Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Compared to last assessment of ROM and strength the patient has made slight improvements. However, significant deficits are evident when compared to non-involved UE, especially with grip strength. Pain reports remain moderate to high, functional limitations remain high per subjective report and due to dominant UE involvement.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is fair.

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to | Short Term | 4 weeks | Not met | | 1/21 |

Patient: Lynn Garza, DOB:

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| perform dressing | | | | | |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

The patient's treatment will include Patient Education, Patient Education, Issue Supplies & Adaptive Equipment, Custom Orthosis Fabrication, Custom Orthosis Follow Up, Wound, Scar & Edema Mgmt, Ultrasound, E-Stim Manual, Iontophoresis, Hot / Cold Pack, Paraffin Bath, Fine Motor Coordination/Dexterity, ASTYM/IASTM, Manual Therapy, Joint and Soft Tissue Mobilization, Therapeutic Activities, Therapeutic Exercises, Neuromuscular Re-education and OT Re-Evaluation.

Discharge planning will include: WNL AROM and functional use with independence in HEP. We will develop a home exercise program. The patient will continue therapy 2 times per week for 4 weeks, for an additional 8 visits and a total of 30 visits since start of care.

Patient has consented to treatment and understands diagnosis, prognosis and treatment goals associated with this plan of care. Patient is a willing participant in care.

Thank you for your referral. We will keep you updated on this patient's progress.

Best regards,

Jason Little OT CHT

This document was electronically signed on 01-21-19 at 04:06p by Jason Little OT.

# Quality Assurance Report

## Request Information

Report Date: October 22, 2021

**RP ID:** 8189158

Patient Name: GARZA, LYNN

Provider Name: BENCHMARK PHYSICAL THERAPY

## Quality Assurance Information

Scope Requested: **From January 1, 2019 to Present**

Special Request:

REVISED REQUEST Requesting medical records for Lynn Garza. Seen by: SERC Physical Therapy - DR. JASON LITTLE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: ATMAB

LG.LIN.0972

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: October 15, 2021 **RP ID:** 8189152

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

**Patient Information**

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
ATTN: JOANNE / fax# 2134088731 Requesting medical records for Lynn Garza. Seen by:
THE REHABILITATION GROUP - DR. MARC PECHA

**Provider Information**

Provider: THE REHABILITATION GROUP
2701 BABCOCK RD STE A
ATTN: MEDICAL RECORDS
SAN ANTONIO, TX 78229

Phone: (210) 614-3225 Fax: (210) 614-3231

**Electronic Order Data (If Applicable)**

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: THE REHABILITATION GROUP - DR. MARC PECHA
2701 Babcock Rd ste a,

San Antonio, TX 78229
(210) 614-3225

LG.LIN.0973

ReleasePoint

**MARC WHITEHEAD & ASSOCIATES**
P.O. Box 1390 St. Peters, MO 63376

Date: Jul 28, 2021

Patient: GARZA, LYNN

THE REHABILITATION GROUP
2701 BABCOCK RD STE A
ATTN: MEDICAL RECORDS
SAN ANTONIO, TX 78229

DOB:

RP ID: 8189152
Provider Portal: https://portal.releasepoint.com
Access Key: THEREH

**Request for Medical Records**

We are requesting a copy of medical records for your patient listed above. Please see the attached documentation providing authorization for the release of medical information.

**Records Required:** **From January 1, 2021 to July 28, 2021**
**Requesting medical records for Lynn Garza. Seen by: THE REHABILITATION GROUP - DR. MARC PECHA**

**Fee Approval:** Any fees above **$30.00** for records must be approved by the carrier.

**CONTACT US:** To avoid additional calls, faxes, or emails, send status updates or fee requests by:

- **EMAIL to:** **providers@releasepoint.com** with the RP ID above in the subject or
- **FAX to:** **(509) 254-6048**
- **Prepayment of $______ required.** Do you accept Visa? (Circle) YES NO

**SEND RECORDS:** Check one to indicate method records delivery:

___ **EMAIL records to us:** **charts@releasepoint.com** **with RP# in subject line**

✓ **Faxing records: Pages** 5 **Fax:**

****Do not fold, staple or tape records****

___ **Mailing Records:** MARC WHITEHEAD & ASSOCIATES
Legal Services Division c/o ReleasePoint
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ____________________

Thank you for your cooperation,
**Janelle Joy Llena**
Phone: **(213) 349-9450**

LG.LIN.0974

BARCODE RPID: 8189152

The Rehabilitation Group, P.A.

Jose A. Santos, M.D.*
Chaula J. Rana, M.D.*
Marc D. Pecha, M.D.*°°
Jahnavi R. Manocha, M.D.*

*Diplomate
American Board of Physical Medicine and Rehabilitation

°°Diplomate American Board of Electrodiagnostic Medicine

- Physical Medicine & Rehabilitation
- Industrial Medicine
- Sports Medicine
- Spine Care
- Repetitive Motion Disorders
- Impairment Ratings
- Medical Management of
  - Spinal Cord Injury
  - Traumatic Brain Injury
  - Chronic Pain
- Geriatric Rehabilitation
- Electromyography

AANEM Accredited Laboratory
*Exemplary Status*

## Electrodiagnostic Consultation

**Lynn Garza** ( was referred for an electrodiagnostic consultation on Thursday, August 12, 2021.

**Referring Physician:** Ephraim Brenman, M.D.

**Referring Diagnosis:** Bilateral carpal tunnel syndrome

**Focused History:** 49-year-old left-hand dominant female arrives with symptoms of right more so than left hand numbness for the past several months. The numbness primarily involves the thumb, index, and long fingers. She denies any right-sided cervical spine or shoulder pain. She was seen by me in 2019 for an electrodiagnostic study with left upper limb symptoms, and states that she is continuing to have left upper limb symptoms despite a carpal tunnel release procedure earlier in 2019.

The patient has a history of congenital band syndrome and underwent an extensive surgery to the left medial elbow and volar forearm in 2019 which included a carpal tunnel release procedure. On her electrodiagnostic study in November of 2019 she was diagnosed with a left superficial radial neuropathy and mild/moderate left carpal tunnel syndrome.

The patient's symptoms are aggravated/worsened by: when she grasps items as well as when she sleeps, particularly with the right hand
The patient's symptoms are improved/alleviated by: nothing

**Allergies:** NKDA

**Medications:** Hydrocodone, Gabapentin, Levothyroxine, Wellbutrin, Lexapro, Tizanidine, Spironolactone, Metformin, Lantus, Atorvastatin, Zolpidem, Xanax

**Family History:** DM, HTN

**Social History:** No tobacco or ETOH

**Past Medical History:** DM, HLP, hypothyroidism, anxiety, congenital band syndrome, depression, ADD, obesity

**Past Surgical History:** L forearm, spinal cord stimulator, L CTR, Guyon canal release on left, tenolysis x2 (FCR&PL), exploration of median/ulnar nerves on left forearm and wrist, scar revision w/ closure 15cm

**Review of Systems:** Negative: fever, chest pain, abdominal pain, night sweats, nausea/vomiting, diarrhea, skin rash, weight change in the past 2 months and recent falls in the past 2 months.

LC.LIN.0975

**Exam:** Weight: 170 lbs. Height: 5' 2" Pulse: 84 Resp: 17 B/P: 134/78 BMI: 31.09 PHQ-9: 7

**General:** Well developed female in no acute distress.

**Extremities:** No atrophy was noted to either shoulder, arm, forearm, or hand with no thenar or hypothenar muscle atrophy. Tinel's test was negtive to both wrists.

**Skin:** No rash.

**Mental Status:** Patient is alert, mood and affect are stable.

**DTR:** ¼ to bilateral biceps/triceps/and brachioradialis with no asymmetry.

**Motor:** 5/5 bilateral shoulder abductors, external rotators, elbow flexors, elbow extensors, grip, and APB.

**Sensory:** Intact pinprick sensation was noted to both hands, all digits.

**Gait:** Not tested.

**NERVE CONDUCTION STUDY:** Nerve conduction studies were performed using a Cadwell Sierra Ascent EMG machine. The patient's distal extremity temperature was 33.9 degrees Celsius at the right palm and 32.8 degrees Celsius at the left palm. The evoked response sensory amplitudes were measured baseline to peak, evoked motor amplitudes baseline to peak, distal sensory latencies to peak of evoked response, and distal motor latency to the take-off of the response.

There were no limitations to the completion of this study.

(Normal nerve conduction values were obtained from the supplement to the *American Journal of Physical Medicine and Rehabilitation*, volume 78, number 6; November/December 1999 by R. M. Buschbacher, M.D. and from: Establishing high-quality reference values for nerve conduction studies: A report from the normative data task force of the American Association of Neuromuscular & amp; Electrodiagnostic Medicine.)Dillingham T, Chen S, Andry M, Buschbacher R, Del Toro D, Smith B, Zimmermann Y, So Y, *Muscle Nerve*.2016Sep; 54 (3): 366-70. Doi 10.1002/mus.25204).

**Nerve Conduction Studies**
**Motor Left/Right Comparison**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Median Motor (APB)** | | | | | | | | | | | |
| Wrist | 4.7 | 8.8 | 4.1 | 7.0 | 4.5 | 35.7 | Wrist | APB | | | |
| Elbow | 8.1 | 12.2 | 4.1 | 7.7 | 2.9 | 62.3 | Elbow | Wrist | 57.4 | 60.3 | 2.9 |
| **Ulnar Motor (ADM)** | | | | | | | | | | | |
| Wrist | 3.2 | 3.2 | 0.0 | 8.1 | 8.2 | 1.2 | Wrist | ADM | | | |
| B Elbow | 6.3 | 6.2 | 0.1 | 8.6 | 7.2 | 16.3 | B Elbow | Wrist | 53.2 | 53.3 | 0.1 |
| A Elbow | 8.4 | 8.4 | 0.0 | 8.2 | 6.5 | 20.7 | A Elbow | B Elbow | 57.1 | 47.7 | 9.4 |

**Sensory Comparison Left/Right Comparison**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) |
|---|---|---|---|---|---|---|
| **CSI Sensory Comparison (4th / 1st / Wrist) radial SNAP is recordable** | | | | | | |
| Med 4th Wi | 4.4 | 10.0 | 5.6 | 13.9 | 3.4 | 75.5 |

LC.LIN.0976

| | | | | | | |
|---|---|---|---|---|---|---|
| Uln 4th Wr | 3.1 | 3.5 | 0.4 | 18 4 | 6.3 | 65.8 |
| Med 1st Wr | 3.4 | 10.0 | 6.6 | 8.8 | 11.2 | 21.4 |
| Rad 1st Wr | 3.8 | 2.5 | 1.3 | 3.6 | 4.9 | 26.5 |
| Med Palm | 2.7 | | | 16.7 | | |
| Uln Palm | 1.8 | | | 23.7 | | |
| Site 7 | 3.8 | | | 5.7 | | |

## Nerve Conduction Studies

**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Neg Area (1st) (%) | Amp (mV) | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (APB)** | | | | | | | | | | | | | |
| Wrist | | 4.7 | <4.2 | 7.0 | >5 | | 8.3 | Wrist | APB | 4.7 | 8.0 | | |
| Elbow | | 8.1 | | 7.7 | | | 9.5 | Elbow | Wrist | 3.4 | 19.5 | 57.4 | |
| **Right Median Motor (APB)** | | | | | | | | | | | | | |
| Wrist | | 8.8 | <4.2 | 4.5 | >5 | | 5.5 | Wrist | APB | 8.8 | 8.0 | | |
| Elbow | | 12.2 | | 2.9 | | | 3.5 | Elbow | Wrist | 3.4 | 20.5 | 60.3 | |
| **Left Ulnar Motor (ADM)** | | | | | | | | | | | | | |
| Wrist | | 3.2 | <4.2 | 8.1 | >3 | | 10.4 | Wrist | ADM | 3.2 | 8.0 | | |
| B Elbow | | 6.3 | | 8.6 | | | 11.3 | B Elbow | Wrist | 3.1 | 16.5 | 53.2 | |
| A Elbow | | 8.4 | | 8.2 | | | 10.8 | A Elbow | B Elbow | 2.1 | 12.0 | 57.1 | |
| **Right Ulnar Motor (ADM)** | | | | | | | | | | | | | |
| Wrist | | 3.2 | <4.2 | 8.2 | >3 | | 10.1 | Wrist | ADM | 3.2 | 8.0 | | |
| B Elbow | | 6.2 | | 7.2 | | | 9.3 | B Elbow | Wrist | 3.0 | 16.0 | 53.3 | |
| A Elbow | | 8.4 | | 6.5 | | | 8.6 | A Elbow | B Elbow | 2.2 | 10.5 | 47.7 | |

**Sensory Comparison Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Site1 | Site2 | Delta-P (ms) | Norm Delta (ms) |
|---|---|---|---|---|---|---|---|---|
| **Left CSI Sensory Comparison (4th / 1st / Wrist)** radial SNAP is recordable | | | | | | | | |
| Med 4th Wr | | 4.4 | | 13.9 | Med 4th Wr | Uln 4th Wr | 1.3 | <0.4 |
| Uln 4th Wr | | 3.1 | | 18.4 | Med 1st Wr | Rad 1st Wr | 0.4 | <0.4 |
| Med 1st Wr | | 3.4 | | 8 8 | Med Palm | Uln Palm | 0.9 | <0.3 |
| Rad 1st Wr | | 3.8 | | 3.6 | | | | |
| Med Palm | | 2.7 | | 16.7 | | | | |
| Uln Palm | | 1.8 | | 23.7 | | | | |
| Site 7 | | 3.8 | | 5.7 | | | | |
| **Right CSI Sensory Comparison (4th / 1st / Wrist)** | | | | | | | | |
| Med 4th Wr | | 10.0 | | 3.4 | Med 4th Wr | Uln 4th Wr | 6.5 | <0.4 |
| Uln 4th Wr | | 3.5 | | 6.3 | Med 1st Wr | Rad 1st Wr | 7.5 | <0.4 |
| Med 1st Wr | | 10.0 | | 11.2 | | | | |
| Rad 1st Wr | | 2.5 | | 4.9 | | | | |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasc | Amp | Dur | Poly | Recrt | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Ext Digitorum | Radial (Post Int) | C7-8 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | None | Nml | Nml | None | Reduced | |
| Right | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Right | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Right | Ext Digitorum | Radial (Post Int) | C7-8 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Right | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |

LG.LIN.0977

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Right | Abd Poll Brev | Median | C8-T1 | Nml | 1+ | 1+ | None | Nml | Nml | None | Reduced | |

**INTERPRETATION OF ELECTRODIAGNOSTIC FINDINGS:**

1. Prolonged left median distal sensory latency with normal sensory nerve action potential when recording from the ring.
2. Prolonged left median distal sensory latency with normal sensory nerve action potential when recording from the thumb.
3. Prolonged left median sensory latency when performing a mixed median palmar study at the wrist.
4. Normal left ulnar sensory latency when performing a mixed ulnar palmar study at the wrist.
5. Normal left ulnar distal sensory latency and sensory nerve action potential when recording from the ring finger.
6. Prolonged left radial distal sensory latency and normal sensory nerve action potential.
7. Prolonged left median distal motor latency with normal compound motor action potential and nerve conduction velocity.
8. Normal left ulnar distal motor latency, compound motor action potential, and nerve conduction velocity with no slowing across the flexed elbow.
9. Non obtainable right median sensory nerve action potential when recording from the ring finger.
10. Non obtainable right median sensory nerve action potential when recording from the thumb.
11. Normal right ulnar distal sensory latency with borderline reduced sensory nerve action potential.
12. Normal right radial distal sensory latency and sensory nerve action potential.
13. Normal right ulnar distal motor latency, compound motor action potential, and borderline reduced nerve conduction velocity across the flexed elbow.
14. Greatly prolonged right median distal motor latency with normal compound motor action potential and normal nerve conduction velocity.

Abnormal needle EMG examination. Membrane instability in the form of positive sharp waves and fibrillations was obtained to the right APB with reduced recruitment noted to bilateral APB.

**ELECTRODIAGNOSTIC IMPRESSION:** Abnormal, and complicated, electrodiagnostic study.

There is electrodiagnostic evidence of a severe right median neuropathy at the wrist with both axonal and demyelinating features, consistent with severe right carpal tunnel syndrome.

There is electrodiagnostic evidence of a persistent residual left median neuropathy at the wrist, demyelinating in nature, consistent with persistent left carpal tunnel syndrome.

There is electrodiagnostic evidence of a mild right ulnar neuropathy at the elbow, demyelinating in nature, consistent with mild right cubital tunnel syndrome.

There is electrodiagnostic evidence of a healing, mild left superficial radial neuropathy which shows signs of electrodiagnostic improvement since the study performed in 2019.

There is no electrodiagnostic evidence of either a right or left upper limb radiculopathy or brachial plexopathy, and no electrodiagnostic evidence of a focal left ulnar neuropathy at the elbow (i.e. no left cubital tunnel syndrome).

Clinically, the patient presents with right more so than left hand symptoms, consistent with today's significant electrodiagnostic abnormalities. She has carpal tunnel splints and will likely require a right carpal tunnel release procedure in order to provide meaningful relief. Consideration should be given to a re-exploration surgery of the left median nerve at the wrist given her persistent left residual carpal tunnel syndrome.

With regard to her ulnar neuropathy at the right elbow, this is considered mild and she should avoid resting her right elbow on a hard surface. An imaging study of the right elbow should be considered in order to evaluate the integrity of the right ulnar nerve.

The patient was educated with regard to the findings of today's testing and ample time was taken to answer questions with regard the test.

**RECOMMENDATIONS/PLAN:** Return back to Dr. Brenman with the above mentioned recommendations.

Thank you for the electrodiagnostic consultation. If you have any questions, please call (210) 614-3225.

**Marc D. Pecha, M.D.**
Diplomate, American Board of Electrodiagnostic Medicine
V.M.D.

**Waveforms:**




LG.LIN.0979

# Quality Assurance Report

## Request Information

Report Date: October 15, 2021

**RP ID:** 8189152

Patient Name: GARZA, LYNN

Provider Name: THE REHABILITATION GROUP

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to July 28, 2021**

Special Request:

ATTN: JOANNE / fax# 2134088731 Requesting medical records for Lynn Garza. Seen by: THE REHABILITATION GROUP - DR. MARC PECHA

Special Request Included? NO

Secondary Request Confirmed? YES

QC Notes:

***AS PER INSTRUCTION - WE ARE SENDING THE RECORD AS IS.

Chart Reviewed By: ATMAB

LG.LIN.0980

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3840

| | |
|---|---|
| Date: | November 12, 2021 |
| To: | MARC WHITEHEAD<br>MARC WHITEHEAD & ASSOCIATES<br>403 HEIGHTS BLVD<br>HOUSTON TX 77007 |
| Attn: | |
| Fax: | (346) 299-2646 |
| From: | Yasmine Toomasi<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-3840 |
| Total Pages (Including Cover): | 18 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(888) 437-7611and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3840

November 12, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

Lincoln Life Assurance Company of Boston is responsible for managing claims Long Term Disability (LTD) benefits under the Sisters of Charity Leavenworth Group Disability Policy. We are writing regarding Ms. Garza's claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Garza's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on Ms. Garza's appeal.

Please find attached a copy of the medical and vocational reviews, which is new or additional evidence in connection with Ms. Garza's appeal. You may review the medical and vocational reviews, and provide a response to us, which we will consider in making our decision on Ms. Garza's appeal. If we do not receive your response within 21 days of the date of this letter or December 2, 2021 we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by December 2, 2021, we will render a determination based on the information contained in Ms. Garza's file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Ms. Garza's claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Yasmine Toomasi
Appeals Consultant
Phone No.: (888) 437-7611Ext. 16299
Secure Fax No.: (603) 334-3840

Attachments: 8820045-MEDICAL-CORRESPONDENCE-10.28.2021
8820045-VOC-TRANSFERRABLE SKILLS ASSESSMENT-11.11.2021

# Solomon Rojhani, MD

***Board-Certified in Physical Medicine & Rehabilitation***
***Pain medicine***

CLAIMANT NAME: Garza, Lynn
EXAMINER: Solomon Rojhani, MD
ECN #: 165352-2
CLAIM #: 8820045
DATE OF LOSS: 10/10/2018
DATE OF SERVICE: 10/28/2021

**Peer Review**

This is a peer review regarding Garza, Lynn. I have been asked to review the medical records on behalf of ECN. I reviewed records from 06/01/2019 through 09/23/2021 including: Regina Nouhan, MD / General Hand Surgery, extending from 06/01/2018 to 03/26/2019; Overland Park Surgery Center, on 06/15/2018; DVT Assessment, on 06/15/2018; Falls Risk Assessment, on 06/15/2018; Pre-Op Record, on 06/15/2018; History and Physical Exam, on 06/15/2018; Time-Out Checklist, on 06/15/2018; Medication Administration Record, on 06/15/2018; Discharge Instructions, on 06/15/2018; Pacu Record, on 06/15/2018; Dominique Kijurina, MA / Medical Assistant, extending from 06/15/2018 to 11/02/2018; Jason Little, OT / Occupational Therapist, extending from 10/08/2018 to 03/25/2019; Illegible provider name, extending from 10/09/2018 to 04/02/2019; Stacy C. Stevens, MD / Diagnostic Radiology, on 12/21/2018; Ryan Endress, MD / Plastic Surgery, extending from 02/18/2019 to 03/02/2020; Eric Vaughan, MD / Emergency Medicine, on 04/26/2019; Phyllis M. Carozza, PhD / Psychology, on 05/01/2019; Andrea Fisher, OT / Occupational Therapist, extending from 07/15/2019 to 03/29/2021; Referral, extending from 08/01/2019 to 08/27/2019; Ephraim Brenman, DO / Pain Medicine, extending from 09/19/2019 to 07/22/2021; Marc Pecha, MD / Electrodiagnostic Medicine, on 11/11/2019; Sean Connolly, PhD / Psychology, on 12/11/2019; Michael Peck, MD / Vascular Surgery, extending from 01/29/2020 to 04/15/2020; LabCorp, on 07/16/2020; Prabhdeep Grewal, MD / Interventional Pain Medicine, extending from 07/28/2020 to 03/31/2021; Arnold Vardiman, MD / Neurosurgery, extending from 08/14/2020 to 09/24/2020; Alma Garza, FNP-C / Nurse Practitioner, on 10/07/2020; Return to Work or School Certificate, on 11/10/2020; Unknown provider, on 01/06/2021; Cheryl Wright, LPC / Licensed Professional Counselor, extending from 01/27/2021 to 02/10/2021; Anne Clark, MD / Child & Adolescent Psychiatry, extending from 03/04/2021 to 07/27/2021; Prescription, extending from 03/05/2021 to 07/22/2021; Andres Rahal, MD / Musculoskeletal Radiology, on 05/02/2021; Medication List, on 09/23/2021; DME & Bracing Product Agreement & Rx, on 09/23/2021

The claimant is a 49-year-old female with a medical history significant for carpal tunnel syndrome, left upper limb, pain in left hand, cervical spondylosis, s/p posterior decompression at C5-6 and C6-7; s/p left volar forearm fascia release with ulnar nerve

exploration and decompression on 6/1/18, s/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, s/p C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20.

6/1/18, Regina Nouhan, MD / General Hand Surgery: The claimant underwent left volar forearm fascia release with ulnar nerve exploration and decompression.

12/21/18, MRI of the left forearm: unremarkable exam.

2/4/19, X-ray of the left hand: some soft tissue edema, mild first carpometacarpal and triscaphe osteoarthritis.

2/16/19, Ryan Endress, MD / Plastic Surgery: The claimant presented with left forearm and hand pain. She has a history of congenital constriction band of the left lower and upper extremity. She is s/p volar forearm fascial release, and she reports worsening of her pain since that operation with pain and cramping throughout the forearm up into the antecubital fossa as well as down into the hand. On exam, sensation is intact in the median ulnar and radial sensory distributions; all of her extrinsic tendon function is intact, and she does not appear to be tethering to her overlying scar. She can rotator her forearm without difficulty. She has normal elbow range of motion. She is slightly edematous on the left compared to the right forearm. She is quite tender throughout the entire forearm. There is a visible faint depression circumferentially around the distal third of her forearm which she notes was consistent with her amniotic band prior to operation.

3/21/19, Surveillance report: no information regarding the claimant's functionality.

8/2/19, Andrea Fisher, OT / Occupational Therapist: The claimant is s/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19.

8/27/19, Ryan Endress, MD / Plastic Surgery: The claimant continues to complain of constant diffuse pain with occasional spasms. She also complains of swelling. She is wearing compression sleeve. Her range of motion has improved. On exam, there is odd discoloration with hypervascularity adjacent for approximately 2 cm either side; intrinsic function is intact; swelling and motion are markedly improved, as well as digits of her hand. She has paresthesia. The claimant continues to have complex regional pain syndrome type symptoms.

10/3/19, Ephraim Brenman, DO / Pain Medicine: The claimant is seen for neck pain and left arm pain. Exam shows dysesthesias particularly along the scar along the dorsum of her forearm; Spurling's induces medial scapular pain on the left; she has decreased grip strength with pain with resisted pronation and supination because of the scar pain. There is some mild duskiness along the dorsum of the hand as well.

11/11/19, EMG/NCS: left superficial radial neuropathy as well as a mild/moderate left median neuropathy at the wrist, demyelinating in nature, consistent with mild/moderate left carpal tunnel syndrome.

1/92/20, UE venous duplex scan: left: chronic, occlusive deep venous thrombosis seen in the mid brachial vein.

1/29/20, Michael Peck, MD / Vascular Surgery: The claimant presented with arm pain. The onset of the arm pain has been gradual and has been occurring in a persistent pattern for months. She has mild swelling by the elbow and testing shows a focal brachial vein chronic DVT but the remainder of the veins are patent. On exam, she has normal strength and tone in bilateral upper extremities.

4/15/20, Michael Peck, MD / Vascular Surgery: The claimant presented with arm pain. She has mild swelling by the elbow and testing shows a focal brachial vein chronic DVT but the remainder of the veins are patent. On exam, the claimant has normal strength and tone.

8/14/20, Arnold Vardiman, MD / Neurosurgery: The claimant has history of "bands" affecting her left arm and left leg undergoing Z-plasty in her left lower extremity with good results as a child and having multiple left upper extremity surgeries with less success with regard to performance. She has gone on to develop a dull-aching, occasional burning pain in her left arm with a quality of sensitivity to touch, severity of which is increasingly severe and duration over the last many years. Her motor examination reveals multiple motor deficits in her left upper extremity with some loss of muscular bulk, diffuse sensory irregularities. She has diminished motion in her left upper extremity, passive range of motion.

9/24/20, Arnold Vardiman, MD / Neurosurgery: The claimant underwent C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads.

10/7/20, Alma Garza, FNP-C / Nurse Practitioner: The claimant is seen for follow-up. Her surgical incisions are clean, dry, and intact.

11/10/20, Ephraim Brenman, DO / Pain Medicine: The claimant may return to work on 11/10/20 with no use of left arm.

1/6/21, Arnold Vardiman, MD / Neurosurgery: The claimant is s/p cervical epidural stimulator placement and pulse generator on 9/24/20. She notes short of a remarkable progress following her procedure with gradual, but progressive improvement.

3/29/21, Andrea Fisher, OT / Occupational Therapist: The claimant continues to make improvements in therapy. She has full digit passive range of motion and functional wrist flexion with continued restrictions into wrist extension.

5/2/21, MRI of the cervical spine: post-surgical changes posterior decompression at C5-6 and C6-7 with no complications; multilevel spondylosis most prominent at C5-6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-6; C5-6 mild central canal stenosis with mild flattening but no compression or signal change of the spinal cord, mild left neural foraminal stenosis; C6-7 mild central canal stenosis with no compression or signal change of the spinal cord.

7/22/21, Ephraim Brenman, DO / Pain Medicine: The claimant is seen for follow-up. She reports that she was not a candidate for intrathecal pump. She complains of neuropathic pain in her left upper limb, and she is getting worsening numbness and tingling in the middle 3 fingers on the right upper limb. Exam shows positive Tinel's at right wrist, negative on the left with dysesthesias with sympathetic symptoms in the left arm in the medial nerve distribution.

**DIAGNOSES:**

Carpal tunnel syndrome, left upper limb, pain in left hand, cervical spondylosis, s/p posterior decompression at C5-6 and C6-7; s/p left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, s/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, s/p C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20.

**CALL ATTEMPTS:**

[10/19/2021 at 09:27] Phone call to Dr. Brennan and Dr. Grewal. Unable to leave a message due to number provided being incorrect. Contact number used for outreach: 512-596-0292

[10/20/2021 at 11:40] Phone call to Dr. Brennan & Dr. Grewal. Unable to leave a message due to hold times exceeding ten minutes with no option to leave a voicemail. Contact number used for outreach: 512-596-0292

[10/21/2021 at 14:13] Phone call to Dr. Brenna & Dr. Grewal. Unable to leave a message due to there not being a treating provider at this location by the names provided for this claimant. Contact number used for outreach: 512-596-0292

[10/22/2021 at 10:45] Phone call to Dr. Brennan & Dr. Grewal. Left a message at Beaumont Endocrine Center on the general office line. Contact number used for outreach: 512-596-0292

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Carpal tunnel syndrome, left upper limb (G56.02)
Pain in left hand (M79.642)
Cervical spondylosis (M47.812)
S/p posterior decompression at C5-6 and C6-7
S/p left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18
S/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19
S/p C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 04/08/2021 to - the present, and comment on the expected duration.

Yes. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant has impairments that translate into restrictions and limitations from 04/08/2021 to - the present.

The claimant is a 49-year-old female with a medical history significant for carpal tunnel syndrome, left upper limb, pain in left hand, cervical spondylosis, s/p posterior decompression at C5-6 and C6-7; s/p left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, s/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, s/p C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20.

Interval history shows that the claimant has been experiencing chronic pain in her left forearm and hand. She has a history of congenital constriction band of the left lower and upper extremity. She has undergone left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, and she reports worsening of her pain since that operation with pain and cramping throughout the forearm up into the antecubital

fossa as well as down into the hand. On 2/16/19, she presented with left forearm and hand pain. On exam, she was slightly edematous on the left compared to the right forearm. She was quite tender throughout the entire forearm. There was a visible faint depression circumferentially around the distal third of her forearm which she notes was consistent with her amniotic band prior to operation. On 4/15/19, the claimant underwent left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level. Post-operatively, the claimant continued to complain of constant diffuse pain with occasional spasms. Physical exam from 8/27/19 revealed odd discoloration with hypervascularity adjacent for approximately 2 cm either side; intrinsic function is intact; swelling and motion were markedly improved, as well as digits of her hand. She has paresthesia. On 10/3/19, the claimant presented with neck pain and left arm pain. Exam shows dysesthesias particularly along the scar along the dorsum of her forearm; Spurling's induces medial scapular pain on the left; she had decreased grip strength with pain with resisted pronation and supination because of the scar pain. There was some mild duskiness along the dorsum of the hand as well. EMG/NCS from 11/11/19 revealed left superficial radial neuropathy as well as a mild/moderate left median neuropathy at the wrist, demyelinating in nature, consistent with mild/moderate left carpal tunnel syndrome. On 8/14/20, Dr. Vardiman noted that the claimant has history of "bands" affecting her left arm and left leg undergoing Z-plasty in her left lower extremity with good results as a child and having multiple left upper extremity surgeries with less success with regard to performance. Her motor examination revealed multiple motor deficits in her left upper extremity with some loss of muscular bulk, diffuse sensory irregularities. She has diminished motion in her left upper extremity, passive range of motion. On 9/24/20, the claimant underwent C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads. Post-operatively, the claimant noted short of a remarkable progress following her procedure with gradual, but progressive improvement. MRI of the cervical spine from 5/2/21 revealed post-surgical changes posterior decompression at C5-6 and C6-7 with no complications; multilevel spondylosis most prominent at C5-6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-6; C5-6 mild central canal stenosis with mild flattening but no compression or signal change of the spinal cord, mild left neural foraminal stenosis; C6-7 mild central canal stenosis with no compression or signal change of the spinal cord.

Based on the information provided, the claimant has a history of left arm and leg congenital amniotic band syndrome, which required Z-plasty in her left lower extremity with good results as a child and having multiple left upper extremity surgeries with less success with regard to performance, including left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, and C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20. The claimant was also found to have degenerative changes in her cervical spine, with a prior history of posterior decompression at C5-6 and C6-7.

Given the claimant's persistent pain symptoms involving her left forearm/hand and neck along with reduced range of motion, altered sensation, and decreased grip strength, the claimant is physically impaired. Therefore, the claimant requires restrictions and limitations as outlined below:

Sitting: Unrestricted
Standing: Unrestricted
Walking: Unrestricted
Lifting: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
Carrying: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
Pushing: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
Pulling: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
Climbing stairs: Unrestricted
Balancing: Unrestricted
Stooping: Unrestricted
Kneeling: Unrestricted
Crouching: Unrestricted
Crawling: Never
Reaching: Occasionally, all levels LUE; Occasionally, overhead and below waist levels RUE; Unrestricted, to desk level RUE
Using lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 04/08/2021 to - the present, with re-assessment on or around 4/8/2022.

The claimant's abilities are sustainable on a full-time basis.

**4. Do medical records support any R&L's that were recommended by treating providers for the timeframes in question?**

N/A.

There are no available medical records indicating any R&L's that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g., , workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**7. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

The claimant's abilities are sustainable on a full-time basis with the restrictions and limitations listed above.

**8. If your conclusion(s) is/are different from the conclusions in the review memo of 02/19/2021 by Dr. Mccray. please explain the medical rationale and evidence used in your coming to the different conclusion(s).**

On 2/19/21, Dr. McCrary indicated that the claimant should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. I agree with Dr. McCrary's recommendations as the claimant should be able to lift/carry and push/pull up to 10 lbs. frequently, up to 20 lbs. occasionally.

**9. Please review the claimant's medications. Outline what side effects, if any, the claimant experiences from these and medications and would they interfere with the claimant's ability to function?**

The medical records do not support any medication side effects.

**10. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant`s pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

Yes, the severity and scope of the claimant's reported pain are consistent with the severity and scope of the claimant's medical conditions and intensity of treatment. The claimant has been experiencing chronic pain in her left forearm/hand and neck along with reduced range of motion, altered sensation, and decreased grip strength. On 10/3/19, exam showed dysesthesias particularly along the scar along the dorsum of her forearm; Spurling's induces medial scapular pain on the left; she had decreased grip strength with pain with resisted pronation and supination because of the scar pain. There was some mild duskiness along the dorsum of the hand as well.

Sincerely,

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

ECN

Corporate Office
[illegible]
[illegible]
Toll Free: [illegible]
Local: [illegible]
Fax: [illegible]

Exam Coordinators Network A division of Genex Services, LLC
E-mail: [illegible] • Web: [illegible]

Claimant Name: Lynn Garza
Claim Number: 8820045
Case Number: 165352-2

"I, Solomon Rojhani, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

10/28/2021

Signature of Physician — Date
Medical/Professional License # A145712

**Vocational Memorandum**

**From:** Lori Ashworth, M.Ed., CRC **Date:** 11/11/2021

**To:** Yasmine Toomasi

**Claim#:** 8820045
**Claimant:** Lynn Garza
**Date of Birth:**
**Date of Disability:** 10/10/2018

## Vocational Assessment:

VCM received this file for a TSA update to one previously performed by Jason Miller, Ed.M., CRC on 2/9/2021. Please see this TSA report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. By way of summary, EE is a 49-year-old Nurse Practitioner with a Masters Degree as well as a Bachelor's Degree in Nursing and Licensed American Academy of Nurse Practitioners. EE indicated computer skills include email and internet. The following work history: EE was a Nurse Practitioner for 4 years. As noted in the TSA by Jason Miller, Ed.M., "It is presumed the Insured work or, at the very least, has entry-level nursing experience prior to her Nurse Practitioner experience, especially in light of her BSN. Therefore, this occupation was included to obtain skills from it for transferability." No additional resume or background work history has been added since the original TSA was completed and this VCM is in agreement that it is reasonable to include the tasks and duty of a general duty nurse to capture the EE full transferability. Alternative occupations identified within the TSA included: Director, Nurses' Registry, Cardiac Monitor Technician, Holter Scanning Technician, Admitting Officer, Nurse Case Manager, Telephonic Triage Nurse, Telephonic Advice Nurse, Utilization Review Nurse. Also reviewed was the Occupational Analysis completed by Jessica Dougherty, MS, CRC dated 3/27/2019.

I have been asked to utilize restrictions and limitations from Peer Review by Solomon Rojhani, MD dated 10/28/2021. Restrictions and limitations include:

- Sitting: Unrestricted
- Standing: Unrestricted
- Walking: Unrestricted
- Lifting: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
- Carrying: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
- Pushing: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
- Pulling: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
- Climbing stairs: Unrestricted

- Balancing: Unrestricted
- Stooping: Unrestricted
- Kneeling: Unrestricted
- Crouching: Unrestricted
- Crawling: Never
- Reaching: Occasionally, all levels LUE; Occasionally, overhead and below waist levels RUE; Unrestricted, to desk level RUE
- Using lower extremities for foot controls: Unrestricted BLE
- Fine manipulation: Occasionally LUE; Unrestricted RUE
- Simple and firm grasping: Occasionally LUE; Unrestricted RUE
- No climbing ladders
- No operating heavy machinery

Important to note is the fact that the EE is left hand dominant.

Based on these updated capacities, the previously identified occupations of Director, Nurses' Registry ($6541/month), Cardiac Monitor Technician ($4924/month). Wage data has been updated based on median 2020 national data from the Bureau of Labor Statistics.

Holter Scanning Technician has been precluded due to the requirement of frequent reaching in all planes, frequent handling and fingering whereas the EE can only perform these occasional with left dominant extremity. Admitting Officer has been precluded due to the requirement of frequent fingering whereas the EE is restricted to occasional fingering. Nurse Case Manager, Telephonic Triage Nurse, Telephonic Advice Nurse and Utilization Review Nurse have each been precluded given the need for frequent fingering/keyboarding exceeding the restriction of occasional.

This memorandum will serve in lieu of a formal written report given no change from the prior review.

Lori Ashworth, M.Ed., CRC
Certified Rehabilitation Counselor
Vocational Case Manager
SDN: 732-6302
Group Protection
Lincoln Financial Group

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CW | Uses CW | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 075.264-010 | Nurse Practitioner | 8 | 4 | 0 | Y | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | unknown | unknown | Y | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | No Change |
| Balancing | | Never | Constantly |
| Stooping | | Occasionally | Constantly |
| Kneeling | | Never | Constantly |
| Crouching | | Never | Constantly |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Occasionally |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Frequently | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | Yes |
| 1 Coordinating | No | Yes |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | Yes |
| 2 Instructing | No | Yes |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

**Vocational Memorandum**

**From:** Lori Ashworth, M.Ed., CRC **Date:** 11/11/2021

**To:** Yasmine Toomasi

| | |
|---|---|
| **Claim#:** | 8820045 |
| **Claimant:** | Lynn Garza |
| **Date of Birth:** | |
| **Date of Disability:** | 10/10/2018 |

## Vocational Assessment:

VCM received this file for a TSA update to one previously performed by Jason Miller, Ed.M., CRC on 2/9/2021. Please see this TSA report for complete details regarding demographics, capacities utilized, education, work history, transferable skills and alternative occupations with accompanying wages. By way of summary, EE is a 49-year-old Nurse Practitioner with a Masters Degree as well as a Bachelor's Degree in Nursing and Licensed American Academy of Nurse Practitioners. EE indicated computer skills include email and internet. The following work history: EE was a Nurse Practitioner for 4 years. As noted in the TSA by Jason Miller, Ed.M., "It is presumed the Insured work or, at the very least, has entry-level nursing experience prior to her Nurse Practitioner experience, especially in light of her BSN. Therefore, this occupation was included to obtain skills from it for transferability." No additional resume or background work history has been added since the original TSA was completed and this VCM is in agreement that it is reasonable to include the tasks and duty of a general duty nurse to capture the EE full transferability. Alternative occupations identified within the TSA included: Director, Nurses' Registry, Cardiac Monitor Technician, Holter Scanning Technician, Admitting Officer, Nurse Case Manager, Telephonic Triage Nurse, Telephonic Advice Nurse, Utilization Review Nurse. Also reviewed was the Occupational Analysis completed by Jessica Dougherty, MS, CRC dated 3/27/2019.

I have been asked to utilize restrictions and limitations from Peer Review by Solomon Rojhani, MD dated 10/28/2021. Restrictions and limitations include:

- Sitting: Unrestricted
- Standing: Unrestricted
- Walking: Unrestricted
- Lifting: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
- Carrying: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
- Pushing: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
- Pulling: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
- Climbing stairs: Unrestricted

- Balancing: Unrestricted
- Stooping: Unrestricted
- Kneeling: Unrestricted
- Crouching: Unrestricted
- Crawling: Never
- Reaching: Occasionally, all levels LUE; Occasionally, overhead and below waist levels RUE; Unrestricted, to desk level RUE
- Using lower extremities for foot controls: Unrestricted BLE
- Fine manipulation: Occasionally LUE; Unrestricted RUE
- Simple and firm grasping: Occasionally LUE; Unrestricted RUE
- No climbing ladders
- No operating heavy machinery

Important to note is the fact that the EE is left hand dominant.

Based on these updated capacities, the previously identified occupations of Director, Nurses' Registry ($6541/month), Cardiac Monitor Technician ($4924/month). Wage data has been updated based on median 2020 national data from the Bureau of Labor Statistics.

Holter Scanning Technician has been precluded due to the requirement of frequent reaching in all planes, frequent handling and fingering whereas the EE can only perform these occasional with left dominant extremity. Admitting Officer has been precluded due to the requirement of frequent fingering whereas the EE is restricted to occasional fingering. Nurse Case Manager, Telephonic Triage Nurse, Telephonic Advice Nurse and Utilization Review Nurse have each been precluded given the need for frequent fingering/keyboarding exceeding the restriction of occasional.

This memorandum will serve in lieu of a formal written report given no change from the prior review.

Lori Ashworth, M.Ed., CRC
Certified Rehabilitation Counselor
Vocational Case Manager
SDN: 732-6302
Group Protection
Lincoln Financial Group

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CW | Uses CW | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 075.264-010 | Nurse Practitioner | 8 | 4 | 0 | Y | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | unknown | unknown | Y | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | No Change |
| Balancing | | Never | Constantly |
| Stooping | | Occasionally | Constantly |
| Kneeling | | Never | Constantly |
| Crouching | | Never | Constantly |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Occasionally |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Frequently | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

| | | |
|---|---|---|
| **DOT Aptitudes** | | |
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |
| **Work Situations (Temperaments)** | | |
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |
| **Work Functions - Data** | | |
| 0 Synthesizing | No | Yes |
| 1 Coordinating | No | Yes |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |
| **Work Functions - People** | | |
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | Yes |
| 2 Instructing | No | Yes |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |
| **Work Functions - Things** | | |
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [ ] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Yasmine Toomasi DATE: Tuesday, November 2, 2021

## CLAIM BACKGROUND

Claimant Name: LYNN GARZA Claim Number: 8820045

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: SISTERS OF CHARITY LEAVENWORTH

Change In DEF. Date: 04/07/2021

Pre-Disability Earnings: $8,358.13 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☑ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

TSA needed base don 10/28/2021 PM&R/pain review. Monthly ben 5014.88

DP 512

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3840

| | |
|---|---|
| Date: | November 2, 2021 |
| To: | MARC WHITEHEAD<br>MARC WHITEHEAD & ASSOCIATES<br>403 HEIGHTS BLVD<br>HOUSTON TX 77007 |
| Attn: | |
| Fax: | (346) 299-2646 |
| From: | Yasmine Toomasi<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-3840 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3840

November 2, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity Leavenworth Group Disability Policy. We are writing in reference to Ms. Garza's claim for LTD benefits under the Policy.

We are in the process of reviewing Ms. Garza's appeal. To assist us in evaluating her eligibility for benefits we have referred Ms. Garza's file for a vocational review and assessment by a Vocational Consultant.

We anticipate a response from the reviewing Vocational Consultant no later than December 1, 2021. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of Ms. Garza's appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Garza's eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

If you have any questions regarding this matter, please contact me.

Sincerely,

Yasmine Toomasi
Appeals Consultant
Phone No.: (888) 437-7611Ext. 16299
Secure Fax No.: (603) 334-3840

# Solomon Rojhani, MD

***Board-Certified in Physical Medicine & Rehabilitation***
***Pain medicine***

CLAIMANT NAME: Garza, Lynn
EXAMINER: Solomon Rojhani, MD
ECN #: 165352-2
CLAIM #: 8820045
DATE OF LOSS: 10/10/2018
DATE OF SERVICE: 10/28/2021

**Peer Review**

This is a peer review regarding Garza, Lynn. I have been asked to review the medical records on behalf of ECN. I reviewed records from 06/01/2019 through 09/23/2021 including: Regina Nouhan, MD / General Hand Surgery, extending from 06/01/2018 to 03/26/2019; Overland Park Surgery Center, on 06/15/2018; DVT Assessment, on 06/15/2018; Falls Risk Assessment, on 06/15/2018; Pre-Op Record, on 06/15/2018; History and Physical Exam, on 06/15/2018; Time-Out Checklist, on 06/15/2018; Medication Administration Record, on 06/15/2018; Discharge Instructions, on 06/15/2018; Pacu Record, on 06/15/2018; Dominique Kijurina, MA / Medical Assistant, extending from 06/15/2018 to 11/02/2018; Jason Little, OT / Occupational Therapist, extending from 10/08/2018 to 03/25/2019; Illegible provider name, extending from 10/09/2018 to 04/02/2019; Stacy C. Stevens, MD / Diagnostic Radiology, on 12/21/2018; Ryan Endress, MD / Plastic Surgery, extending from 02/18/2019 to 03/02/2020; Eric Vaughan, MD / Emergency Medicine, on 04/26/2019; Phyllis M. Carozza, PhD / Psychology, on 05/01/2019; Andrea Fisher, OT / Occupational Therapist, extending from 07/15/2019 to 03/29/2021; Referral, extending from 08/01/2019 to 08/27/2019; Ephraim Brenman, DO / Pain Medicine, extending from 09/19/2019 to 07/22/2021; Marc Pecha, MD / Electrodiagnostic Medicine, on 11/11/2019; Sean Connolly, PhD / Psychology, on 12/11/2019; Michael Peck, MD / Vascular Surgery, extending from 01/29/2020 to 04/15/2020; LabCorp, on 07/16/2020; Prabhdeep Grewal, MD / Interventional Pain Medicine, extending from 07/28/2020 to 03/31/2021; Arnold Vardiman, MD / Neurosurgery, extending from 08/14/2020 to 09/24/2020; Alma Garza, FNP-C / Nurse Practitioner, on 10/07/2020; Return to Work or School Certificate, on 11/10/2020; Unknown provider, on 01/06/2021; Cheryl Wright, LPC / Licensed Professional Counselor, extending from 01/27/2021 to 02/10/2021; Anne Clark, MD / Child & Adolescent Psychiatry, extending from 03/04/2021 to 07/27/2021; Prescription, extending from 03/05/2021 to 07/22/2021; Andres Rahal, MD / Musculoskeletal Radiology, on 05/02/2021; Medication List, on 09/23/2021; DME & Bracing Product Agreement & Rx, on 09/23/2021

The claimant is a 49-year-old female with a medical history significant for carpal tunnel syndrome, left upper limb, pain in left hand, cervical spondylosis, s/p posterior decompression at C5-6 and C6-7; s/p left volar forearm fascia release with ulnar nerve

exploration and decompression on 6/1/18, s/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, s/p C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20.

6/1/18, Regina Nouhan, MD / General Hand Surgery: The claimant underwent left volar forearm fascia release with ulnar nerve exploration and decompression.

12/21/18, MRI of the left forearm: unremarkable exam.

2/4/19, X-ray of the left hand: some soft tissue edema, mild first carpometacarpal and triscaphe osteoarthritis.

2/16/19, Ryan Endress, MD / Plastic Surgery: The claimant presented with left forearm and hand pain. She has a history of congenital constriction band of the left lower and upper extremity. She is s/p volar forearm fascial release, and she reports worsening of her pain since that operation with pain and cramping throughout the forearm up into the antecubital fossa as well as down into the hand. On exam, sensation is intact in the median ulnar and radial sensory distributions; all of her extrinsic tendon function is intact, and she does not appear to be tethering to her overlying scar. She can rotator her forearm without difficulty. She has normal elbow range of motion. She is slightly edematous on the left compared to the right forearm. She is quite tender throughout the entire forearm. There is a visible faint depression circumferentially around the distal third of her forearm which she notes was consistent with her amniotic band prior to operation.

3/21/19, Surveillance report: no information regarding the claimant's functionality.

8/2/19, Andrea Fisher, OT / Occupational Therapist: The claimant is s/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19.

8/27/19, Ryan Endress, MD / Plastic Surgery: The claimant continues to complain of constant diffuse pain with occasional spasms. She also complains of swelling. She is wearing compression sleeve. Her range of motion has improved. On exam, there is odd discoloration with hypervascularity adjacent for approximately 2 cm either side; intrinsic function is intact; swelling and motion are markedly improved, as well as digits of her hand. She has paresthesia. The claimant continues to have complex regional pain syndrome type symptoms.

10/3/19, Ephraim Brenman, DO / Pain Medicine: The claimant is seen for neck pain and left arm pain. Exam shows dysesthesias particularly along the scar along the dorsum of her forearm; Spurling's induces medial scapular pain on the left; she has decreased grip strength with pain with resisted pronation and supination because of the scar pain. There is some mild duskiness along the dorsum of the hand as well.

11/11/19, EMG/NCS: left superficial radial neuropathy as well as a mild/moderate left median neuropathy at the wrist, demyelinating in nature, consistent with mild/moderate left carpal tunnel syndrome.

1/92/20, UE venous duplex scan: left: chronic, occlusive deep venous thrombosis seen in the mid brachial vein.

1/29/20, Michael Peck, MD / Vascular Surgery: The claimant presented with arm pain. The onset of the arm pain has been gradual and has been occurring in a persistent pattern for months. She has mild swelling by the elbow and testing shows a focal brachial vein chronic DVT but the remainder of the veins are patent. On exam, she has normal strength and tone in bilateral upper extremities.

4/15/20, Michael Peck, MD / Vascular Surgery: The claimant presented with arm pain. She has mild swelling by the elbow and testing shows a focal brachial vein chronic DVT but the remainder of the veins are patent. On exam, the claimant has normal strength and tone.

8/14/20, Arnold Vardiman, MD / Neurosurgery: The claimant has history of "bands" affecting her left arm and left leg undergoing Z-plasty in her left lower extremity with good results as a child and having multiple left upper extremity surgeries with less success with regard to performance. She has gone on to develop a dull-aching, occasional burning pain in her left arm with a quality of sensitivity to touch, severity of which is increasingly severe and duration over the last many years. Her motor examination reveals multiple motor deficits in her left upper extremity with some loss of muscular bulk, diffuse sensory irregularities. She has diminished motion in her left upper extremity, passive range of motion.

9/24/20, Arnold Vardiman, MD / Neurosurgery: The claimant underwent C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads.

10/7/20, Alma Garza, FNP-C / Nurse Practitioner: The claimant is seen for follow-up. Her surgical incisions are clean, dry, and intact.

11/10/20, Ephraim Brenman, DO / Pain Medicine: The claimant may return to work on 11/10/20 with no use of left arm.

1/6/21, Arnold Vardiman, MD / Neurosurgery: The claimant is s/p cervical epidural stimulator placement and pulse generator on 9/24/20. She notes short of a remarkable progress following her procedure with gradual, but progressive improvement.

3/29/21, Andrea Fisher, OT / Occupational Therapist: The claimant continues to make improvements in therapy. She has full digit passive range of motion and functional wrist flexion with continued restrictions into wrist extension.

5/2/21, MRI of the cervical spine: post-surgical changes posterior decompression at C5-6 and C6-7 with no complications; multilevel spondylosis most prominent at C5-6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-6; C5-6 mild central canal stenosis with mild flattening but no compression or signal change of the spinal cord, mild left neural foraminal stenosis; C6-7 mild central canal stenosis with no compression or signal change of the spinal cord.

7/22/21, Ephraim Brenman, DO / Pain Medicine: The claimant is seen for follow-up. She reports that she was not a candidate for intrathecal pump. She complains of neuropathic pain in her left upper limb, and she is getting worsening numbness and tingling in the middle 3 fingers on the right upper limb. Exam shows positive Tinel's at right wrist, negative on the left with dysesthesias with sympathetic symptoms in the left arm in the medial nerve distribution.

**DIAGNOSES:**

Carpal tunnel syndrome, left upper limb, pain in left hand, cervical spondylosis, s/p posterior decompression at C5-6 and C6-7; s/p left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, s/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, s/p C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20.

**CALL ATTEMPTS:**

[10/19/2021 at 09:27] Phone call to Dr. Brennan and Dr. Grewal. Unable to leave a message due to number provided being incorrect. Contact number used for outreach: 512-596-0292

[10/20/2021 at 11:40] Phone call to Dr. Brennan & Dr. Grewal. Unable to leave a message due to hold times exceeding ten minutes with no option to leave a voicemail. Contact number used for outreach: 512-596-0292

[10/21/2021 at 14:13] Phone call to Dr. Brenna & Dr. Grewal. Unable to leave a message due to there not being a treating provider at this location by the names provided for this claimant. Contact number used for outreach: 512-596-0292

[10/22/2021 at 10:45] Phone call to Dr. Brennan & Dr. Grewal. Left a message at Beaumont Endocrine Center on the general office line. Contact number used for outreach: 512-596-0292

**RESPONSE TO QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Carpal tunnel syndrome, left upper limb (G56.02)
Pain in left hand (M79.642)
Cervical spondylosis (M47.812)
S/p posterior decompression at C5-6 and C6-7
S/p left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18
S/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19
S/p C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

3. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 04/08/2021 to - the present, and comment on the expected duration.

Yes. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, the claimant has impairments that translate into restrictions and limitations from 04/08/2021 to - the present.

The claimant is a 49-year-old female with a medical history significant for carpal tunnel syndrome, left upper limb, pain in left hand, cervical spondylosis, s/p posterior decompression at C5-6 and C6-7; s/p left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, s/p left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, s/p C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20.

Interval history shows that the claimant has been experiencing chronic pain in her left forearm and hand. She has a history of congenital constriction band of the left lower and upper extremity. She has undergone left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, and she reports worsening of her pain since that operation with pain and cramping throughout the forearm up into the antecubital

fossa as well as down into the hand. On 2/16/19, she presented with left forearm and hand pain. On exam, she was slightly edematous on the left compared to the right forearm. She was quite tender throughout the entire forearm. There was a visible faint depression circumferentially around the distal third of her forearm which she notes was consistent with her amniotic band prior to operation. On 4/15/19, the claimant underwent left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level. Post-operatively, the claimant continued to complain of constant diffuse pain with occasional spasms. Physical exam from 8/27/19 revealed odd discoloration with hypervascularity adjacent for approximately 2 cm either side; intrinsic function is intact; swelling and motion were markedly improved, as well as digits of her hand. She has paresthesia. On 10/3/19, the claimant presented with neck pain and left arm pain. Exam shows dysesthesias particularly along the scar along the dorsum of her forearm; Spurling's induces medial scapular pain on the left; she had decreased grip strength with pain with resisted pronation and supination because of the scar pain. There was some mild duskiness along the dorsum of the hand as well. EMG/NCS from 11/11/19 revealed left superficial radial neuropathy as well as a mild/moderate left median neuropathy at the wrist, demyelinating in nature, consistent with mild/moderate left carpal tunnel syndrome. On 8/14/20, Dr. Vardiman noted that the claimant has history of "bands" affecting her left arm and left leg undergoing Z-plasty in her left lower extremity with good results as a child and having multiple left upper extremity surgeries with less success with regard to performance. Her motor examination revealed multiple motor deficits in her left upper extremity with some loss of muscular bulk, diffuse sensory irregularities. She has diminished motion in her left upper extremity, passive range of motion. On 9/24/20, the claimant underwent C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads. Post-operatively, the claimant noted short of a remarkable progress following her procedure with gradual, but progressive improvement. MRI of the cervical spine from 5/2/21 revealed post-surgical changes posterior decompression at C5-6 and C6-7 with no complications; multilevel spondylosis most prominent at C5-6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-6; C5-6 mild central canal stenosis with mild flattening but no compression or signal change of the spinal cord, mild left neural foraminal stenosis; C6-7 mild central canal stenosis with no compression or signal change of the spinal cord.

Based on the information provided, the claimant has a history of left arm and leg congenital amniotic band syndrome, which required Z-plasty in her left lower extremity with good results as a child and having multiple left upper extremity surgeries with less success with regard to performance, including left volar forearm fascia release with ulnar nerve exploration and decompression on 6/1/18, left carpal tunnel release, Guyon canal release, tenolysis x2 (FCR and PL), scar revision with intermediate closure, and exploration of median and ulnar nerves at forearm/wrist level on 4/15/19, and C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy, placement of cervical epidural stimulator leads on 9/24/20. The claimant was also found to have degenerative changes in her cervical spine, with a prior history of posterior decompression at C5-6 and C6-7.

Given the claimant's persistent pain symptoms involving her left forearm/hand and neck along with reduced range of motion, altered sensation, and decreased grip strength, the claimant is physically impaired. Therefore, the claimant requires restrictions and limitations as outlined below:

Sitting: Unrestricted
Standing: Unrestricted
Walking: Unrestricted
Lifting: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
Carrying: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
Pushing: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
Pulling: Frequently up to 10 lbs. BUE; Occasionally up to 20 lbs. BUE
Climbing stairs: Unrestricted
Balancing: Unrestricted
Stooping: Unrestricted
Kneeling: Unrestricted
Crouching: Unrestricted
Crawling: Never
Reaching: Occasionally, all levels LUE; Occasionally, overhead and below waist levels RUE; Unrestricted, to desk level RUE
Using lower extremities for foot controls: Unrestricted BLE
Fine manipulation: Occasionally LUE; Unrestricted RUE
Simple and firm grasping: Occasionally LUE; Unrestricted RUE
No climbing ladders
No operating heavy machinery

The above recommended restrictions and limitations are indicated from 04/08/2021 to - the present, with re-assessment on or around 4/8/2022.

The claimant's abilities are sustainable on a full-time basis.

**4. Do medical records support any R&L's that were recommended by treating providers for the timeframes in question?**

N/A.

There are no available medical records indicating any R&L's that were recommended by treating providers for the timeframes in question.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work.

**7. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

The claimant's abilities are sustainable on a full-time basis with the restrictions and limitations listed above.

**8. If your conclusion(s) is/are different from the conclusions in the review memo of 02/19/2021 by Dr. Mccray. please explain the medical rationale and evidence used in your coming to the different conclusion(s).**

On 2/19/21, Dr. McCrary indicated that the claimant should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. I agree with Dr. McCrary's recommendations as the claimant should be able to lift/carry and push/pull up to 10 lbs. frequently, up to 20 lbs. occasionally.

**9. Please review the claimant's medications. Outline what side effects, if any, the claimant experiences from these and medications and would they interfere with the claimant's ability to function?**

The medical records do not support any medication side effects.

**10. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does the claimant`s pain complaints impact sustained work capacity? Please provide medical evidence to support your answer.**

Yes, the severity and scope of the claimant's reported pain are consistent with the severity and scope of the claimant's medical conditions and intensity of treatment. The claimant has been experiencing chronic pain in her left forearm/hand and neck along with reduced range of motion, altered sensation, and decreased grip strength. On 10/3/19, exam showed dysesthesias particularly along the scar along the dorsum of her forearm; Spurling's induces medial scapular pain on the left; she had decreased grip strength with pain with resisted pronation and supination because of the scar pain. There was some mild duskiness along the dorsum of the hand as well.

Sincerely,

Solomon Rojhani, M.D.
Physical Medicine & Rehabilitation
Interventional Pain & Spine Medicine
Medical License A145712

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Lynn Garza
Claim Number: 8820045
Case Number: 165352-2

"I, Solomon Rojhani, MD, am a physician duly licensed to practice medicine in the State of CA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] 10/28/2021

______________________________________________

Signature of Physician Date
Medical/Professional License # A145712

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Thu, 28 Oct 2021 15:37:19 +0000
**To:**VendorReferrals
**Subject:**L. Garza Claim #8820045
**Attachments:**Peer Review_6702245BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Peer Review and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**

ACCREDITED
Independent
Medical
Examinations
Expires 04/01/2024

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 121388** **Date** **10/28/2021**

***Bill To:***

**Yasmine Toomais**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

| | |
|---|---|
| **Claim #** | 8820045 |
| **Date of Loss:** | 10/10/2018 |
| **ECN #** | 165352-2 |
| **Account #** | |

**Claimant** Lynn Garza

| | | |
|---|---|---|
| 10/18/2021 | Peer Review - Long Term Disability: Service<br>Provider: Solomon Rojhani, MD<br>Specialty: Physical Medicine & Rehab<br><br>San Antonio, TX | $1410.00 |
| | **SubTotal** | $1410.00 |
| | **Taxes at 8.25%** | $116.33 |
| | **Final Invoice Total** | $1526.33 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**From:**Chaput, Christine
**Sent:**Fri, 15 Oct 2021 19:07:26 +0000
**To:**'Client.services@jmcbiz.com'
**Subject:**8820045 LYNN GARZA

Hello,

Please close file as this has been paid in full.

Thank you.


**Christine Chaput**
AP & Recon Rep
Financial Claims Support GP CLM Shared Services

(603) 200-6160 Office

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# Request for Medical Records

**Customer Information**

Report Date: August 20, 2021 **RP ID:** 8189164

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

**Patient Information**

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
Requesting medical records for Lynn Garza. Seen by: Algos Behavioral Health Services, Inc - Dr. Sean Conelly

**Provider Information**

Provider: Algos Behavioral Health Services, I
255 E Sonterra Blvd Ste 119,
ATTN: MEDICAL RECORDS
San Antonio, TX 78258

Phone: (210) 447-6363 Fax:

**Electronic Order Data (If Applicable)**

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Algos Behavioral Health Services, Inc - Dr. Sean Conelly
255 E Sonterra Blvd Ste 119,

San Antonio, TX 78258
(210) 447-6363

LG.LIN.0001

**Algos Behavioral Health Services Inc.**
West Oak Office Park
2161 Northwest Military Highway, Suite 207
San Antonio, TX 78213-1844
Tel. (210)447-6363 Fax (210)447-6364
www.thealgosgroup.com

# Report of Behavioral Health Evaluation

| | |
|---|---|
| Name: | Lynn A. Garza |
| Date of Evaluation: | 12/11/2019 |
| Date of Birth: | |
| Referred by: | Prabhdeep Grewal, M.D., Pain Medicine Specialist |
| CPT Code: | 90791; 96136; 96137 (x3); 96130 |
| Diagnosis: | F45.1 |

**Purpose of the Behavioral Health Evaluation**

The purpose of this behavioral health evaluation is to gather clinical psychological information and, possibly, psychological testing data from the referral, specifically a pain patient, as part of assessing candidacy for invasive medical procedures, including possibly a spinal cord stimulator implant, or spinal surgery. This evaluation is required by the insurance carrier, to assist the carrier and the medical team make a determination on the appropriate psychological candidacy of the patient for this procedure or surgery. This behavioral health report is for the referring physician and the clinical team. The information contained in the report is considered privileged, protected, and strictly confidential.

**The Range and Limitations of the Evaluation**

The clinical opinions, conclusions, diagnostic impressions, and recommendations offered in this report are based on the collection of clinical history data, behavioral observations, mental status exam, any psychological testing raw data as indicated, and possible review of records, that may have been gathered and analyzed by a behavioral health provider under the supervision of the psychologist. The psychological interpretations and opinions outlined in the report serve as a source of hypotheses about the individual. These well-established psychological instruments provide normative comparisons to similar groups and research findings helpful in developing clinical hypotheses. The information in this report should most appropriately be used by a trained, qualified behavioral health professional. Please be advised that there may be facts or other data currently unknown to the clinician that could affect the clinical opinions and conclusions. This psychologist reserves the right to amend them should additional information become available.

**Clinical Report**

**PAIN**

Lynn Garza is a 47-year-old woman referred by her pain medicine specialist, Dr. Grewal, as part of assessing her candidacy for a spinal cord stimulator implant. She has had one visit with Dr. Grewal,

**Algos Behavioral Health Services Inc.**
West Oak Office Park
2161 Northwest Military Highway, Suite 207
San Antonio, TX 78213-1844
Tel. (210)447-6363 Fax (210)447-6364
www.thealgosgroup.com

referred specifically for the stimulator implant. She has seen another pain medicine specialist in the past.
In terms of the history of pain, she indicated that she has had a history of a congenital band that affected her left arm and hand, with pain in that arm and hand. She has severe pain in the forearm and that has intensified in the past few years. She has had various procedures in 2018, 2019, and both in and Kansas City and in San Antonio. The pain is localized specifically in her left arm. She also observed that she is left-handed. About four years ago, the pain greatly intensified, and she saw a neurologist, and had her first surgery, and that was "so painful".

In terms of the treatment of pain, she has had the two surgeries on her left arm in 2018 and 2019. She has had steroid injections, physical therapy, and medications. These medications included to Ibuprofen, Norco, PRN, and Tramadol PRN. The level of pain relief is minimal.

In terms of other medical problems, she noted that she has been diagnosed with Complex Regional Pain Syndrome (CPRS), and she has hypothyroidism. In the past, she has had a uterine ablation, and she noted that she had a concussion from a car accident some years ago, but no loss of consciousness.

In terms of pain location and intensity, the pain is localized in her left arm and hand. In estimating pain intensity, using a VAS, on a scale of 0 to 10, she noted that most of the time her pain level is at a 7 to 8, and on "a good day" her pain level is at a 6, and on "the worst day" her pain level is at a 9. On the day of the appointment her pain level was at an 8. There is no particular pattern of pain intensity throughout the day, although it appears to intensify as the day progresses.

What aggravates pain is movement, activity, writing, and doing anything requiring her dominant left hand and arm. What alleviates pain is resting, medication, ice, heat, and a compression sleeve.

The referral indicated that she is not been employed, and left her employment in November 2018. She is awake most of the day, and does some household chores, sporadically, and as much as she can tolerate. She spends most of her time pursuing continuing education courses on computers. She feels she is functioning at about 5% of her functional capacity, compared to prior to the onset of severe pain. If she is not busy, she will use some distractions, and talking to the family.

In terms of sleep patterns, she gets a normal night's sleep with medication, and she may sleep during the day. She does take Ambien and Nortriptyline for sleep.

**PERSONAL**

The referral indicated that she lives with her husband, and they are both living in her parents' house, or more specifically in a small house behind her parents' home, that her parents built for them. She has been married for one and a half years, and this is her second marriage. She was

divorced about seven years ago. She has a 23-year-old daughter, and has daily contact with her daughter. She indicated that she moved to Texas from Kansas City, Missouri, in May 2019, to help her parents out, but she noted that she has not been working. She was born in Tacoma, Washington, and noted that she was "an Army brat", and traveled every few years, and spent 20 years in in the Kansas City, Missouri, as an adult. In growing up, she noted that she was the youngest of three siblings, and was raised by both parents. Family life experiences were described in positive terms, and there is no history of any abuse or trauma in childhood or adolescence.

Educationally, the referral noted that she has a BSN and MSN degrees, and is credentialed as a family nurse practitioner. Most of her education was in Kansas City, Missouri.
In terms of employment, she was an operating room nurse , primarily in cardiothoracic surgery. She has been out of work now for about a year.

**BEHAVIORAL HEALTH**

Emotionally, the referral noted that she is "managing okay". She acknowledges some depression, anxiety and stress. Symptoms include loss of sleep, a sense of worthlessness, concentration problems, forgetfulness, feelings of sadness, difficulties in making decisions, and difficulties in thinking clearly. She denies any suicidal ideation and has never attempted suicide. She does some have some anxiety attacks at times, when she is a passenger in a car, or in an airplane. She manages these episodes with deep breathing, positive self talk, and re-framing negative thinking.

She has been diagnosed in the past with depression and generalized anxiety. She has seen a psychiatrist, Anne Clark,M.D., in Kansas City, and is currently taking Wellbutrin XL, 300 mg, Lexapro 20 mg , and Xanax .5 mg PRN. The medication is effective in helping her manage her moods. She has also seen a psychotherapist in the past, a Dr. Carroza, for about two years.

Psychosocial stressors include the chronic and constant pain, physical restrictions, slow or no medical progress, change in the quality of her life, loss of health, loss of career, dependence on others, inability to be productive, employer termination, dependence on her spouse, limited mobility, disappointment with surgical outcomes, having a disabling condition, changes in intimacy, inability to pursue hobbies, and inability to do anything requiring her left arm or hand.

Behaviorally, she does smoke cigarettes, and she quit in 1996. She does not consume alcohol, and there is no history of any abuse of alcohol or drugs, or any overuse or abuse of pain medication. No legal problems were noted.

Mental Status exam is consistent with a mild mood disorder.

The validity scales of the MMPI-2 indicate that the clinical profile is questionable for interpretation. She presents as somewhat defensive and guarded in responding to the questionnaire, and appeared reluctant to acknowledge the normal human emotions and shortcomings that most people experience. She would appear to have limited psychological insight. The clinical profile shows some evidence of "emotional blindness", indicating a tendency to deny, avoid, over-control, or minimize distressful emotions. This can make it difficult to deal with the distressful emotions. There is no evidence of depression or anxiety, and the profile would indicate that any symptoms of a mood disorder appear to be well managed at this time with her medication.

The P3 data indicate the moderate depression, some anxiety and stress, and somatization.

The PCS scale would indicate limited rumination, magnification, and helplessness in dealing with her chronic pain. This would indicate the absence of any psychogenic factors contributing to the physical sensations of pain.

**DIAGNOSTIC IMPRESSION:**

| | |
|---|---|
| F45.1 | Somatic Symptom Disorder, with predominant pain, persistent moderate-to-severe |
| F06.31 | Depressive Disorder, due to medical condition, with depressive features |

**SUMMARY AND DISCUSSION**

Lynn Garza is a 47-year-old woman referred by her pain medicine specialist, Dr. Grewal, as part of assessing her candidacy for a spinal cord stimulator implant. There is no evidence of any combination of risk factors that would predict an unsuccessful outcome to invasive medical techniques, including this procedure. Consequently, she presents as an acceptable candidate for the procedure, from a psychological perspective. She has been undergoing some treatment for mood disorder symptoms, and she is encouraged to continue her psychotropic medication, and she would also benefit from some psychotherapeutic pain management treatment, in order to minimize the potential for underlying negative emotions interfering with benefits of medical treatment. She appears to be exhibiting healthy pain behaviors and coping strategies, and she is encouraged to continue these. Chronic pain is the most significant psychosocial stressor in her life, and any alleviation of this condition would significantly improve the quality of her life, and her mood.

It is recommended that the procedure be considered, if medically appropriate.

Seán G. Connolly, Ph.D.
Clinical Psychologist
December 13, 2019 (9:34am)

# Quality Assurance Report

## Request Information

Report Date: August 20, 2021

**RP ID:** 8189164

Patient Name: GARZA, LYNN

Provider Name: Algos Behavioral Health Services, I

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to July 28, 2021**

*Special Request:*

Requesting medical records for Lynn Garza. Seen by:
Algos Behavioral Health Services, Inc - Dr. Sean
Conelly

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Per QC note: Sending records as is.

Chart Reviewed By: LMARS

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: August 27, 2021 **RP ID:** 8189156

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

**Patient Information**

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
*PLEASE PROVIDE RECORDS IN ELECTRONIC FORMAT* Requesting medical records for Lynn Garza. Seen by: Anthony Montanez, M.D. - Hand, Shoulder & Elbow Surgeon

**Provider Information**

Provider: THE SAN ANTONIO ORTHOPAEDIC GROUP
400 CONCORD PLAZA DR STE 300
ATTN: MEDICAL RECORDS
SAN ANTONIO, TX 78216

Phone: (210) 281-9595 Fax: (210) 582-2670

**Electronic Order Data (If Applicable)**

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Anthony Montanez, M.D. - Hand, Shoulder & Elbow Surgeon
400 Concord Plaza Dr,

San Antonio, TX 78216
(210) 804-5927

LG.LIN.0007

RP Date ID: Jul 22 2021

ReleasePoint

**MARC WHITEHEAD & ASSOCIATES**
**P.O. Box 1390 St. Peters, MO 63376**

**Date:** Jul 28, 2021

**Patient:** GARZA, LYNN

**DOB:**

**RP ID:** 8189156
Provider Portal: https://portal.releasepoint.com
Access Key: SAN968

**THE SAN ANTONIO ORTHOPAEDIC GROUP**
**400 CONCORD PLAZA DR STE 300**
**ATTN: MEDICAL RECORDS**
**SAN ANTONIO, TX 78216**

**Request for Medical Records**

We are requesting a copy of medical records for your patient listed above. Please see the attached documentation providing authorization for the release of medical information.

**Records Required: From January 1, 2021 to July 28, 2021**
**Requesting medical records for Lynn Garza. Seen by: Anthony Montanez, M.D. - Hand, Shoulder & Elbow Surgeon**

**Fee Approval:** Any fees above **$30.00** for records must be approved by the carrier.

**CONTACT US:** To avoid additional calls, faxes, or emails, send status updates or fee requests by:

- **EMAIL to: providers@releasepoint.com** with the RP ID above in the subject or
- **FAX to: (509) 254-6048**
- **Prepayment of $______ required.** Do you accept Visa? (Circle) YES NO

**SEND RECORDS:** Check one to indicate method records delivery:

___ **EMAIL records to us: charts@releasepoint.com** with RP# in subject line

___ **Faxing records: Pages ________ Fax:**

****Do not fold, staple or tape records****

___ **Mailing Records:**
MARC WHITEHEAD & ASSOCIATES
Legal Services Division c/o ReleasePoint
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ______________________________

Thank you for your cooperation,
Mario Antonio Abello
Phone: **(213) 269-4241**

BARCODE

LG.EN.0000 RP ID: 8189156

DocuSign Envelope ID: C1F830D7-8D1F-4AE3-8D20-15646D38302F

# HIPAA-COMPLIANT AUTHORIZATION TO DISCLOSE PATIENT-IDENTIFIABLE HEALTH INFORMATION

TO: Anthony Montanez, M.D. - Hand, Shoulder & Elbow Surgeon
400 Concord Plaza Dr.
SAN ANTONIO, TX 78216

RE: Lynn Garza

1.00 NATURE OF AUTHORIZATION: I hereby authorize the use or disclosure of my patient-identifiable health information as described below. This authorization is in accordance with the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organization is authorized to make the disclosure:

Anthony Montanez, M.D. - Hand, Shoulder & Elbow Surgeon

3.00 ENTITY TO WHICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc Whitehead and Associates and/or their agents, or to any persons designated by them in writing, the following type and amounts of patient-identifiable information:

Any and all items requested relating to the treatment or care provided by you, your agents and employees, to the above named patient, and/or the undersigned, including all records (from 01/01/2021 to present); reports; correspondence; notes; consultations; imaging films, (including x-rays, sonograms, CT and MRI scans); monitor strips; billing statements, or other information pertaining to the treatment provided to the patient, and/or the undersigned, for any and all injuries, illnesses and/or conditions, including drug/alcohol/mental health/communicable disease and/or AIDS testing and treatment.

This authorization does not extend to and does not permit any oral or written communications between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medical facility, or governmental unit concerning the medical care, treatment, physical condition, or medical expenses of GARZA, LYNN.

I understand that the information in the health records you furnish may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment of alcohol and drug abuse.

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

Ma c Whitehead & Associates, LLP
c/o Release Point
Po Box 1390. St. Peters, MO 63376

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 2? day of July, 2021.

DocuSigned by:
[signature]
D4F2E07... 34A1...

Patient's Signature or Other Legally Responsible Person

Relationship to Patient (If other than Patient) and Description of Authority

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
Patient's Social Security Number

Patient's Date of Birth

LGRRDID 8189156

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

**MARC WHITEHEAD & ASSOCIATES**
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kodiez, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

February 22, 2021

To Whom It May Concern:

ReleasePoint is authorized to facilitate the release of medical information on behalf of Marc Whitehead & Associates, Attorneys at Law LLP.

Marc Whitehead & Associates, Attorneys at Law LLP and ReleasePoint are aware of the confidential nature of the personal health information being requested. The records being sought are for the sole use of the companies listed in this authorization.

This authorization shall remain in effect until further notice.

Sincerely,

Marc S. Whitehead, Esq.
Managing Partner

Mailing Address
Releasepoint
PO Box 1390
St. Peters, MO 63376

*address* 403 Heights Blvd Houston, TX 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *online* Disabil...

**GARZA, LYNN (id #755601, dob:**

# Medical Records - CONFIDENTIAL

**FROM:** TX - San Antonio Orthopaedic Group
Krystal M
2829 BABCOCK ROAD, SUITE 700, SAN ANTONIO, TX 78229-6015
Phone: (210) 804-5400
Fax: (866) 624-9942

**TO:**

**Name: GARZA, LYNN**

**DOB:**

**Date Range: 01/01/2021 to 07/28/2021**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Facesheet**
- **Imaging Results**
- **Medication List**
- **Physician Authorizations**
- **Prescription Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:755601-A-94]

RP Date ID: Jul 22 2021 2nd ID CONFIRMED

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 07/22/2021**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/22/2021 02:40PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

follow-up

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 07/22/2021 02:06 pm | **Wt:** | 161 lbs 07/22/2021 02:51 pm | **BMI:** | 29.4 07/22/2021 02:51 pm |
| **BP:** | 151/105 07/22/2021 02:51 pm | **Pulse:** | 125 bpm 07/22/2021 02:51 pm | **Pain Scale:** | 8 07/22/2021 02:51 pm |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>9 mgactuat. | 07/22/21 | entered |
| **amoxicillin 500 mg capsule**<br>500 mg. | 07/22/21 | entered |
| **atorvastatin 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 07/22/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 07/22/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 20 mg tablet** | 07/22/21 | entered |

LG.LIN.0013

GARZA, LYNN (id #755601, dob:

| | | |
|---|---|---|
| dextroamphetamine 30 mg tablet<br>30 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 07/22/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>125 mg. | 07/22/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 07/22/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 07/22/21 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/22/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 07/22/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 07/22/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 07/22/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 07/22/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **metFORMIN 1,000 mg tablet**<br>1000 mg. | 07/22/21 | entered |
| **methocarbamol 500 mg tablet**<br>500 mg. | 07/22/21 | entered |
| **Neurontin 600 mg tablet**<br>take 3 tabs for 1 week then 4 po qhs to follow | 07/22/21 | prescribed |
| **nortriptyline 25 mg capsule** | 06/10/21 | entered |

**GARZA, LYNN (id #755601, dob:**
25 mg.

**nortriptyline 50 mg capsule** 06/26/21 filled
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 07/22/21 entered
4 mg.

**spironolactone 50 mg tablet** 07/22/21 entered
50 mg.

**tiZANidine 4 mg tablet** 07/22/21 entered
4 mg.

**traMADoL 50 mg tablet** 07/22/21 entered
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 07/22/21 entered
5 mg.

**zolpidem 10 mg tablet** 06/10/21 entered
10 mg.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
How much tobacco do you chew?: none

RP Date ID: Jul 22 2021

**GARZA, LYNN (id #755601, dob:**

What was the date of your most recent tobacco screening?:
07/22/2021

**Other**
Marital status:
Married

**Ortho - TSAOG**
Do you drink alcohol?: Never or Rare
Drug Use: Never
Number of children: 1
Please list your hobbies/interests::
Tennis,coloring

**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: Y
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

She comes in today for followup. She was evaluated by one of the partners at Dr. Tisdall's office. She reports she was not a candidate for intrathecal pump. She was on high enough of pain medication utilization. Takes hydrocodone 7.5/325 one 1 p.o. t.i.d. as well as gabapentin 1200 mg at night despite spinal cord stimulator. She denies any progressive weakness or bowel or bladder changes. Still complains of neuropathic pain, left upper limb, now is getting worsening, numbness, and tingling in the middle 3 fingers on the right upper limb, particularly at nighttime, she drops things.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Limited range of motion,Night Pain**
**Denies:Joint Pain,Back Pain**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**
**Reveals bilateral hand numbness.**

## Physical Exam

Patient is a 49-year-old
female.

Exam shows positive Tinel's right wrist negative on the left with dysesthesias with sympathetic symptoms in the left arm in the median nerve distribution. No atrophy. Normal muscle tone.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post median neuritis with decompression surgery distal to proximal still ongoing severe neuropathic pain despite spinal cord stimulator implant. possible more recent onset of carpal tunnel syndrome last 3 months.

**GARZA, LYNN (id #755601, dob: )**

PLAN
Plan is to do EMG nerve conduction studies of bilateral upper limbs particularly to look for right carpal tunnel syndrome. Also change hydrocodone 10/325 p.o. t.i.d. to q.i.d. as needed. Increase gabapentin to 1800 mg total per day. Increase 2400 mg after a week. Follow up with me after the EMG. Call if she gets worse in the meantime. Questions were answered. Also set her up with UT Health Science Center Pain Clinic evaluation for possible intrathecal pump evaluation.

**. Carpal tunnel syndrome**

G56.01: Carpal tunnel syndrome, right upper limb
G56.02: Carpal tunnel syndrome, left upper limb

- BODY MASS INDEX: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: EXERCISES
- SCD - ASSH Carpal Tunnel Syndrome - Handout: SCD - Handout ASSH Carpal Tunnel Syndrome
- SCD - Carpal Tunnel Post op - Handout: SCD - Handout Carpal Tunnel Post-op
- NERVE CONDUCTION REFERRAL - Schedule Within: provider's discretion Note to Provider: bilateral upper ext
- hydrocodone 10 mg-acetaminophen 325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- Neurontin 600 mg tablet - take 3 tabs for 1 week then 4 po qhs to follow Qty: 120 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

**. Complex regional pain syndrome**

*G90.519: Complex regional pain syndrome I of unspecified upper limb*
M79.10: Myalgia, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 08/02/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 08/25/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 07/25/2021.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 07/25/2021 at 5:44pm

**Encounter Date: 07/22/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/22/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE. SAN ANTONIO. TX 78251. Ph (210) 521-5335. Fax (210) 647-5119**

RP Date ID: Jul 22 2021

**GARZA, LYNN (id #755601, dob:**

CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 07/04/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 07/07/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/09/21 | filled |
| **ibuprofen 400 mg tablet**<br>400 mg | 06/10/21 | entered |

400 mg.

| | | |
|---|---|---|
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 unlml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/26/21 | filled |
| **tiZANidine 4 mg tablet**<br>4 mg. | 07/10/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

LG.LIN.0019

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her arm is ok.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**

GARZA, LYNN (id #755601, dob:

Confirms: None
Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating

**Musculoskeletal**
Confirms: None
Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain

**Neck**
Confirms: None
Denies:Neck Stiffness,Swollen Glands

**Neurologic**
Confirms: None
Denies:Loss of Consciousness,Weakness,Numbness/Tingling

**Nose and Throat**
Confirms: None
Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness

**Psychological**
Confirms: None
Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism

**Respiratory**
Confirms: None
Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking

**Skin and Head**
Confirms: None
Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 06/09/2021 | 06/21/2021 | 07/12/2021 | 07/22/2021 |
|---|---|---|---|---|
| s/p t band | 3 min | 3 min | 3 min G | 3 min G |
| putty wrist ext table press | | | 3 min | 3 min |
| small body blade shake | | | 3 min | 3 min |
| Gripper pegs | 3 min Level 1 | 3 min Level 1 | 3 min Level 2 | 3 min Level 2 |
| constant force G | | | 3 min | 3 min |
| Flexbar twist | | | | 3 min |
| forearm stretch at mat | | | | 3 min |
| wobble board ball | | | | 3 min |
| putty small knob | 3 min | 3 min | 3 min | |
| bicep curls 1 lb | 3 min 2-3 lbs | 3 min 2-3 lbs | 3 min 2-3 lbs | |
| marble dig velcro large knob roll | 3 min 3 min | 3 min 3 min | 3 min | |
| flexbar up/down | 3 min | 3 min | | |
| pen push/pull into putty | 3 min | 3 min | | |
| dyna disk push | | | | |
| hand gripper | | | | |
| clothespin marbles | | | | |
| s/p alcohol bottle | | | | |

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| putty tabletop squeeze | |
| power web ext stretch | |
| Heartflex | |
| wrist PRE 1 lb or FB | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation at next session. Therapist focused part of session on thera ex for low load prolonged flexor stretch. Pt does report moderate stretching pain at distal forearm with stretches and expected tightness at forearm with stretch. Pt did have increase in digit PROM with all planes of wrist motion, continued wrist extension soft tissue tightness and weakness.

**. Complex regional pain syndrome of upper limb -**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

RP Date ID: Jul 12 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 07/22/2021 at 02:40 PM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 08/02/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 08/25/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/22/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/22/2021 at 11:51am

**Encounter Date: 07/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/12/2021 08:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 07/04/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |

LG.LIN.0023

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 07/07/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/09/21 | filled |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |

**GARZA, LYNN (id #755601, dob:**

**nortriptyline 50 mg capsule** 06/26/21 filled
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 06/10/21 entered
4 mg.

**spironolactone 50 mg tablet** 06/26/21 filled
50 mg.

**tiZANidine 4 mg tablet** 07/10/21 filled
4 mg.

**traMADoL 50 mg tablet** 06/10/21 entered
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 06/10/21 entered
5 mg.

**zolpidem 10 mg tablet** 06/10/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never

**GARZA, LYNN (id #755601, dob:**

Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her hand is doing ok.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 06/02/2021 | 06/09/2021 | 06/21/2021 | 07/12/2021 |
|---|---|---|---|---|

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| putty small knob | 3 min | 3 min | 3 min | 3 min |
| s/p t band | 3 min | 3 min | 3 min | 3 min G |
| bicep curls 1 lb | | 3 min 2-3 lbs | 3 min 2-3 lbs | 3 min 2-3 lbs |
| putty wrist ext table press | | | | 3 min |
| small body blade shake | | | | 3 min |
| constant force G | | | | 3 min |
| Gripper pegs | 4 min Level 1 | 3 min Level 1 | 3 min Level 1 | 3 min Level 2 |
| marble dig velcro large knob roll | | 3 min 3 min | 3 min 3 min | 3 min |
| flexbar up/down | 3 min | 3 min | 3 min | |
| pen push/pull into putty | 3 min | 3min | 3 min | |
| dyna disk push | 3 min | | | |
| clothespin marbles | 3 min | | | |
| hand gripper | | | | |
| s/p alcohol bottle | | | | |
| putty tabletop squeeze | | | | |
| power web ext stretch | | | | |
| Heartflex | | | | |
| wrist PRE 1 lb or FB | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has one more apt prior to re-evaluation. Pt did tolerate more PROM and stretching this session than previous. Pt was able to complete thera ex this session with less rest breaks but was unable to progress in strengthening (but continues to make progression in light strengthening).

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

RP Date ID: Jul 7 2021

**GARZA, LYNN (id #755601, dob:**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Prabhdeep Grewal, MD for FOLLOW-UP 10 at RIDGEWOOD ORTHOPAEDIC OFFICE on 07/13/2021 at 09:50 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/12/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/12/2021 at 8:43am

**Encounter Date: 07/07/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/07/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 5[illegible]

[illegible]

**GARZA, LYNN (id #755601, dob:**

[illegible]
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 07/04/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet** | 06/10/21 | entered |

**GARZA, LYNN (id #755601, dob:**

400 mg.

| | | |
|---|---|---|
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/26/21 | filled |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/17/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not rcvicwed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

LG.LIN.0030

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she has been doing OK. Actually went on a cruise for 7 days which was nice. But she did not exercise while she was gone but pain was not terrible but her active rotation remains limited. She is not really driving (for multiple reasons) but she does not trust herself. Neck pain is still less than her arm but still grades it at 6/10 on average, which she thinks is better

## ROS

None recorded.

## Physical Exam

Patient is a 49-year-old
female.

**Cervical Spine:**Active Range of Motion: **side bending right (36 deg.) (prior 40, initial 26, incoordinated)** and **left (40 deg.) (prior 42/36, initial w/pain/incoordination)**; **rotation left (72 deg.) (prior 56/48, initial 47)** and **right (58 deg.) (prior 55/48, initial 23)**; and **flexion (50 deg.) (prior 52/38, initial 30 w/ pain)** and **extension (40 deg.) (prior 42/46, initial 20 w/ ataxic movement)**.

RP Date ID: Jul 7 2021

**GARZA, LYNN (id #755601, dob:**

Outcome measure/NDI: 52%

PN--6/3/2021:

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI--62%

INITIAL:

Outcome Measure/NDI: 82% disabilty score

Exercise Flowsheet

| Exercise | 06/08/2021 | 06/16/2021 | 06/22/2021 | 07/07/2021 |
|---|---|---|---|---|
| MT | 25', manual distraction, NMR rotation | 15', manual distraction, alt iso -- rotation | 15', t spine PA mobs/gr 4 | 15', t spine PA mobs/gr 4 |
| UBE (unless did with OT same day) | 6' L4 (add OH traction) | 6' L4 (use 1. 5# weight) | 6' L4 (use 1. 5# weight) | 6' L4 (use 1. 5# weight)- |
| modified rock backs | 3' | 3' | 3' | 3'- |
| modified quaduped | | arm reaches, 10x ea (NEXT) | arm reaches, 10x ea | arm reaches, 10x ea- |
| cuff with alt UE flexion | 3' (AA) | 3' (AA) | 3' (AA) | 3' (AA)- |
| prone I's | next | next | 2' (10" hold) | 2' (10" hold) |
| Prone T's | next | next | 2' (10" hold) | 2' (10" hold) |
| laser assisted motion | next | 2' ea flex, rotation, | 2' ea flex, rotation seated | 2' ea flex, rotation seated |
| static cervical w/laser | | w/ sit to stand, 15x | w/ sit to stand, 15x | w/ sit to stand, 15x |
| laser with limb mvmts | | standing, alt UE 2'/ march, 2'- | seated & standing alt UE 1'/1'm(1#), march, 1'/1' | seated & standing alt UE 1'/1'm(1#), march, 1'/1' |
| static eyes closed laser | | 5x left, 5x right | 5x left, 5x right | 5x left, 5x right |
| POE | | | scap retract-protract, 3' | scap retract-protract, 3' |
| open books | hep | hep | hep | hep |
| Supine Robots | hep | hep | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |
| supine reverse codmans | 10x alt ea, 2', 1# on right | | | |
| No Money | RTT, 2' | | | |

Procedure Documentation

**97112: Neuromuscular Re-Education:**

**GARZA, LYNN (id #755601, dob:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 0 minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of AArom w/end range isometric hold for cervical rotation, PA thoracic mobs and reassessment time

## Assessment / Plan

CURRENT: 7/6/2021: Ms. Garza has bee seen for 11 total visits over 5 months. She has averaged 2 visits/month. Both subjectively and objectively her measures have waxed and wanned. Currently, her cervical rotation ROM measures are improved but with significant cognitive focusing, and verbal cueing. She continues to demonstrate deficits in proprioceptive and kinesthetic awareness in the cervical spine. This has been addressed in the clinic and she was encouraged to continue to work on it at home as well, using mirror visual feedback to assist. It was agreed that we would continue for one additional month of PT at her usual frequency of attendance (2x/month or every other week) to try to achieve more consistent subjective and objective measures. Given her history and comorbidities, pain free functional mobility is unlikely.

PN: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--MET today (58-60 right and 72 left)
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/12/2021 at 08:00 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at RIDGEWOOD ORTHOPAEDIC OFFICE on 07/13/2021 at 09:50 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 07/07/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 07/07/2021 at 1:15pm

**Encounter Date: 06/22/2021**
Patient

[illegible]

## GARZA, LYNN (id #755601, dob:

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/22/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

### Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 06/15/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasol. 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |

RP Date ID: Jun 22 2021

GARZA, LYNN (id #755601, dob:

| | | |
|---|---|---|
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/17/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**

**GARZA, LYNN (id #755601, dob:**
Thyroid Disease: Y

## Screening

None recorded.

## HPI

Still reporting pain in both arms today but mostly in the hand on the right.

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 06/03/2021 | 06/08/2021 | 06/16/2021 | 06/22/2021 |
|---|---|---|---|---|
| MT | reassess, manual distraction, NMR rotation | 25', manual distraction, NMR rotation | 15', manual distraction, alt iso -- rotation | 15', t spine PA mobs/gr 4 |
| UBE (unless did with OT same day) | 6' L4 | 6' L4 (add OH traction) | 6' L4 (use 1. 5# weight) | 6' L4 (use 1. 5# weight) |
| modified rock backs | 3' | 3' | 3' | 3' |
| modified quaduped | | | arm reaches, 10x ea (NEXT) | arm reaches, 10x ea |
| cuff with alt UE flexion | 3' | 3' (AA) | 3' (AA) | 3' (AA) |
| prone I's | 10 x 10" | next | next | 2' (10" hold) |
| Prone T's | modified, 2' (5" hold) | next | next | 2' (10" hold) |
| laser assisted motion | next | next | 2' ea flex, rotation, | 2' ea flex, rotation seated |
| static cervical w/laser | | | w/ sit to stand, 15x | w/ sit to stand, 15x |
| laser with limb mvmts | | | standing, alt UE 2'/ march, 2'- | seated & standing alt UE 1'/1'm(1#), march, 1'/1' |
| static eyes closed laser | | | 5x left, 5x right | 5x left, 5x right |
| POE | | | | scap retract-protract, 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | | |
| No Money | RTT, 2' | RTT, 2' | | |
| open books | hep | hep | hep | hep |
| Supine Robots | hep | hep | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 18 minutes of one on one time

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of gentle cervical distraction, prom, alt iso for cervical rotation

## Assessment / Plan

Used the lower weight (1.5# for cervical unloader today). Able to complete all requested exercises, with rest breaks and alterning activity types. continued difficulty with proprioceptive training

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/22/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/22/2021 at 12:39pm

**Encounter Date: 06/21/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/21/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| Medication | Date | Status |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 06/15/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/17/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

Family History

GARZA, LYNN (id #755601, dob:

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
· Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| DASH | 90 | |

## HPI

**OT Daily Progress Note**
Reported by patient.
How are you feeling? same (**pain/stiffness pain/stretching pain**); patient does note improvements with ability to move her wrist more and is continuing to note improvements with functional use of arm with therapy.
Severity: activity 8-9/10
Function: ADLs limited (**Quick Dash 90 %**); Pt continues to report inability to open containers, perform heavy house hold chores, wash her back and requires rest breaks with activities such as coloring/writing. Pt still reports severe limitations with daily ADL's
Previous OT Session: helping
Work: Pt is off duty

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**

**GARZA, LYNN (id #755601, dob:**

**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 49-year-old female.

**Hands and Digits:**Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left: **active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 9 lbs.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow)**. Left AROM: **flexion (75 deg.)**, **extension (50 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

## Exercise Flowsheet

| Exercise | 05/25/2021 | 06/02/2021 | 06/09/2021 | 06/21/2021 |
|---|---|---|---|---|
| Gripper pegs | 4 min Level 1 | 4 min Level 1 | 3 min Level 1 | 3 min Level 1 |
| flexbar up/down | 3 min | 3 min | 3 min | 3 min |
| putty small knob | 3 min | 3 min | 3 min | 3 min |
| s/p t band | 3 min | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | 3 min 2-3 lbs | 3 min 2-3 lbs |
| pen push/pull into putty | 3 min | 3 min | 3 min | 3 min |
| marble dig velcro large knob roll | | | 3 min 3 min | 3 min 3 min |
| UFO at wall wrist extension stretch | | | | |
| dyna disk push | 3 min | 3 min | | |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| clothespin | 3 min | 3 min |
| marbles | | |
| hand gripper | | |
| s/p alcohol bottle | | |
| putty tabletop squeeze | | |
| power web ext stretch | | |
| Heartflex | | |
| UBE Level 1 | | |
| wrist PRE 1 lb or FB | | |
| t band intrinsic | | |
| stick bicep curls 2 lbs | | |
| wrist developer no weight or 1 lb | | |
| flexbar wrist flexor stretch | | |
| weight hold | | |
| Flexbar shake | | |
| flexbar supination | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evalaution with static progression in edema, static progression in scar adhesions with decreased redness, increased tenderness/sensitivity and increased AROM to wrist/thumb and digits. Pt with increased grip strength. Pt scores a 90% on Quick Dash and is off from work. Pt has modertae to severe ADL deficits and report of severe pain that patient is reporting is getting worse. Pt is also having increased numbness/tingling and pain symptoms to R UE. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

Pt will also be making apt with Dr Grewal to discuss symptoms to R UE and increase in pain symptoms to L UE.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

[illegible]

**GARZA, LYNN (id #755601, dob: [illegible]**

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week every 2 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 06/21/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 06/21/2021 at 11:47am

**Encounter Date: 06/16/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/16/2021 02:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

[illegible]

[illegible]

**GARZA, LYNN (id #755601, dob:**

CVS/PHARMACY #[illegible] (ERX): [illegible] AVE, SAN ANTONIO, TX [illegible], Ph (210) [illegible], Fax (210) [illegible]
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **[illegible]** | [illegible] | [illegible] |

LG.LIN.0045

1 mg.

| | | |
|---|---|---|
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID 19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S. PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease |

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| Sister | - Heart disease<br>- Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she was diagnosed with walking pneumonia over the weekend. She has been taking antibiotics, steroids, and an inhaler which have been helpful. She is still having pain in both arms; left is especially irritated "awful" today and the right has been swollen as well. She did see the pain management doctor recently (two of them) and they are in disagreement with the next course of action. She is not happy that more and more pain meds have been prescribed.

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 05/21/2021 | 06/03/2021 | 06/08/2021 | 06/16/2021 |
|---|---|---|---|---|
| MT | 25' PA/side/ iso--assisted rotation | reassess, manual distraction, NMR rotation | 25', manual distraction, NMR rotation | 15', manual distraction, alt iso -- rotation |
| UBE (unless did with OT same day) | start here unless did w/OT | 6' L4 | 6' L4 (add OH traction) | 6' L4 (use 1, 5# weight) |
| cuff with alt UE flexion | 3' | 3' | 3' (AA) | 3' (AA) |
| supine reverse codmans | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | |
| No Money | RTT, 2' | RTT, 2' | RTT, 2' | |
| modified rock backs | 3' | 3' | 3' | 3' |
| modified quadruped | | | | arm reaches 10x ea |

LG LIN 0047

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| | | | | (NEXT) |
| prone I's | 10 x 10" | 10 x 10" | next | next |
| Prone T's | modified, 2' (5" hold) | modified, 2' (5" hold) | next | next |
| laser assisted motion | next | next | next | 2' ea flex, rotation, |
| static cervical w/laser | | | | w/ sit to stand, 15x |
| laser with limb mvmts | | | | standing, alt UE 2'/ march, 2'- |
| static eyes closed laser | | | | 5x left, 5x right |
| open books | 2' ea (HEP next) | hep | hep | hep |
| Supine Robots | standing, RTT (issued for HEP) | hep | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 18 minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of gentle cervical distraction, prom, alt iso for cervical rotation

## Assessment / Plan

We did increase the pull on the unloader today to which was tolerated fairly; More direct work on improving cervical proprioceptive and kinesthetic awareness as her PROM is always much greater than her AROM and movements are uncoordinated. Performed fairly with visual biofeedback provided while using headlamp laser

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 06/21/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/16/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/16/2021 at 4:59pm

**Encounter Date: 06/09/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/09/2021 03:40PM |
| **DOB** | [illegible] | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE |

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **DOB** | 05/05/1972 | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

follow-up

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 06/09/2021 03:42 pm | **Wt:** | 161 lbs 06/09/2021 03:42 pm | **BMI:** | 29.4 06/09/2021 03:42 pm |
| **BP:** | 128/88 06/09/2021 03:46 pm | **Pulse:** | 99 bpm 06/09/2021 03:46 pm | **Pain Scale:** | 8 06/09/2021 03:47 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/10/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet** | 06/10/21 | entered |

[illegible]

GARZA, LYNN (id #755601, dob:

10 mg.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: Y
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

She comes in today for followup with her husband. She reports that her left upper limb pain is still there. It still hurts now, starting to the spread to the right side with stiffness and pain particularly with pain at night. She is taking gabapentin 600 mg at night without much help. She reports increased the hydrocodone 5/325 to one-half up to 3 times a day. She is "going crazy" despite having spinal cord stimulator implant. She denies any fevers, chills, unexplained weight loss, or progressive weakness. She still also takes the duloxetine.

## ROS

**Additionally reports:**

**GARZA, LYNN (id #755601, dob:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Denies:**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**
**Reveals bilateral arm pain.**

## Physical Exam

Patient is a 49-year-old
female.

Her exam shows pain along the surgical scar with dysesthesias with allodynia in the left upper limb, now sore in the right upper limb. There is no temperature changes or color changes, but there is definitely hypersensitive in the same distribution with tenderness along the lower cervical paraspinals. Negative Spurling's maneuver. No atrophy. The left upper limb has give way weakness to all major muscle groups because of the pain.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post median nerve decompression or lysis, multiple procedures ongoing severe neuropathic pain with sympathetic features despite spinal cord stimulator as well as neuropathic pain agents.

PLAN
We will increase gabapentin to 600 mg twice a day. We will also continue with nortriptyline. She also is still taking the SSRI. She is taking Lexapro. Refill Norco 7.5/325 one p.o. t.i.d. as needed. Drug risks and interactions were discussed. My concern is that she is having breakthrough pain despite the spinal cord stimulator. She will be requiring increasing doses of medication, particularly opiates. At this point, we decided to get an intrathecal pain pump for evaluation. Follow up with me in 2 months. Call if she gets worse in the meantime. Questions answered. I checked the Texas PMP AWARxE and it did show compliance.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb
M50.30: Other cervical disc degeneration, unspecified cervical region

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion Note to Provider: pain pump eval
- hydrocodone 7.5 mg-acetaminophen 325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- gabapentin 600 mg tablet - take 1 tablet po qhs for 1 week then 2 po qhs to follow Qty: 60 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 06/10/2021.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 06/10/2021 at 6:50pm

**Encounter Date: 06/09/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/09/2021 01:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS TX (PPO) | | |

RP Date ID: Jun 9 2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • [illegible]

GARZA, LYNN (id #755601, dob:

Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/02/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 06/07/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/07/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 06/03/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |

**GARZA, LYNN (id #755601, dob:**

**ibuprofen 400 mg tablet** 04/21/21 filled

**ketoconazole 2 % shampoo** 04/10/21 filled
20 mgml.

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** 04/07/21 filled

**Lantus U-100 Insulin 100 unit/mL subcutaneous solution** 05/21/21 filled

**levothyroxine 100 mcg tablet** 04/03/21 entered
1 mg.

**levothyroxine 125 mcg tablet** 06/03/21 filled

**LORazepam 0.5 mg tablet** 06/03/21 filled

**methocarbamoL 500 mg tablet** 04/09/21 filled
500 mg.

**nortriptyline 25 mg capsule** 04/27/21 filled
25 mg.

**nortriptyline 50 mg capsule** 06/02/21 filled
TAKE 1 CAPSULE BY MOUTH AT BEDTIME

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 06/06/21 filled
4 mg.

**spironolactone 50 mg tablet** 04/10/21 filled
50 mg.

**tiZANidine 4 mg tablet** 06/02/21 renewed
TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S)

**traMADoL 50 mg tablet** 04/23/21 filled
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

LG.LIN.0054

**GARZA, LYNN (id #755601, dob:**

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her R forearm and hand are doing worse. She feels sensation cold, numbness, swelling and pain. Pt has apt today with Dr Brenman.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**

**GARZA, LYNN (id #755601, dob:**

**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**

**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 05/20/2021 | 05/25/2021 | 06/02/2021 | 06/09/2021 |
|---|---|---|---|---|
| Gripper pegs | | 4 min Level 1 | 4 min Level 1 | 3 min Level 1 |
| flexbar up/down | | 3 min | 3 min | 3 min |
| putty small knob | | 3 min | 3 min | 3 min |
| s/p t band | | 3 min | 3 min | 3 min |
| bicep curls 1 lb | 3 min | | | 3 min 2-3 lbs |
| pen push/pull into putty | | 3 min | 3 min | 3 min |
| marble dig velcro large knob roll | | | | 3 min 3 min |
| dyna disk push | | 3 min | 3 min | |
| clothespin marbles | | 3 min | 3 min | |
| hand gripper | 3 min | | | |
| s/p alcohol bottle | 3 min | | | |
| putty tabletop squeeze | 3 min | | | |
| power web ext stretch | 3 min | | | |
| Heartflex | 3 min | | | |
| wrist PRE 1 lb or FB | 3 min | | | |
| UFO at wall wrist extension stretch | | | | |
| UBE Level 1 | | | | |
| t band intrinsic | | | | |
| stick bicep curls 2 lbs | | | | |

**GARZA, LYNN (id #755601, dob:**

wrist developer
no weight or 1 lb

flexbar wrist
flexor stretch

weight hold

Flexbar shake

flexbar
supination

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt was having more trouble sleeping and tightness pain at L forearm. Pt was able to complete thera ex this session but required frequent rest breaks and was grimacing with pain. Pt also had decrease tolerance to wrist PROM this session and tenderness to the touch with scar mobs.

**. Complex regional pain syndrome of upper limb -**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**›atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**›atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**›iscussion Notes**

Continue with current plan of care.

**GARZA, LYNN (id #755601, dob:**

## Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 06/09/2021 at 03:40 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 06/09/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 06/09/2021 at 1:36pm

**Encounter Date: 06/08/2021 (Last amended by Deborah Keller, PT on 06/08/2021 at 3:09pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/08/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasol. 0.05 % scalp solution**<br>5 mgml. | 06/02/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg | 04/03/21 | entered |

LG.TIN.0058

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| *dextroamphetamine-amphetamine 30 mg tablet* | 06/07/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/07/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 06/03/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 06/03/21 | filled |
| **LORazepam 0.5 mg tablet** | 06/03/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH AT BEDTIME | 06/02/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/06/21 | filled |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) | 06/02/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |

RP Date ID: Jun 9 2021

**GARZA, LYNN (id #755601, dob:**

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she is having some acute pain in her right arm today from just above the elbow to include the hand. Has been going on about 3 weeks ago but became more acute last night. Woke her up hourly last night. She is describing numbness and tingling with temperature change, as well as swelling. States right arm pain is acutely worse than her chronic left UE pain today. She has not

LG LIN 0080

[illegible]

**GARZA, LYNN (id #755601, dob:**

[illegible] found anything physically to do to make it better today, other than 3 pain pills.

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 04/29/2021 | 05/21/2021 | 06/03/2021 | 06/08/2021 |
|---|---|---|---|---|
| MT | 35' PA/side/ iso | 25' PA/side/ iso-- assisted rotation | reassess, manual distraction, NMR rotation | 25', manual distraction, NMR rotation |
| UBE (unless did with OT same day) | | start here unless did w/OT | 6' L4 | 6' L4 (add OH traction) |
| cuff with alt UE flexion | 3' | 3' | 3' | 3' (AA) |
| supine reverse codmans | next | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right |
| No Money | RTT, 2' | RTT, 2' | RTT, 2' | RTT, 2' |
| prone I's | 10 x 10" | 10 x 10" | 10 x 10" | next |
| modified rock backs | next | 3' | 3' | 3' |
| Prone T's | next | modified, 2' (5" hold) | modified, 2' (5" hold) | next |
| laser assisted motion | next | next | next | next |
| open books | continue | 2' ea (HEP next) | hep | hep |
| Supine Robots | standing, RTT (issued for HEP) | standing, RTT (issued for HEP) | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |
| apleys ext/ER | | | | |
| unloaded/seated rotation | | | | |
| unloaded/seated flex/ext | | | | |
| Seated Shoulder Flexion | | | | |
| cervical retraction w/ cuff | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 18 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

***97140: Manual Therapy:*** 25 minutes

The patient received manual therapy consisting of gentle cervical distraction, prom, nerve glides

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Assessment / Plan

Significant increase in difficulty with all ex this visit. R UE symptoms not found to be specific to any nerve distribution. All 3 primary nerve tension tests were positive but other movements were inconsistently impaired. No significant change in symptoms with manual distraction or cervical ROM/mobilization. Issued gentle nerve glides for home

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 06/09/2021 at 03:40 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Amendment Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/08/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/08/2021 at 1:54pm
Amendment closed by Deborah Keller, PT on 06/08/2021 at 3:09pm

**Encounter Date: 06/03/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/03/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule** | 04/27/21 | filled |

25 mg.

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH AT BEDTIME | 06/02/21 | renewed |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) | 06/02/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare

RP Date ID: Jun 3 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she feels like cervical ROM is still a significant problem/restriction and this makes her afraid to try to drive. Her pain is definitely better but it feels more like soreness. Not able to report any significant improvement in her arm since starting treatment on her neck. She has developed some pain, numbness and tingling in the right UE though a couple of weeks ago. States her MRI report showed only mild degenerative changes and stenosis

## ROS

None recorded.

## Physical Exam

Patient is a 49-year-old
female.

**Cervical Spine:**Active Range of Motion: **side bending right (40 deg.) (prior 40, initial 26, incoordinated)** and **left (36 deg.) (prior 42, initial w/pain/incoordination)**; **rotation left (48 deg.) (prior 56, initial 47)** and **right (48 deg.) (prior 55, initial 23)**; and **flexion (38 deg.) (prior 52, initial 30 w/ pain)** and **extension (46 deg.) (prior 42, nitial 20 w/ ataxic movement)**.

CURRENT: 6/3/2021:

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex, abd; 4-/5
ER

Outcome measure/NDI--62%

PN: 4/28/2021:

OH reach, left: 166 with good quality

UE strength:/ left UE--grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

INITIAL:

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 04/09/2021 | 04/29/2021 | 05/21/2021 | 06/03/2021 |
|---|---|---|---|---|
| MT | 25'-grade 2 PA mobs | 35' PA/side/ iso | 25' PA/side/ iso-+ | reassess, [illegible] |

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| | c-spine; grade 3-4 t-spine | | assisted rotation | distraction, NMR rotation |
| UBE (unless did with OT same day) | | | start here unless did w/OT | 6' L4 |
| cuff with alt UE flexion | no cuff, 3' (add CTJ roll next))- | 3' | 3' | 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right | next | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right |
| No Money | 2' | RTT, 2' | RTT, 2' | RTT, 2' |
| prone I's | next | 10 x 10" | 10 x 10" | 10 x 10" |
| modified rock backs | | next | 3' | 3' |
| Prone T's | | next | modified, 2' (5" hold) | modified, 2' (5" hold) |
| laser assisted motion | | next | next | next |
| open books | 2' ea | continue | 2' ea (HEP next) | hep |
| Supine Robots | YTT 2' | standing, RTT (issued for HEP) | standing, RTT (issued for HEP) | hep |
| Unloaded scaption | unable today | dc | dc | dc |
| apleys ext/ER | seated w/towel roll (wait) | | | |
| unloaded/seated rotation | | | | |
| unloaded/seated flex/ext | | | | |
| Seated Shoulder Flexion | | | | |
| cervical retraction w/ cuff | | | | |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 42 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

## Assessment / Plan

CURRENT: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits.

PN: 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time

**GARZA, LYNN (id #755601, dob: )**

**. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/03/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/03/2021 at 1:00pm

**Encounter Date: 06/02/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/02/2021 09:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

**GARZA, LYNN (id #755601, dob:**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule** | 04/27/21 | filled |

LG.LIN.0068

**GARZA, LYNN (id #755601, dob:**

25 mg.

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none

**GARZA, LYNN (id #755601, dob:**
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports today she is having a bad day with pain and R UE numbness/tingling.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

[illegible]

**GARZA, LYNN (id #755601, dob:**

| Exercise | 04/30/2021 | 05/20/2021 | 05/25/2021 | 06/02/2021 |
|---|---|---|---|---|
| Gripper pegs | | | 4 min Level 1 | 4 min Level 1 |
| flexbar up/down | | | 3 min | 3 min |
| putty small knob | | | 3 min | 3 min |
| s/p t band | | | 3 min | 3 min |
| dyna disk push | | | 3 min | 3 min |
| clothespin marbles | | | 3 min | 3 min |
| pen push/pull into putty | | | 3 min | 3 min |
| UFO at wall wrist extension stretch | | | | |
| hand gripper | 3 min | 3 min | | |
| s/p alcohol bottle | | 3 min | | |
| putty tabletop squeeze | | 3 min | | |
| power web ext stretch | | 3 min | | |
| Heartflex | | 3 min | | |
| bicep curls 1 lb | | 3 min | | |
| wrist PRE 1 lb or FB | | 3 min | | |
| UBE Level 1 | 6 min | | | |
| t band intrinsic | 3 min | | | |
| stick bicep curls 2 lbs | 3 min | | | |
| wrist developer no weight or 1 lb | 3 min | | | |
| flexbar wrist flexor stretch | 3 min | | | |
| weight hold | def | | | |
| Flexbar shake | | | | |
| flexbar supination | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 22 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

**GARZA, LYNN (id #755601, dob:**

## Assessment / Plan

Pt did have more tension this session with manual therapy and required more rest breaks with thera ex. Pt is still reporting tension band at mid forearm. Pt is going to make apt with Dr Brenman to discuss symptoms to R UE and continued pain at L forearm. Pt does have full wrist flexion PROM but continues with restrictions into wrist extension with tightness/soft tissue at wrist extensors.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 06/02/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 06/02/2021 at 10:10am

**Encounter Date: 05/25/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/25/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000 | | |

[illegible]

**GARZA, LYNN (id #755601, dob:**
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo** | 04/10/21 | filled |

LG.LIN.0073

[illegible]



| | | |
|---|---|---|
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

Father - Diabetes mellitus

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| | - Depressive disorder |
| | - Hypertensive disorder |
| Mother | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Unspecified Relation | - Heart disease |
| | - Heart disease |
| Sister | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having more pain today. Pt reports she has been getting numbness to L hand and has sensation of band across mid palm.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**

**GARZA, LYNN (id #755601, dob:**

**Denies:Neck Stiffness,Swollen Glands**

**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**

**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**

**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**

**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**

**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 04/07/2021 | 04/30/2021 | 05/20/2021 | 05/25/2021 |
|---|---|---|---|---|
| Gripper pegs | | | | 4 min Level 1 |
| flexbar up/down | | | | 3 min |
| putty small knob | | | | 3 min |
| s/p t band | | | | 3 min |
| dyna disk push | | | | 3 min |
| clothespin marbles | | | | 3 min |
| pen push/pull into putty | | | | 3 min |
| UFO at wall wrist extension stretch | | | | |
| hand gripper | 3 min | 3 min | 3 min | |
| s/p alcohol bottle | | | 3 min | |
| putty tabletop squeeze | | | 3 min | |
| power web ext stretch | | | 3 min | |
| Heartflex | | | 3 min | |
| bicep curls 1 lb | | | 3 min | |
| wrist PRE 1 lb or FB | | | 3 min | |
| UBE Level 1 | 4 min | 6 min | | |
| t band intrinsic | 3 min | 3 min | | |
| stick bicep curls 2 lbs | 3 min | 3 min | | |
| wrist developer no weight or 1 | 3 min | 3 min | | |

GARZA, LYNN (id #755601, dob:

| | | |
|---|---|---|
| lb | | |
| flexbar wrist flexor stretch | 3 min | 3 min |
| weight hold | def | def |
| Flexbar shake | | |
| flexbar supination | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 22 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did have increase in guarding this session with manual stretching and required frequent rest breaks this session due to pain and weakness. Pt did report sensation of being hot and sweaty and end of therapy session but was able to complete all thera ex.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

**. Hand pain**

M79.642: Pain in left hand

**’atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**’atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Continue with current plan of care.

Return to Office

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/02/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 05/25/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 05/25/2021 at 11:53am

**Encounter Date: 05/21/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/21/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasol. 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet** | 04/03/21 | entered |

LG UN 0078

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| 30 mg. | | |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet** | 04/03/21 | entered |

LG.LIN.0079

5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she has had alot of personal stuff going on so that is why she has missed PT recently. Due to increased stress levels, her pain is up, but she still feels like the therapy is helping. She also states that she was approved for disability

## ROS

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 04/01/2021 | 04/09/2021 | 04/29/2021 | 05/21/2021 |
|---|---|---|---|---|
| MT | 20'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 25'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 35' PA/side/ iso | 25' PA/side/ iso--assisted rotation |
| UBE (unless did with OT same day) | | | | start here unless did w/OT |
| cuff with alt UE flexion | no cuff, 3' (add CTJ roll next)) | no cuff, 3' (add CTJ roll next))- | 3' | 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right- | 10x alt ea, 2', 1# on right | next | 10x alt ea, 2', 1# on right |
| No Money | YTT (next) | 2' | RTT, 2' | RTT, 2' |
| prone I's | | next | *10 x 10"* | *10 x 10"* |
| modified rock backs | | | next | 3' |
| Prone T's | | | next | modified, 2' (5" hold) |
| laser assisted motion | next | | next | next |
| open books | next | 2' ea | continue | 2' ea (HEP next) |
| apleys ext/ER | seated w/towel roll (wait) | seated w/towel roll (wait) | | |
| unloaded/seated rotation | 3' (hep next) | | | |
| Supine Robots | YTT-next | YTT 2' | standing, RTT (issued for HEP) | standing, RTT (issued for HEP) |
| unloaded/seated flex/ext | 3'(hep next) | | | |
| Seated Shoulder Flexion | 2' (dc next) | | | |
| cervical retraction w/ cuff | dc | | | |
| Unloaded scaption | 2.5#, 2' | unable today | dc | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 20 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of grade 2-3 PA and lateral glide mobs to the c-spine; end range isometrics for rotation

## Assessment / Plan

Continues to push herself in therapy. Still demonstrating incoordination of cervical movement with limited AROM despite full PROM. End range, manually resisted isometrics performed to facilitate improved neuromotor control LG.LIN.0081

RP Date ID: May 20 2021

**GARZA, LYNN (id #755601, dob:**

**. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 05/25/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/02/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 05/21/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 05/21/2021 at 1:15pm

**Encounter Date: 05/20/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/20/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)

[illegible]

**GARZA, LYNN (id #755601, dob:**

[illegible]

NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet** | 04/03/21 | entered |

LG.LIN.0083

GARZA, LYNN (id #755601, dob:

4 mg.

**spironolactone 50 mg tablet** 04/10/21 filled
50 mg.

**tiZANidine 4 mg tablet** 04/24/21 renewed
TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS

**traMADoL 50 mg tablet** 04/23/21 filled
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

**GARZA, LYNN (id #755601, dob:**

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: Y
Thyroid Disease: Y

## Screening

| Name | Score | Notes |
|---|---|---|
| DASH | 75 | |

## HPI

**OT Daily Progress Note**
Reported by patient.
How are you feeling? improving **(patient is noting slow improvements in pain, wrist motion, finger strength and over ADL functions but still reports severe limitations,weakness/pain.)**
Severity: rest 8/10; activity 9/10; location: **(from upper mid arm down to fingertips)**
Function: ADLs limited **(Quick Dash 75 %)**; Pt reports writing and use of color for her hobby is still difficult due to weakness/pain but is making gains. Pt reports severe deficits with opening tight containers and performing heavy house hold chores. Pt reports she is using her L arm more for light activities and continues to lift light items.
Previous OT Session: helping

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 49-year-old
*female.*

RP Date ID: May 20 2021

**GARZA, LYNN (id #755601, dob:**

**Hands and Digits:**Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left: **active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 4 lbs.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.1 cm**
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1 cm**. Left AROM: **flexion (75 deg.)**, **extension (45 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

## Exercise Flowsheet

| Exercise | 03/29/2021 | 04/07/2021 | 04/30/2021 | 05/20/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | | 3 min |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| putty tabletop squeeze | | | | 3 min |
| power web ext stretch | | | | 3 min |
| Heartflex | | | | 3 min |
| bicep curls 1 lb | | | | 3 min |
| wrist PRE 1 lb or FB | | | | 3 min |
| UBE Level 1 | 6 min | 4 min | 6 min | |
| t band intrinsic | 3 min | 3 min | 3 min | |
| stick bicep curls 2 lbs | 3 min | 3 min | 3 min | |
| wrist developer no weight or 1 lb | 3 min | 3 min | 3 min | |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | |
| weight hold | 3 min 5 lbs | def | def | |
| Flexbar shake | | | | |
| flexbar supination | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evalaution with continued decrease in edema. Pt presents with decrease in scar adhesions with decreased redness/irritation and increased AROM to wrist/thumb and digits. Pt scores a 75 % on Quick Dash and is off from work. Pt has modertae to severe ADL deficits and report of severe pain but is noting she is taking less pain medications. Pt was PGLLN.0086

**GARZA, LYNN (id #755601, dob:**

educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

**. Complex regional pain syndrome of upper limb -**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

**. Hand pain**

M79.642: Pain in left hand

**'atient Goals**

2 weeks
*STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)*
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 05/20/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 05/20/2021 at 12:22pm

**Encounter Date: 05/17/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/17/2021 12:40PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

RP Date ID: May 17 2021

**GARZA, LYNN (id #755601, dob:**
CV19 Telemed, Patient here for Neck Pain, Patient is here for arm pain

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet** | 04/03/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**
1 mg.

| | | |
|---|---|---|
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Problems not reviewed (last reviewed 04/30/2021)
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder |

**GARZA, LYNN (id #755601, dob:**

Brother

- Depressive disorder
- Hypertensive disorder
- Depressive disorder

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Documents for Discussion

**Discussed the following documents:**

- UNKNOWN - 05/17/21
- UNKNOWN - 05/17/21
- UNKNOWN - 05/17/21
- UNKNOWN - 04/28/21
- NECK PAIN DISABILITY QUESTIONNAIRE - 04/29/21
  Notes - NDI
- CLINICAL SUMMARY - 04/16/21
  Notes - clinical
- CVS Pharmacy Immunization Notification - 04/12/21

## Screening

None recorded.

## HPI

Patient has chosen and consented to have a telemedicine visit for followup today due to risk of COVID19.

Telemed visit today to review Cervical MRI results. discussed in detail with patient.

We reviewed MRI results and underlying pathology in detail as it relates to the persistent pain. Provided patient with copy of radiologist report for her records.

She has started OT and PT and had to take a break for 4 weeks due to personal reasons but has scheduled to resume. She states she was doing a lot of progress with therapy with improved strength and pain and is very optimistic of the progress eh has made thus far.

From Initial Visit:

## GARZA, LYNN (id #755601, dob:

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

### ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness,Limited range of motion**
**Denies:Muscle Aches,Joint Pain,Back Pain,Night Pain**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**

**ROS as noted in the HPI**

### Physical Exam

Patient is a 49-year-old
female.

Constitutional: alert,conversive, no apparent distress
Psychiatric: Judgement and insight intact, AAO x 4
Mood and Affect: mood normal, affect appropriate

MRI results

IMPRESSION
1. Cervical spine MRI demonstrates postsurgical changes posterior decompression at C5-C6 and C6-C7 with no MRI evidence of complications.
2. Multilevel spondylosis most prominent at C5-C6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-C6.
3. Left convex cervical curvature is unchanged compared to prior MRI, scoliosis versus related to muscle spasm.
4. At C5-C6 there is mild central canal stenosis with flattening but no compression or signal change of the spinal cord. Mild left neural foraminal stenosis.
5. At C6-C7 there is mild central canal stenosis with no compression or signal change of the spinal cord. No foraminal stenosis.

### Procedure Documentation

None recorded.

### Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

LUE DVT

Myofascial pain

**GARZA, LYNN (id #755601, dob:**

Chronic pain.

Cervical Radiculopathy

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

50% improvement neuropathic pain LUE sp SCS implant.

Plan

1. continue tizanidine qhs prn spasms is helpful , she has an OA with Dr Brenman.

2. Pain improved with SCS. now continue to work through deconditioning and strengthening since there is a significant improvement in pain vit OT / PT . making progress with PT and OT. encouraged her to follow through and continue as scheduled.

3. . discussed importance of Aspirin as rec by vascular for her dvt

4. discussed OIH and rec slow controlled weaning over time as tolerated.

5. Schedule followup in 3 mths to reassess. Advised to RTC sooner if needs scs reprogramming. currently is working well for her and she is pleased with the slow but forward progress.

. **Cervical radiculopathy**
M54.12: Radiculopathy, cervical region

. **Spondylosis without myelopathy**
M47.812: Spondylosis without myelopathy or radiculopathy, cervical region

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Psychosocial dysfunction due to chronic pain**
F45.42: Pain disorder with related psychological factors

. **Deep venous thrombosis of upper extremity**
I82.609: Acute embolism and thrombosis of unspecified veins of unspecified upper extremity

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 05/20/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 05/17/2021.

[illegible]

## GARZA, LYNN (id #755601, dob:

Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 05/17/2021 at 9:06pm

**Encounter Date: 04/30/2021**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/30/2021 08:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

### Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

### Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| gabapentin 300 mg capsule | 03/24/21 | filled |

LG.LIN.0093

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

**GARZA, LYNN (id #755601, dob:**

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her symptoms are doing ok today but did have a fall on her arm.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**

GARZA, LYNN (id #755601, dob:
Confirms: None
Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain
**Neck**
Confirms: None
Denies:Neck Stiffness,Swollen Glands
**Neurologic**
Confirms: None
Denies:Loss of Consciousness,Weakness,Numbness/Tingling
**Nose and Throat**
Confirms: None
Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness
**Psychological**
Confirms: None
Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism
**Respiratory**
Confirms: None
Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking
**Skin and Head**
Confirms: None
Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 03/24/2021 | 03/29/2021 | 04/07/2021 | 04/30/2021 |
|---|---|---|---|---|
| UBE Level 1 | 6 min | 6 min | 4 min | 6 min |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | 3 min | 3 min | 3 min | 3 min |
| stick bicep curls 2 lbs | 3 min | 3 min | 3 min | 3 min |
| wrist developer no weight or 1 lb | 3 min | 3 min | 3 min | 3 min |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | 3 min |
| weight hold | 3 min 5 lbs | 3 min 5 lbs | def | def |
| putty tabletop squeeze | | | | |
| Flexbar shake | | | | |
| flexbar supination | | | | |
| Heartflex | | | | |
| s/p alcohol bottle | | | | |
| power web ext stretch | | | | |
| bicep curls 1 lb | | | | |
| wrist PRE 1 lb or FB | | | | |

Procedure Documentation

GARZA, LYNN (id #755601, dob:

Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation next session. Pt did make progress with strengthening this session and tolerance to PROM/stretching to digit/wrist this session. Pt did have less guarding this session.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 05/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 04/30/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 04/30/2021 at 8:47am

**Encounter Date: 04/29/2021**

## GARZA, LYNN (id #755601, dob:

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/29/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

### Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

RP Date ID: Apr 29 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Ms. Garza feels like she has made really good progress with PT especially with regards to her neck ROM; she is having less pain in the shoulder blade as well. Worst pain level in her neck has been around a 6/10 and "it lives around there" but nonetheless she feels like this is much better/more tolerable. She does have an aggravation of her UE symptoms today because she lost her balance and fell back onto her left arm. She has also had a cervical MRI recently but does not know the results yet

## ROS

None recorded.

## Physical Exam

Patient is a 48-year-old
female.

**Cervical Spine:**Active Range of Motion: **side bending right (40 deg.) (initial 26, incoordinated)** and **left (42 deg.) (initial w/pain/incoordination)**; **rotation left (56 deg.) (initial 47)** and **right (55 deg.) (initial 23)**; and **flexion (52 deg.) (initial 30 w/ pain)** and **extension (42 deg.) (initial 20 w/ ataxic movement)**.

CURRENT: 4/28/2021:

OH reach, left: 166 with good quality

UE strength:/ left UE--grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

[illegible]

**GARZA, LYNN (id #755601, dob:**

PN: 3/12/2021:

Posture and palpation: not formally reassessed

Shoulder OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

INITIAL:

*Outcome Measure/NDI: 82% disabilty score*

## Exercise Flowsheet

| Exercise | 03/19/2021 | 04/01/2021 | 04/09/2021 | 04/29/2021 |
|---|---|---|---|---|
| MT | 20' alt iso cspine, grade 1 PA mobs, SO release | 20'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 25'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 35' PA/side/ iso |
| UBE (unless did with OT same day) | | | | |
| cuff with alt UE flexion | no cuff, 3' | no cuff, 3' (add CTJ roll next)) | no cuff, 3' (add CTJ roll next))- | 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right- | 10x alt ea, 2', 1# on right | next |
| Supine Robots | | YTT-next | YTT 2' | standing, RTT (issued for HEP) |
| No Money | | YTT (next) | 2' | RTT, 2' |
| prone I's | | | next | 10 x 10" |
| Unloaded scaption | 2.5#, 2' | 2.5#, 2' | unable today | dc |
| modified rock backs | | | | next |
| Prone T's | | | | next |
| laser assisted motion | next | next | | next |
| open books | | next | 2' ea | continue |
| apleys ext/ER | | seated w/towel roll (wait) | seated w/towel roll (wait) | |
| unloaded/seated rotation | 3' | 3' (hep next) | | |
| unloaded/seated flex/ext | 3' | 3'(hep next) | | |
| Seated Shoulder Flexion | 2' | 2' (dc next) | | |
| cervical retraction w/ cuff | | dc | | |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 20 minutes

**GARZA, LYNN (id #755601, dob:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of grade 2-3 PA and lateral glide mobs to the c-spine; end range isometrics for rotation and reassessment time

## Assessment / Plan

CURRENT: 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

PN: 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

**. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/30/2021 at 08:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 04/29/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 04/29/2021 at 1:51pm

**Encounter Date: 04/09/2021**

## Patient

| | | | | |
|---|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/09/2021 11:00AM | LG.LIN.0102 |

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>*Policy/Group # : 10825000*<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 04/03/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 04/03/21 | entered |
| **ketoconazole 2 % shampoo** | 04/03/21 | entered |

**GARZA, LYNN (id #755601, dob:**
20 mgml.

| | | |
|---|---|---|
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/03/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/03/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none

**GARZA, LYNN (id #755601, dob:**

Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she is having increased pain in her hand today. Just woke up with it; doesn't seem to matter if she wears her sleeve or not. The left hand is also much colder than the right

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 03/05/2021 | 03/19/2021 | 04/01/2021 | 04/09/2021 |
|---|---|---|---|---|
| MT | 20' alt iso cspine, shoulder, gentle mobs; 35' | 20' alt iso cspine, grade 1 PA mobs, SO release | 20'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 25'-grade 2 PA mobs c-spine; grade 3-4 t-spine |
| cuff with alt UE flexion | 3' | no cuff, 3' | no cuff, 3' (add CTJ roll next)) | no cuff, 3' (add CTJ roll next))- |
| supine reverse codmans | 10x alt ea, 2' | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right- | 10x alt ea, 2', 1# on right |
| Supine Robots | | | YTT-next | YTT 2' |
| No Money | | | YTT (next) | 2' |
| prone I's | | | | next |
| Unloaded scaption | 2.5#, 2' | 2.5#, 2' | 2.5#, 2' | unable today |
| open books | | | next | 2' ea |
| apleys ext/ER | | | seated w/towel roll (wait) | seated w/towel roll (wait) |
| unloaded/seated rotation | next | 3' | 3' (hep next) | |
| unloaded/seated flex/ext | next | 3' | 3'(hep next) | |
| Seated Shoulder Flexion | 2' | 2' | 2' (dc next) | |
| cervical retraction w/ cuff | 3' | | dc | |

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| laser assisted motion | cervical ROM, rot/diag/ext/flex, 1' ea | next | next |

## Procedure Documentation

**97112: Neuromuscular Re-Education:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of grade 2-3 PA mobs to the c-spine; grade 3-4 tspine PA /unilateral mobs /manip w/patient approval

## Assessment / Plan

Patient tolerated thoracic mobilizations well today. Was able to produce a cavitation (with patient approval) at 2 levels. Additional grade 2-3 PA mobs to c-spine and STM performed for pain relief; She was found to have decreased temperature in the left had as well as decreased tolerance for activities requiring her to grip with her left hand

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/16/2021 at 08:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 04/09/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 04/09/2021 at 2:29pm

**Encounter Date: 04/07/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/07/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

RP Date ID: Apr 7 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/03/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 04/03/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/03/21 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/03/21 | entered |
| **nortriptyline 25 mg capsule** | 04/03/21 | entered |

25 mg.

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)

**GARZA, LYNN (id #755601, dob:**

Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a bad day.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 03/10/2021 | 03/24/2021 | 03/29/2021 | 04/07/2021 |
|---|---|---|---|---|
| UBE Level 1 | 6 min | 6 min | 6 min | 4 min |
| weight hold | 3 min 5 lbs | 3 min 5 lbs | 3 min 5 lbs | def |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | 3 min | 3 min | 3 min | 3 min |

LG.LIN.0109

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| stick bicep curls 2 lbs | 3 min | 3 min | 3 min | 3 min |
| wrist developer no weight or 1 lb | 3 min | 3 min | 3 min | 3 min |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | 3 min |
| putty tabletop squeeze | | | | |
| Flexbar shake | | | | |
| flexbar supination | | | | |
| Heartflex | | | | |
| s/p alcohol bottle | | | | |
| power web ext stretch | | | | |
| bicep curls 1 lb | | | | |
| wrist PRE 1 lb or FB | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 19 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt was more guarded this session, was more sensitive to touch, and had more pain with PROM/stretching this session. Pt was unable to tolerate completing full thera ex and required more rest breaks this session due to pain this session.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**

**GARZA, LYNN (id #755601, dob:**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 04/07/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 04/07/2021 at 12:11pm

**Encounter Date: 04/01/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/01/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

RP Date ID: Apr 1 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 03/31/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 03/31/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 03/31/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 03/31/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 03/31/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **Lexapro 20 mg tablet**<br>20 mg. | 03/31/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/31/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 03/31/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 03/31/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 03/31/21 | entered |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>4 mg. | 03/31/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 03/31/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 03/31/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/31/21 | entered |

RP Date ID: Apr 1 2021

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: Y
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she saw pain management doctor yesterday and they are going to order another cervical MRI. She did have an episode of numbness, "a dead sensation" in the 4th and 5th fingers of her left hand that lasted about a day and half last week. Unsure why but it went away as quickly as it came. She states that looking up is currently her primary complaint/restriction

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 | 03/05/2021 | 03/19/2021 | 04/01/2021 |
|---|---|---|---|---|
| MT | alt iso cspine, shoulder, gentle | 20' alt iso cspine, shoulder, gentle | 20' alt iso cspine, grade 1 PA mobs, SO | 20'-grade 2 PA mobs c-spine; grade 3-4- |

| | | | | |
|---|---|---|---|---|
| | mobs, 3' | mobs, 3' | release | spine |
| cuff with alt UE flexion | 3' | 3' | no cuff, 3' | no cuff, 3' (add CTJ roll next)) |
| supine reverse codmans | | 10x alt ea, 2' | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right- |
| Supine Robots | | | | YTT-next |
| No Money | | | | YTT (next) |
| laser assisted motion | all planes | cervical ROM, rot/diag/ext/flex, 1' ea | next | next |
| Unloaded scaption | next | 2.5#, 2' | 2.5#, 2' | 2.5#, 2' |
| open books | | | | next |
| apleys ext/ER | | | | seated w/towel roll (wait) |
| unloaded/seated rotation | next | next | 3' | 3' (hep next) |
| unloaded/seated flex/ext | next | next | 3' | 3'(hep next) |
| Seated Shoulder Flexion | next | 2' | 2' | 2' (dc next) |
| cervical retraction w/ cuff | 3' | 3' | | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 6 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 6 minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of grade 2-3 PA mobs to the c-spine; grade 3-4 tspine PA /unilateral mobs

## Assessment / Plan

Addition of manual segmental PA mobilizations to CT spine today; demonstrates significant hypomobility throughout. Would benefit from additional mobilization activities which will be added at the next visit provided there was no adverse response to todays session. Tspine mobs/grade 5 manipulation may be beneficial for "resetting" the sympathetic ganglion as well and have a positive impact on her CRPS

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM

**GARZA, LYNN (id #755601, dob:**

- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 04/01/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 04/01/2021 at 12:44pm

**Encounter Date: 03/31/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/31/2021 08:40AM |
| **DOB** | | **Service Dept.** | MISSION TRAIL OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

Patient here for Neck Pain, Left Patient is here for arm pain

3 month follow up cervical
lead pull
FU CERVICAL

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 138/90 sitting 03/31/2021 09:06 am | **BMI:** | 29.5 03/31/2021 09:07 am | **Ht:** | 5 ft 2 in Stated 03/31/2021 09:06 am |
| **Pain Scale:** | 8 03/31/2021 09:07 am | **Pulse:** | 98 bpm regular 03/31/2021 09:07 am | **Wt:** | 161.2 lbs With clothes 03/31/2021 09:07 am |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** — 04/03/21 entered
300 mg.

**clobetasoL 0.05 % scalp solution** — 04/03/21 entered

5 mgml.

| | | |
|---|---|---|
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 04/03/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/03/21 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamol 500 mg tablet**<br>500 mg. | 04/03/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/03/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Problems

Reviewed Problems
No known problems

## Family History

**GARZA, LYNN (id #755601, dob:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: Y
Thyroid Disease: **Y**

## Documents for Discussion

**Discussed the following documents:**

- UNKNOWN - 03/31/21
- MRI, ELBOW, W/O CONTRAST - 01/21/21
- Clinical Document - 03/31/21
  Notes - Patient Facesheet
- NECK PAIN DISABILITY QUESTIONNAIRE - 03/12/21
- Clinical Document - 02/24/21
  Notes - Patient Facesheet
- NECK PAIN DISABILITY QUESTIONNAIRE - 02/12/21
- Clinical Document - 02/12/21
  Notes - Patient Consent Form
- Clinical Document - 02/12/21
  Notes - Patient Facesheet
- PHYSICAL THERAPY - 02/11/21
- PHYSICAL THERAPY - 01/06/21
  Notes - ot exercise sheet
- PHYSICAL THERAPY - 01/06/21
- Clinical Document - 01/06/21
  Notes - Patient Consent Form
- Clinical Document - 01/06/21
  Notes - Patient Facesheet
- Clinical Document - Record of Care - 03/31/21
- CVS Pharmacy Immunization Notification - 03/19/21
- Clinical Document - Record of Care - 02/24/21
- Clinical Document - Record of Care - 02/12/21

**GARZA, LYNN (id #755601, dob:**

- Clinical Document - Record of Care - 01/06/21

## Screening

None recorded.

## HPI

Ms Garza presents for followup today 6 mths post SCS implant.

She is making slow and steady progress forward now, She has started OT/PT and reports it has been very helpful for her in regaining some strength. She has made progress with adls like doing her hair and is working on other tasks around the house. With weather she has some increasing arm pain. Elbow MRI reviewed which is essentially normal.

as noted previously

She reports 50% improvement in her pain. She states she was unsure if it was helpful and as such turned off device x 1 week and she had significantly worsening neuropathic pain and she turned device back on again with improvement.

She does continue ot have deep dull achie in her arm and occasionally "flashes of pain across scar" and upper extremity swelling. She also has a inner elbow tightness localised swelling which is locally painful and restricts elbow flexion and extension.

She does have hx of UE DVT and reports she has not been consistent with taking aspirin as instructed by vascular md

She also complains of trapezius spasms and tightness.

She has not started PT/OT post implant.

From Initial Visit:

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
Confirms: Muscle Weakness,Limited range of motion
**Denies:Muscle Aches,Joint Pain,Back Pain,Night Pain**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**

**GARZA, LYNN (id #755601, dob:**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 48-year-old
female.

Constitutional: well-developed, well-nourished, and in no acute distress, appearing stated age,
Neck pvttp + trapezius spasms negative spurling + facet loading
LUE + mottling decreased grip strength, no allodynia noted
Neuro: AA&Ox3,

Cervical xray to evaluate electrode positioning.

## Procedure Documentation

**Xray, Cervical, 2-3V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: 2 views AP Lateral

**X-Ray Findings/Interpretation:**

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

LUE DVT

Myofascial pain

Chronic pain.

Cervical Radiculopathy

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

50% improvement neuropathic pain LUE sp SCS implant.

Plan

1. Refill tizanidine qhs prn spasms is helpful , she has an OA with Dr Brenman.

2. some programming adjustments were made with vendor rep and patient today.

2. Pain improved with SCS. now continue to work through deconditioning and strengthening since there is a significant improvement in pain vit OT / PT

3. MRI C spine to evaluate for any worsening stenosis, she was noted to have significant NF stenosis on old MRI

4. discussed importance of Aspirin as rec by vascular for her dvt

Psychometric Testing: Performed today using computerized testing with physician interpretation in order to identify the presence of psychogenic factors to the patient's pain complaint so as to guide medication management and other treatment modalities. PROMIS-29 reviewed and notes severe pain interference and mild physical dysfunction along with high impact pain. We will track

these outcomes over time and adjust therapy accordingly.

Measuring improvements over time and after intervention is a difficult task. There are limitations to the VAS pain scale, as it often does not correlate well with a patients self-reported levels percent improvement. In order to better track outcomes, we administered the PROMIS (Patient Reported Outcomes Measurement Information System)-29 questionnaire both pre-trial and again today, with the following results:

v1.0 Pain Interference 4a score improved from 76 to 72, not statistically significant.

v2.0 Social Participation score stayed at 27; not statistically significant.

v1.0 Sleep Disturbance 4a score improved from 73 to 68; not statistically significant.

v1.0 Fatigue 4a score stayed at 55; not statistically significant.

v1.0 Depression 4a score improved from 57 to 41; a statistically significant improvement.

v1.0 Anxiety 4a score improved from 60 to 51; a statistically significant improvement.

v1.0 Physical Function 4a score improved from 35 to 40; not statistically significant.

03/31/2021 - Pain Impact Score: 36/50 (High)

. **Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- MRI, CERVICAL SPINE, W/O CONTRAST
Height (ft.): 5 ft 2 in Weight (lbs): 161

. **Spondylosis without myelopathy**
M47.812: Spondylosis without myelopathy or radiculopathy, cervical region

. **Chronic pain syndrome**

G89.4: Chronic pain
syndrome

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site
- tizanidine 4 mg tablet - take 1-2 tabs po qhs prn spasms Qty: 180 tablet(s) Refills: 0 Pharmacy: OPTUM RX MAIL ORDER PHARMACY (PRIMARY)

. **Psychosocial dysfunction due to chronic pain**
F45.42: Pain disorder with related psychological factors

. **Deep venous thrombosis of upper extremity**
I82.609: Acute embolism and thrombosis of unspecified veins of unspecified upper *extremity*

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 04/03/2021.
Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 04/03/2021 at 10:23am

**GARZA, LYNN (id #755601, dob:**

REAL WORLD OUTCOMES

Lynn Garza **TSAOG**

**D.O.B.** **MRN:** 755601 **Date:** 03/01/2021

| Global Pain | Pain Impact | NDI |
|---|---|---|
| **8/10** - [illegible] | **36/50** - [illegible] | **35/50** - [illegible] |

PROMIS ASSESSMENTS*

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Anxiety | 51.36 | [illegible] | [illegible] |
| Depression | 40.99 | [illegible] | [illegible] |
| Fatigue | 55.21 | [illegible] | [illegible] |
| Pain Interference | 71.56 | Severe | [illegible] |
| Physical Function | 40.27 | [illegible] | [illegible] |
| Sleep Disturbance | 68.78 | Moderate | [illegible] |
| Social Participation | 27.49 | Severe | [illegible] |

Assessment History





**GARZA, LYNN (id #755601, dob:**



[illegible]

**GARZA, LYNN (id #755601, dob:**

**Encounter Date: 03/29/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/29/2021 09:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 03/28/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 03/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 03/18/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease |
| Sister | - Heart disease<br>- Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020

RP Date ID: Mar 29 2021

**GARZA, LYNN (id #755601, dob:**
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her symptoms are doing ok.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Exercise Flowsheet

| Exercise | 03/03/2021 | 03/10/2021 | 03/24/2021 | 03/29/2021 |
|---|---|---|---|---|
| UBE Level 1 | 6 min | 6 min | 6 min | 6 min |
| weight hold | | 3 min 5 lbs | 3 min 5 lbs | 3 min 5 lbs |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | | 3 min | 3 min | 3 min |
| stick bicep curls 2 lbs | | 3 min | 3 min | 3 min |
| wrist developer no weight or 1 lb | | 3 min | 3 min | 3 min |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | 3 min |
| putty tabletop squeeze | 3 min | | | |
| Flexbar shake | 3 min | | | |
| flexbar supination | 3 min | | | |
| Heartflex | 3 min | | | |
| foam roll with wrist flex/ext stretch | | | | |
| s/p alcohol bottle | | | | |
| power web ext stretch | | | | |
| putty intrinsic tool | | | | |
| bicep curls 1 lb | | | | |
| constant force | | | | |
| dowel press with large knob cervical unloading with hand gripper | | | | |
| wrist PRE 1 lb or FB | | | | |
| putty RD/UD tool | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

*Pt has follow up with Dr Grewal this week. Pt is continuing to make improvements in therapy when performing thera ex, increase* in strength but does continue to be guarded/increase awareness of her symptoms with soft tissue mobs/PROM. Pt has full digit PROM and functional wrist flexion with continued restrictions into wrist extension.

RP Date ID: Mar 29 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**ᵃatient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**ᵃatient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Continue with current plan of care.

Return to Office

- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/01/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/29/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/29/2021 at 12:06pm

**Encounter Date: 03/24/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/24/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

LG.LIN.0128

RP Date ID: Mar 29 2021

**GARZA, LYNN (id #755601, dob:**

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## *Patient's Care Team*

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |

LGJUN0129

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 03/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 03/18/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

RP Date ID: Mar 29 2021

**GARZA, LYNN (id #755601, dob:**

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she has cold hands today and pain.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 02/25/2021 | 03/03/2021 | 03/10/2021 | 03/24/2021 |
|---|---|---|---|---|
| UBE Level 1 | | 6 min | 6 min | 6 min |
| weight hold | | | 3 min 5 lbs | 3 min 5 lbs |
| hand gripper | 3 min | 3 min | 3 min | 3 min |

LG.LIN.0131

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| t band intrinsic | | | 3 min | 3 min |
| stick bicep curls 2 lbs | | | 3 min | 3 min |
| wrist developer no weight or 1 lb | | | 3 min | 3 min |
| flexbar wrist flexor stretch | | 3 min | 3 min | 3 min |
| putty tabletop squeeze | 3 min | 3 min | | |
| Flexbar shake | | 3 min | | |
| flexbar supination | | 3 min | | |
| Heartflex | 3 min | 3 min | | |
| foam roll with wrist flex/ext stretch | | | | |
| s/p alcohol bottle | 3 min | | | |
| power web ext stretch | 3 min | | | |
| putty intrinsic tool | | | | |
| bicep curls 1 lb | 3 min | | | |
| constant force | | | | |
| dowel press with large knob cervical unloading with hand gripper | | | | |
| wrist PRE 1 lb or FB | 3 min | | | |
| putty RD/UD tool | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did have increase in cold sensation at beginning of treatment but by of end of treatment post manual and hot pack patient had normal temp. Pt does continue to be motivated and works hard in therapy with increasing weight and strengthening. Pt continues with restrictions into wrist extension.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

**GARZA, LYNN (id #755601, dob:**

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/29/2021 at 09:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/01/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/24/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/24/2021 at 12:17pm

**Encounter Date: 03/19/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/19/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax

RP Date ID: Mar 19 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**
(913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 03/18/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

**GARZA, LYNN (id #755601, dob:**

## HPI

Patient arrived 20 min late to todays session. States she has had a "rough week" with getting her Covid-19 shot an other personal committments. So she has increased soreness and overall fatigue today as well as increased left cervical and scapular pain

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 | 03/05/2021 | 03/19/2021 |
|---|---|---|---|
| MT | alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, grade 1 PA mobs, SO release |
| cervical retraction w/ cuff | 3' | 3' | |
| cuff with alt UE flexion | 3' | 3' | no cuff, 3' |
| supine reverse codmans | | 10x alt ea, 2' | 10x alt ea, 2', 1# on right |
| Seated Shoulder Flexion | next | 2' | 2' |
| laser assisted motion | all planes | cervical ROM, rot/diag/ext/flex, 1' ea | next |
| Unloaded scaption | next | 2.5#, 2' | 2.5#, 2' |
| unloaded/seated flex/ext | next | next | 3' |
| unloaded/seated rotation | next | next | 3' |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 9 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 9 minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

Once arriving to PT patient developed some nausea which persisted throughout the session. No worsening or improvement in symptoms during session, however the patient was able to complete all requested exercises on this date

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AMG.LIN.0136

[illegible]

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/29/2021 at 09:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/01/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 03/19/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 03/19/2021 at 1:01pm

**Encounter Date: 03/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/12/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

**ALPRAZolam 0.5 mg tablet** — 03/04/21 filled
5 mg.

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** — 02/18/21 filled
300 mg.

**clobetasoL 0.05 % scalp solution** — 01/21/21 filled

**GARZA, LYNN (id #755601, dob:**
5 mg/ml.

| | | |
|---|---|---|
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| Mother | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Unspecified Relation | - Heart disease |
| | - Heart disease |
| Sister | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she feels like the therapy is helping. She has improved awareness of her posture/cervical alignment and feels that her ROM is improved. It is very difficult to tell if her arm pain is improved though because of the coexisting CRPS

## ROS

None recorded.

## Physical Exam

Patient is a 48-year-old
female.

**Cervical Spine:**Active Range of Motion: **side bending right (36 deg.) (initial 26, incoordinated)** and **left (32 deg.) (initial w/pain/incoordination)**; **rotation left (56 deg.) (initial 47)** and **right (55 deg.) (initial 23)**; and **flexion (36 deg.) (initial 30 w/ pain)** and **extension (30 deg.) (initial 20 w/ ataxic movement)**.

CURRENT: 3/11/2021:

Posture and palpation: not formally reassessed

Shoulder OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

RP Date ID: Mar 12 2021

**GARZA, LYNN (id #755601, dob:**

Posture: bil scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 03/12/2021 |
|---|---|
| MT | |
| cervical retraction w/ cuff | 3' |
| cuff with alt UE flexion | 3' |
| supine reverse codmans | 10x alt ea, 2' |
| Seated Shoulder Flexion | 2' |
| Unloaded scaption | 2.5#, 2' |
| laser assisted motion | cervical ROM, rot/diag/ext/flex-- |
| unloaded/seated flex/ext | next |
| unloaded/seated rotation | next |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 25 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 25 minutes of one on one time.

**97140: Manual Therapy:**

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

CURRENT: 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

RP Date ID: Mar 12 2021

**GARZA, LYNN (id #755601, dob:**

INITIAL:

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**'atient Goals**

Patient to be ind in HEP--2 weeks--ongoing
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- *Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM*
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 03/12/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 03/12/2021 at 1:33pm

**GARZA, LYNN (id #755601, dob:**
**Encounter Date: 03/10/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/10/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10625000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none

GARZA, LYNN (id #755601, dob:

Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she was having increase in symptoms today but her battery had not charged and her pump was not on.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
Confirms: None
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

RP Date ID: Mar 10 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

R grip 50
lbs

L grip 4 lbs

Exercise Flowsheet

| Exercise | 02/11/2021 | 02/25/2021 | 03/03/2021 | 03/10/2021 |
|---|---|---|---|---|
| UBE Level 1 | | | 6 min | 6 min |
| weight hold | | | | 3 min 5 lbs |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | | | | 3 min |
| stick bicep curls 2 lbs | | | | 3 min |
| wrist developer no weight or 1 lb | | | | 3 min |
| flexbar wrist flexor stretch | | | 3 min | 3 min |
| putty tabletop squeeze | 3 min | 3 min | 3 min | |
| Flexbar shake | | | 3 min | |
| flexbar supination | | | 3 min | |
| Heartflex | 3 min | 3 min | 3 min | |
| s/p alcohol bottle | 3 min | 3 min | | |
| power web ext stretch | 3 min | 3 min | | |
| bicep curls 1 lb | 3 min | 3 min | | |
| wrist PRE 1 lb or FB | 3 min | 3 min | | |
| foam roll with wrist flex/ext stretch | | | | |
| frisbee ball | | | | |
| putty intrinsic tool | | | | |
| constant force | | | | |
| mirror therapy | | | | |
| dowel press with large knob cervical unloading with hand gripper | | | | |
| rotate splint balls | | | | |
| putty RD/UD tool | | | | |
| wheel flex/ext PROM | | | | |
| weight lift 1 lb | | | | |
| small fuzzy ball pick up | | | | |
| jux a cisor | | | | |
| rubberband removal | | | | |

RP Date ID: Mar 10 2021

**GARZA, LYNN (id #755601, dob:**
MCP ext

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did have more increase in symptoms this session with stretching and due to patient goof functional PROM therapist deferred over stretching/PROM this session. Pt was able to tolerate increase in grip strengthening and overall UE strengthening.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**atient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**iscussion Notes**
Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/10/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/10/2021 at 11:46am

**GARZA, LYNN (id #755601, dob:**
**Encounter Date: 03/05/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/05/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020

**GARZA, LYNN (id #755601, dob:**

Most Recent Tobacco Use Screening: [illegible]
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
*Thyroid Disease:* **Y**

## Screening

None recorded.

## HPI

Patient states she was sore following her last session and needed to take a pain pill again in the pm. She took 1/4 of a mm relaxer prior to PT this morning. Currently reporting 8/10 pain in her arm today

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 | 03/05/2021 |
|---|---|---|
| MT | alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, shoulder, gentle mobs, 35' |
| cervical retraction w/ cuff | 3' | 3' |
| cuff with alt UE flexion | 3' | 3' |
| supine reverse codmans | | 10x alt ea, 2' |
| Seated Shoulder Flexion | next | 2' |
| laser assisted motion | all planes | cervical ROM, rot/diag/ext/flex, 1' ea |
| Unloaded scaption | next | 2.5#, 2' |
| unloaded/seated flex/ext | next | next |
| unloaded/seated rotation | next | next |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 8-22. See exercise log for specific activities. 18 minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

*The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics*

## Assessment / Plan

## GARZA, LYNN (id #755601, dob:

Initiated visual/laser feedback today to improve awareness of cervical positioning/mobility. Felt the session was challenging but helpful. Continue to address poor postural proprioception

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 03/05/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 03/05/2021 at 1:11pm

**Encounter Date: 03/03/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/03/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 12/23/2020)

RP Date ID: Mar 3 2021

**GARZA, LYNN (id #755601, dob:**

NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| ***zolpidem 10 mg tablet***<br>10 mg. | 12/12/20 | filled |

LG.LIN.0151

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a good day.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**

RP Date ID: Mar 3 2021

**GARZA, LYNN (id #755601, dob:**

**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 02/04/2021 | 02/11/2021 | 02/25/2021 | 03/03/2021 |
|---|---|---|---|---|
| UBE Level 1 | | | | 6 min |
| flexbar wrist flexor stretch | | | | 3 min |
| putty tabletop squeeze | | 3 min | 3 min | 3 min |
| hand gripper | | 3 min | 3 min | 3 min |
| Flexbar shake | | | | 3 min |
| flexbar supination | | | | 3 min |
| Heartflex | 3 min | 3 min | 3 min | 3 min |
| s/p alcohol bottle | | 3 min | 3 min | |
| power web ext stretch | | 3 min | 3 min | |
| bicep curls 1 lb | | 3 min | 3 min | |
| wrist PRE 1 lb or FB | | 3 min | 3 min | |
| foam roll with wrist flex/ext stretch | 3 min | | | |
| putty intrinsic tool | 3 min | | | |
| constant force | 3 min or rubberband | | | |
| dowel press with large knob cervical unloading with hand gripper | 3 min 3 min | | | |

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| putty RD/UD tool | 3 min |
| frisbee ball | |
| mirror therapy | |
| rotate splint balls | |
| wheel flex/ext PROM | |
| weight lift 1 lb | |
| small fuzzy ball pick up | |
| jux a cisor | |
| rubberband removal MCP ext | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt does present this session with increased ability to tolerate PROM and thera ex with less report of pain and fatigue. Pt does continue with edema/soft tissue at medial/proximal elbow. Pt does continue with motivation to get better and work hard in therapy with new activities. Pt is aware of her symptoms and not over doing it with thera ex and at home.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression

RP Date ID: Feb 26 2021

**GARZA, LYNN (id #755601, dob:**

sleeve

**Discussion Notes**

Continue with current plan of care.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- *Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM*
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/03/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/03/2021 at 12:49pm

**Encounter Date: 02/26/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/26/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

**ALPRAZolam 0.5 mg tablet** 12/07/20 filled
5 mg.

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** 02/18/21 filled

N.0155

**GARZA, LYNN (id #755601, dob:**
300 mg.

| | | |
|---|---|---|
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

Father
- Diabetes mellitus
- Depressive disorder

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| | - Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States this is a pretty good day but she did take a little bit of pain medication prior to coming

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 |
|---|---|
| MT | alt iso cspine, shoulder, gentle mobs, 35' |
| cervical retraction w/ cuff | 3' |
| cuff with alt UE flexion | 3' |
| unloaded/seated flex/ext | next |
| unloaded/seated rotation | next |
| laser assisted motion | all planes |
| Seated Shoulder Flexion | next |
| Unloaded scaption | next |

LG.LIN.0157

**GARZA, LYNN (id #755601, dob:**

## Procedure Documentation

**97112: Neuromuscular Re-Education:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 8-22. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

Generally good tolerance for todays program which consisted primarily of manually resisted, low level isometrics for c spine rotation and lateral sidebending as well as shoulder isometrics; was able to improve recruitment of the deep neck flexors with biocuff training

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 02/26/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 02/26/2021 at 1:46pm

**Encounter Date: 02/25/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/25/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

RP Date ID: Feb 25 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule.extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule** | 02/19/21 | filled |

N.0159

**GARZA, LYNN (id #755601, dob:**

TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

RP Date ID: Feb 25 2021

**GARZA, LYNN (id #755601, dob:**

None recorded.

## HPI

Pt reports cold weather was bad for her symptoms but overall she still has good days and bad days. Pt did report she took pain pill.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 01/28/2021 | 02/04/2021 | 02/11/2021 | 02/25/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | 3 min | 3 min |
| hand gripper | | | 3 min | 3 min |
| putty tabletop squeeze | | | 3 min | 3 min |
| power web ext stretch | | | 3 min | 3 min |
| Heartflex | 3 min | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | 3 min | 3 min |

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| wrist PRE 1 lb or FB | | | 3 min | 3 min |
| foam roll with wrist flex/ext stretch | 3 min | 3 min | | |
| putty intrinsic tool | 3 min | 3 min | | |
| constant force | | 3 min or rubberband | | |
| dowel press with large knob cervical unloading with hand gripper | | 3 min 3 min | | |
| putty RD/UD tool | 3 min | 3 min | | |
| Dowel board comp/hook | | | | |
| frisbee ball | 3 min | | | |
| mirror therapy | | | | |
| pillow wrist ext stretch | | | | |
| rotate splint balls | 3 min | | | |
| wheel flex/ext PROM | | | | |
| weight lift 1 lb | | | | |
| small fuzzy ball pick up | | | | |
| jux a cisor | | | | |
| rubberband removal MCP ext | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist does note this session patient with coldness sensation to tips fo finger tips and mild discoloration to tips as well. Pt does continue with report of pain/guarding and muscle spasms with PROM but patient reports she notes stretching and PROM help. Pt did have better AROM with thera ex this session and was able tolerate increase in strength and vibratory input thera ex.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

RP Date ID: Feb 24 2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. - 2829 BABCOCK RD, ARTE 700, SAN ANTONIO TX 78229 ...

## GARZA, LYNN (id #755601, dob:

. **Hand pain**
M79.642: Pain in left hand

**atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**iscussion Notes**

Continue with current plan of care.

### Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

### Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/25/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/25/2021 at 12:20pm

**Encounter Date: 02/24/2021**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/24/2021 09:00AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

follow-up

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

RP Date ID: Feb 24 2021

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet** | 11/10/20 | entered |

**GARZA, LYNN (id #755601, dob:**
50 mg.

**zolpidem 10 mg tablet** 12/12/20 filled
10 mg.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Asynchronous telemedicine visit. The patient still has pain in the left upper limb. She had an MRI scan of the left elbow that was unremarkable on 01/21/2020 because she has swelling in that area. She denies any progressive weakness or bowel or bladder changes. Still has pain in that area. It has improved a little bit. She was in occupational therapy. She reports Dr. Grewal sent her to physical therapy for her neck. She cut back nortriptyline from 75 to 25 mg because she felt like " serotonin syndrome." Still takes Lexapro and Wellbutrin. She wants to try gabapentin once again. She denies any bowel or bladder changes. She is status post spinal cord stimulator implant from Dr. Vardiman.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**

**GARZA, LYNN (id #755601, dob:**

**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness,Joint Pain,Limited range of motion,Night Pain**
**Denies:Muscle Aches,Back Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**
**Reveals neck and left upper limb pain.**

## Physical Exam

None recorded.

## Exercise Flowsheet

None recorded.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post spinal cord stimulator implant with ongoing neuropathic pain. It got worse with cold weather and also the stress of not just the pandemic, but also the lack of water and heat during that 1 week of time.

PLAN
At this point, I told her to stay through the course. She is seeing a pain psychologist. I gave her the name of psychiatrist. She has been seeing 1 via Zoom in Kansas City.

At this point in time, the patient will continue with her current medication regimen, like gabapentin 300 mg at night and it is increased to 600 mg after a week. Drug risks and interactions were discussed. Questions answered. She will call if she gets worse in the meantime. Hopefully, the physical therapy will help.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb
- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 300 mg capsule - 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 02/25/2021.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 02/25/2021 at 8:40am

**Encounter Date: 02/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/12/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO) Insurance # : YBC05K020697 | | |

RP Date ID: Feb 12 2021

[illegible]

**GARZA, LYNN (id #755601, dob: )**

Policy/Group # : 10825000
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

***Primary Care Provider:*** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
***Primary Care Provider:*** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, *CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997*

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasol. 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamol. 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days | 01/17/21 | filled |

LG.LIN.0167

**GARZA, LYNN (id #755601, dob:**

Take 1 capsule(s) every day by oral route ... for 90 days.

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/Interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

**GARZA, LYNN (id #755601, dob:**

None recorded.

## HPI

Patient reports a long standing history of pain involving her neck and right UE. She has had multiple right UE surgeres over the past several years including an open fasciotomy and scar revision/carpal tunnel release. She developed swelling after this and much later was found to have a small blood clot in the upper arm. Has been taking aspirin x 1 year but no change in swelling. She was slso diagnosed with CRPS and received a spinal cord stimulator last September. No reported improvement in arm pain after that and perceives a worsening of the neck pain and stiffness since then. Reports avg level of pain 6-7/10 even with pain medication and mm relaxers. This is reported to be in the post-lat cervical region, scapular region and down the left arm into all fingers. Denies numbness/tingling. Most recent cervical MRI was performed in 2019 and showed severe C5-6 end plate changes with severe central and bil NF stenosis. She has some discomfort ant tightness in the right cervical region but this is not reported to be significant. States she gets fairly regular headaches (4-5x/week) that starts behind her left eye and also occurs in the back of the head.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Cervical Spine:**Active Range of Motion: **side bending right (26 deg.) (incoordinated)** and **left (24 deg.) (w/pain/incoordination)**, **rotation left (47 deg.)** and **right (23 deg.)**, and **flexion (30 deg.) (w/ pain)** and **extension (20 deg.) (w/ ataxic movement)**.

INITIAL:

Posture: bil scapular protraction and depression esp on the left

RP Date ID: Feb 12 2021

**GARZA, LYNN (id #755601, dob:**

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 02/12/2021 |
|---|---|
| MT | c-spine ROM, STM, gentle mobs |
| seated ball roll outs | |
| modified open books | |
| supine retraction | |
| unloaded rotation | |
| SB with rotation | |
| rotation with flexion | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 10 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibilty. Includes instruction in HEP designed to improved postural awareness and cervical ROM. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 12 minutes

The patient received manual therapy consisting of attempted gentle SO release/distraction, PROM, low level neutral isometrics for bil rotation and sidebending

**97162 PT Eval - Moderate:**

Physical Therapy Evaluation: moderate complexity was performed.

## Assessment / Plan

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x6

LG/LYN 0170

weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular *reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education*/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**'atient Goals**

Patient to be ind in HEP--2 weeks
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks
Patient to report elimination of 50% pf radidcular s/s--4 weeks
Patient to demo cervical rotation to at least 60 deg bil--6 weeks
Patient to demo an improvement in NDI score to < 40% disability--6 weeks

## Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 02/16/2021 at 05:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - MEDICARE at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 02/12/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 02/12/2021 at 4:30pm

**Encounter Date: 02/11/2021**

Patient

**Name** GARZA, LYNN (48yo, F) ID# 755601 **Appt Date/Time** 02/11/2021 10:30AM

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

**GARZA, LYNN (id #755601, dob:**

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

**OT Daily Progress Note**
Reported by patient.
How are you feeling? fluctuates, patient has noted improvements with therapy but at todays re-evaluation session she had worse symptoms due to not taking pain pill and cold weather.
Severity: rest 8/10; activity 9/10; location: **(from upper mid arm down to fingertips)**
Function: ADLs limited **(Quick Dash 86 %)**; Pt reports she tries every day to use her L hand as normal as possible. Pt reports she is able to write a little more with her hand but does fatigue easily. Pt reports her mornings are better than afternoon. Pt continues to report severe limitations with daily ADL's such as opening containers, fine motor activities, performing house hold chores and inability to work.
Previous OT Session: helping

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Hands and Digits:**Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar**

**GARZA, LYNN (id #755601, dob:**

Thumb Left: **active opposition (1.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.1 cm**
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1 cm.** Left AROM: **flexion (56 deg.), extension (35 more pain this session deg.), pronation (90 deg.), supination (90 deg.), radial deviation (5 deg.),** and **ulnar deviation (8 deg.)**; **I.E wrist ext was 64.**

## Exercise Flowsheet

| Exercise | 01/22/2021 | 01/28/2021 | 02/04/2021 | 02/11/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | | 3 min |
| hand gripper | | | | 3 min |
| putty tabletop squeeze | | | | 3 min |
| power web ext stretch | | | | 3 min |
| Heartflex | | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | | 3 min |
| wrist PRE 1 lb or FB | | | | 3 min |
| foam roll with wrist flex/ext stretch | | 3 min | 3 min | |
| putty intrinsic tool | | 3 min | 3 min | |
| constant force | | | 3 min or rubberband | |
| dowel press with large knob cervical unloading with hand gripper | | | 3 min 3 min | |
| putty RD/UD tool | | 3 min | 3 min | |
| frisbee ball | | 3 min | | |
| mirror therapy | 6 min | | | |
| rotate splint balls | | 3 min | | |
| wheel flex/ext PROM | 3 min | | | |
| weight lift 1 lb | 3 min | | | |
| small fuzzy ball pick up | 3 min | | | |
| jux a cisor | 3 min | | | |
| rubberband removal MCP ext | 3 min | | | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-20 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for

**GARZA, LYNN (id #755601, dob:**

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evalaution with mild decrease in edema. Therapist and patient did note increase in edema at mid proximal forearm at end of session. Pt presents with continued moderate scar adhesions with decreased redness/irritation, mild decrease in severe scar sensitivity, and increased AROM to wrist/thumb and digits expect wrist ext patient had decreased measurement due to increase in pain and cold weather this session. Pt scores a 86 % on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe pain this session due to weather and no pain pill. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase I with ADL'

**. Complex regional pain syndrome of upper limb -**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**ʾatient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**ʾatient Instructions**
HEP for scar mobs, edema management. AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/11/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT

RP Date ID: Feb 4 2021

**GARZA, LYNN (id #755601, dob:**

Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/11/2021 at 12:32pm

**Encounter Date: 02/04/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/04/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo** | 01/21/21 | filled |

LGLIN0177

20 mgml.

| | | |
|---|---|---|
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests: Tennis coloring

**GARZA, LYNN (id #755601, dob:**

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: Y

## Screening

None recorded.

## HPI

Pt reports today is a good day.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/12/2021 | 01/22/2021 | 01/28/2021 | 02/04/2021 |
| --- | --- | --- | --- | --- |

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| foam roll with wrist flex/ext stretch | | | 3 min | 3 min |
| putty intrinsic tool | | | 3 min | 3 min |
| Heartflex | | | 3 min | 3 min |
| constant force | | | | 3 min or rubberband |
| dowel press with large knob cervical unloading with hand gripper | | | | 3 min 3 min |
| putty RD/UD tool | | | 3 min | 3 min |
| frisbee ball | | | 3 min | |
| mirror therapy | 6 min | 6 min | | |
| rotate splint balls | | | 3 min | |
| wheel flex/ext PROM | 3 min | 3 min | | |
| weight lift 1 lb | 3 min | 3 min | | |
| small fuzzy ball pick up | 3 min | 3 min | | |
| jux a cisor | 3 min | 3 min | | |
| rubberband removal MCP ext | 3 min | 3 min | | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation next session. Pt did make progress this session with desensitization and strengthening with decrease in report of pain. Therapist did note decrease muscle shaky and changes in scar color. Therapist will progress patient at next session with strengthening, while monitoring symptoms.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

**GARZA, LYNN (id #755601, dob:**

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

Encounter Sign-Off
Encounter signed-off by Andrea Fisher, OT, CHT, 02/04/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/04/2021 at 12:45pm

**Encounter Date: 01/28/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/28/2021 02:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

**GARZA, LYNN (id #755601, dob:**
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a bad day and the afternoons are bad.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**

**GARZA, LYNN (id #755601, dob:**

**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 | 01/22/2021 | 01/28/2021 |
|---|---|---|---|---|
| frisbee ball | | | | 3 min |
| foam roll with wrist flex/ext stretch | | | | 3 min |
| putty intrinsic tool | | | | 3 min |
| Heartflex | | | | 3 min |
| putty RD/UD tool | | | | 3 min |
| rotate splint balls | | | | 3 min |
| mirror therapy | | 6 min | 6 min | |
| wheel flex/ext PROM | | 3 min | 3 min | |
| weight lift 1 lb | | 3 min | 3 min | |
| small fuzzy ball pick up | | 3 min | 3 min | |
| jux a cisor | | 3 min | 3 min | |
| rubberband removal MCP ext | | 3 min | 3 min | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

## Procedure Documentation

**GARZA, LYNN (id #755601, dob:**

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist does note patient with increased symptoms this session. Pt had more fatigue, muscle guarding, shakiness with thera ex and over all increase in sympathetic symptoms. Pt was able to progress with thera ex this session and worked hard on completing thera ex.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/28/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/28/2021 at 3:40pm

**Encounter Date: 01/22/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/22/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |

LG.LIN.0185

RP Date ID: Jan 22 2021

**GARZA, LYNN (id #755601, dob:**

**Insurance** Med Primary: BCBS-TX (PPO)
Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

**ALPRAZolam 0.5 mg tablet** — 12/07/20 filled
5 mg.

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** — 11/29/20 filled
300 mg.

**clobetasoL 0.05 % scalp solution** — 01/21/21 filled
5 mgml.

**dextroamphetamine 30 mg tablet** — 11/10/20 entered
30 mg.

**dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** — 12/12/20 filled

**escitalopram 20 mg tablet** — 11/29/20 filled
20 mg.

**HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** — 11/23/20 filled
TAKE 1 TABLET BY MOUTH THREE TIMES A DAY

**ketoconazole 2 % shampoo** — 01/21/21 filled
20 mgml.

**levothyroxine 100 mcg tablet** — 01/19/21 filled
1 mg.

**methocarbamoL 500 mg tablet** — 11/10/20 entered
500 mg

LG.LIN.0186

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**

RP Date ID: Jan 22 2021

**GARZA, LYNN (id #755601, dob:**

Thyroid Disease: Y

## Screening

None recorded.

## HPI

Pt reports her arm is feeling ok, she took her pain meds.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 | 01/22/2021 |
|---|---|---|---|
| mirror therapy | | 6 min | 6 min |
| wheel flex/ext PROM | | 3 min | 3 min |
| weight lift 1 lb | | 3 min | 3 min |
| small fuzzy ball pick up | | 3 min | 3 min |
| [illegible] | | 3 min | 3 min |

LG.LIN.0188

RP Date ID: Jan 22 2021

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| rubberband removal MCP ext | 3 min | 3 min |
| Dowel board comp/hook | | |
| pillow wrist ext stretch | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

**. Complex regional pain syndrome of upper limb-**

Pt showed good improvements this session with ability to tolerate thera ex and PROM this session. Pt continue with proprioceptive deficits to L UE but has made improvements with assessment and awareness of her L UE in space. Pt continues with motor learning control deficits but is making progress. Pt had MRI yesterday and results are in athena net.

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

**. Hand pain**

M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 02:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

**GARZA, LYNN (id #755601, dob:**

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/22/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/22/2021 at 11:16am

**Encounter Date: 01/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/12/2021 02:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 12/17/20 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** | 11/23/20 | filled |

**GARZA, LYNN (id #755601, dob:**
TAKE 1 TABLET BY MOUTH THREE TIMES A DAY

**ketoconazole 2 % shampoo** 11/10/20 entered
20 mgml.

***levothyroxine 100 mcg tablet*** 12/22/20 filled
1 mg.

**methocarbamoL 500 mg tablet** 11/10/20 entered
500 mg.

**nortriptyline 25 mg capsule** 12/21/20 filled
Take 1 capsule(s) every day by oral route at bedtime for 90 days.

**nortriptyline 50 mg capsule** 12/17/20 filled
50 mg.

**ondansetron HCL 4 mg tablet** 11/10/20 entered
4 mg.

**tiZANidine 4 mg tablet** 01/09/21 filled
take 1-2 tabs po qhs prn spasms

**traMADoL 50 mg tablet** 11/10/20 entered
50 mg.

**zolpidem 10 mg tablet** 12/12/20 filled
10 mg.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

[illegible]

**GARZA, LYNN (id #755601, dob: [illegible]**

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her arm is doing ok but she had to take pain meds, and weather has been bothering her.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 |
|---|---|---|
| mirror therapy | | 6 min |

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| wheel flex/ext PROM | 3 min |
| weight lift 1 lb | 3 min |
| small fuzzy ball pick up | 3 min |
| jux a cisor | 3 min |
| rubberband removal MCP ext | 3 min |
| Dowel board comp/hook | |
| pillow wrist ext stretch | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did tolerate gentle PROM this session but does require frequent re positioning breaks and has severe discomfort. Pt has full digit and wrist PROM but has guarding during PROM. Pt was able to tolerate AROM thera ex and light strengthening this session but required rest breaks.

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**'atient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**'atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Continue with current plan of care.

Return to Office

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 08:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/13/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/13/2021 at 7:16am

**Encounter Date: 01/06/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/06/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 12/17/20 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 11/10/20 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 12/22/20 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 12/21/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 12/17/20 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 11/10/20 | entered |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms<br>**Note:** PRN SPASMS | 12/23/20 | prescribed |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Problems not reviewed (last reviewed 12/23/2020)
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker

**GARZA, LYNN (id #755601, dob:**

Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: Y
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

**OT Wrist/Hand**
Reported by
patient
Hand Dominance: left
Location: left
Quality: aching; burning; throbbing; sharp; constant
Severity: pain level 8/10; at time of evaluation 8/10 pain
pain at best 7/10
Duration: date of onset: (**congential band birth defect**)
Alleviating Factors: NSAIDS; narcotics; rest; sometimes nothing
Aggravating Factors: movement; rest
Associated Symptoms:**weakness; swelling**
Previous Surgery: date: (**1/2018,4/19/19**
**SCS 9/24/20**)
Prior Studies: x ray; MRI
Working: not working; Pt is off work (patient is a NP)
Notes:

Quick Dash 79 %

Pt reports severe deficits with handwriting, opening containers, cutting food, grooming, performing house hold chores, dressing and driving. Pt reports on a good day she is able to hold toothbrush for 30-45 seconds and can write but its messy.

Pt PLOF was I with ADL's

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**

**GARZA, LYNN (id #755601, dob:**

**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Hands and Digits:**Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar.** Thumb Left: **active opposition (3.0 cm)**. Index Finger Left: distance to DPC: 5.0 cm. Long Finger Left: distance to DPC: 5.0 cm. Ring Finger Left: distance to DPC: 5.0 cm. Small Finger Left: distance to DPC: 5.0 cm.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.4 cm**
**Mid forearm: 21.4 cm**
**mid proximal arm 23.5 cm.** Left AROM: **flexion (20 deg.)**, **extension (64 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (8 deg.)**.

## Exercise Flowsheet

| Exercise | 01/06/2021 |
|---|---|
| mirror therapy | |
| wheel flex/ext PROM | |
| Dowel board comp/hook | |
| jux a cisor | |
| small fuzzy ball pick up | |
| pillow wrist ext stretch | |

## Procedure Documentation

**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

## Assessment / Plan

Pt presents to OT post op SCS implant by Dr Grewal. Pt has had multiple surgeries related to compartment syndrome for congential amniotic band from birth. Pt is under pain management care of Dr Brenman. Pt presents with moderate edema at ulnar elbow, severe-moderate scar adhesions, severe scar sensitivity, and decreased AROM to wrist/thumb and digits. Pt scores a 79.5 [illegible]

% on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe constant pain but does report 60 % relief of pain from SCS. Pt reports she continues with skin and temperature changes to L UE. Pt was educated on HEP, use of compression sleeves and continued precautions per MD orders. Pt will benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase I with ADL'

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/12/2021 at 02:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/14/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/06/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/06/2021 at 12:32pm

RP Date ID: Jul 22 2021

**GARZA, LYNN (id #755601, dob:**

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex | F |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Med Primary: MEDICARE-TX (MEDICARE)<br>Insurance # : 8JX7PW8TP58<br>Med Secondary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details<br>Prescription: OPTUM_IRX - Member is eligible. details |
| Default Pharmacy | CVS/PHARMACY #7341 (ERX)<br>9285 CULEBRA AVE<br>*SAN ANTONIO*<br>TX 78251<br>Ph (210) 521-5335<br>Fax (210) 647-5119 |
| Preferred Lab | LABCORP<br>6603 FIRSTPARK TEN BLVD<br>SAN ANTONIO<br>Ph (210) 735-9461 |

**Height / Weight / BMI / BP**

| | |
|---|---|
| Height | 5 ft 2 in 07/22/2021 |
| Weight | 161 lbs 07/22/2021 |
| BMI | 29.4 07/22/2021 |
| Blood Pressure | 151 / 105<br>07/22/2021 |

**Problems**
No known problems

**Surgical History**
Upper Extremity Surgery - 04/2019

**Medications**

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>9 mgactuat. | 07/22/21 | entered |
| **amoxicillin 500 mg capsule**<br>500 mg. | 07/22/21 | entered |
| **atorvastatin 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 07/22/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 07/22/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 07/22/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>125 mg. | 07/22/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 07/22/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 07/22/21 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/22/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 07/22/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 07/22/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 unitml. | 07/22/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 07/22/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **metFORMIN 1,000 mg tablet**<br>1000 mg. | 07/22/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 07/22/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **Neurontin 600 mg tablet**<br>take 3 tabs for 1 week then 4 po qhs to follow | 07/22/21 | prescribed |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 07/22/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 07/22/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 07/22/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 07/22/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

**Vaccines**

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

**Allergies / Adverse Reactions**

NKDA

**Past Medical History**

| | | | |
|---|---|---|---|
| Carpal tunnel release | Y | Thyroid Disease | Y |
| Depression | Y | | |

**Social History**

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/22/2021

**Other**

Marital status: Married

**Ortho - TSAOG**

Do you drink alcohol?: Never or Rare
Drug Use: Never
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

**Gender Identity and LGBTQ Identity**

**GARZA, LYNN (id #755601, dob:**

**Family History**

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**

| | | |
|---|---|---|
| DASH | 82 | 08/17/2021 |
| Oswestry Disability Index | 80 | 07/31/2020 |
| Neck Disability | 72 | 07/02/2020 |
| PHQ-2/PHQ-9 | 6 | 12/02/2019 |
| Opioid Risk | 0 | 12/02/2019 |

## Imaging Results

RP Date ID: Jun 24 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

PROMIS29 (#22157382, Final, 06/24/2021 4:47pm)

Lynn Garza

D.O.B [illegible] MRN [illegible] Date: 06/24/[illegible]

T3A0G

## PATIENT ASSESSMENT SUMMARY

**NDI**

41/50 – [illegible]

## PROMIS-29 SUMMARY

**Global Pain**

8/10 – High Pain

**Pain Impact Score**

40/50 – High Impact

## PROMIS SYMPTOM DOMAINS

Lower scores/percentiles indicate less symptom severity.

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Pain Interference | 76 | Severe | [illegible] |
| Anxiety | 54 | [illegible] | [illegible] |
| Depression | 58 | Mild | [illegible] |
| Fatigue | 65 | Moderate | [illegible] |
| Sleep Disturbance | 69 | Moderate | 87% |

## PROMIS FUNCTION DOMAINS

Higher scores/percentiles indicate greater social participation/physical function.

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Physical Function | 38 | [illegible] | [illegible] |
| Social Participation | 32 | Moderate | 3% |

LG.LIN.0203

**GARZA, LYNN (id #755601, dob:**

## ASSESSMENT HISTORY

Historical assessments taken.




## PROMIS SYMPTOM DOMAINS

Lower percentiles indicate less symptom severity.









RP Date ID: Jun 24 2021

GARZA, LYNN (id #755601, dob:

## PROMIS FUNCTION DOMAINS

Higher percentiles indicate greater social participation/physical function.




LG.LIN.0205

**GARZA, LYNN (id #755601, dob:**
NDI (#22157379, Final, 06/24/2021 4:47pm)

Neck Disability Index **TSAOG**

Date of Birth:

MRN:

Date:

Neck Disability Index

The neck disability index (NDI) is a self-reported questionnaire used to determine how neck pain affects a patient's daily life and to assess the self-rated disability of patients with neck pain.

NDI

Total Score

**41 / 50**

Complete



RP Date ID: May 17 2021

**GARZA, LYNN (id #755601, dob:**

PROMIS29 (#21776844, Final, 05/17/2021 2:42pm)

REAL WORLD OUTCOMES

TSA05

Lynn Garza

D.O.B. [illegible] MRN: 755601 Date: [illegible]

| Global Pain | Pain Impact | Opioid Risk Tool |
|---|---|---|
| 7/10 - [illegible] | 34/50 - High Impact | 3/26 - Low Risk |
| VAS: 80/100 - High Pain | | [illegible] |

PROMIS ASSESSMENTS^

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Anxiety | 47.91 | [illegible] | [illegible] |
| Depression | 52.23 | [illegible] | [illegible] |
| Fatigue | 66.82 | Moderate | [illegible] |
| Pain Interference | 69.41 | Moderate | 97% |
| Physical Function | 40.27 | [illegible] | [illegible] |
| Sleep Disturbance | 73.3 | Severe | 99% |
| Social Participation | 31.64 | Moderate | [illegible] |

Assessment History





**GARZA, LYNN (id #755601, dob:**



[illegible]

**GARZA, LYNN (id #755601, dob:**

VAS (#21776842, Final, 05/17/2021 2:41pm)

## Visual Analogue Scale

**TSAOG**

Patient Name: Lynn Garza

**Date of Birth:** [illegible]

**MRN:** [illegible]

**Date:** [illegible]

### Visual Analogue Scale

Visual Analogue Scale (VAS) is a measurement instrument that tries to measure a characteristic or attitude that is believed to range across a continuum of values and cannot easily be directly measured. It is often used in epidemiologic and clinical research to measure the intensity or frequency of various symptoms.

VAS

Total Score

**80 / 100**

Assessment History



[illegible]

[illegible]

**GARZA, LYNN (id #755601, dob:**

ORT (#21776841, Final, 05/17/2021 2:41pm)

Opioid Risk Tool **TSAOG**

[illegible]

**Date of Birth:** [illegible]

**MRN:** [illegible]

**Date:** [illegible]

OPIOID RISK TOOL FOR OPIOID ABUSE

Total Score

**3 / 26**

Low Risk

**Positive for:** Personal history of ADD, OCD, bipolar, or schizophrenia, personal history of depression.

**Risk Stratification**

[illegible] Low Risk [illegible] Moderate Risk
[illegible] High Risk

Webster LR, Webster RM. Predicting Aberrant Behaviors in Opioid-Treated Patients: Preliminary Validation of the Opioid Risk Tool. Pain Med. [illegible]

[illegible] celeri [illegible]

[illegible]

[illegible]

**GARZA, LYNN (id #755601, dob:**

## MRI CERVICAL SPINE (#21635596, Final, 04/28/2021 2:51pm)

CLINICAL INFORMATION

Left upper extremity complex regional pain syndrome, mild facial pain, cervical radiculopathy. Cervical spinal cord stimulator implant. Evaluate for cervical stenosis.

COMPARISON

Cervical spine MRI 10/02/2019 and radiographs 10/21/2020.

CONTRAST

Without contrast.

TECHNIQUE

Cervical spine MRI was performed at 1.5 Tesla using metal artifact reduction protocol including sagittal T1, T2, STIR, coronal T2, axial T2 and MERGE sequences.

FINDINGS

The craniocervical junction is normal. Structures of the posterior fossa are unremarkable. No intradural or extradural mass lesions identified. The spinal cord is normal in signal intensity and morphology. No paraspinal masses or fluid collections. Lung apices are unremarkable.

There are postsurgical changes of posterior decompression at C5-C6 and C6-C7, with no evidence of complications. No fluid collection or soft tissue mass identified in the surgical bed. Height and configuration of the cervical vertebral bodies is normal. There is straightening and mild reversal of the cervical lordosis centered about C5-C6, increased compared to previous MRI. Anteroposterior alignment is maintained. There is mild left convex cervical curvature. No bone marrow signal intensity abnormality, acute fracture or aggressive osseous lesions identified. There is multilevel disc desiccation and disc space narrowing most prominent at C5-C6. Modic type 2 discogenic endplate changes are present at C5-C6 with no bone marrow edema. The cervical spinal canal measures 12 mm AP at the central aspect of C4. There is spinal cord stimulator device within the right left posterior aspect of the spinal canal at C3 through C6, with no adjacent fluid collection or intradural/extradural mass effect.

C2-C3: Normal disc contour and mild left facet arthrosis. No central or foraminal stenosis.

C3-C4: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C4-C5: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C5-C6: Postsurgical changes of posterior decompression. Circumferential disc osteophyte complex, bilateral uncovertebral hypertrophy and mild bilateral facet arthrosis. Mild central canal stenosis (9 mm AP) with flattening but no compression or signal change of the spinal cord. Mild left neural foraminal stenosis. No right foraminal stenosis.

C6-C7: Circumferential disc bulge and postsurgical changes of posterior decompression with normal facet joints. Mild central canal stenosis (9 mm AP) with no compression or signal change of the spinal cord. No foraminal stenosis.

C7-T1: Normal disc contour and normal facet joints. No central or foraminal stenosis.

Visualized upper thoracic segments are within normal limits.

IMPRESSION

1. Cervical spine MRI demonstrates postsurgical changes posterior decompression at C5-C6 and C6-C7 with no MRI evidence of complications.

**GARZA, LYNN (id #755601, dob:**

2. Multilevel spondylosis most prominent at C5-C6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-C6.
3. Left convex cervical curvature is unchanged compared to prior MRI, scoliosis versus related to muscle spasm.
4. At C5-C6 there is mild central canal stenosis with flattening but no compression or signal change of the spinal cord. Mild left neural foraminal stenosis.
5. At C6-C7 there is mild central canal stenosis with no compression or signal change of the spinal cord. No foraminal stenosis.

THIS REPORT WAS ELECTRONICALLY SIGNED

Andres Rahal, MD
Board Certified, Musculoskeletal Radiologist

APPROVAL DATE 05/02/2021

**GARZA, LYNN (id #755601, dob:**

NDI (#21317751, Final, 03/31/2021 1:24pm)

## Neck Disability Index

**TSAOG**

### Neck Disability Index

The Neck Disability Index (NDI) is a self-reported questionnaire used to determine how neck pain affects a patient's daily life and to assess the self-rated disability of patients with neck pain.

NDI

Total Score

**35 / 50**

Severe

Assessment History



**GARZA, LYNN (id #755601, dob:**

## MRI LEFT ELBOW (#20732447, Final, 01/21/2021 11:30am)

CLINICAL INFORMATION

Medial and lateral left elbow pain with history of complex regional pain syndrome.

COMPARISON

None.

CONTRAST

None.

TECHNIQUE

MR imaging of the left elbow was performed, including the following pulse sequences: Coronal PD, coronal PD with fat saturation, axial PD, axial STIR, sagittal T1, sagittal PD with fat saturation.

FINDINGS

BICEPS/TRICEPS/BRACHIALIS: The insertions of the biceps, triceps, and brachialis appear intact.

MEDIAL ELBOW: The anterior band of the ulnar collateral ligament appears intact. The common flexor tendon origin onto the medial epicondyle appears intact.

LATERAL ELBOW: The radial collateral ligament and the lateral ulnar collateral ligament appear unremarkable. The common extensor tendon origin onto the lateral epicondyle appears intact.

OSSEOUS STRUCTURES AND ARTICULAR SURFACES: The regional osseous structures show normal marrow signal intensity. Osseous alignment appears maintained. No chondral lesions or loose bodies are seen.

MISCELLANEOUS: There is no significant elbow joint effusion or evidence of bursa formation around the elbow. Normal signal intensity and volume are seen in the regional muscles. Neurovascular structures appear intact. No cystic or solid mass lesions are seen.

IMPRESSION
1. Unremarkable MRI of the left elbow.

THIS REPORT WAS ELECTRONICALLY SIGNED

Anita Rich, MD
Board Certified, Musculoskeletal Radiologist

## Medication List

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>9 mgactuat. | 07/22/21 | entered |
| **amoxicillin 500 mg capsule**<br>500 mg. | 07/22/21 | entered |
| **atorvastatin 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 07/22/21 | entered |

GARZA, LYNN (id #755601, dob:

| | | |
|---|---|---|
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 07/22/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 07/22/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>125 mg. | 07/22/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 07/22/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 07/22/21 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/22/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 07/22/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 07/22/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 07/22/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 07/22/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **metFORMIN 1,000 mg tablet**<br>1000 mg. | 07/22/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **methocarbamoL 500 mg tablet**<br>500 mg. | 07/22/21 | entered |
| **Neurontin 600 mg tablet**<br>take 3 tabs for 1 week then 4 po qhs to follow | 07/22/21 | prescribed |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 07/22/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 07/22/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 07/22/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 07/22/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Physician Authorizations

RP Date ID: Jan 21 2021

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5584
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDIAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22275002-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 13212 HIGHWAY 151, SUITE 150, SAN ANTONIO TX 78251-4498

**GARZA, LYNN (id #755601, dob: )**

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

13212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 07/07/2021

RE: Lynn Garza, DOB , PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

## Encounter Reason/Date

None recorded
07/07/2021 - 10:30AM - WESTOVER HILLS PHYSICAL THERAPY

## Social History:

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 2
Please list your hobbies/interests:: Tennis,coloring

## History of Present Illness:

States she has been doing OK. Actually went on a cruise for 7 days which was nice. But she did not exercise while she was gone but pain was not terrible but her active rotation remains limited. She is not really driving (for multiple reasons) but she does not trust herself. Neck pain is still less than her arm but still grades it at 6/10 on average, which she thinks is better

## Physical Exam

Patient is a 49-year-old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (36 deg.)** (**prior 40, initial 26, incoordinated**) and **left (40 deg.)** (**prior 42/36, initial w/pain/incoordination**); **rotation left (72 deg.)** (**prior 56/48, initial 47**) and **right (58 deg.)** (**prior 55/48, initial 23**); and **flexion (50 deg.)** (**prior 52/38, initial 30 w/ pain**) and **extension (40 deg.)** (**prior 42/46, initial 20 w/ ataxic movement**);

CURRENT: 7/6/2021:

Outcome measure/NDI: 52%

**GARZA, LYNN (id #755601, dob:**

PN--6/3/2021:

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI- 62%

INITIAL:

Outcome Measure/NDI: 82% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 0 minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of AArom w/end range isometric hold for cervical rotation, PA thoracic mobs and reassessment time

CLINICAL PROGRESS

| | 07/07/2021 | 06/03/2021 | 04/29/2021 |
|---|---|---|---|
| Physical Exam | | | |
| Cervical Spine | | | |
| Active Range of Motion | • **extension (40 deg.)** (prior 42/46, initial 20 w/ ataxic movement)<br>• **flexion (50 deg.)** (prior 52/38, initial 30 w/ pain)<br>• **rotation left (72 deg.)** (prior 55/48, initial 47)<br>• **rotation right (58 deg.)** (prior 55/48, initial 23)<br>• **side bending left (40 deg.)** (prior 42/35, initial w/pain/incoordination)<br>• **side bending right (36 deg.)** (prior 40, initial 26, incoordinated) | • **extension (46 deg.)** (prior 42, initial 20 w/ ataxic movement)<br>• **flexion (38 deg.)** (prior 52, initial 30 w/ pain)<br>• **rotation left (48 deg.)** (prior 55, initial 47)<br>• **rotation right (48 deg.)** (prior 55, initial 23)<br>• **side bending left (35 deg.)** (prior 42, initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (prior 40, initial 26, incoordinated) | • **extension (42 deg.)** (initial 20 w/ ataxic movement)<br>• **flexion (52 deg.)** (initial 30 w/ pain)<br>• **rotation left (50 deg.)** (initial 47)<br>• **rotation right (55 deg.)** (initial 23)<br>• **side bending left (42 deg.)** (initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (initial 25, incoordinated) |

ASSESSMENT/PLAN

CURRENT: 7/6/2021: Ms. Garza has bee seen for 11 total visits over 5 months. She has averaged 2 visits/month. Both subjectively and objectively her measures have waxed and waned. Currently, her cervical rotation ROM measures are improved but with significant cognitive focusing, and verbal cueing. She continues to demonstrate deficits in proprioceptive and kinesthetic awareness in the cervical spine. This has been addressed in the clinic and she was encouraged to continue to work on it at home as well, using mirror visual feedback to assist. It was agreed that we would continue for one additional month of PT at her usual frequency of attendance (2x/month or every other week) to try to achieve more consistent subjective and objective measures. Given her history and comorbidities, pain free functional mobility is unlikely.

PN: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by

numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% of radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg b/l--6 weeks--ongoing--MET today (58-60 right and 72 left)
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/12/2021 at 08:00 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at RIDGEWOOD ORTHOPAEDIC OFFICE on 07/13/2021 at 09:50 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

FREQUENCY

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 07/07/2021 at 04:23::38 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

ANDREA FISHER, OT, CHT
11212 State HWY 151, SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
150 E SONTERRA BLVD, SAN ANTONIO, TX 78258
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22113249-H-84]

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 State HWY 151, SAN ANTONIO TX 78251-4505

**GARZA, LYNN (id #755601, dob:**

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 State HWY 151 Suite 150
SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 06/21/2021

RE: Lynn Garza, DOB , PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

NEW PATIENT PRESENT TODAY FOR HAND PAIN
06/21/2021 - 10:30AM - WESTOVER HILLS HAND THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

**OT Daily Progress Note**

Reported by patient

How are you feeling? same (**pain/stiffness pain/stretching pain**); patient does note improvements with ability to move her wrist more and is continuing to note improvements with functional use of arm with therapy.
Severity: activity 8-9/10
Function: ADLs limited (**Quick Dash 90 %**); Pt continues to report inability to open containers, perform heavy house hold chores, wash her back and requires rest breaks with activities such as coloring/writing. Pt still reports severe limitations with daily ADLs
Previous OT Session: helping
Work: Pt is off duty

PHYSICAL EXAM

Patient is a 49-year-old female.

**Hands and Digits:**

Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left: **active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 9 lbs.

**Special Tests:**

Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**

Left Wrist Inspection: **swelling (ulnar elbow)**. Left AROM: **flexion (75 deg.)**, **extension (50 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

PROCEDURE DOCUMENTATION

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**

Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

CLINICAL PROGRESS

| | 06/21/2021 | [illegible] | 03/31/2021 |
|---|---|---|---|
| HPI | | | |
| HPI | | | |
| Duration: | | | |
| Severity | • activity 6-8/10 | • activity 9/10<br>• location. (from upper mid arm down to fingertips)<br>• rest 8/10 | • activity 9/10<br>• location. (from upper mid arm down to fingertips)<br>• rest 8/10 |
| Physical Exam | | | |
| Hands and Digits | | | |
| Index Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Long Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Ring Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Small Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Strength Left: | • grip 9 lbs | • grip 4 lbs | |
| Strength Right: | • grip 68 lbs | • grip 68 lbs | |
| Thumb Left: | • **active opposition (0.5 cm)** | • **active opposition (0.5 cm)** | • **active opposition (1.5 cm)** |
| Special Tests | | | |
| Sensation Left: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31 | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31 | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31 |

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| | • Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 | • Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 | • Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrists | | | |
| Left AROM: | **• extension (50 deg.)<br>• flexion (75 deg.)<br>• pronation (90 deg.)<br>• radial deviation (10 deg.)<br>• supination (90 deg.)<br>• ulnar deviation (15 deg.)** | **• extension (45 deg.)<br>• flexion (75 deg.)<br>• pronation (90 deg.)<br>• radial deviation (10 deg.)<br>• supination (90 deg.)<br>• ulnar deviation (15 deg.)** | **• extension (35 more pain this session deg.)<br>• flexion (55 deg.)<br>• pronation (90 deg.)<br>• radial deviation (5 deg.)<br>• supination (90 deg.)<br>• ulnar deviation (8 deg.)**<br>LE wrist ext was 54 |

| [illegible] | 03/08/2021 |
|---|---|
| HPI: | |
| HPI: | |
| Duration: | • date of onset: (congenital band birth defect) |
| Severity: | • pain level 8/10<br>at time of evaluation 8/10 pain pain at best 7/10 |
| Physical Exam | |
| Hands and Digits | |
| Index Finger Left: | • distance to DPC: 5.0 cm |
| Long Finger Left: | • distance to DPC: 5.0 cm |
| Ring Finger Left: | • distance to DPC: 5.0 cm |
| Small Finger Left: | • distance to DPC: 5.0 cm |
| Strength Left: | |
| Strength Right: | |
| Thumb Left | **• active opposition (3.0 cm)** |
| Special Tests | |
| Sensation Left: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: fiber: 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrists | |
| Left AROM: | **• extension (64 deg.)<br>• flexion (20 deg.)<br>• pronation (90 deg.)<br>• radial deviation (5 deg.)<br>• supination (90 deg.)<br>• ulnar deviation (8 deg.)** |

Assessment/Plan

Pt presents to OT for re-evaluation with static progression in edema, static progression in scar adhesions with decreased redness, increased tenderness/sensitivity and increased AROM to wrist/thumb and digits. Pt with increased grip strength. Pt scores a 90% on Quick Dash and is off from work. Pt has moderate to severe ADL deficits and report of severe pain that patient is reporting is getting worse. Pt is also having increased numbness/tingling and pain symptoms to R UE. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

Pt will also be making apt with Dr Grewal to discuss symptoms to R UE and increase in pain symptoms to L UE

**1. Complex regional pain syndrome of upper limb** -

**GARZA, LYNN (id #755601, dob:**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Muscle pain**
M79.10: Myalgia, unspecified site

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**4. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week every 2 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

Frequency

ANDREA FISHER, OT, CHT

Electronically Signed by: ANDREA FISHER, OT, CHT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

RP Date ID: Jun 21 2021

**GARZA, LYNN (id #755601, dob:**

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 06/21/2021 at 08:09::24 PM

[illegible]

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151, SUITE 130, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
150 E SONTERRA BLVD, SAN ANTONIO, TX 78258
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21945394-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 HIGHWAY 151, SUITE 150, SAN ANTONIO TX 78251-4498

GARZA, LYNN (id #755601, dob:

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 06/03/2021

RE: Lynn Garza, DOB , PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

None recorded
06/03/2021 - 10:00AM - WESTOVER HILLS PHYSICAL THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

Patient states she feels like cervical ROM is still a significant problem/restriction and this makes her afraid to try to drive. Her pain is definitely better but it feels more like soreness. Not able to report any significant improvement in her arm since starting treatment on her neck. She has developed some pain, numbness and tingling in the right UE though a couple of weeks ago. States her MRI report showed only mild degenerative changes and stenosis.

PHYSICAL EXAM

Patient is a 49 year-old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (40 deg.) (prior 40, initial 26, incoordinated)** and **left (36 deg.) (prior 42, initial w/pain/incoordination)**; **rotation left (48 deg.) (prior 56, initial 47)** and **right (48 deg.) (prior 55, initial 23)**; and **flexion (38 deg.) (prior 52, initial 30 w/ pain**; and **extension (46 deg.) (prior 42, nitial 20 w/ ataxic movement)**

CURRENT: 6/3/2021.

**GARZA, LYNN (id #755601, dob:**

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex. abd; 4-/5 ER

Outcome measure/NDI--62%

PN: 4/28/2021.

OH reach, left: 166 with good quality

UE strength/ left UE--grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

INITIAL:

Outcome Measure/NDI: 82% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:** 42 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities, minutes of one on one time.

CLINICAL PROGRESS

| | 06/03/2021 | 04/28/2021 |
|---|---|---|
| Physical Exam | | |
| Cervical Spine | | |
| Active Range of Motion: | • **extension (46 deg.)** (prior 42, initial 20 w/ ataxic movement)<br>• **flexion (38 deg.)** (prior 52, initial 30 w/ pain)<br>• **rotation left (48 deg.)** (prior 56, initial 47)<br>• **rotation right (48 deg.)** (prior 55, initial 28)<br>• **side bending left (36 deg.)** (prior 42, initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (prior 40, initial 25, incoordinated) | • **extension (42 deg.)** (initial 20 w/ ataxic movement)<br>• **flexion (52 deg.)** (initial 30 w/ pain)<br>• **rotation left (56 deg.)** (initial 47)<br>• **rotation right (55 deg.)** (initial 28)<br>• **side bending left (42 deg.)** (initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (initial 25, incoordinated) |

ASSESSMENT/PLAN

CURRENT: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits.

PN: 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

## GARZA, LYNN (id #755601, dob:

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**
Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% of radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

Frequency

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date



Electronically signed by PRABHDEEP GREWAL, MD
on 06/03/2021 at 03:32::12 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

ANDREA FISHER, OT, CHT
11212 State HWY 151, SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDIAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. (ID:21825329-H-94)

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 State HWY 151, SAN ANTONIO TX 78251-4505
GARZA, LYNN (id #755601, dob: )

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 State HWY 151 Suite 150
SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 05/20/2021

RE: Lynn Garza, DOB PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

NEW PATIENT PRESENT TODAY FOR HAND PAIN
05/20/2021 - 10:00AM - WESTOVER HILLS HAND THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

**OT Daily Progress Note**

Reported by patient

How are you feeling? improving (**patient is noting slow improvements in pain, wrist motion, finger strength and over ADL functions but still reports severe limitations,weakness/pain.**)
Severity: rest 8/10, activity 9/10; location: (**from upper mid arm down to fingertips**)
Function: ADLs limited (**Quick Dash 75 %**); Pt reports writing and use of color for her hobby is still difficult due to weakness/pain but is making gains. Pt reports severe deficits with opening tight containers and performing heavy house hold chores. Pt reports she is using her L arm more for light activities and continues to lift light items.
Previous OT Session: helping

PHYSICAL EXAM

Patient is a 49-year-old female.

**Hands and Digits:**

Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb left: **active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to

## GARZA, LYNN (id #755601, dob:

DPC: 0.0 cm, Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 69 lbs. Strength Left: grip 4 lbs.

**Special Tests:**

Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**

Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.1 cm**
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1** cm. Left AROM: **flexion (75 deg.), extension (45 deg.), pronation (90 deg.), supination (90 deg.), radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**

Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

Clinical Progress

| | 05/20/2021 | 04/11/2021 | 01/06/2021 |
|---|---|---|---|
| HPI | | | |
| HPI | | | |
| Duration: | | | • date of onset: (congenital hand birth defect) |
| Severity: | • Activity 9/10<br>• location: (from upper mid arm down to fingertips)<br>• rest 8/10 | • activity 9/10<br>• location: (from upper mid arm down to fingertips)<br>• rest 8/10 | • pain level 8/10 at time of evaluation 8/10 pain pain at best 7/10 |
| Physical Exam | | | |
| Hands and Digits | | | |
| Index Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Long Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Ring Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Small Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Strength Left: | • grip 4 lbs | | |
| Strength Right: | • grip 68 lbs | | |
| Thumb Left: | • **active opposition (0.5 cm)** | • **active opposition (3.5 cm)** | • **active opposition (5.0 cm)** |
| Special Tests | | | |
| Sensation Left: | • Semmes Weinstein test index: 3.61<br>• Semmes Weinstein test: little: | • Semmes Weinstein test index: 3.61<br>• Semmes Weinstein test: little: | • Semmes Weinstein test, index: 3.61<br>• Semmes Weinstein test: |

RP Date ID. May 20 2021



## GARZA, LYNN (id #755601, dob:

| | | | |
|---|---|---|---|
| | 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 | 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 | little: 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrists | | | |
| Left AROM- | • **extension (45 deg.)**<br>• **flexion (75 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (10 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (15 deg.)** | • **extension (39 more pain this session deg.)**<br>• **flexion (58 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (5 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)**<br>LE wrist ext was 64 | • **extension (64 deg.)**<br>• **flexion (20 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (5 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)** |

Assessment/Plan

Pt presents to OT for re-evaluation with continued decrease in edema. Pt presents with decrease in scar adhesions with decreased redness/irritation and increased AROM to wrist/thumb and digits. Pt scores a 75 % on Quick Dash and is off from work. Pt has moderate to severe ADL deficits and report of severe pain but is noting she is taking less pain medications. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADLs

**1. Complex regional pain syndrome of upper limb -**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Muscle pain**
M79.10: Myalgia, unspecified site

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**4. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 6/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to 4-5F to 2.0 cm to increase ability to groom hair (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at

11:00 AM

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

Frequency

ANDREA FISHER, OT, CHT

Electronically Signed by: ANDREA FISHER, OT, CHT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

ronically signed by PRABHDEEP GREWAL, MD
/20/2021 at 09:34::20 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDIAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. (ID:21617996-H-94)

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 12212 HIGHWAY 151, SUITE 150, SAN ANTONIO TX 78251-4495
GARZA, LYNN (id #755601, dob:

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

12212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4495
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 04/29/2021

RE: Lynn Garza, DOB: PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

None recorded
04/29/2021 - 11:00AM - WESTOVER HILLS PHYSICAL THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

Ms. Garza feels like she has made really good progress with PT especially with regards to her neck ROM; she is having less pain in the shoulder blade as well. Worst pain level in her neck has been around a 6/10 and "it lives around there" but nonetheless she feels like this is much better/more tolerable. She does have an aggravation of her UE symptoms today because she lost her balance and fell back onto her left arm. She has also had a cervical MRI recently but does not know the results yet

PHYSICAL EXAM

Patient is a 48-year-old female.

**Cervical Spine:**
Active Range of Motion: **side bending right (40 deg.)** (**initial 26, incoordinated**) and **left (42 deg.)** (**initial w/pain/incoordination**); **rotation left (56 deg.)** (**initial 47**) and **right (55 deg.)** (**initial 23**); and **flexion (52 deg.)** (**initial 30 w/ pain**) and **extension (42 deg.)** (**initial 20 w/ ataxic movement**).

CURRENT: 4/28/2021

**GARZA, LYNN (id #755601, dob:**

OH reach, left: 166 with good quality

UE strength/ left UE- grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

PN: 3/17/2021:

Posture and palpation: not formally reassessed

Shoulder OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

INITIAL:

Outcome Measure/NDI: 82% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:** 20 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-57. See exercise log for specific activities. [illegible] of one on one time

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of grade 2-3 PA and lateral glide mobs to the c-spine; end range isometrics for rotation and reassessment time

CLINICAL PROGRESS

| | 04/29/2021 |
|---|---|
| Physical Exam | |
| Cervical Spine | |
| Active Range of Motion | • **extension (42 deg.)** (initial 20 w/ ataxic movement)<br>• **flexion (52 deg.)** (initial 30 w/ pain)<br>• **rotation left (56 deg.)** (initial 47)<br>• **rotation right (55 deg.)** (initial 23)<br>• **side bending left (42 deg.)** (initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (initial 26, incoordinated) |

ASSESSMENT/PLAN

CURRENT: 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

PN: 3/17/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination, still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient

RP Date ID: Apr 29 2021



## GARZA, LYNN (id #755601, dob:

still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% of radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 70% to 62%)

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/30/2023 at 08:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2072 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

FREQUENCY

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 04/29/2021 at 06:30::44 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151, SUITE 180, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDIAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21145307-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 HIGHWAY 151, SUITE 150, SAN ANTONIO TX 78251-4498

**GARZA, LYNN (id #755601, dob:**

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 03/12/2021

RE: Lynn Garza, DOB: PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

## ENCOUNTER REASON/DATE

None recorded
03/12/2021 - 11:00AM - WESTOVER HILLS PHYSICAL THERAPY

## SOCIAL HISTORY:

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests:: Tennis,coloring

## HISTORY OF PRESENT ILLNESS:

Patient states she feels like the therapy is helping. She has improved awareness of her posture/cervical alignment and feels that her ROM is improved. It is very difficult to tell if her arm pain is improved though because of the coexisting CRPS

## PHYSICAL EXAM

Patient is a 48-year-old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (36 deg.)** (**initial 26, incoordinated**) and **left (32 deg.)** (**initial w/pain/incoordination**); **rotation left (56 deg.)** (**initial 47**) and **right (55 deg.)** (**initial 23**); and **flexion (36 deg.)** (**initial 30 w/ pain**) and **extension (30 deg.)** (**initial 20 w/ ataxic movement**).

CURRENT: 3/11/2021:

Posture and palpation: not formally reassessed

Shoulder OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

INITIAL:

Posture: b/l scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disability score

Procedure Documentation

**97112: Neuromuscular Re-Education:** 25 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-57. See exercise log for specific activities. 25 minutes of one on one time.

**97140: Manual Therapy:**

The patient received manual therapy consisting of PROM, low level isometrics for OA rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

Clinical Progress

Assessment/Plan

CURRENT: 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

INITIAL:

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated

**GARZA, LYNN (id #755601, dob:**

cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation *that is not consistent with pure C5-6 cervical DDD/DDD as described on her MRI 2 years ago.* There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**
Patient to be ind in HEP--2 weeks--ongoing
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% of radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/18/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

FREQUENCY

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

Electronically signed by PRABHDEEP GREWAL, MD on 03/12/2021 at 07:08:09 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDIAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. (ID:20929063-H-94)

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 12212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498

GARZA, LYNN (id #755601, dob:

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

12212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5584, Fax: (210) 804-5599

Date: 02/12/2021

RE: Lynn Garza, DOB:                PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation on 02/12/2021.

ENCOUNTER REASON/DATE

None recorded
02/12/2021 - 11:00AM - WESTOVER HILLS PHYSICAL THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

Patient reports a long standing history of pain involving her neck and right UE. She has had multiple right UE surgeries over the past several years including an open fasciotomy and scar revision/carpal tunnel release. She developed swelling after this and much later was found to have a small blood clot in the upper arm. Has been taking aspirin x 1 year but no change in swelling. She was also diagnosed with CRPS and received a spinal cord stimulator last September. No reported improvement in arm pain after that and perceives a worsening of the neck pain and stiffness since then. Reports avg level of pain 6-7/10 even with pain medication and mm relaxers. This is reported to be in the post-lat cervical region, scapular region and down the left arm into all fingers. Denies numbness/tingling. Most recent cervical MRI was performed in 2019 and showed severe C5-6 end plate changes with severe central and bil NF stenosis. She has some discomfort and tightness in the right cervical region but this is not reported to be significant. States she gets fairly regular headaches (4-5x/week) that starts behind her left eye and also occurs in the back of the head.

PHYSICAL EXAM

Patient is a 48-year-old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (26 deg.)** (**incoordinated**) and **left (24 deg.)** (**w/pain/incoordination**), **rotation left (47 deg.)** and **right (23 deg.)**, and **flexion (30 deg.)** (**w/ pain**) and **extension (20 deg.)** (**w/ ataxic movement**).

**GARZA, LYNN (id #755601, dob:**

INITIAL:

Posture: bil scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disability score

Clinical Progress

Procedure Documentation

**97110: Therapeutic Exercise:** 10 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibility. Includes instruction in HEP designed to improved postural awareness and cervical ROM. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 12 minutes

The patient received manual therapy consisting of attempted gentle SO release/distraction, PROM, low level neutral isometrics for bil rotation and sidebending

**97162 PT Eval - Moderate:**

Physical Therapy Evaluation, moderate complexity was performed

Assessment/Plan

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DDD/DJD as described on her MRI 3 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately

**GARZA, LYNN (id #755601, dob:**

address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations

Thank you for the referral

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**
Patient to be ind in HEP--2 weeks
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks
Patient to report elimination of 50% of radicular s/s--4 weeks
Patient to demo cervical rotation to at least 60 deg bil--6 weeks
Patient to demo an improvement in NDI score to < 40% disability--6 weeks

Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 02/16/2021 at 03:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - MEDICARE at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

FREQUENCY

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

______________________________
Referring Physician Signature

[illegible]

**GARZA, LYNN (id #755601, dob:**

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 02/14/2021 at 11:20::20 AM

RP Date ID: Feb 12 2021

GARZA, LYNN (id #755601, dob:

# CONFIDENTIAL Fax

**FROM:**

ANDREA FISHER, OT, CHT
11212 State HWY 151, SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
150 E SONTERRA BLVD, SAN ANTONIO, TX 78258
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. (ID:20599945-H-94)

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

13212 State HWY 151 Suite 150
SAN ANTONIO, TX 78251-4565
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 01/06/2021

RE: Lynn Garza, DOB PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation on 01/06/2021.

ENCOUNTER REASON/DATE

NEW PATIENT PRESENT TODAY FOR HAND PAIN
01/06/2021 - 10:30AM - WESTOVER HILLS HAND THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

**OT Wrist/Hand**

Reported by patient

Hand Dominance: left
Location: left
Quality: aching; burning; throbbing; sharp; constant
Severity: pain level 8/10; at time of evaluation 8/10 pain
pain at best 7/10
Duration: date of onset: (**congential band birth defect**)
Alleviating Factors: NSAIDS; narcotics; rest; sometimes nothing
Aggravating Factors: movement, rest
Associated Symptoms: **weakness**; **swelling**
Previous Surgery: date: (**1/2018,4/19/19**
**SCS 9/24/20**)
Prior Studies: x-ray; MRI
Working: not working; Pt is off work (patient is a NP)
Notes:

Quick Dash 79 %

Pt reports severe deficits with handwriting, opening containers, cutting food, grooming, performing house hold chores, dressing and driving. Pt reports on a good day she is able to

hold toothbrush for 30-45 seconds and can write but its messy.

Pt PLOF was I with ADL's

PHYSICAL EXAM

Patient is a 46-year-old female.

**Hands and Digits:**

Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar**. Thumb Left: **active opposition (3.0 cm)**. Index Finger Left: distance to DPC: 5.0 cm. Long Finger Left: distance to DPC: 5.0 cm. Ring Finger Left: distance to DPC: 5.0 cm. Small Finger Left: distance to DPC: 5.0 cm.

**Special Tests:**

Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**

Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.4 cm**
**Mid forearm: 21.4 cm**
**mid proximal arm 23.5 cm.** Left AROM: **flexion (20 deg.)**, **extension (64 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (8 deg.)**

CLINICAL PROGRESS

| [illegible] | 01/06/2021 [illegible] |
|---|---|
| HPI | |
| HPI | |
| Duration: | • date of onset: (congenital band birth defect) |
| Severity | • pain level: 8/10<br>at time of evaluation 8/10 pain pain at least ?/10 |
| Physical Exam | |
| Hands and Digits | |
| Index Finger Left: | • distance to DPC: 5.0 cm |
| Long Finger Left: | • distance to DPC: 5.0 cm |
| Ring Finger Left: | • distance to DPC: 5.0 cm |
| Small Finger Left: | • distance to DPC: 5.0 cm |
| Thumb Left: | • **active opposition (3.0 cm)** |
| Special Tests | |
| Sensation Left: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrists | |
| Left AROM: | • **extension (64 deg.)**<br>• **flexion (20 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (5 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)** |

PROCEDURE DOCUMENTATION

**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

**GARZA, LYNN (id #755601, dob:**

ASSESSMENT/PLAN

Pt presents to OT post op SCS implant by Dr Grewal. Pt has had multiple surgeries related to compartment syndrome for congenital amniotic band from birth. Pt is under pain management care of Dr Brerman. Pt presents with moderate edema at ulnar elbow, severe-moderate scar adhesions, severe scar sensitivity, and decreased AROM to wrist/thumb and digits. Pt scores a 79.5 % on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe constant pain but does report 60 % relief of pain from SCS. Pt reports she continues with skin and temperature changes to L UE. Pt was educated on HEP, use of compression sleeves and continued precautions per MD orders. Pt will benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase I with ADL

1. **Complex regional pain syndrome of upper limb**
   G90.519: Complex regional pain syndrome I of unspecified upper limb

2. **Muscle pain**
   M79.10: Myalgia, unspecified site

3. **Chronic pain syndrome**
   G89.4: Chronic pain syndrome

4. **Hand pain**
   M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/12/2021 at 02:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/14/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

FREQUENCY

ANDREA FISHER, OT, CHT

**GARZA, LYNN (id #755601, dob:**



Electronically Signed by: ANDREA FISHER, OT, CHT

**REFERRING PHYSICIAN SIGNATURE**

I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date



Electronically signed by PRABHDEEP GREWAL, MD
on 01/08/2021 at 03:37::47 PM

GARZA, LYNN (id #755601, dob:

**Prescription Documents**

# Approved Prescription

07/22/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB 05/05/1972 Age 49yo |
| Address | 8919 TIMBER RUN<br>SAN ANTONIO TX 78250 |
| Phone | H:<br>M: (913) 449-7315 |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | Neurontin 600 mg tablet |
| Quantity | 120 (one hundred twenty) tablet(s) |
| SIG | take 3 tabs for 1 week then 4 po qhs to follow |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: EPHRAIM K BRENMAN, DO

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

RP Date ID: Jul 22 2021

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

07/22/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LY |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: ( |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 10 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | Take 1 tablet(s) 3 times a day by oral route. |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

GARZA, LYNN (id #755601, dob:

# Approved Prescription

07/07/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | Medicare-TX (Medicare)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |

## Prescription Information

| | |
|---|---|
| Medication | gabapentin 600 mg tablet |
| Quantity | 60 (sixty) tablet(s) |
| SIG | take 1 tablet po qhs for 1 week then 2 po qhs to follow |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: EPHRAIM K BRENMAN, DO



BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0256

RP Date ID: Jul 7 2021

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

07/07/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | | |
|---|---|---|
| Patient Name | GARZA, LYNN | |
| Sex/DOB/Age | Sex F DOB | Age 49yo |
| Address | | |
| Phone | H: [illegible]5 | |
| Primary Insurance | Medicare-TX (Medicare)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A | |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK | |

## Prescription Information

| | |
|---|---|
| *Medication* | *HYDROcodone 7.5 mg-acetaminophen 325 mg tablet* |
| Quantity | 90 (ninety) tablet(s) |
| SIG | Take 1 tablet(s) 3 times a day by oral route. |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0257

RP Date ID: Jun 9 2021

GARZA, LYNN (id #755601, dob:

# Approved Prescription

06/09/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LY |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | gabapentin 600 mg tablet |
| Quantity | 60 (sixty) tablet(s) |
| SIG | take 1 tablet po qhs for 1 week then 2 po qhs to follow |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: EPHRAIM K BRENMAN, DO



BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0258

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

06/09/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
| --- | --- |
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
| --- | --- |
| Patient Name | GARZA, L' |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
| --- | --- |
| Medication | HYDROcodone 7.5 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | Take 1 tablet(s) 3 times a day by oral route. |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

# Approved Prescription Renewal

Please review this prescription for possible changes from the original request
06/02/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
| --- | --- |
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | OPTUM RX MAIL ORDER PHARMACY (PRIMARY)<br>2858 LOKER AVE EAST, SUITE 100<br>CARLSBAD, CA 92010<br>Phone: (800) 791-7658<br>Fax: (800) 491-7997 |

## Patient Information

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | Medicare-TX (Medicare)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A<br><br>Eligibility: Member is eligible. (Verified 08/13/2021) |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK<br><br>Eligibility: Member is eligible. (Verified 08/16/2021) |

## Prescription Information

| | |
|---|---|
| Medication | nortriptyline 50 mg capsule |
| Quantity | 30 (thirty) capsule(s) |
| SIG | TAKE 1 CAPSULE BY MOUTH AT BEDTIME |
| Refills Allowed | 11 Refills |
| DAW? | N |
| Note to Pharmacy | |

**Pharmacy Rx Reference Number - 275962461**

**NOTE: The prescription renewal was APPROVED with modification.**

**The original prescription renewal request was:**
**TAKE 1 CAPSULE BY MOUTH AT BEDTIME**

Electronically Signed by: EPHRAIM K BRENMAN, DO

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

# Approved Prescription Renewal

Please review this prescription for possible changes from the original request
06/02/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| | |
|---|---|
| Prescriber | Pharmacy |

LG.LIN.0260

RP Date ID: Jun 9 2021

[illegible]

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| PRABHDEEP GREWAL, MD<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>3327 RESEARCH PLAZA SUITE 404<br>SAN ANTONIO, TX 78235-5159<br>(210) 804-5400 | OPTUM RX MAIL ORDER PHARMACY (PRIMARY)<br>2858 LOKER AVE EAST, SUITE 100<br>CARLSBAD, CA 92010<br>Phone: (800) 791-7658<br>Fax: (800) 491-7997 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | Medicare-TX (Medicare)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A<br><br>Eligibility: Member is eligible. (Verified 08/13/2021) |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK<br><br>Eligibility: Member is eligible. (Verified 08/16/2021) |

## Prescription Information

| | |
|---|---|
| Medication | tiZANidine 4 mg tablet |
| Quantity | 180 (one hundred eighty) tablet(s) |
| SIG | TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

**Pharmacy Rx Reference Number - 303349340**

**NOTE: The prescription renewal was APPROVED with modification.**

**The original prescription renewal request was:**
**TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S)**

Electronically Signed by: PRABHDEEP GREWAL, MD



FG4097374

# Approved Prescription Renewal

Prescription is void if more than one (1) prescription is written per blank.
Please review this prescription for possible changes from the original request.
04/24/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

LG.LIN.0261

RP Date ID: Apr 24 2021

GARZA, LYNN (id #755601, dob:

| Prescriber | Pharmacy |
|---|---|
| PRABHDEEP GREWAL, MD<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>2829 BABCOCK ROAD, SUITE 700<br>SAN ANTONIO, TX 78229-6015<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LY[illegible] |
| Sex/DOB/Age | Sex F DOB [illegible] |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | Medicare-TX (Medicare)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |

## Prescription Information

| | |
|---|---|
| Medication | tiZANidine 4 mg tablet |
| Quantity | 60 (sixty) tablet(s) |
| SIG | TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS |
| Refills Allowed | 2 Refills |
| DAW? | N |
| Note to Pharmacy | |

**Pharmacy Rx Reference Number - 0937509**

**NOTE: The prescription renewal was APPROVED with modification.**

**The original prescription renewal request was:**
**TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS**

Electronically Signed by: PRABHDEEP GREWAL, MD

FG4097374

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0262

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

04/19/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | Medicare-TX (Medicare)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 7.5 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | Take 1 tablet(s) 3 times a day by oral route. |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

GARZA, LYNN (id #755601, dob:

# Approved Prescription

04/03/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| PRABHDEEP GREWAL, MD<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>3327 RESEARCH PLAZA SUITE 404<br>SAN ANTONIO, TX 78235-5159<br>(210) 804-5400 | OPTUM RX MAIL ORDER PHARMACY (PRIMARY)<br>2858 LOKER AVE EAST, SUITE 100<br>CARLSBAD, CA 92010<br>Phone: (800) 791-7658<br>Fax: (800) 491-7997 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK<br><br>Eligibility: Member is eligible. (Verified 08/16/2021) |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | tiZANidine 4 mg tablet |
| Quantity | 180 (one hundred eighty) tablet(s) |
| SIG | take 1-2 tabs po qhs prn spasms |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: PRABHDEEP GREWAL, MD

FG4097374

Prescription is void if more than one (1) prescription is written per blank.

RP Date ID: Mar 5 2021

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

03/05/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LY |
| Sex/DOB/Age | Sex F DOB 2 Age 49yo |
| Address | |
| Phone | |
| Primary Insurance | ...are)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 7.5 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | TAKE 1 TABLET BY MOUTH THREE TIMES A DAY |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0265

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

02/24/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | | |
|---|---|---|
| Patient Name | GARZA, LYNN | |
| Sex/DOB/Age | Sex F DOB | Age 49yo |
| Address | | |
| Phone | H: (913) 449-7315<br>M: (913) 449-7315 | |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK | |
| Secondary Insurance | None recorded. | |

## Prescription Information

| | |
|---|---|
| Medication | gabapentin 300 mg capsule |
| Quantity | 60 (sixty) capsule(s) |
| SIG | 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: EPHRAIM K BRENMAN, DO



BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

# Approved Prescription Renewal

Please review this prescription for possible changes from the original request
02/19/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H<br>M |
| Primary Insurance | Medicare-TX (Medicare)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |

## Prescription Information

| | |
|---|---|
| Medication | nortriptyline 25 mg capsule |
| Quantity | 30 (thirty) capsule(s) |
| SIG | TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME |
| Refills Allowed | 2 Refills |
| DAW? | N |
| Note to Pharmacy | |

**Pharmacy Rx Reference Number - 0958874**

**NOTE: The prescription renewal was APPROVED with modification.**

**The original prescription renewal request was:**
**TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME**

Electronically Signed by: EPHRAIM K BRENMAN, DO

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0267

GARZA, LYNN (id #755601, dob:

# Approved Prescription

02/02/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Ph | H:<br>M: |
| Primary Insurance | Medicare-TX (Medicare)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 7.5 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | TAKE 1 TABLET BY MOUTH THREE TIMES A DAY |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

# Approved Prescription Renewal

Please review this prescription for possible changes from the original request
01/13/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>150 E. SONTERRA BLVD. Suite 300<br>SAN ANTONIO, TX 78258-4184<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

RP Date ID: Jan 13 2021

GARZA, LYNN (id #755601, dob:

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, L |
| Sex/DOB/Age | Sex F DOE Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | Medicare-TX (Medicare)<br>ID: 8JX7PW8TP58<br>Policy Holder: GARZA, LYNN A |
| Secondary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |

## Prescription Information

| | |
|---|---|
| Medication | nortriptyline 50 mg capsule |
| Quantity | 30 (thirty) capsule(s) |
| SIG | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

**Pharmacy Rx Reference Number - 0944659**

**NOTE: The prescription renewal was APPROVED with modification.**

**The original prescription renewal request was:**
**TAKE 1 CAPSULE BY MOUTH EVERY DAY**

Electronically Signed by: EPHRAIM K BRENMAN, DO

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0269

# Quality Assurance Report

## Request Information

Report Date: August 27, 2021

**RP ID:** 8189156

Patient Name: GARZA, LYNN

Provider Name: THE SAN ANTONIO ORTHOPAEDIC GROUP

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to July 28, 2021**

Special Request:

PLEASE PROVIDE RECORDS IN ELECTRONIC FORMAT Requesting medical records for Lynn Garza. Seen by: Anthony Montanez, M.D. - Hand, Shoulder & Elbow Surgeon

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for physician/facility requested

Chart Reviewed By: RATIE

LG.LIN.0270

ReleasePoint

# Request for Medical Records

## Customer Information

Report Date: August 9, 2021 **RP ID:** 8189162

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

## Patient Information

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
Requesting medical records for Lynn Garza. - Seen By: DR. ANNE CLARK

## Provider Information

Provider: DR. ANNE CLARK
10500 Barkley Street, Suite 220
ATTN: MEDICAL RECORDS
Overland Park, KS 66212

Phone: (913) 738-9235 Fax: (913) 738-9285

## Electronic Order Data (If Applicable)

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: DR. ANNE CLARK
10500 Barkley Street, Suite 220

Overland Park, KS 66212
9137389235

ReleasePoint

**MARC WHITEHEAD & ASSOCIATES**
**P.O. Box 1390 St. Peters, MO 63376**

# DUPLICATE REQUEST

**Date:** Aug 4, 2021

**Patient:** GARZA, LYNN

**DR. ANNE CLARK**
**10500 Barkley Street, Suite 220**
**ATTN: MEDICAL RECORDS**
**Overland Park, KS 66212**

**DOB:**

**RP ID:** 8189162
Provider Portal: https://portal.releasepoint.com
Access Key: AVNDCO

## Request for Medical Records

We are requesting a copy of medical records for your patient listed above. Please see the attached documentation providing authorization for the release of medical information.

**Records Required: From January 1, 2021 to July 28, 2021**
**Requesting medical records for Lynn Garza. - Seen By: DR. ANNE CLARK**

**Fee Approval:** Any fees above **$30.00** for records must be approved by the carrier.

**CONTACT US:** To avoid additional calls, faxes, or emails, send status updates or fee requests by:

- **EMAIL to:** **providers@releasepoint.com** with the RP ID above in the subject or
- **FAX to:** **(509) 254-6048**
- **Prepayment of $______ required.** Do you accept Visa? (Circle) YES NO

**SEND RECORDS:** Check one to indicate method records delivery:

___ **EMAIL records to us:** charts@releasepoint.com **with RP# in subject line**

___ **Faxing records: Pages _______ Fax:**

****Do not fold, staple or tape records****

___ **Mailing Records:** MARC WHITEHEAD & ASSOCIATES
Legal Services Division c/o ReleasePoint
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ________________________________

Thank you for your cooperation,
**Joselito Genova**
Phone: **(213) 266-5039**

BARCODE

LG.LIN.0272
RPID: 8189162

# HIP A-COMPLIANT AUTHORIZATION TO DISCLOSE PA TIENT-IDENTIFIABLE HEALTH INFORMATION

TO: DR. ANNE CLARK
10500 Barkley Street, Suite 220
Overland Park, KS 66212

RE: Lynn Garza

1.00 NATURE OF AUTHORIZATION: I hereby authorize the use or disclosure of my patient-identifiable health information as described below. This authorization is in accordance with the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organization is authorized to make the disclosure:

DR. ANNE CLARK

3.00 ENTITY TO WHICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc Whitehead and Associates and/or their agents, or to any persons designated by them in writing, the following type and amounts of patient-identifiable information:

Any and all items requested relating to the treatment or care provided by you, your agents and employees, to the above named patient, and/or the undersigned, including all records (from 01/01/2021 to present); reports; correspondence; notes; consultations; imaging films, (including x-rays, sonograms, CT and MRI scans); monitor strips; billing statements, or other information pertaining to the treatment provided to the patient, and/or the undersigned, for any and all injuries, illnesses and/or conditions, including drug/alcohol/mental health/communicable disease and/or AIDS testing and treatment.

This authorization does not extend to and does not permit any oral or written communications between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medical facility, or governmental unit concerning the medical care, treatment, physical condition, or medical expenses of GARZA, LYNN.

I understand that the information in the health records you furnish may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment of alcohol and drug abuse.

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

Mac Whitehead & Associates, LLP
c/o Release Point
Po Box 1390, St. Peters, MO 63376

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 28 day of July, 2021.

DocuSigned by:
[signature]
0AF2E07A51 34A1...

Patient's Signature or Other Legally Responsible Person

Relationship to Patient (If other than Patient) and Description of Authority

Patient's Social Security Number

Patient's Date of Birth

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shana Kadlec, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

February 22, 2021

To Whom It May Concern:

ReleasePoint is authorized to facilitate the release of medical information on behalf of Marc Whitehead & Associates, Attorneys at Law LLP.

Marc Whitehead & Associates, Attorneys at Law LLP and ReleasePoint are aware of the confidential nature of the personal health information being requested. The records being sought are for the sole use of the companies listed in this authorization.

This authorization shall remain in effect until further notice.

Sincerely,

Marc S. Whitehead, Esq.
Managing Partner

Mailing Address
Releasepoint
PO Box 1390
St. Peters, MO 63376

RP Date ID: Mar 4 2021 2nd ID CONFIRMED

**Anne S Clark MD**
Performing Provider: Dr. Anne Clark

**Lynn Garza**, 48 yrs Female, **DOB:**
**Visit Date**: 03/04/2021 09:00AM
**Visit Location**: MAIN OFFICE, 10500 BARKLEY ST STE 220, OVERLAND PARK, KS 66212-1838
**Address**:

**Phone (Primary)**:
**Phone (Secondary)**: n/a
**Email**: lae9q3@gmail.com

**NOV:** Routine/medcheck

**SSN:**
**Insurance:** Blue Cross Blue Shield

## Chief Complaint

This 48-year-old female with depression, anxiety, and ADHD checks in via telehealth for follow-up.

## Intake

### Allergies

No known active allergies

### Medications

**Belviq 10 mg oral tablet:**
**escitalopram 20 mg tablet:** 1 q day, Prescribed Date: 09/11/2020
**Wellbutrin XL 300 mg/24 hours oral tablet, extended release:** 1 once a day (in the morning), Prescribed Date: 09/11/2020
**Ondansetron Hydrochloride 4 mg oral tablet:** 1 q day prn, Prescribed Date: 03/04/2021
**ALPRAZolam 0.5 mg oral tablet:** 1 bid with 1 tab 2-3 times a week prn, Prescribed Date: 03/04/2021
**Zolpidem Tartrate 10 mg oral tablet:** 1 q hs prn, Prescribed Date: 03/04/2021
**Amphetamine-Dextroamphetamine 30 mg oral tablet:** 1 bid, Prescribed Date: 03/04/2021
**Amphetamine-Dextroamphetamine ER 30 mg oral capsule, extended release:** 1 once a day (in the morning), Prescribed Date: 03/04/2021

### Problems

**Anxiety F41.9:**
**Major depressive disorder, recurrent severe without psychotic features F33.2 (296.33):**
**ADD (attention deficit disorder) without hyperactivity F90.0 (314.00):**

### Vital Signs

No Vital Signs captured during this encounter

## History of Present Illness

The patient continues to live with her parents which has been very helpful to her as she still has complex regional pain syndrome. She works with doctors down there and has found a therapist who specializes in this difficulty and has had it herself. The patient finds a very helpful. Her pain doctors tried adding nortriptyline at night but it made the patient very shaky and she was worried about serotonin syndrome so she stopped it. She does feel like her psychiatric medications are all effective. She continues to use the ondansetron 2 or 3 times a week and has to take 3 tablets for it to work.

## Review of Systems

No new complaints on systems reviewed.

## Physical Exam

The patient's mood was mostly euthymic and her affect congruent. Eye contact was good and speech was normal in its rate and rhythm.

## Assessment and Plan

1. **Major depressive disorder, recurrent severe without psychotic features F33.2 (296.33):**
   03/04/2021

2. **Anxiety F41.9 ():**
   03/04/2021

   - **Zolpidem Tartrate 10 mg oral tablet:**
     03/04/2021, 1 q hs prn, Quantity: 90.0 Tablet, 1 refills, Substitutions allowed
   - **ALPRAZolam 0.5 mg oral tablet:**
     03/04/2021, 1 bid with 1 tab 2-3 times a week prn, Quantity: 225.0 Tablet, (225 - Tablet), 1 refills, Substitutions allowed
   - **Ondansetron Hydrochloride 4 mg oral tablet:**
     03/04/2021, 1 q day prn, Quantity: 90.0 Tablet, (90 - Tablet), 1 refills, Substitutions allowed

3. **ADD (attention deficit disorder) without hyperactivity F90.0 (314.00):**
   03/04/2021

   - **Amphetamine-Dextroamphetamine ER 30 mg oral capsule, extended release:**
     03/04/2021, 1 once a day (in the morning), Quantity: 90.0 Capsule, (90 - Capsule), Substitutions allowed
   - **Amphetamine-Dextroamphetamine 30 mg oral tablet:**
     03/04/2021, 1 bid, Quantity: 180.0 Tablet, (180 - Tablet), Substitutions allowed

**Plan**

We will continue the current medications and the patient will check in again in 6 months.

**Electronically Signed By Dr. Anne S Clark on 03/04/21 at 09:55 AM CST**

## Anne S Clark MD
Performing Provider: Dr. Anne Clark

**Lynn Garza**, 49 yrs Female, **DOB:**
**Visit Date:** 05/11/2021 10:15AM
**Visit Location:** MAIN OFFICE, 10500 BARKLEY ST STE 220, OVERLAND PARK, KS 66212-1838
**Address:**
**Phone (Primary):**
**NOV:** Routine/medcheck
**SSN:**
**Phone (Secondary):** n/a
**Insurance:** Blue Cross Blue Shield
**Email:** lae9q3@gmail.com

## Chief Complaint

This 49-year-old female with ADHD, depression, and anxiety comes in for follow-up.

## Intake

### Allergies

No known active allergies

### Medications

**Belviq 10 mg oral tablet:**
**Ondansetron Hydrochloride 4 mg oral tablet:** 1 q day prn, Prescribed Date: 03/04/2021
**ALPRAZolam 0.5 mg oral tablet:** 1 bid with 1 tab 2-3 times a week prn, Prescribed Date: 03/04/2021
**escitalopram 20 mg tablet:** 1 q day, Prescribed Date: 04/11/2021
**Amphetamine-Dextroamphetamine 30 mg oral tablet:** 1 bid, Prescribed Date: 03/04/2021
**Zolpidem Tartrate 10 mg oral tablet:** 1 q hs prn, Prescribed Date: 03/04/2021
**Amphetamine-Dextroamphetamine ER 30 mg oral capsule, extended release:** 1 once a day (in the morning), Prescribed Date: 03/04/2021
**Wellbutrin XL 300 mg/24 hours oral tablet, extended release:** 1 once a day (in the morning), Prescribed Date: 04/11/2021
**buPROPion HCL XL 300 mg 24 hr tablet, extended release:** 1 q am, Prescribed Date: 05/11/2021
**LORazepam 0.5 mg tablet:** 1 tid, Prescribed Date: 05/11/2021
**eszopiclone 3 mg tablet:** 1 q hs, Prescribed Date: 05/11/2021

### Problems

**Anxiety F41.9:**
**Major depressive disorder, recurrent severe without psychotic features F33.2 (296.33):**
**ADD (attention deficit disorder) without hyperactivity F90.0 (314.00):**

### Vital Signs

No Vital Signs captured during this encounter

## History of Present Illness

The patient ended up being in town this week because she had a friend whose son accidentally overdosed on street drugs and died and the patient is appear to be supportive. The patient's sleep had been deteriorating even before this event and she feels like the zolpidem isn't working as well. The patient's anxiety is quite high and she's feeling like the alprazolam isn't working as well right now. The patient does feel like she had been doing better with her management of pain and her mood because she started working with a therapist on the pain issues.

## Review of Systems

Anxiety, sleep issues.

## Physical Exam

The patient's mood was fairly anxious and her affect congruent. Eye contact was good and speech was normal in its rate and rhythm.

## Assessment and Plan

1. **Major depressive disorder, recurrent severe without psychotic features F33.2 (296.33):**
   05/11/2021
   - **buPROPion HCL XL 300 mg 24 hr tablet, extended release:**
     05/11/2021, 1 q am, Quantity: 14.0 Tablet, (14 - tablet), Substitutions allowed
2. **Anxiety F41.9 ():**
   05/11/2021
   - **eszopiclone 3 mg tablet:**
     05/11/2021, 1 q hs, Quantity: 30.0 Tablet, (30 - tablet), Substitutions allowed
   - **LORazepam 0.5 mg tablet:**
     05/11/2021, 1 tid, Quantity: 90.0 Tablet, (90 - tablet), Substitutions allowed
3. **ADD (attention deficit disorder) without hyperactivity F90.0 (314.00):**
   05/11/2021

**Assessment**

Current life circumstances are creating an increase in anxiety for the patient and she is not responding as well to medication. Her symptoms have otherwise been doing better.

**Plan**

We will try switching the alprazolam to lorazepam, 0.5 mg TID, for one month. We will also switch the zolpidem to as eszopiclone 3 mg QHS to see if that's more effective. The patient will check in again in a month.

**Electronically Signed By Dr. Anne S Clark on 05/11/21 at 10:58 AM CDT**

## Anne S Clark MD

Performing Provider: Dr. Anne Clark

**Lynn Garza**, 49 yrs Female, **DOB:**
**Visit Date:** 06/07/2021 09:30AM
**Visit Location:** MAIN OFFICE, 10500 BARKLEY ST STE 220, OVERLAND PARK, KS 66212-1838
**Address:** 8919 Timber Run, San antonio, Texas 78250-4155

**Phone (Primary):**
**Phone (Secondary):** n/a
**Email:** lae9q3@gmail.com

**NOV:** Routine/medcheck

**SSN:**
**Insurance:** Blue Cross Blue Shield

## Chief Complaint

This 49-year-old female with ADHD, depression, and anxiety checks in via telehealth for follow-up.

## Intake

**Allergies**

No known active allergies

**Medications**

**Belviq 10 mg oral tablet:**
**LORazepam 0.5 mg tablet:** 1 tid, Prescribed Date: 06/03/2021
**Ondansetron Hydrochloride 4 mg oral tablet:** 1 q day prn, Prescribed Date: 06/03/2021
**escitalopram 20 mg tablet:** 1 q day, Prescribed Date: 04/11/2021
**eszopiclone 3 mg tablet:** 1 q hs, Prescribed Date: 06/03/2021
**buPROPion HCL XL 300 mg 24 hr tablet, extended release:** 1 q am, Prescribed Date: 05/11/2021
**Wellbutrin XL 300 mg/24 hours oral tablet, extended release:** 1 once a day (in the morning), Prescribed Date: 04/11/2021
**Amphetamine-Dextroamphetamine 30 mg oral tablet:** 1 bid, Prescribed Date: 06/07/2021
**Amphetamine-Dextroamphetamine ER 30 mg oral capsule, extended release:** 1 once a day (in the morning), Prescribed Date: 06/07/2021

**Problems**

**Anxiety F41.9:**
**Major depressive disorder, recurrent severe without psychotic features F33.2 (296.33):**
**ADD (attention deficit disorder) without hyperactivity F90.0 (314.00):**

**Vital Signs**

No Vital Signs captured during this encounter

## History of Present Illness

The patient tolerated the switch to lorazepam and eszopiclone and they seem to be working a lot better. She feels more calm. The patient doesn't have any new stressors at this point and feels like her current medications are all working pretty well.

## Review of Systems

No new complaints on systems reviewed.

## Physical Exam

The patient checked in from Texas, where she's living with her parents. She was casually dressed and appropriately groomed. The patient's eye contact was good and her speech was normal in its rate and rhythm. Her mood was euthymic and her affect congruent.

## Assessment and Plan

1. **Major depressive disorder, recurrent severe without psychotic features F33.2 (296.33):**
   06/07/2021

2. **Anxiety F41.9 ():**
   06/07/2021

3. **ADD (attention deficit disorder) without hyperactivity F90.0 (314.00):**
   06/07/2021

   - **Amphetamine-Dextroamphetamine ER 30 mg oral capsule, extended release:**
     06/07/2021, 1 once a day (in the morning), Quantity: 90.0 Capsule, (90 - Capsule), Substitutions allowed
   - **Amphetamine-Dextroamphetamine 30 mg oral tablet:**
     06/07/2021, 1 bid, Quantity: 180.0 Tablet, (180 - Tablet), Substitutions allowed

**Assessment**

Changing the patient's medication for anxiety and sleep has been helpful and the patient feels like she's doing well on the current medicines.

**Plan**

We will continue the current medications and the patient will check in again in 6 months.

**Electronically Signed By Dr. Anne S Clark on 06/07/21 at 09:45 AM CDT**

## Anne S Clark MD

Performing Provider: Dr. Anne Clark

**Lynn Garza**, 49 yrs Female, **DOB**:
**Visit Date**: 07/27/2021 08:30AM
**Visit Location**: MAIN OFFICE, 10500 BARKLEY ST STE 220, OVERLAND PARK, KS 66212-1838
**Address**:

**Phone (Primary)**: 913-449-7315
**Phone (Secondary)**: n/a
**Email**: lae9q3@gmail.com

**NOV**: Routine/medcheck

**SSN**:
**Insurance**: Blue Cross Blue Shield

## Chief Complaint

This 49-year-old female with depression, anxiety, and ADHD checks in via telehealth to request medication changes.

## Intake

### Allergies

No known active allergies

### Medications

**Belviq 10 mg oral tablet:**
**Ondansetron Hydrochloride 4 mg oral tablet:** 1 q day prn, Prescribed Date: 06/03/2021
**escitalopram 20 mg tablet:** 1 q day, Prescribed Date: 04/11/2021
**Amphetamine-Dextroamphetamine 30 mg oral tablet:** 1 bid, Prescribed Date: 06/07/2021
**Amphetamine-Dextroamphetamine ER 30 mg oral capsule, extended release:** 1 once a day (in the morning), Prescribed Date: 06/07/2021
**buPROPion HCL XL 300 mg 24 hr tablet, extended release:** 1 q am, Prescribed Date: 05/11/2021
**Wellbutrin XL 300 mg/24 hours oral tablet, extended release:** 1 once a day (in the morning), Prescribed Date: 04/11/2021
**ALPRAZolam 0.5 mg oral tablet:** 1 bid with 1 tab 2-3 times a week prn, Prescribed Date: 07/27/2021
**Zolpidem Tartrate 10 mg oral tablet:** 1 q hs prn, Prescribed Date: 07/27/2021

### Problems

**Anxiety F41.9:**
**Major depressive disorder, recurrent severe without psychotic features F33.2 (296.33):**
**ADD (attention deficit disorder) without hyperactivity F90.0 (314.00):**

### Vital Signs

No Vital Signs captured during this encounter

## History of Present Illness

The patient go back to Texas and discovered that the eszopiclone and lorazepam aren't as effective in her home environment as they were when she was visiting appear. She did have some zolpidem and alprazolam and finds that those work better for her. She had an evaluation for a pain pump and was told that there was more that she needed to try before she qualified for that. She had an assessment for Social Security disability and was approved.

## Review of Systems

Sleep and anxiety issues.

## Physical Exam

The patient checked in from her parent's home in Texas. She was casually dressed and groomed. Eye contact was good and speech was normal in its rate and rhythm. Mood was euthymic and her affect congruent.

## Assessment and Plan

1. **Major depressive disorder, recurrent severe without psychotic features F33.2 (296.33):**
   07/27/2021

2. **Anxiety F41.9 ():**
   07/27/2021

   - **Zolpidem Tartrate 10 mg oral tablet:**
     07/27/2021, 1 q hs prn, Quantity: 90.0 Tablet, 1 refills, Substitutions allowed
   - **ALPRAZolam 0.5 mg oral tablet:**
     07/27/2021, 1 bid with 1 tab 2-3 times a week prn, Quantity: 225.0 Tablet, (225 - Tablet), 1 refills, Substitutions allowed

3. **ADD (attention deficit disorder) without hyperactivity F90.0 (314.00):**
   07/27/2021

**Assessment**

The patient's depression and ADHD symptoms respond reasonably well to her medication as long as her pain is managed. Her anxiety had not been responding as well and her sleep was worse.

**Plan**

We will switch the lorazepam to alprazolam and the eszopiclone to zolpidem. The patient will check in again in December. She will continue her other medications.

**Electronically Signed By Dr. Anne S Clark on 07/27/21 at 08:45 AM CDT**

# Quality Assurance Report

## Request Information

Report Date: August 9, 2021

**RP ID:** 8189162

Patient Name: GARZA, LYNN

Provider Name: DR. ANNE CLARK

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to July 28, 2021**

Special Request:

Requesting medical records for Lynn Garza. - Seen By:
DR. ANNE CLARK

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: RATIE

LG.LIN.0284

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: August 10, 2021 **RP ID:** 8189159

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

**Patient Information**

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
Requesting medical records SEEN BY Ephraim Brenman, D.O. - Pain & Regenerative Medicine Physician

**Provider Information**

Provider: THE SAN ANTONIO ORTHOPAEDIC GROUP
400 CONCORD PLAZA DR STE 300
ATTN: MEDICAL RECORDS
SAN ANTONIO, TX 78216

Phone: (210) 281-9595 Fax: (210) 582-2670

**Electronic Order Data (If Applicable)**

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Ephraim Brenman, D.O. - Pain & Regenerative Medicine Physician
400 Concord Plaza Dr

San Antonio, TX 78216
(210) 804-5927

LG.LIN.0285

ReleasePoint

**MARC WHITEHEAD & ASSOCIATES**
**P.O. Box 1390 St. Peters, MO 63376**

**Date:** Jul 29 2021

**Patient:** GARZA, LYNN

**THE SAN ANTONIO ORTHOPAEDIC GROUP**
**400 CONCORD PLAZA DR STE 300**
**ATTN: MEDICAL RECORDS**
**SAN ANTONIO, TX 78216**

**DOB:**

**RP ID:** 8189159
Provider Portal: https://portal.releasepoint.com
Access Key: SAN966

**Request for Medical Records**

We are requesting a copy of medical records for your patient listed above. Please see the attached documentation providing authorization for the release of medical information.

**Records Required: From January 1, 2021 to Present**
**Requesting medical records SEEN BY Ephraim Brenman, D.O. - Pain & Regenerative Medicine Physician**

**Fee Approval:** Any fees above **$30.00** for records must be approved by the carrier.

**CONTACT US:** To avoid additional calls, faxes, or emails, send status updates or fee requests by:

- **EMAIL to: providers@releasepoint.com** with the RP ID above in the subject or
- **FAX to: (509) 254-6048**
- **Prepayment of $______ required.** Do you accept Visa? (Circle) YES NO

**SEND RECORDS:** Check one to indicate method records delivery:

___ **EMAIL records to us: charts@releasepoint.com** **with RP# in subject line**

___ **Faxing records: Pages _______ Fax:**

****Do not fold, staple or tape records****

___ **Mailing Records:** MARC WHITEHEAD & ASSOCIATES
Legal Services Division c/o ReleasePoint
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ______________________

Thank you for your cooperation,
**Eric Cruz**
Phone: **(213) 269-4244**

BARCODE

RPID: 8189159

# HIPAA-COMPLIANT AUTHORIZATION TO DISCLOSE PATIENT-IDENTIFIABLE HEALTH INFORMATION

TO: Ephraim Brenman, D.O. - Pain & Regenerative Medicine Physician
400 Concord Plaza Dr
SAN ANTONIO, TX 78216

RE: Lynn Garza

1.00 NATURE OF AUTHORIZATION: I hereby authorize the use or disclosure of my patient-identifiable health information as described below. This authorization is in accordance with the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organization is authorized to make the disclosure:

Ephraim Brenman, D.O. - Pain & Regenerative Medicine Physician

3.00 ENTITY TO WHICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc Whitehead and Associates and/or their agents, or to any persons designated by them in writing, the following type and amounts of patient-identifiable information:

Any and all items requested relating to the treatment or care provided by you, your agents and employees, to the above named patient, and/or the undersigned, including all records (from 01/01/2021 to present); reports; correspondence; notes; consultations; imaging films, (including x-rays, sonograms, CT and MRI scans); monitor strips; billing statements, or other information pertaining to the treatment provided to the patient, and/or the undersigned, for any and all injuries, illnesses and/or conditions, including drug/alcohol/mental health/communicable disease and/or AIDS testing and treatment.

This authorization does not extend to and does not permit any oral or written communications between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medical facility, or governmental unit concerning the medical care, treatment, physical condition, or medical expenses of 05/05/1972.

I understand that the information in the health records you furnish may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment of alcohol and drug abuse.

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

Ma c Whitehead & Associates, LLP
c/o Release Point
Po Box 1390, St. Peters MO 63376

Email address: charts@releasepoint.com
PHONE: 213-289-4244
FAX 213-408-8731

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 29 day of July, 2021.

DocuSigned by:
34F2E07AC1314A7...

Patient's Signature or Other Legally Responsible Person

Relationship to Patient (If other than Patient) and Description of Authority

Patient's Social Security Number

Patient's Date of Birth

RPID: 8189159

LG.LIN.0288

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

**MARC WHITEHEAD & ASSOCIATES**
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

February 22, 2021

To Whom It May Concern:

ReleasePoint is authorized to facilitate the release of medical information on behalf of Marc Whitehead & Associates, Attorneys at Law LLP.

Marc Whitehead & Associates, Attorneys at Law LLP and ReleasePoint are aware of the confidential nature of the personal health information being requested. The records being sought are for the sole use of the companies listed in this authorization.

This authorization shall remain in effect until further notice.

Sincerely,

Marc S. Whitehead, Esq.
Managing Partner

Mailing Address
Releasepoint
PO Box 1390
St. Peters, MO 63376

*address* 403 Heights Blvd Houston, TX 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *online* Disabil...

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Medical Records - CONFIDENTIAL

**FROM:** TX - San Antonio Orthopaedic Group
Krystal M
2829 BABCOCK ROAD, SUITE 700, SAN ANTONIO, TX 78229-6015
Phone: (210) 804-5400
Fax: (866) 624-9942

**TO:**

**Name: GARZA, LYNN**

**DOB:**

**Date Range: 01/01/2021 to 07/29/2021**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Imaging Results**
- **Physician Authorizations**
- **Prescription Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:755601-A-94]

**GARZA, LYNN (id #755601, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 07/22/2021**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/22/2021 02:40PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

follow-up

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 07/22/2021 02:06 pm | **Wt:** | 161 lbs 07/22/2021 02:51 pm | **BMI:** | 29.4 07/22/2021 02:51 pm |
| **BP:** | 151/105 07/22/2021 02:51 pm | **Pulse:** | 125 bpm 07/22/2021 02:51 pm | **Pain Scale:** | 8 07/22/2021 02:51 pm |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>9 mgactuat. | 07/22/21 | entered |
| **amoxicillin 500 mg capsule**<br>500 mg. | 07/22/21 | entered |
| **atorvastatin 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 07/22/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 07/22/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |

LG.LIN.0291

| | | |
|---|---|---|
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 07/22/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>125 mg. | 07/22/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 07/22/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 07/22/21 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/22/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 07/22/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 07/22/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 07/22/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 07/22/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **metFORMIN 1,000 mg tablet**<br>1000 mg. | 07/22/21 | entered |
| **methocarbamol 500 mg tablet**<br>500 mg. | 07/22/21 | entered |
| **Neurontin 600 mg tablet**<br>take 3 tabs for 1 week then 4 po qhs to follow | 07/22/21 | prescribed |
| **nortriptyline 25 mg capsule** | 06/10/21 | entered |

**GARZA, LYNN (id #755601, dob:**
25 mg.

**nortriptyline 50 mg capsule** 06/26/21 filled
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 07/22/21 entered
4 mg.

**spironolactone 50 mg tablet** 07/22/21 entered
50 mg.

**tiZANidine 4 mg tablet** 07/22/21 entered
4 mg.

**traMADoL 50 mg tablet** 07/22/21 entered
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 07/22/21 entered
5 mg.

**zolpidem 10 mg tablet** 06/10/21 entered
10 mg.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
How much tobacco do you chew?: none

**GARZA, LYNN (id #755601, dob:**

What was the date of your most recent tobacco screening?:
07/22/2021

**Other**
Marital status:
Married

**Ortho - TSAOG**
Do you drink alcohol?: Never or Rare
Drug Use: Never
Number of children: 1
Please list your hobbies/interests::
Tennis,coloring

**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

She comes in today for followup. She was evaluated by one of the partners at Dr. Tisdall's office. She reports she was not a candidate for intrathecal pump. She was on high enough of pain medication utilization. Takes hydrocodone 7.5/325 one 1 p.o. t.i.d. as well as gabapentin 1200 mg at night despite spinal cord stimulator. She denies any progressive weakness or bowel or bladder changes. Still complains of neuropathic pain, left upper limb, now is getting worsening, numbness, and tingling in the middle 3 fingers on the right upper limb, particularly at nighttime, she drops things.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Limited range of motion,Night Pain**
**Denies:Joint Pain,Back Pain**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**
**Reveals bilateral hand numbness.**

## Physical Exam

Patient is a 49-year-old
female.

Exam shows positive Tinel's right wrist negative on the left with dysesthesias with sympathetic symptoms in the left arm in the median nerve distribution. No atrophy. Normal muscle tone.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post median neuritis with decompression surgery distal to proximal still ongoing severe neuropathic pain despite spinal cord stimulator implant, possible more recent onset of carpal tunnel syndrome last 3 months.

RP Date ID: Jul 22 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

PLAN

Plan is to do EMG nerve conduction studies of bilateral upper limbs particularly to look for right carpal tunnel syndrome. Also change hydrocodone 10/325 p.o. t.i.d. to q.i.d. as needed. Increase gabapentin to 1800 mg total per day. Increase 2400 mg after a week. Follow up with me after the EMG. Call if she gets worse in the meantime. Questions were answered. Also set her up with UT Health Science Center Pain Clinic evaluation for possible intrathecal pump evaluation.

**. Carpal tunnel syndrome**

G56.01: *Carpal tunnel syndrome, right upper limb*

G56.02: Carpal tunnel syndrome, left upper limb

- BODY MASS INDEX: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: EXERCISES
- SCD - ASSH Carpal Tunnel Syndrome - Handout: SCD - Handout ASSH Carpal Tunnel Syndrome
- SCD - Carpal Tunnel Post op - Handout: SCD - Handout Carpal Tunnel Post-op
- NERVE CONDUCTION REFERRAL - Schedule Within: provider's discretion Note to Provider: bilateral upper ext
- *hydrocodone 10 mg-acetaminophen 325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0* Pharmacy: CVS/PHARMACY #7341
- Neurontin 600 mg tablet - take 3 tabs for 1 week then 4 po qhs to follow Qty: 120 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

**. Complex regional pain syndrome**

G90.519: Complex regional pain syndrome I of unspecified upper limb

M79.10: Myalgia, unspecified site

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 08/02/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 08/25/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 07/25/2021.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 07/25/2021 at 5:44pm

**Encounter Date: 07/22/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/22/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

[illegible]

**GARZA, LYNN (id #755601, dob:**

CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 07/04/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 07/07/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/09/21 | filled |
| **ibuprofen 400 mg tablet** | 06/10/21 | entered |

[illegible]

GARZA, LYNN (id #755601, dob:

400 mg.

| | | |
|---|---|---|
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 uniml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/26/21 | filled |
| **tiZANidine 4 mg tablet**<br>4 mg. | 07/10/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her arm is ok.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
Eyes and Ears
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**

**GARZA, LYNN (id #755601, dob:**

**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 06/09/2021 | 06/21/2021 | 07/12/2021 | 07/22/2021 |
|---|---|---|---|---|
| s/p t band | 3 min | 3 min | 3 min G | 3 min G |
| putty wrist ext table press | | | 3 min | 3 min |
| small body blade shake | | | 3 min | 3 min |
| Gripper pegs | 3 min Level 1 | 3 min Level 1 | 3 min Level 2 | 3 min Level 2 |
| constant force G | | | 3 min | 3 min |
| Flexbar twist | | | | 3 min |
| forearm stretch at mat | | | | 3 min |
| wobble board ball | | | | 3 min |
| putty small knob | 3 min | 3 min | 3 min | |
| bicep curls 1 lb | 3 min 2-3 lbs | 3 min 2-3 lbs | 3 min 2-3 lbs | |
| marble dig velcro large knob roll | 3 min 3 min | 3 min 3 min | 3 min | |
| flexbar up/down | 3 min | 3 min | | |
| pen push/pull into putty | 3 min | 3 min | | |
| dyna disk push | | | | |
| hand gripper | | | | |
| clothespin marbles | | | | |
| s/p alcohol bottle | | | | |

**GARZA, LYNN (id #755601, dob:**

putty tabletop squeeze

power web ext stretch

Heartflex

wrist PRE 1 lb or FB

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation at next session. Therapist focused part of session on thera ex for low load prolonged flexor stretch. Pt does report moderate stretching pain at distal forearm with stretches and expected tightness at forearm with stretch. Pt did have increase in digit PROM with all planes of wrist motion, continued wrist extension soft tissue tightness and weakness.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Continue with current plan of care.

[illegible]

**GARZA, LYNN (id #755601, dob:**

Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 07/22/2021 at 02:40 PM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 08/02/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 08/25/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/22/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/22/2021 at 11:51am

**Encounter Date: 07/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/12/2021 08:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

***CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119***
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 07/04/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| ***atorvastatin 20 mg tablet*** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 07/07/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/09/21 | filled |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamol 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/26/21 | filled |
| **tiZANidine 4 mg tablet**<br>4 mg. | 07/10/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never

**GARZA, LYNN (id #755601, dob:**
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her hand is doing ok.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 06/02/2021 | 06/09/2021 | 06/21/2021 | 07/12/2021 |
|---|---|---|---|---|

**GARZA, LYNN (id #755601, dob: )**

| | | | | |
|---|---|---|---|---|
| putty small knob | 3 min | 3 min | 3 min | 3 min |
| s/p t band | 3 min | 3 min | 3 min | 3 min G |
| bicep curls 1 lb | | 3 min 2-3 lbs | 3 min 2-3 lbs | 3 min 2-3 lbs |
| putty wrist ext *table press* | | | | 3 min |
| small body blade shake | | | | 3 min |
| constant force G | | | | 3 min |
| Gripper pegs | 4 min Level 1 | 3 min Level 1 | 3 min Level 1 | 3 min Level 2 |
| marble dig velcro large knob roll | | 3 min 3 min | 3 min 3 min | 3 min |
| flexbar up/down | 3 min | 3 min | 3 min | |
| pen push/pull into putty | 3 min | 3 min | 3 min | |
| dyna disk push | 3 min | | | |
| clothespin marbles | 3 min | | | |
| hand gripper | | | | |
| s/p alcohol bottle | | | | |
| putty tabletop squeeze | | | | |
| power web ext stretch | | | | |
| Heartflex | | | | |
| wrist PRE 1 lb or FB | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has one more apt prior to re-evaluation. Pt did tolerate more PROM and stretching this session than previous. Pt was able to complete thera ex this session with less rest breaks but was unable to progress in strengthening (but continues to make progression in light strengthening).

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

**GARZA, LYNN (id #755601, dob:**

M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

**. Hand pain**

M79.642: Pain in left hand

**Patient Goals**

2 weeks

STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)

4 weeks

LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)

New Goals 4 weeks

5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)

New Goals 4 weeks

7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Prabhdeep Grewal, MD for FOLLOW-UP 10 at RIDGEWOOD ORTHOPAEDIC OFFICE on 07/13/2021 at 09:50 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/12/2021.

Encounter performed and documented by Andrea Fisher, OT, CHT

Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/12/2021 at 8:43am

**Encounter Date: 07/07/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/07/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119

**GARZA, LYNN (id #755601, dob:**

CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 07/04/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet** | 06/10/21 | entered |

400 mg.

| | | |
|---|---|---|
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/26/21 | filled |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/17/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

LG.LIN.0308

RP Date ID: Jul 7 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
*Tobacco Smoking Status: Never smoker*
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she has been doing OK. Actually went on a cruise for 7 days which was nice. But she did not exercise while she was gone but pain was not terrible but her active rotation remains limited. She is not really driving (for multiple reasons) but she does not trust herself. Neck pain is still less than her arm but still grades it at 6/10 on average, which she thinks is better

## ROS

None recorded.

## Physical Exam

Patient is a 49-year-old female.

**Cervical Spine:**Active Range of Motion: **side bending right (36 deg.) (prior 40, initial 26, incoordinated)** and **left (40 deg.) (prior 42/36, initial w/pain/incoordination); rotation left (72 deg.) (prior 56/48, initial 47)** and **right (58 deg.) (prior 55/48, initial 23)**; and **flexion (50 deg.) (prior 52/38, initial 30 w/ pain)** and **extension (40 deg.) (prior 42/46, initial 20 w/ ataxic movement).**

CURRENT: 7/6/2021:

**GARZA, LYNN (id #755601, dob:**

Outcome measure/NDI: 52%

PN--6/3/2021:

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI--62%

INITIAL:

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 06/08/2021 | 06/16/2021 | 06/22/2021 | 07/07/2021 |
|---|---|---|---|---|
| MT | 25', manual distraction, NMR rotation | 15', manual distraction, alt iso -- rotation | 15', t spine PA mobs/gr 4 | 15', t spine PA mobs/gr 4 |
| UBE (unless did with OT same day) | 6' L4 (add OH traction) | 6' L4 (use 1. 5# weight) | 6' L4 (use 1. 5# weight) | 6' L4 (use 1. 5# weight)- |
| modified rock backs | 3' | 3' | 3' | 3'- |
| modified quaduped | | arm reaches, 10x ea (NEXT) | arm reaches, 10x ea | arm reaches, 10x ea- |
| cuff with alt UE flexion | 3' (AA) | 3' (AA) | 3' (AA) | 3' (AA)- |
| prone I's | next | next | 2' (10" hold) | 2' (10" hold) |
| Prone T's | next | next | 2' (10" hold) | 2' (10" hold) |
| laser assisted motion | next | 2' ea flex, rotation, | 2' ea flex, rotation seated | 2' ea flex, rotation seated |
| static cervical w/laser | | w/ sit to stand, 15x | w/ sit to stand, 15x | w/ sit to stand, 15x |
| laser with limb mvmts | | standing, alt UE 2'/ march, 2'- | seated & standing alt UE 1'/1'm(1#), march, 1'/1' | seated & standing alt UE 1'/1'm(1#), march, 1'/1' |
| static eyes closed laser | | 5x left, 5x right | 5x left, 5x right | 5x left, 5x right |
| POE | | | scap retract-protract, 3' | scap retract-protract, 3' |
| open books | hep | hep | hep | hep |
| Supine Robots | hep | hep | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |
| supine reverse codmans | 10x alt ea, 2', 1# on right | | | |
| No Money | RTT, 2' | | | |

## Procedure Documentation

**97112: Neuromuscular Re-Education:**

RP Date ID: Jul 7 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 0 minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of AArom w/end range isometric hold for cervical rotation, PA thoracic mobs and reassessment time

## Assessment / Plan

CURRENT: 7/6/2021: Ms. Garza has bee seen for 11 total visits over 5 months. She has averaged 2 visits/month. Both subjectively and objectively her measures have waxed and wanned. Currently, her cervical rotation ROM measures are improved but with significant cognitive focusing, and verbal cueing. She continues to demonstrate deficits in proprioceptive and kinesthetic awareness in the cervical spine. This has been addressed in the clinic and she was encouraged to continue to work on it at home as well, using mirror visual feedback to assist. It was agreed that we would continue for one additional month of PT at her usual frequency of attendance (2x/month or every other week) to try to achieve more consistent subjective and objective measures. Given her history and comorbidities, pain free functional mobility is unlikely.

PN: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**'atient Goals**

Patient to be Ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--MET today (58-60 right and 72 left)
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/12/2021 at 08:00 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at RIDGEWOOD ORTHOPAEDIC OFFICE on 07/13/2021 at 09:50 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 07/07/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 07/07/2021 at 1:15pm

**Encounter Date: 06/22/2021**
Patient

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/22/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider**: RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider**: EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 06/15/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

**tiZANidine 4 mg tablet** 05/17/21 filled
4 mg.

**traMADoL 50 mg tablet** 06/10/21 entered
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 06/10/21 entered
5 mg.

**zolpidem 10 mg tablet** 06/10/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**

RP Date ID: Jun 22 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Still reporting pain in both arms today but mostly in the hand on the right.

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 06/03/2021 | 06/08/2021 | 06/16/2021 | 06/22/2021 |
|---|---|---|---|---|
| MT | reassess, manual distraction, NMR rotation | 25', manual distraction, NMR rotation | 15', manual distraction, alt iso -- rotation | 15', t spine PA mobs/gr 4 |
| UBE (unless did with OT same day) | 6' L4 | 6' L4 (add OH traction) | 6' L4 (use 1. 5# weight) | 6' L4 (use 1. 5# weight) |
| modified rock backs | 3' | 3' | 3' | 3' |
| modified quaduped | | | arm reaches, 10x ea (NEXT) | arm reaches, 10x ea |
| cuff with alt UE flexion | 3' | 3' (AA) | 3' (AA) | 3' (AA) |
| prone I's | 10 x 10" | next | next | 2' (10" hold) |
| Prone T's | modified, 2' (5" hold) | next | next | 2' (10" hold) |
| laser assisted motion | next | next | 2' ea flex, rotation, | 2' ea flex, rotation seated |
| static cervical w/laser | | | w/ sit to stand, 15x | w/ sit to stand, 15x |
| laser with limb mvmts | | | standing, alt UE 2'/ march, 2'- | seated & standing alt UE 1'/1'm(1#), march, 1'/1' |
| static eyes closed laser | | | 5x left, 5x right | 5x left, 5x right |
| POE | | | | scap retract-protract, 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | | |
| No Money | RTT, 2' | RTT, 2' | | |
| open books | hep | hep | hep | hep |
| Supine Robots | hep | hep | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 18 minutes of one on one time

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of gentle cervical distraction, prom, alt iso for cervical rotation

## Assessment / Plan

Used the lower weight (1.5# for cervical unloader today). Able to complete all requested exercises, with rest breaks and alterning activity types. continued difficulty with proprioceptive training

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/22/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/22/2021 at 12:39pm

**Encounter Date: 06/21/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/21/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 06/15/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasol. 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** 06/10/21 entered
100 unitml.

**Lantus U-100 Insulin 100 unit/mL subcutaneous solution** 06/16/21 filled

**levothyroxine 100 mcg tablet** 06/10/21 entered
1 mg.

**levothyroxine 125 mcg tablet** 06/11/21 filled
125 mg.

**LORazepam 0.5 mg tablet** 06/10/21 entered
5 mg.

**metFORMIN 1,000 mg tablet** 06/16/21 filled

**methocarbamoL 500 mg tablet** 06/10/21 entered
500 mg.

**nortriptyline 25 mg capsule** 06/10/21 entered
25 mg.

**nortriptyline 50 mg capsule** 06/10/21 entered
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 06/10/21 entered
4 mg.

**spironolactone 50 mg tablet** 06/10/21 entered
50 mg.

**tiZANidine 4 mg tablet** 06/17/21 filled
4 mg.

**traMADoL 50 mg tablet** 06/10/21 entered
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 06/10/21 entered
5 mg.

**zolpidem 10 mg tablet** 06/10/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID 19, mRNA, LNP S, PF, 30 mcg/0.3 mL dose | 03/17/2 | 0.3 mL. | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

Family History

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

*Surgical History not reviewed (last reviewed 06/09/2021)*
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| DASH | 90 | |

## HPI

**OT Daily Progress Note**
Reported by patient.
How are you feeling? same (**pain/stiffness pain/stretching pain**); patient does note improvements with ability to move her wrist more and is continuing to note improvements with functional use of arm with therapy.
Severity: activity 8-9/10
Function: ADLs limited (**Quick Dash 90 %**); Pt continues to report inability to open containers, perform heavy house hold chores, wash her back and requires rest breaks with activities such as coloring/writing. Pt still reports severe limitations with daily ADL's
Previous OT Session: helping
Work: Pt is off duty

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**

GARZA, LYNN (id #755601, dob:

Confirms: None
Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing

**Gastrointestinal**
Confirms: None
Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite

**Genitourinary**
Confirms: None
Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating

**Musculoskeletal**
Confirms: None
Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain

**Neck**
Confirms: None
Denies:Neck Stiffness,Swollen Glands

**Neurologic**
Confirms: None
Denies:Loss of Consciousness,Weakness,Numbness/Tingling

**Nose and Throat**
Confirms: None
Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness

**Psychological**
Confirms: None
Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism

**Respiratory**
Confirms: None
Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking

**Skin and Head**
Confirms: None
Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches

## Physical Exam

Patient is a 49-year-old
female.

**Hands and Digits:**Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left: **active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 9 lbs.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow)**. Left AROM: **flexion (75 deg.)**, **extension (50 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

## Exercise Flowsheet

| Exercise | 05/25/2021 | 06/02/2021 | 06/09/2021 | 06/21/2021 |
|---|---|---|---|---|
| Gripper pegs | 4 min Level 1 | 4 min Level 1 | 3 min Level 1 | 3 min Level 1 |
| flexbar up/down | 3 min | 3 min | 3 min | 3 min |
| putty small knob | 3 min | 3 min | 3 min | 3 min |
| s/p t band | 3 min | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | 3 min 2-3 lbs | 3 min 2-3 lbs |
| pen push/pull into putty | 3 min | 3 min | 3 min | 3 min |
| marble dig velcro large knob roll | | | 3 min 3 min | 3 min 3 min |
| UFO at wall wrist extension stretch | | | | |
| dyna disk push | 3 min | 3 min | | |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| clothespin marbles | 3 min | 3 min |
| hand gripper | | |
| s/p alcohol bottle | | |
| putty tabletop squeeze | | |
| power web ext stretch | | |
| Heartflex | | |
| UBE Level 1 | | |
| wrist PRE 1 lb or FB | | |
| t band intrinsic | | |
| stick bicep curls 2 lbs | | |
| wrist developer no weight or 1 lb | | |
| flexbar wrist flexor stretch | | |
| weight hold | | |
| Flexbar shake | | |
| flexbar supination | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evalaution with static progression in edema, static progression in scar adhesions with decreased redness, increased tenderness/sensitivity and increased AROM to wrist/thumb and digits. Pt with increased grip strength. Pt scores a 90% on Quick Dash and is off from work. Pt has modertae to severe ADL deficits and report of severe pain that patient is reporting is getting worse. Pt is also having increased numbness/tingling and pain symptoms to R UE. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

Pt will also be making apt with Dr Grewal to discuss symptoms to R UE and increase in pain symptoms to L UE.

. **Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

[illegible]

**GARZA, LYNN (id #755601, dob:**

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week every 2 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 06/21/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 06/21/2021 at 11:47am

**Encounter Date: 06/16/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/16/2021 02:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

[illegible]

RP Date ID: Jun 16 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

CVS/PHARMACY #7341 (ERX): 9265 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5555, Fax (210) 647-9119
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen<br>100 untml. | 06/10/21 | entered |
| ***Lantus U-100 Insulin 100 unit/mL subcutaneous solution*** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet** | 06/10/21 | entered |

GARZA, LYNN (id #755601, dob:

1 mg.

| | | |
|---|---|---|
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| Sister | - Heart disease<br>- Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she was diagnosed with walking pneumonia over the weekend. She has been taking antibiotics, steroids, and an inhaler which have been helpful. She is still having pain in both arms; left is especially irritated "awful" today and the right has been swollen as well. She did see the pain management doctor recently (two of them) and they are in disagreement with the next course of action. She is not happy that more and more pain meds have been prescribed.

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 05/21/2021 | 06/03/2021 | 06/08/2021 | 06/16/2021 |
|---|---|---|---|---|
| MT | 25' PA/side/ iso--assisted rotation | reassess, manual distraction, NMR rotation | 25', manual distraction, NMR rotation | 15', manual distraction, alt iso -- rotation |
| UBE (unless did with OT same day) | start here unless did w/OT | 6' L4 | 6' L4 (add OH traction) | 6' L4 (use 1. 5# weight) |
| cuff with alt UE flexion | 3' | 3' | 3' (AA) | 3' (AA) |
| supine reverse codmans | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | |
| No Money | RTT, 2' | RTT, 2' | RTT, 2' | |
| modified rock backs | 3' | 3' | 3' | 3' |
| modified quadruped | | | | arm reaches 10x ea |

LG.LIN.0325

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| | | | | (NEXT) |
| prone I's | 10 x 10" | 10 x 10" | next | next |
| Prone T's | modified, 2' (5" hold) | modified, 2' (5" hold) | next | next |
| laser assisted motion | next | next | next | 2' ea flex, rotation, |
| static cervical w/laser | | | | w/ sit to stand, 15x |
| laser with limb mvmts | | | | standing, alt UE 2'/ march, 2'- |
| static eyes closed laser | | | | 5x left, 5x right |
| open books | 2' ea (HEP next) | hep | hep | hep |
| Supine Robots | standing, RTT (issued for HEP) | hep | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 18 minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of gentle cervical distraction, prom, alt iso for cervical rotation

## Assessment / Plan

We did increase the pull on the unloader today to which was tolerated fairly; More direct work on improving cervical proprioceptive and kinesthetic awareness as her PROM is always much greater than her AROM and movements are uncoordinated. Performed fairly with visual biofeedback provided while using headlamp laser

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 06/21/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/16/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/16/2021 at 4:59pm

**Encounter Date: 06/09/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/09/2021 03:40PM |

[illegible]

**GARZA, LYNN (id #755601, dob:**

DOB | Service Dept | THE ORTHOPAEDIC INSTITUTE OFFICE

**Provider** EPHRAIM K BRENMAN, DO

**Insurance** Med Primary: BCBS-TX (PPO)
Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

follow-up

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 06/09/2021 03:42 pm | **Wt:** | 161 lbs 06/09/2021 03:42 pm | **BMI:** | 29.4 06/09/2021 03:42 pm |
| **BP:** | 128/88 06/09/2021 03:46 pm | **Pulse:** | 99 bpm 06/09/2021 03:46 pm | **Pain Scale:** | 8 06/09/2021 03:47 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**amoxicillin 500 mg capsule** — 06/10/21 entered
500 mg.

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** — 06/10/21 entered
300 mg.

***clobetasol 0.05 % scalp solution*** — 06/10/21 entered
5 mgml.

**dextroamphetamine 30 mg tablet** — 06/10/21 entered
30 mg.

**dextroamphetamine-amphetamine 30 mg tablet** — 06/10/21 entered
75 mg.

**dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** — 06/10/21 entered
75 mg.

**escitalopram 20 mg tablet** — 06/10/21 entered
20 mg.

**eszopiclone 3 mg tablet** — 06/10/21 entered
3 mg.

RP Date ID: Jun 9 2021

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/10/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| triazolam 0.25 mg tablet | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet** | 06/10/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

10 mg.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

She comes in today for followup with her husband. She reports that her left upper limb pain is still there. It still hurts now, starting to the spread to the right side with stiffness and pain particularly with pain at night. She is taking gabapentin 600 mg at night without much help. She reports increased the hydrocodone 5/325 to one-half up to 3 times a day. She is "going crazy" despite having spinal cord stimulator implant. She denies any fevers, chills, unexplained weight loss, or progressive weakness. She still also takes the duloxetine.

## ROS

**Additionally reports:**

[illegible]

**GARZA, LYNN (id #755601, dob:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Denies:**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**
**Reveals bilateral arm pain.**

## Physical Exam

Patient is a 49-year-old female.

Her exam shows pain along the surgical scar with dysesthesias with allodynia in the left upper limb, now sore in the right upper limb. There is no temperature changes or color changes, but there is definitely hypersensitive in the same distribution with tenderness along the lower cervical paraspinals. Negative Spurling's maneuver. No atrophy. The left upper limb has give way weakness to all major muscle groups because of the pain.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post median nerve decompression or lysis, multiple procedures ongoing severe neuropathic pain with sympathetic features despite spinal cord stimulator as well as neuropathic pain agents.

PLAN
We will increase gabapentin to 600 mg twice a day. We will also continue with nortriptyline. She also is still taking the SSRI. She is taking Lexapro. Refill Norco 7.5/325 one p.o. t.i.d. as needed. Drug risks and interactions were discussed. My concern is that she is having breakthrough pain despite the spinal cord stimulator. She will be requiring increasing doses of medication, particularly opiates. At this point, we decided to get an intrathecal pain pump for evaluation. Follow up with me in 2 months. Call if she gets worse in the meantime. Questions answered. I checked the Texas PMP AWARxE and it did show compliance.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb
M50.30: Other cervical disc degeneration, unspecified cervical region

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion Note to Provider: pain pump eval
- hydrocodone 7.5 mg-acetaminophen 325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- gabapentin 600 mg tablet - take 1 tablet po qhs for 1 week then 2 po qhs to follow Qty: 60 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 06/10/2021.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 06/10/2021 at 6:50pm

**Encounter Date: 06/09/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/09/2021 01:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS TX (PPO) | | |

RP Date ID: Jun 9 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

[illegible]

Insurance # : YBC05K020697

Policy/Group # : 10825000

Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 06/02/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 06/07/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/07/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 06/03/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | [illegible] | [illegible] |

LG.LIN.0331

| | | |
|---|---|---|
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 06/03/21 | filled |
| **LORazepam 0.5 mg tablet** | 06/03/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH AT BEDTIME | 06/02/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/06/21 | filled |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) | 06/02/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/2 | 0.3 mL | | | | ER8734 | Other manufacturer. | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

LG.LIN.0332

**GARZA, LYNN (id #755601, dob:**

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

Pt reports her R forearm and hand are doing worse. She feels sensation cold, numbness, swelling and pain. Pt has apt today with Dr Brenman.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**

GARZA, LYNN (id #755601, dob:

Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain

**Neck**
 Confirms: None
 Denies:Neck Stiffness,Swollen Glands

**Neurologic**
 Confirms: None
 Denies:Loss of Consciousness,Weakness,Numbness/Tingling

**Nose and Throat**
 Confirms: None
 Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness

**Psychological**
 Confirms: None
 Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism

**Respiratory**
 Confirms: None
 Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking

**Skin and Head**
 Confirms: None
 Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 05/20/2021 | 05/25/2021 | 06/02/2021 | 06/09/2021 |
|---|---|---|---|---|
| Gripper pegs | | 4 min Level 1 | 4 min Level 1 | 3 min Level 1 |
| flexbar up/down | | 3 min | 3 min | 3 min |
| putty small knob | | 3 min | 3 min | 3 min |
| s/p t band | | 3 min | 3 min | 3 min |
| bicep curls 1 lb | 3 min | | | 3 min 2-3 lbs |
| pen push/pull into putty | | 3 min | 3 min | 3 min |
| marble dig velcro large knob roll | | | | 3 min 3 min |
| dyna disk push | | 3 min | 3 min | |
| clothespin marbles | | 3 min | 3 min | |
| hand gripper | 3 min | | | |
| s/p alcohol bottle | 3 min | | | |
| putty tabletop squeeze | 3 min | | | |
| power web ext stretch | 3 min | | | |
| Heartflex | 3 min | | | |
| wrist PRE 1 lb or FB | 3 min | | | |
| UFO at wall wrist extension stretch | | | | |
| UBE Level 1 | | | | |
| t band intrinsic | | | | |
| stick bicep curls 2 lbs | | | | |

**GARZA, LYNN (id #755601, dob: )**

| | |
|---|---|
| wrist developer no weight or 1 lb | [illegible] |
| flexbar wrist flexor stretch | [illegible] |
| weight hold | [illegible] |
| Flexbar shake | [illegible] |
| flexbar supination | [illegible] |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt was having more trouble sleeping and tightness pain at L forearm. Pt was able to complete thera ex this session but required frequent rest breaks and was grimacing with pain. Pt also had decrease tolerance to wrist PROM this session and tenderness to the touch with scar mobs.

. **Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**'atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Continue with current plan of care.

## GARZA, LYNN (id #755601, dob:

### Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 06/09/2021 at 03:40 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

### Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 06/09/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 06/09/2021 at 1:36pm

**Encounter Date: 06/08/2021 (Last amended by Deborah Keller, PT on 06/08/2021 at 3:09pm)**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/08/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

### Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 06/02/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg | 04/03/21 | entered |

GARZA, LYNN (id #755601, dob:
30 mg.

| | | |
|---|---|---|
| **dextroamphetamine-amphetamine 30 mg tablet** | 06/07/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/07/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 06/03/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 06/03/21 | filled |
| **LORazepam 0.5 mg tablet** | 06/03/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH AT BEDTIME | 06/02/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/06/21 | filled |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) | 06/02/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |

## GARZA, LYNN (id #755601, dob:

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

### Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

### Problems

Reviewed Problems
No known problems

### Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

### Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

### Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

### Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

### Screening

None recorded.

### HPI

States she is having some acute pain in her right arm today from just above the elbow to include the hand. Has been going on about 3 weeks ago but became more acute last night. Woke her up hourly last night. She is describing numbness and tingling with temperature change, as well as swelling. States right arm pain is acutely worse than her chronic left UE pain today. She has not

**GARZA, LYNN (id #755601, dob:**

found anything physically to do to make it better today, other than 3 pain pills.

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 04/29/2021 | 05/21/2021 | 06/03/2021 | 06/08/2021 |
|---|---|---|---|---|
| MT | 35' PA/side/ iso | 25' PA/side/ iso-- assisted rotation | reassess, manual distraction, NMR rotation | 25', manual distraction, NMR rotation |
| UBE (unless did with OT same day) | | start here unless did w/OT | 6' L4 | 6' L4 (add OH traction) |
| cuff with alt UE flexion | 3' | 3' | 3' | 3' (AA) |
| supine reverse codmans | next | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right |
| No Money | RTT, 2' | RTT, 2' | RTT, 2' | RTT, 2' |
| prone I's | 10 x 10" | 10 x 10" | 10 x 10" | next |
| modified rock backs | next | 3' | 3' | 3' |
| Prone T's | next | modified, 2' (5" hold) | modified, 2' (5" hold) | next |
| laser assisted motion | next | next | next | next |
| open books | continue | 2' ea (HEP next) | hep | hep |
| Supine Robots | standing, RTT (issued for HEP) | standing, RTT (issued for HEP) | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |
| apleys ext/ER | | | | |
| unloaded/seated rotation | | | | |
| unloaded/seated flex/ext | | | | |
| Seated Shoulder Flexion | | | | |
| cervical retraction w/ cuff | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 18 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of gentle cervical distraction, prom, nerve glides

**GARZA, LYNN (id #755601, dob:**

## Assessment / Plan

Significant increase in difficulty with all ex this visit. R UE symptoms not found to be specific to any nerve distribution. All 3 primary nerve tension tests were positive but other movements were inconsistently impaired. No significant change in symptoms with manual distraction or cervical ROM/mobilization. Issued gentle nerve glides for home

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 06/09/2021 at 03:40 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Amendment Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/08/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/08/2021 at 1:54pm
Amendment closed by Deborah Keller, PT on 06/08/2021 at 3:09pm

**Encounter Date: 06/03/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/03/2021 10.00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_RX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule** | 04/27/21 | filled |

**GARZA, LYNN (id #755601, dob:**
25 mg.

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH AT BEDTIME | 06/02/21 | renewed |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) | 06/02/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare

**GARZA, LYNN (id #755601, dob:**

Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she feels like cervical ROM is still a significant problem/restriction and this makes her afraid to try to drive. Her pain is definitely better but it feels more like soreness. Not able to report any significant improvement in her arm since starting treatment on her neck. She has developed some pain, numbness and tingling in the right UE though a couple of weeks ago. States her MRI report showed only mild degenerative changes and stenosis

## ROS

None recorded.

## Physical Exam

Patient is a 49-year-old female.

**Cervical Spine:**Active Range of Motion: **side bending right (40 deg.) (prior 40, initial 26, incoordinated)** and **left (36 deg.) (prior 42, initial w/pain/incoordination)**; **rotation left (48 deg.) (prior 56, initial 47)** and **right (48 deg.) (prior 55, initial 23)**; and **flexion (38 deg.) (prior 52, initial 30 w/ pain)** and **extension (46 deg.) (prior 42, nitial 20 w/ ataxic movement)**.

CURRENT: 6/3/2021:

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI--62%

PN: 4/28/2021:

OH reach, left: 166 with good quality

UE strength:/ left UE--grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

INITIAL:

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 04/09/2021 | 04/29/2021 | 05/21/2021 | 06/03/2021 |
|---|---|---|---|---|
| MT | 25'-grade 2 PA mobs | 35' PA/side/ iso | 25' PA/side/ iso-- | reassess, manual |

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| | c-spine; grade 3-4 t-spine | | assisted rotation | distraction, NMR rotation |
| UBE (unless did with OT same day) | | | start here unless did w/OT | 6' L4 |
| cuff with alt UE flexion | no cuff, 3' (add CTJ roll next))- | 3' | 3' | 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right | next | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right |
| No Money | 2' | RTT, 2' | RTT, 2' | RTT, 2' |
| prone I's | next | 10 x 10" | 10 x 10" | 10 x 10" |
| modified rock backs | | next | 3' | 3' |
| Prone T's | | next | modified, 2' (5" hold) | modified, 2' (5" hold) |
| laser assisted motion | | next | next | next |
| open books | 2' ea | continue | 2' ea (HEP next) | hep |
| Supine Robots | YTT 2' | standing, RTT (issued for HEP) | standing, RTT (issued for HEP) | hep |
| Unloaded scaption | unable today | dc | dc | dc |
| apleys ext/ER | seated w/towel roll (wait) | | | |
| unloaded/seated rotation | | | | |
| unloaded/seated flex/ext | | | | |
| Seated Shoulder Flexion | | | | |
| cervical retraction w/ cuff | | | | |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 42 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

## Assessment / Plan

CURRENT: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits.

PN: 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

GARZA, LYNN (id #755601, dob:

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**'atient Goals**

Patient to be ind in HEP--2 weeks--MET
*Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing*
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/03/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/03/2021 at 1:00pm

**Encounter Date: 06/02/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/02/2021 09:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule** | 04/27/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

**nortriptyline 25 mg capsule** 04/21/21 filled
25 mg.

**nortriptyline 50 mg capsule** 04/03/21 entered
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 04/03/21 entered
4 mg.

**spironolactone 50 mg tablet** 04/10/21 filled
50 mg.

**tiZANidine 4 mg tablet** 04/24/21 renewed
TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS

**traMADoL 50 mg tablet** 04/23/21 filled
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none

**GARZA, LYNN (id #755601, dob:**
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports today she is having a bad day with pain and R UE numbness/tingling.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches

## Physical Exam

None recorded.

## Exercise Flowsheet

**GARZA, LYNN (id #755601, dob:**

| Exercise | 04/30/2021 | 05/20/2021 | 05/25/2021 | 06/02/2021 |
|---|---|---|---|---|
| Gripper pegs | | | 4 min Level 1 | 4 min Level 1 |
| flexbar up/down | | | 3 min | 3 min |
| putty small knob | | | 3 min | 3 min |
| s/p t band | | | 3 min | 3 min |
| dyna disk push | | | 3 min | 3 min |
| clothespin marbles | | | 3 min | 3 min |
| pen push/pull into putty | | | 3 min | 3 min |
| UFO at wall wrist extension stretch | | | | |
| hand gripper | 3 min | 3 min | | |
| s/p alcohol bottle | | 3 min | | |
| putty tabletop squeeze | | 3 min | | |
| power web ext stretch | | 3 min | | |
| Heartflex | | 3 min | | |
| bicep curls 1 lb | | 3 min | | |
| wrist PRE 1 lb or FB | | 3 min | | |
| UBE Level 1 | 6 min | | | |
| t band intrinsic | 3 min | | | |
| stick bicep curls 2 lbs | 3 min | | | |
| wrist developer no weight or 1 lb | 3 min | | | |
| flexbar wrist flexor stretch | 3 min | | | |
| weight hold | def | | | |
| Flexbar shake | | | | |
| flexbar supination | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 22 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

**GARZA, LYNN (id #755601, dob:**

Assessment / Plan

Pt did have more tension this session with manual therapy and required more rest breaks with thera ex. Pt is still reporting tension band at mid forearm. Pt is going to make apt with Dr Brenman to discuss symptoms to R UE and continued pain at L forearm. Pt does have full wrist flexion PROM but continues with restrictions into wrist extension with tightness/soft tissue at wrist extensors.

. **Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

Return to Office

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 06/02/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 06/02/2021 at 10:10am

**Encounter Date: 05/25/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/25/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000 | | |

RP Date ID: May 25 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| [illegible] | [illegible] | |

| | | |
|---|---|---|
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/2' | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

Father - Diabetes mellitus

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| | - Depressive disorder |
| | - Hypertensive disorder |
| Mother | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Unspecified Relation | - Heart disease |
| | - Heart disease |
| Sister | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

Pt reports she is having more pain today. Pt reports she has been getting numbness to L hand and has sensation of band across mid palm.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**

**GARZA, LYNN (id #755601, dob:**

**Denies:Neck Stiffness,Swollen Glands**

**Neurologic**

**Confirms: None**

**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**

**Nose and Throat**

**Confirms: None**

**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**

**Psychological**

**Confirms: None**

**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**

**Respiratory**

**Confirms: None**

**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**

**Skin and Head**

**Confirms: None**

**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 04/07/2021 | 04/30/2021 | 05/20/2021 | 05/25/2021 |
|---|---|---|---|---|
| Gripper pegs | | | | 4 min Level 1 |
| flexbar up/down | | | | 3 min |
| putty small knob | | | | 3 min |
| s/p t band | | | | 3 min |
| dyna disk push | | | | 3 min |
| clothespin marbles | | | | 3 min |
| pen push/pull into putty | | | | 3 min |
| UFO at wall wrist extension stretch | | | | |
| hand gripper | 3 min | 3 min | 3 min | |
| s/p alcohol bottle | | | 3 min | |
| putty tabletop squeeze | | | 3 min | |
| power web ext stretch | | | 3 min | |
| Heartflex | | | 3 min | |
| bicep curls 1 lb | | | 3 min | |
| wrist PRE 1 lb or FB | | | 3 min | |
| UBE Level 1 | 4 min | 6 min | | |
| t band intrinsic | 3 min | 3 min | | |
| stick bicep curls 2 lbs | 3 min | 3 min | | |
| wrist developer no weight or 1 | 3 min | 3 min | | |

**GARZA, LYNN (id #755601, dob: )**

| | | |
|---|---|---|
| lb | | |
| flexbar wrist flexor stretch | 3 min | 3 min |
| weight hold | def | def |
| Flexbar shake | | |
| flexbar supination | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 22 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did have increase in guarding this session with manual stretching and required frequent rest breaks this session due to pain and weakness. Pt did report sensation of being hot and sweaty and end of therapy session but was able to complete all thera ex.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Continue with current plan of care.

Return to Office

LG.LIN.0355

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/02/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 05/25/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 05/25/2021 at 11:53am

**Encounter Date: 05/21/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/21/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet** | 04/03/21 | entered |

RP Date ID: May 21 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| 30 mg. | | |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet** | 04/03/21 | entered |

5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type. | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she has had alot of personal stuff going on so that is why she has missed PT recently. Due to increased stress levels, her pain is up, but she still feels like the therapy is helping. She also states that she was approved for disability

## ROS

[illegible]

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 04/01/2021 | 04/09/2021 | 04/29/2021 | 05/21/2021 |
|---|---|---|---|---|
| MT | 20'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 25'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 35' PA/side/ iso | 25' PA/side/ iso--assisted rotation |
| UBE (unless did with OT same day) | | | | start here unless did w/OT |
| cuff with alt UE flexion | no cuff, 3' (add CTJ roll next)) | no cuff, 3' (add CTJ roll next))- | 3' | 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right- | 10x alt ea, 2', 1# on right | next | 10x alt ea, 2', 1# on right |
| No Money | YTT (next) | 2' | RTT, 2' | RTT, 2' |
| prone I's | | next | 10 x 10" | 10 x 10" |
| modified rock backs | | | next | 3' |
| Prone T's | | | next | modified, 2' (5" hold) |
| laser assisted motion | next | | next | next |
| open books | next | 2' ea | continue | 2' ea (HEP next) |
| apleys ext/ER | seated w/towel roll (wait) | seated w/towel roll (wait) | | |
| unloaded/seated rotation | 3'(hep next) | | | |
| Supine Robots | YTT-next | YTT 2' | standing, RTT (issued for HEP) | standing, RTT (issued for HEP) |
| unloaded/seated flex/ext | 3'(hep next) | | | |
| Seated Shoulder Flexion | 2' (dc next) | | | |
| cervical retraction w/ cuff | dc | | | |
| Unloaded scaption | 2.5#, 2' | unable today | dc | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 20 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of grade 2-3 PA and lateral glide mobs to the c-spine; end range isometrics for rotation

## Assessment / Plan

Continues to push herself in therapy. Still demonstrating incoordination of cervical movement with limited AROM despite full PROM. End range, manually resisted isometrics performed to facilitate improved neuromotor control

[illegible]

**GARZA, LYNN (id #755601, dob:**

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 05/25/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/02/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 05/21/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 05/21/2021 at 1:15pm

**Encounter Date: 05/20/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/20/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)

[illegible]

**GARZA, LYNN (id #755601, dob:**

Allergies not reviewed (last reviewed [illegible])

NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCl 4 mg tablet** | 04/03/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

[illegible]
4 mg.

**spironolactone 50 mg tablet** 04/10/21 filled
50 mg.

**tiZANidine 4 mg tablet** 04/24/21 renewed
TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS

**traMADoL 50 mg tablet** 04/23/21 filled
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

**GARZA, LYNN (id #755601, dob:**

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| DASH | 75 | |

## HPI

**OT Daily Progress Note**
Reported by patient.
How are you feeling? improving **(patient is noting slow improvements in pain, wrist motion, finger strength and over ADL functions but still reports severe limitations,weakness/pain.)**
Severity: rest 8/10; activity 9/10; location: **(from upper mid arm down to fingertips)**
Function: ADLs limited (**Quick Dash 75 %**); Pt reports writing and use of color for her hobby is still difficult due to weakness/pain but is making gains. Pt reports severe deficits with opening tight containers and performing heavy house hold chores. Pt reports she is using her L arm more for light activities and continues to lift light items.
Previous OT Session: helping

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 49-year-old
female.

**GARZA, LYNN (id #755601, dob:**

**Hands and Digits:**Palpation Left: **tenderness volarly** and **scar adherent moderate.** Thumb Left: **active opposition (0.5 cm).** Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 4 lbs.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow)**; **WC: 13.1 cm**
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1 cm.** Left AROM: **flexion (75 deg.)**, **extension (45 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

## Exercise Flowsheet

| Exercise | 03/29/2021 | 04/07/2021 | 04/30/2021 | 05/20/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | | 3 min |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| putty tabletop squeeze | | | | 3 min |
| power web ext stretch | | | | 3 min |
| Heartflex | | | | 3 min |
| bicep curls 1 lb | | | | 3 min |
| wrist PRE 1 lb or FB | | | | 3 min |
| UBE Level 1 | 6 min | 4 min | 6 min | |
| t band intrinsic | 3 min | 3 min | 3 min | |
| stick bicep curls 2 lbs | 3 min | 3 min | 3 min | |
| wrist developer no weight or 1 lb | 3 min | 3 min | 3 min | |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | |
| weight hold | 3 min 5 lbs | def | def | |
| Flexbar shake | | | | |
| flexbar supination | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evalaution with continued decrease in edema. Pt presents with decrease in scar adhesions with decreased redness/irritation and increased AROM to wrist/thumb and digits. Pt scores a 75 % on Quick Dash and is off from work. Pt has modertae to severe ADL deficits and report of severe pain but is noting she is taking less pain medications. Pt was

RP Date ID: May 20 2021

**GARZA, LYNN (id #755601, dob:**

educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

**. Hand pain**

M79.642: Pain in left hand

**Patient Goals**

2 weeks

STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)

4 weeks

LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)

New Goals 4 weeks

5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)

New Goals 4 weeks

7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 05/20/2021.

Encounter performed and documented by Andrea Fisher, OT, CHT

Encounter reviewed & signed by Andrea Fisher, OT, CHT on 05/20/2021 at 12:22pm

**Encounter Date: 05/17/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/17/2021 12:40PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

RP Date ID: May 17 2021

**GARZA, LYNN (id #755601, dob:**
CV19 Telemed, Patient here for Neck Pain, Patient is here for arm pain

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| ketoconazole 2 % shampoo<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet** | 04/03/21 | entered |

**GARZA, LYNN (id #755601, dob:**
1 mg.

| | | |
|---|---|---|
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Problems not reviewed (last reviewed 04/30/2021)
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder |

**GARZA, LYNN (id #755601, dob:**

Brother

- Depressive disorder
- Hypertensive disorder
- Depressive disorder

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: Y
Depression: **Y**
Thyroid Disease: **Y**

## Documents for Discussion

**Discussed the following documents:**

- UNKNOWN - 05/17/21
- UNKNOWN - 05/17/21
- UNKNOWN - 05/17/21
- UNKNOWN - 04/28/21
- NECK PAIN DISABILITY QUESTIONNAIRE - 04/29/21
  Notes - NDI
- CLINICAL SUMMARY - 04/16/21
  Notes - clinical
- CVS Pharmacy Immunization Notification - 04/12/21

## Screening

None recorded.

## HPI

Patient has chosen and consented to have a telemedicine visit for followup today due to risk of COVID19.

Telemed visit today to review Cervical MRI results, discussed in detail with patient.

We reviewed MRI results and underlying pathology in detail as it relates to the persistent pain. Provided patient with copy of radiologist report for her records.

She has started OT and PT and had to take a break for 4 weeks due to personal reasons but has scheduled to resume. She states she was doing a lot of progress with therapy with improved strength and pain and is very optimistic of the progress eh has made thus far.

From Initial Visit:

**GARZA, LYNN (id #755601, dob:**

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness,Limited range of motion**
**Denies:Muscle Aches,Joint Pain,Back Pain,Night Pain**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old
female.

Constitutional: alert,conversive, no apparent distress
Psychiatric: Judgement and insight intact, AAO x 4
Mood and Affect: mood normal, affect appropriate

MRI results

IMPRESSION
1. Cervical spine MRI demonstrates postsurgical changes posterior decompression
at C5-C6 and C6-C7 with no MRI evidence of complications.
2. Multilevel spondylosis most prominent at C5-C6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-C6.
3. Left convex cervical curvature is unchanged compared to prior MRI, scoliosis versus related to muscle spasm.
4. At C5-C6 there is mild central canal stenosis with flattening but no compression or signal change of the spinal cord. Mild left neural foraminal stenosis.
5. At C6-C7 there is mild central canal stenosis with no compression or signal change of the spinal cord. No foraminal stenosis.

## Procedure Documentation

None recorded.

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

LUE DVT

Myofascial pain

RP Date ID: May 17 2021

**GARZA, LYNN (id #755601, dob:**

Chronic pain.

Cervical Radiculopathy

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

50% improvement neuropathic pain LUE sp SCS implant.

Plan

1. continue tizanidine qhs prn spasms is helpful , she has an OA with Dr Brenman.

2. Pain improved with SCS. now continue to work through deconditioning and strengthening since there is a significant improvement in pain vit OT / PT . making progress with PT and OT. encouraged her to follow through and continue as scheduled.

3. . discussed importance of Aspirin as rec by vascular for her dvt

4. discussed OIH and rec slow controlled weaning over time as tolerated.

5. Schedule followup in 3 mths to reassess. Advised to RTC sooner if needs scs reprogramming. currently is working well for her and she is pleased with the slow but forward progress.

. **Cervical radiculopathy**
M54.12: Radiculopathy, cervical region

. **Spondylosis without myelopathy**
M47.812: Spondylosis without myelopathy or radiculopathy, cervical region

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Psychosocial dysfunction due to chronic pain**
F45.42: Pain disorder with related psychological factors

. **Deep venous thrombosis of upper extremity**
I82.609: Acute embolism and thrombosis of unspecified veins of unspecified upper extremity

Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 05/20/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

Encounter Sign-Off
Encounter signed-off by Prabhdeep Grewal, MD, 05/17/2021.

**GARZA, LYNN (id #755601, dob:**

Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 05/17/2021 at 9:06pm

**Encounter Date: 04/30/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/30/2021 08:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

*NEW PATIENT PRESENT TODAY FOR HAND PAIN*

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

**gabapentin 300 mg capsule** — 02/24/21 filled
1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW

**HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** — 04/19/21 filled
Take 1 tablet(s) 3 times a day by oral route.

**ibuprofen 400 mg tablet** — 04/21/21 filled

**ketoconazole 2 % shampoo** — 04/10/21 filled
20 mgml.

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** — 04/07/21 filled

**levothyroxine 100 mcg tablet** — 04/03/21 entered
1 mg.

**levothyroxine 125 mcg tablet** — 03/18/21 filled

**methocarbamoL 500 mg tablet** — 04/09/21 filled
500 mg.

**nortriptyline 25 mg capsule** — 04/27/21 filled
25 mg.

**nortriptyline 50 mg capsule** — 04/03/21 entered
50 mg.

**Novofine 32 32 gauge x 1/4" needle** — 04/07/21 filled

**ondansetron HCL 4 mg tablet** — 04/03/21 entered
4 mg.

**spironolactone 50 mg tablet** — 04/10/21 filled
50 mg.

**tiZANidine 4 mg tablet** — 04/24/21 renewed
TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS

**traMADoL 50 mg tablet** — 04/23/21 filled
50 mg.

**triazolam 0.25 mg tablet** — 04/21/21 filled

**Xanax 0.5 mg tablet** — 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** — 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
. Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

Pt reports her symptoms are doing ok today but did have a fall on her arm.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**

GARZA, LYNN (id #755601, dob:
Confirms: None
Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain
Neck
Confirms: None
Denies:Neck Stiffness,Swollen Glands
Neurologic
Confirms: None
Denies;Loss of Consciousness,Weakness,Numbness/Tingling
Nose and Throat
Confirms: None
Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness
Psychological
Confirms: None
Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism
Respiratory
Confirms: None
Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking
Skin and Head
Confirms: None
Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 03/24/2021 | 03/29/2021 | 04/07/2021 | 04/30/2021 |
|---|---|---|---|---|
| UBE Level 1 | 6 min | 6 min | 4 min | 6 min |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | 3 min | 3 min | 3 min | 3 min |
| stick bicep curls 2 lbs | 3 min | 3 min | 3 min | 3 min |
| wrist developer no weight or 1 lb | 3 min | 3 min | 3 min | 3 min |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | 3 min |
| weight hold | 3 min 5 lbs | 3 min 5 lbs | def | def |
| putty tabletop squeeze | | | | |
| Flexbar shake | | | | |
| flexbar supination | | | | |
| Heartflex | | | | |
| s/p alcohol bottle | | | | |
| power web ext stretch | | | | |
| bicep curls 1 lb | | | | |
| wrist PRE 1 lb or FB | | | | |

Procedure Documentation

**GARZA, LYNN (id #755601, dob:**

Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation next session. Pt did make progress with strengthening this session and tolerance to PROM/stretching to digit/wrist this session. Pt did have less guarding this session.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 05/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 04/30/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 04/30/2021 at 8:47am

**Encounter Date: 04/29/2021**

**GARZA, LYNN (id #755601, dob:**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/29/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Ms. Garza feels like she has made really good progress with PT especially with regards to her neck ROM; she is having less pain in the shoulder blade as well. Worst pain level in her neck has been around a 6/10 and "it lives around there" but nonetheless she feels like this is much better/more tolerable. She does have an aggravation of her UE symptoms today because she lost her balance and fell back onto her left arm. She has also had a cervical MRI recently but does not know the results yet

## ROS

None recorded.

## Physical Exam

Patient is a 48-year-old
female.

**Cervical Spine:**Active Range of Motion: **side bending right (40 deg.) (initial 26, incoordinated)** and **left (42 deg.) (initial w/pain/incoordination)**; **rotation left (56 deg.) (initial 47)** and **right (55 deg.) (initial 23)**; and **flexion (52 deg.) (initial 30 w/ pain)** and **extension (42 deg.) (initial 20 w/ ataxic movement)**.

CURRENT: 4/28/2021.

OH reach, left: 166 with good quality

UE strength:/ left UE--grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

[illegible]

**GARZA, LYNN (id #755601, dob:**

PN: 3/12/2021:

Posture and palpation: not formally reassessed

Shoulder OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

INITIAL:

Outcome Measure/NDI: 82% disabilty score

Exercise Flowsheet

| Exercise | 03/19/2021 | 04/01/2021 | 04/09/2021 | 04/29/2021 |
|---|---|---|---|---|
| MT | 20' alt iso cspine, grade 1 PA mobs, SO release | 20'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 25'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 35' PA/side/ iso |
| UBE (unless did with OT same day) | | | | |
| cuff with alt UE flexion | no cuff, 3' | no cuff, 3' (add CTJ roll next)) | no cuff, 3' (add CTJ roll next))- | 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right- | 10x alt ea, 2', 1# on right | next |
| Supine Robots | | YTT-next | YTT 2' | standing, RTT (issued for HEP) |
| No Money | | YTT (next) | 2' | RTT, 2' |
| prone I's | | | next | 10 x 10" |
| Unloaded scaption | 2.5#, 2' | 2.5#, 2' | unable today | dc |
| modified rock backs | | | | next |
| Prone T's | | | | next |
| laser assisted motion | next | next | | next |
| open books | | next | 2' ea | continue |
| apleys ext/ER | | seated w/towel roll (wait) | seated w/towel roll (wait) | |
| unloaded/seated rotation | 3' | 3' (hep next) | | |
| unloaded/seated flex/ext | 3' | 3'(hep next) | | |
| Seated Shoulder Flexion | 2' | 2' (dc next) | | |
| cervical retraction w/ cuff | | dc | | |

Procedure Documentation

**97112: Neuromuscular Re-Education:** 20 minutes

**GARZA, LYNN (id #755601, dob:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of grade 2-3 PA and lateral glide mobs to the c-spine; end range isometrics for rotation and reassessment time

## Assessment / Plan

CURRENT: 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

PN: 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/30/2021 at 08:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 04/29/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 04/29/2021 at 1:51pm

**Encounter Date: 04/09/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/09/2021 11:00AM |

RP Date ID: Apr 9 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 04/03/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 04/03/21 | entered |
| **ketoconazole 2 % shampoo** | 04/03/21 | entered |

GARZA, LYNN (id #755601, dob:

20 mgml.

| | | |
|---|---|---|
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/03/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/03/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none

**GARZA, LYNN (id #755601, dob:**

Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
*Please list your hobbies/interests:: Tennis,coloring*

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she is having increased pain in her hand today. Just woke up with it; doesn't seem to matter if she wears her sleeve or not. The left hand is also much colder than the right

## ROS

None recorded.

## Physical Exam

*None recorded.*

## Exercise Flowsheet

| Exercise | 03/05/2021 | 03/19/2021 | 04/01/2021 | 04/09/2021 |
|---|---|---|---|---|
| MT | 20' alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, grade 1 PA mobs, SO release | 20'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 25'-grade 2 PA mobs c-spine; grade 3-4 t-spine |
| cuff with alt UE flexion | 3' | no cuff, 3' | no cuff, 3' (add CTJ roll next)) | no cuff, 3' (add CTJ roll next)) |
| supine reverse codmans | 10x alt ea, 2' | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right- | 10x alt ea, 2', 1# on right |
| Supine Robots | | | YTT-next | YTT 2' |
| No Money | | | YTT (next) | 2' |
| prone I's | | | | next |
| Unloaded scaption | 2.5#, 2' | 2.5#, 2' | 2.5#, 2' | unable today |
| open books | | | next | 2' ea |
| apleys ext/ER | | | seated w/towel roll (wait) | seated w/towel roll (wait) |
| unloaded/seated rotation | next | 3' | 3' (hep next) | |
| unloaded/seated flex/ext | next | 3' | 3'(hep next) | |
| Seated Shoulder Flexion | 2' | 2' | 2' (dc next) | |
| cervical retraction w/ cuff | 3' | | dc | |

**GARZA, LYNN (id #755601, dob:**

laser assisted motion | cervical ROM, rot/diag/ext/flex, 1' ea | next | next

## Procedure Documentation

**97112: Neuromuscular Re-Education:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of grade 2-3 PA mobs to the c-spine; grade 3-4 tspine PA /unilateral mobs /manip w/patient approval

## Assessment / Plan

Patient tolerated thoracic mobilizations well today. Was able to produce a cavitation (with patient approval) at 2 levels. Additional grade 2-3 PA mobs to c-spine and STM performed for pain relief; She was found to have decreased temperature in the left had as well as decreased tolerance for activities requiring her to grip with her left hand

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/16/2021 at 08:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 04/09/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 04/09/2021 at 2:29pm

**Encounter Date: 04/07/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/07/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

[illegible]

**GARZA, LYNN (id #755601, dob:**

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| ***buPROPion HCL XL 300 mg 24 hr tablet, extended release***<br>300 mg. | 04/03/21 | *entered* |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 04/03/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 04/03/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/03/21 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamol 500 mg tablet**<br>500 mg. | 04/03/21 | entered |
| **nortriptyline 25 mg capsule** | 04/03/21 | entered |

**GARZA, LYNN (id #755601, dob:**
25 mg.

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)

GARZA, LYNN (id #755601, dob:

Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a bad day.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 03/10/2021 | 03/24/2021 | 03/29/2021 | 04/07/2021 |
|---|---|---|---|---|
| UBE Level 1 | 6 min | 6 min | 6 min | 4 min |
| weight hold | 3 min 5 lbs | 3 min 5 lbs | 3 min 5 lbs | def |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | 3 min | 3 min | 3 min | 3 min |

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| stick bicep curls 2 lbs | 3 min | 3 min | 3 min | 3 min |
| wrist developer no weight or 1 lb | 3 min | 3 min | 3 min | 3 min |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | 3 min |
| putty tabletop squeeze | | | | |
| Flexbar shake | | | | |
| flexbar supination | | | | |
| Heartflex | | | | |
| s/p alcohol bottle | | | | |
| power web ext stretch | | | | |
| bicep curls 1 lb | | | | |
| wrist PRE 1 lb or FB | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 19 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM. soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt was more guarded this session, was more sensitive to touch, and had more pain with PROM/stretching this session. Pt was unable to tolerate completing full thera ex and required more rest breaks this session due to pain this session.

. **Complex regional pain syndrome of upper limb**

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**

**GARZA, LYNN (id #755601, dob:**

2 weeks

STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)

4 weeks

LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)

New Goals 4 weeks

5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

***Patient Instructions***

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 04/07/2021.

Encounter performed and documented by Andrea Fisher, OT, CHT

Encounter reviewed & signed by Andrea Fisher, OT, CHT on 04/07/2021 at 12:11pm

**Encounter Date: 04/01/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/01/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589

OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

**GARZA, LYNN (id #755601, dob:**

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| Medication | Date | Status |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 03/31/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 03/31/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 03/31/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 03/31/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 03/31/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **Lexapro 20 mg tablet**<br>20 mg. | 03/31/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/31/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 03/31/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 03/31/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 03/31/21 | entered |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>4 mg. | 03/31/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 03/31/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 03/31/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/31/21 | entered |

RP Date ID: Apr 1 2021

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she saw pain management doctor yesterday and they are going to order another cervical MRI. She did have an episode of numbness, "a dead sensation" in the 4th and 5th fingers of her left hand that lasted about a day and half last week. Unsure why but it went away as quickly as it came. She states that looking up is currently her primary complaint/restriction

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 | 03/05/2021 | 03/19/2021 | 04/01/2021 |
|---|---|---|---|---|
| MT | alt iso cspine, shoulder, gentle | 20' alt iso cspine, shoulder, gentle | 20' alt iso cspine, grade 1 PA mobs, SO | 20'-grade 2 PA mobs c-spine; grade 3-4 t- |

LG.LIN.0391

**GARZA, LYNN (id #755601, dob:**

| | mobs, 30 | mobs, 30 | release | spine |
|---|---|---|---|---|
| cuff with alt UE flexion | 3' | 3' | no cuff, 3' | no cuff, 3' (add CTJ roll next)) |
| supine reverse codmans | | 10x alt ea, 2' | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right- |
| Supine Robots | | | | YTT-next |
| No Money | | | | YTT (next) |
| laser assisted motion | all planes | cervical ROM, rot/diag/ext/flex, 1' ea | next | next |
| Unloaded scaption | next | 2.5#, 2' | 2.5#, 2' | 2.5#, 2' |
| open books | | | | next |
| apleys ext/ER | | | | seated w/towel roll (wait) |
| unloaded/seated rotation | next | next | 3' | 3' (hep next) |
| unloaded/seated flex/ext | next | next | 3' | 3'(hep next) |
| Seated Shoulder Flexion | next | 2' | 2' | 2' (dc next) |
| cervical retraction w/ cuff | 3' | 3' | | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 6 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 6 minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of grade 2-3 PA mobs to the c-spine; grade 3-4 tspine PA /unilateral mobs

## Assessment / Plan

Addition of manual segmental PA mobilizations to CT spine today; demonstrates significant hypomobility throughout. Would benefit from additional mobilization activities which will be added at the next visit provided there was no adverse response to todays session. Tspine mobs/grade 5 manipulation may be beneficial for "resetting" the sympathetic ganglion as well and have a positive impact on her CRPS

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM

RP Date ID: Mar 31 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 04/01/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 04/01/2021 at 12:44pm

**Encounter Date: 03/31/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/31/2021 08:40AM |
| **DOB** | | **Service Dept.** | MISSION TRAIL OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

Patient here for Neck Pain, Left Patient is here for arm pain

3 month follow up cervical
lead pull
FU CERVICAL

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 138/90 sitting 03/31/2021 09:06 am | **BMI:** | 29.5 03/31/2021 09:07 am | **Ht:** | 5 ft 2 in Stated 03/31/2021 09:06 am |
| **Pain Scale:** | 8 03/31/2021 09:07 am | **Pulse:** | 98 bpm regular 03/31/2021 09:07 am | **Wt:** | 161.2 lbs With clothes 03/31/2021 09:07 am |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** — 04/03/21 entered
300 mg.

**clobetasoL 0.05 % scalp solution** — 04/03/21 entered

LG.LIN.0393

**GARZA, LYNN (id #755601, dob:**

5 mgml.

**dextroamphetamine 30 mg tablet** 04/03/21 entered
30 mg.

**dextroamphetamine-amphetamine 30 mg tablet** 03/04/21 filled

**dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** 04/03/21 entered
75 mg.

**escitalopram 20 mg tablet** 04/03/21 entered
20 mg.

**gabapentin 300 mg capsule** 02/24/21 filled
1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW

**HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** 04/03/21 entered
325 mg.

**ketoconazole 2 % shampoo** 04/03/21 entered
20 mgml.

**levothyroxine 100 mcg tablet** 04/03/21 entered
1 mg.

**levothyroxine 125 mcg tablet** 03/18/21 filled

**methocarbamoL 500 mg tablet** 04/03/21 entered
500 mg.

**nortriptyline 25 mg capsule** 04/03/21 entered
25 mg.

**nortriptyline 50 mg capsule** 04/03/21 entered
50 mg.

**ondansetron HCL 4 mg tablet** 04/03/21 entered
4 mg.

**spironolactone 50 mg tablet** 04/03/21 entered
50 mg.

**tiZANidine 4 mg tablet** 04/03/21 entered
4 mg.

**traMADoL 50 mg tablet** 04/03/21 entered
50 mg.

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

Problems

Reviewed Problems
No known problems

Family History

[illegible]

**GARZA, LYNN (id #755601, dob:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Documents for Discussion

**Discussed the following documents:**

- UNKNOWN - 03/31/21
- MRI, ELBOW, W/O CONTRAST - 01/21/21
- Clinical Document - 03/31/21
  Notes - Patient Facesheet
- NECK PAIN DISABILITY QUESTIONNAIRE - 03/12/21
- Clinical Document - 02/24/21
  Notes - Patient Facesheet
- NECK PAIN DISABILITY QUESTIONNAIRE - 02/12/21
- Clinical Document - 02/12/21
  Notes - Patient Consent Form
- Clinical Document - 02/12/21
  Notes - Patient Facesheet
- PHYSICAL THERAPY - 02/11/21
- PHYSICAL THERAPY - 01/06/21
  Notes - ot exercise sheet
- PHYSICAL THERAPY - 01/06/21
- Clinical Document - 01/06/21
  Notes - Patient Consent Form
- Clinical Document - 01/06/21
  Notes - Patient Facesheet
- Clinical Document - Record of Care - 03/31/21
- CVS Pharmacy Immunization Notification - 03/19/21
- Clinical Document - Record of Care - 02/24/21
- Clinical Document - Record of Care - 02/12/21

GARZA, LYNN (id #755601, dob:

- Clinical Document - Record of Care - 01/06/21

## Screening

None recorded.

## HPI

Ms Garza presents for followup today 6 mths post SCS implant.

She is making slow and steady progress forward now, She has started OT/PT and reports it has been very helpful for her in regaining some strength. She has made progress with adls like doing her hair and is working on other tasks around the house. With weather she has some increasing arm pain. Elbow MRI reviewed which is essentially normal.

as noted previously

She reports 50% improvement in her pain. She states she was unsure if it was helpful and as such turned off device x 1 week and she had significantly worsening neuropathic pain and she turned device back on again with improvement.

She does continue ot have deep dull achie in her arm and occasionally "flashes of pain across scar" and upper extremity swelling. She also has a inner elbow tightness localised swelling which is locally painful and restricts elbow flexion and extension.

She does have hx of UE DVT and reports she has not been consistent with taking aspirin as instructed by vascular md

She also complains of trapezius spasms and tightness.

She has not started PT/OT post implant.

From Initial Visit:

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness,Limited range of motion**
**Denies:Muscle Aches,Joint Pain,Back Pain,Night Pain**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**

**GARZA, LYNN (id #755601, dob:**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 48-year-old
female.

Constitutional: well-developed, well-nourished, and in no acute distress, appearing stated age,
Neck pvttp + trapezius spasms negative spurling + facet loading
LUE + mottling decreased grip strength, no allodynia noted
Neuro: AA&Ox3,

Cervical xray to evaluate electrode positioning.

## Procedure Documentation

**Xray, Cervical, 2-3V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: 2 views AP Lateral

**X-Ray Findings/Interpretation:**

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

LUE DVT

Myofascial pain

Chronic pain.

Cervical Radiculopathy

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

50% improvement neuropathic pain LUE sp SCS implant.

Plan

1. Refill tizanidine qhs prn spasms is helpful , she has an OA with Dr Brenman.

2. some programming adjustments were made with vendor rep and patient today.

2. Pain improved with SCS. now continue to work through deconditioning and strengthening since there is a significant improvement in pain vit OT / PT

3. MRI C spine to evaluate for any worsening stenosis, she was noted to have significant NF stenosis on old MRI

4. discussed importance of Aspirin as rec by vascular for her dvt

Psychometric Testing: Performed today using computerized testing with physician interpretation in order to identify the presence of psychogenic factors to the patient's pain complaint so as to guide medication management and other treatment modalities. PROMIS-29 reviewed and notes severe pain interference and mild physical dysfunction along with high impact pain. We will track

[illegible]

**GARZA, LYNN (id #755601, dob:**

these outcomes over time and adjust therapy accordingly.

Measuring improvements over time and after intervention is a difficult task. There are limitations to the VAS pain scale, as it often does not correlate well with a patients self-reported levels percent improvement. In order to better track outcomes, we administered the PROMIS (Patient Reported Outcomes Measurement Information System)-29 questionnaire both pre-trial and again today, with the following results:

v1.0 Pain Interference 4a score improved from 76 to 72, not statistically significant.

v2.0 Social Participation score stayed at 27; not statistically significant.

v1.0 Sleep Disturbance 4a score improved from 73 to 68; not statistically significant.

v1.0 Fatigue 4a score stayed at 55; not statistically significant.

v1.0 Depression 4a score improved from 57 to 41; a statistically significant improvement.

v1.0 Anxiety 4a score improved from 60 to 51; a statistically significant improvement.

v1.0 Physical Function 4a score improved from 35 to 40; not statistically significant.

03/31/2021 - Pain Impact Score: 36/50 (High)

. **Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- MRI, CERVICAL SPINE, W/O CONTRAST
Height (ft.): 5 ft 2 in Weight (lbs): 161

. **Spondylosis without myelopathy**
M47.812: Spondylosis without myelopathy or radiculopathy, cervical region

. **Chronic pain syndrome**

G89.4: Chronic pain
syndrome

. **Complex regional pain syndrome of upper limb**
*G90.519: Complex regional pain syndrome I of unspecified upper limb*

. **Muscle pain**
M79.10: Myalgia, unspecified site
- tizanidine 4 mg tablet - take 1-2 tabs po qhs prn spasms Qty: 180 tablet(s) Refills: 0 Pharmacy: OPTUM RX MAIL ORDER PHARMACY (PRIMARY)

. **Psychosocial dysfunction due to chronic pain**
F45.42: Pain disorder with related psychological factors

. ***Deep venous thrombosis of upper extremity***
I82.609: Acute embolism and thrombosis of unspecified veins of unspecified upper extremity

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 04/03/2021.
Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 04/03/2021 at 10:23am

[illegible]

**GARZA, LYNN (id #755601, dob:**

REAL WORLD OUTCOMES

Lynn Garza

**D.O.B.** MRN: 755601 **Date:** 03/31/2021

| Global Pain | Pain Impact | ODI |
|---|---|---|
| **8/10** - High Pain | **38/50** - High Impact | **35/50** - Severe |

PROMIS ASSESSMENTS

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Anxiety | 51.36 | [illegible] | [illegible] |
| Depression | 40.99 | [illegible] | [illegible] |
| Fatigue | 55.21 | [illegible] | [illegible] |
| Pain Interference | 73.56 | Severe | [illegible] |
| Physical Function | 40.27 | [illegible] | [illegible] |
| Sleep Disturbance | 66.28 | Moderate | [illegible] |
| Social Participation | 27.49 | Severe | [illegible] |

Assessment History





LG.LIN.0400

RP Date ID: Mar 31 2021

**GARZA, LYNN (id #755601, dob:**



## GARZA, LYNN (id #755601, dob:

**Encounter Date: 03/29/2021**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/29/2021 09:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

### Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

### Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 03/28/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 03/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 03/18/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020

**GARZA, LYNN (id #755601, dob:**

Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her symptoms are doing ok.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
Confirms: None
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**GARZA, LYNN (id #755601, dob:**

## Exercise Flowsheet

| Exercise | 03/03/2021 | 03/10/2021 | 03/24/2021 | 03/29/2021 |
|---|---|---|---|---|
| UBE Level 1 | 6 min | 6 min | 6 min | 6 min |
| weight hold | | 3 min 5 lbs | 3 min 5 lbs | 3 min 5 lbs |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | | 3 min | 3 min | 3 min |
| stick bicep curls 2 lbs | | 3 min | 3 min | 3 min |
| wrist developer no weight or 1 lb | | 3 min | 3 min | 3 min |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | 3 min |
| putty tabletop squeeze | 3 min | | | |
| Flexbar shake | 3 min | | | |
| flexbar supination | 3 min | | | |
| Heartflex | 3 min | | | |
| foam roll with wrist flex/ext stretch | | | | |
| s/p alcohol bottle | | | | |
| power web ext stretch | | | | |
| putty intrinsic tool | | | | |
| bicep curls 1 lb | | | | |
| constant force | | | | |
| dowel press with large knob cervical unloading with hand gripper | | | | |
| wrist PRE 1 lb or FB | | | | |
| putty RD/UD tool | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has follow up with Dr Grewal this week. Pt is continuing to make improvements in therapy when performing thera ex, increase in strength but does continue to be guarded/increase awareness of her symptoms with soft tissue mobs/PROM. Pt has full digit PROM and functional wrist flexion with continued restrictions into wrist extension.

LG.LIN.0405

[illegible]

**GARZA, LYNN (id #755601, dob:**

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/01/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/29/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/29/2021 at 12:06pm

**Encounter Date: 03/24/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/24/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

[illegible]

**GARZA, LYNN (id #755601, dob:**

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
***Primary Care Provider:*** *EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832*

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 03/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 03/18/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

GARZA, LYNN (id #755601, dob:

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she has cold hands today and pain.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 02/25/2021 | 03/03/2021 | 03/10/2021 | 03/24/2021 |
|---|---|---|---|---|
| UBE Level 1 | | 6 min | 6 min | 6 min |
| weight hold | | | 3 min 5 lbs | 3 min 5 lbs |
| hand gripper | 3 min | 3 min | 3 min | 3 min |

LG.LIN.0409

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| t band intrinsic | | | 3 min | 3 min |
| stick bicep curls 2 lbs | | | 3 min | 3 min |
| wrist developer no weight or 1 lb | | | 3 min | 3 min |
| flexbar wrist flexor stretch | | 3 min | 3 min | 3 min |
| putty tabletop squeeze | 3 min | 3 min | | |
| Flexbar shake | | 3 min | | |
| flexbar supination | | 3 min | | |
| Heartflex | 3 min | 3 min | | |
| foam roll with wrist flex/ext stretch | | | | |
| s/p alcohol bottle | 3 min | | | |
| power web ext stretch | 3 min | | | |
| putty intrinsic tool | | | | |
| bicep curls 1 lb | 3 min | | | |
| constant force | | | | |
| dowel press with large knob cervical unloading with hand gripper | | | | |
| wrist PRE 1 lb or FB | 3 min | | | |
| putty RD/UD tool | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did have increase in cold sensation at beginning of treatment but by of end of treatment post manual and hot pack patient had normal temp. Pt does continue to be motivated and works hard in therapy with increasing weight and strengthening. Pt continues with restrictions into wrist extension.

**. Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

[illegible]

**GARZA, LYNN (id #755601, dob:**

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**'atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/29/2021 at 09:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/01/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/24/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/24/2021 at 12:17pm

**Encounter Date: 03/19/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/19/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax

[illegible]

**GARZA, LYNN (id #755601, dob:**
(913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |

RP Date ID: Mar 19 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 03/18/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

RP Date ID: Mar 19 2021

**GARZA, LYNN (id #755601, dob:**

## HPI

Patient arrived 20 min late to todays session. States she has had a "rough week" with getting her Covid-19 shot an other personal committments. So she has increased soreness and overall fatigue today as well as increased left cervical and scapular pain

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 | 03/05/2021 | 03/19/2021 |
|---|---|---|---|
| MT | alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, grade 1 PA mobs, SO release |
| cervical retraction w/ cuff | 3' | 3' | |
| cuff with alt UE flexion | 3' | 3' | no cuff, 3' |
| supine reverse codmans | | 10x alt ea, 2' | 10x alt ea, 2', 1# on right |
| Seated Shoulder Flexion | next | 2' | 2' |
| laser assisted motion | all planes | cervical ROM, rot/diag/ext/flex, 1' ea | next |
| Unloaded scaption | next | 2.5#, 2' | 2.5#, 2' |
| unloaded/seated flex/ext | next | next | 3' |
| unloaded/seated rotation | next | next | 3' |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 9 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 9 minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

Once arriving to PT patient developed some nausea which persisted throughout the session. No worsening or improvement in symptoms during session, however the patient was able to complete all requested exercises on this date

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM

[illegible]

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/29/2021 at 09:30 AM
- *Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM*
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/01/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 03/19/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 03/19/2021 at 1:01pm

**Encounter Date: 03/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/12/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasol 0.05 % scalp solution** | 01/21/21 | filled |

**GARZA, LYNN (id #755601, dob:**

5 mgml.

| | | |
|---|---|---|
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tIZANIdine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |

[illegible]

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| Mother | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Unspecified Relation | - Heart disease |
| | - Heart disease |
| Sister | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
*Non-smoker*
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
-- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she feels like the therapy is helping. She has improved awareness of her posture/cervical alignment and feels that her ROM is improved. It is very difficult to tell if her arm pain is improved though because of the coexisting CRPS

## ROS

None recorded.

## Physical Exam

Patient is a 48-year-old female.

**Cervical Spine:**Active Range of Motion: **side bending right (36 deg.) (initial 26, incoordinated)** and **left (32 deg.) (initial w/pain/incoordination)**; **rotation left (56 deg.) (initial 47)** and **right (55 deg.) (initial 23)**; and **flexion (36 deg.) (initial 30 w/ pain)** and **extension (30 deg.) (initial 20 w/ ataxic movement)**.

CURRENT: 3/11/2021:

Posture and palpation: not formally reassessed

Shoulder OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

RP Date ID: Mar 12 2021

**GARZA, LYNN (id #755601, dob:**

Posture: bil scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 03/12/2021 |
|---|---|
| MT | |
| cervical retraction w/ cuff | 3' |
| cuff with alt UE flexion | 3' |
| supine reverse codmans | 10x alt ea, 2' |
| Seated Shoulder Flexion | 2' |
| Unloaded scaption | 2.5#, 2' |
| laser assisted motion | cervical ROM, rot/diag/ext/flex-- |
| unloaded/seated flex/ext | next |
| unloaded/seated rotation | next |

## Procedure Documentation

**97112: Neuromuscular Re-Education**: 25 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 25 minutes of one on one time.

**97140: Manual Therapy:**

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

CURRENT: 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

RP Date ID: Mar 12 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

INITIAL:

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--ongoing
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 03/12/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 03/12/2021 at 1:33pm

RP Date ID: Mar 10 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**
**Encounter Date: 03/10/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/10/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none

**GARZA, LYNN (id #755601, dob:**

Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she was having increase in symptoms today but her battery had not charged and her pump was not on.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes In Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

RP Date ID: Mar 10 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

R grip 50 lbs

L grip 4 lbs

Exercise Flowsheet

| Exercise | 02/11/2021 | 02/25/2021 | 03/03/2021 | 03/10/2021 |
|---|---|---|---|---|
| UBE Level 1 | | | 6 min | 6 min |
| weight hold | | | | 3 min 5 lbs |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | | | | 3 min |
| stick bicep curls 2 lbs | | | | 3 min |
| wrist developer no weight or 1 lb | | | | 3 min |
| flexbar wrist flexor stretch | | | 3 min | 3 min |
| putty tabletop squeeze | 3 min | 3 min | 3 min | |
| Flexbar shake | | | 3 min | |
| flexbar supination | | | 3 min | |
| Heartflex | 3 min | 3 min | 3 min | |
| s/p alcohol bottle | 3 min | 3 min | | |
| power web ext stretch | 3 min | 3 min | | |
| bicep curls 1 lb | 3 min | 3 min | | |
| wrist PRE 1 lb or FB | 3 min | 3 min | | |
| foam roll with wrist flex/ext stretch | | | | |
| frisbee ball | | | | |
| putty intrinsic tool | | | | |
| constant force | | | | |
| mirror therapy | | | | |
| dowel press with large knob cervical unloading with hand gripper | | | | |
| rotate splint balls | | | | |
| putty RD/UD tool | | | | |
| wheel flex/ext PROM | | | | |
| weight lift 1 lb | | | | |
| small fuzzy ball pick up | | | | |
| jux a cisor | | | | |
| rubberband removal | | | | |

RP Date ID: Mar 10 2021

**GARZA, LYNN (id #755601, dob:**
MCP ext

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did have more increase in symptoms this session with stretching and due to patient goof functional PROM therapist deferred over stretching/PROM this session. Pt was able to tolerate increase in grip strengthening and overall UE strengthening.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**'atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/10/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/10/2021 at 11:46am

[illegible]

**GARZA, LYNN (id #755601, dob:**
**Encounter Date: 03/05/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/05/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## *Medications*

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasol. 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tIZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020

**GARZA, LYNN (id #755601, dob:**
Most Recent Tobacco Use Screening: [illegible]
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
. Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she was sore following her last session and needed to take a pain pill again in the pm. She took 1/4 of a mm relaxer prior to PT this morning. Currently reporting 8/10 pain in her arm today

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 | 03/05/2021 |
|---|---|---|
| MT | alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, shoulder, gentle mobs, 35' |
| cervical retraction w/ cuff | 3' | 3' |
| cuff with alt UE flexion | 3' | 3' |
| supine reverse codmans | | 10x alt ea, 2' |
| Seated Shoulder Flexion | next | 2' |
| laser assisted motion | all planes | cervical ROM, rot/diag/ext/flex, 1' ea |
| Unloaded scaption | next | 2.5#, 2' |
| unloaded/seated flex/ext | next | next |
| unloaded/seated rotation | next | next |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 8-22. See exercise log for specific activities. 18 minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

**GARZA, LYNN (id #755601, dob:**

Initiated visual/laser feedback today to improve awareness of cervical positioning/mobility. Felt the session was challenging but helpful. Continue to address poor postural proprioception

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 03/05/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 03/05/2021 at 1:11pm

**Encounter Date: 03/03/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/03/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)

[illegible]

**GARZA, LYNN (id #755601, dob:**

NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a good day.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**

[illegible]

**GARZA, LYNN (id #755601, dob:**

**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
***Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness***
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 02/04/2021 | 02/11/2021 | 02/25/2021 | 03/03/2021 |
|---|---|---|---|---|
| UBE Level 1 | | | | 6 min |
| flexbar wrist flexor stretch | | | | 3 min |
| putty tabletop squeeze | | 3 min | 3 min | 3 min |
| hand gripper | | 3 min | 3 min | 3 min |
| Flexbar shake | | | | 3 min |
| flexbar supination | | | | 3 min |
| Heartflex | 3 min | 3 min | 3 min | 3 min |
| s/p alcohol bottle | | 3 min | 3 min | |
| power web ext stretch | | 3 min | 3 min | |
| bicep curls 1 lb | | 3 min | 3 min | |
| wrist PRE 1 lb or FB | | 3 min | 3 min | |
| foam roll with wrist flex/ext stretch | 3 min | | | |
| putty intrinsic tool | 3 min | | | |
| constant force | 3 min or rubberband | | | |
| dowel press with large knob cervical unloading with hand gripper | 3 min 3 min | | | |

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| putty RD/UD tool | 3 min |
| frisbee ball | |
| mirror therapy | |
| rotate splint balls | |
| wheel flex/ext PROM | |
| weight lift 1 lb | |
| small fuzzy ball pick up | |
| jux a cisor | |
| rubberband removal MCP ext | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy**: 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt does present this session with increased ability to tolerate PROM and thera ex with less report of pain and fatigue. Pt does continue with edema/soft tissue at medial/proximal elbow. Pt does continue with motivation to get better and work hard in therapy with new activities. Pt is aware of her symptoms and not over doing it with thera ex and at home.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**ʾatient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**ʾatient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression

**GARZA, LYNN (id #755601, dob:**

sleeve

**Discussion Notes**

Continue with current plan of care.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/03/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/03/2021 at 12:49pm

**Encounter Date: 02/26/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/26/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | *Med Primary: BCBS-TX (PPO)*<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

None recorded.

Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

Medications

Medications not reviewed (last reviewed 12/23/2020)

**ALPRAZolam 0.5 mg tablet** 12/07/20 filled
5 mg.

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** 02/18/21 filled

LG.LIN.0433

GARZA, LYNN (id #755601, dob:
300 mg.

| | | |
|---|---|---|
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder |

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| | - Hypertensive disorder |
| Mother | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Unspecified Relation | - Heart disease |
| | - Heart disease |
| Sister | - Diabetes mellitus |
| | - Depressive disorder |
| | - Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
*Most Recent Tobacco Use Screening: 10/21/2020*
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States this is a pretty good day but she did take a little bit of pain medication prior to coming

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 |
|---|---|
| MT | alt iso cspine, shoulder, gentle mobs, 35' |
| cervical retraction w/ cuff | 3' |
| cuff with alt UE flexion | 3' |
| unloaded/seated flex/ext | next |
| unloaded/seated rotation | next |
| laser assisted motion | all planes |
| Seated Shoulder Flexion | next |
| Unloaded scaption | next |

**GARZA, LYNN (id #755601, dob:**

## Procedure Documentation

**97112: Neuromuscular Re-Education:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 8-22. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

Generally good tolerance for todays program which consisted primarily of manually resisted, low level isometrics for c spine rotation and lateral sidebending as well as shoulder isometrics; was able to improve recruitment of the deep neck flexors with biocuff training

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 02/26/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 02/26/2021 at 1:46pm

**Encounter Date: 02/25/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/25/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

[illegible]

## GARZA, LYNN (id #755601, dob:

Episode: OT: SCS implant/CRPS 1/5/21

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

### Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| ***methocarbamoL 500 mg tablet***<br>500 mg. | *11/10/20* | *entered* |
| **nortriptyline 25 mg capsule** | 02/19/21 | filled |

[illegible]


TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

RP Date ID: Feb 25 2021

[illegible]

GARZA, LYNN (id #755601, dob:

None recorded.

## HPI

Pt reports cold weather was bad for her symptoms but overall she still has good days and bad days. Pt did report she took pain pill.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/28/2021 | 02/04/2021 | 02/11/2021 | 02/25/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | 3 min | 3 min |
| hand gripper | | | 3 min | 3 min |
| putty tabletop squeeze | | | 3 min | 3 min |
| power web ext stretch | | | 3 min | 3 min |
| Heartflex | 3 min | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | 3 min | 3 min |

LG.LIN.0439

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| wrist PRE 1 lb or FB | | | 3 min | 3 min |
| foam roll with wrist flex/ext stretch | 3 min | 3 min | | |
| putty intrinsic tool | 3 min | 3 min | | |
| constant force | | 3 min or rubberband | | |
| dowel press with large knob cervical unloading with hand gripper | | 3 min 3 min | | |
| putty RD/UD tool | 3 min | 3 min | | |
| Dowel board comp/hook | | | | |
| frisbee ball | 3 min | | | |
| mirror therapy | | | | |
| pillow wrist ext stretch | | | | |
| rotate splint balls | 3 min | | | |
| wheel flex/ext PROM | | | | |
| weight lift 1 lb | | | | |
| small fuzzy ball pick up | | | | |
| jux a cisor | | | | |
| rubberband removal MCP ext | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM. soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist does note this session patient with coldness sensation to tips fo finger tips and mild discoloration to tips as well. Pt does continue with report of pain/guarding and muscle spasms with PROM but patient reports she notes stretching and PROM help. Pt did have better AROM with thera ex this session and was able tolerate increase in strength and vibratory input thera ex.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**

M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/25/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/25/2021 at 12:20pm

**Encounter Date: 02/24/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/24/2021 09:00AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

follow-up

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
*OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100,* CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet** | 11/10/20 | entered |

RP Date ID: Feb 24 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

50 mg.

**zolpidem 10 mg tablet** 12/12/20 filled

10 mg.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Asynchronous telemedicine visit. The patient still has pain in the left upper limb. She had an MRI scan of the left elbow that was unremarkable on 01/21/2020 because she has swelling in that area. She denies any progressive weakness or bowel or bladder changes. Still has pain in that area. It has improved a little bit. She was in occupational therapy. She reports Dr. Grewal sent her to physical therapy for her neck. She cut back nortriptyline from 75 to 25 mg because she felt like " serotonin syndrome." Still takes Lexapro and Wellbutrin. She wants to try gabapentin once again. She denies any bowel or bladder changes. She is status post spinal cord stimulator implant from Dr. Vardiman.

## ROS

**Additionally reports:**

**Constitutional**
Confirms: None

**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness,Joint Pain,Limited range of motion,Night Pain**
**Denies:Muscle Aches,Back Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**
**Reveals neck and left upper limb pain.**

## Physical Exam

None recorded.

## Exercise Flowsheet

None recorded.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post spinal cord stimulator implant with ongoing neuropathic pain. It got worse with cold weather and also the stress of not just the pandemic, but also the lack of water and heat during that 1 week of time.

PLAN
At this point, I told her to stay through the course. She is seeing a pain psychologist. I gave her the name of psychiatrist. She has been seeing 1 via Zoom in Kansas City.

At this point in time, the patient will continue with her current medication regimen, like gabapentin 300 mg at night and it is increased to 600 mg after a week. Drug risks and interactions were discussed. Questions answered. She will call if she gets worse in the meantime. Hopefully, the physical therapy will help.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 300 mg capsule - 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 02/25/2021.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 02/25/2021 at 8:40am

**Encounter Date: 02/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/12/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO) Insurance # : YBC05K020697 | | |

RP Date ID: Feb 12 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

[illegible]

Policy/Group # : 10825000

*Prescription: OPTUM_IRX - Member is eligible. details*

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)

NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days | 01/17/21 | filled |

LG.LIN.0445

**GARZA, LYNN (id #755601, dob:**

Take 1 capsule(s) every day by oral route [illegible] for 90 days.

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

**GARZA, LYNN (id #755601, dob: 05/05/1972)**

None recorded.

## HPI

Patient reports a long standing history of pain involving her neck and right UE. She has had multiple right UE surgeres over the past several years including an open fasciotomy and scar revision/carpal tunnel release. She developed swelling after this and much later was found to have a small blood clot in the upper arm. Has been taking aspirin x 1 year but no change in swelling. She *was slso diagnosed with CRPS and received a spinal cord stimulator last September. No reported improvement in arm pain after* that and perceives a worsening of the neck pain and stiffness since then. Reports avg level of pain 6-7/10 even with pain medication and mm relaxers. This is reported to be in the post-lat cervical region, scapular region and down the left arm into all fingers. Denies numbness/tingling. Most recent cervical MRI was performed in 2019 and showed severe C5-6 end plate changes with severe central and bil NF stenosis. She has some discomfort ant tightness in the right cervical region but this is not reported to be significant. States she gets fairly regular headaches (4-5x/week) that starts behind her left eye and also occurs in the back of the head.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Cervical Spine:**Active Range of Motion: **side bending right (26 deg.) (incoordinated)** and **left (24 deg.) (w/pain/incoordination)**, **rotation left (47 deg.)** and **right (23 deg.)**, and **flexion (30 deg.) (w/ pain)** and **extension (20 deg.) (w/ ataxic movement)**.

INITIAL:

Posture: bil scapular protraction and depression esp on the left

**GARZA, LYNN (id #755601, dob:**

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 02/12/2021 |
|---|---|
| MT | c-spine ROM, STM, gentle mobs |
| seated ball roll outs | |
| modified open books | |
| supine retraction | |
| unloaded rotation | |
| SB with rotation | |
| rotation with flexion | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 10 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibilty. Includes instruction in HEP designed to improved postural awareness and cervical ROM. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 12 minutes

The patient received manual therapy consisting of attempted gentle SO release/distraction, PROM, low level neutral isometrics for bil rotation and sidebending

**97162 PT Eval - Moderate:**

Physical Therapy Evaluation: moderate complexity was performed.

## Assessment / Plan

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6

**GARZA, LYNN (id #755601, dob:**
weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**
Patient to be ind in HEP--2 weeks
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks
Patient to report elimination of 50% pf radidcular s/s--4 weeks
Patient to demo cervical rotation to at least 60 deg bil--6 weeks
Patient to demo an improvement in NDI score to < 40% disability--6 weeks

## Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 02/16/2021 at 05:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - MEDICARE at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 02/12/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 02/12/2021 at 4:30pm

**Encounter Date: 02/11/2021**

Patient

**Name** GARZA, LYNN (48yo, F) ID# 755601 **Appt Date/Time** 02/11/2021 10:30AM

RP Date ID: Feb 11 2021

GARZA, LYNN (id #755601, dob:

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasol, 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

**GARZA, LYNN (id #755601, dob:**

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: Y
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

**OT Daily Progress Note**

Reported by patient.

How are you feeling? fluctuates, patient has noted improvements with therapy but at todays re-evaluation session she had worse symptoms due to not taking pain pill and cold weather.
Severity: rest 8/10; activity 9/10; location: **(from upper mid arm down to fingertips)**
Function: ADLs limited (**Quick Dash 86 %**); Pt reports she tries every day to use her L hand as normal as possible. Pt reports she is able to write a little more with her hand but does fatigue easily. Pt reports her mornings are better than afternoon. Pt continues to report severe limitations with daily ADL's such as opening containers, fine motor activities, performing house hold chores and inability to work.
Previous OT Session: helping

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Hands and Digits**:Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar**

RP Date ID: Feb 11 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

[illegible]

Thumb Left: **active opposition (1.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow)**; **WC: 13.1 cm**
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1 cm.** Left AROM: **flexion (56 deg.)**, **extension (35 more pain this session deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (8 deg.)**; **LE wrist ext was 64**

Exercise Flowsheet

| Exercise | 01/22/2021 | 01/28/2021 | 02/04/2021 | 02/11/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | | 3 min |
| hand gripper | | | | 3 min |
| putty tabletop squeeze | | | | 3 min |
| power web ext stretch | | | | 3 min |
| Heartflex | | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | | 3 min |
| wrist PRE 1 lb or FB | | | | 3 min |
| foam roll with wrist flex/ext stretch | | 3 min | 3 min | |
| putty intrinsic tool | | 3 min | 3 min | |
| constant force | | | 3 min or rubberband | |
| dowel press with large knob cervical unloading with hand gripper | | | 3 min 3 min | |
| putty RD/UD tool | | 3 min | 3 min | |
| frisbee ball | | 3 min | | |
| mirror therapy | 6 min | | | |
| rotate splint balls | | 3 min | | |
| wheel flex/ext PROM | 3 min | | | |
| weight lift 1 lb | 3 min | | | |
| small fuzzy ball pick up | 3 min | | | |
| jux a cisor | 3 min | | | |
| rubberband removal MCP ext | 3 min | | | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

[illegible]

LG.LIN.0453

**Liberty/Garza 0752**

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evalaution with mild decrease in edema. Therapist and patient did note increase in edema at mid proximal forearm at end of session. Pt presents with continued moderate scar adhesions with decreased redness/irritation, mild decrease in severe scar sensitivity, and increased AROM to wrist/thumb and digits expect wrist ext patient had decreased measurement due to increase in pain and cold weather this session. Pt scores a 86 % on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe pain this session due to weather and no pain pill. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase I with ADL'

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/11/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT

RP Date ID: Feb 4 2021

**GARZA, LYNN (id #755601, dob:**

Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/11/2021 at 12:32pm

**Encounter Date: 02/04/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/04/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo** | 01/21/21 | filled |

20 mgml.

| | | |
|---|---|---|
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis coloring

**GARZA, LYNN (id #755601, dob: )**

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports today is a good day.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/12/2021 | 01/22/2021 | 01/28/2021 | 02/04/2021 |
| --- | --- | --- | --- | --- |

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| foam roll with wrist flex/ext stretch | | | 3 min | 3 min |
| putty intrinsic tool | | | 3 min | 3 min |
| Heartflex | | | 3 min | 3 min |
| constant force | | | | 3 min or rubberband |
| dowel press with large knob cervical unloading with hand gripper | | | | 3 min 3 min |
| putty RD/UD tool | | | 3 min | 3 min |
| frisbee ball | | | 3 min | |
| mirror therapy | 6 min | 6 min | | |
| rotate splint balls | | | 3 min | |
| wheel flex/ext PROM | 3 min | 3 min | | |
| weight lift 1 lb | 3 min | 3 min | | |
| small fuzzy ball pick up | 3 min | 3 min | | |
| jux a cisor | 3 min | 3 min | | |
| rubberband removal MCP ext | 3 min | 3 min | | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM. for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation next session. Pt did make progress this session with desensitization and strengthening with decrease in report of pain. Therapist did note decrease muscle shaky and changes in scar color. Therapist will progress patient at next session with strengthening, while monitoring symptoms.

. **Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

[illegible]

**GARZA, LYNN (id #755601, dob:**

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/04/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/04/2021 at 12:45pm

**Encounter Date: 01/28/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/28/2021 02:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

RP Date ID: Jan 28 2021

**GARZA, LYNN (id #755601, dob:**
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

*Surgical History not reviewed (last reviewed 12/24/2020)*
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a bad day and the afternoons are bad.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**

**GARZA, LYNN (id #755601, dob:**

**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

Physical Exam

Patient is a 48-year-old female.

Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 | 01/22/2021 | 01/28/2021 |
|---|---|---|---|---|
| frisbee ball | | | | 3 min |
| foam roll with wrist flex/ext stretch | | | | 3 min |
| putty intrinsic tool | | | | 3 min |
| Heartflex | | | | 3 min |
| putty RD/UD tool | | | | 3 min |
| rotate splint balls | | | | 3 min |
| mirror therapy | | 6 min | 6 min | |
| wheel flex/ext PROM | | 3 min | 3 min | |
| weight lift 1 lb | | 3 min | 3 min | |
| small fuzzy ball pick up | | 3 min | 3 min | |
| jux a cisor | | 3 min | 3 min | |
| rubberband removal MCP ext | | 3 min | 3 min | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

Procedure Documentation

**GARZA, LYNN (id #755601, dob:**

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist does note patient with increased symptoms this session. Pt had more fatigue, muscle guarding, shakiness with thera ex and over all increase in sympathetic symptoms. Pt was able to progress with thera ex this session and worked hard on completing thera ex.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/28/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/28/2021 at 3:40pm

**Encounter Date: 01/22/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/22/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |

[illegible]

**GARZA, LYNN (id #755601, dob:**

**Insurance** Med Primary: BCBS-TX (PPO)
Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg | 11/10/20 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

**nortriptyline 25 mg capsule** — 01/17/21 filled
Take 1 capsule(s) every day by oral route at bedtime for 90 days.

**nortriptyline 50 mg capsule** — 01/13/21 renewed
TAKE 1 CAPSULE BY MOUTH EVERY DAY

**ondansetron HCL 4 mg tablet** — 01/21/21 filled
4 mg.

**spironolactone 50 mg tablet** — 01/21/21 filled

**tiZANidine 4 mg tablet** — 01/09/21 filled
take 1-2 tabs po qhs prn spasms

**traMADoL 50 mg tablet** — 11/10/20 entered
50 mg.

**zolpidem 10 mg tablet** — 12/12/20 filled
10 mg.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
. Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: Y
Depression: Y

GARZA, LYNN (id #755601, dob:

Thyroid Disease: Y

## Screening

None recorded.

## HPI

Pt reports her arm is feeling ok, she took her pain meds.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 | 01/22/2021 |
|---|---|---|---|
| mirror therapy | | 6 min | 6 min |
| wheel flex/ext PROM | | 3 min | 3 min |
| weight lift 1 lb | | 3 min | 3 min |
| small fuzzy ball pick up | | 3 min | 3 min |
| [illegible] | | [illegible] | [illegible] |

**GARZA, LYNN (id #755601, dob: )**

| | | |
|---|---|---|
| rubberband removal MCP ext | 3 min | 3 min |
| Dowel board comp/hook | | |
| pillow wrist ext stretch | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy**: 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

**. Complex regional pain syndrome of upper limb-**

Pt showed good improvements this session with ability to tolerate thera ex and PROM this session. Pt continue with proprioceptive deficits to L UE but has made improvements with assessment and awareness of her L UE in space. Pt continues with motor learning control deficits but is making progress. Pt had MRI yesterday and results are in athena net.

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**'atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 02:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

**GARZA, LYNN (id #755601, dob: )**

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/22/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/22/2021 at 11:16am

**Encounter Date: 01/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/12/2021 02:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider**: RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider**: EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 12/17/20 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** | 11/23/20 | filled |

TAKE 1 TABLET BY MOUTH THREE TIMES A DAY

| | | |
|---|---|---|
| **ketoconazole 2 % shampoo**<br>20 mgml. | 11/10/20 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 12/22/20 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 12/21/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 12/17/20 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 11/10/20 | entered |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

**GARZA, LYNN (id #755601, dob:**

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her arm is doing ok but she had to take pain meds, and weather has been bothering her.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 |
|---|---|---|
| mirror therapy | | 6 min |

RP Date ID: Jan 12 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| wheel flex/ext PROM | 3 min |
| weight lift 1 lb | 3 min |
| small fuzzy ball pick up | 3 min |
| jux a cisor | 3 min |
| rubberband removal MCP ext | 3 min |
| Dowel board comp/hook | |
| pillow wrist ext stretch | |

## Procedure Documentation

- **97110: Therapeutic Exercise:** 21 minutes

  The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

- **97140: Manual Therapy:** 18 minutes

  The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did tolerate gentle PROM this session but does require frequent re positioning breaks and has severe discomfort. Pt has full digit and wrist PROM but has guarding during PROM. Pt was able to tolerate AROM thera ex and light strengthening this session but required rest breaks.

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

Return to Office

LG.LIN.0471

[illegible]

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 08:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, **OT**, CHT, 01/13/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, **OT**, CHT on 01/13/2021 at 7:16am

**Encounter Date: 01/06/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/06/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104636832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 12/17/20 filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 11/10/20 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 12/22/20 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 12/21/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 12/17/20 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 11/10/20 | entered |
| **tIZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms<br>**Note:** PRN SPASMS | 12/23/20 | prescribed |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Problems not reviewed (last reviewed 12/23/2020)
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker

**GARZA, LYNN (id #755601, dob:**

Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

**OT Wrist/Hand**
Reported by
patient.
Hand Dominance: left
Location: left
Quality: aching; burning; throbbing; sharp; constant
Severity: pain level 8/10; at time of evaluation 8/10 pain
pain at best 7/10
Duration: date of onset: **(congential band birth defect)**
Alleviating Factors: NSAIDS; narcotics; rest; sometimes nothing
Aggravating Factors: movement; rest
Associated Symptoms:**weakness; swelling**
Previous Surgery: date: **(1/2018,4/19/19**
**SCS 9/24/20)**
Prior Studies: x ray; MRI
Working: not working; Pt is off work (patient is a NP)
Notes:

Quick Dash 79 %

Pt reports severe deficits with handwriting, opening containers, cutting food, grooming, performing house hold chores, dressing and driving. Pt reports on a good day she is able to hold toothbrush for 30-45 seconds and can write but its messy.

Pt PLOF was I with ADL's

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**

**GARZA, LYNN (id #755601, dob:**

**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Hands and Digits:**Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar.** Thumb Left: **active opposition (3.0 cm)**. Index Finger Left: distance to DPC: 5.0 cm. Long Finger Left: distance to DPC: 5.0 cm. Ring Finger Left: distance to DPC: 5.0 cm. Small Finger Left: distance to DPC: 5.0 cm.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow)**; **WC: 13.4 cm**
**Mid forearm: 21.4 cm**
**mid proximal arm 23.5 cm.** Left AROM: **flexion (20 deg.)**, **extension (64 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (8 deg.)**.

## Exercise Flowsheet

| Exercise | 01/06/2021 |
|---|---|
| mirror therapy | |
| wheel flex/ext PROM | |
| Dowel board comp/hook | |
| jux a cisor | |
| small fuzzy ball pick up | |
| pillow wrist ext stretch | |

## Procedure Documentation

**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

## Assessment / Plan

Pt presents to OT post op SCS implant by Dr Grewal. Pt has had multiple surgeries related to compartment syndrome for congential amniotic band from birth. Pt is under pain management care of Dr Brenman. Pt presents with moderate edema at ulnar elbow, severe-moderate scar adhesions, severe scar sensitivity, and decreased AROM to wrist/thumb and digits. Pt scores a 79.5

**GARZA, LYNN (id #755601, dob:**
% on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe constant pain but does report 80 % relief of pain from SCS. Pt reports she continues with skin and temperature changes to L UE. Pt was educated on HEP, use of compression sleeves and continued precautions per MD orders. Pt will benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase I with ADL'

**. Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/12/2021 at 02:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/14/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/06/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/06/2021 at 12:32pm

## Imaging Results

RP Date ID: Jun 24 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

PROMIS29 (#22157382, Final, 06/24/2021 4:47pm)

Lynn Garza

D.O.B. MRN: [illegible] Date: [illegible]

TSA06

## PATIENT ASSESSMENT SUMMARY

**NDI**

41/50 – [illegible]

## PROMIS-29 SUMMARY

**Global Pain**

8/10 – [illegible]

**Pain Impact Score**

40/50 – [illegible]

## PROMIS SYMPTOM DOMAINS

Lower scores/percentiles indicate less symptom severity.

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Pain Interference | 78 | Severe | [illegible] |
| Anxiety | 54 | [illegible] | [illegible] |
| Depression | 58 | [illegible] | [illegible] |
| Fatigue | 65 | Moderate | [illegible] |
| Sleep Disturbance | 69 | Moderate | 97% |

## PROMIS FUNCTION DOMAINS

Higher scores/percentiles indicate greater social participation/physical function.

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Physical Function | 38 | Moderate | [illegible] |
| Social Participation | 32 | Moderate | 3% |

LG.LIN.0477

**GARZA, LYNN (id #755601, dob:**

## ASSESSMENT HISTORY

Historical assessments taken.




## PROMIS SYMPTOM DOMAINS

Lower percentiles indicate less symptom severity.









GARZA, LYNN (id #755601, dob:

## PROMIS FUNCTION DOMAINS

Higher percentiles indicate greater social participation/physical function.



RP Date ID: Jun 24 2021

**GARZA, LYNN (id #755601, dob:**

NDI (#22157379, Final, 06/24/2021 4:47pm)

## Neck Disability Index

**TSAOG**

Patient Name: Lynn Garza

**Date of Birth:** [illegible]

**MRN:** [illegible]

**Date:** [illegible]

Neck Disability Index

The Neck Disability Index (NDI) is a self-reported questionnaire used to determine how neck pain affects a patient's daily life and to assess the self-rated disability of patients with neck pain.

NDI

Total Score

**41 / 50**

Complete




LG.LIN.0480

RP Date ID: May 17 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

PROMIS29 (#21776844, Final, 05/17/2021 2:42pm)

REAL WORLD OUTCOMES

TSADG

Lynn Garza

D.O.B. [illegible] MRN 755601 Date: 05/17/2021

**Global Pain**
**7/10** - [illegible]

**Pain Impact**
**34/80** - High Impact

**Opioid Risk Tool**
**3/28** - [illegible]

**Positive For:** [illegible]

**VAS**
**80/100** - High Pain

PROMIS ASSESSMENTS

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Anxiety | 47.91 | [illegible] | [illegible] |
| Depression | 52.29 | [illegible] | [illegible] |
| Fatigue | 66.82 | Moderate | 95% |
| Pain Interference | 69.41 | Moderate | 97% |
| Physical Function | 40.27 | [illegible] | [illegible] |
| Sleep Disturbance | 75.3 | Severe | 99% |
| Social Participation | 32.64 | Moderate | 6.3% |

Assessment History





LG.LIN.0481

**Liberty/Garza 0780**

**GARZA, LYNN (id #755601, dob:**



RP Date ID: May 17 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

VAS (#21776842, Final, 05/17/2021 2:41pm)

## Visual Analogue Scale

**TSAOG**

Patient Name: Lynn Garza

**Date of Birth:** [illegible]

**MRN:** [illegible]

**Date:** [illegible]

Visual Analogue Scale

Visual Analogue Scale (VAS) is a measurement instrument that tries to measure a characteristic or attitude that is believed to range across a continuum of values and cannot easily be directly measured. It is often used in epidemiologic and clinical research to measure the intensity or frequency of various symptoms.

VAS

Total Score

**80 / 100**



[illegible]

LG.LIN.0483

RP Date ID: May 17 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

ORT (#21776841, Final, 05/17/2021 2:41pm)

Opioid Risk Tool **TSAOG**

[illegible]

**Date of Birth:** [illegible]

**MRN:** [illegible]

**Date:** [illegible]

OPIOID RISK TOOL FOR OPIOID ABUSE

Total Score

**3 / 26**

Low Risk

**Positive** for: Personal history of ADD, OCD, bipolar, or schizophrenia; personal history of depression.

**Risk Stratification**

[illegible] Low Risk [illegible] Moderate Risk

[illegible] High Risk

[illegible]

[illegible]

[illegible]

**GARZA, LYNN (id #755601, dob:**

## MRI CERVICAL SPINE (#21635596, Final, 04/28/2021 2:51pm)

CLINICAL INFORMATION

Left upper extremity complex regional pain syndrome, mild facial pain, cervical radiculopathy. Cervical spinal cord stimulator implant. Evaluate for cervical stenosis.

COMPARISON

Cervical spine MRI 10/02/2019 and radiographs 10/21/2020.

CONTRAST

Without contrast.

TECHNIQUE

Cervical spine MRI was performed at 1.5 Tesla using metal artifact reduction protocol including sagittal T1, T2, STIR, coronal T2, axial T2 and MERGE sequences.

FINDINGS

The craniocervical junction is normal. Structures of the posterior fossa are unremarkable. No intradural or extradural mass lesions identified. The spinal cord is normal in signal intensity and morphology. No paraspinal masses or fluid collections. Lung apices are unremarkable.

There are postsurgical changes of posterior decompression at C5-C6 and C6-C7, with no evidence of complications. No fluid collection or soft tissue mass identified in the surgical bed. Height and configuration of the cervical vertebral bodies is normal. There is straightening and mild reversal of the cervical lordosis centered about C5-C6, increased compared to previous MRI. Anteroposterior alignment is maintained. There is mild left convex cervical curvature. No bone marrow signal intensity abnormality, acute fracture or aggressive osseous lesions identified. There is multilevel disc desiccation and disc space narrowing most prominent at C5-C6. Modic type 2 discogenic endplate changes are present at C5-C6 with no bone marrow edema. The cervical spinal canal measures 12 mm AP at the central aspect of C4. There is spinal cord stimulator device within the right left posterior aspect of the spinal canal at C3 through C6, with no adjacent fluid collection or intradural/extradural mass effect.

C2-C3: Normal disc contour and mild left facet arthrosis. No central or foraminal stenosis.

C3-C4: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C4-C5: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C5-C6: Postsurgical changes of posterior decompression. Circumferential disc osteophyte complex, bilateral uncovertebral hypertrophy and mild bilateral facet arthrosis. Mild central canal stenosis (9 mm AP) with flattening but no compression or signal change of the spinal cord. Mild left neural foraminal stenosis. No right foraminal stenosis.

C6-C7: Circumferential disc bulge and postsurgical changes of posterior decompression with normal facet joints. Mild central canal stenosis (9 mm AP) with no compression or signal change of the spinal cord. No foraminal stenosis.

C7-T1: Normal disc contour and normal facet joints. No central or foraminal stenosis.

Visualized upper thoracic segments are within normal limits.

IMPRESSION

1. Cervical spine MRI demonstrates postsurgical changes posterior decompression at C5-C6 and C6-C7 with no MRI evidence of complications.

**GARZA, LYNN (id #755601, dob:**

2. Multilevel spondylosis most prominent at C5-C6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-C6.
3. Left convex cervical curvature is unchanged compared to prior MRI, scoliosis versus related to muscle spasm.
4. At C5-C6 there is mild central canal stenosis with flattening but no compression or signal change of the spinal cord. Mild left neural foraminal stenosis.
5. At C6-C7 there is mild central canal stenosis with no compression or signal change of the spinal cord. No foraminal stenosis.

THIS REPORT WAS ELECTRONICALLY SIGNED

Andres Rahal, MD
Board Certified, Musculoskeletal Radiologist

APPROVAL DATE 05/02/2021

RP Date ID: Mar 31 2021

**GARZA, LYNN (id #755601, dob:**

NDI (#21317751, Final, 03/31/2021 1:24pm)

## Neck Disability Index

**TSAOG**

Neck Disability Index

NDI

Total Score

**35 / 50**

Severe



LG.LIN.0487

**GARZA, LYNN (id #755601, dob:**

## MRI LEFT ELBOW (#20732447, Final, 01/21/2021 11:30am)

CLINICAL INFORMATION

Medial and lateral left elbow pain with history of complex regional pain syndrome.

COMPARISON

None.

CONTRAST

None.

TECHNIQUE

MR imaging of the left elbow was performed, including the following pulse sequences: Coronal PD, coronal PD with fat saturation, axial PD, axial STIR, sagittal T1, sagittal PD with fat saturation.

FINDINGS

BICEPS/TRICEPS/BRACHIALIS: The insertions of the biceps, triceps, and brachialis appear intact.

MEDIAL ELBOW: The anterior band of the ulnar collateral ligament appears intact. The common flexor tendon origin onto the medial epicondyle appears intact.

LATERAL ELBOW: The radial collateral ligament and the lateral ulnar collateral ligament appear unremarkable. The common extensor tendon origin onto the lateral epicondyle appears intact.

OSSEOUS STRUCTURES AND ARTICULAR SURFACES: The regional osseous structures show normal marrow signal intensity. Osseous alignment appears maintained. No chondral lesions or loose bodies are seen.

MISCELLANEOUS: There is no significant elbow joint effusion or evidence of bursa formation around the elbow. Normal signal intensity and volume are seen in the regional muscles. Neurovascular structures appear intact. No cystic or solid mass lesions are seen.

IMPRESSION
1. Unremarkable MRI of the left elbow.

THIS REPORT WAS ELECTRONICALLY SIGNED

Anita Rich, MD
Board Certified, Musculoskeletal Radiologist

## Physician Authorizations

RP Date ID: Jan 21 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
13212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
13212 ST HWY 151 MEDIAL PLZ 1 SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22275002-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
GARZA, LYNN (id #755601, dob:

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804 5564, Fax: (210) 804-5599

Date: 07/07/2021

RE: Lynn Garza, DOB: PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

## Encounter Reason/Date

None recorded
07/07/2021 - 10:30AM - WESTOVER HILLS PHYSICAL THERAPY

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## History of Present Illness

States she has been doing OK. Actually went on a cruise for 7 days which was nice. But she did not exercise while she was gone but pain was not terrible but her active rotation remains limited. She is not really driving (for multiple reasons) but she does not trust herself. Neck pain is still less than her arm but still grades it at 6/10 on average, which she thinks is better.

## Physical Exam

Patient is a 49-year-old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (36 deg.)** (**prior 40, initial 26, incoordinated**) and **left (40 deg.)** (**prior 42/36, initial w/pain/incoordination**); **rotation left (72 deg.)** (**prior 56/48, initial 47**) and **right (58 deg.)** (**prior 55/48, initial 23**); and **flexion (50 deg.)** (**prior 52/38, initial 30 w/ pain**) and **extension (40 deg.)** (**prior 42/46, initial 20 w/ ataxic movement**).

CURRENT: 7/6/2021:

Outcome measure/NDI: 52%

PN--6/3/2021:

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI--62%

INITIAL:

Outcome Measure/NDI: 62% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 0 minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of AArom w/end range isometric hold for cervical rotation, PA thoracic mobs and reassessment time

CLINICAL PROGRESS

| | 07/07/2021 | 06/03/2021 | 04/28/2021 |
|---|---|---|---|
| Physical Exam | | | |
| Cervical Spine | | | |
| Active Range of Motion | • **extension (40 deg.)** (prior 42/46, initial 20 w/ ataxic movement)<br>• **flexion (50 deg.)** (prior 52/38, initial 30 w/ pain)<br>• **rotation left (72 deg.)** (prior 56/48, initial 47)<br>• **rotation right (58 deg.)** (prior 55/48, initial 23)<br>• **side bending left (40 deg.)** (prior 42/36, initial w/pain/incoordination)<br>• **side bending right (36 deg.)** (prior 40, initial 26, incoordinated) | • **extension (46 deg.)** (prior 42, initial 20 w/ ataxic movement)<br>• **flexion (38 deg.)** (prior 52, initial 30 w/ pain)<br>• **rotation left (48 deg.)** (prior 56, initial 47)<br>• **rotation right (48 deg.)** (prior 55, initial 23)<br>• **side bending left (36 deg.)** (prior 42, initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (prior 40, initial 26, incoordinated) | • **extension (42 deg.)** (initial 20 w/ ataxic movement)<br>• **flexion (52 deg.)** (initial 30 w/ pain)<br>• **rotation left (56 deg.)** (initial 47)<br>• **rotation right (55 deg.)** (initial 23)<br>• **side bending left (42 deg.)** (initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (initial 26, incoordinated) |

ASSESSMENT/PLAN

CURRENT: 7/6/2021: Ms. Garza has bea seen for 11 total visits over 5 months. She has averaged 2 visits/month. Both subjectively and objectively her measures have waxed and warned. Currently, her cervical rotation ROM measures are improved but with significant cognitive focusing, and verbal cueing. She continues to demonstrate deficits in proprioceptive and kinesthetic awareness in the cervical spine. This has been addressed in the clinic and she was encouraged to continue to work on it at home as well, using mirror visual feedback to assist. It was agreed that we would continue for one additional month of PT at her usual frequency of attendance (2x/month or every other week) to try to achieve more consistent subjective and objective measures. Given her history and comorbidities, pain free functional mobility is unlikely.

PN: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by

RP Date ID: Jul 7 2021



**GARZA, LYNN (id #755601, dob:**

numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits.

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**
Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% of radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--MET today (58-60 right and 72 left)
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/12/2021 at 08:00 AM
- Prabhdeep Grewal, MD for FOLLOW UP 10 at RIDGEWOOD ORTHOPAEDIC OFFICE on 07/13/2021 at 09:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

Frequency

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 07/07/2021 at 04:23::38 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

ANDREA FISHER, OT, CHT
11212 State HWY 151, SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
150 E SONTERRA BLVD, SAN ANTONIO, TX 78258
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-6436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22113249-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 State HWY 151, SAN ANTONIO TX 78251-4505

**GARZA, LYNN (id #755601, dob:**

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 State HWY 151 Suite 150
SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 06/21/2021

RE: Lynn Garza, DOB: , PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

NEW PATIENT PRESENT TODAY FOR HAND PAIN
06/21/2021 - 10:30AM - WESTOVER HILLS HAND THERAPY

SOCIAL HISTORY

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS

**OT Daily Progress Note**
Reported by patient.

How are you feeling? same **(pain/stiffness pain/stretching pain)**; patient does note improvements with ability to move her wrist more and is continuing to note improvements with functional use of arm with therapy
Severity: activity 8-9/10
Function: ADLs limited **(Quick Dash 90 %)**; Pt continues to report inability to open containers, perform heavy house hold chores, wash her back and requires rest breaks with activities such as coloring/writing. Pt still reports severe limitations with daily ADL's
Previous OT Session: helping
Work: Pt is off duty

PHYSICAL EXAM

Patient is a 49-year-old female.

**Hands and Digits:**

## GARZA, LYNN (id #755601, dob:

Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left: **active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 9 lbs.

**Special Tests:**

Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**

Left Wrist Inspection: **swelling (ulnar elbow)**. Left AROM: **flexion (75 deg.)**, **extension (50 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

PROCEDURE DOCUMENTATION

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**

Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

CLINICAL PROGRESS

| | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| HPI | | | |
| HPI | | | |
| Duration: | | | |
| Severity: | • activity 8-9/10 | • activity 8/10<br>• location (from upper mid arm down to fingertips)<br>• rest 8/10 | • activity 9/10<br>• location (from upper mid arm down to fingertips)<br>• rest 8/10 |
| Physical Exam | | | |
| Hands and Digits | | | |
| Index Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Long Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Ring Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Small Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Strength Left: | • grip 9 lbs | • grip 4 lbs | |
| Strength Right: | • grip 68 lbs | • grip 66 lbs | |
| Thumb Left: | • **active opposition (0.5 cm)** | • **active opposition (0.5 cm)** | • **active opposition (1.5 cm)** |
| Special Tests | | | |
| Sensation Left: | • Semmes Weinstein test, index: 3.61<br>• Semmes Weinstein test: little: 4.31 | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test, little: 4.31 | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31 |

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| | • Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 | • Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 | • Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrist | | | |
| Left AROM: | • **extension (50 deg.)**<br>• **flexion (75 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (10 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (15 deg.)** | • **extension (45 deg.)**<br>• **flexion (75 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (10 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (15 deg.)** | • **extension (35 more pain this session deg.)**<br>• **flexion (56 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (5 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)**<br>LE wrist ext was 64 |

| | 01/05/2021 |
|---|---|
| HPI | |
| HPI | |
| Duration: | • date of onset: (congenital band birth defect) |
| Severity | • pain level 8/10<br>at time of evaluation 8/10 pain pain at best 7/10 |
| Physical Exam | |
| Hands and Digits | |
| Index Finger Left: | • distance to DPC: 5.0 cm |
| Long Finger Left: | • distance to DPC: 5.0 cm |
| Ring Finger Left: | • distance to DPC: 5.0 cm |
| Small Finger Left: | • distance to DPC: 5.0 cm |
| Strength Left: | |
| Strength Right: | |
| Thumb Left: | • **active opposition (3.0 cm)** |
| Special Tests | |
| Sensation Left | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrists | |
| Left AROM | • **extension (64 deg.)**<br>• **flexion (20 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (5 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)** |

## Assessment/Plan

Pt presents to OT for re-evaluation with static progression in edema, static progression in scar adhesions with decreased redness, increased tenderness/sensitivity and increased AROM to wrist/thumb and digits. Pt with increased grip strength. Pt scores a 90% on Quick Dash and is off from work. Pt has moderate to severe ADL deficits and report of severe pain that patient is reporting is getting worse. Pt is also having increased numbness/tingling and pain symptoms to R UE. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

Pt will also be making apt with Dr Grewal to discuss symptoms to R UE and increase in pain symptoms to L UE.

**1. Complex regional pain syndrome of upper limb -**

**GARZA, LYNN (id #755601, dob:**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Muscle pain**
M79.10: Myalgia, unspecified site

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**4. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week every 2 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

FREQUENCY

ANDREA FISHER, OT, CHT

Electronically Signed by: ANDREA FISHER, OT, CHT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

**GARZA, LYNN (id #755601, dob:**

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 06/21/2021 at 08:09::24 PM

[illegible]

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
13212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
150 E SONTERRA BLVD, SAN ANTONIO, TX 78258
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21945394-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804 5564, Fax: (210) 804-5599

Date: 06/03/2021

RE: Lynn Garza, DOB:                PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

## Encounter Reason/Date

None recorded
06/03/2021 - 10:00AM - WESTOVER HILLS PHYSICAL THERAPY

## Social History:

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## History of Present Illness:

Patient states she feels like cervical ROM is still a significant problem/restriction and this makes her afraid to try to drive. Her pain is definitely better but it feels more like soreness. Not able to report any significant improvement in her arm since starting treatment on her neck.. She has developed some pain numbness and tingling in the right UE though a couple of weeks ago. States her MRI report showed only mild degenerative changes and stenosis

## Physical Exam

Patient is a 49-year-old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (40 deg.)** (**prior 40, initial 26, incoordinated**) and **left (36 deg.)** (**prior 42, initial w/pain/incoordination**); **rotation left (48 deg.)** (**prior 56, initial 47**) and **right (48 deg.)** (**prior 55, initial 23**); and **flexion (38 deg.)** (**prior 52, initial 30 w/ pain**) and **extension (46 deg.)** (**prior 42, nitial 20 w/ ataxic movement**).

CURRENT. 6/3/2021·

**GARZA, LYNN (id #755601, dob:**

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI--62%

PN: 4/28/2021:

OH reach, left: 166 with good quality

UE strength/ left UE--grossly 4/5 flex and ER without pain

Outcome measure/NDI: 62%

INITIAL:

Outcome Measure/NDI: 82% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:** 42 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities, minutes of one on one time.

CLINICAL PROGRESS

| [illegible] | 06/03/2021 | 04/28/2021 |
|---|---|---|
| Physical Exam | | |
| Cervical Spine | | |
| Active Range of Motion | • **extension (46 deg.)** (prior 42, initial 20 w/ ataxic movement)<br>• **flexion (38 deg.)** (prior 52, initial 30 w/ pain)<br>• **rotation left (48 deg.)** (prior 56, initial 17)<br>• **rotation right (48 deg.)** (prior 55, initial 23)<br>• **side bending left (36 deg.)** (prior 42, initial w/pain/incoordination)<br>• **side bending right (43 deg.)** (prior 40 initial 26, incoordinated) | • **extension (42 deg.)** (initial 20 w/ ataxic movement)<br>• **flexion (32 deg.)** (initial 30 w/ pain)<br>• **rotation left (58 deg.)** (initial 17)<br>• **rotation right (55 deg.)** (initial 23)<br>• **side bending left (42 deg.)** (initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (initial 26, incoordinated) |

ASSESSMENT/PLAN

CURRENT: 6/3/2021. Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by numerous psychosocial factors and recent personal stressors. She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFl ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 3 visits/week for an additional month which will extend her current schedule an additional 2 visits.

PN: 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

**GARZA, LYNN (id #755601, dob:**

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 30% to 62%)

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

Frequency

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date



Electronically signed by PRABHDEEP GREWAL, MD
on 06/03/2021 at 03:32::12 PM

[illegible]

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

ANDREA FISHER, OT, CHT
11212 State HWY 151, SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDIAL PLZ I, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21825329-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 State HWY 151, SAN ANTONIO TX 78251-4505
GARZA, LYNN (id #755601, dob: /

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 State HWY 151 Suite 150
SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 05/20/2021

RE: Lynn Garza, DOB: , PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

NEW PATIENT PRESENT TODAY FOR HAND PAIN
05/20/2021 - 10:00AM - WESTOVER HILLS HAND THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

**OT Daily Progress Note**
Reported by patient.

How are you feeling? improving (**patient is noting slow improvements in pain, wrist motion, finger strength and over ADL functions but still reports severe limitations,weakness/pain.**)
Severity: rest 8/10; activity 9/10, location: (**from upper mid arm down to fingertips**)
Function: ADLs limited (**Quick Dash 75 %**); Pt reports writing and use of color for her hobby is still difficult due to weakness/pain but is making gains. Pt reports severe deficits with opening tight containers and performing heavy house hold chores. Pt reports she is using her L arm more for light activities and continues to lift light items.
Previous OT Session: helping

PHYSICAL EXAM

Patient is a 49-year-old female.

**Hands and Digits:**
Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left: **active opposition (0.5 cm)**. Index finger Left: distance to DPC: 0.0 cm. Long finger Left: distance to

**GARZA, LYNN (id #755601, dob:**

DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 4 lbs.

**Special Tests:**

Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**

Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.1 cm**
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1** cm. Left AROM: **flexion (75 deg.), extension (45 deg.), pronation (90 deg.), supination (90 deg.), radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

PROCEDURE DOCUMENTATION

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**

Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

CLINICAL PROGRESS

| | 03/02/2021 | 02/11/2021 | 01/26/2021 |
|---|---|---|---|
| HPI | | | |
| HPI | | | |
| Duration: | | | • date of onset: (congenital band birth defect) |
| Severity: | • activity 9/10<br>• location: (from upper mid arm down to fingertips)<br>• rest 8/10 | • activity 9/10<br>• location: (from upper mid arm down to fingertips)<br>• rest 8/10 | • pain level 8/10<br>at time of evaluation 8/10<br>pain pain at best 7/10 |
| Physical Exam | | | |
| Hands and Digits | | | |
| Index Finger Left: | • distance to DPC: 0.5 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Long Finger Left: | • distance to DPC: 0.5 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Ring Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Small Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 7.0 cm |
| Strength Left: | • grip 4 lbs | | |
| Strength Right: | • grip 68 lbs | | |
| Thumb Left: | • **active opposition (0.5 cm)** | • **active opposition (3.5 cm)** | • **active opposition (3.0 cm)** |
| Special Tests | | | |
| Sensation Left: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: |

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| | 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 | 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 | little: 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrist: | | | |
| Left AROM. | • **extension (45 deg.)**<br>• **flexion (75 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (10 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (35 deg.)** | • **extension (35 more pain this session deg.)**<br>• **flexion (56 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (3 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)**<br>LE wrist ext was 64 | • **extension (54 deg.)**<br>• **flexion (20 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (5 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)** |

Assessment/Plan

Pt presents to OT for re-evaluation with continued decrease in edema. Pt presents with decrease in scar adhesions with decreased redness/irritation and increased AROM to wrist/thumb and digits. Pt scores a 75% on Quick Dash and is off from work. Pt has moderate to severe ADL deficits and report of severe pain but is noting she is taking less pain medications. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADLs

**1. Complex regional pain syndrome of upper limb** -
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Muscle pain**
M79.10: Myalgia, unspecified site

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**4. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digs to DPC to #-5F to 20 cm to increase ability to groom hair (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping (progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations. Fluidotherapy. Moist Heat. POC reviewed with patient.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at

**GARZA, LYNN (id #755601, dob:**

11:00 AM

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

Frequency

ANDREA FISHER, OT, CHT



Electronically Signed by: ANDREA FISHER, OT, CHT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date



conically signed by PRABHDEEP GREWAL, MD
/20/2021 at 09:34::20 PM

[illegible]

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
13212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
13212 ST HWY 151 MEDIAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22617996-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 HIGHWAY 151, SUITE 150, SAN ANTONIO TX 78251-4498
**GARZA, LYNN (id #755601, dob:**

THE
SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804 5564, Fax: (210) 804-5599

Date: 04/29/2021

RE: Lynn Garza, DOB: PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

None recorded
04/29/2021 - 11:00AM - WESTOVER HILLS PHYSICAL THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

Ms. Garza feels like she has made really good progress with PT especially with regards to her neck ROM; she is having less pain in the shoulder blade as well. Worst pain level in her neck has been around a 6/10 and "it lives around there" but nonetheless she feels like this is much better/more tolerable. She does have an aggravation of her UE symptoms today because she lost her balance and fell back onto her left arm. She has also had a cervical MRI recently but does not know the results yet

PHYSICAL EXAM

Patient is a 48-year-old female.

**Cervical Spine:**
Active Range of Motion: **side bending right (40 deg.) (initial 26, incoordinated**; and **left (42 deg.) (initial w/pain/incoordination)**; **rotation left (56 deg.) (initial 47)** and **right (55 deg.)** (**initial 23**); and **flexion (52 deg.)** (**initial 30 w/ pain**) and **extension (42 deg.)** (**initial 20 w/ ataxic movement**).

CURRENT. 4/28/2021.

RP Date ID: Apr 29 2021



## GARZA, LYNN (id #755601, dob:

OH reach, left: 166 with good quality

UE strength/ left UE- grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 67%

PN: 3/12/2021:

Posture and palpation: not formally reassessed

Shoulder: OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

INITIAL

Outcome Measure/NDI: 82% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:** 20 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of grade 2-3 PA and lateral glide mobs to the c-spine; end range isometrics for rotation and reassessment time

CLINICAL PROGRESS

| | 04/29/2021 |
|---|---|
| Physical Exam | |
| Cervical Spine | |
| Active Range of Motion | • **extension (42 deg.)** (initial 20 w/ ataxic movement) <br> • **flexion (32 deg.)** (initial 30 w/ pain) <br> • **rotation left (56 deg.)** (initial 41) <br> • **rotation right (55 deg.)** (initial 23) <br> • **side bending left (42 deg.)** (initial was uncoordinated) <br> • **side bending right (40 deg.)** (initial 26, uncoordinated) |

ASSESSMENT/PLAN

CURRENT 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

PN 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient

**GARZA, LYNN (id #755601, dob:**

still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**
Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% of radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

Return to Office
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/30/2021 at 08:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

FREQUENCY

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

______________________________
Referring Physician Signature

______________
Date

Electronically signed by PRABHDEEP GREWAL, MD
on 04/29/2021 at 06:30::44 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
13212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
13212 ST HWY 151 MEDIAL PLZ I, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:23145307-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804 5564, Fax: (210) 804-5599

Date: 03/12/2021

RE: Lynn Garza, DOB: ; ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

Encounter Reason/Date

None recorded
03/12/2021 - 11:00AM - WESTOVER HILLS PHYSICAL THERAPY

Social History:

Social History not reviewed (last reviewed 12/04/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco/years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

History of Present Illness:

Patient states she feels like the therapy is helping. She has improved awareness of her posture/cervical alignment and feels that her ROM is improved. It is very difficult to tell if her arm pain is improved though because of the coexisting CRPS

Physical Exam

Patient is a 48-year-old female.

**Cervical Spine:**

Active Range Of Motion: **side bending right (36 deg.)** (**initial 26, incoordinated**; and **left (32 deg.)** (**initial w/pain/incoordination**); **rotation left (56 deg.)** (**initial 47**) and **right (55 deg.)** (**initial 23**); and **flexion (36 deg.)** (**initial 30 w/ pain**) and **extension (30 deg.)** (**initial 20 w/ ataxic movement**).

CURRENT: 3/11/2021:

Posture and palpation: not formally reassessed

Shoulder OH reach, left: 140

**GARZA, LYNN (id #755601, dob:**

UE strength: not formally reassessed

Outcome measure/NDI: 78%

INITIAL:

Posture: bil scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE, 4+/5 right UE

Outcome Measure/NDI: 82% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:** 25 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 25 minutes of one on one time.

**97140: Manual Therapy:**

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

CLINICAL PROGRESS

ASSESSMENT/PLAN

CURRENT: 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

INITIAL

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated

**GARZA, LYNN (id #755601, dob:**

cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will *focus on improving proprioceptive and postural awareness, cervical strength and mobility and* proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

1. **Complex regional pain syndrome**
   G90.519: Complex regional pain syndrome I of unspecified upper limb
2. **Degeneration of cervical intervertebral disc**
   M50.30: Other cervical disc degeneration, unspecified cervical region
3. **Spinal stenosis in cervical region**
   M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--ongoing
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% of radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Frequency [illegible]

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Electronically signed by PRABHDEEP GREWAL, MD
on 03/12/2021 at 07:08::09 PM

Date

RP Date ID: Mar 12 2021

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4496
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDIAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:20929063 H-94]