[illegible]

**GARZA, LYNN (id #755601, dob:**

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498

**GARZA, LYNN (id #755601, dob:**

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804 5564, Fax: (210) 804-5599

Date: 02/12/2021

RE: Lynn Garza, DOB: PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation on 02/12/2021.

ENCOUNTER REASON/DATE

None recorded
02/12/2021 - 11:00AM - WESTOVER HILLS PHYSICAL THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 2
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

Patient reports a long standing history of pain involving her neck and right UE. She has had multiple right UE surgeries over the past several years including an open fasciotomy and scar revision/carpel tunnel release. She developed swelling after this and much later was found to have a small blood clot in the upper arm. Has been taking aspirin x 1 year but no change in swelling. She was also diagnosed with CRPS and received a spinal cord stimulator last September. No reported improvement in arm pain after that and perceives a worsening of the neck pain and stiffness since then. Reports avg level of pain 6-7/10 even with pain medication and mm relaxers. This is reported to be in the post-lat cervical region, scapular region and down the left arm into all fingers. Denies numbness/tingling. Most recent cervical MRI was performed in 2019 and showed severe C5-6 end plate changes with severe central and bil NF stenosis. She has some discomfort and tightness in the right cervical region but this is not reported to be significant. States she gets fairly regular headaches (4-5x/week) that starts behind her left eye and also occurs in the back of the head.

PHYSICAL EXAM

Patient is a 48-year-old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (26 deg.) (incoordinated)** and **left (24 deg.) (w/pain/incoordination)**, **rotation left (47 deg.)** and **right (23 deg.)**, and **flexion (30 deg.)** (w/ pain) and **extension (20 deg.)** (w/ **ataxic movement**).

**GARZA, LYNN (id #755601, dob:**

INITIAL:

Posture: bil scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 62% disability score

CLINICAL PROGRESS

PROCEDURE DOCUMENTATION

**97110: Therapeutic Exercise:** 10 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibility. Includes instruction in HEP designed to improved postural awareness and cervical ROM. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 17 minutes

The patient received manual therapy consisting of attempted gentle SO release/distraction, PROM, low level neutral isometrics for bil rotation and sidebending

**97162 PT Eval - Moderate:**

Physical Therapy Evaluation, moderate complexity was performed.

ASSESSMENT/PLAN

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or homework related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 6 weeks of skilled PT anticipated to be needed to adequately

address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

**1. Complex regional pain syndrome**
G90.529: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks
Patient to report elimination of 50% of radicular s/s--4 weeks
Patient to demo cervical rotation to at least 60 deg bil--6 weeks
Patient to demo an improvement in NDI score to < 40% disability--6 weeks

Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 02/16/2021 at 05:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - MEDICARE at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Frequency

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

**GARZA, LYNN (id #755601, dob:**

Date



Electronically signed by PRABHDEEP GREWAL, MD
on 02/14/2021 at 11:20::29 AM

[illegible]

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

ANDREA FISHER, OT, CHT
11212 State HWY 151, SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
150 E SONTERRA BLVD, SAN ANTONIO, TX 78258
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:20599945-H-94]

GARZA, LYNN (id #755601, dob:

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 State HWY 151 Suite 150
SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 01/06/2021

RE: Lynn Garza, DOB: PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation on 01/06/2021.

### Encounter Reason/Date

NEW PATIENT PRESENT TODAY FOR HAND PAIN
01/06/2021 - 10:30AM - WESTOVER HILLS HAND THERAPY

### Social History:

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests?: Tennis,coloring

### History of Present Illness:

**UT Wrist/Hand**
Reported by patient.

Hand Dominance: left
Location: left
Quality: aching; burning; throbbing; sharp; constant
Severity: pain level 8/10; at time of evaluation 8/10 pain
pain at best 7/10
Duration: date of onset (**congential band birth defect**)
Alleviating Factors: NSAIDS; narcotics; rest; sometimes nothing
Aggravating Factors: movement; rest
Associated Symptoms: **weakness**; **swelling**
Previous Surgery: date (**1/2018,4/19/19**
**SCS 9/24/20**)
Prior Studies: x-ray; MRI
Working: not working; Pt is off work (patient is a NP)
Notes:

Quick Dash 79 %

Pt reports severe deficits with handwriting, opening containers, cutting food, grooming, performing house hold chores, dressing and driving. Pt reports on a good day she is able to

**GARZA, LYNN (id #755601, dob:**

hold toothbrush for 30-45 seconds and can write but its messy.

Pt PSOF was l with ADL's

Physical Exam

Patient is a 48-year-old female.

**Hands and Digits:**

Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar**. Thumb Left: **active opposition (3.0 cm)**. Index Finger Left: distance to DPC: 5.0 cm. Long Finger Left: distance to DPC: 5.0 cm. Ring Finger Left: distance to DPC: 5.0 cm. Small Finger Left: distance to DPC: 5.0 cm.

**Special Tests:**

Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**

Left Wrist Inspection: **swelling (ulnar elbow)**; **WC: 13.4 cm**
**Mid forearm: 21.4 cm**
**mid proximal arm 23.5 cm**. Left AROM: **flexion (20 deg.)**, **extension (64 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (8 deg.)**.

Clinical Progress

| | 02/08/2021 |
|---|---|
| HPI | |
| HPI | |
| Duration: | • date of onset: (congenital bone both defect) |
| Severity: | • pain level 8/10<br>at time of evaluation 8/10 pain pain at best 7/10 |
| Physical Exam | |
| Hands and Digits | |
| Index Finger Left: | • distance to DPC: 5.0 cm |
| Long Finger Left: | • distance to DPC: 5.0 cm |
| Ring Finger Left: | • distance to DPC: 5.0 cm |
| Small Finger Left: | • distance to DPC: 5.0 cm |
| Thumb Left: | • **active opposition (3.0 cm)** |
| Special Tests | |
| Sensation Left: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrists | |
| Left AROM: | • **extension (64 deg.)**<br>• **flexion (20 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (5 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)** |

Procedure Documentation

**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

## GARZA, LYNN (id #755601, dob:

ASSESSMENT/PLAN

Pt presents to OT post op SCS implant by Dr Grewal. Pt has had multiple surgeries related to compartment syndrome for congenital amniotic band from birth. Pt is under pain management care of Dr Brennan. Pt presents with moderate edema at ulnar elbow, severe-moderate scar adhesions, severe scar sensitivity, and decreased AROM to wrist/thumb and digits. Pt scores a 79.5 % on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe constant pain but does report 60 % relief of pain from SCS. Pt reports she continues with skin and temperature changes to L UE. Pt was educated on HEP, use of compression sleeves and continued precautions per MD orders. Pt will benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase [illegible] with ADL.

**1. Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Muscle pain**
M79.10: Myalgia, unspecified site

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**4. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo [illegible] with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/12/2021 at 02:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/14/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

FREQUENCY

ANDREA FISHER, OT, CHT

**GARZA, LYNN (id #755601, dob:**

Electronically Signed by: ANDREA FISHER, OT, CHT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 01/08/2021 at 03:37::47 PM

RP Date ID: Jul 22 2021

[illegible]

GARZA, LYNN (id #755601, dob:

**Prescription Documents**

# Approved Prescription

07/22/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB ge 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | Neurontin 600 mg tablet |
| Quantity | 120 (one hundred twenty) tablet(s) |
| SIG | take 3 tabs for 1 week then 4 po qhs to follow |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: EPHRAIM K BRENMAN, DO



BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0526

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

07/22/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | 8919 |
| Phone | H:<br>M: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 10 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | Take 1 tablet(s) 3 times a day by oral route. |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

RP Date ID: Jul 7 2021

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

07/07/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | gabapentin 600 mg tablet |
| Quantity | 60 (sixty) tablet(s) |
| SIG | take 1 tablet po qhs for 1 week then 2 po qhs to follow |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: EPHRAIM K BRENMAN, DO

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

07/07/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | BC[illegible]<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 7.5 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | Take 1 tablet(s) 3 times a day by oral route. |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0529

GARZA, LYNN (id #755601, dob:

# Approved Prescription

06/09/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | | |
|---|---|---|
| Patient Name | GARZA, LYI | |
| Sex/DOB/Age | Sex F DOB ( | Age 49yo |
| Address | | |
| Phone | H:<br>M: | |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK | |
| Secondary Insurance | None recorded. | |

## Prescription Information

| | |
|---|---|
| Medication | gabapentin 600 mg tablet |
| Quantity | 60 (sixty) tablet(s) |
| SIG | take 1 tablet po qhs for 1 week then 2 po qhs to follow |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: EPHRAIM K BRENMAN, DO



BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0530

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

06/09/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB ! Age 49yo |
| Address | |
| Phone | H:<br>M: ( |
| Primary Insurance | BCI_ _ _ _<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 7.5 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | Take 1 tablet(s) 3 times a day by oral route. |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

# Approved Prescription Renewal

Please review this prescription for possible changes from the original request
06/02/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | OPTUM RX MAIL ORDER PHARMACY (PRIMARY)<br>2858 LOKER AVE EAST, SUITE 100<br>CARLSBAD, CA 920106666<br>Phone: (800) 791-7658<br>Fax: (800) 491-7997 |

## Patient Information

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| Patient Name | GARZA, L |
| Sex/DOB/Age | Sex F DO Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK<br><br>Eligibility: Member is eligible. (Verified 07/19/2021) |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | nortriptyline 50 mg capsule |
| Quantity | 30 (thirty) capsule(s) |
| SIG | TAKE 1 CAPSULE BY MOUTH AT BEDTIME |
| Refills Allowed | 11 Refills |
| DAW? | N |
| Note to Pharmacy | |

**Pharmacy Rx Reference Number - 275962461**

**NOTE: The prescription renewal was APPROVED with modification.**

**The original prescription renewal request was:**
**TAKE 1 CAPSULE BY MOUTH AT BEDTIME**

Electronically Signed by: EPHRAIM K BRENMAN, DO

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

# Approved Prescription Renewal

Please review this prescription for possible changes from the original request
06/02/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| | |
|---|---|
| Prescriber | Pharmacy |

RP Date ID: Jun 2 2021

[illegible]

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| PRABHDEEP GREWAL, MD<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>3327 RESEARCH PLAZA SUITE 404<br>SAN ANTONIO, TX 78235-5159<br>(210) 804-5400 | OPTUM RX MAIL ORDER PHARMACY (PRIMARY)<br>2858 LOKER AVE EAST, SUITE 100<br>CARLSBAD, CA 920106666<br>Phone: (800) 791-7658<br>Fax: (800) 491-7997 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LY |
| Sex/DOB/Age | Sex F DOB  Age 49yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK<br><br>Eligibility: Member is eligible. (Verified 07/19/2021) |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | tiZANidine 4 mg tablet |
| Quantity | 180 (one hundred eighty) tablet(s) |
| SIG | TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

**Pharmacy Rx Reference Number - 303349340**

**NOTE: The prescription renewal was APPROVED with modification.**

**The original prescription renewal request was:**
**TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S)**

Electronically Signed by: PRABHDEEP GREWAL, MD



FG4097374

# Approved Prescription Renewal

Prescription is void if more than one (1) prescription is written per blank. [illegible]
04/24/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| | |
|---|---|
| Prescriber | Pharmacy |

LG.LIN.0533

Liberty/Garza 0832

[illegible]

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| PRABHDEEP GREWAL, MD<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>2829 BABCOCK ROAD, SUITE 700<br>SAN ANTONIO, TX 78229-6015<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | | |
|---|---|---|
| Patient Name | GARZA, LYNN | |
| Sex/DOB/Age | Sex F DOB | Age 49yo |
| Address | | |
| Phone | H:<br>M: | |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK | |
| Secondary Insurance | None recorded. | |

## Prescription Information

| | |
|---|---|
| Medication | tIZANidine 4 mg tablet |
| Quantity | 60 (sixty) tablet(s) |
| SIG | TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS |
| Refills Allowed | 2 Refills |
| DAW? | N |
| Note to Pharmacy | |

### Pharmacy Rx Reference Number - 0937509

### NOTE: The prescription renewal was APPROVED with modification.

### The original prescription renewal request was:
### TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS

Electronically Signed by: PRABHDEEP GREWAL, MD



FG4097374

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0534

RP Date ID: Apr 19 2021

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

04/19/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | H:<br>M: ( |
| Primary Insurance | BCB<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 7.5 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | Take 1 tablet(s) 3 times a day by oral route. |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0535

GARZA, LYNN (id #755601, dob:

# Approved Prescription

**04/03/2021**

**THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP**

| Prescriber | Pharmacy |
|---|---|
| PRABHDEEP GREWAL, MD<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>3327 RESEARCH PLAZA SUITE 404<br>SAN ANTONIO, TX 78235-5159<br>(210) 804-5400 | OPTUM RX MAIL ORDER PHARMACY (PRIMARY)<br>2858 LOKER AVE EAST, SUITE 100<br>CARLSBAD, CA 920106666<br>Phone: (800) 791-7658<br>Fax: (800) 491-7997 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | M: |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK<br><br>Eligibility: Member is eligible. (Verified 07/19/2021) |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | tiZANidine 4 mg tablet |
| Quantity | 180 (one hundred eighty) tablet(s) |
| SIG | take 1-2 tabs po qhs prn spasms |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: PRABHDEEP GREWAL, MD



FG4097374

**Prescription is void if more than one (1) prescription is written per blank.**

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

03/05/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, L' |
| Sex/DOB/Age | Sex F DOB '2 Age 49yo |
| Address | |
| Phone | |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 7.5 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | TAKE 1 TABLET BY MOUTH THREE TIMES A DAY |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0537

[illegible]

GARZA, LYNN (id #755601, dob:

# Approved Prescription

02/24/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | | |
|---|---|---|
| Patient Name | GARZA, LY | |
| Sex/DOB/Age | Sex F DOB | Age 48yo |
| Address | | |
| Phone | | |
| Primary Insurance | [illegible]<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK | |
| Secondary Insurance | None recorded. | |

## Prescription Information

| | |
|---|---|
| Medication | gabapentin 300 mg capsule |
| Quantity | 60 (sixty) capsule(s) |
| SIG | 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

Electronically Signed by: EPHRAIM K BRENMAN, DO

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

# Approved Prescription Renewal

Please review this prescription for possible changes from the original request
02/19/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|

RP Date ID: Feb 19 2021

[illegible]

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | nortriptyline 25 mg capsule |
| Quantity | 30 (thirty) capsule(s) |
| SIG | TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME |
| Refills Allowed | 2 Refills |
| DAW? | N |
| Note to Pharmacy | |

**Pharmacy Rx Reference Number - 0958874**

**NOTE: The prescription renewal was APPROVED with modification.**

**The original prescription renewal request was:**
**TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME**

Electronically Signed by: EPHRAIM K BRENMAN, DO

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0539

RP Date ID: Feb 2 2021

GARZA, LYNN (id #755601, dob:

# Approved Prescription

02/02/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>400 CONCORD PLAZA DR, Suite 300<br>SAN ANTONIO, TX 78216-6991<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LY |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | HYDROcodone 7.5 mg-acetaminophen 325 mg tablet |
| Quantity | 90 (ninety) tablet(s) |
| SIG | TAKE 1 TABLET BY MOUTH THREE TIMES A DAY |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | Copy only-not valid for dispensing. |

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

# Approved Prescription Renewal

Please review this prescription for possible changes from the original request

01/13/2021

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

| Prescriber | Pharmacy |
|---|---|
| EPHRAIM K BRENMAN, DO<br>THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P.<br>150 E. SONTERRA BLVD. Suite 300<br>SAN ANTONIO, TX 78258-4184<br>(210) 804-5400 | CVS/PHARMACY #7341<br>9285 CULEBRA AVE<br>SAN ANTONIO, TX 78251<br>Phone: (210) 521-5335<br>Fax: (210) 647-5119 |

[illegible]

GARZA, LYNN (id #755601, dob:

## Patient Information

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex/DOB/Age | Sex F DOB Age 49yo |
| Address | |
| Phone | |
| Primary Insurance | BCBS-TX (PPO)<br>ID: YBC05K020697<br>Group: 10825000<br>Policy Holder: RICE, MARK |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | nortriptyline 50 mg capsule |
| Quantity | 30 (thirty) capsule(s) |
| SIG | TAKE 1 CAPSULE BY MOUTH EVERY DAY |
| Refills Allowed | No Refills |
| DAW? | N |
| Note to Pharmacy | |

**Pharmacy Rx Reference Number - 0944659**

**NOTE: The prescription renewal was APPROVED with modification.**

**The original prescription renewal request was:**
**TAKE 1 CAPSULE BY MOUTH EVERY DAY**

Electronically Signed by: EPHRAIM K BRENMAN, DO

BB6705454
R0166878

Prescription is void if more than one (1) prescription is written per blank.

LG.LIN.0541

# Quality Assurance Report

## Request Information

Report Date: August 10, 2021

**RP ID:** 8189159

Patient Name: GARZA, LYNN

Provider Name: THE SAN ANTONIO ORTHOPAEDIC GROUP

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to Present**

Special Request:

Requesting medical records SEEN BY Ephraim Brenman, D.O. - Pain & Regenerative Medicine Physician

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ASANT

LG.LIN.0542

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: September 22, 2021 **RP ID:** 8311868

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

**Patient Information**

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
Requesting medical records for Lynn Garza. Seen by: Monarch Plastic Surgery - DR. REGINA NOUHAN

**Provider Information**

Provider: MONARCH PLASTIC SURGERY
4801 W. 135th STREET
Attn: Medical Records
LEAWOOD, KS 66224

Phone: (913) 663-3838 Fax: (913) 663-4434

**Electronic Order Data (If Applicable)**

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Monarch Plastic Surgery - DR. REGINA NOUHAN
4801 W 135th St,

Leawood, KS 66224
(913) 663-3838

LG.LIN.0543

ReleasePoint

**MARC WHITEHEAD & ASSOCIATES**
**P.O. Box 1390 St. Peters, MO 63376** **DUPLICATE REQUEST**

**Date:** Sep 17, 2021

**Patient:** GARZA, LYNN

**MONARCH PLASTIC SURGERY**
**4801 W. 135th STREET**
**Attn: Medical Records**
**LEAWOOD, KS 66224**

**DOB:**

**RP ID:** 8311868
Provider Portal: https://portal.releasepoint.com
Access Key: MONAPS

**Request for Medical Records**

We are requesting a copy of medical records for your patient listed above. Please see the attached documentation providing authorization for the release of medical information.

**Records Required: From January 1, 2019 to Present**
**Requesting medical records for Lynn Garza. Seen by: Monarch Plastic Surgery - DR. REGINA NOUHAN**

**Fee Approval:** Any fees above **$30.00** for records must be approved by the carrier.

**CONTACT US:** To avoid additional calls, faxes, or emails, send status updates or fee requests by:

- **EMAIL to: providers@releasepoint.com** with the RP ID above in the subject or
- **FAX to: (509) 254-6048**
- **Prepayment of $______** required. Do you accept Visa? (Circle) YES NO

**SEND RECORDS:** Check one to indicate method records delivery:

___ **EMAIL records to us: charts@releasepoint.com** **with RP# in subject line**

___ **Faxing records: Pages _______ Fax:**

****Do not fold, staple or tape records****

___ **Mailing Records:** MARC WHITEHEAD & ASSOCIATES
Legal Services Division c/o ReleasePoint
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ______________________

Thank you for your cooperation,
**Kristine Luz Martie Limen**
Phone: **(213) 269-4244**

RPID: 8311868

LG.LIN.0544

MONARCH
plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 3/26/2019.

Diagnosis: Left carpal tunnel syndrome and left ulnar nerve compression at the elbow, painful scar tissue left upper extremity

Patient will need an extension on her disability for another 30 days due to her having surgery. Surgery will be with Dr. Endress and she will still be off of work until they take over her care. Surgery is 4/5 and her follow up from surgery is 4/16. Dr. Endress will be in the process of filling out paperwork in the mean time.

Restrictions are as follows:

* No work

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

MONARCH
plastic surgery

## PROGRESS NOTE

### Patient Details:

**– Date:**
3/26/2019
**– Reason For Visit**

3/26/19-
Lynn is about 10 months out from her left volar forearm fascial release.

She saw Dr. Endress at KU and although we have not been able to get any reports back yet, she states he sent her for an EMG which showed a new diagnosis of left CTS and possibly an ulnar nerve problem as well. She had had an EMG perhaps a year or so before she saw me, which was negative.

Dr. Endress has her scheduled for CTR and scar revision in a couple of weeks.

Of note, however, the patient states that the EMG did not go past her elbow, that she recalls. There is concerned that it has not assessed the cubital region, but this remains to be seen (we will look at the EMG report when we receive it.)

**– Days Post Op**
Scar Revision: 9 months, 3 weeks, 4 days ago

### History:

#### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

**– Blood Pressure** 126/80

#### Allergies/Medications:

**Current Medications**

| Name | Sig | Start Date | Discontinue Date |
|---|---|---|---|
| alprazolam 0.25 mg tablet | | | |
| dextroamphetamine-amphetamine 30 mg tablet | | | |
| duloxetine 60 mg capsule,delayed release | | | |
| gabapentin 300 mg capsule | | | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | |
| hydroxyzine HCl 50 mg tablet | | | |
| ibuprofen 800 mg tablet | | | |
| levothyroxine 125 mcg tablet | | | |
| liothyronine 25 mcg tablet | | | |

46 yr. Female,

3/26/2019

| Name | Sig | Start Date | Discontinue Date |
|---|---|---|---|
| metformin ER 500 mg tablet,extended release 24 hr | | | |
| methocarbamol 500 mg tablet | | | |
| OneTouch Verio strips | | | |
| sumatriptan 20 mg/actuation nasal spray | | | |
| tramadol 50 mg tablet | | | |
| Wellbutrin XL 300 mg 24 hr tablet, extended release | | | |
| zolpidem 10 mg tablet | | | |
| zonisamide 50 mg capsule | | | |

**Allergies**

| Name | Notes | Date Entered | Discontinue Date |
|---|---|---|---|
| No Known Allergies | | 5/10/2018 | |

## Exam:

– **Exam Notes**

On exam she still has the hypertrophic scar along the volar forearm, and it remains tender.

Proximal to the antecubital crease, and the lower portion of her upper arm, I see a relatively new depression that almost looks like her distal forearm congenital band that was released surgically.
There is some soft tissue swelling superior and inferior to this transverse demarcation.

Grip strength on the right is 55 pounds and on the left it is 12 pounds.

Pinch strength on the right is 10 pounds and on the left it is 3 pounds.

## Assessment/Plan:

I told her she is in good hands with Dr. Endress, and I agree with his treatment plan. I will be curious to see the formal EMG report at some point.

She is not able to do her job in her current state, and therefore will continue with disability until after she is evaluated post her surgery by Dr. Endress.

Also, this transverse "crease" in her upper arm is intriguing. It is possible there may have been a lesser congenital band here all along, but it is now noticeable/visible, given the soft tissue swelling that has developed in the region.

All questions were answered today and we will see how she does after surgery.

## Signature:

MONARCH
plastic surgery

## PROGRESS NOTE

### Patient Details:

**– Date:**
2/26/2019

**– Reason For Visit**
2/26/19-

Lynn is now almost 9 months post left volar forearm fascial release, and again has the persistent, now more proximal, pain with severe acute flares 2-3 times per week, of unknown etiology despite extensive testing.

Most recently I sent her to see Dr. Ryan Endress at KU, and unfortunately the patient informs me today that he did not receive my letter with copy of pertinent reports. She has actually seen him twice, and I am not sure why I was never informed about the problem with him receiving records.

She states that he put her on gabapentin and she has been on it for a month, but she does not think it has done anything for her.

She did request a refill prescription for tramadol, as she has been using it sparingly.

**– Days Post Op**
Scar Revision: 8 months, 3 weeks, 4 days ago

### History:

#### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

**– Blood Pressure** 126/80

#### Allergies/Medications:

– Current Medications

| | Rx |
|---|---|
| hydrocodone 5 mg-acetaminophen 325 mg tablet | ☑ |
| alprazolam 0.25 mg tablet | ☑ |
| tramadol 50 mg tablet | ☑ |
| Wellbutrin XL 300 mg 24 hr tablet, extended release | ☑ |
| gabapentin 300 mg capsule | ☑ |
| zolpidem 10 mg tablet | ☑ |
| duloxetine 60 mg capsule,delayed release | ☑ |
| metformin ER 500 mg tablet,extended release 24 hr | ☑ |
| levothyroxine 125 mcg tablet | |

| | Rx |
|---|---|
| | ☑ |
| methocarbamol 500 mg tablet | ☑ |
| ibuprofen 800 mg tablet | ☑ |
| hydroxyzine HCl 50 mg tablet | ☑ |
| dextroamphetamine-amphetamine 30 mg tablet | ☑ |
| OneTouch Verio strips | ☑ |
| liothyronine 25 mcg tablet | ☑ |
| sumatriptan 20 mg/actuation nasal spray | ☑ |
| zonisamide 50 mg capsule | ☑ |

**– Allergies**

- No Known Allergies

**Current Medications**

| Name | Sig | Start Date | Discontinue Date |
|---|---|---|---|
| alprazolam 0.25 mg tablet | | | |
| dextroamphetamine-amphetamine 30 mg tablet | | | |
| duloxetine 60 mg capsule,delayed release | | | |
| gabapentin 300 mg capsule | | | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | |
| hydroxyzine HCl 50 mg tablet | | | |
| ibuprofen 800 mg tablet | | | |
| levothyroxine 125 mcg tablet | | | |
| liothyronine 25 mcg tablet | | | |
| metformin ER 500 mg tablet,extended release 24 hr | | | |
| methocarbamol 500 mg tablet | | | |
| OneTouch Verio strips | | | |
| sumatriptan 20 mg/actuation nasal spray | | | |
| tramadol 50 mg tablet | | | |
| Wellbutrin XL 300 mg 24 hr tablet, extended release | | | |
| zolpidem 10 mg tablet | | | |
| zonisamide 50 mg capsule | | | |

**Allergies**

| Name | Notes | Date Entered | Discontinue Date |
|---|---|---|---|
| No Known Allergies | | 5/10/2018 | |

**Exam:**

– **Exam Notes**
Exam essentially unchanged.

## Assessment/Plan:

The patient has another appointment to see Dr. Endress on 3/18/2019. I have personally handed her a copy of my letter to him and a copy of the pertinent reports. She will bring this with her at the time of that next visit.

If this is nerve pain, and since the gabapentin is not doing much for her, I thought it would be reasonable to try a small p.m. dose of Elavil to try to help with nerve pain. We will see how she does with this and see her back in a month, after which time she will have had her next KU visit.

ADDENDUM:
After the patient's visit, I did have a chance to speak with Dr. Endress by phone. He states that he finally did receive the needed records through the KU mail system the needed records, but only after she had left.
He stated that he was going to send her for a repeat EMG to see if there been any change from her preoperative state, but that he did not have any great ideas of what to do to help her. He wondered if this could be something "outside of the box" such as polymyalgia rheumatica (PMR) but that may be a stretch.

We will see what her new EMG shows.

## ACTION:

– **List Physicians to Send Letters to:**

| | Provider Name |
|---|---|
| 1 | PCP |

## Signature:

Signature: Regina M. Nouhan

Regina M. Nouhan, M.D., F.A.C.S.

## Prescriptions Given

- tramadol 50 mg tablet - 40 Tablet (0 refills) - 1 tablet by mouth Q6h

MONARCH plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**

Lynn Garza was seen by Dr. Regina Nouhan on 1/15/2019.

Patient seen in the office today.
Patient will continue to be off work, she doesn't have full use of her left upper extremity.

Restrictions are as follows:

Lynn will continue under my care.

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

MONARCH plastic surgery

## PROGRESS NOTE

### Patient Details:

**– Date:**
1/15/2019
**– Reason For Visit**
1/15/19-

Lynn is about 7 months post left forearm fascial release, with history of congenital amniotic band syndrome and increasing chronic pain.

Unfortunately, however, her postoperative course has been plagued with new and increasing pains and frequent swelling episodes after activity. She has been on tramadol and ibuprofen, and has failed localized steroid injections for distal discomfort and hypertrophic scarring.
Chronically, she has has had some distal pain, but also now a new or proximal pain and swelling (just above the antecubital crease medially).

Etiology has been elusive. Again her arterial and venous Dopplers have been negative. Lymphatic scintigraphy has been essentially negative. MRI with "Time-Resolved Imaging of Contrast Kinetics" has been negative.

Currently she still has significant limitations in daily functional activities, particularly as she is left-handed. Specific examples include inability to fully grip and turn a doorknob or bottle top, difficulty getting dressed and cutting her food (her husband has to cut meat for her), and she cannot drive for very long without symptoms.
In terms of her work functions, she cannot do breast exams or other physical exams one-handed. She cannot do well-woman exams with speculum. And she has great difficulty doing EMR, typing, and writing with this dominant hand.

Also, apparently her disability claim was denied and closed prematurely.

**– Days Post Op**
Scar Revision: 7 months, 2 weeks ago

### History:

#### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

**– Blood Pressure** 126/80

#### Allergies/Medications:

**– Current Medications**

| | Rx |
|---|---|
| alprazolam 0.25 mg tablet | ☑ |
| tramadol 50 mg tablet | ☑ |
| Wellbutrin XL 300 mg 24 hr tablet, extended release | ☑ |
| | |

46 yr. Female,

| | Rx |
|---|---|
| gabapentin 300 mg capsule | ☑ |
| zolpidem 10 mg tablet | ☑ |
| metformin ER 500 mg tablet,extended release 24 hr | ☑ |
| ibuprofen 800 mg tablet | ☑ |
| hydroxyzine HCl 50 mg tablet | ☑ |
| dextroamphetamine-amphetamine 30 mg tablet | ☑ |
| OneTouch Verio strips | ☑ |
| liothyronine 25 mcg tablet | ☑ |
| sumatriptan 20 mg/actuation nasal spray | ☑ |

– Allergies
- No Known Allergies

### Current Medications

| Name | Sig | Start Date | Discontinue Date |
|---|---|---|---|
| alprazolam 0.25 mg tablet | | | |
| dextroamphetamine-amphetamine 30 mg tablet | | | |
| duloxetine 60 mg capsule,delayed release | | | |
| gabapentin 300 mg capsule | | | |
| hydrocodone 5 mg-acetaminophen 325 mg tablet | | | |
| hydroxyzine HCl 50 mg tablet | | | |
| ibuprofen 800 mg tablet | | | |
| levothyroxine 125 mcg tablet | | | |
| liothyronine 25 mcg tablet | | | |
| metformin ER 500 mg tablet,extended release 24 hr | | | |
| methocarbamol 500 mg tablet | | | |
| OneTouch Verio strips | | | |
| sumatriptan 20 mg/actuation nasal spray | | | |
| tramadol 50 mg tablet | | | |
| Wellbutrin XL 300 mg 24 hr tablet, extended release | | | |
| zolpidem 10 mg tablet | | | |
| zonisamide 50 mg capsule | | | |

### Allergies

| Name | Notes | Date Entered | Discontinue Date |
|---|---|---|---|
| No Known Allergies | | 5/10/2018 | |

Exam:

– **Exam Notes**

She still has hypertrophic scarring of the left forearm, but this seems a little bit less tender today, though not resolved.

She still has significant weakness of the left hand, as well as tenderness throughout the wrist, forearm, and distal upper arm.

## Assessment/Plan:

1) we will get her back into therapy to help maximize her strength and later help with conditioning if indicated.

2) I recommended trying a steroid injection to the distal upper arm medially to try to relieve some localized symptoms here, but this is not likely to be a lasting solution. She did wish to proceed: sterile technique was used to administer a <1 mL collection of triamcinolone 10 and 1% xylocaine plain into the designated area. The patient tolerated this well.

3) we will continue her same work restrictions (she is not able to do her job currently.)

4) we did refill her tramadol and ibuprofen prescriptions.

5) she may be benefit from a further opinion by another hand surgeon. I am recommending Dr. Endress at KU in the plastic surgery department.

She will follow-up here in a month so that we can reassess her progress and see how both the sterold injection and therapy have done for her. All questions were answered today and she is in agreement with the plan.

## Signature:

Signature: Regina M. Nouhan

Regina M. Nouhan, M.D., F.A.C.S.

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel. (913) 894-7260 Fax: (913) 894-7261

**OPERATIVE REPORT**

**PATIENT NAME**: GARZA, LYNN **MR #**: 60015

**SURGEON**: REGINA NOUHAN, M.D. **DATE**: 06/01/2018

**DATE OF BIRTH**:

**PREOPERATIVE DIAGNOSES:** Chronic intermittent left forearm/hand pain with possible intermittent compartment syndrome.

**POSTOPERATIVE DIAGNOSIS:** Chronic intermittent left forearm/hand pain with possible intermittent compartment syndrome.

**PROCEDURES PERFORMED:** Left volar forearm fascia release with ulnar nerve exploration and decompression.

**ANESTHESIA:** General.

**BRIEF CLINICAL HISTORY:** This patient was born with congenital amniotic band syndrome. Lately, she has been having intermittent episodes of pain and cold sensation in her hand and fingers on the left. Routine studies have been on helpful and diagnosis and it is felt that she may actually have intermittent compartment syndrome resulting from her internal scar tissue from amniotic brain syndrome. She is therefore now brought to the operating room for fascia release and preoperatively, she acknowledged understanding at the operative indications, the potential risk of procedure, and wished to proceed.

**DESCRIPTION OF PROCEDURE:** The patient was placed in the supine position and prepped and draped in the usual sterile fashion after adequate anesthesia had been administered. Preoperatively, we had discussed the length of incision. I recommended relatively full length of the forearm to try to maximize or chases the relieving her symptoms. This would also allow me to a nerve exploration as needed. She did agree to this.

After tourniquet was controlled then obtained, the scalpel was used to make a longitudinal incision in the volar forearm. Care was taken to avoid injury to the neurovascular and tendinous structures, but the dissection continued down to the fascia which was then released. In the area of from external narrowing of the forearm, corresponding to presumed amniotic band, the musculature was decompressed more fully again with care being taken to avoid devascularization and denervation. The median nerve was not found to be compressed in this region. But careful exploration of the ulnar nerve did identified some thickened tissue that was then released. Again, care was taken to avoid devascularizing the nerve. The area was locally anesthetized with 1% Xylocaine and 0.5% Marcaine and hemostasis was achieved with bipolar cautery. The wound was then closed with interrupted buried 3-0 and 4-0 Vicryl subdermal suture followed by running subcuticular 3-0 StrataFix suture. Dressing was applied and the tourniquet had been released.

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel: (913) 894-7260 Fax: (913) 894-7261

***OPERATIVE REPORT***

**PATIENT NAME**: GARZA, LYNN **MR #:** 60015

**SURGEON**: REGINA NOUHAN, M.D. **DATE:** 06/01/2018

**DATE OF BIRTH**:

The patient was taken to recovery in good condition. Sponge and needle counts were reported as correct. There were no complications.

X________________
REGINA NOUHAN, M.D.

JOB#: 955571 RN: med: taq/nc DD: 06/03/2018 DT: 06/04/2018

# Quality Assurance Report

## Request Information

Report Date: September 22, 2021

**RP ID:** 8311868

Patient Name: GARZA, LYNN

Provider Name: MONARCH PLASTIC SURGERY

## Quality Assurance Information

Scope Requested: **From January 1, 2019 to Present**

Special Request:

Requesting medical records for Lynn Garza. Seen by:
Monarch Plastic Surgery - DR. REGINA NOUHAN

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: ATMAB

ReleasePoint

# Request for Medical Records

## Customer Information

Report Date: August 5, 2021 **RP ID:** 8189149

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

## Patient Information

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
Requesting medical records for Lynn Garcia. Seen by NEUROSURGICAL ASSOCIATES OF SAN ANTONIO PA - Arnold Vardiman, MD

## Provider Information

Provider: NEUROSURGICAL ASSOC OF SAN ANTONIO
1139 EAST SONTERRA BLVD SUITE 301
ATTN: MEDICAL RECORDS
SAN ANTONIO, TX 78258

Phone: (210) 614-2453 Fax: (210) 614-2462

## Electronic Order Data (If Applicable)

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: NEUROSURGICAL ASSOCIATES OF SAN ANTONIO PA - Arnold Vardim
1139 E Sonterra Blvd #301,

San Antonio, TX 78258
(210) 447-1956

LG.LIN.0559

RP Date ID: Jan 6 2021

# CORONAVIRUS UPDATE - IMPORTANT INFORMATION TO ENSURE YOU CONTINUE RECEIVING RECORDS

Diversified Medical Records Services is **strongly advising that all record requesters submit their requests through our online platform, hXe.io** to minimize the chance of delays in obtaining records. Standard **hXe service fees will be waived during this time** ($2 per request normally). However, any applicable state regulated rates will still remain in effect.

As healthcare providers are beginning to move their non-clinical staff to remote work, there will be challenges in dealing with inbound faxes and mailed requests. Providers are working on implementing workarounds for these challenges, but most solutions are limited. By submitting your record requests through hXe, you can ensure our staff receives your medical record request and will continue to process these timely through remote services.

Please go to:

https://www.hxe.io and you can submit your request online.

## What is hXe.io?

hXe is a secure online platform to request and receive records electronically. You can submit a medical record request to any healthcare provider in the United States. The platform will help manage your medical record request follow up process, send reminders and monitor the progress for each of your requests. It also provides healthcare facilities with necessary tools to communicate electronically with your staff and upload records back to you.

Sincerely,

Diversified Medical Records Services, Inc.

Diversified Medical Records Services, Inc.
PO Box 936259
Salt Lake City, UT 84111

hXe, LLC
2600 West Olive Ave, 5th Floor - #5880
Burbank, CA 91505

LG.LIN.0560

hXe.io
health exchange evolved

# Records Request Attached (71106)

A request for medical or billing records is attached, please keep this with the request.

**The below record requester has sent you this transmission via hXe.io, a secure, HIPAA compliant platform designed to send and receive medical records electronically.**

**To:** Neurosurgical Associates of San Antonio (Medical Records - TXC0002 - DMRS)
Email: TXC0002@dmrs.net

**From Org:** ReleasePoint
**From User:** Jester Espinosa
**Phone:** (800) 999-9589

**Regarding:** Garza, Lynn (DOB:

**Request Notes:** Requesting medical records for Lynn Garcia. Seen by NEUROSURGICAL ASSOCIATES OF SAN ANTONIO PA - Arnold Vardiman, MD FROM 01/01/2021 TO 07/28/2021

*You now have four options to submit your records back to your requester. The hXe.io platform* is the most secure option as it applies multiple layers of security to guard your Protected Health Information (PHI).

## Records can be securely transmitted using the below instructions:

The hXe.io process is fast, easy to use and secure. Simply select the appropriate records in your EHR, save the files to PDF and drag and drop them to the hXe.io platform. Records are instantly received by the requestor and are sent more securely than mail or fax.

### Securely Upload Records to hXe:

1. Upload records to: https://www.hxe.io/upload
2. Use upload code: VNEH
3. Use validation code: 0729

**OR**

**Standard submission options:**

**Option B -** Mail records 405 W Foothill blvd., Suite 204, Claremont, California 91711, United States

**Option C -** Fax records (see attached for number)

**Option D -** Secure email to jespinosa@releasepoint.com

**About hXe.io**

hXe.io is a HIPAA compliant platform to securely, and easily transmit medical records. It's designed around the workflow and security needs of healthcare. If have any questions regarding uploading or requesting through hXe.io, please e-mail support@hxe.io. **Request #: 71106**.

**Letter of Representation**

To view the Letter of Representation on file, go to https://www.hxe.io/lor/939. hXe is authorized to receive PHI on behalf of this requester.

RP Date ID: Jan 6 2021

ReleasePoint

**MARC WHITEHEAD & ASSOCIATES**
**P.O. Box 1390 St. Peters, MO 63376**

**Date:** Jul 28, 2021

**Patient:** GARZA, LYNN

**NEUROSURGICAL ASSOC OF SAN ANTONIO**
**1139 EAST SONTERRA BLVD SUITE 301**
**ATTN: MEDICAL RECORDS**
**SAN ANTONIO, TX 78258**

**DOB:**

**RP ID:** 8189149
Provider Portal: https://portal.releasepoint.com
Access Key: NEUROI

**Request for Medical Records**

We are requesting a copy of medical records for your patient listed above. Please see the attached documentation providing authorization for the release of medical information.

**Records Required: From January 1, 2021 to July 28, 2021**
**Requesting medical records for Lynn Garcia. Seen by NEUROSURGICAL ASSOCIATES OF SAN ANTONIO PA - Arnold Vardiman, MD**

**Fee Approval:** Any fees above **$50.00** for records must be approved by the carrier.

**CONTACT US:** To avoid additional calls, faxes, or emails, send status updates or fee requests by:

- **EMAIL to: providers@releasepoint.com** with the RP ID above in the subject or
- **FAX to: (509) 254-6048**
- **Prepayment of $______ required.** Do you accept Visa? (Circle) YES NO

**SEND RECORDS:** Check one to indicate method records delivery:

___ **EMAIL records to us: charts@releasepoint.com with RP# in subject line**

___ **Faxing records: Pages ________ Fax:**

****Do not fold, staple or tape records****

___ **Mailing Records:** MARC WHITEHEAD & ASSOCIATES
Legal Services Division c/o ReleasePoint
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ______________________________

Thank you for your cooperation,
**Franz Vincent Villanueva**
Phone: **(213) 269-4241**

BARCODE

RPID: 8189149 LG.LN-0562

# HIP A-COMPLIANT AUTHORIZATION TO DISCLOSE PA TIENT-IDENTIFIABLE HEALTH INFORMATION

TO: RE: Lynn Garza

1.00 NATURE OF A THORIZATION: I hereby authorize the use or disclosure of my patient-identifiable he lth information as described below. This authorization is in accordance wit the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organiza on is a thorized to make the disclosure:

____________________________________________________________

3.00 ENTITY TO W ICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc W itehea l and Associates and/or their agents, or to any persons designated by them in writing. the following type and amounts of patient-identifiable information:

Any an all ite ns requested relating to the treatment or care provided by you, your agents and emp oyees, to the above named patient, and/or the undersigned, including all records (fr n 01/01/2021 to present); reports; correspondence; notes; consulta ions; i aging films, (including x-rays, sonograms, CT and MRI scans); monitor strips: billing statements, or other information pertaining to the treatment provide to th patient, and/or the undersigned, for any and all injuries, illnesses and/or conditic s, including drug/alcohol/mental health/communicable disease and/or AIDS testing a d treatment.

This authoriza ion does not extend to and does not permit any oral or written communicatio s between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medic al facility, or governmental unit concerning the medical care, treatment, physica condi on, or medical expenses of ____________________________.

I unders and th t the information in the health records you furnish may include information relating to sexu ally transmitted disease, acquired immunodeficiency syndrome (AIDS), or hun an im unodeficiency virus (HIV). It may also include information about behavio al or mental health services, and treatment of alcohol and drug abuse.

RP Date ID: Jan 6 2021

DocuSign Envelope ID: ::F830D7-8' 1F-4AE3-8D20-15645D38302F

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

MARC WHITEHEAD & ASSOCIATES c/o ReleasePoint
PO Box 1390, St. Peters, MO 63376
Phone: 213-269-4244
Fax: 213-408-6731

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 28 day of July, 2021.

DocuSigned by:
[signature]
0AF2E07A...

Patient's Signature or Other Legally Responsible Person

Relationship to Patient (If other than Patient) and Description of Authority

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
Patient's Social Security Number

Patient's Date of Birth

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

**MARC WHITEHEAD & ASSOCIATES**
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

February 22, 2021

To Whom It May Concern:

ReleasePoint is authorized to facilitate the release of medical information on behalf of Marc Whitehead & Associates, Attorneys at Law LLP.

Marc Whitehead & Associates, Attorneys at Law LLP and ReleasePoint are aware of the confidential nature of the personal health information being requested. The records being sought are for the sole use of the companies listed in this authorization.

This authorization shall remain in effect until further notice.

Sincerely,

Marc S. Whitehead, Esq.
Managing Partner

Mailing Address
Releasepoint
PO Box 1390
St. Peters, MO 63376

Visit Date: **01/06/2021**
**67302**
**Patient: Garza, Lynn A**
**DOB: Sex: Female**
**Phones: cell:**
**Arnold B Vardiman MD**

**CC / HPI:**

SURGICAL DATE: 09-24-20
PROCEDURE: Cervical Epidural Stimulator Placement and Pulse Generator

Lynn returns after surgery with nothing short of a remarkable progress following her procedure with gradual, but progressive improvement. She is undergoing programming. She is not noted new deficits.

**Current Medication:**
Ambien 10 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020, end on July 06, 2021.
clobetasol 0.05 % scalp solution, solution scalp, 14 days, 1 refill, for a total of 50, start on June 22, 2020.
levothyroxine 100 mcg tablet, tablet oral, 30 days, 1 refill, for a total of 30, start on December 22, 2020, end on April 18, 2021, maintenance drug.
Lexapro 20 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.
Xanax 0.5 mg tablet, 1 Tablet(s) Oral PRN as needed, start on August 17, 2020, end on July 06, 2021.
nortriptyline 50 mg capsule, 1 Capsule(s) Oral QD, start on August 17, 2020, end on April 18, 2021.
Adderall 30 mg tablet, 1 Tablet(s) Oral two times a day, start on August 28, 2020.
Wellbutrin XL 300 mg 24 hr tablet, extended release, 1 Tablet(s) Oral QD, start on August 17, 2020.
tramadol 50 mg tablet, 1 Tablet(s) Oral PRN as needed, start on August 17, 2020.
hydrocodone 7.5 mg-acetaminophen 325 mg tablet, tablet oral, 30 days, for a total of 90, start on November 10, 2020.
nortriptyline 25 mg capsule, capsule oral, 30 days, for a total of 30, start on November 10, 2020, end on April 18, 2021, maintenance drug.
tizanidine 4 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.
cetirizine 10 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.
levothyroxine 150 mcg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020, end on April 18, 2021.
levothyroxine 125 mcg tablet, tablet oral, 30 days, 1 refill, for a total of 30, start on September 14, 2020, end on April 18, 2021, maintenance drug.

**Review of history:**

I reviewed the documented medical, social, medication, drug allergy, immunization, problem/diagnosis, vitals, dominant hand, family physician and past medical history histories.
**ROS:**
Constitutional: The patient denied fever, night sweats and chills.
Integumentary: The patient denied rash.
Eyes: The patient denied impaired vision, wears glasses and cataract.
Ears/Nose/Throat/Neck: The patient denied hearing loss.
Cardiovascular: The patient denied chest pain/pressure and irregular heartbeat.
Respiratory: The patient denied shortness of breath, shortness of breath and shortness of breath while walking.
Gastrointestinal: The patient denied blood in stool, nausea and vomiting.
Genitourinary/Nephrology: The patient denied difficulty starting urination, frequent urination and painful urination.
Musculoskeletal: The patient denied joint pain, joint stiffness and back pain.
Integumentary: The patient denied skin disease and skin cancer.
Neurologic: The patient denied arm or leg weakness, balance difficulty, fainting or near fainting, headaches and seizure.
Psychiatric: The patient denied anxiety, history of depression and depression.
Endocrine: The patient denied diabetes, excessive thirst, intolerance to heat/cold and thyroid disease.
Hematologic/Lymphatic: The patient denied anemia, bleeds or bruises easily, easy bruising, excessive bleeding, swollen lymph nodes and abnormal bleeding and bruising.
Allergy/Immunology: The patient denied latex.

**Vital Signs:**
Patient declined chaperone.

Garza, Lynn A/67302/F DOB (49 Years) Date of service 01-06-2021

| Collected | 01/06/2021 02:45 PM By: Sanchez, Johana |
|---|---|
| Weight | 175 lbs |
| Height | 5' 2" |
| BMI | 32 |
| Temp | 96.8 F tympanic |
| RR | |
| HR | 107 bpm |
| BP | 139/106 mmHg Right Arm Sitting electronic |
| BP 2 | |
| Head Circ | |
| SpO2 | |
| Waist | |

PE:

Her wounds appear well healed. I cannot identify new deficits. She is ambulating smoothly.

**Dx:**

G89.29-338.29 Chronic pain

**Rx:**

**Services Performed:**

0419 Current medications documented
99213 Established Patient Office / Outpatient Visit, Expanded

**Services Ordered:**

99938 Referral to Primary Care Physician for BMI
99939 Primary Care Physician Consultation
72040 Cervical AP & Lateral

**Plan:**

I am very pleased with Lynn's progress overall. I will see her back in three months with repeat cervical spine on arrival. Questions have been encouraged and answered. She is comfortable with this plan.

ABV/rlj

**Patient Instructions/Referrals**

A return visit is indicated in 3 months.
Your blood pressure was elevated at today's office visit. Please follow up with your primary care physician. Your BMI was above normal follow up with your Primary Care Physician for nutritional counseling.

**Patient History As Of This Visit**

Drug Allergy:
NO KNOWN DRUG ALLERGIES

Problems:
Anxiety Status: Active
Depression Status: Active
Thyroid disease Status: Active

Surgical:
gall-bladder surgery Performed: 1974
leg surgery Notes: LEFT LEG
Tubal Ligation Performed: 2015

Social:

| Question | Answer | Recorded |
|---|---|---|
| Tobacco history | Does not smoke | 8/17/2020 |
| Alcohol history | no | 8/17/2020 |

Garza, Lynn A/67302/F DOB (49 Years) Date of service 04-19-2021

Visit Date: **04/19/2021**
**67302**
**Patient: Garza, Lynn A**
**DOB: Sex: Female**
**Phones: cell:**
**Amold B Vardiman MD**

**CC / HPI:**

Lynn Garza returns after her pulse generator implant on 09-24-20 with as you know a complex history of left upper extremity interventions for some complex congenital challenges. Lynn feels like the stimulator is not quite as successful as she had hoped. She is pending further evaluations with the pain management physician and an MRI scan has been ordered and is pending.

**Current Medication:**
Ambien 10 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020, end on July 06, 2021.
Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen, insulin pen subcutaneous, 90 days, for a total of 15, start on April 07, 2021, maintenance drug.
clobetasol 0.05 % scalp solution, solution scalp, 14 days, 1 refill, for a total of 50, start on June 22, 2020.
Lexapro 20 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.
Xanax 0.5 mg tablet, 1 Tablet(s) Oral PRN as needed, start on August 17, 2020, end on July 06, 2021.
methocarbamol 500 mg tablet, tablet oral, 10 days, 1 refill, for a total of 50, start on April 01, 2021.
Adderall 30 mg tablet, 1 Tablet(s) Oral two times a day, start on August 28, 2020.
*Wellbutrin XL 300 mg 24 hr tablet, extended release, 1 Tablet(s) Oral QD, start on August 17, 2020.*
tramadol 50 mg tablet, 1 Tablet(s) Oral PRN as needed, start on August 17, 2020.
hydrocodone 7.5 mg-acetaminophen 325 mg tablet, tablet oral, 30 days, for a total of 90, start on November 10, 2020.
levothyroxine 125 mcg tablet, 1 Tablet(s) Oral QD, start on April 19, 2021.
gabapentin 300 mg capsule, capsule oral, 30 days, for a total of 60, start on February 24, 2021, maintenance drug.

Novofine 32 32 gauge x 1/4" needle, needle miscellaneous, 30 days, for a total of 100, start on April 07, 2021, maintenance drug.
tizanidine 4 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.
cetirizine 10 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.

**Review of history:**

I reviewed the documented medical, social, medication, drug allergy, immunization, problem/diagnosis, vitals, dominant hand, family physician and past medical history histories.
**ROS:**
Constitutional: The patient denied fever, night sweats and chills.
Integumentary: The patient denied rash.
Eyes: The patient denied impaired vision, wears glasses and cataract.
Ears/Nose/Throat/Neck: The patient denied hearing loss.
Cardiovascular: The patient denied chest pain/pressure and irregular heartbeat.
Respiratory: The patient denied shortness of breath, shortness of breath and shortness of breath while walking.
Gastrointestinal: The patient denied blood in stool, nausea and vomiting.
Genitourinary/Nephrology: The patient denied difficulty starting urination, frequent urination and painful urination.
Musculoskeletal: The patient denied joint pain, joint stiffness and back pain.
Integumentary: The patient denied skin disease and skin cancer.
Neurologic: The patient denied arm or leg weakness, balance difficulty, fainting or near fainting, headaches and seizure.
Psychiatric: The patient denied anxiety, history of depression and depression.
Endocrine: The patient denied diabetes, excessive thirst, intolerance to heat/cold and thyroid disease.
Hematologic/Lymphatic: The patient denied anemia, bleeds or bruises easily, easy bruising, excessive bleeding, swollen lymph nodes and abnormal bleeding and bruising.
Allergy/Immunology: The patient denied latex.

**Vital Signs:**

Collected 04/19/2021 12:32 PM By: Sanchez, Johana

Garza, Lynn A/67302/F DOB (49 Years) Date of service 04-19-2021

| | |
|---|---|
| Weight | 160 lbs |
| Height | 5' 1" |
| BMI | 30.2 |
| Temp | 97.3 F tympanic |
| RR | |
| HR | 102 bpm |
| BP | 137/87 mmHg Right Arm Sitting electronic |
| BP 2 | |
| Head Circ | |
| SpO2 | |
| Waist | |

**PE:**

Her wounds appear well healed. I cannot identify new deficits. She is ambulating smoothly.

**Dx:**

G89.29-338.29 Chronic pain

**Rx:**

**Services Performed:**

99213 Established Patient Office / Outpatient Visit, Expanded
0419 Current medications documented

**Services Ordered:**

72040 Cervical AP & Lateral
99938 Referral to Primary Care Physician for BMI
99939 Primary Care Physician Consultation

**Plan:**

I am looking forward to seeing Lynn back after her MRI scan is completed. We will obtain plain film studies as well. Questions were encouraged and answered.

ABV/kdk

**Patient Instructions/Referrals**

A return visit is indicated Follow Up After Study Done.
Your blood pressure was elevated at today's office visit. Please follow up with your primary care physician. Your BMI was above normal follow up with your Primary Care Physician for nutritional counseling.

**Patient History As Of This Visit**

Drug Allergy:
NO KNOWN DRUG ALLERGIES

Problems:
Anxiety Status: Active
Depression Status: Active
Thyroid disease Status: Active

Surgical:
gall-bladder surgery Performed: 1974
leg surgery Notes: LEFT LEG
Tubal Ligation Performed: 2015

Social:

| Question | Answer | Recorded |
|---|---|---|
| Tobacco history | Does not smoke | 8/17/2020 |
| Alcohol history | no | 8/17/2020 |

**Dominant Hand**

Garza, Lynn A/67302/F DOB (49 Years) Date of service 04-19-2021

left

**Family Physician**

Family Physician Dr. Brenman

Referring Physician Dr. Grewal

Electronically Signed By: Arnold B Vardiman MD on 04/20/2021 04:47 PM

Visit Date: **07/07/2021**
**67302**
**Patient: Garza, Lynn A**
**DOB: Sex: Female**
**Phones: cell:**
**Arnold B Vardiman MD**

**CC / HPI:**

Lynn Garza returns after her last evaluation with less than impressive results following her epidural stimulator placement. She is giving serious consideration to the option of pain pump and wanted to discuss that prior to moving forward.

**Current Medication:**
albuterol sulfate HFA 90 mcg/actuation aerosol inhaler, HFA aerosol inhaler inhalation, 30 days, for a total of 8.5, start on June 16, 2021, maintenance drug.
Lantus U-100 Insulin 100 unit/mL subcutaneous solution, solution subcutaneous, 30 days, for a total of 10, start on June 16, 2021, maintenance drug.
ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule, capsule oral, 28 days, for a total of 4, start on June 16, 2021, maintenance drug.
ketoconazole 2 % shampoo, shampoo topical, 102 days, for a total of 240, start on January 27, 2021.
Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen, insulin pen subcutaneous, 90 days, for a total of 15, start on April 07, 2021, maintenance drug.
clobetasol 0.05 % scalp solution, solution scalp, 14 days, 1 refill, for a total of 50, start on June 22, 2020.
Lexapro 20 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.
methocarbamol 500 mg tablet, tablet oral, 10 days, 1 refill, for a total of 50, start on April 01, 2021.
eszopiclone 3 mg tablet, tablet oral, 90 days, for a total of 90, start on June 03, 2021.
Adderall 30 mg tablet, 1 Tablet(s) Oral two times a day, start on August 28, 2020.
triazolam 0.25 mg tablet, tablet oral, 1 day, for a total of 1, start on April 06, 2021.
Wellbutrin XL 300 mg 24 hr tablet, extended release, 1 Tablet(s) Oral QD, start on August 17, 2020.
spironolactone 50 mg tablet, tablet oral, 102 days, for a total of 204, start on January 27, 2021, maintenance drug.
ibuprofen 400 mg tablet, tablet oral, 7 days, for a total of 45, start on April 06, 2021, maintenance drug.
tramadol 50 mg tablet, 1 Tablet(s) Oral PRN as needed, start on August 17, 2020.
hydrocodone 7.5 mg-acetaminophen 325 mg tablet, tablet oral, 30 days, for a total of 90, start on November 10, 2020.
levothyroxine 125 mcg tablet, 1 Tablet(s) Oral QD, start on April 19, 2021.
metformin 1,000 mg tablet, tablet oral, 30 days, for a total of 60, start on June 16, 2021, maintenance drug.
ondansetron HCl 4 mg tablet, tablet oral, 102 days, for a total of 102, start on June 03, 2021.
gabapentin 300 mg capsule, capsule oral, 30 days, for a total of 60, start on February 24, 2021, maintenance drug.

Novofine 32 32 gauge x 1/4" needle, needle miscellaneous, 30 days, for a total of 100, start on April 07, 2021, maintenance drug.
tizanidine 4 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.
cetirizine 10 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.
gabapentin 600 mg tablet, tablet oral, 30 days, for a total of 60, start on June 09, 2021, maintenance drug.
doxycycline hyclate 100 mg tablet, tablet oral, 10 days, for a total of 20, start on June 15, 2021.
lorazepam 0.5 mg tablet, tablet oral, 90 days, for a total of 270, start on June 03, 2021.
dexamethasone 4 mg tablet, tablet oral, 5 days, for a total of 5, start on June 15, 2021.
atorvastatin 20 mg tablet, tablet oral, 30 days, for a total of 30, start on June 16, 2021, maintenance drug.
dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release, capsule,extended release 24hr oral, 90 days, for a total of 90, start on June 07, 2021, maintenance drug.
amoxicillin 500 mg capsule, capsule oral, 7 days, for a total of 21, start on April 06, 2021.

**Review of history:**

I reviewed the documented medical, social, medication, drug allergy, immunization, problem/diagnosis, vitals, dominant hand, family physician and past medical history histories.
**ROS:**
Constitutional: The patient denied fever, night sweats and chills.
Integumentary: The patient denied rash.
Eyes: The patient denied impaired vision, wears glasses and cataract.

Garza, Lynn A/67302/F DOB (49 Years) Date of service 07-07-2021

Ears/Nose/Throat/Neck: The patient denied hearing loss.
Cardiovascular: The patient denied chest pain/pressure and irregular heartbeat.
Respiratory: The patient denied shortness of breath, shortness of breath and shortness of breath while walking.
Gastrointestinal: The patient denied blood in stool, nausea and vomiting.
Genitourinary/Nephrology: The patient denied difficulty starting urination, frequent urination and painful urination.
Musculoskeletal: The patient denied joint pain, joint stiffness and back pain.
Integumentary: The patient denied skin disease and skin cancer.
Neurologic: The patient denied arm or leg weakness, balance difficulty, fainting or near fainting, headaches and seizure.
Psychiatric: The patient denied anxiety, history of depression and depression.
Endocrine: The patient denied diabetes, excessive thirst, intolerance to heat/cold and thyroid disease.
Hematologic/Lymphatic: The patient denied anemia, bleeds or bruises easily, easy bruising, excessive bleeding, swollen lymph nodes and abnormal bleeding and bruising.
Allergy/Immunology: The patient denied latex.

**Vital Signs:**

| Collected | 07/07/2021 01:38 PM By: Sanchez, Johana |
|---|---|
| Weight | 172 lbs |
| Height | 5' |
| BMI | 33.6 |
| Temp | |
| RR | |
| HR | 104 bpm |
| BP | 139/95 mmHg Right Arm Sitting electronic |
| BP 2 | |
| Head Circ | |
| SpO2 | |
| Waist | |

**PE:**

Her wounds appear well healed. I cannot identify new deficits. She is ambulating smoothly.

**Dx:**

G89.29-338.29 Chronic pain

**Rx:**

**Services Performed:**

0419 Current medications documented
99213 Established Patient Office / Outpatient Visit, Expanded

**Services Ordered:**

99939 Primary Care Physician Consultation
99938 Referral to Primary Care Physician for BMI

**Plan:**

After a long discussion with both she and her husband, I think consideration of a pain pump is reasonable. I will see her back at this point as necessary with warnings to call if there are problems or questions.

ABV/nb

**Patient Instructions/Referrals**

A return visit is indicated in 9 months.
Your blood pressure was elevated at today's office visit. Please follow up with your primary care physician. Your BMI was above normal follow up with your Primary Care Physician for nutritional counseling.

**Patient History As Of This Visit**

Drug Allergy:
NO KNOWN DRUG ALLERGIES

Garza, Lynn A/67302/F DOB (49 Years) Date of service 07-07-2021

Problems:
Anxiety Status: Active
Depression Status: Active
Thyroid disease Status: Active

Surgical:
gall-bladder surgery Performed: 1974
leg surgery Notes: LEFT LEG
Tubal Ligation Performed: 2015

Social:

| Question | Answer | Recorded |
|---|---|---|
| Tobacco history | Does not smoke | 8/17/2020 |
| Alcohol history | no | 8/17/2020 |

**Dominant Hand**
left
**Family Physician**
Family Physician Dr. Brenman
Referring Physician Dr. Grewal

Electronically Signed By: Arnold B Vardiman MD on 07/08/2021 09:08 AM



# Quality Assurance Report

## Request Information

Report Date: August 5, 2021

**RP ID:** 8189149

Patient Name: GARZA, LYNN

Provider Name: NEUROSURGICAL ASSOC OF SAN ANTONIO

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to July 28, 2021**

Special Request:

Requesting medical records for Lynn Garcia. Seen by NEUROSURGICAL ASSOCIATES OF SAN ANTONIO PA - Arnold Vardiman, MD

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ASANT

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: September 6, 2021 **RP ID:** 8189153

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

**Patient Information**

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
REVISED Requesting ALL records for Lynn Garza. Seen by: Overland Park Surgery Center - DR. REGINA NOUHAN

**Provider Information**

Provider: OVERLAND PARK SURGERY CENTER
10601 QUIVIRA RD SUITE 100
ATTN: MEDICAL RECORDS
LENEXA, KS 66215

Phone: (913) 894-7260 Fax: (913) 894-7261

**Electronic Order Data (If Applicable)**

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Overland Park Surgery Center - DR. REGINA NOUHAN
0601 Quivira Rd Suite 100,

park Overland, KS 66215
(913) 894-7260

LG.LIN.0576

**OVERLAND PARK SURGERY CENTER**
10601 QUIVIRA SUITE 100
OVERLAND PARK, KS 66215
PHONE: 913-894-7260
FAX: 913-894-7261

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Release Point | FROM: Heidi |
| COMPANY: | DATE: 9-3-21 |
| FAX NUMBER: 509-254-6048 | TOTAL NO. OF PAGES INCLUDING COVER: 29 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

The documents in this fax transmission may contain confidential health information that is privileged and legally protected from disclosure by federal law, the Health Insurance Portability and Accountability Act (HIPAA). This information is intended solely for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, dissemination, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify the sender immediately at 913.894.7260 and destroy this facsimile.

# OVERLAND PARK SURGERY CENTER

## Informed Consent to Treat and Disclose Information

**Patient: LYNN GARZA** **Account#: 60015** **Date of Service: 06/01/2018**

You have the right as a patient to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be performed so that you may make the decision whether or not to undergo the procedure after knowing the risk and hazards involved. This disclosureis an effort to make you better informed so you may give or withhold your consent to the procedure.

| Initials | I Do | I Do Not | |
|---|---|---|---|
| LAG | / | | Consent to the admittance of persons required for technical support to the room in which the procedure is performed. |
| | ✓ | | For the purpose of advancing medical education, consent to having medical students and doctors in various stages of training participate in my procedure as appropriate for their level of training and experience, all under the direct supervision of my physician(s). |
| | ✓ | | Consent to the transfusion of blood or blood components, as deemed necessary. |
| | / | | Consent to the disposal of any tissue or body parts that may be removed in accordance with customary practice. |
| | / | | Authorize my doctor and/or such assistants as he/she may select, to photograph or videotape me. I understand that the photographs/video will be used only for medical and educational purposes and will not be released for publication in any other context without my expressed written permission. |
| | / | | Hereby consent to the withdrawal of blood sample from my body in the event that an employee or physician has had an accidental needle puncture or mucous membrane exposure to my blood or body fluid. I also understand that if an accidental contact does occur, that any blood drawn will be tested and handled in a manner that protects my privacy and identity. No results of any tests done on my blood will be released or shown to any unauthorized person without my written authorization. |

**Initials**

| | |
|---|---|
| LAG | I understand that I am scheduled to go home after my surgery and I must have a responsible adult drive me home and stay with me as advised by my physician. |
| | I understand the surgery is intended to be performed on an outpatient basis. |
| | I consent to my transfer to a hospital or other facility should my physican(s) deem it advisable or necessary. |
| | The nature,purpose, and possible complications of the procedure and medical services described above;risks and benefits reasonably expected;and the alternative methods of treatment have been explained to me by my physican;and I understand the explanation I have received. |
| | I understand the Overland Park Surgery Center is not responsible or liable for the loss of or damage to any article of value that I brought to the center. |
| | I have received and understand the Overland Park Surgery Center's Notice of Privacy Practices. |
| | I understand that additional services may be required such as, but not limited to pathology and radiology. |
| | I understand that the administration of anesthesia and drugs,even local anesthesia, involves risk, including rarely,the risk of adverse reaction to medication, organ failure and death. I consent to the use of such anesthesia and drugs as may be necessary by the anesthesiologist or other person responsible for these services. I consent for the administration of anesthesia different from that originally planned if it is considered necessary or advisable by my anesthesiologist for my own benefit. |

In consideration of the services to be rendered to the patient, the undersigned(parent,guardian, spouse, guarantor, agent or as the patient)individually promises to pay the patients account at the rates stated in the surgery center's price list("Charge Master") effective on the date of service, which rates are hereby expressly incorporated by reference as the price term of this agreement to pay the patient's account. Some special items will be priced seperately if there is no price listed on the Charge Master, or the charge is listed as zero. In the event the Surgery Center has to engage an attorney or collection agency to collect any unpaid balances that arise from the treatment consented to herein, the undersigned agrees to the attorney's fees and collection expenses incurred by the Surgery Center.

An estimate of the anticipated charges for services to be provided to the patient is available upon request from the Surgery Center. Estimates may vary significantly from the final charges based on a variety of factors, including but not limited to the course of treatment, intensity of care, physician practices, and the necessity of providing additional goods and services.

Patient Signature [signature] Date 6/1/18 Time 0915

| Verification Process | Registration | Pre-op | O.R. |
|---|---|---|---|
| Patient identity verified | CM | JB | JK |
| Patient procedure and surgical site verified verbally with patient/parent/designee | CM | JB | JK |
| Patient, procedure and surgical site verified with surgical consent | CM | JB | JK |
| Laterality verified with surgery schedule | Cm | JB | JK |
| Patient, procedure and surgical site verified with History & Physical | | JB | JK |
| Surgical site marked and verified as correct when laterality involved | | | JK |
| Procedure and surgical site verified verbally with the surgical team on arrival to OR | | | JK |
| Procedure and surgical site verified verbally with Surgeon before incision | | | JK |

ACT#: 60015
DOB: 05/05/72 AGE: 46
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

**We may use or disclose information about you to bill or receive payment for medical treatment or services provided to you. Th[illegible] Disclosures include releasing [illegible]ormation:**
**(1) to your health plan to obtain prior approval or to determine whether your plan will cover the treatment or services; or**
**(2) to individuals or entities involved in collecting amounts owed to us.**

**Patients Please complete the Following:**
I give permission for my protected health information to be disclosed for the purpose of communicating results;findings and care decisions to the family members and others listed below while I am a patient in your facility: (must list person for post-op instructions today.)

Name: X MARK RICE

Name: ______

Name: ______

**Consent to Medication Not Yet FDA Approved and/or Medication Prepared/Repackaged by Outsourcing or Compounding Pharmacy.** As part of the services provided, you may be treated with a medication that has not received FDA approval. You may also receive a medication that has been prepared or repackaged by an outsourcing facility or compounding pharmacy. Certain medications, for which there are no alternatives or which your physician recommends, may be necessary for potentially life-saving treatment.

It is required that our staff review post operative care instructions with someone that will be responsible for your care after leaving our facility. The person you designate to receive instructions should be one of the persons above.

I hereby consent to the performance of operations and procedures in addition to or different from those now planned whether or not arising from presently foreseen conditions, which the doctor named below or his/her associates or assistants may consider necessary or advisable during the operation or procedure.

*I authorize Dr.* **NOUHAN** *and other assisting personnel, as they may deem necessary,* to treat my condition. I understand, voluntarily consent and authorize the following surgical, medical, and/or diagnostic procedures:

**LEFT VOLAR FOREARM FASCIAL RELEASE**

I have read and understand this consent. All my questions have been answered in a language that I can understand. All blanks above were filled in prior to my signature.

Patient Signature [signature] LYNN GARZA Date 6/1/18 Time 0920

Witness Signature [signature] Date 6/1/18 Time 0920

Interpreter Signature ______ Date ______ Time ______

(If the patient is a minor or unable to sign, complete the following)
[] Patient is a minor [] Patient unable to sign because ______

Parent/Legally Designated Guardian Date Time

**For Physician/Designee Only Below This Line**

**I have discussed the risks and/or potential side effects of the anesthesia to be administered to the patient and all questions have been answered to the patient's satisfaction**

**Signature of Anesthesiologist** [signature]

**I certify that I have verified the procedure to be performed listed on this Informed Consent to Treat.**
**I certify that the risks and benefits of the procedure(s) listed above as well as alternative forms of treatment have been fully explained to the patient and all questions have been answered to the patients satisfaction.**

**Signature of Surgeon** [signature]

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel: (913) 894-7260 Fax: (913) 894-7261

## OPERATIVE REPORT

**PATIENT NAME:** GARZA, LYNN **MR #:** 60015

**SURGEON:** REGINA NOUHAN, M.D. **DATE:** 06/01/2018

**DATE OF BIRTH:**

**PREOPERATIVE DIAGNOSES:** Chronic intermittent left forearm/hand pain with possible intermittent compartment syndrome.

**POSTOPERATIVE DIAGNOSIS:** Chronic intermittent left forearm/hand pain with possible intermittent compartment syndrome.

**PROCEDURES PERFORMED:** Left volar forearm fascia release with ulnar nerve exploration and decompression.

**ANESTHESIA:** General.

**BRIEF CLINICAL HISTORY:** This patient was born with congenital amniotic band syndrome. Lately, she has been having intermittent episodes of pain and cold sensation in her hand and fingers on the left. Routine studies have been on helpful and diagnosis and it is felt that she may actually have intermittent compartment syndrome resulting from her internal scar tissue from amniotic brain syndrome. She is therefore now brought to the operating room for fascia release and preoperatively, she acknowledged understanding at the operative indications, the potential risk of procedure, and wished to proceed.

**DESCRIPTION OF PROCEDURE:** The patient was placed in the supine position and prepped and draped in the usual sterile fashion after adequate anesthesia had been administered. Preoperatively, we had discussed the length of incision. I recommended relatively full length of the forearm to try to maximize or chases the relieving her symptoms. This would also allow me to a nerve exploration as needed. She did agree to this.

After tourniquet was controlled then obtained, the scalpel was used to make a longitudinal incision in the volar forearm. Care was taken to avoid injury to the neurovascular and tendinous structures, but the dissection continued down to the fascia which was then released. In the area of from external narrowing of the forearm, corresponding to presumed amniotic band, the musculature was decompressed more fully again with care being taken to avoid devascularization and denervation. The median nerve was not found to be compressed in this region. But careful exploration of the ulnar nerve did identified some thickened tissue that was then released. Again, care was taken to avoid devascularizing the nerve. The area was locally anesthetized with 1% Xylocaine and 0.5% Marcaine and hemostasis was achieved with bipolar cautery. The wound was then closed with interrupted buried 3-0 and 4-0 Vicryl subdermal suture followed by running subcuticular 3-0 StrataFix suture. Dressing was applied and the tourniquet had been released.

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel: (913) 894-7260 Fax: (913) 894-7261

**OPERATIVE REPORT**

**PATIENT NAME:** GARZA, LYNN **MR #:** 60015

**SURGEON:** REGINA NOUHAN, M.D. **DATE:** 06/01/2018

**DATE OF BIRTH:**

The patient was taken to recovery in good condition. Sponge and needle counts were reported as correct. There were no complications.

X
REGINA NOUHAN, M.D.

JOB#: 955571 RN: med: taq/nc DD: 06/03/2018 DT: 06/04/2018

ACT#: 60015 DOS: 06/01/18

...: NOUHAN, REGINA M MD
NAME: GARZA , LYNN A

**Overland Park Surgery Center**
**Procedure/Post Operative Note**
(Does not take the place of dictation)

**Pre-Op/Procedure Diagnosis:** ______

**Post-Op/Procedure Diagnosis/Findings:** tightness / intermittent compartment syndrome (L) forearm.

**Procedure:** (L) forearm fascial Release

**Physician/Surgeons:** [signature]

**Assistants:** ______ **None:** ✓

**Type of Anesthesia:** Gen

**Estimated Blood Loss:** ______ **None:** ✓

**Specimen Removed:** ______ **None:** ✓

**Packs:** ______ **None:** ✓

**Drains:** ______ **None:** ✓

**Condition:** good

**Notes: Dictation is required. Procedure/Operative Report Dictated.**

**Date:** 6/1/18 **Time:** ______ **Physician Signature:** [signature]

Overland Park Surgery Center

| | |
|---|---|
| Lynn Garza - Surgery: 06/01/2018 | Smoking: Ex, 1/2 ppd |
| Procedure: LEFT Left volar forearm fascial release | ETOH: Yes, <1 day/week, 1 drink |
| Surgeon: Regina M Nouhan | Drug Hx: none |
| Age: 46 / Sex: Female / Ht: 5 ft 1 in / Wt: 83 kg / BMI: 34 | |

| Surgical/Anesthesia Hx: | Current Medications: | Med Allergies/Sensitivities: |
|---|---|---|
| >10 Years - Z-Plasty - GA<br>>10 Years - Gall Bladder - GA<br><=5 Years - BTL - GA | Ibuprofen (Motrin, Advil) - Last: 05/30/2018 | NO |

ACT#: 60015
DOB:
AGE: 46
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

Additional Allergies/Sensitivities: NO

Hx of Anesthesia Complications: NO

**Review of Systems**

| | |
|---|---|
| Cardiovascular | Activity Level: I am able to bike or walk 1 mile |
| Pulmonary | Ex-smoker, 3.5 pack yrs |
| Renal | Denies |
| Hepatic | Denies |
| Neurological | +Frequent migraines that require treatment |
| Gastrointestinal | DENIES GERD, DENIES hiatal hernia |
| Hematological | Denies |
| Endocrine/ Metabolic | +Thyroid Disease |
| Musculoskeletal | Denies |
| Psychiatric | +Depression, +Panic/anxiety attacks, +Chronic anxiety |
| OB/Gyn | Denies |
| Other | +No Recent travel outside of the US, Chronic pain, Usual Pain Level 7, Not in Medical Research Study |

**Comments**

Reviewed By ______________ Date/Time ______________

Provided/Entered by patient (05/31/2018 18:10:13)

© 2010, Medical Web Technologies

Garza, Lynn Femal. .J
MRN: 60015
DOS: 06/01/2018 DOB:
Regina M Nouhan

# DVT Assessment

This policy is intended to provide direction to the RN in the collection of clinical information to be provided to the patient's physician for use in providing adequate VTE prophylaxis. It may be difficult to evaluate the risk associated with some conditions. If uncertain, consult with the patient's physicians.

**Age**

1 Pts. 46 years of age

**BMI**

1 Pts. BMI: 34

**Duration of Surgery (including anesthesia time)**

1 Pts. 90 minutes

**Type of Surgery**

0 Pts. LEFT VOLAR FOREARM FASCIAL RELEASE

**Intrinsic Risk Factors**

0 Pts.

**Cancer**

0 Pts.

**Women Only**

0 Pts. Pregnant (currently)
0 Pts. Post-partum within 30 days of upcoming procedure
0 Pts. Miscarriage within 30 days of upcoming procedure
0 Pts. Oral contraceptives
0 Pts. Hormone replacement therapy
0 Pts. History of 2 or more spontaneous miscarriages

**Miscellaneous**

0 Pts. Surgery in an operating room within 30 days of upcoming procedure
0 Pts. Varicose veins
0 Pts. Ulcerative Colitis or Crohn's Disease
0 Pts. Long car trip or long airplane flight (> 4 hours) planned within 7 days after upcoming procedure
0 Pts. Central venous catheter or port currently in place
0 Pts. Lower extremity immobilizing cast within 30 days of procedure
0 Pts. Confined to a bed for the last 72 hours or longer

3 Pts. **TOTAL SCORE (of a possible 20 points)**

| Total Score | 30-day VTE Rate |
|---|---|
| 0-2 | < 0.1% |
| 3-5 | 0.1-0.3% |
| 6-10 | 0.3-0.5% |
| 11 or more | Up to 1.2% |

NOTE: The point total in this risk assessment includes intrinsic and surgical risk factors. However, despite the presence of intrinsic risk factors, if the surgery is not invasive enough to trigger the coagulation cascade, the risk of VTE is probably low.

NOTE: The reported occurrence rates are for patients who had ***treatment*** for VTE, and do not include patients who may have had an asymptomatic VTE.

*Reported occurrence rates and relative risk adapted from ***"Identifying Patients at High Risk for Venous Thromboembolism Requiring Treatment after Outpatient Surgery"***, Pannucci et al, Annals of Surgery, 2012

OVERLAND PARK SURGERY CI R

Surgeon: Regina M Nouhan
Procedure Date: 06/01/2018
Procedure: LEFT Left volar forearm fascial release

Garza, Lynn
MRN: 60015
DOB: Age: 46
DOS: 06/01/2018 Sex: Female
Surgeon: Regina M Nouhan

WARNING:

**NO WARNINGS FOR THIS PATIENT**

Diagnostic testing results:
EKG
Location: Unknown
Approximate Date: 2016
Chest XRAY
Location: St Lukes South
Approximate Date: 2017
No Sleep Apnea Study
No Lab Work
No Cardiac (Heart) Stress Test
No Cardiac Echo (Heart Ultrasound)
No Cardiac Catheterization
No Blood Work

Copyright 2016, One Medical Passport, Inc.

Surgeon: Dr. Regina M Nouhan
Procedure: LEFT Left volar forearm fascial release
Procedure Date: 06/01/2018

## Demographic & Insurance Information

CMS: Patient Rights, Ownership, Advance Directive, Falls Risk Prevention Guidelines

**PERSONAL INFORMATION:**

| | | |
|---|---|---|
| Name: Lynn Garza | Primary Phone: | Race: Spanish/Hispanic/Latino |
| Date of Birth: | Work Phone: | Religious Affiliation: |
| Sex: Female | Other Phone: | Marital Status: Married |
| Address: | Email: | Health Care Proxy: Not Sure |
| | | Primary Language: English |

**EMPLOYMENT INFORMATION:**

| | | |
|---|---|---|
| Work Status: | Employer: | Employer Address: |
| Occupation: | Employer Phone: | |

**RESPONSIBLE PARTY:**

| | | |
|---|---|---|
| Name: Mark Rice | Home Phone: | Address: |
| Relationship: Husband | Work Phone: | |
| | Mobile | |

**PERSON TO CONTACT:**

| | | |
|---|---|---|
| Name: Lydia Garza | Home Phone: | Address: |
| Relationship: Mother | Work Phone: | |
| | Mobile Phone: | |

**PRIMARY HEALTH INSURANCE:**
Company:
Phone:
Address:

Policy #:
Group #:
Policy Holder Name:
Policy Holder Relationship:
Policy Holder Address:

Policy Holder Home Phone:
Employer:
Employer Phone:
Employer Address:

**SECONDARY HEALTH INSURANCE:**
Company:
Phone:
Address:

Policy #:
Group #:
Policy Holder Name:
Policy Holder Relationship:
Policy Holder Address:

Policy Holder Home Phone:
Employer:
Employer Phone:
Employer Address:

**PRIMARY CARE PHYSICIAN:**
Name: Yutaka Kawase
Phone: (913) 681-8866

**SPECIALIST 1:**
Name: Laura Riley (Neurology)
Phone: (913) 829-0505

**SPECIALIST 2:**
Name: Knoff (Pain Management)
Phone: (913) 469-6447

**SPECIALIST 3:**
Name: None
Phone:

May contact physician(s)

**RIDE HOME INFORMATION:**
Name: Mark Rice
Relationship: Husband
(Other)

**PATIENT ID**
Garza, Lynn Female 46
MRN: 60015
DOS: 06/01/2018 DOB:
Dr. Regina M Nouhan

OVERLAND PARK SURGERY CENTER
Provided/Entered by patient (05/31/2018 19:10:13)

©2011, Medical Web Technologies, LLC

## Overland Park Surgery Center

# Falls Risk Assessment

| Pre-op only – Yellow arm band placed on all patients scored 6+ | | PRE | Prior to Discharge |
|---|---|---|---|
| **Age - < 3 years or > 65 years**<br>Patient Age: 46 | 3 points | 0 | 0 |
| **Dizziness / Vertigo**<br>Patient does not have Dizzy Spells/Fainting | 1 point | 0 | 0 |
| **Impaired Mobility** | 2 points | 0 | 0 |
| **Visual Impairment** | 2 points | 0 | 0 |
| **Confusion** | 3 points | 0 | 0 |
| **Altered Elimination** | 3 points | 0 | 0 |
| **History of Falls** | 7 points | 0 | 0 |
| **At Home Meds / Sedation** | 2 points | 0 | 0 |
| High Risk Falls Intervention Implemented *☐ N/A ☐<br>*For a score of 6 points or more | **Total Score** | 0 | 0 |

| | | |
|---|---|---|
| **Pediatric Patients only** -- Falls Risk initiated for all pediatric patients – Parents at bedside. (circle correct response) | Yes | No |

**Pre-Op Nurse Signature:** [signature] **Time:** 0930

**Post-Op Nurse Signature:** [signature] **Time:** 1108

Name: Lynn Garza
MRN: 60015
Sex: Female Age: 46
Surgeon: Regina M Nouhan
Date of Procedure: 06/01/2018
Procedure: LEFT Left volar forearm fascial release

MWTFR-HCA3 © 2018. One Medical Passport, Inc.

**Overland Park Surgery Center**

**PRE-OPERATIVE RECORD**

Procedure: Lt volar forearm fascial release

Pre-op In Time: 0918 BP 132/83 HR 80 R 20 SaO2 98 T 96.8

☑ NKDA ☐ Allergies/Reaction

HT 5'1" WT(kgs) 81.7

NPO 5/31/18 LMP ablation Void

☐ Gen ☐ MAC ☐ BB ☐ Local ☐ Spl ☐ Epi

**CHECKLIST**

- ☑ Consent signed
- ☑ Orders on chart
- ☑ H & P on chart
- ☐ Glasses ☑ N/A
- ☐ Contacts ☑ N/A
- ☐ Hearing aids ☑ N/A
- ☑ ID Band correct
- ☑ Verbal ID correct
- ☐ Allergy band
- ☐ Dentures ☑ N/A
- ☐ Partials ☑ N/A
- ☐ Jewelry ☑ None
- ☐ Piercings ☑ None
- ☐ Metal/Implants ☑ N/A
- ☐ Other
- ☐ Valuables given to:
- ☐ Cart #
- ☐ Name of escort: Mark
- Location of escort: w/R
- Relationship: Husband Phone:
- ☐ Interpreter ☑ N/A
- ☐ Preop Testing ☑ N/A
  - ☐ Hgb ☑ N/A
  - ☐ UCG ☑ N/A
  - ☐ BS ☑ N/A
  - ☐ EKG ☑ N/A
- Abnormal values reported to: Date:
- Outside labs on chart? ☐ Yes ☐ No ☑ N/A
- ☐ Site clipped ☑ N/A
- ☑ Site marked ☐ N/A
- ☑ SCD's ☐ N/A
- ☑ Ted hose ☐ N/A

**PATIENT ASSESSED FOR FALL RISK**

☐ Yes ☐ Arm Band/Sign on Bed if Applicable

☐ Patient / Family Education ☐ Non-skid Footwear applied

☐ Cane – Wheelchair – Walker

**PATIENT ASSESSED FOR HEALTH LITERACY**

☐ Yes

☐ Patient demonstrates / verbalizes understanding of instructions

**PRE-OP MEDICATIONS** ☐ N/A

| Time | Medication | INI |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**PAIN**

Pain Scale 0-1 2-3 4-5 6-7 8-9 10

Time 0920 Scale 7 Location Lt arm

Time Scale Location

Admitting Nurse Signature:

OPSC-06/Rev 02/2017

**MEDICATIONS TAKEN TODAY PRIOR TO ARRIVAL** ☑ N/A

| Time | Medication | Dose |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NEURO**

- ☑ A/O x3
- ☐ Confused
- ☐ Anxious

**CARDIAC**

- ☐ WNL - Reg. Rhythm
- ☐ Irregular Rhythm
- ☐ Other

**RESP**

- ☐ WNL - Reg. Rhythm, unlabored respirations, symmetrical, lungs clear, no cough or cold
- ☐ Labored ☐ Shallow ☐ SOB
- ☐ Dyspenea ☐ Tachypnea

**IV**

| | | |
|---|---|---|
| SITE R hand<br>GAUGE 20<br>BY JB<br>LIDO 1% ☑ Yes ☐ No<br>ATTEMPTS: x1 | SITE<br>GAUGE<br>BY<br>LIDO 1% ☐ Yes ☐ No<br>ATTEMPTS: | ☑ LR ☑ 1000 ML<br>☐ NS ☐ 500 ML<br>COMMENTS |

**GI**

- Prep:
- Results:
- Blood Thinner:
- Last Taken:
- Reason for Test:
- PCP:
- Last Colon.:

**NURSING NOTES**

ACT#: 60015
DOB: AGE: 46
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

LG.LIN.0589

ACT#: 60015 DOS: 06/01/18

1:

...: NOUHAN, REGINA M MD

NAME: GARZA , LYNN A

Overland Park Surgery Center
10601 Quivira Road, Suite 100
Overland Park, KS 66215

# Surgical / Anesthesia
# HISTORY AND PHYSICAL EXAM

(See attached Review of Systems, Past Medical History, Medications & Allergies)

| | |
|---|---|
| Chief Complaint | 46 yo ♀ w/ intermittent pain, cold-sensation to (L) forearm, |
| Family History | |
| Social History | |
| Specific history of PRESENT illness or injury relating to proposed procedure: | w/ h/o congenital band syndrome |
| Specific Physical Examination relating to PRESENT illness or injury: | contour irregularities of forearms |
| Pertinent LAB and X-RAY findings: | |
| Assessment / Plan | plan fascial release (L) forearm |

I have discussed the procedure and its alternatives with this patient:

Date 6/1/18 Time

Surgeon Signature [signature]

**EXAMINATION:**

| MENTAL STATUS | AIRWAY/DENTITION | OTHER |
|---|---|---|
| Alert | MP: I (II) III | Discussed possible damage to dentition. ☑ |

| PULMONARY | CARDIAC |
|---|---|
| Clear. | regular |

**PHYSICAL STATUS** 1 (2) 3 4

NKA ☑ or Allergies:

Pertinent PSH/PAH: GA - No pro

Pertinent PMH: Ex-smoker. Obesity. Migraine H/A. Thyroid supp. Deph Anxiety

Comments:

_____ kg. BMI: 34

Anesthesia Plan: General

I have reviewed the available diagnostic studies. ☑

Informed consent obtained from the patient, guardian or power of attorney including discussion of the risks, alternatives and expected results of the Anesthetic plan. ☑

Date: 6/1/18 Signature: [signature] Time: 0945.

**PACU DISCHARGE NOTE**

Respiratory function stable. ☑ $SpO_2$ 98

Cardiac function stable. ☑ HR 77

Mental status recovered. ☑

Pain control satisfactory. ☑

Nausea control satisfactory. ☑

Comments:

Date: 6/1/18 Signature: [signature] Time: 1152

Rev 11/14

LG.LIN.0590

ACT#: -----
DOB:
AGE: 46
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

## OVERLAND PARK SURGERY CENTER

10601 Quivira Road, Suite 100
Overland Park, KS 66215

## ANESTHESIA PRE-OPERATIVE ORDERS

1. Preop tests for patients undergoing general, regional, or local/mac anesthesia:
   - Basic metabolic profile (Na, Cl, K, $CO_2$, BUN, Creat) within 30 days for patients taking diuretics, digoxin, and for dialysis patients within 24 hours post dialysis.
   - Finger stick glucose the morning of surgery for ALL diabetics.
   - Urine UCG day of surgery on menstruating females unless history of sterilization.
   - ECG within 6 months of surgery for patients 60 and older, diabetics over 40, or patients with significant cardio-circulatory, renal disease, or hypertension treated with medication.

2. Diet: Solid foods until midnight prior to surgery; clear liquids until 6 hours prior to surgery, then NPO.

3. IV fluids:
   - Patients over 12 years – 1000ml Lactated Ringers
   - Renal failure patients – 500ml 0.9% Normal Saline
   - May use Lidocaine 1% prior to IV start

4. The morning of surgery, patients will be instructed to take the following medications with a sip of water: cardiac meds, antihypertensives, bronchodilators, acid reflux medications, and anticonvulsants. Use and bring inhalers. The morning of surgery, diabetics are to take oral hypoglycemics. Insulin dependent diabetics: No insulin the morning of surgery. For afternoon surgery and for patients with insulin pumps, anesthesia should be consulted.

6/1/18
0915

5. Place SCD's bilaterally or unilaterally as surgical site dictates per policy and/or per Surgeon's orders.

6. Preop holding medications:
   _____ Famotidine (Pepcid) 20mg PO in holding area
   _____ Sodium citrate/citric acid (Bicitra) 15ml PO in holding area
   _____ Transderm Scopolamine 1.5mg behind ear in holding area
   _____ Ondansetron (Zofran) 4 mg PO in holding area

7. Additional Orders:

________________________________________

________________________________________

Physicians Signature [signature] Date/Time 6/1/18 0945

Revised 08/2017

## Overland Park Surgery Center

Surgeon: Nouhan | Date: 6/1/18 | Age: 46 | ASA: 2 | WT: kg

Anes: Rizzo | SRNA: Rampy | Relief:

Anes Staff: Dr. Rizzo | Relief:

Post/op Diagnosis: Intermittent pain, Cold sensation to L forearm & h/o Compartment Syndrome

Meds:

Lab:

ACT#: 60015
DOB: AGE: 46
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

Procedure: (L) Volar forearm fascial release

Allergies: NKDA

History: ↓ thyroid, Obese, Migraine

| AGENTS | TIME 10 | | | | TOTALS |
|---|---|---|---|---|---|
| $O_2$ l/m | 2 | 2 | | | |
| ET% Sevo | 1.4 | 1.4 | | | |
| Propofol mg | 400 | | | | 400 |
| Lidocaine mg | 50 | | | | 50 |
| Fentanyl mcg | 100 | | | | 100 |
| Zofran mg | | 4 | | | 4 |
| Decadron mg | | 10 | | | 10 |
| FLUIDS 1050 LR | | | | | 900 |
| EBL | | | | | |
| Urine Out | | | | | |

☑ Patient Identified and Chart Reviewed
☑ Patient re-evaluated prior to induction

**Pre-OR Meds/Care** Versed 2mg
09:47 to 09:49

**IN OR** 09:49 OR # 3
☐ PACU ☐ GI ___ ☐ Other ___

**Equip/Monitors** ☑ Machine Checked
☑ EKG ☐ Steth ☑ Temp ___ ☑ $SpO_2$
NIBP: ☑ R ☐ L ☐ UE ☐ LE ☐ Nerve Stim
Warmers: ☐ blanket ☐ fluid
☑ Gas Analyzer ☐ Other ___

**Technique** ☑ General ☐ Regional ☐ MAC

**Airway** ☐ Oral ET Size 4 ☐ UDV
☐ Mask ☐ Nasal ET Pass x1 ☑ BSBE
☐ Trach ☐ L ☐ R Depth ___ ☐ $ETCO_2$
☐ NC ☑ LMA Cuff ↑ ☐ Sellick
☐ Blowby ☐ RAE ☐ Difficult

**Position** ☑ Supine ☐ Prone ☐ Lith ☐ Lateral: R L
Eye Care ☑ Tape ☐ Lube ☐ Padded

**Lines** Site Size Placed by
IV: ☐ L ☐ R ☑ UE ☐ LE 20 ☑ Pre-OR

**Procedure Times** Induction: Start 09:53
Incision: Start ___ Stop ___
Pain Block: Start ___ Stop ___
Tourniquet ↑ 1005 ↓ 1032 250 mmHg

**Regional** ☐ See separate regional form
☐ Spinal ☐ Epidural ☐ Caudal ☐ Bier
☐ Femoral Nerve ☐ Interscalene ☐ Popliteal
☐ Other ___ ☐ Placed by: ___
☐ Correct side and site verified
Agent ___ Dose ___
Position ___ Level placed ___
Needle ___ Attempts ___
Aspiration: CSF ☐ Y ☐ N Blood ☐ Y ☐ N
Paresthesia ☐ Y ☐ N Nerve Stimulator ☐ Y ☐ N
Nerve Stim: ___ mA to obtain twitch
Catheter ☐ Y ☐ N Catheter skin mark

Pre-Op Vitals: HR 87; BP 122/72; RR; $SaO_2$ 98; Temp

Chart scale: 200, 180, 160, 140, 120, 100, 80, 60, 40, 20

| Event/Monitoring | | RR | | |
|---|---|---|---|---|
| $FIO_2$ | | 94 | 98 | 99 |
| $SaO_2$ | 98 | 99 | 99 | 99 |
| $ETCO_2$ | | 36 | 40 | 48 |
| ECG | SR | SR | SR | SR |
| Temp | | T1 | 97 | |
| Resp | SV | AV | SV | SV |

**Antibiotic** Ancef 2gm IV 09:58
☐ None ordered Surgery: Start ___

**Reversal** @ :

**Compliance** I (we) certify that I (we) were
present at induction,
monitoring at frequent intervals,
☐ Closed OR - monitored at OR entrance and/or text/phone
immediately available, and
present for emergence.

**Care transferred** 10:53 ☑ PACU
☐ Extubated ☐ T-tube ☑ Blow-by ☐ Vent ☐ ___
BP 106/68 HR 68 RR 14 $SaO_2$ 99 °C ___
☐ Transfer checklist utilized

Comments/Events:

**OVERLAND PARK S GERY CENTER**

10601 Quivira Road, Suite 100
Overland Park, KS 66215

ACT#: 60015
DOB:
AGE: 46
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

**ANESTHESIA POST-OPERATIVE**

**ALLERGIES and REACTIONS:**____________________

**Medications:**

1. **Analgesics:** For patients 12 years of age and under:
   A. Fentanyl 0.5 mcg/kg IV every 5 minutes prn pain (maximum dose 3 mcg/kg).
   Patient weight (in kg):__________ Dose:__________

2. **Analgesics:** For pain for patients over 12 years of age:
   A. Fentanyl 25 mcg IV every 5 minutes prn for pain rated from 1-5 or Fentanyl 50 mcg IV every 5 minutes prn for pain rated 6-10 (maximum dose 200 mcg).
   B. If pain persists, continue with: Morphine 2 mg IV every 5 minutes prn pain if pain rated 1-5, Morphine 4 mg IV every 5 minutes prn pain if pain rated 6-10 (maximum dose 15 mg).
   C. Demerol 12.5 mg IV for shivering. May repeat x 1 in 10 minutes if needed.

3. **Antiemetics:** For nausea/vomiting for patients over 12 years of age:
   A. If Ondansetron (Zofran) not given in the OR, give Ondansetron 4mg IV prn nausea x1.
   B. If nausea persists, continue with: Promethazine (Phenergan) 6.25 mg IV prn nausea, may repeat x1 in 10 minutes if needed.

4. Tylenol 650 mg PO prn for headache (one time dose) after tolerating oral fluids.

5. May give Sucrets PO prn for sore throat if patient awake and alert.

6. May initiate surgeons postop pain medication orders after tolerating oral fluids. If surgeon's orders or script is written as "one or two tablets", give one tablet for pain rated 1-5, give two tablets for pain rated 6-10.

**IV Fluids:**

1. Lactated Ringers TKO unless directed otherwise by surgeon or anesthesiologist.
2. 0.9% Normal Saline TKO for renal patients unless directed otherwise by a physician.

**Nursing Care:**

1. Monitor VS per policy
2. Oxygen at 10 liters via face shield, t-piece, or mask on arrival to PACU for general anesthesia patients. Wean to room air maintaining SaO2 above 90%.
3. After oxygen is discontinued and SaO2 drops below 90%, resume oxygen at 2-3 liters per nasal cannula and notify the anesthesiologist.
4. Finger stick glucose for ALL diabetics.
5. Dismiss from Overland Park Surgery Center when dismissal criteria are met.

**Additional Orders:** ____________________

Physician Signature [signature] ~~Date~~ and Time 6/1/18 0[illegible]

Nurses Signature [signature] Date and Time 6-1-18 1100

Revised 04/2018

LG.LIN.0593

**OVERLAND PARK SURGERY CENTER**
10601 Quivira Road, Suite 100
Overland Park, KS 66215

ACT#: 60015 AGE: 46
DOB:
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

## PRE-OPERATIVE ORDERS
## DR. REGINA NOUHAN

1. Lab, EKG and CXR per anesthesia.
2. UCG or HCG on females of childbearing age, with ability to conceive or bear children.
3. Pre-Operative Antibiotic:
   a. Cefazolin 1 gram IVPB, prior to surgery, if patient is not allergic to cephalosporins. If allergic to PCN, but patient has previously taken cephalosporins with no reaction, proceed with Cefazolin.
   b. Cefazolin 2 grams IVPB, prior to surgery if weight is greater than 70 kg and patient is not allergic to cephalosporins. If allergic to PCN, but patient has previously taken cephalosporins with no reaction, proceed with Cefazolin.
   c. Cipro 400mg IVPB, prior to surgery, if cephalosporin allergy or allergic to PCN and has not previously taken cephalosporins.
   d. Consult with Dr. Nouhan for patients weighing less than 45 kg.
4. Bilateral SCD's and TED hose for all general anesthesia cases. Please instruct circulator and anesthesia that SCD's must be operating prior to induction.
5. Bilateral SCD's and TED hose for any other cases scheduled for two hours or more. Please instruct circulator and anesthesia that SCD's must be operating prior to induction.
6. NO SCD's on patients 16 years old or younger.
7. For abdominoplasty and breast reduction patients: Drain care teaching and incentive spirometry teaching pre-op.
8. Remove all finger nail polish for hand procedures.
9. For all cases scheduled for four hours or more please check with Dr. Nouhan regarding subcutaneous heparin administration.

6/1/18
0915

Physician Signature ____________ Date and Time 6/1/18
Revised 7/2016

LG.LIN.0594

ACT#: 60015 DOS: 06/01/18
...: NOUHAN, REGINA M MD
NAME: GARZA , LYNN A

**Overland Park Surgery Center**

**O/R RECORD**

Date: 6-1-18 ☒ Patient Assessment/Chart reviewed ☒ ID Verified
☒ NKA ALLERGIES
Verification of Procedure/location ☒ Verbal by patient/family ☒ Consent
To OR # 3 per ☒ Cart ☒ SR ↑ ☐ Ambulatory ☐ Carried
To OR table per ☒ Self ☐ Help ☐ Roller ☐ Procedure done on cart ☐ Log rolled

**ANESTHETIC**
☐ Local
☐ MAC
☐ Block
☐ Spinal/Epidural
☒ General

**TIMES**
In room: 0949
Procedure start 1008
Procedure stop 1046
Out of room 1050

**SKIN PREP** ☐ N/A
Solution: ☒ bet/bet ☐ duraprep ☐ bet/paint ☐ Chloraprep
Other:
Area prepped: Left Arm
By:
Hair removal ☐ N/A ☐ clipper
Site: By:

**POSITION/POSITIONING AIDES**
☒ Supine ☐ Lithotomy
☐ Prone ☐ Lateral Right↓ / Left↓
Other:
Arms: ☐ tucked @ side Rt Lt Both
☒ on armboard Rt Lt (Both)
Other:
☐ Roll Axillary / Shoulder / Chest
☐ Headrest - gel/prone
☐ Allen stirrups ☐ bean bag
☐ Other: Pillow ↓ head
Safety strap placement Across Thighs
Padding

**CAUTERY** ☐ N/A
Unit # 5
Pad Site
☐ Monopolar
Cut ___ Blend ___ Coag ___
Post op site appearance ☐ Normal

Positioned by:
☒ OR Staff ☒ Anesthesia ☒ Doctor

Bipolar: Setting 20

**URINARY DRAINAGE** ☒ N/A
Cath ___ Fr ___ ml balloon
Straight ___ Fr ___ ml
Appearance: ☐ Clear ☐ Cloudy ☐ Yellow ☐ Amber ☐ Other:
Inserted by:
☐ Removed in OR

**TOURNIQUET SITE** ☐ N/A
Site: Left Arm
Unit # 6 Cuff Padding
Pressure @ ___ mmHg
1005 ↑ 1042 ↓

**IMPLANTS** (Cat #, Lot #, Location) ☒ N/A

**EXPLANTS** (Description, Location) ☒ N/A

| COUNTS | 1st | 2nd | 3rd | 4th/NA |
|---|---|---|---|---|
| RAYS | 20 | 20 | 20 | |
| LAPS | | | | |
| NEEDLES | 2+2 | 5 | 6 | |
| BLADES | 3+1 | 4 | 4 | |
| INST. | | | | |
| COTTONOIDS | | | | |
| P-NUTS | | | | |
| INJECTABLES | | | | |
| TONSILS | | | | |
| EPI BALLS | | | | |
| INITIALS | TR JK | TR JK | TR JK | |

**FINAL COUNTS**
☒ Correct
☐ Incorrect
Action taken:
☐ Counts N/A

Time-Out: 1005 ☒ Correct Pt. ☒ Correct side/site
☒ Agreement of procedure ☒ Correct Position
☒ Implants/equipment ☒ Entire team present
Surgeon: R. Nouhan Assistant:
Anesthesiologist: Hagen CRNA: P Rizzotto
Circulator: J Kratz RN Scrub: T Ramsey
Relief: Relief:
Relief: Relief:

**Pre-op diagnosis:** Intermittent Compartment Syndrome

**Post-op diagnosis:** ☒ Same ☐ Other:

**Surgical Procedure:** Left Volar Forearm Facial Release

**SPECIMEN:** ☒ None

**CULTURE:** ☐ aerobic ☐ anaerobic ☐ fungal ☒ none
Taken from:

**IRRIGATION:**
☒ NaCl ☐ Sterile Water ☐ Glycine ☐ Ancef 1 gm
☐ Bacitracin 50,000 units ☐ Gentamicin 80mg
Other:

**OTHER EQUIPMENT USED:** ☐ N/A
☐ Laser: ☐ See laser log ☐ Safety precautions followed
☐ Microscope # ☐ NovaSure # ☐ Straight Shot #
☐ Core Power # ☐ Bair-Hugger # ☐ NIMS #
☐ Berkley Suction # ☐ Microaire # ☐ Neptune #
☐ Gyrus # ☐ SCD's # 5 ☐ Harmonic #
☐ Hercules #
X-Rays / Verbal Order: ☐ C-arm ☐ Mini C-arm

**POST-OP:**
Wound class: ☒ 1 Clean ☐ 2 Clean Cont. ☐ 3 Cont. ☐ 4 Grossly Cont.
Drains:
Dressings: Adaptic, 4x4, Soft Roll, Ace

Returned to cart per ☒ roller ☐ self ☐ help ☐ carried
☐ Procedure done on cart ☐ Log rolled
Additional Notes:

Report given in recovery to: D. Boyer RN
Circulating Nurse Signature: J Kratz RN

OPSC-03-Rev 0416

ACT#: 60015 DOS: 06/01/18

NOUHAN, REGINA M MD
NAME: GARZA , LYNN A

# OVERLAND PARK SURGERY CENTER

**Surgical Safety / Time-Out Checklist**

## BEFORE INDUCTION OF ANESTHESIA IN PRE-OP

- ☐ Circulator/Anesthesia Professional Confirm:
  - o Patient Identity
    - ▪ ID band and with patient
  - o Site
  - o Procedure
  - o Correct Consent
- ☐ Site marked / Not Applicable
- ☐ Known Allergy?
  - o Yes
  - o No

Anesthesia [signature] OR RN [signature] RN

## BEFORE SKIN INCISION – All Members STOP and focus on TIME OUT

- ☐ Confirm All Team Members Have Introduced Themselves by Name and Role
- ☐ Circulator Verbally Confirms
  - o Patient Name / Allergies
  - o Reads Consent
  - o Patient Position
  - o Images/Specialty Items/Equipment Available
- ☐ Anesthesia Professional Verifies Antibiotic Given if Applicable
- ☐ Patient ID Band is Checked to Confirm Identity
- ☐ Verbalize Fire Prevention Measures Taken
- ☐ Circulator Announces Time-Out Complete

## BEFORE PATIENT LEAVES OPERATING ROOM- SIGN OUT

- ☐ Circulator Verbally Confirms
  - o Name of the Procedure Recorded
  - o Instrument, Sponge and Needle Counts Are Correct ( or N/A)
  - o How The Specimen is Labeled
  - o Whether There are any Equipment Problems to be Addressed

OR RN [signature] RN

Patient Label

LG.LIN.0596

ACT#: 60015 DOS: 06/01/18

# Overland Park Surgery Center
## Medication Administration Record (MAR)

[redacted]: NOUHAN, REGINA M MD
NAME: GARZA LYNN A
Patient Label

Allergies/Reactions

NKA

### Pre Op

Independent Double Check (IDC) of high alert medications is a procedure in which 2 licensed clinicians separately check each component of prescribing, dispensing, and verifying the high –alert medication before administering it to the patient. Each licensed clinician will sign the MAR.

| Time | Medication | Dose | Route | Pain Score before | Pain Score after | IDC Med | Allergy ✓'d | Exp date ✓'d | Nurse Signature | Nurse Signature (IDC checked yes require 2nd RN sig here) |
|---|---|---|---|---|---|---|---|---|---|---|
| 0940 | LR 1000ml | | IV | — | — | ☐yes ☐no | ☐yes ✓ | ☐yes ✓ | [signature] | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |

### Post Anesthesia Care Unit

| Time | Medication | Dose | Route | Pain Score before | Pain Score after | IDC Med | Allergy ✓'d | Exp date ✓'d | Nurse Signature | Nurse Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1128 | Percocet 5/325 | (2) | po | 4 | DC | ☐yes ☑no | ☑yes | ☑yes | [signature] | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | | | | ☐yes ☐no | ☐yes | ☐yes | | |

### Operating Room

| Medication | Amt used | Site | IDC Med | Allergy ✓'d | Exp date ✓'d | Nurse Signature | Nurse Signature (IDC checked yes require 2nd RN sig here) |
|---|---|---|---|---|---|---|---|
| 0.5% Marcaine / 1% Xylocaine 1% c Epi | | L Arm | ☐yes ☐no | ☑yes | ☑yes | JKeaty RN | |
| | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | ☐yes ☐no | ☐yes | ☐yes | | |
| | | | ☐yes ☐no | ☐yes | ☐yes | | |

OPSC MAR 4/2018

LG.LIN.0597

DR. REGINA NOUHAN
POST-OPERATIVE HAND SURGERY

ACT#: 60015
DOB: ( AGE: 46
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

Date of Surgery 6/1/

1. To Recovery Room, Routine Recovery Room vital signs.
2. Keep extremity clean and dry. Elevate above level of heart.
3. Do not remove dressing. If splint present, leave on.
4. May shower with dressing covered with a plastic bag.
5. May apply ice during first 24 hours, if desired.
6. Zofran 4mg 1 tablet q 6 hours as needed for nausea.
   Phenergan 25mg 1 tablet q 6 hours prn nausea.
   Ultracet 37.5 mg 1 tablet q 4-6 hours prn pain.
   Norco 5/325mg 1-2 tablets q 4-6 hours prn pain.
   Keflex 500mg 1 capsule q 6 hours.
   Percocet 5/325mg 1-2 tablets q 4-6 hours prn pain.
   Other:
7. Follow-up in office on this date: 6/8 @ 9:30 (am)/pm. Leawood office
   Call (913) 663-3838 for appointment.
   See appointment card.
8. Do not move fingers with tendon repairs, otherwise move fingers, if free.
9. Discharge from Surgery Center when Criteria met.
10. Dr. Nouhan will need to write Rx.

Regina M. Nouhan, M.D.

6/1/18
Date

note 6-1-18 1120

LG.LIN.0598

ACT#: 60015
DOB:
AGE: 46
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

# HAND SURGERY DISCHARGE INSTRUCTIONS

- Elevate the hand, for at least 48 hours (higher than your heart), to reduce the throbbing and swelling.
- Limit smoking, as much as possible, as this impairs the healing process.
- Take antibiotics, if prescribed, until finished to prevent infection.
- Take pain medication, as needed, if prescribed. Side effects include nausea and constipation. You should not drive and take narcotic medication.
- Keep dressing dry. You may tape a plastic bag over the dressing to take a shower.
- Leave dressing in place until seen by physician. (Usually a week)
- You have been scheduled for a follow-up appointment in approximately 7 days unless Dr. Nouhan feels you need to be seen sooner.
- Please call with any questions or problems. Office phone number (913) 663-3838.

7/04

HCA MIDWEST HEALTH

**OVERLAND PARK SURGERY CENTER**

10601 Quivira Road, Suite 100, Overland Park, Kansas 66215 • Phone (913) 894-7260 • Fax (913) 894-7261

WARNING: This script has a colored "Rx invalid" background on front and a thermochromic "Rx" and watermark on back.

NAME Lynn Garza DATE 6/1/18

ADDRESS

℞ off work for 2 weeks

Refills: ____ Times

____ M.D. ____ M.D.

Substitution Permitted Dispense as Written

NPI ____ D.E.A. Reg. ____

OPSC-103 (11/16) R. Nouhan MD 913-663-3838

---

HCA MIDWEST HEALTH

**OVERLAND PARK SURGERY CENTER**

10601 Quivira Road, Suite 100, Overland Park, Kansas 66215 • Phone (913) 894-7260 • Fax (913) 894-7261

WARNING: This script has a colored "Rx invalid" background on front and a thermochromic "Rx" and watermark on back.

NAME Lynn Garza DATE 6/1/18

ADDRESS DOB [redacted]

℞ Percocet 5.0 - po q4° prn pain (#40) forty

Refills: Ø Times

____ M.D. ____ M.D.

Substitution Permitted Dispense as Written

NPI ____ D.E.A. Reg. BN3619573

OPSC-103 (11/16) Nouhan

ACT#: 60015
DOB: AGE: 46
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

# Overland Park Surgery Center
## PACU RECORD

Wt. Kg. ____
Med Hx ____

Date 6-1-18 Time 1050 ☑ GA ☐ Epidural ☐ MAC ☐ Block ____

Pt. admitted per cart ☐ Accompanied by Portnycarel, Tracy Rn ____ Side Rails Up / Down / Padded

IV Fluid LR / Bag 1 IV avail: 100 ml Pre op BP 132/83 Glucose Pre-Op ____ Post-Op ____

IV Site R W ☑ Asympt ☑ Allergies NKDA ____ EKG SR

**ASSESSMENT/TREATMENTS:** (✓) Yes (-) No. (*) See Notes (N/A) Not Appl.

| | ADM | 15min | 30min | 45min | HR | 2HR | DIS |
|---|---|---|---|---|---|---|---|
| Position: S = supine, SU = supine w/head ↑, L = lateral R = Recliner — Time | 1050 | 1105 | 1120 | 1135 | 1150 | | 1200 |
| Initials | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| Position | Su | Su | Su | Su | Su | | Su |
| Patent Airway | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Resp. easy, breath sounds clear | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Airway ☐ oral ☐ nasal ☐ out 1058 | ✓ | — | — | — | — | | — |
| $O_2$@liters-NC/m/FS 12 L | ✓ | — | — | — | — | | — |
| Nailbed pink / Cap. Refill <2 sec./palp pulse / In: | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Abdomen Soft / Flat / Round | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Dressing Dry/Intact: L arm / Site: ace | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Dressing Dry/Intact: / Site: | | | | | | | |
| Edema/hematoma surg. site | | | | | | | |
| Drains patent/drainage / Type | | | | | | | |
| Vaginal flow | | | | | | | |
| Nausea | — | — | — | — | — | | — |
| Emesis | — | — | — | — | — | | — |
| PO Intake: | — | ✓ | ✓ | ✓ | — | | ✓ |
| Pain: Visual Analog Pain Scale 0-10 / Location: | — | — | — | 4/10 | 4/10 | | 4/10 |
| Deep breath / cough / move | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Elevated: L Hand | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Icebag/Cool Compress: | — | — | — | — | — | | — |
| Fall Risk Reassessed | ✓ | ✓ | ✓ | ✓ | — | | ✓ |

**VITAL SIGNS**

| TIME | 1050 | 1055 | 1100 | 1105 | 1120 | 1130 | 1150 |
|---|---|---|---|---|---|---|---|
| Resp. | 16 | 11 | 15 | 13 | 13 | 15 | 22 |
| $O_2$ Sat. | 99 | 100 | 98 | 98 | 97 | 96 | 98 |

(V/A BP graph with scale 20–220; Pulse marked ʊ.)

## NORMOTHERMIA MONITORING (QM ASC-13)

| | |
|---|---|
| ANESTHESIA TIME = 60 MINUTES OR MORE? (From anesthesia induction time to anesthesia end time) Actual Time = 38 minutes (A) | ☐ YES ☑ NO |
| PATIENT'S TEMP IS ≥96.8°F (36°C) ON ARRIVAL TO PACU? | 96.8 °F ☑ YES ☐ NO |
| IF NO, CONTINUE TO MONITOR PATIENT'S TEMP | ☐ Warm blankets applied ☐ Bair Hugger applied |
| PATIENT'S TEMP REACHED ≥96.8°F (36°C) WITHIN 15 MINUTES ON ARRIVAL TO PACU? Time Temp was Taken: ____ | ____ °F ☐ YES ☐ NO |

**Intake**
OR IV: 900 ml
PACU IV: 50 ml
PACU PO: 200 ml
Total: 1150 ml

**Output**
OR Output: ____ ml
OR EBL: ____ ml
Emesis: ____ ml
Drain #1: ____ ml
Drain #2: ____ ml
Urine: ____ ml
Total: ____ ml

Foley Y ☐ N ☑
out @ ____
Voided Y ☐ N ☐

## DISCHARGE:

☐ IS Instructed ☐ Post-Op shoe/boot
☐ Flashlight ✓ ☐ Drain Care Instructed
☐ Sling ☐ Overnight Supplies Provided
Other ____

☐ Dangled ☑ Dressed To RCU ____
IV out at 1150 ☑ No Swelling ☑ No Bleeding

Discharge instruction to pt. and husband
☑ Scripts ☐ Copy ☑ Verbalize understanding

Discharged with Mark and [illegible] R/N
at 1206 Time

With all belongings ☑ Y ☐ N

Mode: W/C ☑ Ambulatory ☐ Carried ☐

Meets standard discharge criteria: ☑ Yes ____ ☐ No

Nurses Signature [signature]
RN Relief ____
RN Relief ____
Anesthesia MD signature [signature]

MOS122
(over)
LG.LIN.0601

# Overland Park Sur... y Center

10601 Quivira Road, Suite 100 • Overland Park, KS 66215
Phone 913-894-7260 • Fax 913-894-7261

#: 60015 AGE: 46
DOB:
DR: NOUHAN, REGINA M MD
DOS: 06/01/18
NAME: GARZA , LYNN A

## Discharge Instructions

DOCTOR: Nauhan DR. Phone # 913 663 3838

1. Make an appointment to see Doctor________. Appt. Date: 6-8 at 930 Am Leawood office
2. A responsible adult should remain with you today. Rest quietly for the remainder of the day.
3. Observe the operative area for signs of excessive bleeding (Slow, general oozing that saturates the dressing completely, or frank red bleeding.) In either case, apply pressure, elevate if possible and call your physician at once.
4. Do not drink alcohol, drive a car, make legal decisions, cook or operate heavy machinery for 24 hours after receiving general anesthesia or intravenous sedation or while taking pain medication.
5. Observe operative site for signs of infection: redness, swelling, foul odor, drainage, fever over 100 degrees. Such signs and symptoms may become apparent only after 36-48 hours. Call your doctor at once if one or more of these symptoms are present.
6. **To help prevent infection, wash your hands well before caring for the operative site and keep the dressing clean and dry.**
7. Maintain a light diet today: soup, jello, tea, soft drink, etc. Progress to regular diet as tolerated. Encourage small frequents amounts of liquids to children, and try to avoid giving them milk products for the first 24 hours. Popsicles are an excellent source of fluids.
8. Some anesthetic agents and medications taken for pain may cause nausea or vomiting. It is best to take your pain medication with food to avoid nausea. If this persists call your doctor.
9. Follow any other written and oral instructions from your doctor.

**FOLLOW CHECKED ITEMS:**

- ☑ Keep L Hand Elevated for 24-48 hours
- ☑ Apply ice to L Hand
- ☐ Observe affected extremity for circulation or nerve impairment: report change in color, persistent numbness, tingling, coldness or increased pain
- ☐ Avoid weight bearing on ________
- ☐ Avoid stress to suture line (pushing, pulling).
- ☐ Notify physician of bright red urine or if unable to void
- ☐ Do not remove bandages unless instructed by doctor.
- ☐ Avoid sneezing or blowing nose.
- ☐ Change nasal drip pad as needed and demonstrated.
- ☐ Keep water out of ears.
- ☐ Keep operative area dry when bathing
- ☐ Maintain voice rest for ________
- ☐ Do not bend or lift.
- ☐ Other ________
- ☑ Bathing or (Showering) ~~6-2-18~~ 6-2-18 cover with plastic.

**If you have any problems or questions contact your doctor immediately. If you are unable to reach your doctor and feel you need immediate care call 9-1-1 or go to the nearest emergency room.**

***Other Instructions:***

________

Best Phone # for Post-Op Phone Call: __ 7 __ ☑ Permission to leave message

Also given: ☑ Doctor's instruction sheet

I hereby accept, understand and can verbalize these instructions.

[signature] Patient's Relation or Companion

[signature] Nurse's Signature 6-1-18 Date

OPSC-08 Rev 2/11

LG.LIN.0602

**Overland Park Surg Center**
10601 Quivira Road, Suite 100 • Overland Park, KS 66215
Phone 913-894-7260 • Fax 913-894-7261

GENERAL POST-OP INSTRUCTIONS
FOLLOW-UP FOR ALL PATIENTS

# Medication Reconciliation Form

| Allergies: | ACT#: 60015<br>DOB: AGE: 46<br>DR: NOUHAN, REGINA M MD<br>DOS: 06/01/18<br>NAME: GARZA , LYNN A |
|---|---|

**Medication(s) Given at Overland Park Surgery Center Pertinent to At-Home Care**

| Medication/Dose/Route/Time | Purpose |
|---|---|
| Percocet 5/325 2 at 1125 Am | pain |
| May have at 330 pm | |
| | |
| | |
| | |
| | |

**Prescriptions Given at Discharge**

| Medication(s) | Dose/Route/Frequency | Next Dose Due |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ **No Prescription or Prescription Given:** ☒ **In Office** ☐ **To Family** ☐ **To Pt @ Discharge**

**Medication Instructions:**

- ☐ Continue pre-operative medications as ordered by prescribing physician(s). Consult prescribing physician for any questions or concerns.
- ☐ Stop the following medication ______________________ and call prescribing physician within the next 24 hours to determine when to re-start medication.
- ☐ If your physician instructed you to stop taking any medications prior to your procedure today, please call the prescribing physician for further instructions.
- ☐ Your physician has prescribed a new long term medication for you or there is a prescription change ______________________. (L) Forearm fascial Release

| DID PATIENT HAVE: | SEVERE | MODERATE | MINIMAL | NONE |
|---|---|---|---|---|
| DRAINAGE FROM INCISION | ☐ | ☐ | ☐ | ☐ |
| NAUSEA | ☐ | ☐ | ☐ | ☐ |
| PAIN | ☐ | ☐ | ☐ | ☐ |
| FEVER | ☐ | ☐ | ☐ | ☐ |
| IF SO, IS IT GETTING BETTER? | | | | |
| WERE THERE ANY MUSCLE ACHES OTHER THAN INCISIONAL SITE? | ☐ | ☐ | ☐ | ☐ |
| IF SO, WHERE? | | | | |

IF PAIN MEDICATION WAS PRESCRIBED, WAS IT HELPFUL YES ☐ NO ☐
WERE YOU SATISFIED WITH THE PHYSICAL FACILITIES? YES ☐ NO ☐

PLEASE REMEMBER TO SEND BACK YOUR COMMENT CARD

WERE THERE ANY DIFFICULTIES AFTER YOU ARRIVED? (PARKING, ADMITTING, LAB, X-RAY, ETC.) YES ☐ NO ☐
DID YOU RECEIVE PROMPT, COURTEOUS ATTENTION? YES ☐ NO ☐
DID YOU FEEL THE PREPARATION AND TEACHING GIVEN BY THE NURSING AND ANESTHESIA STAFF PRIOR TO SURGERY ADEQUATE? ☐ YES ☐ NO
WERE YOU SATISFIED WITH YOUR MEDICAL CARE AND YOUR TREATMENT AS A PERSON? ☐ YES ☐ NO

COMMENTS 6/4/18 Meg W

DATE PATIENT CALLED ______________ SIGNATURE ______________

OPSC-01-4 Rev 12/13

CALL BACK

LG.LIN.0603

# Quality Assurance Report

## Request Information

Report Date: September 6, 2021

**RP ID:** 8189153

Patient Name: GARZA, LYNN

Provider Name: OVERLAND PARK SURGERY CENTER

## Quality Assurance Information

Scope Requested: **All Available Information**

Special Request:
REVISED Requesting ALL records for Lynn Garza. Seen by: Overland Park Surgery Center - DR. REGINA NOUHAN

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JPVIL

LG.LIN.0604

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: August 23, 2021 **RP ID:** 8189151

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

**Patient Information**

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
REVISED REQUEST REQUESTING MEDICAL RECORDS FOR LYNN GARZA. Seen by: Peripheral Vascular Associates - DR. MICHAEL PECK

**Provider Information**

Provider: PECK, DR MICHAEL
18626 Hardy Oak Blvd Ste 210
ATTN: MEDICAL RECORDS
SAN ANTONIO, TX 78258

Phone: (210) 237-4464 Fax: (210) 616-0509

**Electronic Order Data (If Applicable)**

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: Peripheral Vascular Associates - DR. MICHAEL PECK
18626 Hardy Oak Blvd Ste 210,

SAN ANTONIO, TX 78258
(210) 237-4467

LG.LIN.0605

**PERIPHERAL VASCULAR ASSOCIATES**
DOCTORS OF ARTERIES & VEINS

To:

From:

Subject: RP ID # 8189151

**Message:**

Confidentiality Notice: The information contained in this transmission is confidential, proprietary or privileged and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA). The message is intended for the sole use of the individual or entity to whom addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message (including attachments) is strictly prohibited and may subject you to criminal or civil penalties. If you received this fax transmission in error, please contact the sender immediately by phone at the number listed and destroy any hard copies you may have created.

Tel: (210) 237-4444

This fax was sent by GFI FaxMaker for Exchange

LG.LIN.0606

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

18626 Hardy Oak Blvd, St 210
Phone: (210) 237-4467
Fax: (210) 616-0509

IAC INTERSOCIETAL ACCREDITATION COMMISSION ACCREDITED VASCULAR TESTING

# UE Venous Duplex Scan

**Patient:** Garza, Lynn **DOB:** **Age:** 47y **Sex:** Female
**MRN:** 1439020 **Room:**
**Referring:** Brenman, Ephraim DO **Sonographer: Chavez, Kelly** **DOS: 01/29/2020**
**Indications:** Evaluate for venous thrombosis. Patient has pan and swelling in the left arm and hand.

## Impressions:

**Left:** Abnormal - Chronic, occlusive deep venous thrombosis seen in the mid brachial vein. No evidence of superficial venous thrombosis. Subclavian vein not well seen. No previous study for comparison



| Left | Spont | Phasic | Augm | Puls | Comp | Echo | Part. Comp | Non- Comp | Not seen | Thrombus |
|---|---|---|---|---|---|---|---|---|---|---|
| Jugular | X | X | | | C | | | | | |
| Subclavian | | | | | C | | | | | |
| Axillary | X | X | | | C | | | | | |
| Brachial | | | | | N | | | | | |
| Cephalic | X | X | | | C | | | | | |
| Basilic | | | | | C | | | | | |

Hx of surgeries in left forearm.
Technically difficult due to patient sensitivity
Reading/Performing: **Peck, Michael MD, FACS** Electronically signed on **1/30/2020 5:05:45 PM.**

LG.LIN.0607

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

18626 Hardy Oak Blvd, St 210
Phone: (210) 237-4467
Fax: (210) 616-0509

IAC VASCULAR TESTING

# Preliminary UE Segmental with Digit

**Patient**: LYNN GARZA **DOB**: **Age**: 47y **Sex**: Female
**MRN**: 1439020 **Room**:
**Referring**: Brenman, Ephraim DO **Reading**: Peck, Michael MD, FACS **Sonographer**: Chavez, Kelly **DOS**: 01/29/2020
**Indications:** Patient complains of pain in the left arm and hand.

## Impressions:

**Right:** Abnormal - Mild to moderate arterial insufficiency secondary to atherosclerosis in the upper extremity beginning at the radial and ulnar level at rest. No previous study for comparison

**Left:** Abnormal - Mild to moderate arterial insufficiency secondary to atherosclerosis in the upper extremity beginning at the radial and ulnar level at rest. No previous study for comparison

### Right

Brachial Pressure mmHg: **118**

| | Waveforms | Index | mmHg |
|---|---|---|---|
| Brachial | Triphasic | | |
| Radial | Biphasic | 1.13 | 133 |
| Ulnar | Biphasic | 1.08 | 128 |
| Thumb | Slightly diminished | | |
| Index | Normal | | |
| 3rd Finger | Normal | | |
| 4th Finger | Normal | | |
| 5th Finger | Normal | | |

### Left

| | Waveforms | Index | mmHg |
|---|---|---|---|
| Brachial | Triphasic | | |
| Radial | Biphasic | | |
| Ulnar | Biphasic | | |
| Thumb | Normal | | |
| Index | Normal | | |
| 3rd Finger | Normal | | |
| 4th Finger | Normal | | |
| 5th Finger | Normal | | |

No pressures on the left arm due to pain.
Reading/Performing: **Peck, Michael MD, FACS** Electronically signed on .

LG.LIN.0608

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Patient: LYNN GARZA



DOB:

Account #: **1439020**

Study Date: **1/29/2020 8:30:00 AM**

Name: LYNN GARZA
ID #: 1439020
Exam Date: 01/29/2020 08:48 AM
Operator: KELLI

Peripheral Vascular Assoc.
Physician: PECK

MultiLab




LG.LIN.0609

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

DOB:

Account #: **1439020**

Study Date: **1/29/2020 8:30:00 AM**



LG.LIN.0610

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# Chart

## Lynn Garza

**DOB:**

From 01/29/2020 to 04/07/2021



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

## Encounters

**Encounter 2** Date 04/15/2020
**Diagnosis** Left arm pain (M79.602), Causalgia of forearm, left (G56.42), Thyroid condition (E07.9), Body mass index (BMI) exceeds 25 ()

**Encounter 1** Date 01/29/2020
**Diagnosis** Causalgia of forearm, left (G56.42), Left arm pain (M79.602), Body mass index (BMI) exceeds 25



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Encounter # 2**

**History & Physical Report**
**4/15/2020: Telemedicine Visit - Left arm pain (M79.602), Causalgia of forearm, left (G56.42), Thyroid condition (E07.9), Body mass Index (BMI) exceeds 25 () (Michael A. Peck, MD)**
Lynn Garza
Documented: 4/15/2020 11:22 AM
Location: Telemed Hardy Oak Location
Patient #: 1439020
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Michael A. Peck MD; 4/15/2020 11:38 AM)
The patient is a 47 year old female who presents with a complaint of Arm pain. The onset of the arm pain has been gradual and has been occurring in a persistent pattern for months. The course has been constant. The arm pain is described as moderate. Note for "Arm pain": Patient had a forearm fascia release for possible compartment in 2018 and has had pain since (i.e. not resolved). She had a subsequent carpal tunnel release that did not improve things. She is left handed. She has mild swelling by the elbow and testing today shows a focal brachial vein chronic DVT but the remainder of the veins are patent.
UE arterial testing is also normal including the digits. She gets some swelling of the hand and forearm and wears a compression sleeve at times. She gets purple discoloration of the fingers which to me is most likely autonomic nerve dysfunction with venous dilation.

Health Maintenance History (Angela Abrego, MA; 4/15/2020 11:23 AM)
Flu Vaccine [2018]:

Medication History (Angela Abrego, MA; 4/15/2020 11:23 AM)
Ultram (50MG Tablet, 1 Oral as needed) Active.
Lexapro (20MG Tablet, Oral) Active.
Norco (5-325MG Tablet, 1 Oral as needed) Active.
Nortriptyline HCl (50MG Capsule, Oral) Active.
buPROPion HCl (Oral) Specific strength unknown - Active.
Adderall (30MG Tablet, 1 Oral daily) Active.
Armour Thyroid (90MG Tablet, Oral) Active.
Xanax (0.5MG Tablet, Oral) Active.
Medications Reconciled

Social History (Angela Abrego, MA; 4/15/2020 11:23 AM)
Marital status Married.
Alcohol Use Former.
Tobacco Use Never smoker. 1996
Most Recent Primary Occupation None.
History of IV Drug Use Never used.

Problem List/Past Medical (Angela Abrego, MA; 4/15/2020 11:23 AM)
Thyroid condition (E07.9)
Left arm pain (M79.602)
Causalgia of forearm, left (G56.42)
Other atherosclerosis of native arteries of extremities, other extremity (I70.298)
Chronic embolism and thrombosis of left brachial vein (I82.722)

Past Surgical History (Angela Abrego, MA; 4/15/2020 11:23 AM)
Tubal Ligation
Cholecystectomy
Fasciotomy [2018]: Left. Arm
Fasciotomy Scar Revision [2019]: Left.

Allergies (Angela Abrego, MA; 4/15/2020 11:23 AM)
No Known Drug Allergies [01/28/2020]:
Allergies Reconciled

Family History (Angela Abrego, MA; 4/15/2020 11:23 AM)
Diabetes Mellitus Father, Mother, Sister.
Hypertension Father, Mother.

Review of Systems (Michael A. Peck MD; 4/15/2020 11:26 AM)
**General** Not Present- Chills and Fever.
**Skin** Not Present- Bruising, New Lesions and Rash, sores.
**HEENT** Not Present- Epistaxis, Headache, Hearing Loss, Transient Visual Loss, Vertigo, Visual Disturbances and Wears glasses/contact lenses.
**Neck** Not Present- Neck Mass, Neck Pain and Swollen Glands.
**Respiratory** Not Present- Shortness of breath.
**Cardiovascular** Not Present- Chest Pain.
**Gastrointestinal** Not Present- Abdominal Pain, Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Arm pain (LUE and swelling). Not Present- Back Pain, Joint Pain and Muscle Cramps.
**Neurological** Not Present- Dizziness, Numbness, Seizures, Stroke and Weakness.
**Psychiatric** Not Present- Anxiety, Depression and Hallucinations.
**Endocrine** Not Present- Diabetes, Excessive Urination and Thyroid Problems.
**Hematology** Not Present- Anemia, Blood Clots, Easy Bruising and Prolonged Bleeding.



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Physical Exam (Michael A. Peck MD; 4/15/2020 11:39 AM)
**General**
**The patient is** - not in distress, well nourished in appearance and accompanied by a family member (by telemedicine) .

**Head and Neck**
**Examination of the neck reveals** - the trachea is midline, no jugular venous distention.

**Peripheral Vascular**
**Hemodialysis**
**General - Left** - incision is well healed (forearm scar) , normal capillary refill and arm swelling (mild near AC fossa) . **General** - palpable brachial artery, normal hand temperature and normal capillary refill, no axillary lymphadenopathy, no arm swelling.

**Neurologic**
**Neurologic exam reveals** - normal mood and appropriate affect, oriented to person, place, and time and normal swallow reflex and mechanism.

**Musculoskeletal**
**Upper Extremity**
**Strength and Tone** - normal strength and tone. **Strength and Tone** - normal strength and tone.

Assessment & Plan (Michael A. Peck MD; 4/15/2020 11:40 AM)
Left arm pain (M79.602)
Current Plans

- Verbal Telemedicine Consent Obtained
- This encounter was provided via secure two-way video and audio.
- Visit performed during COVID-19 pandemic in compliance with CMS guidelines and Central for Disease Control and Prevention (CDC) recommendations.

Causalgia of forearm, left (G56.42)
Thyroid condition (E07.9)
Body mass index (BMI) exceeds 25 ()
Current Plans

- Referred to PCP.

Note: We went over her testing, verified that the brachial thrombus is chronic and focal, likely been there a long time. Aspirin is my recommendation as I do not think oral anticoagulation is going to improve her symptoms and comes with a risk of bleeding. Offered that we can always repeat the testing for reassurance. Offered she can have blood thinner if she wants but she is taking my recommendation to not do so at this time. Follow up with me as needed. She will pursue a nerve stimulator now.

Signed electronically by Michael A Peck, MD (4/15/2020 11:41 AM)



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Encounter # 1**

**History & Physical Report**
**1/29/2020: Office Visit - Causalgia of forearm, left (G56.42), Left arm pain (M79.602), Body mass index (BMI) exceeds 25 (Michael A. Peck, MD)**
Lynn Garza
Documented: 1/29/2020 8:51 AM
Location: Hardy Oak Practice Location
Patient #: 1439020
DOB:
Married / Language: English / Race: White
Female

History of Present Illness (Michael A. Peck MD; 1/29/2020 1:10 PM)
The patient is a 47 year old female who presents with a complaint of Arm pain. The onset of the arm pain has been gradual and has been occurring in a persistent pattern for months. The course has been constant. The arm pain is described as severe. Note for "Arm pain": Patient had a forearm fascia release for possible compartment in 2018 and has had pain since (i.e. not resolved). She had a subsequent carpal tunnel release that did not improve things. She is left handed. She has mild swelling by the elbow and testing today shows a focal brachial vein chronic DVT but the remainder of the veins are patent.
UE arterial testing is also normal including the digits. She gets some swelling of the hand and forearm and wears a compression sleeve at times. She gets purple discoloration of the fingers which to me is most likely autonomic nerve dysfunction with venous dilation.

Health Maintenance History (Nicole Lopez, MA; 1/29/2020 8:56 AM)
Flu Vaccine [2018]:

Medication History (Nicole Lopez, MA; 1/29/2020 9:04 AM)
Adderall (30MG Tablet, 1 Oral daily) Active.
Ultram (50MG Tablet, 1 Oral as needed) Active.
Lexapro (20MG Tablet, Oral) Active.
Norco (5-325MG Tablet, 1 Oral as needed) Active.
Nortriptyline HCl (50MG Capsule, Oral) Active.
Armour Thyroid (90MG Tablet, Oral) Active.
Xanax (0.5MG Tablet, Oral) Active.
buPROPion HCl (Oral) Specific strength unknown - Active.
Medications Reconciled

Social History (Nicole Lopez, MA; 1/29/2020 9:04 AM)
Marital status Married.
Alcohol Use Former.
Tobacco Use Never smoker. 1996
Most Recent Primary Occupation None.
History of IV Drug Use Never used.

Problem List/Past Medical (Nicole Lopez, MA; 1/29/2020 8:58 AM)
Left arm pain (M79.602)
Thyroid condition (E07.9)
Complex regional pain syndrome

Past Surgical History (Nicole Lopez, MA; 1/29/2020 9:06 AM)
Tubal Ligation
Cholecystectomy
Fasciotomy [2018]: Left. Arm
Fasciotomy Scar Revision [2019]: Left.

Allergies (Nicole Lopez, MA; 1/29/2020 9:06 AM)
No Known Drug Allergies [01/28/2020]:
Allergies Reconciled

Family History (Nicole Lopez, MA; 1/29/2020 8:53 AM)
Diabetes Mellitus Father, Mother, Sister.
Hypertension Father, Mother.

Review of Systems (Nicole Lopez MA; 1/29/2020 8:56 AM)
**General** Not Present- Decreased appetite, Fatigue, Fever, Weight Gain and Weight Loss.
**Skin** Not Present- Bruising, New Lesions and Rash, sores.
**HEENT** Not Present- Epistaxis, Headache, Hearing Loss, Transient Visual Loss, Vertigo, Visual Disturbances and Wears glasses/contact lenses.
**Neck** Not Present- Neck Mass, Neck Pain and Swollen Glands.
**Respiratory** Not Present- Cough, Dyspnea and Wheezing.
**Cardiovascular** Not Present- Calf Cramps, Chest Pain, Orthopnea, Palpitations, Phlebitis and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- Arm pain (LUE and swelling). Not Present- Back Pain, Joint Pain and Muscle Cramps.
**Neurological** Not Present- Dizziness, Numbness, Seizures, Stroke and Weakness.
**Psychiatric** Not Present- Anxiety, Depression and Hallucinations.
**Endocrine** Not Present- Diabetes, Excessive Urination and Thyroid Problems.
**Hematology** Not Present- Anemia, Blood Clots, Easy Bruising and Prolonged Bleeding.

Vitals (Nicole Lopez MA; 1/29/2020 8:56 AM)
1/29/2020 8:53 AM
**Weight:** 177 lb **Height:** 61 in
*Height was reported by patient.*
**Body Surface Area:** 1.79 m² **Body Mass Index:** 33.44 kg/m²



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Pulse:** 96 (Regular)
**BP: 118/80 (Sitting, Right Arm, Standard)**
Lt arm pain

Physical Exam (Michael A. Peck MD; 1/29/2020 1:11 PM)
**General**
**The patient is** - not in distress, well nourished in appearance and accompanied by a family member.

**Head and Neck**
**Examination of the neck reveals** - no right carotid bruit, the trachea is midline, no left carotid bruit, no jugular venous distention.

**Chest and Lung Exam**
**Respiratory exam shows** - lungs are clear to auscultation bilaterally and quiet, even and easy respiratory effort with no use of accessory muscles.

**Cardiovascular**
**Cardiovascular exam reveals** - normal rate, normal rhythm, No murmur is auscultated.

**Abdomen**
**Abdominal exam shows** - abdomen is not distended and is nontender to deep palpation, no pulsatile abdominal masses, no evidence of hepatomegaly.

**Peripheral Vascular**
**Hemodialysis**
**General - Left** - incision is well healed (forearm scar), palpable brachial artery, normal hand temperature, normal capillary refill and arm swelling (mild near AC fossa), no axillary lymphadenopathy. **General - Right** - palpable brachial artery, normal hand temperature and normal capillary refill, no axillary lymphadenopathy, no arm swelling.

**Neurologic**
**Neurologic exam reveals** - normal mood and appropriate affect, oriented to person, place, and time and normal swallow reflex and mechanism.

**Musculoskeletal**
**Upper Extremity**
**Strength and Tone - Left** - normal strength and tone. **Strength and Tone - Right** - normal strength and tone.

Assessment & Plan (Michael A. Peck MD; 1/29/2020 1:13 PM)
Causalgia of forearm, left (G56.42)
Left arm pain (M79.602)
Current Plans

- Pt Education - How to access health information online: discussed with patient and provided information.

Body mass index (BMI) exceeds 25
Current Plans

- Referred to PCP. Routine.

Note: Left arm causalgia and chronic pain. No arterial insufficiency. She may have some autonomic dysfunction that explains the purple color changes but shouldn't be the pain. Also, a focal clot in the brachial vein is likely post operative trauma from upper forearm surgery and it is focal/chronic. I would not think she needs anticoagulation for this.

My recommendation to her is compression of the forearm for edema control, pain mgmt for causalgia managment, and hand surgeon second opinion for the pain/scarring evaluation.



Signed electronically by Michael A Peck, MD (1/29/2020 1:14 PM)



This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

# Quality Assurance Report

## Request Information

Report Date: August 23, 2021

**RP ID:** 8189151

Patient Name: GARZA, LYNN

Provider Name: PECK, DR MICHAEL

## Quality Assurance Information

Scope Requested: **From January 29, 2020 to April 7, 2021**

Special Request:

REVISED REQUEST REQUESTING MEDICAL RECORDS FOR LYNN GARZA. Seen by: Peripheral Vascular Associates - DR. MICHAEL PECK

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility for requested dates of service.

Chart Reviewed By: ANOVE

ReleasePoint

# Request for Medical Records

**Customer Information**

Report Date: August 25, 2021 **RP ID:** 8189166

Client Name: MARC WHITEHEAD & ASSOCIATES

Req. By: J Sanchez

**Patient Information**

Name: GARZA, LYNN

D.O.B.: Policy/Cert:

Special Requirements:
Requesting medical records for Lyn Garza. Seen by: TSAOG ORTHOPAEDICS - DR ANDREA FISHER/DR. PRABHDEEP GREWAL/ DR. DEBORAH KELLER

**Provider Information**

Provider: TSAOG ORTHOPAEDICS
11212 State Highway Ste 150
ATTN: MEDICAL RECORDS
San Antiono, TX 78251

Phone: (210) 804-5600 Fax: (210) 804-5601

**Electronic Order Data (If Applicable)**

Patient Name: GARZA, LYNN
Patient DOB:
Patient SSN:
Policy Number:
ID2:
ID3:
Provider Data: TSAOG ORTHOPAEDICS - DR ANDREA FISHER/DR. PRABHDEEP GRE
11212 State Hwy 151, #150

San Antonio, TX 78251
(210) 804-6819

LG.LIN.0618

RP Date ID: Jul 22 2021

ReleasePoint

**MARC WHITEHEAD & ASSOCIATES**
**P.O. Box 1390 St. Peters, MO 63376**

**TSAOG ORTHOPAEDICS**
**11212 State Highway Ste 150**
**ATTN: MEDICAL RECORDS**
**San Antiono, TX 78251**

**Date:** Aug 13, 2021

**Patient:** GARZA, LYNN

**DOB:**

**RP ID:** 8189166
Provider Portal: https://portal.releasepoint.com
Access Key: IDXBJM

**Request for Medical Records**

PLEASE PROVIDE RECORDS IN ELECTRONIC FORMAT

We are requesting a copy of medical records for your patient listed above. Please see the attached documentation providing authorization for the release of medical information.

**Records Required:** **From January 1, 2021 to July 28, 2021**

**Requesting medical records for Lyn Garza. Seen by: TSAOG ORTHOPAEDICS - DR ANDREA FISHER/DR. PRABHDEEP GREWAL/ DR. DEBORAH KELLER**

**Fee Approval:** Any fees above **$30.00** for records must be approved by the carrier.

**CONTACT US:** To avoid additional calls, faxes, or emails, send status updates or fee requests by:

- **EMAIL to:** **providers@releasepoint.com** with the RP ID above in the subject or
- **FAX to:** **(509) 254-6048**
- **Prepayment of $______ required.** Do you accept Visa? (Circle) YES NO

**SEND RECORDS:** Check one to indicate method records delivery:

___ **EMAIL records to us:** **charts@releasepoint.com** **with RP# in subject line**

___ **Faxing records: Pages ________ Fax:**

****Do not fold, staple or tape records****

___ **Mailing Records:** MARC WHITEHEAD & ASSOCIATES
Legal Services Division c/o ReleasePoint
PO Box 1390
St. Peters, MO 63376

___ **Records are not available because:** ________________________________

Thank you for your cooperation,
**Franz Vincent Villanueva**
Phone: **(213) 269-4241**

BARCODE

RP ID: 8189166 LG.LN.0618

DocuSign Envelope ID: C3 830D7-8D -4AE3-8D20-15645D38302F

# HIPAA-COMPLIANT AUTHORIZATION TO DISCLOSE PATIENT-IDENTIFIABLE HEALTH INFORMATION

TO: TSAOG ORTHOPAEDICS
11212 State Hwy 151, #150
San Antiono, TX 78251

RE: Lynn Garza

1.00 NATURE OF AUTHORIZATION: I hereby authorize the use or disclosure of my patient-identifiable health information as described below. This authorization is in accordance with the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organization is authorized to make the disclosure:

TSAOG ORTHOPAEDICS - DR ANDREA FISHER/DR. PRABHDEEP GREWAL/ DR. DEBORAH KELLER

3.00 ENTITY TO WHICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc Whitehead and Associates and/or their agents, or to any persons designated by them in writing, the following type and amounts of patient-identifiable information:

Any and all items requested relating to the treatment or care provided by you, your agents and employees, to the above named patient, and/or the undersigned, including all records (from 01/01/2021 to present); reports; correspondence; notes; consultations; imaging films, (including x-rays, sonograms, CT and MRI scans); monitor strips; billing statements, or other information pertaining to the treatment provided to the patient, and/or the undersigned, for any and all injuries, illnesses and/or conditions, including drug/alcohol/mental health/communicable disease and/or AIDS testing and treatment.

This authorization does not extend to and does not permit any oral or written communications between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medical facility, or governmental unit concerning the medical care, treatment, physical condition, or medical expenses of GARZA, LYNN.

I understand that the information in the health records you furnish may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment of alcohol and drug abuse.

DocuSign Envelope ID: C3F830D7-8 1F-4AE3-8D20-15645D38302F

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

Marc Whitehead & Associates, LLP
c/o Release Point
Po Box 1390, St. Peters, MO 63376

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 28 day of July, 2021.

DocuSigned by:
04F2E07A5134AA...

| | |
|---|---|
| Patient's Signature or Other Legally Responsible Person | Relationship to Patient (If other than Patient) and Description of Authority |

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

| | |
|---|---|
| Patient's Social Security Number | Patient's Date of Birth |

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

February 22, 2021

To Whom It May Concern:

ReleasePoint is authorized to facilitate the release of medical information on behalf of Marc Whitehead & Associates, Attorneys at Law LLP.

Marc Whitehead & Associates, Attorneys at Law LLP and ReleasePoint are aware of the confidential nature of the personal health information being requested. The records being sought are for the sole use of the companies listed in this authorization.

This authorization shall remain in effect until further notice.

Sincerely,

Marc S. Whitehead, Esq.
Managing Partner

Mailing Address
Releasepoint
PO Box 1390
St. Peters, MO 63376

*address* 403 Heights Blvd Houston, TX 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *online* DisabilityLLP.com

## Medical Records - CONFIDENTIAL

**FROM:** TX - San Antonio Orthopaedic Group
Krystal M
2829 BABCOCK ROAD, SUITE 700, SAN ANTONIO, TX 78229-6015
Phone: (210) 804-5400
Fax: (866) 624-9942

**TO:**

**Name: GARZA, LYNN**

**DOB:**

**Date Range: 01/01/2021 to 07/28/2021**

**This document contains the following records of the patient:**

- **Encounters and Procedures**
- **Facesheet**
- **Imaging Results**
- **Medication List**
- **Physician Authorizations**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:755601-A-94]

RP Date ID: Jul 22 2021 2nd ID CONFIRMED

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 07/22/2021**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/22/2021 02:40PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

follow-up

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 07/22/2021 02:06 pm | **Wt:** | 161 lbs 07/22/2021 02:51 pm | **BMI:** | 29.4 07/22/2021 02:51 pm |
| **BP:** | 151/105 07/22/2021 02:51 pm | **Pulse:** | 125 bpm 07/22/2021 02:51 pm | **Pain Scale:** | 8 07/22/2021 02:51 pm |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>9 mgactuat. | 07/22/21 | entered |
| **amoxicillin 500 mg capsule**<br>500 mg. | 07/22/21 | entered |
| **atorvastatin 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 07/22/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 07/22/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 20 mg tablet** | 07/22/21 | entered |

LG.LIN.0624

| | | |
|---|---|---|
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 07/22/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>125 mg. | 07/22/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 07/22/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 07/22/21 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/22/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 07/22/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 07/22/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 07/22/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 07/22/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **metFORMIN 1,000 mg tablet**<br>1000 mg. | 07/22/21 | entered |
| **methocarbamol 500 mg tablet**<br>500 mg. | 07/22/21 | entered |
| **Neurontin 600 mg tablet**<br>take 3 tabs for 1 week then 4 po qhs to follow | 07/22/21 | prescribed |
| **nortriptyline 25 mg capsule** | 06/10/21 | entered 0625 |

25 mg.

**nortriptyline 50 mg capsule** 06/26/21 filled
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 07/22/21 entered
4 mg.

**spironolactone 50 mg tablet** 07/22/21 entered
50 mg.

**tiZANidine 4 mg tablet** 07/22/21 entered
4 mg.

**traMADoL 50 mg tablet** 07/22/21 entered
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 07/22/21 entered
5 mg.

**zolpidem 10 mg tablet** 06/10/21 entered
10 mg.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
How much tobacco do you chew?: none

**GARZA, LYNN (id #755601, dob:**

What was the date of your most recent tobacco screening?:
07/22/2021

**Other**
Marital status:
Married

**Ortho - TSAOG**
Do you drink alcohol?: Never or Rare
Drug Use: Never
Number of children: 1
Please list your hobbies/interests::
Tennis,coloring

**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

She comes in today for followup. She was evaluated by one of the partners at Dr. Tisdall's office. She reports she was not a candidate for intrathecal pump. She was on high enough of pain medication utilization. Takes hydrocodone 7.5/325 one 1 p.o. t.i.d. as well as gabapentin 1200 mg at night despite spinal cord stimulator. She denies any progressive weakness or bowel or bladder changes. Still complains of neuropathic pain, left upper limb, now is getting worsening, numbness, and tingling in the middle 3 fingers on the right upper limb, particularly at nighttime, she drops things.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Limited range of motion,Night Pain**
**Denies:Joint Pain,Back Pain**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**
**Reveals bilateral hand numbness.**

## Physical Exam

Patient is a 49-year-old
female.

Exam shows positive Tinel's right wrist negative on the left with dysesthesias with sympathetic symptoms in the left arm in the median nerve distribution. No atrophy. Normal muscle tone.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post median neuritis with decompression surgery distal to proximal still ongoing severe neuropathic pain despite spinal cord stimulator implant, possible more recent onset of carpal tunnel syndrome last 3 months.

**GARZA, LYNN (id #755601, dob:**

PLAN

Plan is to do EMG nerve conduction studies of bilateral upper limbs particularly to look for right carpal tunnel syndrome. Also change hydrocodone 10/325 p.o. t.i.d. to q.i.d. as needed. Increase gabapentin to 1800 mg total per day. Increase 2400 mg after a week. Follow up with me after the EMG. Call if she gets worse in the meantime. Questions were answered. Also set her up with UT Health Science Center Pain Clinic evaluation for possible intrathecal pump evaluation.

. **Carpal tunnel syndrome**

G56.01: Carpal tunnel syndrome, right upper limb

G56.02: Carpal tunnel syndrome, left upper limb

- BODY MASS INDEX: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: EXERCISES
- SCD - ASSH Carpal Tunnel Syndrome - Handout: SCD - Handout ASSH Carpal Tunnel Syndrome
- SCD - Carpal Tunnel Post op - Handout: SCD - Handout Carpal Tunnel Post-op
- NERVE CONDUCTION REFERRAL - Schedule Within: provider's discretion Note to Provider: bilateral upper ext
- hydrocodone 10 mg-acetaminophen 325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- Neurontin 600 mg tablet - take 3 tabs for 1 week then 4 po qhs to follow Qty: 120 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

. **Complex regional pain syndrome**

G90.519: Complex regional pain syndrome I of unspecified upper limb

M79.10: Myalgia, unspecified site

- *COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS*
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 08/02/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 08/25/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 07/25/2021.

Encounter performed and documented by Ephraim K Brenman, DO

Encounter reviewed & signed by Ephraim K Brenman, DO on 07/25/2021 at 5:44pm

**Encounter Date: 07/22/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/22/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## *Patient's Care Team*

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE. SAN ANTONIO. TX 78251. Ph (210) 521-5335. Fax (210) 647-5119**

**GARZA, LYNN (id #755601, dob:**

CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 07/04/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 07/07/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/09/21 | filled |
| **ibuprofen 400 mg tablet** | 06/10/21 | entered |

400 mg.

**ketoconazole 2 % shampoo** 06/10/21 entered
20 mgml.

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** 06/10/21 entered
100 untml.

**Lantus U-100 Insulin 100 unit/mL subcutaneous solution** 06/16/21 filled

**levothyroxine 100 mcg tablet** 06/10/21 entered
1 mg.

**levothyroxine 125 mcg tablet** 06/11/21 filled
125 mg.

**LORazepam 0.5 mg tablet** 06/10/21 entered
5 mg.

**metFORMIN 1,000 mg tablet** 06/16/21 filled

**methocarbamoL 500 mg tablet** 06/10/21 entered
500 mg.

**nortriptyline 25 mg capsule** 06/10/21 entered
25 mg.

**nortriptyline 50 mg capsule** 06/26/21 filled
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 06/10/21 entered
4 mg.

**spironolactone 50 mg tablet** 06/26/21 filled
50 mg.

**tiZANidine 4 mg tablet** 07/10/21 filled
4 mg.

**traMADoL 50 mg tablet** 06/10/21 entered
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 06/10/21 entered
5 mg.

**zolpidem 10 mg tablet** 06/10/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her arm is ok.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**

Confirms: None
Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating

**Musculoskeletal**
Confirms: None
Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain

**Neck**
Confirms: None
Denies:Neck Stiffness,Swollen Glands

**Neurologic**
Confirms: None
Denies:Loss of Consciousness,Weakness,Numbness/Tingling

**Nose and Throat**
Confirms: None
Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness

**Psychological**
Confirms: None
Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism

**Respiratory**
Confirms: None
Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking

**Skin and Head**
Confirms: None
Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 06/09/2021 | 06/21/2021 | 07/12/2021 | 07/22/2021 |
|---|---|---|---|---|
| s/p t band | 3 min | 3 min | 3 min G | 3 min G |
| putty wrist ext table press | | | 3 min | 3 min |
| small body blade shake | | | 3 min | 3 min |
| Gripper pegs | 3 min Level 1 | 3 min Level 1 | 3 min Level 2 | 3 min Level 2 |
| constant force G | | | 3 min | 3 min |
| Flexbar twist | | | | 3 min |
| forearm stretch at mat | | | | 3 min |
| wobble board ball | | | | 3 min |
| putty small knob | 3 min | 3 min | 3 min | |
| bicep curls 1 lb | 3 min 2-3 lbs | 3 min 2-3 lbs | 3 min 2-3 lbs | |
| marble dig velcro large knob roll | 3 min 3 min | 3 min 3 min | 3 min | |
| flexbar up/down | 3 min | 3 min | | |
| pen push/pull into putty | 3 min | 3 min | | |
| dyna disk push | | | | |
| hand gripper | | | | |
| clothespin marbles | | | | |
| s/p alcohol bottle | | | | |

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| putty tabletop squeeze | |
| power web ext stretch | |
| Heartflex | |
| wrist PRE 1 lb or FB | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation at next session. Therapist focused part of session on thera ex for low load prolonged flexor stretch. Pt does report moderate stretching pain at distal forearm with stretches and expected tightness at forearm with stretch. Pt did have increase in digit PROM with all planes of wrist motion, continued wrist extension soft tissue tightness and weakness.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

**GARZA, LYNN (id #755601, dob:**

Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 07/22/2021 at 02:40 PM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 08/02/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 08/25/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/22/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/22/2021 at 11:51am

**Encounter Date: 07/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/12/2021 08:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 07/04/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |

LG.LIN.0634

RP Date ID: Jul 12 2021

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 07/07/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/09/21 | filled |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |

LG.LIN.0635

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/26/21 | filled |
| **tiZANidine 4 mg tablet**<br>4 mg. | 07/10/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never

RP Date ID: Jul 12 2021

**GARZA, LYNN (id #755601, dob:**
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her hand is doing ok.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 06/02/2021 | 06/09/2021 | 06/21/2021 | 07/12/2021 |
|---|---|---|---|---|

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| putty small knob | 3 min | 3 min | 3 min | 3 min |
| s/p t band | 3 min | 3 min | 3 min | 3 min G |
| bicep curls 1 lb | | 3 min 2-3 lbs | 3 min 2-3 lbs | 3 min 2-3 lbs |
| putty wrist ext table press | | | | 3 min |
| small body blade shake | | | | 3 min |
| constant force G | | | | 3 min |
| Gripper pegs | 4 min Level 1 | 3 min Level 1 | 3 min Level 1 | 3 min Level 2 |
| marble dig velcro large knob roll | | 3 min 3 min | 3 min 3 min | 3 min |
| flexbar up/down | 3 min | 3 min | 3 min | |
| pen push/pull into putty | 3 min | 3 min | 3 min | |
| dyna disk push | 3 min | | | |
| clothespin marbles | 3 min | | | |
| hand gripper | | | | |
| s/p alcohol bottle | | | | |
| putty tabletop squeeze | | | | |
| power web ext stretch | | | | |
| Heartflex | | | | |
| wrist PRE 1 lb or FB | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has one more apt prior to re-evaluation. Pt did tolerate more PROM and stretching this session than previous. Pt was able to complete thera ex this session with less rest breaks but was unable to progress in strengthening (but continues to make progression in light strengthening).

. **Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**

[illegible]

**GARZA, LYNN (id #755601, dob:**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Prabhdeep Grewal, MD for FOLLOW-UP 10 at RIDGEWOOD ORTHOPAEDIC OFFICE on 07/13/2021 at 09:50 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/12/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/12/2021 at 8:43am

**Encounter Date: 07/07/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 07/07/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) [illegible]

**GARZA, LYNN (id #755601, dob:**

CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 07/04/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet** | 06/10/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

400 mg.

**ketoconazole 2 % shampoo** 06/10/21 entered
20 mgml.

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** 06/10/21 entered
100 untml.

**Lantus U-100 Insulin 100 unit/mL subcutaneous solution** 06/16/21 filled

**levothyroxine 100 mcg tablet** 06/10/21 entered
1 mg.

**levothyroxine 125 mcg tablet** 06/11/21 filled
125 mg.

**LORazepam 0.5 mg tablet** 06/10/21 entered
5 mg.

**metFORMIN 1,000 mg tablet** 06/16/21 filled

**methocarbamoL 500 mg tablet** 06/10/21 entered
500 mg.

**nortriptyline 25 mg capsule** 06/10/21 entered
25 mg.

**nortriptyline 50 mg capsule** 06/26/21 filled
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 06/10/21 entered
4 mg.

**spironolactone 50 mg tablet** 06/26/21 filled
50 mg.

**tiZANidine 4 mg tablet** 06/17/21 filled
4 mg.

**traMADoL 50 mg tablet** 06/10/21 entered
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 06/10/21 entered
5 mg.

**zolpidem 10 mg tablet** 06/10/21 entered
10 mg.

Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

LG.LIN.0641

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she has been doing OK. Actually went on a cruise for 7 days which was nice. But she did not exercise while she was gone but pain was not terrible but her active rotation remains limited. She is not really driving (for multiple reasons) but she does not trust herself. Neck pain is still less than her arm but still grades it at 6/10 on average, which she thinks is better

## ROS

None recorded.

## Physical Exam

Patient is a 49-year-old female.

**Cervical Spine:** Active Range of Motion: **side bending right (36 deg.) (prior 40, initial 26, incoordinated)** and **left (40 deg.) (prior 42/36, initial w/pain/incoordination)**; **rotation left (72 deg.) (prior 56/48, initial 47)** and **right (58 deg.) (prior 55/48, initial 23)**; and **flexion (50 deg.) (prior 52/38, initial 30 w/ pain)** and **extension (40 deg.) (prior 42/46, initial 20 w/ ataxic movement)**.

**GARZA, LYNN (id #755601, dob:**

Outcome measure/NDI: 52%

PN--6/3/2021:

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI--62%

INITIAL:

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 06/08/2021 | 06/16/2021 | 06/22/2021 | 07/07/2021 |
|---|---|---|---|---|
| MT | 25', manual distraction, NMR rotation | 15', manual distraction, alt iso -- rotation | 15', t spine PA mobs/gr 4 | 15', t spine PA mobs/gr 4 |
| UBE (unless did with OT same day) | 6' L4 (add OH traction) | 6' L4 (use 1. 5# weight) | 6' L4 (use 1. 5# weight) | 6' L4 (use 1. 5# weight)- |
| modified rock backs | 3' | 3' | 3' | 3'- |
| modified quaduped | | arm reaches, 10x ea (NEXT) | arm reaches, 10x ea | arm reaches, 10x ea- |
| cuff with alt UE flexion | 3' (AA) | 3' (AA) | 3' (AA) | 3' (AA)- |
| prone I's | next | next | 2' (10" hold) | 2' (10" hold) |
| Prone T's | next | next | 2' (10" hold) | 2' (10" hold) |
| laser assisted motion | next | 2' ea flex, rotation, | 2' ea flex, rotation seated | 2' ea flex, rotation seated |
| static cervical w/laser | | w/ sit to stand, 15x | w/ sit to stand, 15x | w/ sit to stand, 15x |
| laser with limb mvmts | | standing, alt UE 2'/ march, 2'- | seated & standing alt UE 1'/1'm(1#), march, 1'/1' | seated & standing alt UE 1'/1'm(1#), march, 1'/1' |
| static eyes closed laser | | 5x left, 5x right | 5x left, 5x right | 5x left, 5x right |
| POE | | | scap retract-protract, 3' | scap retract-protract, 3' |
| open books | hep | hep | hep | hep |
| Supine Robots | hep | hep | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |
| supine reverse codmans | 10x alt ea, 2', 1# on right | | | |
| No Money | RTT, 2' | | | |

## Procedure Documentation

**97112: Neuromuscular Re-Education:**

## GARZA, LYNN (id #755601, dob:

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 0 minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of AArom w/end range isometric hold for cervical rotation, PA thoracic mobs and reassessment time

## Assessment / Plan

CURRENT: 7/6/2021: Ms. Garza has bee seen for 11 total visits over 5 months. She has averaged 2 visits/month. Both subjectively and objectively her measures have waxed and wanned. Currently, her cervical rotation ROM measures are improved but with significant cognitive focusing, and verbal cueing. She continues to demonstrate deficits in proprioceptive and kinesthetic awareness in the cervical spine. This has been addressed in the clinic and she was encouraged to continue to work on it at home as well, using mirror visual feedback to assist. It was agreed that we would continue for one additional month of PT at her usual frequency of attendance (2x/month or every other week) to try to achieve more consistent subjective and objective measures. Given her history and comorbidities, pain free functional mobility is unlikely.

PN: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**ᵓatient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--MET today (58-60 right and 72 left)
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/12/2021 at 08:00 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at RIDGEWOOD ORTHOPAEDIC OFFICE on 07/13/2021 at 09:50 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 07/07/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 07/07/2021 at 1:15pm

**Encounter Date: 06/22/2021**
Patient

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/22/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 06/15/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasol. 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |

LG.LIN.0645

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/17/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**

[illegible]

**GARZA, LYNN (id #755601, dob:**
Thyroid Disease: Y

## Screening

None recorded.

## HPI

Still reporting pain in both arms today but mostly in the hand on the right.

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 06/03/2021 | 06/08/2021 | 06/16/2021 | 06/22/2021 |
|---|---|---|---|---|
| MT | reassess, manual distraction, NMR rotation | 25', manual distraction, NMR rotation | 15', manual distraction, alt iso -- rotation | 15', t spine PA mobs/gr 4 |
| UBE (unless did with OT same day) | 6' L4 | 6' L4 (add OH traction) | 6' L4 (use 1. 5# weight) | 6' L4 (use 1. 5# weight) |
| modified rock backs | 3' | 3' | 3' | 3' |
| modified quadruped | | | arm reaches, 10x ea (NEXT) | arm reaches, 10x ea |
| cuff with alt UE flexion | 3' | 3' (AA) | 3' (AA) | 3' (AA) |
| prone I's | 10 x 10" | next | next | 2' (10" hold) |
| Prone T's | modified, 2' (5" hold) | next | next | 2' (10" hold) |
| laser assisted motion | next | next | 2' ea flex, rotation, | 2' ea flex, rotation seated |
| static cervical w/laser | | | w/ sit to stand, 15x | w/ sit to stand, 15x |
| laser with limb mvmts | | | standing, alt UE 2'/ march, 2'- | seated & standing alt UE 1'/1'm(1#), march, 1'/1' |
| static eyes closed laser | | | 5x left, 5x right | 5x left, 5x right |
| POE | | | | scap retract-protract, 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | | |
| No Money | RTT, 2' | RTT, 2' | | |
| open books | hep | hep | hep | hep |
| Supine Robots | hep | hep | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 18 minutes

*Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 18 minutes of one on one time*

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of gentle cervical distraction, prom, alt iso for cervical rotation

## Assessment / Plan

Used the lower weight (1.5# for cervical unloader today). Able to complete all requested exercises, with rest breaks and alterning activity types. continued difficulty with proprioceptive training

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/22/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/22/2021 at 12:39pm

**Encounter Date: 06/21/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/21/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

[illegible]

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler** | 06/15/21 | filled |
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **atorvastatin 20 mg tablet** | 06/16/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| ***dextroamphetamine-amphetamine 30 mg tablet***<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule** | 06/16/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>*325 mg.* | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **metFORMIN 1,000 mg tablet** | 06/16/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/17/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

RP Date ID: Jun 21 2021

**GARZA, LYNN (id #755601, dob:**

Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| DASH | 90 | |

## HPI

**OT Daily Progress Note**

Reported by patient.
How are you feeling? same (**pain/stiffness pain/stretching pain**); patient does note improvements with ability to move her wrist more and is continuing to note improvements with functional use of arm with therapy.
Severity: activity 8-9/10
Function: ADLs limited (**Quick Dash 90 %**); Pt continues to report inability to open containers, perform heavy house hold chores, wash her back and requires rest breaks with activities such as coloring/writing. Pt still reports severe limitations with daily ADL's
Previous OT Session: helping
Work: Pt is off duty

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**

GARZA, LYNN (id #755601, dob:

**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 49-year-old
female.

**Hands and Digits:**Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left: **active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 9 lbs.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow)**. Left AROM: **flexion (75 deg.)**, **extension (50 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

## Exercise Flowsheet

| Exercise | 05/25/2021 | 06/02/2021 | 06/09/2021 | 06/21/2021 |
|---|---|---|---|---|
| Gripper pegs | 4 min Level 1 | 4 min Level 1 | 3 min Level 1 | 3 min Level 1 |
| flexbar up/down | 3 min | 3 min | 3 min | 3 min |
| putty small knob | 3 min | 3 min | 3 min | 3 min |
| s/p t band | 3 min | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | 3 min 2-3 lbs | 3 min 2-3 lbs |
| pen push/pull into putty | 3 min | 3 min | 3 min | 3 min |
| marble dig velcro large knob roll | | | 3 min 3 min | 3 min 3 min |
| UFO at wall wrist extension stretch | | | | |
| dyna disk push | 3 min | 3 min | | |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| clothespin marbles | 3 min | 3 min |
| hand gripper | | |
| s/p alcohol bottle | | |
| putty tabletop squeeze | | |
| power web ext stretch | | |
| Heartflex | | |
| UBE Level 1 | | |
| wrist PRE 1 lb or FB | | |
| t band intrinsic | | |
| stick bicep curls 2 lbs | | |
| wrist developer no weight or 1 lb | | |
| flexbar wrist flexor stretch | | |
| weight hold | | |
| Flexbar shake | | |
| flexbar supination | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evalaution with static progression in edema, static progression in scar adhesions with decreased redness, increased tenderness/sensitivity and increased AROM to wrist/thumb and digits. Pt with increased grip strength. Pt scores a 90% on Quick Dash and is off from work. Pt has modertae to severe ADL deficits and report of severe pain that patient is reporting is getting worse. Pt is also having increased numbness/tingling and pain symptoms to R UE. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

Pt will also be making apt with Dr Grewal to discuss symptoms to R UE and increase in pain symptoms to L UE.

**. Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**GARZA, LYNN (id #755601, dob:**

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.(progressing)

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week every 2 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 06/21/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 06/21/2021 at 11:47am

**Encounter Date: 06/16/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/16/2021 02:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 5[illegible]

[illegible]

**GARZA, LYNN (id #755601, dob:**
[illegible]
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 06/09/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 06/09/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet** | 06/10/21 | entered |

1 mg.

| | | |
|---|---|---|
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/11/21 | filled |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 06/09/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 06/09/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease |

RP Date ID: Jun 16 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| Sister | - Heart disease<br>- Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 06/09/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 06/09/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she was diagnosed with walking pneumonia over the weekend. She has been taking antibiotics, steroids, and an inhaler which have been helpful. She is still having pain in both arms; left is especially irritated "awful" today and the right has been swollen as well. She did see the pain management doctor recently (two of them) and they are in disagreement with the next course of action. She is not happy that more and more pain meds have been prescribed.

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 05/21/2021 | 06/03/2021 | 06/08/2021 | 06/16/2021 |
|---|---|---|---|---|
| MT | 25' PA/side/ iso-assisted rotation | reassess, manual distraction, NMR rotation | 25', manual distraction, NMR rotation | 15', manual distraction, alt iso -- rotation |
| UBE (unless did with OT same day) | start here unless did w/OT | 6' L4 | 6' L4 (add OH traction) | 6' L4 (use 1.5# weight) |
| cuff with alt UE flexion | 3' | 3' | 3' (AA) | 3' (AA) |
| supine reverse codmans | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | |
| No Money | RTT, 2' | RTT, 2' | RTT, 2' | |
| modified rock backs | 3' | 3' | 3' | 3' |
| modified quadruped | | | | arm reaches [illegible] ea |

RP Date ID: Jun 16 2021

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| | | | | (NEXT) |
| prone I's | 10 x 10" | 10 x 10" | next | next |
| Prone T's | modified, 2' (5" hold) | modified, 2' (5" hold) | next | next |
| laser assisted motion | next | next | next | 2' ea flex, rotation, |
| static cervical w/laser | | | | w/ sit to stand, 15x |
| laser with limb mvmts | | | | standing, alt UE 2'/ march, 2'- |
| static eyes closed laser | | | | 5x left, 5x right |
| open books | 2' ea (HEP next) | hep | hep | hep |
| Supine Robots | standing, RTT (issued for HEP) | hep | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 18 minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of gentle cervical distraction, prom, alt iso for cervical rotation

## Assessment / Plan

We did increase the pull on the unloader today to which was tolerated fairly; More direct work on improving cervical proprioceptive and kinesthetic awareness as her PROM is always much greater than her AROM and movements are uncoordinated. Performed fairly with visual biofeedback provided while using headlamp laser

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 06/21/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/16/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, **PT** on 06/16/2021 at 4:59pm

**Encounter Date: 06/09/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/09/2021 03:40PM |

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **DOB** | [illegible] | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

follow-up

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595,,Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 06/09/2021 03:42 pm | **Wt:** | 161 lbs 06/09/2021 03:42 pm | **BMI:** | 29.4 06/09/2021 03:42 pm |
| **BP:** | 128/88 06/09/2021 03:46 pm | **Pulse:** | 99 bpm 06/09/2021 03:46 pm | **Pain Scale:** | 8 06/09/2021 03:47 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule**<br>500 mg. | 06/10/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 06/10/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/10/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 06/10/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/10/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 06/10/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 06/10/21 | entered |

RP Date ID: Jun 9 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **gabapentin 300 mg capsule**<br>300 mg. | 06/10/21 | entered |
| **gabapentin 600 mg tablet**<br>take 1 tablet po qhs for 1 week then 2 po qhs to follow | 06/09/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 06/10/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 06/10/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 06/10/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 06/10/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 06/10/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/10/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 06/10/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/10/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/10/21 | entered |
| **zolpidem 10 mg tablet** | 06/10/21 | entered |

10 mg.

## Vaccines

Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

She comes in today for followup with her husband. She reports that her left upper limb pain is still there. It still hurts now, starting to the spread to the right side with stiffness and pain particularly with pain at night. She is taking gabapentin 600 mg at night without much help. She reports increased the hydrocodone 5/325 to one-half up to 3 times a day. She is "going crazy" despite having spinal cord stimulator implant. She denies any fevers, chills, unexplained weight loss, or progressive weakness. She still also takes the duloxetine.

## ROS

**Additionally reports:**

## GARZA, LYNN (id #755601, dob:

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Denies:**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**
**Reveals bilateral arm pain.**

### Physical Exam

Patient is a 49-year-old female.

Her exam shows pain along the surgical scar with dysesthesias with allodynia in the left upper limb, now sore in the right upper limb. There is no temperature changes or color changes, but there is definitely hypersensitive in the same distribution with tenderness along the lower cervical paraspinals. Negative Spurling's maneuver. No atrophy. The left upper limb has give way weakness to all major muscle groups because of the pain.

### Procedure Documentation

None recorded.

### Assessment / Plan

ASSESSMENT
Status post median nerve decompression or lysis, multiple procedures ongoing severe neuropathic pain with sympathetic features despite spinal cord stimulator as well as neuropathic pain agents.

PLAN
We will increase gabapentin to 600 mg twice a day. We will also continue with nortriptyline. She also is still taking the SSRI. She is taking Lexapro. Refill Norco 7.5/325 one p.o. t.i.d. as needed. Drug risks and interactions were discussed. My concern is that she is having breakthrough pain despite the spinal cord stimulator. She will be requiring increasing doses of medication, particularly opiates. At this point, we decided to get an intrathecal pain pump for evaluation. Follow up with me in 2 months. Call if she gets worse in the meantime. Questions answered. I checked the Texas PMP AWARxE and it did show compliance.

**. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb
M50.30: Other cervical disc degeneration, unspecified cervical region

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion Note to Provider: pain pump eval
- hydrocodone 7.5 mg-acetaminophen 325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- gabapentin 600 mg tablet - take 1 tablet po qhs for 1 week then 2 po qhs to follow Qty: 60 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

### Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

### Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 06/10/2021.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 06/10/2021 at 6:50pm

**Encounter Date: 06/09/2021**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/09/2021 01:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS TX (PPO) | | |

[illegible]

**GARZA, LYNN (id #755601, dob:**

[illegible]
Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
*OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, SUITE 100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997*

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/02/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 06/07/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/07/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 06/03/21 | filled |
| gabapentin 300 mg capsule<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |

| | | |
|---|---|---|
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 06/03/21 | filled |
| **LORazepam 0.5 mg tablet** | 06/03/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH AT BEDTIME | 06/02/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/06/21 | filled |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) | 06/02/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

**GARZA, LYNN (id #755601, dob:**

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
: Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her R forearm and hand are doing worse. She feels sensation cold, numbness, swelling and pain. Pt has apt today with Dr Brenman.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**

**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**

**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**

**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**

**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**

**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**

**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**

**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 05/20/2021 | 05/25/2021 | 06/02/2021 | 06/09/2021 |
|---|---|---|---|---|
| Gripper pegs | | 4 min Level 1 | 4 min Level 1 | 3 min Level 1 |
| flexbar up/down | | 3 min | 3 min | 3 min |
| putty small knob | | 3 min | 3 min | 3 min |
| s/p t band | | 3 min | 3 min | 3 min |
| bicep curls 1 lb | 3 min | | | 3 min 2-3 lbs |
| pen push/pull into putty | | 3 min | 3 min | 3 min |
| marble dig velcro large knob roll | | | | 3 min 3 min |
| dyna disk push | | 3 min | 3 min | |
| clothespin marbles | | 3 min | 3 min | |
| hand gripper | 3 min | | | |
| s/p alcohol bottle | 3 min | | | |
| putty tabletop squeeze | 3 min | | | |
| power web ext stretch | 3 min | | | |
| Heartflex | 3 min | | | |
| wrist PRE 1 lb or FB | 3 min | | | |
| UFO at wall wrist extension stretch | | | | |
| UBE Level 1 | | | | |
| t band intrinsic | | | | |
| stick bicep curls 2 lbs | | | | |

**GARZA, LYNN (id #755601, dob:**

wrist developer
no weight or 1 lb

flexbar wrist
flexor stretch

weight hold

Flexbar shake

flexbar
supination

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt was having more trouble sleeping and tightness pain at L forearm. Pt was able to complete thera ex this session but required frequent rest breaks and was grimacing with pain. Pt also had decrease tolerance to wrist PROM this session and tenderness to the touch with scar mobs.

. **Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

RP Date ID: Jun 8 2021

## GARZA, LYNN (id #755601, dob:

### Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 06/09/2021 at 03:40 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

### Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 06/09/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 06/09/2021 at 1:36pm

**Encounter Date: 06/08/2021 (Last amended by Deborah Keller, PT on 06/08/2021 at 3:09pm)**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/08/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

### Medications

Medications not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 06/02/21 filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg | 04/03/21 entered |

LG.LIN.0669

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **dextroamphetamine-amphetamine 30 mg tablet** | 06/07/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 06/07/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 06/03/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 06/03/21 | filled |
| **LORazepam 0.5 mg tablet** | 06/03/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH AT BEDTIME | 06/02/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 06/06/21 | filled |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) | 06/02/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |

LG.LIN.0670

**GARZA, LYNN (id #755601, dob:**

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she is having some acute pain in her right arm today from just above the elbow to include the hand. Has been going on about 3 weeks ago but became more acute last night. Woke her up hourly last night. She is describing numbness and tingling with temperature change, as well as swelling. States right arm pain is acutely worse than her chronic left UE pain today. She has not

LG LIN 0671

**GARZA, LYNN (id #755601, dob:**

found anything physically to do to make it better today, other than 3 pain pills.

## ROS

None recorded.

## Physical Exam

*None recorded.*

## Exercise Flowsheet

| Exercise | 04/29/2021 | 05/21/2021 | 06/03/2021 | 06/08/2021 |
|---|---|---|---|---|
| MT | 35' PA/side/ iso | 25' PA/side/ iso--assisted rotation | reassess, manual distraction, NMR rotation | 25', manual distraction, NMR rotation |
| UBE (unless did with OT same day) | | start here unless did w/OT | 6' L4 | 6' L4 (add OH traction) |
| cuff with alt UE flexion | 3' | 3' | 3' | 3' (AA) |
| *supine reverse codmans* | next | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right |
| No Money | RTT, 2' | RTT, 2' | RTT, 2' | RTT, 2' |
| prone I's | 10 x 10" | 10 x 10" | 10 x 10" | next |
| modified rock backs | next | 3' | 3' | 3' |
| Prone T's | next | modified, 2' (5" hold) | modified, 2' (5" hold) | next |
| laser assisted motion | next | next | next | next |
| open books | continue | 2' ea (HEP next) | hep | hep |
| Supine Robots | standing, RTT (issued for HEP) | standing, RTT (issued for HEP) | hep | hep |
| Unloaded scaption | dc | dc | dc | dc |
| apleys ext/ER | | | | |
| unloaded/seated rotation | | | | |
| unloaded/seated flex/ext | | | | |
| Seated Shoulder Flexion | | | | |
| cervical retraction w/ cuff | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 18 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of gentle cervical distraction, prom, nerve glides

LG.LIN.0672

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Assessment / Plan

Significant increase in difficulty with all ex this visit. R UE symptoms not found to be specific to any nerve distribution. All 3 primary nerve tension tests were positive but other movements were inconsistently impaired. No significant change in symptoms with manual distraction or cervical ROM/mobilization. Issued gentle nerve glides for home

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 06/09/2021 at 03:40 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Amendment Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/08/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/08/2021 at 1:54pm
Amendment closed by Deborah Keller, PT on 06/08/2021 at 3:09pm

**Encounter Date: 06/03/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/03/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## GARZA, LYNN (id #755601, dob:

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

### Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule** | 04/27/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

25 mg.

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH AT BEDTIME | 06/02/21 | renewed |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASM(S) | 06/02/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare

**GARZA, LYNN (id #755601, dob:**

Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she feels like cervical ROM is still a significant problem/restriction and this makes her afraid to try to drive. Her pain is definitely better but it feels more like soreness. Not able to report any significant improvement in her arm since starting treatment on her neck. She has developed some pain, numbness and tingling in the right UE though a couple of weeks ago. States her MRI report showed only mild degenerative changes and stenosis

## ROS

None recorded.

## Physical Exam

Patient is a 49-year-old female.

**Cervical Spine:**Active Range of Motion: **side bending right (40 deg.) (prior 40, initial 26, incoordinated)** and **left (36 deg.) (prior 42, initial w/pain/incoordination)**; **rotation left (48 deg.) (prior 56, initial 47)** and **right (48 deg.) (prior 55, initial 23)**; and **flexion (38 deg.) (prior 52, initial 30 w/ pain)** and **extension (46 deg.) (prior 42, nitial 20 w/ ataxic movement)**.

CURRENT: 6/3/2021:

OH reach, left: 165 with fair quality

UE strength strength: left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI--62%

PN: 4/28/2021:

OH reach, left: 166 with good quality

UE strength:/ left UE--grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

INITIAL:

Outcome Measure/NDI: 82% disability score

## Exercise Flowsheet

| Exercise | 04/09/2021 | 04/29/2021 | 05/21/2021 | 06/03/2021 |
|---|---|---|---|---|
| MT | 25'-grade 2 PA mobs | 35' PA/side/ iso | 25' PA/side/ iso-- | reassess, [illegible] |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| | c-spine; grade 3-4 t-spine | | assisted rotation | distraction, NMR rotation |
| UBE (unless did with OT same day) | | | start here unless did w/OT | 6' L4 |
| cuff with alt UE flexion | no cuff, 3' (add CTJ roll next) | 3' | 3' | 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right | next | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right |
| No Money | 2' | RTT, 2' | RTT, 2' | RTT, 2' |
| prone I's | next | 10 x 10" | 10 x 10" | 10 x 10" |
| modified rock backs | | next | 3' | 3' |
| Prone T's | | next | modified, 2' (5" hold) | modified, 2' (5" hold) |
| laser assisted motion | | next | next | next |
| open books | 2' ea | continue | 2' ea (HEP next) | hep |
| Supine Robots | YTT 2' | standing, RTT (issued for HEP) | standing, RTT (issued for HEP) | hep |
| Unloaded scaption | unable today | dc | dc | dc |
| apleys ext/ER | seated w/towel roll (wait) | | | |
| unloaded/seated rotation | | | | |
| unloaded/seated flex/ext | | | | |
| Seated Shoulder Flexion | | | | |
| cervical retraction w/ cuff | | | | |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 42 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

## Assessment / Plan

CURRENT: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits.

PN: 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

LG.LIN.0677

**GARZA, LYNN (id #755601, dob: )**

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**'atient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 06/03/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 06/03/2021 at 1:00pm

**Encounter Date: 06/02/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 06/02/2021 09:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 05/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule** | 04/27/21 | filled |

LG.LIN.0679

**nortriptyline 25 mg capsule** [illegible] filled
25 mg.

**nortriptyline 50 mg capsule** 04/03/21 entered
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 04/03/21 entered
4 mg.

**spironolactone 50 mg tablet** 04/10/21 filled
50 mg.

**tiZANidine 4 mg tablet** 04/24/21 renewed
TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS

**traMADoL 50 mg tablet** 04/23/21 filled
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none

**GARZA, LYNN (id #755601, dob:**
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports today she is having a bad day with pain and R UE numbness/tingling.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

RP Date ID: Jun 2 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

| Exercise | 04/30/2021 | 05/20/2021 | 05/25/2021 | 06/02/2021 |
|---|---|---|---|---|
| Gripper pegs | | | 4 min Level 1 | 4 min Level 1 |
| flexbar up/down | | | 3 min | 3 min |
| putty small knob | | | 3 min | 3 min |
| s/p t band | | | 3 min | 3 min |
| dyna disk push | | | 3 min | 3 min |
| clothespin marbles | | | 3 min | 3 min |
| pen push/pull into putty | | | 3 min | 3 min |
| UFO at wall wrist extension stretch | | | | |
| hand gripper | 3 min | 3 min | | |
| s/p alcohol bottle | | 3 min | | |
| putty tabletop squeeze | | 3 min | | |
| power web ext stretch | | 3 min | | |
| Heartflex | | 3 min | | |
| bicep curls 1 lb | | 3 min | | |
| wrist PRE 1 lb or FB | | 3 min | | |
| UBE Level 1 | 6 min | | | |
| t band intrinsic | 3 min | | | |
| stick bicep curls 2 lbs | 3 min | | | |
| wrist developer no weight or 1 lb | 3 min | | | |
| flexbar wrist flexor stretch | 3 min | | | |
| weight hold | def | | | |
| Flexbar shake | | | | |
| flexbar supination | | | | |

Procedure Documentation

**97110: Therapeutic Exercise:** 22 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

**GARZA, LYNN (id #755601, dob:**

## Assessment / Plan

Pt did have more tension this session with manual therapy and required more rest breaks with thera ex. Pt is still reporting tension band at mid forearm. Pt is going to make apt with Dr Brenman to discuss symptoms to R UE and continued pain at L forearm. Pt does have full wrist flexion PROM but continues with restrictions into wrist extension with tightness/soft tissue at wrist extensors.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**

2 weeks
STG 1 Pt to demo i with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 06/02/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 06/02/2021 at 10:10am

**Encounter Date: 05/25/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/25/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000 | | |

[illegible]

**GARZA, LYNN (id #755601, dob:**
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| [illegible] | [illegible] | [illegible] |

[illegible]



**ketoconazole 2 % shampoo** — 04/10/21 filled
20 mgml.

**Lantus Solostar U-100 insulin 100 unit/mL (3 mL) subcutaneous pen** — 04/07/21 filled

**Lantus U-100 insulin 100 unit/mL subcutaneous solution** — 05/21/21 filled

**levothyroxine 100 mcg tablet** — 04/03/21 entered
1 mg.

**levothyroxine 125 mcg tablet** — 03/18/21 filled

**LORazepam 0.5 mg tablet** — 05/11/21 filled

**methocarbamoL 500 mg tablet** — 04/09/21 filled
500 mg.

**nortriptyline 25 mg capsule** — 04/27/21 filled
25 mg.

**nortriptyline 50 mg capsule** — 04/03/21 entered
50 mg.

**Novofine 32 32 gauge x 1/4" needle** — 04/07/21 filled

**ondansetron HCL 4 mg tablet** — 04/03/21 entered
4 mg.

**spironolactone 50 mg tablet** — 04/10/21 filled
50 mg.

**tiZANidine 4 mg tablet** — 04/24/21 renewed
TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS

**traMADoL 50 mg tablet** — 04/23/21 filled
50 mg.

**triazolam 0.25 mg tablet** — 04/21/21 filled

**Xanax 0.5 mg tablet** — 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** — 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

Father - Diabetes mellitus

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| | - Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having more pain today. Pt reports she has been getting numbness to L hand and has sensation of band across mid palm.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**

**GARZA, LYNN (id #755601, dob:**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 04/07/2021 | 04/30/2021 | 05/20/2021 | 05/25/2021 |
|---|---|---|---|---|
| Gripper pegs | | | | 4 min Level 1 |
| flexbar up/down | | | | 3 min |
| putty small knob | | | | 3 min |
| s/p t band | | | | 3 min |
| dyna disk push | | | | 3 min |
| clothespin marbles | | | | 3 min |
| pen push/pull into putty | | | | 3 min |
| UFO at wall wrist extension stretch | | | | |
| hand gripper | 3 min | 3 min | 3 min | |
| s/p alcohol bottle | | | 3 min | |
| putty tabletop squeeze | | | 3 min | |
| power web ext stretch | | | 3 min | |
| Heartflex | | | 3 min | |
| bicep curls 1 lb | | | 3 min | |
| wrist PRE 1 lb or FB | | | 3 min | |
| UBE Level 1 | 4 min | 6 min | | |
| t band intrinsic | 3 min | 3 min | | |
| stick bicep curls 2 lbs | 3 min | 3 min | | |
| wrist developer no weight or 1 | 3 min | 3 min | | |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| lb | | |
| flexbar wrist flexor stretch | 3 min | 3 min |
| weight hold | def | def |
| Flexbar shake | | |
| flexbar supination | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 22 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did have increase in guarding this session with manual stretching and required frequent rest breaks this session due to pain and weakness. Pt did report sensation of being hot and sweaty and end of therapy session but was able to complete all thera ex.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

**. Hand pain**

M79.642: Pain in left hand

**›atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**›atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Continue with current plan of care.

Return to Office

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/02/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 05/25/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 05/25/2021 at 11:53am

**Encounter Date: 05/21/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/21/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet** | 04/03/21 | entered |

LG LIN 0689

**GARZA, LYNN (id #755601, dob:**
30 mg.

| | | |
|---|---|---|
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet** | 04/03/21 | entered |

**GARZA, LYNN (id #755601, dob:**

5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID 19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she has had alot of personal stuff going on so that is why she has missed PT recently. Due to increased stress levels, her pain is up, but she still feels like the therapy is helping. She also states that she was approved for disability

## ROS

[illegible]

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 04/01/2021 | 04/09/2021 | 04/29/2021 | 05/21/2021 |
|---|---|---|---|---|
| MT | 20'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 25'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 35' PA/side/ iso | 25' PA/side/ iso-assisted rotation |
| UBE (unless did with OT same day) | | | | start here unless did w/OT |
| cuff with alt UE flexion | no cuff, 3' (add CTJ roll next)) | no cuff, 3' (add CTJ roll next))- | 3' | 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right- | 10x alt ea, 2', 1# on right | next | 10x alt ea, 2', 1# on right |
| No Money | YTT (next) | 2' | RTT, 2' | RTT, 2' |
| prone I's | | next | 10 x 10" | 10 x 10" |
| modified rock backs | | | next | 3' |
| Prone T's | | | next | modified, 2' (5" hold) |
| laser assisted motion | next | | next | next |
| open books | next | 2' ea | continue | 2' ea (HEP next) |
| apleys ext/ER | seated w/towel roll (wait) | seated w/towel roll (wait) | | |
| unloaded/seated rotation | 3' (hep next) | | | |
| Supine Robots | YTT-next | YTT 2' | standing, RTT (issued for HEP) | standing, RTT (issued for HEP) |
| unloaded/seated flex/ext | 3'(hep next) | | | |
| Seated Shoulder Flexion | 2' (dc next) | | | |
| cervical retraction w/ cuff | dc | | | |
| Unloaded scaption | 2.5#, 2' | unable today | dc | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 20 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of grade 2-3 PA and lateral glide mobs to the c-spine; end range isometrics for rotation

## Assessment / Plan

Continues to push herself in therapy. Still demonstrating incoordination of cervical movement with limited AROM despite full PROM. End range, manually resisted isometrics performed to facilitate improved neuromotor control

**GARZA, LYNN (id #755601, dob:**

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 05/25/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/02/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 05/21/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 05/21/2021 at 1:15pm

**Encounter Date: 05/20/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/20/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 03/31/2021)

RP Date ID: May 20 2021

GARZA, LYNN (id #755601, dob:

NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet** | 04/03/21 | entered |

LG.LIN.0694

[illegible]
4 mg.

**spironolactone 50 mg tablet** 04/10/21 filled
50 mg.

**tiZANidine 4 mg tablet** 04/24/21 renewed
TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS

**traMADoL 50 mg tablet** 04/23/21 filled
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

RP Date ID: May 20 2021

**GARZA, LYNN (id #755601, dob:**

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

| Name | Score | Notes |
|---|---|---|
| DASH | 75 | |

## HPI

**OT Daily Progress Note**
Reported by patient.
How are you feeling? improving (**patient is noting slow improvements in pain, wrist motion, finger strength and over ADL functions but still reports severe limitations,weakness/pain.**)
Severity: rest 8/10; activity 9/10; location: (**from upper mid arm down to fingertips**)
Function: ADLs limited (**Quick Dash 75 %**); Pt reports writing and use of color for her hobby is still difficult due to weakness/pain but is making gains. Pt reports severe deficits with opening tight containers and performing heavy house hold chores. Pt reports she is using her L arm more for light activities and continues to lift light items.
Previous OT Session: helping

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
Confirms: None
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 49-year-old
female.

RP Date ID: May 20 2021

**GARZA, LYNN (id #755601, dob:**

**Hands and Digits:**Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left:**active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 4 lbs.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.1 cm**
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1 cm**. Left AROM: **flexion (75 deg.)**, **extension (45 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

## Exercise Flowsheet

| Exercise | 03/29/2021 | 04/07/2021 | 04/30/2021 | 05/20/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | | 3 min |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| putty tabletop squeeze | | | | 3 min |
| power web ext stretch | | | | 3 min |
| Heartflex | | | | 3 min |
| bicep curls 1 lb | | | | 3 min |
| wrist PRE 1 lb or FB | | | | 3 min |
| UBE Level 1 | 6 min | 4 min | 6 min | |
| t band intrinsic | 3 min | 3 min | 3 min | |
| stick bicep curls 2 lbs | 3 min | 3 min | 3 min | |
| wrist developer no weight or 1 lb | 3 min | 3 min | 3 min | |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | |
| weight hold | 3 min 5 lbs | def | def | |
| Flexbar shake | | | | |
| flexbar supination | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evalaution with continued decrease in edema. Pt presents with decrease in scar adhesions with decreased redness/irritation and increased AROM to wrist/thumb and digits. Pt scores a 75 % on Quick Dash and is off from work. Pt has modertae to severe ADL deficits and report of severe pain but is noting she is taking less pain medications. Pt was PGLYN.0697

**GARZA, LYNN (id #755601, dob:**

educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

**. Hand pain**

M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

## Encounter Sign-Off

*Encounter signed-off by Andrea Fisher, OT, CHT, 05/20/2021.*
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 05/20/2021 at 12:22pm

**Encounter Date: 05/17/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (49yo, F) ID# 755601 | **Appt. Date/Time** | 05/17/2021 12:40PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

RP Date ID: May 17 2021

**GARZA, LYNN (id #755601, dob:**
CV19 Telemed, Patient here for Neck Pain, Patient is here for arm pain

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 05/10/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 05/10/21 | filled |
| **eszopiclone 3 mg tablet** | 05/11/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet** | 04/03/21 | entered |

**GARZA, LYNN (id #755601, dob:**
1 mg.

| | | |
|---|---|---|
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **LORazepam 0.5 mg tablet** | 05/11/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Problems not reviewed (last reviewed 04/30/2021)
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder |

**GARZA, LYNN (id #755601, dob:**

Brother

- Depressive disorder
- Hypertensive disorder
- Depressive disorder

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Documents for Discussion

**Discussed the following documents:**

- UNKNOWN - 05/17/21
- UNKNOWN - 05/17/21
- UNKNOWN - 05/17/21
- UNKNOWN - 04/28/21
- NECK PAIN DISABILITY QUESTIONNAIRE - 04/29/21
  Notes - NDI
- CLINICAL SUMMARY - 04/16/21
  Notes - clinical
- CVS Pharmacy Immunization Notification - 04/12/21

## Screening

None recorded.

## HPI

Patient has chosen and consented to have a telemedicine visit for followup today due to risk of COVID19.

Telemed visit today to review Cervical MRI results. discussed in detail with patient.

We reviewed MRI results and underlying pathology in detail as it relates to the persistent pain. Provided patient with copy of radiologist report for her records.

She has started OT and PT and had to take a break for 4 weeks due to personal reasons but has scheduled to resume. She states she was doing a lot of progress with therapy with improved strength and pain and is very optimistic of the progress eh has made thus far.

From Initial Visit:

RP Date ID: May 17 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness,Limited range of motion**
**Denies:Muscle Aches,Joint Pain,Back Pain,Night Pain**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 49-year-old
female.

Constitutional: alert,conversive, no apparent distress
Psychiatric: Judgement and insight intact, AAO x 4
Mood and Affect: mood normal, affect appropriate

MRI results

IMPRESSION
1. Cervical spine MRI demonstrates postsurgical changes posterior decompression at C5-C6 and C6-C7 with no MRI evidence of complications.
2. Multilevel spondylosis most prominent at C5-C6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-C6.
3. Left convex cervical curvature is unchanged compared to prior MRI, scoliosis versus related to muscle spasm.
4. At C5-C6 there is mild central canal stenosis with flattening but no compression or signal change of the spinal cord. Mild left neural foraminal stenosis.
5. At C6-C7 there is mild central canal stenosis with no compression or signal change of the spinal cord. No foraminal stenosis.

## Procedure Documentation

None recorded.

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

LUE DVT

Myofascial pain

[illegible]

**GARZA, LYNN (id #755601, dob:**

Chronic pain.

Cervical Radiculopathy

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

50% improvement neuropathic pain LUE sp SCS implant.

Plan

1. continue tizanidine qhs prn spasms is helpful , she has an OA with Dr Brenman.

2. Pain improved with SCS. now continue to work through deconditioning and strengthening since there is a significant improvement in pain vit OT / PT . making progress with PT and OT. encouraged her to follow through and continue as scheduled.

3. . discussed importance of Aspirin as rec by vascular for her dvt

4. discussed OIH and rec slow controlled weaning over time as tolerated.

5. Schedule followup in 3 mths to reassess. Advised to RTC sooner if needs scs reprogramming. currently is working well for her and she is pleased with the slow but forward progress.

. **Cervical radiculopathy**
M54.12: Radiculopathy, cervical region

. **Spondylosis without myelopathy**
M47.812: Spondylosis without myelopathy or radiculopathy, cervical region

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Psychosocial dysfunction due to chronic pain**
F45.42: Pain disorder with related psychological factors

. **Deep venous thrombosis of upper extremity**
I82.609: Acute embolism and thrombosis of unspecified veins of unspecified upper extremity

Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 05/20/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 05/17/2021.

[illegible]

**GARZA, LYNN (id #755601, dob:**

Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 05/17/2021 at 9:06pm

**Encounter Date: 04/30/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/30/2021 08:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider**: RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider**: EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule** | [illegible] | filled |

LG.LIN.0704

**GARZA, LYNN (id #755601, dob:**

**gabapentin [illegible] mg capsule** [illegible] filled
1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW

**HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** 04/19/21 filled
Take 1 tablet(s) 3 times a day by oral route.

**ibuprofen 400 mg tablet** 04/21/21 filled

**ketoconazole 2 % shampoo** 04/10/21 filled
20 mgml.

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** 04/07/21 filled

**levothyroxine 100 mcg tablet** 04/03/21 entered
1 mg.

**levothyroxine 125 mcg tablet** 03/18/21 filled

**methocarbamoL 500 mg tablet** 04/09/21 filled
500 mg.

**nortriptyline 25 mg capsule** 04/27/21 filled
25 mg.

**nortriptyline 50 mg capsule** 04/03/21 entered
50 mg.

**Novofine 32 32 gauge x 1/4" needle** 04/07/21 filled

**ondansetron HCL 4 mg tablet** 04/03/21 entered
4 mg.

**spironolactone 50 mg tablet** 04/10/21 filled
50 mg.

**tiZANidine 4 mg tablet** 04/24/21 renewed
TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS

**traMADoL 50 mg tablet** 04/23/21 filled
50 mg.

**triazolam 0.25 mg tablet** 04/21/21 filled

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

LG.LIN.0705

[illegible]

**GARZA, LYNN (id #755601, dob:**

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her symptoms are doing ok today but did have a fall on her arm.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**

**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 03/24/2021 | 03/29/2021 | 04/07/2021 | 04/30/2021 |
|---|---|---|---|---|
| UBE Level 1 | 6 min | 6 min | 4 min | 6 min |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | 3 min | 3 min | 3 min | 3 min |
| stick bicep curls 2 lbs | 3 min | 3 min | 3 min | 3 min |
| wrist developer no weight or 1 lb | 3 min | 3 min | 3 min | 3 min |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | 3 min |
| weight hold | 3 min 5 lbs | 3 min 5 lbs | def | def |
| putty tabletop squeeze | | | | |
| Flexbar shake | | | | |
| flexbar supination | | | | |
| Heartflex | | | | |
| s/p alcohol bottle | | | | |
| power web ext stretch | | | | |
| bicep curls 1 lb | | | | |
| wrist PRE 1 lb or FB | | | | |

Procedure Documentation

**GARZA, LYNN (id #755601, dob:**

Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation next session. Pt did make progress with strengthening this session and tolerance to PROM/stretching to digit/wrist this session. Pt did have less guarding this session.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 05/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 04/30/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 04/30/2021 at 8:47am

**Encounter Date: 04/29/2021**

RP Date ID: Apr 29 2021

**GARZA, LYNN (id #755601, dob:**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/29/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **amoxicillin 500 mg capsule** | 04/21/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/10/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/19/21 | filled |
| **ibuprofen 400 mg tablet** | 04/21/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/10/21 | filled |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** | 04/07/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/09/21 | filled |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/27/21 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/10/21 | filled |
| **tiZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 04/24/21 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/23/21 | filled |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Vaccines

Vaccines not reviewed (last reviewed 03/31/2021)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | Date on VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 04/08/21 | 0.3 mL | | | | ER8734 | Other manufacturer | | | | |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

GARZA, LYNN (id #755601, dob:

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Ms. Garza feels like she has made really good progress with PT especially with regards to her neck ROM; she is having less pain in the shoulder blade as well. Worst pain level in her neck has been around a 6/10 and "it lives around there" but nonetheless she feels like this is much better/more tolerable. She does have an aggravation of her UE symptoms today because she lost her balance and fell back onto her left arm. She has also had a cervical MRI recently but does not know the results yet

## ROS

None recorded.

## Physical Exam

Patient is a 48-year-old
female.

**Cervical Spine:**Active Range of Motion: **side bending right (40 deg.) (initial 26, incoordinated**) and **left (42 deg.) (initial w/pain/incoordination)**; **rotation left (56 deg.) (initial 47**) and **right (55 deg.) (initial 23**); and **flexion (52 deg.) (initial 30 w/ pain**) and **extension (42 deg.) (initial 20 w/ ataxic movement**).

CURRENT: 4/28/2021:

OH reach, left: 166 with good quality

UE strength:/ left UE--grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

RP Date ID: Apr 29 2021

**GARZA, LYNN (id #755601, dob:**

PN: 3/12/2021:

Posture and palpation: not formally reassessed

Shoulder OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

INITIAL:

Outcome Measure/NDI: 82% disabilty score

Exercise Flowsheet

| Exercise | 03/19/2021 | 04/01/2021 | 04/09/2021 | 04/29/2021 |
|---|---|---|---|---|
| MT | 20' alt iso cspine, grade 1 PA mobs, SO release | 20'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 25'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 35' PA/side/ iso |
| UBE (unless did with OT same day) | | | | |
| cuff with alt UE flexion | no cuff, 3' | no cuff, 3' (add CTJ roll next)) | no cuff, 3' (add CTJ roll next))- | 3' |
| supine reverse codmans | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right- | 10x alt ea, 2', 1# on right | next |
| Supine Robots | | YTT-next | YTT 2' | standing, RTT (issued for HEP) |
| No Money | | YTT (next) | 2' | RTT, 2' |
| prone I's | | | next | 10 x 10" |
| Unloaded scaption | 2.5#, 2' | 2.5#, 2' | unable today | dc |
| modified rock backs | | | | next |
| Prone T's | | | | next |
| laser assisted motion | next | next | | next |
| open books | | next | 2' ea | continue |
| apleys ext/ER | | seated w/towel roll (wait) | seated w/towel roll (wait) | |
| unloaded/seated rotation | 3' | 3' (hep next) | | |
| unloaded/seated flex/ext | 3' | 3'(hep next) | | |
| Seated Shoulder Flexion | 2' | 2' (dc next) | | |
| cervical retraction w/ cuff | | dc | | |

Procedure Documentation

**97112: Neuromuscular Re-Education:** 20 minutes

LG.LIN.0712

## GARZA, LYNN (id #755601, dob:

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of grade 2-3 PA and lateral glide mobs to the c-spine; end range isometrics for rotation and reassessment time

### Assessment / Plan

CURRENT: 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

PN: 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

**. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**ʾatient Goals**
Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

### Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/30/2021 at 08:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

### Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 04/29/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 04/29/2021 at 1:51pm

**Encounter Date: 04/09/2021**

### Patient

| | | | | |
|---|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/09/2021 11:00AM | LG.LIN.0713 |

RP Date ID: Apr 9 2021

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 04/03/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 04/03/21 | entered |
| **ketoconazole 2 % shampoo** | 04/03/21 | |

20 mgml.

| | | |
|---|---|---|
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/03/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/03/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none

RP Date ID: Apr 9 2021

**GARZA, LYNN (id #755601, dob:**

Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she is having increased pain in her hand today. Just woke up with it; doesn't seem to matter if she wears her sleeve or not. The left hand is also much colder than the right

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 03/05/2021 | 03/19/2021 | 04/01/2021 | 04/09/2021 |
|---|---|---|---|---|
| MT | 20' alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, grade 1 PA mobs, SO release | 20'-grade 2 PA mobs c-spine; grade 3-4 t-spine | 25'-grade 2 PA mobs c-spine; grade 3-4 t-spine |
| cuff with alt UE flexion | 3' | no cuff, 3' | no cuff, 3' (add CTJ roll next)) | no cuff, 3' (add CTJ roll next))- |
| supine reverse codmans | 10x alt ea, 2' | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right- | 10x alt ea, 2', 1# on right |
| Supine Robots | | | YTT-next | YTT 2' |
| No Money | | | YTT (next) | 2' |
| prone I's | | | | next |
| Unloaded scaption | 2.5#, 2' | 2.5#, 2' | 2.5#, 2' | unable today |
| open books | | | next | 2' ea |
| apleys ext/ER | | | seated w/towel roll (wait) | seated w/towel roll (wait) |
| unloaded/seated rotation | next | 3' | 3' (hep next) | |
| unloaded/seated flex/ext | next | 3' | 3'(hep next) | |
| Seated Shoulder Flexion | 2' | 2' | 2' (dc next) | |
| cervical retraction w/ cuff | 3' | | dc | |

LG.LIN.0716

**GARZA, LYNN (id #755601, dob:**

laser assisted motion cervical ROM, next next
rot/diag/ext/flex, 1' ea

## Procedure Documentation

**97112: Neuromuscular Re-Education:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of grade 2-3 PA mobs to the c-spine; grade 3-4 tspine PA /unilateral mobs /manip w/patient approval

## Assessment / Plan

Patient tolerated thoracic mobilizations well today. Was able to produce a cavitation (with patient approval) at 2 levels. Additional grade 2-3 PA mobs to c-spine and STM performed for pain relief; She was found to have decreased temperature in the left had as well as decreased tolerance for activities requiring her to grip with her left hand

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/16/2021 at 08:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 04/09/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 04/09/2021 at 2:29pm

**Encounter Date: 04/07/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/07/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

[illegible]

**GARZA, LYNN (id #755601, dob:**

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 03/31/2021)
NKDA

## Medications

Medications not reviewed (last reviewed 03/31/2021)

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 04/03/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 04/03/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 04/03/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/03/21 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/03/21 | entered |
| **nortriptyline 25 mg capsule** | 04/03/21 | entered |

LG LIN 0718

**GARZA, LYNN (id #755601, dob:**
25 mg.

**nortriptyline 50 mg capsule** 04/03/21 entered
50 mg.

**ondansetron HCL 4 mg tablet** 04/03/21 entered
4 mg.

**spironolactone 50 mg tablet** 04/03/21 entered
50 mg.

**tiZANidine 4 mg tablet** 04/03/21 entered
4 mg.

**traMADoL 50 mg tablet** 04/03/21 entered
50 mg.

**Xanax 0.5 mg tablet** 04/03/21 entered
5 mg.

**zolpidem 10 mg tablet** 04/03/21 entered
10 mg.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 03/31/2021)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 03/31/2021)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/31/2021)

**GARZA, LYNN (id #755601, dob:**

Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a bad day.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 03/10/2021 | 03/24/2021 | 03/29/2021 | 04/07/2021 |
|---|---|---|---|---|
| UBE Level 1 | 6 min | 6 min | 6 min | 4 min |
| weight hold | 3 min 5 lbs | 3 min 5 lbs | 3 min 5 lbs | def |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | 3 min | 3 min | 3 min | 3 min |

LG.LIN.0720

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| stick bicep curls 2 lbs | 3 min | 3 min | 3 min | 3 min |
| wrist developer no weight or 1 lb | 3 min | 3 min | 3 min | 3 min |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | 3 min |
| putty tabletop squeeze | | | | |
| Flexbar shake | | | | |
| flexbar supination | | | | |
| Heartflex | | | | |
| s/p alcohol bottle | | | | |
| power web ext stretch | | | | |
| bicep curls 1 lb | | | | |
| wrist PRE 1 lb or FB | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 19 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt was more guarded this session, was more sensitive to touch, and had more pain with PROM/stretching this session. Pt was unable to tolerate completing full thera ex and required more rest breaks this session due to pain this session.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**

**GARZA, LYNN (id #755601, dob:**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 04/07/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 04/07/2021 at 12:11pm

**Encounter Date: 04/01/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 04/01/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

[illegible]

**GARZA, LYNN (id #755601, dob:**

Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 03/31/21 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 03/31/21 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 03/31/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 03/31/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 03/31/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **Lexapro 20 mg tablet**<br>20 mg. | 03/31/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/31/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 03/31/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 03/31/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 03/31/21 | entered |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>4 mg. | 03/31/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 03/31/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 03/31/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/31/21 | entered |

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States she saw pain management doctor yesterday and they are going to order another cervical MRI. She did have an episode of numbness, "a dead sensation" in the 4th and 5th fingers of her left hand that lasted about a day and half last week. Unsure why but it went away as quickly as it came. She states that looking up is currently her primary complaint/restriction

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 | 03/05/2021 | 03/19/2021 | 04/01/2021 |
|---|---|---|---|---|
| MT | alt iso cspine, shoulder, gentle | 20' alt iso cspine, shoulder, gentle | 20' alt iso cspine, grade 1 PA mobs, SO | 20' grade 2 PA mobs c-spine; grade 3-4 t- |

RP Date ID: Apr 1 2021

**GARZA, LYNN (id #755601, dob:**

| | mobs, 35 | mobs, 35 | release | spine |
|---|---|---|---|---|
| cuff with alt UE flexion | 3' | 3' | no cuff, 3' | no cuff, 3' (add CTJ roll next)) |
| supine reverse codmans | | 10x alt ea, 2' | 10x alt ea, 2', 1# on right | 10x alt ea, 2', 1# on right- |
| Supine Robots | | | | YTT-next |
| No Money | | | | YTT (next) |
| laser assisted motion | all planes | cervical ROM, rot/diag/ext/flex, 1' ea | next | next |
| Unloaded scaption | next | 2.5#, 2' | 2.5#, 2' | 2.5#, 2' |
| open books | | | | next |
| apleys ext/ER | | | | seated w/towel roll (wait) |
| unloaded/seated rotation | next | next | 3' | 3' (hep next) |
| unloaded/seated flex/ext | next | next | 3' | 3'(hep next) |
| Seated Shoulder Flexion | next | 2' | 2' | 2' (dc next) |
| cervical retraction w/ cuff | 3' | 3' | | dc |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 6 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 6 minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of grade 2-3 PA mobs to the c-spine; grade 3-4 tspine PA /unilateral mobs

## Assessment / Plan

Addition of manual segmental PA mobilizations to CT spine today; demonstrates significant hypomobility throughout. Would benefit from additional mobilization activities which will be added at the next visit provided there was no adverse response to todays session. Tspine mobs/grade 5 manipulation may be beneficial for "resetting" the sympathetic ganglion as well and have a positive impact on her CRPS

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM

**GARZA, LYNN (id #755601, dob:**

- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## *Encounter Sign-Off*

Encounter signed-off by Deborah Keller, PT, 04/01/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 04/01/2021 at 12:44pm

**Encounter Date: 03/31/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/31/2021 08:40AM |
| **DOB** | | **Service Dept.** | MISSION TRAIL OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

Patient here for Neck Pain, Left Patient is here for arm pain

3 month follow up cervical
lead pull
FU CERVICAL

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 138/90 sitting 03/31/2021 09:06 am | **BMI:** | 29.5 03/31/2021 09:07 am | **Ht:** | 5 ft 2 in Stated 03/31/2021 09:06 am |
| **Pain Scale:** | 8 03/31/2021 09:07 am | **Pulse:** | 98 bpm regular 03/31/2021 09:07 am | **Wt:** | 161.2 lbs With clothes 03/31/2021 09:07 am |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** 04/03/21 entered
300 mg.

**clobetasoL 0.05 % scalp solution** 04/03/21 entered

LG.EN:0728

5 mgml.

| | | |
|---|---|---|
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 04/03/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 04/03/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 04/03/21 | entered |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 04/03/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 04/03/21 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 04/03/21 | entered |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 04/03/21 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 04/03/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 04/03/21 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 04/03/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 04/03/21 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 04/03/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 04/03/21 | entered |

Problems

Reviewed Problems
No known problems

Family History

**GARZA, LYNN (id #755601, dob:**

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Documents for Discussion

**Discussed the following documents:**

- UNKNOWN - 03/31/21
- MRI, ELBOW, W/O CONTRAST - 01/21/21
- Clinical Document - 03/31/21
  Notes - Patient Facesheet
- NECK PAIN DISABILITY QUESTIONNAIRE - 03/12/21
- Clinical Document - 02/24/21
  Notes - Patient Facesheet
- NECK PAIN DISABILITY QUESTIONNAIRE - 02/12/21
- Clinical Document - 02/12/21
  Notes - Patient Consent Form
- Clinical Document - 02/12/21
  Notes - Patient Facesheet
- PHYSICAL THERAPY - 02/11/21
- PHYSICAL THERAPY - 01/06/21
  Notes - ot exercise sheet
- PHYSICAL THERAPY - 01/06/21
- Clinical Document - 01/06/21
  Notes - Patient Consent Form
- Clinical Document - 01/06/21
  Notes - Patient Facesheet
- Clinical Document - Record of Care - 03/31/21
- CVS Pharmacy Immunization Notification - 03/19/21
- Clinical Document - Record of Care - 02/24/21
- Clinical Document - Record of Care - 02/12/21

**GARZA, LYNN (id #755601, dob:**

- Clinical Document - Record of Care - 01/06/21

## Screening

None recorded.

## HPI

Ms Garza presents for followup today 6 mths post SCS implant.

She is making slow and steady progress forward now, She has started OT/PT and reports it has been very helpful for her in regaining some strength. She has made progress with adls like doing her hair and is working on other tasks around the house. With weather she has some increasing arm pain. Elbow MRI reviewed which is essentially normal.

as noted previously

She reports 50% improvement in her pain. She states she was unsure if it was helpful and as such turned off device x 1 week and she had significantly worsening neuropathic pain and she turned device back on again with improvement.

She does continue ot have deep dull achle in her arm and occasionally "flashes of pain across scar" and upper extremity swelling. She also has a inner elbow tightness localised swelling which is locally painful and restricts elbow flexion and extension.

She does have hx of UE DVT and reports she has not been consistent with taking aspirin as instructed by vascular md

She also complains of trapezius spasms and tightness.

She has not started PT/OT post implant.

From Initial Visit:

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denles:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
Confirms: Muscle Weakness,Limited range of motion
**Denies:Muscle Aches,Joint Pain,Back Pain,Night Pain**
**Neurologic**
**Confirms: Weakness,Numbness/Tingling**
**Denies:**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 48-year-old
female.

Constitutional: well-developed, well-nourished, and in no acute distress, appearing stated age,
Neck pvttp + trapezius spasms negative spurling + facet loading
LUE + mottling decreased grip strength, no allodynia noted
Neuro: AA&Ox3,

Cervical xray to evaluate electrode positioning.

## Procedure Documentation

**Xray, Cervical, 2-3V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: 2 views AP Lateral

**X-Ray Findings/Interpretation:**

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

LUE DVT

*Myofascial pain*

Chronic pain.

Cervical Radiculopathy

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

50% improvement neuropathic pain LUE sp SCS implant.

Plan

1. Refill tizanidine qhs prn spasms is helpful , she has an OA with Dr Brenman.

2. some programming adjustments were made with vendor rep and patient today.

2. Pain improved with SCS. now continue to work through deconditioning and strengthening since there is a significant improvement in pain vit OT / PT

3. MRI C spine to evaluate for any worsening stenosis, she was noted to have significant NF stenosis on old MRI

4. discussed importance of Aspirin as rec by vascular for her dvt

Psychometric Testing: Performed today using computerized testing with physician interpretation in order to identify the presence of psychogenic factors to the patient's pain complaint so as to guide medication management and other treatment modalities. PROMIS-29 reviewed and notes severe pain interference and mild physical dysfunction along with high impact pain. We will track

**GARZA, LYNN (id #755601, dob:**
these outcomes over time and adjust therapy accordingly.

Measuring improvements over time and after intervention is a difficult task. There are limitations to the VAS pain scale, as it often does not correlate well with a patients self-reported levels percent improvement. In order to better track outcomes, we administered the PROMIS (Patient Reported Outcomes Measurement Information System)-29 questionnaire both pre-trial and again today, with the following results:

v1.0 Pain Interference 4a score improved from 76 to 72, not statistically significant.

v2.0 Social Participation score stayed at 27; not statistically significant.

v1.0 Sleep Disturbance 4a score improved from 73 to 68; not statistically significant.

v1.0 Fatigue 4a score stayed at 55; not statistically significant.

v1.0 Depression 4a score improved from 57 to 41; a statistically significant improvement.

v1.0 Anxiety 4a score improved from 60 to 51; a statistically significant improvement.

v1.0 Physical Function 4a score improved from 35 to 40; not statistically significant.

03/31/2021 - Pain Impact Score: 36/50 (High)

. **Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- MRI, CERVICAL SPINE, W/O CONTRAST
Height (ft.): 5 ft 2 in Weight (lbs): 161

. **Spondylosis without myelopathy**
M47.812: Spondylosis without myelopathy or radiculopathy, cervical region

. **Chronic pain syndrome**

**GARZA, LYNN (id #755601, dob:**

G89.4: Chronic pain syndrome

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - take 1-2 tabs po qhs pm spasms Qty: 180 tablet(s) Refills: 0 Pharmacy: OPTUM RX MAIL ORDER PHARMACY (PRIMARY)

. **Psychosocial dysfunction due to chronic pain**
F45.42: Pain disorder with related psychological factors

. **Deep venous thrombosis of upper extremity**
I82.609: Acute embolism and thrombosis of unspecified veins of unspecified upper extremity

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- MRI for MRI - 30MIN at IMAGING - RIDGEWOOD ORTHOPAEDIC CENTER on 04/16/2021 at 09:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 04/03/2021.
Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 04/03/2021 at 10:23am

RP Date ID: Mar 31 2021

GARZA, LYNN (id #755601, dob:

REAL WORLD OUTCOMES

## Lynn Garza

**D.O.B.** **MRN:** 755601 **Date:** 03/31/2021

| Global Pain | Pain Impact | NDI |
|---|---|---|
| **8/10** - [illegible] | **36/50** - [illegible] | **35/50** - [illegible] |

PROMIS ASSESSMENTS*

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Anxiety | 51.36 | [illegible] | [illegible] |
| Depression | 40.99 | Normal | [illegible] |
| Fatigue | 55.21 | [illegible] | [illegible] |
| Pain Interference | 71.56 | Severe | [illegible] |
| Physical Function | 40.27 | [illegible] | [illegible] |
| Sleep Disturbance | 68.78 | Moderate | [illegible] |
| Social Participation | 27.49 | Severe | [illegible] |

Assessment History





LG.LIN.0733

**Liberty/Garza 1030**

GARZA, LYNN (id #755601, dob:



[illegible]

**GARZA, LYNN (id #755601, dob:**

**Encounter Date: 03/29/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/29/2021 09:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 03/28/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 03/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 03/18/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020

[illegible]

**GARZA, LYNN (id #755601, dob:**
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her symptoms are doing ok.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

RP Date ID: Mar 29 2021

**GARZA, LYNN (id #755601, dob:**

## Exercise Flowsheet

| Exercise | 03/03/2021 | 03/10/2021 | 03/24/2021 | 03/29/2021 |
|---|---|---|---|---|
| UBE Level 1 | 6 min | 6 min | 6 min | 6 min |
| weight hold | | 3 min 5 lbs | 3 min 5 lbs | 3 min 5 lbs |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | | 3 min | 3 min | 3 min |
| stick bicep curls 2 lbs | | 3 min | 3 min | 3 min |
| wrist developer no weight or 1 lb | | 3 min | 3 min | 3 min |
| flexbar wrist flexor stretch | 3 min | 3 min | 3 min | 3 min |
| putty tabletop squeeze | 3 min | | | |
| Flexbar shake | 3 min | | | |
| flexbar supination | 3 min | | | |
| Heartflex | 3 min | | | |
| foam roll with wrist flex/ext stretch | | | | |
| s/p alcohol bottle | | | | |
| power web ext stretch | | | | |
| putty intrinsic tool | | | | |
| bicep curls 1 lb | | | | |
| constant force | | | | |
| dowel press with large knob cervical unloading with hand gripper | | | | |
| wrist PRE 1 lb or FB | | | | |
| putty RD/UD tool | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has follow up with Dr Grewal this week. Pt is continuing to make improvements in therapy when performing thera ex, increase in strength but does continue to be guarded/increase awareness of her symptoms with soft tissue mobs/PROM. Pt has full digit PROM and functional wrist flexion with continued restrictions into wrist extension.

LG.LIN.0738

**GARZA, LYNN (id #755601, dob:**

**. Complex regional pain syndrome of upper limb -**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**'atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Continue with current plan of care.

Return to Office

- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/01/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

Encounter Sign-Off
Encounter signed-off by Andrea Fisher, OT, CHT, 03/29/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/29/2021 at 12:06pm

**Encounter Date: 03/24/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/24/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

**GARZA, LYNN (id #755601, dob:**

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 03/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 03/18/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

RP Date ID: Mar 24 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she has cold hands today and pain.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 02/25/2021 | 03/03/2021 | 03/10/2021 | 03/24/2021 |
|---|---|---|---|---|
| UBE Level 1 | | 6 min | 6 min | 6 min |
| weight hold | | | 3 min 5 lbs | 3 min 5 lbs |
| hand gripper | 3 min | 3 min | 3 min | 3 min |

LG.LIN.0742

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| t band intrinsic | | | 3 min | 3 min |
| stick bicep curls 2 lbs | | | 3 min | 3 min |
| wrist developer no weight or 1 lb | | | 3 min | 3 min |
| flexbar wrist flexor stretch | | 3 min | 3 min | 3 min |
| putty tabletop squeeze | 3 min | 3 min | | |
| Flexbar shake | | 3 min | | |
| flexbar supination | | 3 min | | |
| Heartflex | 3 min | 3 min | | |
| foam roll with wrist flex/ext stretch | | | | |
| s/p alcohol bottle | 3 min | | | |
| power web ext stretch | 3 min | | | |
| putty intrinsic tool | | | | |
| bicep curls 1 lb | 3 min | | | |
| constant force | | | | |
| dowel press with large knob cervical unloading with hand gripper | | | | |
| wrist PRE 1 lb or FB | 3 min | | | |
| putty RD/UD tool | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did have increase in cold sensation at beginning of treatment but by of end of treatment post manual and hot pack patient had normal temp. Pt does continue to be motivated and works hard in therapy with increasing weight and strengthening. Pt continues with restrictions into wrist extension.

**. Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

M79.10: Myalgia, unspecified site

**GARZA, LYNN (id #755601, dob:**

**. Chronic pain syndrome**
G89.4: Chronic pain
syndrome

**. Hand pain**
M79.642: Pain in left
hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/29/2021 at 09:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/01/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/24/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/24/2021 at 12:17pm

**Encounter Date: 03/19/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/19/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax

**GARZA, LYNN (id #755601, dob:**
(913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 03/18/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 03/18/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
: Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

**GARZA, LYNN (id #755601, dob:**

## HPI

Patient arrived 20 min late to todays session. States she has had a "rough week" with getting her Covid-19 shot an other personal committments. So she has increased soreness and overall fatigue today as well as increased left cervical and scapular pain

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 | 03/05/2021 | 03/19/2021 |
|---|---|---|---|
| MT | alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, grade 1 PA mobs, SO release |
| cervical retraction w/ cuff | 3' | 3' | |
| cuff with alt UE flexion | 3' | 3' | no cuff, 3' |
| supine reverse codmans | | 10x alt ea, 2' | 10x alt ea, 2', 1# on right |
| Seated Shoulder Flexion | next | 2' | 2' |
| laser assisted motion | all planes | cervical ROM, rot/diag/ext/flex, 1' ea | next |
| Unloaded scaption | next | 2.5#, 2' | 2.5#, 2' |
| unloaded/seated flex/ext | next | next | 3' |
| unloaded/seated rotation | next | next | 3' |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 9 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 9 minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

Once arriving to PT patient developed some nausea which persisted throughout the session. No worsening or improvement in symptoms during session, however the patient was able to complete all requested exercises on this date

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM G.LIN.0747

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/29/2021 at 09:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/01/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/07/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/09/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/13/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 04/16/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/23/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 04/29/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 03/19/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 03/19/2021 at 1:01pm

**Encounter Date: 03/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/12/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible, details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 filled |
| **clobetasoL 0.05 % scalp solution** | 01/21/21 filled |

**GARZA, LYNN (id #755601, dob:**

5 mgml.

| | | |
|---|---|---|
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tIZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

Father
- Diabetes mellitus
- Depressive disorder
- Hypertensive disorder

| | |
|---|---|
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she feels like the therapy is helping. She has improved awareness of her posture/cervical alignment and feels that her ROM is improved. It is very difficult to tell if her arm pain is improved though because of the coexisting CRPS

## ROS

None recorded.

## Physical Exam

Patient is a 48-year-old female.

**Cervical Spine:**Active Range of Motion: **side bending right (36 deg.) (initial 26, incoordinated)** and **left (32 deg.) (initial w/pain/incoordination)**; **rotation left (56 deg.) (initial 47)** and **right (55 deg.) (initial 23)**; and **flexion (36 deg.) (initial 30 w/ pain)** and **extension (30 deg.) (initial 20 w/ ataxic movement).**

CURRENT: 3/11/2021:

Posture and palpation: not formally reassessed

Shoulder OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

**GARZA, LYNN (id #755601, dob:**

Posture: bil scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 03/12/2021 |
|---|---|
| MT | |
| cervical retraction w/ cuff | 3' |
| cuff with alt UE flexion | 3' |
| supine reverse codmans | 10x alt ea, 2' |
| Seated Shoulder Flexion | 2' |
| Unloaded scaption | 2.5#, 2' |
| laser assisted motion | cervical ROM, rot/diag/ext/flex-- |
| unloaded/seated flex/ext | next |
| unloaded/seated rotation | next |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 25 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 25 minutes of one on one time.

**97140: Manual Therapy:**

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

CURRENT: 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

RP Date ID: Mar 12 2021

**GARZA, LYNN (id #755601, dob:**

INITIAL:

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

, **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

, **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**'atient Goals**

Patient to be ind in HEP--2 weeks--ongoing
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pf radidcular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 03/12/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 03/12/2021 at 1:33pm

**GARZA, LYNN (id #755601, dob:**
**Encounter Date: 03/10/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/10/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_1RX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| ***dextroamphetamine 30 mg tablet***<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 03/08/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none

**GARZA, LYNN (id #755601, dob:**

Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she was having increase in symptoms today but her battery had not charged and her pump was not on.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

**GARZA, LYNN (id #755601, dob:**

R grip 50
lbs

L grip 4 lbs

Exercise Flowsheet

| Exercise | 02/11/2021 | 02/25/2021 | 03/03/2021 | 03/10/2021 |
|---|---|---|---|---|
| UBE Level 1 | | | 6 min | 6 min |
| weight hold | | | | 3 min 5 lbs |
| hand gripper | 3 min | 3 min | 3 min | 3 min |
| t band intrinsic | | | | 3 min |
| stick bicep curls 2 lbs | | | | 3 min |
| wrist developer no weight or 1 lb | | | | 3 min |
| flexbar wrist flexor stretch | | | 3 min | 3 min |
| putty tabletop squeeze | 3 min | 3 min | 3 min | |
| Flexbar shake | | | 3 min | |
| flexbar supination | | | 3 min | |
| Heartflex | 3 min | 3 min | 3 min | |
| s/p alcohol bottle | 3 min | 3 min | | |
| power web ext stretch | 3 min | 3 min | | |
| bicep curls 1 lb | 3 min | 3 min | | |
| wrist PRE 1 lb or FB | 3 min | 3 min | | |
| foam roll with wrist flex/ext stretch | | | | |
| frisbee ball | | | | |
| putty intrinsic tool | | | | |
| constant force | | | | |
| mirror therapy | | | | |
| dowel press with large knob cervical unloading with hand gripper | | | | |
| rotate splint balls | | | | |
| putty RD/UD tool | | | | |
| wheel flex/ext PROM | | | | |
| weight lift 1 lb | | | | |
| small fuzzy ball pick up | | | | |
| jux a cisor | | | | |
| rubberband removal | | | | |

**GARZA, LYNN (id #755601, dob:**
MCP ext

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did have more increase in symptoms this session with stretching and due to patient goof functional PROM therapist deferred over stretching/PROM this session. Pt was able to tolerate increase in grip strengthening and overall UE strengthening.

**. Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/10/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/10/2021 at 11:46am

RP Date ID: Mar 5 2021

**GARZA, LYNN (id #755601, dob:**
**Encounter Date: 03/05/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/05/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 03/04/21 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet** | 03/04/21 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 03/04/21 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |

[illegible]

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 03/04/21 | filled |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 03/04/21 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020

**GARZA, LYNN (id #755601, dob:**

Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient states she was sore following her last session and needed to take a pain pill again in the pm. She took 1/4 of a mm relaxer prior to PT this morning. Currently reporting 8/10 pain in her arm today

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 | 03/05/2021 |
|---|---|---|
| MT | alt iso cspine, shoulder, gentle mobs, 35' | 20' alt iso cspine, shoulder, gentle mobs, 35' |
| cervical retraction w/ cuff | 3' | 3' |
| cuff with alt UE flexion | 3' | 3' |
| supine reverse codmans | | 10x alt ea, 2' |
| Seated Shoulder Flexion | next | 2' |
| laser assisted motion | all planes | cervical ROM, rot/diag/ext/flex, 1' ea |
| Unloaded scaption | next | 2.5#, 2' |
| unloaded/seated flex/ext | next | next |
| unloaded/seated rotation | next | next |

## Procedure Documentation

**97112: Neuromuscular Re-Education:** 18 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 8-22. See exercise log for specific activities. 18 minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

**GARZA, LYNN (id #755601, dob:**

Initiated visual/laser feedback today to improve awareness of cervical positioning/mobility. Felt the session was challenging but helpful. Continue to address poor postural proprioception

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30. Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis. cervical region

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11.00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 03/05/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, **PT** on 03/05/2021 at 1:11pm

**Encounter Date: 03/03/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 03/03/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM IRX - Member is eligible. details | | |

Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 12/23/2020)

**GARZA, LYNN (id #755601, dob:**

NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a good day.

## ROS

***Additionally reports:***

**Cardiovascular**
**Confirms: None**
***Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur***
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**

[illegible]

**GARZA, LYNN (id #755601, dob:**

**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 02/04/2021 | 02/11/2021 | 02/25/2021 | 03/03/2021 |
|---|---|---|---|---|
| UBE Level 1 | | | | 6 min |
| flexbar wrist flexor stretch | | | | 3 min |
| putty tabletop squeeze | | 3 min | 3 min | 3 min |
| hand gripper | | 3 min | 3 min | 3 min |
| Flexbar shake | | | | 3 min |
| flexbar supination | | | | 3 min |
| Heartflex | 3 min | 3 min | 3 min | 3 min |
| s/p alcohol bottle | | 3 min | 3 min | |
| power web ext stretch | | 3 min | 3 min | |
| bicep curls 1 lb | | 3 min | 3 min | |
| wrist PRE 1 lb or FB | | 3 min | 3 min | |
| foam roll with wrist flex/ext stretch | 3 min | | | |
| putty intrinsic tool | 3 min | | | |
| constant force | 3 min or rubberband | | | |
| dowel press with large knob cervical unloading with hand gripper | 3 min 3 min | | | |

**GARZA, LYNN (id #755601, dob:**

putty RD/UD tool 3 min

frisbee ball

mirror therapy

rotate splint balls

wheel flex/ext PROM

weight lift **1** lb

small fuzzy ball pick up

jux a cisor

rubberband removal MCP ext

## Procedure Documentation

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt does present this session with increased ability to tolerate PROM and thera ex with less report of pain and fatigue. Pt does continue with edema/soft tissue at medial/proximal elbow. Pt does continue with motivation to get better and work hard in therapy with new activities. Pt is aware of her symptoms and not over doing it with thera ex and at home.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression

**GARZA, LYNN (id #755601, dob:**

sleeve

**Discussion Notes**

Continue with current plan of care.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 03/03/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 03/03/2021 at 12:49pm

**Encounter Date: 02/26/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/26/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

None recorded.

Physical Therapy Episodes

Episode: cervical radiculopathy; 2/12/2021

Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

Medications

Medications not reviewed (last reviewed 12/23/2020)

**ALPRAZolam 0.5 mg tablet** 12/07/20 filled
5 mg.

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** 02/18/21 filled

**GARZA, LYNN (id #755601, dob:**
300 mg.

| | | |
|---|---|---|
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder |

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| | - Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

States this is a pretty good day but she did take a little bit of pain medication prior to coming

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

| Exercise | 02/26/2021 |
|---|---|
| MT | alt iso cspine, shoulder, gentle mobs, 35' |
| cervical retraction w/ cuff | 3' |
| cuff with alt UE flexion | 3' |
| unloaded/seated flex/ext | next |
| unloaded/seated rotation | next |
| laser assisted motion | all planes |
| Seated Shoulder Flexion | next |
| Unloaded scaption | next |

**GARZA, LYNN (id #755601, dob:**

## Procedure Documentation

**97112: Neuromuscular Re-Education:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 8-22. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of PROM, low level isometrics for bil rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

## Assessment / Plan

Generally good tolerance for todays program which consisted primarily of manually resisted, low level isometrics for c spine rotation and lateral sidebending as well as shoulder isometrics; was able to improve recruitment of the deep neck flexors with biocuff training

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 02/26/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 02/26/2021 at 1:46pm

**Encounter Date: 02/25/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/25/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

**GARZA, LYNN (id #755601, dob:**

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule** | 02/19/21 | filled |

TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME

**nortriptyline 50 mg capsule** 01/13/21 renewed
TAKE 1 CAPSULE BY MOUTH EVERY DAY

**ondansetron HCL 4 mg tablet** 01/21/21 filled
4 mg.

**spironolactone 50 mg tablet** 01/21/21 filled

**tiZANidine 4 mg tablet** 01/09/21 filled
take 1-2 tabs po qhs prn spasms

**traMADoL 50 mg tablet** 11/10/20 entered
50 mg.

**zolpidem 10 mg tablet** 12/12/20 filled
10 mg.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

RP Date ID: Feb 25 2021

**GARZA, LYNN (id #755601, dob:**

None recorded.

## HPI

Pt reports cold weather was bad for her symptoms but overall she still has good days and bad days. Pt did report she took pain pill.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 01/28/2021 | 02/04/2021 | 02/11/2021 | 02/25/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | 3 min | 3 min |
| hand gripper | | | 3 min | 3 min |
| putty tabletop squeeze | | | 3 min | 3 min |
| power web ext stretch | | | 3 min | 3 min |
| Heartflex | 3 min | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | 3 min | 3 min |

LG.LIN.0772

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| wrist PRE 1 lb or FB | | | 3 min | 3 min |
| foam roll with wrist flex/ext stretch | 3 min | 3 min | | |
| putty intrinsic tool | 3 min | 3 min | | |
| constant force | | 3 min or rubberband | | |
| dowel press with large knob cervical unloading with hand gripper | | 3 min 3 min | | |
| putty RD/UD tool | 3 min | 3 min | | |
| Dowel board comp/hook | | | | |
| frisbee ball | 3 min | | | |
| mirror therapy | | | | |
| pillow wrist ext stretch | | | | |
| rotate splint balls | 3 min | | | |
| wheel flex/ext PROM | | | | |
| weight lift 1 lb | | | | |
| small fuzzy ball pick up | | | | |
| jux a cisor | | | | |
| rubberband removal MCP ext | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist does note this session patient with coldness sensation to tips fo finger tips and mild discoloration to tips as well. Pt does continue with report of pain/guarding and muscle spasms with PROM but patient reports she notes stretching and PROM help. Pt did have better AROM with thera ex this session and was able tolerate increase in strength and vibratory input thera ex.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

**GARZA, LYNN (id #755601, dob:**

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**'atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Continue with current plan of care.

## Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/25/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/25/2021 at 12:20pm

**Encounter Date: 02/24/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/24/2021 09:00AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

follow-up

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet** | 11/10/20 | entered |

**GARZA, LYNN (id #755601, dob:**
50 mg.

**zolpidem 10 mg tablet** 12/12/20 filled
10 mg.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Asynchronous telemedicine visit. The patient still has pain in the left upper limb. She had an MRI scan of the left elbow that was unremarkable on 01/21/2020 because she has swelling in that area. She denies any progressive weakness or bowel or bladder changes. Still has pain in that area. It has improved a little bit. She was in occupational therapy. She reports Dr. Grewal sent her to physical therapy for her neck. She cut back nortriptyline from 75 to 25 mg because she felt like " serotonin syndrome." Still takes Lexapro and Wellbutrin. She wants to try gabapentin once again. She denies any bowel or bladder changes. She is status post spinal cord stimulator implant from Dr. Vardiman.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**

GARZA, LYNN (id #755601, dob:

Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance
**Musculoskeletal**
**Confirms: Muscle Weakness,Joint Pain,Limited range of motion,Night Pain**
**Denies:Muscle Aches,Back Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**
**Reveals neck and left upper limb pain.**

## Physical Exam

None recorded.

## Exercise Flowsheet

None recorded.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post spinal cord stimulator implant with ongoing neuropathic pain. It got worse with cold weather and also the stress of not just the pandemic, but also the lack of water and heat during that 1 week of time.

PLAN
At this point, I told her to stay through the course. She is seeing a pain psychologist. I gave her the name of psychiatrist. She has been seeing 1 via Zoom in Kansas City.

At this point in time, the patient will continue with her current medication regimen, like gabapentin 300 mg at night and it is increased to 600 mg after a week. Drug risks and interactions were discussed. Questions answered. She will call if she gets worse in the meantime. Hopefully, the physical therapy will help.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 300 mg capsule - 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 02/25/2021.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 02/25/2021 at 8:40am

**Encounter Date: 02/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/12/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO) Insurance # : YBC05K020697 | | |

RP Date ID: Feb 12 2021

**GARZA, LYNN (id #755601, dob:**

Policy/Group # : 10825000
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule.extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days | 01/17/21 | filled |

LG.LIN.0778

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

**GARZA, LYNN (id #755601, dob:**

None recorded.

## HPI

Patient reports a long standing history of pain involving her neck and right UE. She has had multiple right UE surgeres over the past several years including an open fasciotomy and scar revision/carpal tunnel release. She developed swelling after this and much later was found to have a small blood clot in the upper arm. Has been taking aspirin x 1 year but no change in swelling. She was slso diagnosed with CRPS and received a spinal cord stimulator last September. No reported improvement in arm pain after that and perceives a worsening of the neck pain and stiffness since then. Reports avg level of pain 6-7/10 even with pain medication and mm relaxers. This is reported to be in the post-lat cervical region, scapular region and down the left arm into all fingers. Denies numbness/tingling. Most recent cervical MRI was performed in 2019 and showed severe C5-6 end plate changes with severe central and bil NF stenosis. She has some discomfort ant tightness in the right cervical region but this is not reported to be significant. States she gets fairly regular headaches (4-5x/week) that starts behind her left eye and also occurs in the back of the head.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Cervical Spine:**Active Range of Motion: **side bending right (26 deg.) (incoordinated)** and **left (24 deg.) (w/pain/incoordination)**, **rotation** left **(47 deg.)** and **right (23 deg.)**, and **flexion (30 deg.) (w/ pain)** and **extension (20 deg.) (w/ ataxic movement)**.

INITIAL:

Posture: bil scapular protraction and depression esp on the left

**GARZA, LYNN (id #755601, dob:**

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 02/12/2021 |
|---|---|
| MT | c-spine ROM, STM, gentle mobs |
| seated ball roll outs | |
| modified open books | |
| supine retraction | |
| unloaded rotation | |
| SB with rotation | |
| rotation with flexion | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 10 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibilty. Includes instruction in HEP designed to improved postural awareness and cervical ROM. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 12 minutes

The patient received manual therapy consisting of attempted gentle SO release/distraction, PROM, low level neutral isometrics for bil rotation and sidebending

**97162 PT Eval - Moderate:**

Physical Therapy Evaluation: moderate complexity was performed.

## Assessment / Plan

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6

**GARZA, LYNN (id #755601, dob:**

weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

. **Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

. **Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**'atient Goals**

Patient to be ind in HEP--2 weeks
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks
Patient to report elimination of 50% pf radidcular s/s--4 weeks
Patient to demo cervical rotation to at least 60 deg bil--6 weeks
Patient to demo an improvement in NDI score to < 40% disability--6 weeks

## Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 02/16/2021 at 05:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - MEDICARE at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 02/12/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 02/12/2021 at 4:30pm

**Encounter Date: 02/11/2021**

Patient

**Name** GARZA, LYNN (48yo, F) ID# 755601 **Appt. Date/Time** 02/11/2021 10:30AM

RP Date ID: Feb 11 2021

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasol 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

**GARZA, LYNN (id #755601, dob:**

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression. **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

**OT Daily Progress Note**
Reported by patient.
How are you feeling? fluctuates, patient has noted improvements with therapy but at todays re-evaluation session she had worse symptoms due to not taking pain pill and cold weather.
Severity: rest 8/10; activity 9/10; location: **(from upper mid arm down to fingertips)**
Function: ADLs limited (**Quick Dash 86 %**); Pt reports she tries every day to use her L hand as normal as possible. Pt reports she is able to write a little more with her hand but does fatigue easily. Pt reports her mornings are better than afternoon. Pt continues to report severe limitations with daily ADL's such as opening containers, fine motor activities, performing house hold chores and inability to work.
Previous OT Session: helping

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Hands and Digits**:Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar**

[illegible]

**GARZA, LYNN (id #755601, dob:**

Thumb Left: **active opposition (1.5 cm).** Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow)**; **WC:** 13.1 cm
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1 cm.** Left AROM: **flexion (56 deg.), extension (35 more pain this session deg.), pronation (90 deg.), supination (90 deg.), radial deviation (5 deg.),** and **ulnar deviation (8 deg.)**; **LE wrist ext was 64.**

Exercise Flowsheet

| Exercise | 01/22/2021 | 01/28/2021 | 02/04/2021 | 02/11/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | | 3 min |
| hand gripper | | | | 3 min |
| putty tabletop squeeze | | | | 3 min |
| power web ext stretch | | | | 3 min |
| Heartflex | | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | | 3 min |
| wrist PRE 1 lb or FB | | | | 3 min |
| foam roll with wrist flex/ext stretch | | 3 min | 3 min | |
| putty intrinsic tool | | 3 min | 3 min | |
| constant force | | | 3 min or rubberband | |
| dowel press with large knob cervical unloading with hand gripper | | | 3 min 3 min | |
| putty RD/UD tool | | 3 min | 3 min | |
| frisbee ball | | 3 min | | |
| mirror therapy | 6 min | | | |
| rotate splint balls | | 3 min | | |
| wheel flex/ext PROM | 3 min | | | |
| weight lift 1 lb | 3 min | | | |
| small fuzzy ball pick up | 3 min | | | |
| jux a cisor | 3 min | | | |
| rubberband removal MCP ext | 3 min | | | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

LG.LIN.0786

[illegible]

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
*Re-evaluation of occupational therapy established plan of care, requiring three components was performed.*

## Assessment / Plan

Pt presents to OT for re-evalaution with mild decrease in edema. Therapist and patient did note increase in edema at mid proximal forearm at end of session. Pt presents with continued moderate scar adhesions with decreased redness/irritation, mild decrease in severe scar sensitivity, and increased AROM to wrist/thumb and digits expect wrist ext patient had decreased measurement due to increase in pain and cold weather this session. Pt scores a 86 % on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe pain this session due to weather and no pain pill. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, *scar mobs, mirror therapy, increase wrist/digit/thumb* AROM, *progression to PROM/strengthening, muscular re-education and* decrease symptoms with use to increase I with ADL'

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**'atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/11/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT

RP Date ID: Feb 4 2021

**GARZA, LYNN (id #755601, dob:**

Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/11/2021 at 12:32pm

**Encounter Date: 02/04/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/04/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo** | 01/21/21 | filled |

**GARZA, LYNN (id #755601, dob:**

20 mg/ml.

| | | |
|---|---|---|
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis coloring

RP Date ID: Feb 4 2021

**GARZA, LYNN (id #755601, dob:**

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

Pt reports today is a good day.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/12/2021 | 01/22/2021 | 01/28/2021 | 02/04/2021 |
|---|---|---|---|---|

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| foam roll with wrist flex/ext stretch | | | 3 min | 3 min |
| putty intrinsic tool | | | 3 min | 3 min |
| Heartflex | | | 3 min | 3 min |
| constant force | | | | 3 min or rubberband |
| dowel press with large knob cervical unloading with hand gripper | | | | 3 min 3 min |
| putty RD/UD tool | | | 3 min | 3 min |
| frisbee ball | | | 3 min | |
| mirror therapy | 6 min | 6 min | | |
| rotate splint balls | | | 3 min | |
| wheel flex/ext PROM | 3 min | 3 min | | |
| weight lift 1 lb | 3 min | 3 min | | |
| small fuzzy ball pick up | 3 min | 3 min | | |
| jux a cisor | 3 min | 3 min | | |
| rubberband removal MCP ext | 3 min | 3 min | | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation next session. Pt did make progress this session with desensitization and strengthening with decrease in report of pain. Therapist did note decrease muscle shaky and changes in scar color. Therapist will progress patient at next session with strengthening, while monitoring symptoms.

**. Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

RP Date ID: Feb 4 2021

[illegible]

**GARZA, LYNN (id #755601, dob:**

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/04/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/04/2021 at 12:45pm

**Encounter Date: 01/28/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/28/2021 02:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

**GARZA, LYNN (id #755601, dob:**
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tIZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

**GARZA, LYNN (id #755601, dob:**

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a bad day and the afternoons are bad.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**

**GARZA, LYNN (id #755601, dob:**

**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 | 01/22/2021 | 01/28/2021 |
|---|---|---|---|---|
| frisbee ball | | | | 3 min |
| foam roll with wrist flex/ext stretch | | | | 3 min |
| putty intrinsic tool | | | | 3 min |
| Heartflex | | | | 3 min |
| putty RD/UD tool | | | | 3 min |
| rotate splint balls | | | | 3 min |
| mirror therapy | | 6 min | 6 min | |
| wheel flex/ext PROM | | 3 min | 3 min | |
| weight lift 1 lb | | 3 min | 3 min | |
| small fuzzy ball pick up | | 3 min | 3 min | |
| jux a cisor | | 3 min | 3 min | |
| rubberband removal MCP ext | | 3 min | 3 min | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

## Procedure Documentation

**GARZA, LYNN (id #755601, dob:**

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist does note patient with increased symptoms this session. Pt had more fatigue, muscle guarding, shakiness with thera ex and over all increase in sympathetic symptoms. Pt was able to progress with thera ex this session and worked hard on completing thera ex.

. **Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/28/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/28/2021 at 3:40pm

**Encounter Date: 01/22/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/22/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |

RP Date ID: Jan 22 2021

**GARZA, LYNN (id #755601, dob:**

**Insurance** Med Primary: BCBS-TX (PPO)
Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: OPTUM_IRX - Member is eligible. details

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 filled |
| **methocarbamoL 500 mg tablet**<br>500 mg | 11/10/20 entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**

**GARZA, LYNN (id #755601, dob:**

Thyroid Disease: Y

## Screening

None recorded.

## HPI

Pt reports her arm is feeling ok, she took her pain meds.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 | 01/22/2021 |
|---|---|---|---|
| mirror therapy | | 6 min | 6 min |
| wheel flex/ext PROM | | 3 min | 3 min |
| weight lift 1 lb | | 3 min | 3 min |
| small fuzzy ball pick up | | 3 min | 3 min |

| | | |
|---|---|---|
| rubberband removal MCP ext | 3 min | 3 min |
| Dowel board comp/hook | | |
| pillow wrist ext stretch | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

**. Complex regional pain syndrome of upper limb -**

Pt showed good improvements this session with ability to tolerate thera ex and PROM this session. Pt continue with proprioceptive deficits to L UE but has made improvements with assessment and awareness of her L UE in space. Pt continues with motor learning control deficits but is making progress. Pt had MRI yesterday and results are in athena net.

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 02:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

**GARZA, LYNN (id #755601, dob:**

Encounter Sign-Off
Encounter signed-off by Andrea Fisher, OT, CHT, 01/22/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/22/2021 at 11:16am

**Encounter Date: 01/12/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/12/2021 02:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160. Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 12/17/20 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet** | 11/23/20 | filled |

GARZA, LYNN (id #755601, dob:

TAKE 1 TABLET BY MOUTH THREE TIMES A DAY

**ketoconazole 2 % shampoo** 11/10/20 entered
20 mgml.

**levothyroxine 100 mcg tablet** 12/22/20 filled
1 mg.

**methocarbamoL 500 mg tablet** 11/10/20 entered
500 mg.

**nortriptyline 25 mg capsule** 12/21/20 filled
Take 1 capsule(s) every day by oral route at bedtime for 90 days.

**nortriptyline 50 mg capsule** 12/17/20 filled
50 mg.

**ondansetron HCL 4 mg tablet** 11/10/20 entered
4 mg.

**tiZANidine 4 mg tablet** 01/09/21 filled
take 1-2 tabs po qhs prn spasms

**traMADoL 50 mg tablet** 11/10/20 entered
50 mg.

**zolpidem 10 mg tablet** 12/12/20 filled
10 mg.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

**GARZA, LYNN (id #755601, dob:**

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
*Upper Extremity Surgery - 04/2019*

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her arm is doing ok but she had to take pain meds, and weather has been bothering her.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
***Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating***
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 |
|---|---|---|
| mirror therapy | | 6 min |

LG LIN 0803

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| wheel flex/ext PROM | 3 min |
| weight lift 1 lb | 3 min |
| small fuzzy ball pick up | 3 min |
| jux a cisor | 3 min |
| rubberband removal MCP ext | 3 min |
| Dowel board comp/hook | |
| pillow wrist ext stretch | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did tolerate gentle PROM this session but does require frequent re positioning breaks and has severe discomfort. Pt has full digit and wrist PROM but has guarding during PROM. Pt was able to tolerate AROM thera ex and light strengthening this session but required rest breaks.

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**'atient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**'atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Continue with current plan of care.

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 08:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/13/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/13/2021 at 7:16am

**Encounter Date: 01/06/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/06/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 12/17/20 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 11/10/20 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 12/22/20 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 12/21/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 12/17/20 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 11/10/20 | entered |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms<br>**Note:** PRN SPASMS | 12/23/20 | prescribed |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Problems not reviewed (last reviewed 12/23/2020)
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker

**GARZA, LYNN (id #755601, dob:**

Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

**OT Wrist/Hand**
Reported by
patient.
Hand Dominance: left
Location: left
Quality: aching; burning; throbbing; sharp; constant
Severity: pain level 8/10; at time of evaluation 8/10 pain
pain at best 7/10
Duration: date of onset: (**congential band birth defect**)
Alleviating Factors: NSAIDS; narcotics; rest; sometimes nothing
Aggravating Factors: movement; rest
Associated Symptoms:**weakness; swelling**
Previous Surgery: date: (**1/2018,4/19/19**
**SCS 9/24/20**)
Prior Studies: x ray; MRI
Working: not working; Pt is off work (patient is a NP)
Notes:

Quick Dash 79 %

Pt reports severe deficits with handwriting, opening containers, cutting food, grooming, performing house hold chores, dressing and driving. Pt reports on a good day she is able to hold toothbrush for 30-45 seconds and can write but its messy.

Pt PLOF was I with ADL's

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**

**GARZA, LYNN (id #755601, dob:**

**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**

**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**

**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**

**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**

**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**

**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**

**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Hands and Digits:**Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar.** Thumb Left: **active opposition (3.0 cm).** Index Finger Left: distance to DPC: 5.0 cm. Long Finger Left: distance to DPC: 5.0 cm. Ring Finger Left: distance to DPC: 5.0 cm. Small Finger Left: distance to DPC: 5.0 cm.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.4 cm**
**Mid forearm: 21.4 cm**
**mid proximal arm 23.5 cm.** Left AROM: **flexion (20 deg.)**, **extension (64 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (8 deg.)**.

## Exercise Flowsheet

| Exercise | 01/06/2021 |
|---|---|
| mirror therapy | |
| wheel flex/ext PROM | |
| Dowel board comp/hook | |
| jux a cisor | |
| small fuzzy ball pick up | |
| pillow wrist ext stretch | |

## Procedure Documentation

**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

## Assessment / Plan

Pt presents to OT post op SCS implant by Dr Grewal. Pt has had multiple surgeries related to compartment syndrome for congential amniotic band from birth. Pt is under pain management care of Dr Brenman. Pt presents with moderate edema at ulnar elbow, severe-moderate scar adhesions, severe scar sensitivity, and decreased AROM to wrist/thumb and digits. Pt scores a 79.5 LG.LIN,0808

**GARZA, LYNN (id #755601, dob:**

% on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe constant pain but does report [illegible] % relief of pain from SCS. Pt reports she continues with skin and temperature changes to L UE. Pt was educated on HEP, use of compression sleeves and continued precautions per MD orders. Pt will benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase I with ADL'

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/12/2021 at 02:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/14/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/06/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/06/2021 at 12:32pm

**GARZA, LYNN (id #755601, dob:**

## Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | GARZA, LYNN |
| Sex | F |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | Med Primary: MEDICARE-TX (MEDICARE)<br>Insurance # : 8JX7PW8TP58<br>Med Secondary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: check now |
| Default Pharmacy | CVS/PHARMACY #7341 (ERX)<br>9285 CULEBRA AVE<br>SAN ANTONIO<br>TX 78251<br>Ph (210) 521-5335<br>Fax (210) 647-5119 |
| Preferred Lab | LABCORP<br>6603 FIRSTPARK TEN BLVD<br>SAN ANTONIO<br>Ph (210) 735-9461 |

**Height / Weight / BMI / BP**

| | |
|---|---|
| Height | 5 ft 2 in 07/22/2021 |
| Weight | 161 lbs 07/22/2021 |
| BMI | 29.4 07/22/2021 |
| Blood Pressure | 151 / 105 07/22/2021 |

**Problems**
No known problems

**Surgical History**
Upper Extremity Surgery - 04/2019

**Medications**

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>9 mgactuat. | 07/22/21 | entered |
| **amoxicillin 500 mg capsule**<br>500 mg. | 07/22/21 | entered |
| **atorvastatin 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 07/22/21 | entered |
| **clobetasol. 0.05 % scalp solution**<br>5 mgml. | 07/22/21 | entered |

LG.LIN.0810

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 07/22/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>125 mg. | 07/22/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 07/22/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 07/22/21 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/22/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 07/22/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 07/22/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 07/22/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 07/22/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **metFORMIN 1,000 mg tablet**<br>1000 mg. | 07/22/21 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 07/22/21 | entered |

## GARZA, LYNN (id #755601, dob:

| | | |
|---|---|---|
| **Neurontin 600 mg tablet**<br>take 3 tabs for 1 week then 4 po qhs to follow | 07/22/21 | prescribed |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 07/22/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 07/22/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 07/22/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 07/22/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

**Vaccines**

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose | 03/17/21 | 0.3 mL | | | | EP7534 | Other manufacturer | | | | |

**Allergies / Adverse Reactions**

NKDA

**Past Medical History**

| | | | |
|---|---|---|---|
| Carpal tunnel release | Y | Thyroid Disease | Y |
| Depression | Y | | |

**Social History**
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
How many years have you smoked tobacco?: 0
How much tobacco do you smoke?: None
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 07/22/2021
**Other**
Marital status: Married
**Ortho - TSAOG**
Do you drink alcohol?: Never or Rare
Drug Use: Never
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring
**Gender Identity and LGBTQ Identity**

**GARZA, LYNN (id #755601, dob: /**

**Family History**

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | Depressive disorder |

**GYN History**
None recorded.

**Patient History - Other**
None recorded.

**Past Pregnancies**
None recorded.

**Obstetric History**
None recorded.

**Screening**

| | | |
|---|---|---|
| DASH | 82 | 08/17/2021 |
| Oswestry Disability Index | 80 | 07/31/2020 |
| Neck Disability | 72 | 07/02/2020 |
| PHQ-2/PHQ-9 | 6 | 12/02/2019 |
| Opioid Risk | 0 | 12/02/2019 |

## Imaging Results

[illegible]

GARZA, LYNN (id #755601, dob:
PROMIS29 (#22157382, Final, 06/24/2021 4:47pm)

Lynn Garza [illegible]
D.O.B. MRN [illegible] Date [illegible]

## PATIENT ASSESSMENT SUMMARY

**NDI**
41/50 – [illegible]

## PROMIS-29 SUMMARY

| Global Pain | Pain Impact Score |
|---|---|
| 8/10 – [illegible] | 40/50 – [illegible] |

## PROMIS SYMPTOM DOMAINS

[illegible]

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Pain Interference | 76 | Severe | 99% |
| Anxiety | 54 | [illegible] | [illegible] |
| Depression | 56 | [illegible] | [illegible] |
| Fatigue | 65 | [illegible] | [illegible] |
| Sleep Disturbance | 69 | Moderate | 97% |

## PROMIS FUNCTION DOMAINS

[illegible]

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Physical Function | 38 | [illegible] | [illegible] |
| Social Participation | 32 | Moderate | 3% |

LG.LIN.0814

RP Date ID: Jun 24 2021

**GARZA, LYNN (id #755601, dob:**

## ASSESSMENT HISTORY

History of assessments taken.




## PROMIS SYMPTOM DOMAINS

Lower percentiles indicate less symptom severity.









RP Date ID: Jun 24 2021

**GARZA, LYNN (id #755601, dob: (**

**PROMIS FUNCTION DOMAINS**

Higher percentiles indicate greater social participation/physical function




LG.LIN.0816

**GARZA, LYNN (id #755601, dob: (**
NDI (#22157379, Final, 06/24/2021 4:47pm)

Neck Disability Index

**TSAOG**

Neck Disability Index

Total Score

**41 / 50**

Complete



LG.LIN.0817

RP Date ID: May 17 2021

**GARZA, LYNN (id #755601, dob:**

PROMIS29 (#21776844, Final, 05/17/2021 2:42pm)

Lynn Garza

TSAOS

**D.O.B.** **MRN** [illegible] **Date** [illegible]

| Global Pain | Pain Impact | Opioid Risk Tool |
|---|---|---|
| **7/10 -** [illegible] | **34/50 -** [illegible] | **3/28 -** [illegible] |
| VAS | | [illegible] |
| **80/100 -** [illegible] | | |

PROMIS ASSESSMENTS

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Anxiety | 47.91 | [illegible] | [illegible] |
| Depression | 53.23 | [illegible] | [illegible] |
| Fatigue | 66.82 | [illegible] | [illegible] |
| Pain Interference | 69.41 | [illegible] | [illegible] |
| Physical Function | 40.27 | [illegible] | [illegible] |
| Sleep Disturbance | 73.3 | Severe | [illegible] |
| Social Participation | 31.64 | Moderate | [illegible] |





LG.LIN.0818

Liberty/Garza 1115

**GARZA, LYNN (id #755601, dob:**
VAS (#21776842, Final, 05/17/2021 2:41pm)

Visual Analogue Scale

TSAOG

Visual Analogue Scale

VAS

Total Score

**80 / 100**

LG.LIN.0820

**GARZA, LYNN (id #755601, dob:**

ORT (#21776841, Final, 05/17/2021 2:41pm)

Opioid Risk Tool

**TSAOG**

Total Score

**3 / 26**

Low Risk

[illegible]

**GARZA, LYNN (id #755601, dob:**

## MRI CERVICAL SPINE (#21635596, Final, 04/28/2021 2:51pm)

CLINICAL INFORMATION

Left upper extremity complex regional pain syndrome, mild facial pain, cervical radiculopathy. Cervical spinal cord stimulator implant. Evaluate for cervical stenosis.

COMPARISON

Cervical spine MRI 10.02/2019 and radiographs 10/21/2020.

CONTRAST

Without contrast.

TECHNIQUE

Cervical spine MRI was performed at 1.5 Tesla using metal artifact reduction protocol including sagittal T1, T2, STIR, coronal T2, axial T2 and MERGE sequences.

FINDINGS

The craniocervical junction is normal. Structures of the posterior fossa are unremarkable. No intradural or extradural mass lesions identified. The spinal cord is normal in signal intensity and morphology. No paraspinal masses or fluid collections. Lung apices are unremarkable.

There are postsurgical changes of posterior decompression at C5-C6 and C6-C7, with no evidence of complications. No fluid collection or soft tissue mass identified in the surgical bed. Height and configuration of the cervical vertebral bodies is normal. There is straightening and mild reversal of the cervical lordosis centered about C5-C6, increased compared to previous MRI. Anteroposterior alignment is maintained. There is mild left convex cervical curvature. No bone marrow signal intensity abnormality, acute fracture or aggressive osseous lesions identified. There is multilevel disc desiccation and disc space narrowing most prominent at C5 C6. Modic type 2 discogenic endplate changes are present at C5-C6 with no bone marrow edema. The cervical spinal canal measures 12 mm AP at the central aspect of C4. There is spinal cord stimulator device within the right left posterior aspect of the spinal canal at C3 through C6, with no adjacent fluid collection or intradural/extradural mass effect.

C2-C3: Normal disc contour and mild left facet arthrosis. No central or foraminal stenosis.

C3-C4: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C4-C5: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C5-C6: Postsurgical changes of posterior decompression. Circumferential disc osteophyte complex, bilateral uncovertebral hypertrophy and mild bilateral facet arthrosis. Mild central canal stenosis (9 mm AP) with flattening but no compression or signal change of the spinal cord. Mild left neural foraminal stenosis. No right foraminal stenosis.

C6-C7: Circumferential disc bulge and postsurgical changes of posterior decompression with normal facet joints. Mild central canal stenosis (9 mm AP) with no compression or signal change of the spinal cord. No foraminal stenosis.

C7-T1: Normal disc contour and normal facet joints. No central or foraminal stenosis.

Visualized upper thoracic segments are within normal limits.

IMPRESSION
1. Cervical spine MRI demonstrates postsurgical changes posterior decompression at C5 C6 and C6-C7 with no MRI evidence or complications.

[illegible]

**GARZA, LYNN (id #755601, dob:**

2. Multilevel spondylosis most prominent at C5-C6, with interval increased focal kyphosis and Modic type 2 discogenic endplate changes at C5-C6.
3. Left convex cervical curvature is unchanged compared to prior MRI, scoliosis versus related to muscle spasm.
4. At C5-C6 there is mild central canal stenosis with flattening but no compression or signal change of the spinal cord. Mild left neural foraminal stenosis.
5. At C6-C7 there is mild central canal stenosis with no compression or signal change of the spinal cord. No foraminal stenosis.

THIS REPORT WAS ELECTRONICALLY SIGNED

Andres Rahal, MD
Board Certified, Musculoskeletal Radiologist

APPROVAL DATE 05/02/2021

**GARZA, LYNN (id #755601, dob:**

NDI (#21317751, Final, 03/31/2021 1:24pm)

Neck Disability Index

**TSAOG**

Neck Disability Index

Total Score

**35 / 50**

Severe



**GARZA, LYNN (id #755601, dob:**

## MRI LEFT ELBOW (#20732447, Final, 01/21/2021 11:30am)

CLINICAL INFORMATION

Medial and lateral left elbow pain with history of complex regional pain syndrome.

COMPARISON

None.

CONTRAST

None.

TECHNIQUE

MR imaging of the left elbow was performed, including the following pulse sequences: Coronal PD, coronal PD with fat saturation, axial PD, axial STIR, sagittal T1, sagittal PD with fat saturation.

FINDINGS

BICEPS/TRICEPS/BRACHIALIS: The insertions of the biceps, triceps, and brachialis appear intact.

MEDIAL ELBOW: The anterior band of the ulnar collateral ligament appears intact. The common flexor tendon origin onto the medial epicondyle appears intact.

LATERAL ELBOW: The radial collateral ligament and the lateral ulnar collateral ligament appear unremarkable. The common extensor tendon origin onto the lateral epicondyle appears intact.

OSSEOUS STRUCTURES AND ARTICULAR SURFACES: The regional osseous structures show normal marrow signal intensity. Osseous alignment appears maintained. No chondral lesions or loose bodies are seen.

MISCELLANEOUS: There is no significant elbow joint effusion or evidence of bursa formation around the elbow. Normal signal intensity and volume are seen in the regional muscles. Neurovascular structures appear intact. No cystic or solid mass lesions are seen.

IMPRESSION
1. Unremarkable MRI of the left elbow.

THIS REPORT WAS ELECTRONICALLY SIGNED

Anita Rich, MD
Board Certified, Musculoskeletal Radiologist

## Medication List

| | | |
|---|---|---|
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>9 mgactual. | 07/22/21 | entered |
| **amoxicillin 500 mg capsule**<br>500 mg. | 07/22/21 | entered |
| **atorvastatin 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 07/22/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 07/22/21 | entered |
| **dexAMETHasone 4 mg tablet** | 06/19/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/22/21 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 07/22/21 | entered |
| **doxycycline hyclate 100 mg tablet** | 06/15/21 | filled |
| **ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule**<br>125 mg. | 07/22/21 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/22/21 | entered |
| **eszopiclone 3 mg tablet**<br>3 mg. | 07/22/21 | entered |
| **gabapentin 300 mg capsule**<br>300 mg. | 07/22/21 | entered |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 07/22/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 07/22/21 | entered |
| **ibuprofen 400 mg tablet**<br>400 mg. | 07/22/21 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 06/10/21 | entered |
| **Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen**<br>100 untml. | 07/22/21 | entered |
| **Lantus U-100 Insulin 100 unit/mL subcutaneous solution** | 06/16/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 06/10/21 | entered |
| **levothyroxine 125 mcg tablet**<br>125 mg. | 07/22/21 | entered |
| **LORazepam 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **metFORMIN 1,000 mg tablet**<br>1000 mg. | 07/22/21 | entered |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **methocarbamoL 500 mg tablet**<br>500 mg. | 07/22/21 | entered |
| **Neurontin 600 mg tablet**<br>take 3 tabs for 1 week then 4 po qhs to follow | 07/22/21 | prescribed |
| **nortriptyline 25 mg capsule**<br>25 mg. | 06/10/21 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/26/21 | filled |
| **Novofine 32 32 gauge x 1/4" needle** | 04/07/21 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 07/22/21 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 07/22/21 | entered |
| **tiZANidine 4 mg tablet**<br>4 mg. | 07/22/21 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 07/22/21 | entered |
| **triazolam 0.25 mg tablet** | 04/21/21 | filled |
| **Xanax 0.5 mg tablet**<br>5 mg. | 07/22/21 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 06/10/21 | entered |

## Physician Authorizations

[illegible]

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151, SUITE 130, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDICAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22275002-H-94]

GARZA, LYNN (id #755601, dob:

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 07/07/2021

RE: Lynn Garza, DOB , PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

None recorded
07/07/2021 - 10:30AM - WESTOVER HILLS PHYSICAL THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 2
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

States she has been doing OK. Actually went on a cruise for 7 days which was nice. But she did not exercise while she was gone but pain was not terrible but her active rotation remains limited. She is not really driving (for multiple reasons) but she does not trust herself. Neck pain is still less than her arm but still grades it at 6/10 on average, which she thinks is better.

PHYSICAL EXAM

Patient is a 40-year old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (36 deg.)** (**prior 40, initial 26, incoordinated**) and **left (40 deg.)** (**prior 42/36, initial w/pain/incoordination**); **rotation left (72 deg.)** (**prior 56/48, initial 47**) and **right (58 deg.)** (**prior 55/48, initial 23**); and **flexion (50 deg.)** (**prior 52/38, initial 30 w/ pain**) and **extension (40 deg.)** (**prior 42/46, initial 20 w/ ataxic movement**)

CURRENT: 7/6/2021:

Outcome measure/NDI: 52%

**GARZA, LYNN (id #755601, dob:**

PN - 6/3/2021:

OH reach, left: 165 with fair quality

UE strength strength left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI -62%

INITIAL:

Outcome Measure/NDI: 82% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:**

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. 0 minutes of one on one time.

**97140: Manual Therapy:** 25 minutes

The patient received manual therapy consisting of AArom w/end range isometric hold for cervical rotation, PA thoracic mobs and reassessment time

CLINICAL PROGRESS

| | 07/07/2021 | 06/03/2021 | 04/29/2021 |
|---|---|---|---|
| Physical Exam | | | |
| Cervical Spine | | | |
| Active Range of Motion | • **extension (40 deg.)** (prior 42/46, initial 20 w/ ataxic movement)<br>• **flexion (50 deg.)** (prior 52/38, initial 30 w/ pain)<br>• **rotation left (72 deg.)** (prior 56/48, initial 47)<br>• **rotation right (58 deg.)** (prior 55/48, initial 23)<br>• **side bending left (40 deg.)** (prior 42/36, initial w/pain/incoordination)<br>• **side bending right (35 deg.)** (prior 40, initial 26, incoordinated) | • **extension (46 deg.)** (prior 42, initial 20 w/ ataxic movement)<br>• **flexion (38 deg.)** (prior 52, initial 30 w/ pain)<br>• **rotation left (48 deg.)** (prior 56, initial 47)<br>• **rotation right (48 deg.)** (prior 55, initial 23)<br>• **side bending left (36 deg.)** (prior 42, initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (prior 40, initial 26, incoordinated) | • **extension (42 deg.)** (initial 20 w/ ataxic movement)<br>• **flexion (52 deg.)** (initial 30 w/ pain)<br>• **rotation left (56 deg.)** (initial 47)<br>• **rotation right (55 deg.)** (initial 23)<br>• **side bending left (42 deg.)** (initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (initial 26, incoordinated) |

ASSESSMENT/PLAN

CURRENT: 7/6/2021: Ms. Garza has been seen for 11 total visits over 5 months. She has averaged 2 visits/month. Both subjectively and objectively her measures have waxed and waned. Currently, her cervical rotation ROM measures are improved but with significant cognitive focusing, and verbal cueing. She continues to demonstrate deficits in proprioceptive and kinesthetic awareness in the cervical spine. This has been addressed in the clinic and she was encouraged to continue to work on it at home as well, using mirror visual feedback to assist. It was agreed that we would continue for one additional month of PT at her usual frequency of attendance (2x/month or every other week) to try to achieve more consistent subjective and objective measures. Given her history and comorbidities, pain free functional mobility is unlikely.

PN: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by

**GARZA, LYNN (id #755601, dob:**

numerous psychosocial factors and recent personal stressors. She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 7 visits.

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**
Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% of radicular sx--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--MET today (58-60 right and 72 left)
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 29% to 62%)

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/12/2021 at 08:30 AM
- Prabhdeep Grewal, MD for FOLLOW UP 10 at RIDGEWOOD ORTHOPAEDIC OFFICE on 07/13/2021 at 09:50 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

Frequency

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 07/07/2021 at 04:23:38 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

ANDREA FISHER, OT, CHT
11212 State HWY 151, SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5504
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
150 E SONTERRA BLVD, SAN ANTONIO, TX 78258
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. (ID:22113249-H-94)

GARZA, LYNN (id #755601, dob:

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 State HWY 151 Suite 150
SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 06/21/2021

RE: Lynn Garza, DOB:                PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

NEW PATIENT PRESENT TODAY FOR HAND PAIN
06/21/2021 - 10:30AM - WESTOVER HILLS HAND THERAPY

SOCIAL HISTORY:

Social History not reviewed (last reviewed 06/09/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

**OT Daily Progress Note**

Reported by patient

How are you feeling? same **(pain/stiffness pain/stretching pain)**. patient does note improvements with ability to move her wrist more and is continuing to note improvements with functional use of arm with therapy.
Severity: activity 8-9/10
Function: ADLs limited (**Quick Dash 90 %**); Pt continues to report inability to open containers, perform heavy house hold chores, wash her back and requires rest breaks with activities such as coloring/writing. Pt still reports severe limitations with daily ADLs
Previous OT Session: helping
Work: Pt is off duty

PHYSICAL EXAM

Patient is a 49 year old female.

**Hands and Digits:**

**GARZA, LYNN (id #755601, dob:**

Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left: **active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 9 lbs.

**Special Tests:**

Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**

Left Wrist Inspection: **swelling (ulnar elbow)**. Left AROM: **flexion (75 deg.)**, **extension (50 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

PROCEDURE DOCUMENTATION:

**97110: Therapeutic Exercise:** 24 minutes

The patient performed 23-37 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings, minutes of one on one time.

**97168 OT Re-Eval:**

Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

CLINICAL PROGRESS

| | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| HPI | | | |
| HPI: | | | |
| Duration: | | | |
| Severity: | • activity 8-9/10 | • activity 9/10<br>• location: (from upper mid arm down to fingertips)<br>• rest 8/10 | • activity 9/10<br>• location: (from upper mid arm down to fingertips)<br>• rest 8/10 |
| Physical Exam | | | |
| Hands and Digits | | | |
| Index Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Long Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Ring Finger Left: | • distance to DPC: 0.5 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Small Finger Left: | • distance to DPC: 0.5 cm | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm |
| Strength Left: | • grip 9 lbs | • grip 4 lbs | |
| Strength Right: | • grip 58 lbs | • grip 60 lbs | |
| Thumb Left: | • **active opposition (0.5 cm)** | • **active opposition (0.5 cm)** | • **active opposition (1.5 cm)** |
| Special Tests | | | |
| Sensation Left: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31 | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31 | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31 |

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| | • Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 | • Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 2.61 | • Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrist: | | | |
| Left AROM: | **• extension (50 deg.)**<br>**• flexion (75 deg.)**<br>**• pronation (90 deg.)**<br>**• radial deviation (10 deg.)**<br>**• supination (90 deg.)**<br>**• ulnar deviation (15 deg.)** | **• extension (45 deg.)**<br>**• flexion (75 deg.)**<br>**• pronation (90 deg.)**<br>**• radial deviation (10 deg.)**<br>**• supination (90 deg.)**<br>**• ulnar deviation (15 deg.)** | **• extension (35 more pain this session deg.)**<br>**• flexion (56 deg.)**<br>**• pronation (90 deg.)**<br>**• radial deviation (5 deg.)**<br>**• supination (90 deg.)**<br>**• ulnar deviation (8 deg.)**<br>IE wrist ext was 64 |

01/06/2021

| | |
|---|---|
| MP: | |
| MP: | |
| Duration: | • date of onset: (congenital band birth defect) |
| Severity: | • pain level 8/10<br>at time of evaluation 8/10 pain pain at best 7/10 |
| Physical exam | |
| Hands and Digits | |
| Index Finger Left: | • distance to DPC: 5.0 cm |
| Long Finger Left: | • distance to DPC: 5.0 cm |
| Ring Finger Left: | • distance to DPC: 5.0 cm |
| Small Finger Left: | • distance to DPC: 5.0 cm |
| Strength Left: | |
| Strength Right: | |
| Thumb Left: | **• active opposition (3.0 cm)** |
| Special Tests | |
| Sensation Left: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrists | |
| Left AROM | **• extension (64 deg.)**<br>**• flexion (20 deg.)**<br>**• pronation (90 deg.)**<br>**• radial deviation (5 deg.)**<br>**• supination (90 deg.)**<br>**• ulnar deviation (8 deg.)** |

Assessment/Plan

Pt presents to OT for re-evaluation with static progression in edema, static progression in scar adhesions with decreased redness, increased tenderness/sensitivity and increased AROM to wrist/thumb and digits. Pt with increased grip strength. Pt scores a 96% on Quick Dash and is off from work. Pt has moderate to severe ADL deficits and report of severe pain that patient is reporting is getting worse. Pt is also having increased numbness/tingling and pain symptoms to R UE. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

Pt will also be making apt with Dr Grewal to discuss symptoms to R UE and increase in pain symptoms to L UE

**1. Complex regional pain syndrome of upper limb**

[illegible]

**GARZA, LYNN (id #755601, dob:**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Muscle pain**
M79.10: Myalgia, unspecified site

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**4. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores (progressing)

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week every 2 weeks. Daily treatment options include Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 07/07/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/05/2021 at 10:30 AM

FREQUENCY

ANDREA FISHER, OT, CHT

Electronically Signed by: ANDREA FISHER, OT, CHT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

**GARZA, LYNN (id #755601, dob:**

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 06/21/2021 at 08:09::24 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
150 E SONTERRA BLVD, SAN ANTONIO, TX 78258
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. (ID:21945394-H-94)

**GARZA, LYNN (id #755601, dob:**

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
GARZA, LYNN (id #755601, dob:

THE SAN ANTONIO ORTHOPAEDIC GROUP LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5584, Fax (210) 804-5599

Date: 06/03/2021

RE: Lynn Garza, DOB PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

Encounter Reason/Date

None recorded
06/03/2021 - 10:00AM - WESTOVER HILLS PHYSICAL THERAPY

Social History

Social history not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests: Tennis, coloring

History of Present Illness

Patient states she feels like cervical ROM is still a significant problem/restriction and this makes her afraid to try to drive. Her pain is definitely better but it feels more like soreness. Not able to report any significant improvement in her arm since starting treatment on her neck. She has developed some pain, numbness and tingling in the right UE though a couple of weeks ago. States her MRI report showed only mild degenerative changes and stenosis.

Physical Exam

Patient is a 49 year old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (40 deg.) (prior 40, initial 26, incoordinated)** and **left (36 deg.) (prior 42, initial w/pain/incoordination)**; **rotation left (48 deg.) (prior 56, initial 47)** and **right (48 deg.) (prior 55, initial 23)**; and **flexion (38 deg.) (prior 52, initial 30 w/ pain)** and **extension (46 deg.) (prior 42, nitial 20 w/ ataxic movement)**.

CURRENT: 6/3/2021:

**GARZA, LYNN (id #755601, dob:**

OH reach, left: 161 with fair quality

UE strength strength left UE, grossly 4/5 flex, abd; 4-/5 ER

Outcome measure/NDI--62%

PN: 4/28/2021.

OH reach, left: 166 with good quality

UE strength/ left UE- grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

INITIAL

Outcome Measure/NDI: 82% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:** 42 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

CLINICAL PROGRESS

| | 06/03/2021 | 04/28/2021 |
|---|---|---|
| Physical Exam | | |
| Cervical Spine | | |
| Active Range of Motion: | • **extension (46 deg.)** (prior 42, initial 20 w/ ataxic movement)<br>• **flexion (38 deg.)** (prior 52, initial 30 w/ pain)<br>• **rotation left (48 deg.)** (prior 56, initial 47)<br>• **rotation right (48 deg.)** (prior 55, initial 28)<br>• **side bending left (36 deg.)** (prior 42, initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (prior 40, initial 25, incoordinated) | • **extension (42 deg.)** (initial 20 w/ ataxic movement)<br>• **flexion (52 deg.)** (initial 30 w/ pain)<br>• **rotation left (56 deg.)** (initial 47)<br>• **rotation right (55 deg.)** (initial 28)<br>• **side bending left (42 deg.)** (initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (initial 26, incoordinated) |

ASSESSMENT/PLAN

CURRENT: 6/3/2021: Ms Garza has been seen for just 7 sessions of PT over the past 4 months. She had previously improved in cervical ROM and quality of movement but today her motions are almost back to baseline levels. Her NDI score has also not changed in the past 2 months (although greatly improved from initial). She does feel that therapy has been helpful but she is definitely impacted by numerous psychosocial factors and recent personal stressors . She has not achieved any additional goals at this time. The inconsistency in her attendance is also making progress difficult as she has only attended one session in the past month. She does have WFL ROM and strength in the left shoulder but cervical motions are performed with poor neuromotor control. We will continue to address neuromotor control issues as a focus of intervention. I am recommending 2 visits/week for an additional month which will extend her current schedule an additional 2 visits.

PN: 4/28/2021. Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her toward independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

**GARZA, LYNN (id #755601, dob:**

1. **Complex regional pain syndrome**
   G90.519: Complex regional pain syndrome I of unspecified upper limb

2. **Degeneration of cervical intervertebral disc**
   M50.30: Other cervical disc degeneration, unspecified cervical region

3. **Spinal stenosis in cervical region**
   M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% pt radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks--ongoing--almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 20% to 62%)

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/09/2021 at 01:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 06/14/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/16/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/18/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/22/2021 at 10:00 AM

Frequency

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**

I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 06/03/2021 at 03:32::12 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

ANDREA FISHER, OT, CHT
11212 State HWY 151, SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDIAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. (ID:21825329-H-94)

**GARZA, LYNN (id #755601, dob:**



**GARZA, LYNN (id #755601, dob:**

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 State HWY 151, Suite 150
SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 05/20/2021

RE: Lynn Garza, DOB , PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

NEW PATIENT PRESENT TODAY FOR HAND PAIN
05/20/2021 10:00AM - WESTOVER HILLS HAND THERAPY

SOCIAL HISTORY

Social History not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS

**OT Daily Progress Note**

Reported by patient

How are you feeling? improving (**patient is noting slow improvements in pain, wrist motion, finger strength and over ADL functions but still reports severe limitations,weakness/pain.**)
Severity: rest 8/10, activity 9/10; location: (**from upper mid arm down to fingertips**)
Function: ADLs limited (**Quick Dash 75 %**); Pt reports writing and use of color for her hobby is still difficult due to weakness/pain but is making gains. Pt reports severe deficits with opening tight containers and performing heavy house hold chores. Pt reports she is using her L arm more for light activities and continues to lift light items.
Previous OT Session: helping

PHYSICAL EXAM

Patient is a 49-year-old female.

**Hands and Digits:**

Palpation Left: **tenderness volarly** and **scar adherent moderate**. Thumb Left: **active opposition (0.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to

DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 68 lbs. Strength Left: grip 4 lbs.

**Special Tests:**

Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**

Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.1 cm**
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1** cm. Left AROM: **flexion (75 deg.), extension (45 deg.), pronation (90 deg.), supination (90 deg.), radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

PROCEDURE DOCUMENTATION

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibility. See exercise log for specific information per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**

Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

CLINICAL PROGRESS

| | 03/30/2021 | 02/11/2021 | 01/06/2021 |
|---|---|---|---|
| HPI | | | |
| HPI | | | |
| Duration | | • date of onset: (congenital hand birth defect) | |
| Severity | • activity 9/10<br>• location: (from upper mid arm down to fingertips)<br>• rest 8/10 | • activity 9/10<br>• location: (from upper mid arm down to fingertips)<br>• rest 8/10 | • pain level 8/10<br>at time of evaluation 8/10<br>pain: pain at best 7/10 |
| Physical Exam | | | |
| Hands and Digits | | | |
| Index Finger Left: | • distance to DPC: 0.5 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Long Finger Left: | • distance to DPC: 0.6 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Ring Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Small Finger Left: | • distance to DPC: 0.0 cm | • distance to DPC: 0.0 cm | • distance to DPC: 5.0 cm |
| Strength Left: | • grip 4 lbs | | |
| Strength Right: | • grip 68 lbs | | |
| Thumb Left: | **• active opposition (0.5 cm)** | **• active opposition (1.5 cm)** | **• active opposition (3.0 cm)** |
| Special Tests | | | |
| Sensation Left: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: |

## GARZA, LYNN (id #755601, dob:

| | | | |
|---|---|---|---|
| | 4.31<br>• Semmes Weinstein test middle: 3.61<br>• Semmes Weinstein test ring finger ulnar: 4.31<br>• Semmes Weinstein test thumb: 3.61 | 4.31<br>• Semmes Weinstein test middle: 3.61<br>• Semmes Weinstein test ring finger ulnar: 4.31<br>• Semmes Weinstein test thumb: 3.61 | nar: 4.31<br>• Semmes Weinstein test middle: 3.61<br>• Semmes Weinstein test ring finger ulnar: 4.31<br>• Semmes Weinstein test thumb: 3.61 |
| Wrist | | | |
| Left AROM | • **extension (45 deg.)**<br>• **flexion (75 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (10 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (15 deg.)** | • **extension (33 more pain this session deg.)**<br>• **flexion (58 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (5 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)**<br>L wrist ext was 64 | • **extension (64 deg.)**<br>• **flexion (20 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (3 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)** |

### Assessment/Plan

Pt presents to OT for re-evaluation with continued decrease in edema. Pt presents with decrease in scar adhesions with decreased redness/irritation and increased AROM to wrist/thumb and digits. Pt scores a 75 % on Quick Dash and is off from work. Pt has moderate to severe ADL deficits and report of severe pain but is noting she is taking less pain medications. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digits/thumb AROM, strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's

**1. Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Muscle pain**
M79.10: Myalgia, unspecified site

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**4. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to #-5f to 2.0 cm to increase ability to groom hair (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP(met) 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping(progressing)
New Goals 4 weeks
7 Pt to increase L grip strength to 15 lbs to increase ability to perform heavy house hold chores

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at

11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

Frequency

ANDREA FISHER, OT, CHT

Electronically Signed by: ANDREA FISHER, OT, CHT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

ronically signed by PRABHDEEP GREWAL, MD
/20/2021 at 09:34::20 PM

**GARZA, LYNN (id #755601, dob: )**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151, SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDIAL PLZ I, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21617996-H-94]

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 12212 HIGHWAY 151, SUITE 150, SAN ANTONIO TX 78251-4498

**GARZA, LYNN (id #755601, dob:**

THE
SAN ANTONIO ORTHOPAEDIC GROUP, LLP

12212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5584, Fax: (210) 804-5599

Date: 04/29/2021

RE: Lynn Garza, DOB PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

None recorded
04/29/2021 - 11:00AM - WESTOVER HILLS PHYSICAL THERAPY

SOCIAL HISTORY:

Social history not reviewed (last reviewed 03/31/2021)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

Ms. Garza feels like she has made really good progress with PT especially with regards to her neck ROM; she is having less pain in the shoulder blade as well. Worst pain level in her neck has been around a 6/10 and "it lives around there" but nonetheless she feels like this is much better/more tolerable. She does have an aggravation of her UE symptoms today because she lost her balance and fell back onto her left arm. She has also had a cervical MRI recently but does not know the results yet

PHYSICAL EXAM

Patient is a 48-year-old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (40 deg.) (initial 26, incoordinated)** and **left (42 deg.) (initial w/pain/incoordination)**; **rotation left (56 deg.) (initial 47)** and **right (55 deg.) (initial 23)**; and **flexion (52 deg.) (initial 30 w/ pain)** and **extension (42 deg.) (initial 20 w/ ataxic movement)**.

CURRENT: 4/28/2021:

**GARZA, LYNN (id #755601, dob:**

OH reach, left: 166 with good quality

UE strength/ left UE-grossly 4/5 flex abd ER without pain

Outcome measure/NDI: 62%

PN: 3/17/2021

Posture and palpation not formally reassessed

Shoulder OH reach left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

INITIAL:

Outcome Measure/NDI: 82% disability score

PROCEDURE DOCUMENTATION

**97112: Neuromuscular Re-Education:** 20 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-37. See exercise log for specific activities. minutes of one on one time.

**97140: Manual Therapy:** 35 minutes

The patient received manual therapy consisting of grade 2-3 PA and lateral glide mobs to the c-spine; end range isometrics for rotation and reassessment time

CLINICAL PROGRESS

| | 04/28/2021 |
|---|---|
| Physical Exam | |
| Cervical Spine | |
| Active Range of Motion | • **extension (42 deg.)** (initial 20 w/ ataxic movement)<br>• **flexion (32 deg.)** (initial 30 w/ pain)<br>• **rotation left (50 deg.)** (initial 37)<br>• **rotation right (55 deg.)** (initial 23)<br>• **side bending left (42 deg.)** (initial w/pain/incoordination)<br>• **side bending right (40 deg.)** (initial 28, incoordinated) |

ASSESSMENT/PLAN

CURRENT 4/28/2021: Ms. Garza has been seen for just 5 visits of PT. She is reporting significant benefit overall although her "daily" pain is still rated at 6/10. Her overall NDI score has improved from 82% to 62%. Objectively all cervical ROM and left shoulder ROM measures have significantly improved, although she has only fully achieved 2 goals. She does still demonstrate mild incoordination of movement with cervical rotation. Her overall participation is greatly improved as well. She would benefit from additional skilled PT to address her remaining deficits and move her towards independent management of her condition. Currently still has 6 visits of PT to complete from her prior reassessment and I suspect we will discharge at that time.

PN: 3/17/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination, still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor posture, proprioception and neuromuscular coordination. Patient

[illegible]

**GARZA, LYNN (id #755601, dob:**

still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**
Patient to be ind in HEP--2 weeks--MET
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks--ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks--MET
Patient to report elimination of 50% of radicular s/s--4 weeks--ongoing
Patient to demo cervical rotation to at least 60 deg bil--6 weeks- ongoing- almost met--55 deg
Patient to demo an improvement in NDI score to < 40% disability--6 weeks--ongoing (improved 70% to 62%)

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 04/30/2021 at 08:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/07/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/14/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 05/21/2021 at 11:00 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 05/26/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/03/2021 at 10:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 06/08/2021 at 10:00 AM

Frequency

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

Electronically signed by PRABHDEEP GREWAL, MD
on 04/29/2021 at 06:30::44 PM

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

DEBORAH KELLER, PT
11212 HIGHWAY 151 SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
11212 ST HWY 151 MEDICAL PLZ 1, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21145307-H-941]

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5584, Fax: (210) 804-5599

Date: 03/12/2021

RE: Lynn Garza, DOB: , PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation. Below is the re-evaluation summary.

ENCOUNTER REASON/DATE

None recorded
03/12/2021 - 11:00AM - WESTOVER HILLS PHYSICAL THERAPY

SOCIAL HISTORY:

Social history not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests:: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

Patient states she feels like the therapy is helping. She has improved awareness of her posture/cervical alignment and feels that her ROM is improved. It is very difficult to tell if her arm pain is improved though because of the coexisting CRPS

PHYSICAL EXAM

Patient is a 48-year-old female.

**Cervical Spine:**

Active Range of Motion: **side bending right (36 deg.)** (**initial 26, incoordinated**) and **left (32 deg.)** (**initial w/pain/incoordination**); **rotation left (56 deg.)** (**initial 47**) and **right (55 deg.)** (**initial 23**); and **flexion (36 deg.)** (**initial 30 w/ pain**) and **extension (30 deg.)** (**initial 20 w/ ataxic movement**).

CURRENT 3/11/2021:

Posture and palpation not formally reassessed

Shoulder OH reach, left: 140

UE strength: not formally reassessed

Outcome measure/NDI: 78%

INITIAL:

Posture: b/l scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular m/m, entire left UE, esp volar forearm, ant chest, post lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder Ott reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disability score

Procedural Documentation

**97112: Neuromuscular Re-Education:** 25 minutes

Performed therapeutic procedure for neuromuscular reeducation of movement, coordination, kinesthetic sense, posture, and proprioception for 23-57. See exercise log for specific activities. 25 minutes of one on one time.

**97140: Manual Therapy:**

The patient received manual therapy consisting of PROM, low level isometrics for b/l rotation and sidebending at various points in the ROM as well as for shoulder IR/ER and 90 deg shoulder isometrics

Clinical Progress

Assessment/Plan

CURRENT 3/12/2021: Ms. Garza has been seen for only 4 total visits of PT thus far however is reporting good progress in postural awareness and ROM. Her cervical AROM has improved significantly in all planes, especially right rotation. Her quality of movement is also notably improved with more coordination; still mildly ataxic with extension and still with difficulty performing segmental flexion. Changes in direction are painful. She has fully achieved one goal with good progress toward others. Need to continue to address poor postural proprioception and neuromuscular coordination. Patient still only wants to attend PT 1x/week so will readdress in one more month at the completion of the initial recommended 8 visits.

INITIAL:

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated

**GARZA, LYNN (id #755601, dob:**

cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated m/n twitching of her entire body while supine for evaluation and treatment of the cervical spine, she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical m/n guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**

Patient to be ind in HEP - 2 weeks - ongoing
Patient to report an improvement in worst pain level by 3 points to < 4/10 - 2 weeks - ongoing
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving - 2 weeks - MET
Patient to report elimination of 50% of radicular s/s - 4 weeks - ongoing
Patient to demo cervical rotation to at least 60 deg bil - 6 weeks - ongoing
Patient to demo an improvement in NDI score to < 40% disability - 6 weeks - ongoing

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 30 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

FREQUENCY

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date

Electronically signed by PRABHDEEP GREWAL, MD on 03/12/2021 at 07:08:199 PM

RP Date ID: Mar 12 2021

GARZA, LYNN (id #755601, dob )

# CONFIDENTIAL Fax

**FROM:**


DEBORAH KELLER, PT
11212 HIGHWAY 151 SUITE 150, SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5584
Fax: (210) 804-5599


**TO:**


PRABHDEEP GREWAL
11212 ST HWY 151 MEDICAL PLZ I, SAN ANTONIO, TX 78251
Phone: (210) 804-5992
Fax: (210) 804-5994



This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:20929063-H-94]


LG.LIN.0855

**GARZA, LYNN (id #755601, dob:**



**GARZA, LYNN (id #755601, dob:**

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 HIGHWAY 151, SUITE 150
SAN ANTONIO, TX 78251-4498
Phone: (210) 804-5584, Fax: (210) 804-5599

Date: 02/12/2021

RE: Lynn Garza, DOB: PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation on 02/12/2021

## Encounter Reason/Date

None recorded
02/12/2021 - 11:00AM - WESTOVER HILLS PHYSICAL THERAPY

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 3
Please list your hobbies/interests: Tennis,coloring

## History of Present Illness

Patient reports a long standing history of pain involving her neck and right UE. She has had multiple right UE surgeries over the past several years including an open fasciotomy and scar revision/carpal tunnel release. She developed swelling after this and much later was found to have a small blood clot in the upper arm. Has been taking aspirin x 1 year but no change in swelling. She was also diagnosed with CRPS and received a spinal cord stimulator last September. No reported improvement in arm pain after that and perceives a worsening of the neck pain and stiffness since then. Reports avg level of pain 6-7/10 even with pain medication and mm relaxers. This is reported to be in the post-lat cervical region, scapular region and down the left arm into all fingers. Denies numbness/tingling. Most recent cervical MRI was performed in 2019 and showed severe C5-6 end plate changes with severe central and bil NF stenosis. She has some discomfort and tightness in the right cervical region but this is not reported to be significant. States she gets fairly regular headaches (4-5x/week) that starts behind her left eye and also occurs in the back of the head.

## Physical Exam

Patient is a 48-year-old female.

**Cervical Spine:**

Active Range of Motion **side bending right (26 deg.)** (**incoordinated**) and **left (24 deg.)** (**w/pain/incoordination**), **rotation left (47 deg.)** and **right (23 deg.)**, and **flexion (30 deg.)** (**w/ pain**) and **extension (20 deg.)** (**w/ ataxic movement**).

**GARZA, LYNN (id #755601, dob:**

INITIAL:

Posture: bil scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine 1>8

Joint Mobility: unable to test

Special tests: unable to test

Shoulder Oh reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disability score

CLINICAL PROGRESS

PROCEDURE DOCUMENTATION

**97110: Therapeutic Exercise:** 10 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibility. Includes instruction in HEP designed to improved postural awareness and cervical ROM. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 12 minutes

The patient received manual therapy consisting of attempted gentle SO release/distraction, PROM, low level neutral isometrics for bil rotation and sidebending

**97162 PT Eval - Moderate:**

Physical Therapy Evaluation, moderate complexity was performed

ASSESSMENT/PLAN

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 8 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 8) with 8 weeks of skilled PT anticipated to be needed to adequately

**GARZA, LYNN (id #755601, dob:**

address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations

Thank you for the referral

**1. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Degeneration of cervical intervertebral disc**
M50.30: Other cervical disc degeneration, unspecified cervical region

**3. Spinal stenosis in cervical region**
M48.02: Spinal stenosis, cervical region

**Patient Goals**
Patient to be ind in HEP - 2 weeks
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks
Patient to demo improved cervical rotation by 30 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks
Patient to report elimination of 50% of radicular s/s--4 weeks
Patient to demo cervical rotation to at least 60 deg bil--6 weeks
Patient to demo an improvement in NDI score to < 40% disability--6 weeks

Return to Office

- Ephraim K Brennan, DO for FOLLOW-UP 30 at THE ORTHOPAEDIC INSTITUTE OFFICE on 02/16/2021 at 05:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - MEDICARE at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Pradndeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Frequency

DEBORAH KELLER, PT
Electronically Signed by: DEBORAH KELLER, PT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

RP Date ID: Feb 12 2021

**GARZA, LYNN (id #755601, dob:**

# CONFIDENTIAL Fax

**FROM:**

ANDREA FISHER, OT, CHT
11212 State HWY 151, SAN ANTONIO, TX 78251-4505
Phone: (210) 804-5564
Fax: (210) 804-5599

**TO:**

PRABHDEEP GREWAL
150 E SONTERRA BLVD, SAN ANTONIO, TX 78258
Phone: (210) 804-5992
Fax: (210) 804-5994

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in the fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:20599945-H 94]

LG.LIN.0860

GARZA, LYNN (id #755601, dob:

THE SAN ANTONIO ORTHOPAEDIC GROUP, LLP

11212 State HWY 151, Suite 150
SAN ANTONIO, TX 78251-4565
Phone: (210) 804-5564, Fax: (210) 804-5599

Date: 01/06/2021

RE: Lynn Garza, DOB:                PT ID #755601

Dear Prabhdeep Grewal,

I would like to thank you for referring Lynn Garza to our practice for evaluation on 01/06/2021.

ENCOUNTER REASON/DATE

NEW PATIENT PRESENT TODAY FOR HAND PAIN
01/06/2021 - 10:50AM - WESTOVER HILLS HAND THERAPY

SOCIAL HISTORY

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests: Tennis,coloring

HISTORY OF PRESENT ILLNESS:

**OT Wrist/Hand**

Reported by patient

Hand Dominance: left
Location: left
Quality: aching; burning; throbbing; sharp; constant
Severity: pain level 8/10; at time of evaluation 8/10 pain
pain at best 7/10
Duration: date of onset: (**congential band birth defect**)
Alleviating Factors: NSAIDS; narcotics; rest; sometimes nothing
Aggravating Factors: movement, rest
Associated Symptoms: **weakness**; **swelling**
Previous Surgery: date: (**1/2018,4/19/19**
**SCS 9/24/20**)
Prior Studies: x-ray; MRI
Working: not working; Pt is off work (patient is a NP)
Notes:

Quick Dash 70 %

Pt reports severe deficits with handwriting, opening containers, cutting food, grooming, performing house hold chores, dressing and driving. Pt reports on a good day she is able to

**GARZA, LYNN (id #755601, dob:**

hold toothbrush for 30-45 seconds and can write but its messy.

Pt PLOF was I with ADL's

## Physical Exam

Patient is a 48-year-old female.

**Hands and Digits:**

Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar**. Thumb Left: **active opposition (3.0 cm)**. Index Finger Left: distance to DPC: 5.0 cm. Long Finger Left: distance to DPC: 5.0 cm. Ring Finger Left: distance to DPC: 5.0 cm. Small Finger Left: distance to DPC: 5.0 cm.

**Special Tests:**

Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**

Left Wrist Inspection: **swelling (ulnar elbow)**; **WC: 13.4 cm**
**Mid forearm: 21.4 cm**
**mid proximal arm 23.5 cm**. Left AROM: **flexion (20 deg.)**, **extension (64 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (8 deg.)**

## Clinical Progress

| | |
|---|---|
| | 01/06/2021 |
| HPI | |
| HPI | |
| Duration: | • date of onset: (congenital band birth defect) |
| Severity | • pain level: 8/10<br>at time of evaluation: 8/10 worst pain; pain at best: 7/10 |
| Physical Exam | |
| Hands and Digits | |
| Index Finger Left: | • distance to DPC: 5.0 cm |
| Long Finger Left: | • distance to DPC: 5.0 cm |
| Ring Finger Left: | • distance to DPC: 5.0 cm |
| Small Finger Left: | • distance to DPC: 5.0 cm |
| Thumb Left: | • **active opposition (3.0 cm)** |
| Special Tests | |
| Sensation Left: | • Semmes Weinstein test: index: 3.61<br>• Semmes Weinstein test: little: 4.31<br>• Semmes Weinstein test: middle: 3.61<br>• Semmes Weinstein test: ring finger ulnar: 4.31<br>• Semmes Weinstein test: thumb: 3.61 |
| Wrists | |
| Left AROM: | • **extension (64 deg.)**<br>• **flexion (20 deg.)**<br>• **pronation (90 deg.)**<br>• **radial deviation (5 deg.)**<br>• **supination (90 deg.)**<br>• **ulnar deviation (8 deg.)** |

## Procedure Documentation

**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

**GARZA, LYNN (id #755601, dob:**

ASSESSMENT/PLAN

Pt presents to OT post op SCS implant by Dr Grewal. Pt has had multiple surgeries related to compartment syndrome for congenital amniotic band from birth. Pt is under pain management care of Dr Brennan. Pt presents with moderate edema at ulnar elbow, severe-moderate scar adhesions, severe scar sensitivity, and decreased AROM to wrist/thumb and digits. Pt scores a 79.5 % on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe constant pain but does report 60 % relief of pain from SCS. Pt reports she continues with skin and temperature changes to L UE. Pt was educated on HEP, use of compression sleeves and continued precautions per MD orders. Pt will benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase [illegible] with ADL

**1. Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**2. Muscle pain**
M79.10: Myalgia, unspecified site

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**4. Hand pain**
M79.642: Pain in left hand

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair

**Patient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/12/2021 at 02:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/14/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

FREQUENCY

ANDREA FISHER, OT, CHT

**GARZA, LYNN (id #755601, dob:**



Electronically Signed by: ANDREA FISHER, OT, CHT

**REFERRING PHYSICIAN SIGNATURE**
I have reviewed the above treatment plan and my signature below certifies that it is medically necessary for the treatment of this patient.

Referring Physician Signature

Date



Electronically signed by PRABHDEEP GREWAL, MD
on 01/08/2021 at 03:37::47 PM

# Quality Assurance Report

## Request Information

Report Date: August 25, 2021

**RP ID:** 8189166

Patient Name: GARZA, LYNN

Provider Name: TSAOG ORTHOPAEDICS

## Quality Assurance Information

Scope Requested: **From January 1, 2021 to July 28, 2021**

Special Request:

Requesting medical records for Lyn Garza. Seen by:
TSAOG ORTHOPAEDICS - DR ANDREA FISHER/DR. PRABHDEEP GREWAL/ DR. DEBORAH KELLER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ASANT

LG.LIN.0865

**From:**SCU
**Sent:**Tue, 12 Oct 2021 17:10:04 +0000
**To:**Hawes, Acacia
**Subject:**RE: Lynn Garza

Good afternoon,

Thank you for resending. The documents have been attached to claim 8820045

**Bonnie Simpson**
Service Representative
Claimant Excellence
Initiation & Data Integrity
Lincoln Financial Group

LincolnFinancial.com




**From:** Hawes, Acacia <Acacia.Hawes@lfg.com>
**Sent:** Tuesday, October 12, 2021 10:02 AM
**To:** SCU <SCU@lfg.com>
**Subject:** RE: Lynn Garza

Claim 8820045

**Acacia Hawes**
Associate Intake Representative

402.361.8133 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** SCU <SCU@lfg.com>
**Sent:** Monday, October 11, 2021 10:12 AM
**To:** Hawes, Acacia <Acacia.Hawes@lfg.com>
**Subject:** RE: Lynn Garza (Part 1 of 9)

Good morning,

Following up on the attachments sent. Would you please further subdivide and resend the attachments? This applies to all parts of this email

**Bonnie Simpson**
Service Representative
Claimant Excellence Initiation & Data Integrity
Lincoln Financial Group

LincolnFinancial.com




**From:** SCU
**Sent:** Thursday, October 7, 2021 11:06 AM
**To:** Hawes, Acacia <Acacia.Hawes@lfg.com>
**Subject:** RE: Lynn Garza (Part 1 of 9)

Looking at the other files sent all would need to be further subdivide. Halving each attachment should suffice. Thank you.

**Bonnie Simpson**
Service Representative
Claimant Excellence Initiation & Data Integrity
Lincoln Financial Group

LincolnFinancial.com



**From:** SCU
**Sent:** Thursday, October 7, 2021 11:05 AM
**To:** Hawes, Acacia <Acacia.Hawes@lfg.com>
**Subject:** RE: Lynn Garza (Part 1 of 9)

Good morning,

Would you please further divide the medical rec document? It is currently too large to attach to the claim.

**Bonnie Simpson**
Service Representative
Claimant Excellence
Initiation & Data Integrity
Lincoln Financial Group

LincolnFinancial.com




**From:** Hawes, Acacia <Acacia.Hawes@lfg.com>
**Sent:** Wednesday, October 6, 2021 5:24 PM
**To:** SCU <SCU@lfg.com>
**Subject:** Lynn Garza (Part 1 of 9)

Please see the attached for Claim 8820045,

Thank you!

**Acacia Hawes**
Associate Intake Representative

**Lincoln Financial Group**
LincolnFinancial.com

402.361.8133
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

| | |
|---|---|
| Date: | October 6, 2021 |
| To: | MARC WHITEHEAD<br>MARC WHITEHEAD & ASSOCIATES<br>403 HEIGHTS BLVD<br>HOUSTON TX 77007 |
| Attn: | |
| Fax: | (346) 299-2646 |
| From: | Becky Averill<br>Appeal Examiner II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1601 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

October 6, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Ms. Lynn Garza's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Ms. Garza's LTD claim on October 4, 2021.

We understand that you do not intend to send further information to be reviewed as part of the appeal.

Consequently, the file is being forwarded to Lincoln's Appeal Review Unit for a full, and fair review. The claim will be assigned to an Appeal Consultant who will contact you when they have completed their review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II
Phone No.: (888) 437-7611Ext. 16668
Secure Fax No.: (603) 430-1601

# Fax Transmission

**To:** 16034301776@shoretelfax.com

**Fax:** 16034301776

**RE:** Lynn Garza Appeal

**From:** Georgia Mathera

**Date:** 10/4/2021 1:09:06 PM PDT

**Pages:** 17

---

**Comments:**

[Marc Whitehead & Associates Attorneys at Law, LLP]<http://www.disabilitydenials.com/>

Georgia Mathera | Paralegal
Marc Whitehead & Associates, Attorneys at Law LLP
403 Heights Blvd.
Houston, TX 77007

Phone: 713.228.8888
Fax: 346.326.3177

website<http://www.disabilitydenials.com/> |
vCard<https://dynasend.com/signatures/vcard/jocelyn-at-marcwhitehead.com.vcf> |
map<https://www.google.com/maps/place/403+Heights+Blvd,+Houston,+TX+77007/@29.7780929,-95.4022183,16z/data=!4m5!3m4!1s0x8640c7569807c80d:0xfc9ccc23f3e38a6!8m2!3d29.7780929!4d-95.3978409!5m1!1e3>
| email<mailto:jocelyn@marcwhitehead.com>

Facebook]<http://www.facebook.com/AttorneyMarcWhitehead>[LinkedIn]<https://www.linkedin.com/company/3308102/>[Twitter]<http://twitter.com/marcwhitehead>[Yelp]<https://www.yelp.com/biz/marc-whitehead-and-associates-attorneys-at-law-houston>

Confidentiality Note: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

# FAX TRANSMISSION

**MARC WHITEHEAD & ASSOCIATES**
403 Heights Boulevard
Houston, Texas 77007
(713) 228-8888
Fax: (713) 225-0940

**To:** Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Attn: Chenta Kennedy

**Fax No.:** 1 (603) 430-1776

**Date:** October 4, 2021

**Pages:** 16 (including cover sheet and list of exhibits)

**From:** Georgia Mathera

**Subject:**

| | |
|---|---|
| Claimant: | Lynn Garza |
| Employer: | Sisters of Charity of Leavenworth Health System, Inc. |
| Claim Number: | 8820045 |

Note: **Exhibits will be mailed to the following address:**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Attn: Chenta Kennedy

IMPORTANT/CONFIDENTIAL: This message is intended only for the use of the individual or entity to which it is addressed. The message contains information from the Law Office of Marc Whitehead which may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee, or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at our telephone number set forth above.

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. Of Counsel
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

October 4, 2021

via fax (603) 430-1776
and Federal Express

Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Attn: Chenta Kennedy

| | | |
|---|---|---|
| RE: | Claimant: | Lynn Garza |
| | Employer: | Sisters of Charity of Leavenworth Health System, Inc. |
| | Claim Number: | 8820045 |

Chenta Kennedy:

This firm represents Ms. Garza regarding her appeal of Lincoln Financial Group's ("Lincoln's") decision to terminate Ms. Garza's claim for long-term disability ("LTD") benefits. Lincoln terminated benefits by letter dated March 16, 2021. On July 27, 2021, this firm sent correspondence with legal notice of Ms. Garza's intent to appeal Lincoln's adverse decision. This firm is now submitting both the following brief and the attached medical records for use in its review of Ms. Garza's appeal.

Lincoln's March 16, 2021, correspondence to Ms. Garza states that Lincoln defines the following pertinent to her claim:

*"Disability or Disabled means:*

*Applicable to Class 3A, 3B, 4A, 4B, 4C, 6A, 6B:*
*b.i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*Any Occupation*

*Means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity."*

*address* 403 Heights Blvd Houston, TX 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *online* DisabilityDenials.com

For reasons discussed below, Ms. Garza contests Lincoln's determination that she is not disabled under the terms of the plan. Ms. Garza does not retain a residual functional capacity that would allow for the performance of her own occupation. Lincoln's decision to close Ms. Garza's claim constitutes an incorrect determination.

## I. Information Submitted with this Appeal

Please find "Exhibit A" enclosed, sent by Federal Express. It contains documents submitted as part of this appeal and to be made part of the administrative record.

## II. Argument

Lincoln has opined that Ms. Garza is no longer meets the definition of disability as defined by the policy because she has insufficient support that her conditions are severe enough to prevent her from performing any occupation. Lincoln has erroneously terminated Ms. Garza's claim. Ms. Garza suffers from complex regional pain syndrome. Lincoln has not considered that Ms. Garza's condition renders her incapable of any employment.

### A. The Medical Record Supports Ms. Garza's Disability Claim

Ms. Garza suffers from complex regional pain syndrome ("CRPS"), amniotic band fascia release (left arm), carpal tunnel syndrome on both sides, left arm hypersensitivity, spinal cord implant for her chronic neck pain, and an inability to use her dominant arm. Ms. Garza's symptoms include chronic pain, numbness, tingling, and limited range of motion. Ms. Garz struggles with daily living activities including brushing her hair, taking a bath, typing, writing, and has a grip strength of 4 pounds. Ms. Garza further struggles with memory loss, brain fog issues, side effects from her medication, lifting, pulling, and pushing. Ms. Garza's severe chronic pain renders her incapable of any employment due to the degree of limitation in her upper extremities, including her dominant hand. Ms. Garza's record evidence is supportive of disability. Lincoln has wrongfully terminated Ms. Garza's claim.

In the December 11, 2019, record, Dr. Connolly opined,

> *"**In terms of the history of pain, she indicated that she has had a history of a congenital band that affected her left arm and hand, with pain in that arm and hand. She has severe pain in the forearm and that has intensified in the past few years. She has had various procedures in 2018, 2019, and both in and Kansas City and in San Antonio. The pain is localized specifically in her left arm. She also observed that she is left-handed.** About four years ago, the pain greatly intensified, and she saw a neurologist, and had her first surgery, and that was "so painful."" (LG.LIN.0003)* c
>
> *"In terms of pain location and intensity, the pain is localized in her left arm and hand. **In estimating pain intensity, using a VAS, on a scale of 0 to 10, she noted that most of the time her pain level is at a 7 to 8, and on "a good day" her pain level is at a 6, and on "the worst day" her pain level is at a 9.** On the day of the appointment her pain level was at an 8. There is no particular pattern of pain intensity throughout the day, although it appears to intensify as the day progresses." (LG.LIN.0003)* (emphasis added).
>
> ***"What aggravates pain is movement, activity, writing, and doing anything requiring***

***<u>her dominant left hand and arm. What alleviates pain is resting, medication, ice, heat, and a compression sleeve."</u>*** *(LG.LIN.0003)* (emphasis added).

*"She acknowledges some depression, anxiety, and stress. Symptoms include loss of sleep, a sense of worthlessness, concentration problems, forgetfulness, feelings of sadness, difficulties in making decisions, and difficulties in thinking clearly." (LG.LIN.0004)*

*"**<u>Psychosocial stressors include the chronic and constant pain, physical restrictions, slow or no medical progress, change in the quality of her life, loss of health, loss of career, dependence on others, inability to be productive, employer termination, dependence on her spouse, limited mobility, disappointment with surgical outcomes, having a disabling condition, changes in intimacy, inability to pursue hobbies, and inability to do anything requiring her left arm or hand</u>**."* *(LG.LIN.0004)* (emphasis added).
***<u>"Chronic pain is the most significant psychosocial stressor in her life, and any alleviation of this condition would significantly improve the quality of her life, and her mood."</u>*** *(LG.LIN.0005)*

In the July 22, 2021, record, Dr. Brenman opined,

*"She comes in today for followup. She was evaluated by one of the partners at Dr. Tisdall's office. She reports that she was not a candidate for intrathecal pump. **<u>She was on high enough of pain medication utilization. Takes hydrocodone 7.5/325 one 1 p.o.t.i.d. as well as gabapentin 1200 mg at night despite spinal cord stimulator.</u>** She denies any progressive weakness or bowel or bladder changes. Still complains of neuropathic pain, left upper limb, now is getting worsening, numbness, and tingling in the middle 3 fingers on the right upper limb, particularly at nighttime, she drops things." (LG.LIN.0016)* (emphasis added).

*"Pt is a re-evaluation at next session. Therapist focused part of session on thera ex for low load prolonged flexor stretch. Pt does report moderate stretching pain at distal forearm with stretches and expected tightness at forearm with stretch. Pt did have increase in digit PROM with all planes of wrist motion, continued wrist extension soft tissue tightness and weakness." (LG.LIN.0022)*

In the July 6, 2021, record, Dr. Brenman opined,

*"Both subjectively and objectively her measures have waxed and wanned. Currently, her cervical roation ROM measures are improved but with significant cognitive focusing, and verbal cueing. She continues to demonstrate deficits in proprioceptive and kinesthetic awareness in the cervical spine. This has been addressed in the clinic and she was encouraged to continue to work on it at home as well, using mirror visual feedback to assist." (LG.LIN.0033)*

In the June 21, 2021, record, Dr. Brenman opined,

*"Pt presents to OT for re-evaluation with static progression in edema, static progression in scar adhesions with decreased redness, increased tenderness/sensitivity and increased AROM to wrist/thumb and digits. Pt with increased grip strength. Pt scores a 90% on Quick Dash and is off from work. Pt has moderate to severe ADL deficits and report of severe pain that patient is reporting is getting worse. Pt is also having increased numbness/tingling and pain symptoms to R UE. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, increase wrist/digit/thumb AROM,*

*strengthening, muscular re-education and decrease symptoms with use to increase I with ADL's." (LG.LIN.0043)*

In the June 22, 2021, record, Dr. Brenman opined,

> *"**She reports that her left upper limb pain is still there. It still hurts now, starting to spread to the right side with stiffness and pain particularly with pain at night.** She is taking gabapentin 600 mg at night without much help. She reports increased the hydrocodone 5/325 to one-half up to 3 times a day. She is "going crazy" despite having spinal cord stimulator implant." (LG.LIN.0051)* (emphasis added).

> *"**Her exam shows pain along the surgical scar with dysesthesias with allodynia in the left upper limb, now sore in the right upper limb. There is no temperature changes or color changes, but there is definitely hypersensitive in the same distribution with tenderness along the lower cervical paraspinals.** Negative Spurling's maneuver. No atrophy. The left upper limb has give way weakness to all major muscle groups because of the pain." (LG.LIN.0052)* (emphasis added)

> ***"Pt was having more trouble sleeping and tightness pain at L forearm. Pt was able to complete thera ex this session but required frequent rest breaks and was grimacing with pain**. Pt also had decrease tolerance to wrist PROM this session and tenderness to the touch with scar mobs." (LG.LIN.0057)* (emphasis added).

> ***"States she is having some acute pain in her right arm today from just above the elbow to include the hand. Has been going on about 3 weeks ago but became more acute last night. Woke her up hourly last night. She is describing numbness and tingling with temperature change as well as swelling."** (LG.LIN.0060)* (emphasis added).

In the March 31, 2021, record, Dr. Brenman opined,

> *"**Patient states she feels like cervical ROM is still a significant problem/restriction and this makes her afraid to try to drive.** Her pain is definitely better but if feels more like soreness. **Not able to report any significant improvement in her arm since starting treatment on her neck. She has developed some pain, numbness and tingling in the right UE though a couple of weeks ago.** States her MRI report showed only mild degenerative changes and stenosis." (LG.LIN.0065)* (emphasis added).

> *"**Pt reports she is having more pain today. Pt reports she has been getting numbness to L hand and has sensation of band across mid palm**." (LG.LIN.0075)* (emphasis added).

In the April 29, 2021, record, Dr. Brenman opined,

> *"Ms. Garza feels like she has made really good progress with PT especially with regards to her neck ROM; she is having less pain in the shoulder blade as well. Worst pain level in her neck has been around a 6/10 and "it lives around there" but nonetheless she feels like this is much better/more tolerable. She does have an aggravation of her UE symptoms today because she lost her balance and fell back onto her left arm. She has also had a cervical MRI recently but does not know the results yet." (LG.LIN.0100)*

In the April 9, 2021, record, Dr. Brenman opined,

*"**Patient states she is having increased pain in her hand today.** Just woke up with it; doesn't seem to matter if she wears her sleeve or not. The left hand is also much colder than the right." (LG.LIN.0105)* (emphasis added).

In the April 1, 2021, record, Dr. Brenman opined,

*"Pt was more guarded this session, was more sensitive to touch, and had more pain with PROM/stretching this session. Pt was unable to tolerate completing full thera ex and required more rest breaks this session due to pain this session." (LG.LIN.0110)*

In the April 28, 2021 MRI, Dr. Rahal opined,

*"C5-C6: Postsurgical changes of posterior decompression." (LG.LIN.0211)*

*"C6-C7: Circumferential disc bulge and postsurgical changes of posterior decompression with normal facet joints. Mild central canal stenosis with no compression or signal change of the spinal cord." (LG.LIN.0211)*

In the May 11, 2021, record, Dr. Clark opined,

*"This 49-year-old female with ADHD, depression, and anxiety comes in for follow-up." (LG.LIN.0278)*

*"The patient's sleep had been deteriorating even before this event and she feels like the zolpidem isn't working as well. The patient's anxiety is quite high and she's feeling like alprazolam isn't working as well right now." (LG.LIN.0278)*

In the March 26, 2019, record, Dr. Nouhan opined,

*"On exam she still has the hypertrophic scar along the volar forearm, and it remains tender, Proximal to the antecubitcal crease, and the lower portion of her upper arm, I see a relatively new depression that almost looks like her distal forearm congenital band that was released surgically. There is some soft tissue swelling superior and inferior to this transverse demarcation." (LG.LIN.0547)*

In the February 26, 2019, record, Dr. Nouhan opined,

*"Lynn is no almost 9 months post left volar forearm fasclal release, and again has the persistent, now more proximal, pain with severe acute flares 2-3 times per week, of unknown etiology despite extensive testing." (LG.LIN.0549)*

In the January 15, 2019, record, Dr. Nouhan opined,

*"Lynn is about 7 months post left forearm fascial release, with history of congenital amniotic band syndrome and increasing chronic pain. Unfortunately, however, her postoperative course has been plagued with new and increasing pains and frequent distal discomfort and hypertrophic scarring. Chronically, she has had some distal pain, but also now a new or proximal pain and swelling (Just above the antecubital crease medially)."*

*"Currently she still has significant limitations in daily functional activities, particularly as she is left-handed. Specific examples include inability to fully grip and turn a doorknob or bottle top, difficulty getting dressed and cutting her food (her husband has to cut meat for her),*

*and she cannot drive for very long without symptoms. In terms of her work functions, she cannot do breast exams or other physical exams one-handed. She cannot do well-woman exams with speculum. And she has great difficulty doing EMR, typing, and writing with this dominant hand." (LG.LIN.0553)*

In the April 19, 2021, record, Dr. Vardiman opined,

*"Lynn Garza returns after her pulse generator implant on 09-24-20 with as you know a complex history of left upper extremity interventions for some complex congenital challenges. Lynn feels like the stimulator is not quite as successful as she had hoped. She is pending further evaluations with the pain management physician and an MRI scan has been ordered and is pending." (LG.LIN.0569)*

In the January 29, 2020, record, Dr. Brenman opined,

*"Chronic, occlusive deep venous thrombosis seen in the mid brachial vein. No evidence of superficial venous thrombosis. Subclavian vein not well seen. No previous study for comparison." (LG.LIN.0607)*

*"Right: Abnormal- Mild to moderate arterial insufficiency secondary to atherosclerosis in the upper extremity beginning at the radial and ulnar level at rest."*

*"Left: Abnormal- Mild to moderate arterial insufficiency second to atherosclerosis in the upper extremity beginning at the radial and ulnar level at rest." (LG.LIN.0608)*

In the April 15, 2020, record, Dr. Peck opined,

*"The patient is a 47 year old female who presents with a complaint of Arm pain. The onset of the arm pain has been gradual and has been occurring in a persistent pattern for months. The course has been constant. The arm pain is described as moderate. Note for "Arm pain": Patient had a forearm fascia release for possible compartment in 2018 and has had pain since (i.e. not resolved). She had a subsequent carpal tunnel release that did not improve things. She is left handed. She has midl swelling by the elbow and testing today shows a focal brachial vein chronic DVTT but the remainder of the veins are patent. UE arterial testing is also normal including the digits. She gets some swelling of the hand and forearm and wears a compression sleeve at times. She gets purple discoloration of the fingers which to me is most likely autonomic nerve dysfunction with venous dilation." (LG.LIN.0613)*

In the June 1, 2018, record provided in the claims file, Dr. Nouhan opined,

*"This patient was born with congenital amniotic band syndrome. Lately, she has been having intermittent episodes of pain and cold sensation in her hand and fingers on the left. Routine studies have been on helpful and diagnosis and it is felt that she may actually have intermittent compartment syndrome resulting from her internal scar tissue from amniotic band syndrome. She is therefore now brought to the operating room for fascia release and preoperatively, she acknowledged understanding at the operative indications, the potential risk of procedures, and wished to proceed."*

### B. Medications

Ms. Garza's condition causes chronic pain and is treated with pain management and medication. Ms. Garza's medications cause further cognitive deficits, including mental

and physical fatigue, memory inconsistency, drowsiness, and nausea. Ms. Garza's medications diminish her focus and concentration. These adverse intellectual effects further erode Ms. Garza's ability to work by reducing her capacity for critical thinking and her overall accuracy and productivity. The lessening of Ms. Garza's ability to concentrate and process information has a serious impact on her ability to perform any occupation.

Lincoln breached its duty of good faith and fair dealing by failing to consider Ms. Garza's record in its entirety which includes the use of medication. The side effects of Ms. Garza's Gabapentin, Hydrocodone, Norco, Xanax, Tramadol, Tizanidine, and Nortriptyline contribute to her disability. Ms. Garza's use of medication is further evidence of the severity and substantiality of her pain condition.

### C. Transferable Skills Analysis

Lincoln opined in its transferable skills analysis that Ms. Garza can perform the occupations of Nurse Case Manager (Sedentary), Telephonic Triage Nurse (Sedentary), and Telephonic Advice Nurse (Sedentary). Lincoln has failed to consider Ms. Garza's upper extremity limitations and medication use in its evaluation of her employability. Ms. Garza suffers from CRPS which causes not only chronic and severe pain, but also changes in temperature to the affected area. Ms. Garza experiences pain in both of her upper extremities. However, Ms. Garza's dominant hand is her left, which is the most severely impaired. The development of carpal tunnel syndrome in Ms. Garza's right hand is evidence of the right arm overcompensating due to the limited use of her left arm.

Ms. Garza does not perform daily tasks without assistance from her husband. Each of the above positions selected by Lincoln have duties that consist of telephone use, typing, writing, driving, and require cognitive functioning that Ms. Garza no longer possesses. Lincoln has failed to consider Ms. Garza's medication side effects which further inhibit her from working. The combination of Ms. Garza's cognitive deficits due to pain along with the side effects of her medication greatly reduce Ms. Garza's cognitive abilities. Ms. Garza would also be unable to perform the duties requiring her to use her left hand, and she would have very limited use of her right hand. Any occupation requires more upper extremity dexterity than Ms. Garza can produce. Ms. Garza would not be able to complete the job duties for the occupations Lincoln selected.

### D. Ms. Garza's Residual Bilateral Manual Dexterity is Insufficient for Performance of Any Occupation

Ms. Garza has complex regional pain syndrome which severely limits the use of her hands. She does not possess remotely adequate bilateral manual dexterity for the performance of any occupation due to the disabling symptoms this condition causes. Ms. Garza experiences chronic pain, changes in temperature, sensitivity in her fingertips, numbness, and tingling. Ms. Garza has consistently reported that exercising manual dexterity is painful and limits her functional ability. Ms. Garza is restricted from but a fraction of the hand usage that would enable her to work. Almost all occupations require frequent or constant use of the upper extremities. Lincoln has failed to consider Ms. Garza's upper extremity impairments in its assessment of her employability.

See SSR 83-14: "*For low skill, sedentary, and light duty positions, bilateral manual dexterity, and the ability to remain in a particular posture are important non-exertional limitations.*"; 1983 SSR LEXIS 33, "Capability to Do Other Work--the Medical-Vocational Rules as a Framework for Evaluating a Combination of Exertional and Nonexertional Impairments," available at 1983 WL 31254 ("[B]*ilateral manual dexterity is necessary for the performance of substantially all unskilled sedentary occupations.*")

### E. Lincoln's Independent Medical Examination is not Substantial Evidence and is Unreliable

Lincoln's independent medical examination ("IME") was performed by Dr. Brian McCrary. Dr. McCrary opined in his IME, "Her primary diagnosis is pain in the left hand. She is also noted to have chronic opiod usage and notes that compression garments seem to help with the discomfort." Ms. Garza's primary diagnosis is CRPS. Both Lincoln and Dr. McCrary have failed to accurately reference Ms. Garza's condition. According to the Mayo Clinic,

> *"Signs and symptoms of CRPS include:*

- *Continuous burning or throbbing pain, usually in your arm, leg, hand or foot*
- *Sensitivity to touch or cold*
- *Swelling of the painful area*
- *Changes in skin temperature — alternating between sweaty and cold*
- *Changes in skin color, ranging from white and blotchy to red or blue*
- *Changes in skin texture, which may become tender, thin or shiny in the affected area*
- *Changes in hair and nail growth*
- *Joint stiffness, swelling and damage*
- *Muscle spasms, tremors, weakness and loss (atrophy)*
- *Decreased ability to move the affected body part*

> *Symptoms may change over time and vary from person to person. Pain, swelling, redness, noticeable changes in temperature and hypersensitivity (particularly to cold and touch) usually occur first.*
>
> *Over time, the affected limb can become cold and pale. It may undergo skin and nail changes as well as muscle spasms and tightening. Once these changes occur, the condition is often irreversible.*

*CRPS occasionally may spread from its source to elsewhere in your body, such as the opposite limb.*

*In some people, signs and symptoms of CRPS go away on their own. In others, signs and symptoms may persist for months to years. Treatment is likely to be most effective when started early in the course of the illness."*[1]

Dr. McCrary opined in his exam, "Positive for hypothyroidism, depression and anxiety, left arm and leg congenital amniotic band release and fascia release on 06/01/2018 and in December 2018. She also had ulnar nerve exploration, carpal tunnel surgery with Guyon canal release and tenolysis and exploration of median and ulnar nerves performed in wrist in April 2019. She has had scar revisions, and she had spinal cord stimulator implant in September of 2020." Dr. McCrary has acknowledged several diagnoses which is contradictory to Lincoln opining in its denial letter, "**She has no documented confirmed diagnoses.**" It is contradictory for Dr. McCrary and Lincoln to opine this statement when Dr. McCrary listed several of Ms. Garza's diagnoses in the IME. If Lincoln is basing part of its decision on Dr. McCrary's IME, it must acknowledge that Ms. Garza has diagnoses. Further, both Dr. McCrary and Lincoln have still failed to review the record in its entirety and have breached their duty of good faith and fair dealing to Ms. Garza. Dr. McCrary and Lincoln have not given adequate weight to Ms. Garza's CRPS and medications.

Dr. McCrary opined in his IME, "She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary." However, Dr. McCrary referenced a statement made by Ms. Garza's physician Dr. Nouhan, "She has great difficulty doing EMR, typing, and writing with this dominant hand." Ms. Garza's record provides overwhelming evidence of disability. The statement made by Dr. Nouhan is contradictory to the restrictions and limitations given by Dr. McCrary. Ms. Garza has little to no use of her dominant hand, little use of her right hand, chronic pain in her upper extremities and neck, and is on heavy narcotic medication. Her current provided grip strength is four pounds. Lincoln and Dr. McCrary have erroneously opined that she is capable of working any occupation or meeting the restrictions and limitations of lifting 10 or 20 pounds. Lincoln and Dr. McCrary must not ignore Ms. Garza's subjective pain symptoms or her condition of CRPS. Dr. McCrary has not provided restrictions and limitations based on Ms. Garza's chronic pain, upper extremity limitations, or medications. In the April 19, 2021, record, Dr. Vardiman opined,

*"Lynn Garza returns after her pulse generator implant on 09-24-20 with as you know a complex history of left upper extremity interventions for some complex congenital challenges. Lynn feels like the stimulator is not quite as successful as she had hoped. She*

---

[1] https://www.mayoclinic.org/diseases-conditions/crps-complex-regional-pain-syndrome/symptoms-causes/syc-20371151

> *is pending further evaluations with the pain management physician and an MRI scan has been ordered and is pending." (LG.LIN.0569)*

In the March 31, 2021, record, Dr. Brenman opined,

> *"**Patient states she feels like cervical ROM is still a significant problem/restriction and this makes her afraid to try to drive.** Her pain is definitely better but if feels more like soreness. **Not able to report any significant improvement in her arm since starting treatment on her neck. She has developed some pain, numbness and tingling in the right UE though a couple of weeks ago.** States her MRI report showed only mild degenerative changes and stenosis." (LG.LIN.0065)* (emphasis added).
>
> *"**Pt reports she is having more pain today. Pt reports she has been getting numbness to L hand and has sensation of band across mid palm**." (LG.LIN.0075)* (emphasis added).

Dr. McCrary opined, "There are no measurable abnormalities except for her prior surgeries and scars noted at the left forearm. She has pain complaints which are not verified by any measurable abnormalities except for a history of carpal tunnel syndrome and prior fascial and amniotic band release surgery." Ms. Garza has had multiple surgeries in an attempt to regulate her condition. Ms. Garza's diagnosis of complex regional pain syndrome accounts for all of the complaints she has presented due to her chronic pain. Further, she has been consistently treated and has provided accurate accounts of her pain. Lincoln and Dr. McCrary must provide what test and the reason why such a test is necessary for Ms. Garza to be awarded her disability benefits. Ms. Garza's policy does not require a certain test to meet the terms. Further, Ms. Garza should not be punished because her condition consists of subjective symptoms of chronic pain and temperature change.

Dr. McCrary opined, "She had no difficulty performing any of these activities, and this was noted in my report, and her exam findings were consistent with no difficulties with sitting, standing, or walking. She was able to climb up onto and off the examination table without difficulty." Ms. Garza is not opining that she is unable to sit, stand, or walk. Ms. Garza is disabled due to her condition of CRPS. Ms. Garza is unable to perform any occupation due to the limited use of her upper extremities and chronic pain in her arms and neck. Ms. Garza does not drive, cannot perform daily living tasks which require the use of her dominant hand, has four-pound grip strength, and her record is supportive of consistent accounts of her limitations and pain. Dr. McCrary has financial incentive to determine that Ms. Garza does not meet the policy terms of disability. Lincoln previously awarded Ms. Garza disability benefits, in part, due to her amniotic band fascia release and carpal tunnel syndrome which required several surgeries. Ms. Garza is not disabled for mental health reasons. Lincoln must not ignore the opinion of Ms. Garza's treating physicians or her CRPS condition.

Ms. Garza's physicians have treated her and established a doctor/patient relationship with her. Their opinion is consistent with the medical record as a whole and holds more weight than a review of selective records. The U.S. Supreme Court holds that "*a consultant engaged by a plan may have an incentive to make a finding of not disabled*" and that federal courts may consider the relationship between a consulting physician and

the plan as a factor in determining whether a plan "*acted arbitrarily and capriciously in deciding to credit the opinions of its paid, consulting physician.*" *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S.Ct. 1965, 155 L.Ed. 2d 1034 (2003). Furthermore, while plan administrators are not required to defer to the opinions of treating physicians, they may not "*arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of treating physicians.*" *Id*. See:

*Johnson v. Metropolitan Life Ins. Co.*, 2008 U.S.Dist.LEXIS 42944 (N.D. Ga. 2008): "*treating physicians, as a rule, have a greater opportunity than consultants to know and observe the patient as an individual.*"

*Burt v. Metropolitan Life Ins. Co.*, No. 1:04-CV-2376-BBM, 2005 U.S. Dist. LEXIS 22810 (N.D. Ga. 2005): "[c]*ommon sense and a stream of legal precedent suggest, however, factual determinations of a treating physician are objectively more reliable.*"

**F. The Social Security Administration has determined that Ms. Garza Is Disabled and Cannot Perform the Duties of Any Occupation.**

Ms. Garza was awarded social security benefits. Lincoln has failed to consider the standard of disability with which Ms. Garza has already been met.

> The SSA defines a person as disabled "*if he is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than twelve months.*" 42 U.S.C. § 1382c(a)(3)(A). Furthermore, an individual is considered disabled only if his "*impairments are of such severity that he is not only unable to do his previous work but cannot, considering his age, education, and work experience, engage in any other kind of substantial gainful work that exists in the national economy, regardless of whether such work exists . . . where he lives, or whether a specific job vacancy exists for him, or whether he would be hired if he applied for work.*" 42 U.S.C. § 1382c(a)(3)(B).

*Wical v. International Paper Long-Term Disability Plan*, 191 F. App'x 360 (6th Cir. 2006). This standard of disability is, at the very least, much too difficult to satisfy for Lincoln to dismiss without actually engaging the criteria Ms. Garza must have met in order to qualify for Social Security disability benefits.

Lincoln's failure to reckon with Ms. Garza's Social Security award suggests "*procedural unreasonableness*" and "[gives] *more weight to the conflict* [of interest] *because* [Lincoln]*'s seemingly inconsistent positions* [a]*re both financially advantageous.*"

**G. Lincoln's Determination is Subject to a Structural Conflict of Interest.**

However, Metropolitan Life Insurance, Co. v. Glenn, requires a reviewing court to consider conflicts of interest as a factor in their analysis. 554 U.S. 105, 128 (2008). In *Glenn*, the

Supreme Court was faced with the issue of "*whether a plan administrator that both evaluates and pays claims operates under a conflict of interest in making discretionary benefit determinations,*" and if so, how that conflict should be taken into account on judicial review. *Id.* at 2350. The Court held that a conflict of interest does exist where "*the entity that administers the plan . . . both determines whether an employee is eligible for benefits and pays benefits out of its own pocket.*" *Id.* The Court further held that "*a reviewing court should consider that conflict as a factor in determining whether the plan administrator has abused its discretion in denying benefits.*" *Id.*

A reviewing court may give more weight to a conflict of interest, where the circumstances surrounding the plan administrator's decision suggests "*procedural unreasonableness.*" *Id.* at 2352. The Court has described several ways that a plan administrator may exhibit said procedural unreasonableness. Lincoln has displayed many of these unfair practices within their procedures and the termination of Ms. Garza's claim for Long Term Disability benefits.

## III. CONCLUSION AND DEMAND UNDER THE COLORADO CONSUMER PROTECTION ACT

### i. Lincoln's Breach of Duty of Good Faith and Fair Dealing

Lincoln breached its duty of good faith and fair dealing by terminating and delaying full payment of benefits to Ms. Garza when Lincoln's obligations were reasonably clear and Lincoln knew, or should have known, that there was no reasonable basis for withholding any part of Ms. Garza's payment. Lincoln previously awarded Ms. Garza her benefits due to her upper extremity limitations and physical condition.

Lincoln has thus failed to effectuate a prompt, fair, and equitable settlement of Ms. Garza's claim, though Lincoln's liability remains consistently clear. As a result of this breach of duty of good faith and fair dealing, Ms. Garza suffered damages consisting of the loss of the benefit-of-the-bargain that he reasonably expected to be due under the Plan.

### ii. Lincoln's Breach of Contract

Lincoln's conduct constitutes a breach of the Plan. The Plan is a contract as its existence arose from a bargained for exchange between Ms. Garza and Lincoln. Lincoln failed to perform in accordance with the terms of the Plan. Ms. Garza has incurred losses, which should have been compensated by Lincoln, as those losses were covered under the Plan. Lincoln has failed to perform its obligations under the contract by failing to pay the full amount of Ms. Garza's claim by terminating benefits to Ms. Garza. This conduct constitutes a breach of the contract between Ms. Garza and Lincoln.

### iii. Lincoln's Violations of The Colorado Consumer Protection Act

It is our contention that Lincoln's conduct constitutes unfair and deceptive acts and practices, as well as misrepresentations, in the business of insurance in violation of

Colorado Consumer Protection Act, 6-1-105.

An insurer has an obligation to conduct an adequate investigation before terminating a claim. An insurer will not escape liability merely by failing to investigate a claim so that it can contend that liability was never reasonably clear. Lincoln failed to adequately investigate Ms. Garza's claim, and the IME used was not substantial evidence.

**iv. Lincoln's Violations of the Colorado Deceptive Trade Practices**

Lincoln violated the Colorado Deceptive Trade Practices, which is part of the Consumer Protection Act. It is our contention that Lincoln has misrepresented characteristics, benefits, obligations, and other aspects dealing with the contract for LTD insurance services.

The Colorado Consumer Protection Act prohibits practices including, but are not limited to:

- Misrepresenting that goods or services have certain quantities, characteristics, ingredients, uses, or benefits.
- Advertising or offering for sale used, blemished, or reconditioned goods as new or unblemished.
- Using any deception, fraud, false pretense, false promise, or misrepresentation in connection with a transaction.
- Selling children's products that are known (or should be known) to have been recalled by the U.S. Consumer Product Safety Commission
- Failing to disclose all conditions or fees relating to return policies or layaway agreements.

Although Ms. Garza submitted his claim for long term disability benefits in proper form and within the time specified by the policy, Lincoln terminated her claim with no justifiable basis. As a result, Ms. Garza has suffered actual damages in the form of past due benefits and continues to suffer actual damages in the amount of benefits she would be entitled to in the future as she continues to remain "totally disabled." Further, Lincoln's wrongful denial of Ms. Garza's full claim has caused suffering of severe mental anguish since he has had to live each day with the knowledge that short of legal action, there will only be partial compensation for her loss.

In addition, Ms. Garza has accumulated reasonable and necessary attorney's fees related to the instant action as described in this letter. To date, these attorney's fees amount to $10,000.00.

The purpose of this letter is twofold. One is to consider the medical information submitted and perform an additional review of Ms. Garza's claim, and two, is to encourage Lincoln to resolve Ms. Garza's claim in a fair and equitable manner without the need for further legal action. In the event Lincoln fails to overturn its previous erroneous determination, Ms. Garza will have no alternative but to proceed with a lawsuit. This lawsuit will be brought seeking not only the amount of money Ms. Garza is asking of Lincoln at this time,

but the full measure of Ms. Garza's damages, expenses, and attorney's fees as allowed by law. Additionally, in this lawsuit if the jury finds that Lincoln "knowingly" violated Colorado's DTP §6-1-105. Ms. Garza may recover up to three times the actual damages plus the cost of reasonable attorney's fees, whichever is greater if established by clear and convincing evidence that Lincoln engaged in bad faith. If Lincoln is interested in resolving this matter without the necessity of litigation, please contact our office within sixty (60) days of your receipt of this letter.

Sincerely,

Marc S. Whitehead
Attorney at Law

Enclosure: Exhibit A
cc: Ms. Lynn Garza

gfm/MSW

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. *Of Counsel*
*Board Certified–Personal Injury Trial Law*
*Texas Board of Legal Specialization*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Algos Behavioral Health Services<br>Bate Stamped: LG.LIN.0001-0006 |
| **A-2.** | The San Antonio Orthopedic Group<br>Bate Stamped: LG.LIN.0007-0270 |
| **A-3.** | Dr. Anne Clark<br>Bate Stamped: LG.LIN.000271-0284 |
| **A-4.** | The San Antonio Orthopedic Group 2<br>Bate Stamped: LG.LIN.0285-0542 |
| **A-5.** | Monarch Plastic Surgery<br>Bate Stamped: LG.LIN.0543-0558 |
| **A-6.** | Neurosurgical Association of San Antonio<br>Bate Stamped: LG.LIN.0559-0575 |
| **A-7.** | Overland Park Surgery Center<br>Bate Stamped: LG.LIN.0576-0604 |
| **A-8.** | Dr. Michael Peck<br>Bate Stamped: LG.LIN.0605-0617 |
| **A-9.** | TSAOG Orthopedics<br>Bate Stamped: LG.LIN.0618-0865 |

*address* 403 Heights Blvd Houston, TX 77007 *telephone* 713.228.8888 *facsimile* 713.225.0940 *toll free* 800.562.9830 *online* DisabilityDenials.com

# Fax Transmission

**To:** 16034301776@shoretelfax.com

**Fax:** 16034301776

**RE:** Lynn Garza Appeal Exhibit A-10

**From:** Georgia Mathera

**Date:** 10/4/2021 2:59:27 PM PDT

**Pages:** 11

---

**Comments:**

[Marc Whitehead & Associates Attorneys at Law, LLP]<http://www.disabilitydenials.com/>

Georgia Mathera | Paralegal
Marc Whitehead & Associates, Attorneys at Law LLP
403 Heights Blvd.
Houston, TX 77007

Phone: 713.228.8888
Fax: 346.326.3177

website<http://www.disabilitydenials.com/> |
vCard<https://dynasend.com/signatures/vcard/jocelyn-at-marcwhitehead.com.vcf> |
map<https://www.google.com/maps/place/403+Heights+Blvd,+Houston,+TX+77007/@29.7780929,-95.4022183,16z/data=!4m5!3m4!1s0x8640c7569807c80d:0xfc9ccc23f3e38a6!8m2!3d29.7780929!4d-95.3978409!5m1!1e3>
| email<mailto:jocelyn@marcwhitehead.com>

Facebook]<http://www.facebook.com/AttorneyMarcWhitehead>[LinkedIn]<https://www.linkedin.com/company/3308102/>[Twitter]<http://twitter.com/marcwhitehead>[Yelp]<https://www.yelp.com/biz/marc-whitehead-and-associates-attorneys-at-law-houston>

Confidentiality Note: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

Marc Whitehead, Esq.

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

Anthony Vessel, Esq.
*Sr. Associate Attorney, Mediator*

Britney McDonald, Esq.
*Sr. Associate Attorney, Mediator*

Madison Donaldson, Esq.
*Associate Attorney*

Shane Kadlec, Esq. *Of Counsel*
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

## LIST OF EXHIBITS

## EXHIBIT A

| | |
|---|---|
| **A-1.** | Algos Behavioral Health Services<br>Bate Stamped: LG.LIN.0001-0006 |
| **A-2.** | The San Antonio Orthopedic Group<br>Bate Stamped: LG.LIN.0007-0270 |
| **A-3.** | Dr. Anne Clark<br>Bate Stamped: LG.LIN.000271-0284 |
| **A-4.** | The San Antonio Orthopedic Group 2<br>Bate Stamped: LG.LIN.0285-0542 |
| **A-5.** | Monarch Plastic Surgery<br>Bate Stamped: LG.LIN.0543-0558 |
| **A-6.** | Neurosurgical Association of San Antonio<br>Bate Stamped: LG.LIN.0559-0575 |
| **A-7.** | Overland Park Surgery Center<br>Bate Stamped: LG.LIN.0576-0604 |
| **A-8.** | Dr. Michael Peck<br>Bate Stamped: LG.LIN.0605-0617 |
| **A-9.** | TSAOG Orthopedics<br>Bate Stamped: LG.LIN.0618-0865 |
| **A-10.** | Benefits Planning Query<br>Bate Stamped: LG.LIN.0866- |

# Benefits Planning Query (BPQY)

**Confidential Social Security Data**

**Name:** LYNN A GARZA **SSN:**

| | Social Security Disability Insurance (SSDI) | Supplemental Security Income (SSI) |
|---|---|---|
| **RECORD** | **See Below** | **No Record** |
| **CASH** | | |
| Type of Benefit | **Disabled Worker** | |
| Current Status | **Current Pay** | |
| Statutory Blindness | **No** | |
| Date of Disability Onset | **10/10/2018** | |
| Date of Entitlement | | |
| Full Amount | **$2,352.20** | |
| Net Amount | **$2,203.00** | |
| Others Paid On This Record | No | |
| Total Family Cash Benefit | **$0.00** | **Not Applicable** |
| Overpayment Balance | **$0.00** | |
| Monthly Amount Withheld | **$0.00** | |
| **MEDICAL REVIEWS** | | |
| Next Medical Review | **05/24** | |
| Medical Re-exam Cycle | **3+ years** | |
| **REPRESENTATION** | | |
| Representative Payee | **No** | |
| Authorized Representative | **Yes** | |

SSA-2459
July, 2001

**Date Produced: 09/23/2021**
version 6.0.0 06/01/2020

# Benefits Planning Query (BPQY)

**Confidential Social Security Data**

**Name:** LYNN A GARZA **SSN:**

| **HEALTH INSURANCE** | | **MEDICARE** | **MEDICAID** |
|---|---|---|---|
| Type | **PART A** | **PART B** | **No Medicaid Eligibility** |
| Start | **04/2021** | **04/2021** | |
| Stop | | | |
| Buy-In | **No** | **No** | |

**SSI WORK EXCLUSIONS**

Blind Work Expenses

Impairment Related Work Experiences

Student Earned Income Exclusions

PASS Exclusion

**SSDI WORK ACTIVITY**

| | | | |
|---|---|---|---|
| Trial Work Months | **Start:** | **End:** | **Used: 0 Months** |
| Month of Cessation | **N/A** | | |
| Current SGA Level | **$1,310.00** | | |
| Last Work Review Action | | | |

**DEMONSTRATION PROJECT INFORMATION**

None

**SSI Recorded Earnings (Monthly)**

| Month | Earnings | Month | Earnings |
|---|---|---|---|

**Posted SSDI Monthly Earnings (Last Five Years)**

SSA-2459
July, 2001

**Date Produced: 09/23/2021**
version 6.0.0 06/01/2020

THE SAN ANTONIO ORTHOPAEDIC GROUP, L.L.P. • 11212 HIGHWAY 151, PLAZA 1, SAN ANTONIO TX 78251-2459
GARZA, LYNN (id #755601, dob:

ACCOUNT NUMBER: 59955
NAME: GARZA, LYNN
DOB: AGE: 49yo
DR: CHRISTIAN A WOODBURY, MD

ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO
TSAOG ORTHOPAEDICS

Dr. Christian A. Woodbury
Discharge Home Instructions for Hand Surgery

Rev: 1/19

Surgery Center Phone Number: (210) 253-2660 / extension: 2696

**The instructions on this document are provided to assist your recovery after the procedure. Please read them carefully and refer to them often when you return home.**

ANESTHESIA USED: [ ] GENERAL [✓] IV SEDATION [ ] LOCAL [ ] AXILLARY BLOCK

If you had general anesthesia, you may have a sore throat for the first 24 hours following surgery due to an airway placed inside your windpipe during surgery it may take a day or more to fully recover.

After receiving anesthesia, it is normal for you to feel tired and sleepy for 24-48 hours following the surgery. **DO NOT:**

- Make important decisions or sign legal documents.
- Drive or operate machinery, drink alcohol or smoke alone.
- Handle hazardous material such as hot grease or boiling water.
- Engage in sports, heavy work, or lifting until your physician says it's okay.

ACTIVITY: *See finger specific sheet.

- After your surgery, take it easy for the rest of the day.
- Raise your affected extremity above the level of your heart for 3 days.
- May resume driving when no longer taking narcotic pain relievers.
- Wrap ice pack or bag of frozen peas in a thin cloth. Place it over bandage for no longer than 20 minutes at a time. Do this as needed for pain and swelling.
- Open and close your fingers often. Start right after surgery.

DIET:

Begin your diet with liquids and light foods such as Jell-O, 7-Up and soup. Progress to your normal diet if you are not nauseated. Avoid spicy, fried or greasy foods.

DRESSING CARE:

- [ ] DO NOT change wound bandage.
  [ ] Remove dressing in 4 DAYS; bathe, redress with band-aid with or without ace wrap
- When showering, cover the bandaged hand with a plastic cover to keep it dry.
- Wear your sling to help elevate affected extremity as needed.
- **DO NOT REMOVE SUTURE/STAPLES/STITCHES. THESE NEED TO BE REMOVED IN CLINIC.**

WHAT TO EXPECT:

- Bruising on your hand. Sore hand for a few days. Slight swelling of your hands and fingers.

NOTIFY YOUR DOCTOR IMMEDIATELY IF ANY OF THE FOLLOWING OCCUR:

- Your hand/arm becomes cold, turn a bluish color, feels numb persistent after 24 - 48 hours
- You have excessive swelling or pain.
- Fever over 100 degrees or chills.
- Drainage from your surgery wound.
- There will be some oozing; call if active bleeding.
- Your pain is not manageable with the medication prescribed by your doctor.

*If you have an emergency and you cannot reach your doctor by phone, go to the nearest emergency room*

MEDICATIONS:

Take pain medication as specifically ordered by your physician.
Take 1st pain pill as soon as tingling / pain begins to surgical site and take thereafter as needed.
*DO NOT* drink alcohol while on pain medication. *DO NOT* drive or operate machinery or use power tools.
May resume driving when no longer taking narcotic pain relievers.
You may resume taking your normal medications the day after surgery, unless told otherwise by surgeon.

FOLLOW-UP CARE: 10 - 14 days

A nurse from the Orthopaedic Surgery Center will telephone you a few days after surgery to see how you are doing.
**If you DO NOT have a previously scheduled post-op appointment, please call Dr. Christian A. Woodbury's office (210) 804-5506 tomorrow.**

I have witnessed the postoperative instructions along with the patient and understand them. I am responsible for transportation of the patient from the facility

Responsible Party Signature | Nurse's Signature | Date / Time

LG.LIN.0868

*Your Health ~ Our Mission*

ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO

THE SAN ANTONIO ORTHOPAEDIC GROUP®

# Peripheral Nerve Block Discharge Instructions

The following nerve block was performed for your surgery:

- ☐ Interscalene
- ☐ Supraclavicular
- ☒ Infraclavicular
- ☐ Axillary
- ☐ Femoral
- ☐ Adductor Canal
- ☐ Popliteal
- ☐ Fascia Iliaca

Your nerve block is expected to last about:

- ☐ 4 – 8 hours
- ☒ 12 – 24 hours

This is an estimation as to how long your nerve block will last. Your nerve block may wear off earlier or may last longer.

## Taking Your Pain Medication

IF needed, your surgeon will give you a prescription for pain medication. Start taking this medication before the nerve block first begins to wear off or when you first begin to feel discomfort. The idea is to have pain medication in your body before the block wears off. It takes about 60 minutes for the oral pain medication to become fully effective.

Keep in mind that nerve blocks often wear off in the middle of the night. If you are going to bed and the block has not started to wear off, or you have not had any discomfort, consider setting an alarm to go off in 2-3 hours so you can assess your block. If you notice the block is wearing off or you are starting to have discomfort you can then take your medication.

You need to take your pain medication as prescribed. Pain medications can cause sedation and decrease your breathing if you take more than you need for the level of pain you are having.

Nausea is a common side effect of many pain medications. You may want to eat something before taking your pain medicine to help prevent nausea.

## What to expect after a nerve block

Nerve blocks affect many types of nerves, including nerves that control movement, pain, and normal sensation. Nerve blocks cause feelings such as:

1. Numbness
2. Tingling
3. Heaviness
4. Weakness or inability to move your arm or leg
5. A feeling that your arm or leg has "fallen asleep".

A nerve block can last for 2-36 hours or more depending on the medication used. Usually the weakness wears off first. The tingling and heaviness usually wear off next. Finally you may start to notice pain. Keep in mind that this may occur in any order. Once a nerve block starts to wear off it is usually completely gone within 60 minutes.

Certain nerve blocks may cause other symptoms. If you have had a shoulder block or a block near your collar bone, you may have symptoms such as:
1. Mild shortness of breath
2. A hoarse voice
3. Blurry vision
4. Unequal pupils
5. Drooping of your face on the same side as the nerve block

These are common side effects of this type of nerve block. These symptoms usually go away within 12 hours.

**If you have severe or prolonged shortness of breath, please go to the nearest Emergency Room**

If you continue to feel the effects of the nerve block for longer than 48 hours, please call 210-253-2699.

**Protection of a Numb Arm or Leg**

After a nerve block, you cannot feel pain, pressure, or extremes in temperature in the effected limb. Because your arm or leg is numb it is at risk for injury. For example, it is possible to burn your arm or leg on a hot stove without knowing it. Here are some helpful tips to protect your arm or leg while it is numb:

1. While you are awake change position of your arm or leg often. This helps to avoid putting too much pressure on the limb for long periods of time.
2. While sleeping, pad the limb with pillows to avoid rolling onto it while you sleep. If you have had a shoulder or arm block, it is a good idea to sleep in a recliner with pillows under your arm to avoid rolling onto hour numb arm as you sleep.
3. If you have a cast or tight dressing, check the color of your fingers/ toes every couple of hours. Call your surgeon if any look discolored.
4. If you have had a shoulder, arm, or hand block, you may go home with a sling. The sling will help to keep your arm in a safe position. Wear the sling at all times until the nerve block completely wears off.
5. If you have had a leg block, you may have difficulty bearing weight on that leg. You may be sent home with crutches to use until the nerve block wears off. Have someone assist you with walking until the nerve block completely wears off.
6. Use caution in cold weather. Your numb leg or arm will not be able to feel extremes in the temperature. Be sure to cover your limb appropriately before going outside in order to prevent frostbite.
7. Ask your family or other support people to help you with the above tips

PAEDIC SURGERY CENTER OF SAN ANTONIO • 400 CONCORD PLAZA DRIVE, SAN ANTONIO TX 78216-6905

**GARZA, LYNN (id #59955, dob:**

## Medication Reconciliation

Date: 09/23/2021

Patient Name: Lynn Garza, Sex:F
DOB: Age:49yo
Account #59955

# MEDICATIONS:

Reviewed Medications

| Name | Date | |
|---|---|---|
| alendronate 40 mg tablet | 12/17/19 | filled |
| ALPRAZolam 0.5 mg tablet | 06/17/20 | filled |
| aspirin | 09/23/21 | entered |
| cyclobenzaprine 10 mg tablet | 11/04/19 | filled |
| roamphetamine-amphetamine 30 mg tablet | 07/01/20 | filled |
| dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release | 07/01/20 | filled |
| escitalopram 20 mg tablet | 07/01/20 | filled |
| hydrOXYzine HCL 50 mg tablet | 11/27/19 | filled |
| levothyroxine 150 mcg tablet | 06/16/20 | filled |
| metFORMIN | 09/23/21 | entered |
| nortriptyline 25 mg capsule | 10/03/19 | filled |
| nortriptyline 50 mg capsule | 07/01/20 | filled |
| ondansetron HCL 4 mg tablet | 07/01/20 | filled |
| spironolactone 50 mg tablet | 07/21/20 | filled |
| tiZANidine 4 mg tablet | 07/01/20 | filled |
| traMADoL 50 mg tablet | 02/28/20 | filled |
| Trulicity | 09/23/21 | entered |
| Wellbutrin XL 300 mg 24 hr tablet, extended release Take 1 tablet(s) every day by oral route. | 09/23/21 | entered |
| zolpidem 10 mg tablet | 07/01/20 | filled |

9/23/21 Med list utd. No meds today. -CR
Comment

__________Resume only checked medications above

_ ______ Resume all medications

Date (required) Time (required) Patient Printed Name and Signature (required)

LG.LIN.0871

OI PAEDIC SURGERY CENTER OF SAN ANTONIO • 400 CONCORD PLAZA DRIVE, SAN ANTONIO TX 78216-6905

**GARZA, LYNN (id #59955, dob:**

9/23 1300

Date (required) Time (required) Physician/Nurse Printed Name and Signature (required)

LG.LIN.0872



*** We would like you to spend 2-3 minutes of each hour while you are awake doing these motions to the best of your abilities.***

THANK YOU FOR HELPING US IN YOUR RECOVERY!

1. Bend first two joints of injured wrist down as shown
2. Hold 5 seconds
3. 5-10 repetitions, each hour

---



1. Bend knuckle joints of injured hand down as shown
2. Keep the other joints o you fingers straight
3. Hold 5 seconds
4. 5-10 repetitions, each hour

---



1. Begin with palm of injured hand flat
2. Spread fingers as far apart as you can
3. Hold 5 seconds
4. 5-10 repetitions, each hour

---



1. Begin with palm of injured hand flat with fingers apart
2. Now pull fingers together
3. Hold 5 seconds
4. 5-10 repetitions, each hour

---



1. Make a fist with hand as shown
2. Hold 5 seconds
3. 5-10 repetitions, each hour

J.Garcia 07/31/17 Hand Exercise

THE SAN ANTONIO ORTHOPAEDIC GROUP®

# DME & Bracing
# Product Agreement & Rx
## at the Orthopaedic Institute

Circle: RIGHT LEFT B/L

## PRESCRIPTION:

REF 79-84017
HCPC: L3660(OTS)
LOT TJ03218210617
CLINIC SHOULDER IMMOB. (L)

Place Product Sticker Here or Print The Product Description with Make and Part #

**FOOT/ANKLE**
__Post Op Shoe
__Heel Cups
__Bunion Splints
__Ankle Air Stirrup
__Tall Air Stirrup
__Elastic Ankle Sleeve
__Lace-Up Ankle/ASO/Kallassy
__Non-Pneumatic Walking Boot
__Tall __Short
__Pneumatic Walking Boot
__Tall __Short
__Velocity/Ossur Rebound Hinged Ankle
__Night Splint
__Ankle Foot Orthosis-AFO
__Custom AFO
__Solid __Articulating

**KNEE**
__Knee Immobilizer
__ROM/Post Op Hinged Knee Brace
__Elastic Hinged Knee Brace
__Hinged Knee W/ Condyle Pads
__Tru-Pull/Tru-Pull Lite
__Playmaker/Rebound ROM
~~__Elastic Knee Sleeve~~
__ACL with Sleeve
__OA/Unloader with Sleeve
__Medial __Lateral

**UPPER EXTREMITY**
__Arm Sling
__Shoulder Immobilizer
__Ultrasling/Slingshot/Smartsling
__Bledsoe Arc 2.0
__Wrist Splint/Carpal Tunnel Splint
__Wrist/Forearm Splint
__Wrist w/ Abducted Thumb/Ossur Spica
__Thumb Spica without Wrist
__Knuckle Orthosis/Boxer's Fracture Splint
__Band-It/Tennis Elbow Strap
__Post-Op Elbow, ROM: ____
__Functional/Sports Hinged Elbow, ROM: ____
__Clavicle Splint

**SPINE/CERVICAL**
__Soft Cervical Collar
__Miami J Collar
__Aspen Vista Multipost Collar
__BOA/LO (belt)
__BOA/LSO with Chairback
__TLSO
__Custom LSO/Boston
~~__with thigh extension~~
__Custom TLSO
__with thigh extension
__Philly Collar
__Aspen CT04
__AB Binder

**DME**
__Crutches
__Cane
__Quad Cane
__Walker with Wheels & Seat
__Walker with Wheels
__Walker without Wheels
__Bariatric Walker with Wheels
__Bariatric Walker with Wheels & Seat
__Bedside Commode
__Bariatric Bedside Commode
__Wheelchair with elevating leg rests
__Hip Kit
__Cast Guard
__Extension Block
__TENS Unit (Nerve)
__TENS Pads
__TENS Lead Wires
__TEMS Unit (Muscle)
__Cold Therapy

**OTHER:**
__Custom Spinal/Knee/AFO (describe:)
__Other: ____

Letter of Medical Necessity: I certify that the above are required during the normal course of patient rehabilitation in order to protect the injury and/or surgical repair. This will allow the patient to resume the normal activities of daily living more quickly and at less cost. These modalities are an essential adjunct to the patient's rehabilitation. Without the use of this device, the patient will be at risk for extended rehabilitation and additional costs. I certify that I have fit and adjusted the item to the patient.

Physician Signature: Transcribed from MD orders. Dr. Woodbury / C. Cook Date: 9/23/21 NPI#: ____
Physician Name: ____ Surgery Center/ Hospital: ____
Procedure: ____ Diagnosis/ICD-9 Code(s): ____
*ORIGINAL Physician Signature REQUIRED for Medicare beneficiaries *Please attach patient demographics and copy of insurance information/card

Patient Acknowledgement & Authorization to Assignment of Benefits (PA/AOB)

I acknowledge receipt of the item(s) noted above and request that payment of authorized insurance be made on my behalf for the products and services provided to me. I acknowldege receiving instructions and have been demonstrated proper use and care of the equipment or supplies described in this document. Established guidelines and federal regulation for these products do not allow us to accept returns of durable medical equipment, except in the event of component failure and warranty issues. In the event your equipment malfunctions or is not working properly, please alert our office at once.

Patient/Authorized Signature: ____ Date: ____
Patient Name: ____
Billing Address: ____ Apt #: ____
City: ____ State: ____ Zip: ____
Home Phone: ____ Cell Phone: ____
Soc Sec #: ____ Date of Birth: ____ Sex: M F

ACCOUNT NUMBER: 59955
NAME: GARZA, LYNN
DOB: AGE: 49yo
DR: CHRISTIAN A WOODBURY, MD

LG.LIN.0874

# OVERPAYMENT REFERRAL (Collection Agency and Closed File Administration)

***Instructions:*** ***Written approval from the ASO customer is required prior to referral completion. All overpayments and all applicable claim note(s) must be entered into SystemOne prior to submitting this referral.***

***Referral Type:***

- ☑ *Collection Agency*
- ☐ *Closed Claim (Operations Analysis)*

***The ASO customer must know that a Collection Agency recovery fee of 25 - 30% of the total overpayment collected will be incurred by the ASO customer.***

***All closed claims with outstanding WC or Subrogation liens should be referred to the Subrogation Unit.***

Today's Date: **9/27/2021** Office #: **0096**

Case Managers Name **Linda Best** Phone: **(888) 437-7611**

Extension: **16218**

Claim Number(s): **8820045**

Document Location: ☑ Document List ☑ Correspondence ☐ Paper File

Reason(s) For Overpayment: ☑ Social Security ☐ Pension ☐ RTW ☐ Partial Disability ☐ Stat Benefits ☐ WC

Total SystemOne Overpayment Due Amount: **$54,796.17**

Total ASO or RBO Takeover Overpayment:

**Less Attorney Fees**

Total Overpayment to be Collected: **$54,796.17**

Date Overpayment Incurred: **7/1/2021**

Date Overpayment Communication Sent to Claimant Letter 1: **7/1/2021**

Letter 2: **8/16/2021**

Future Benefit Reduction Recovery Amount (if any): ☐ Weekly ☐ Bi-weekly ☑ Monthly

Date of next payment: **N/A**

Date of last claimant phone contact (or attempt): **9/13/2021**

Claim Closure Date (if applicable): **4/8/2021**

Claim Closure Reason (if applicable): **NOAO**

Is Claim Closure in Appeal? (if applicable): ☐ Yes ☑ No

**DEBTOR**

Claimant Name: **LYNN GARZA**

Claimant Social Security Number: Claimant Telephone Number:

Claimant Address: Street 1

Street 2

City, St, Zip

Customer Name: **SISTERS OF CHARITY LEAVENWORTH**

Product Type (STAT, STD, LTD): **LTD** Funding Type (ASO w/checks or Fully Insured: **FI**

***Comments (if any)***

***For Operations Analysis Use Only***

***Collection Agency Assigned:*** ***Record #***

***Date of Referral:*** ***File Recommendation/Notes:***

***Referred by:***

***Date of Closure:***

DIS OPS ANAL-OP MGT 1 (7/99)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1839

| | |
|---|---|
| Date: | September 13, 2021 |
| To: | MARC WHITEHEAD<br>MARC WHITEHEAD & ASSOCIATES<br>403 HEIGHTS BLVD<br>HOUSTON TX 77007 |
| Attn: | |
| Fax: | (346) 299-2646 |
| From: | Linda Best<br>Recalc & Recovery Specialist II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1839 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(888) 437-7611and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1839

September 13, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

We previously wrote to you regarding the Social Security Disability overpayment on your clients Long-Term Disability Claim. As of this date we have not received a full refund.

A total of $54,796.17 is still outstanding. Your client must return the full refund within 10 days of this letter or contact our office before September 27, 2021 to make appropriate arrangements to refund this amount.

Please remit the outstanding balance of $54,796.17, payable to Lincoln Life Assurance Company of Boston to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

Lincoln Life Assurance Company of Boston can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-430-1839 or the form can be emailed to me at linda.best@LFG.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**

**Lincoln Life Assurance Company of Boston**
**PO Box 2578**
**Omaha, NE 68172-9688**

If we do not receive payment by September 27, 2021, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. Lincoln Life Assurance Company of Boston also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Linda Best
Recalc & Recovery Specialist II
Phone No.: (888) 437-7611Ext. 16218
Secure Fax No.: (603) 430-1839

CC: Lynn Garza

Attachments: One Time Debit Payment Auth

**Lincoln Life Assurance Company of Boston**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

# One Time Debit Payment Authorization Form

Sign and complete this form to authorize Lincoln Life Assurance Company of Boston to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 8820045

I ____________________________ authorize Lincoln Life Assurance Company of Boston to debit my
(full name)

account at the financial institution listed below for _________ on or after ___________.
(amount) (date)

This authority will remain in effect until Lincoln Life Assurance Company of Boston is notified by me (us) in writing to cancel it in such time to afford Lincoln Life Assurance Company of Boston and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# _______________________

City, State, Zip ______________________________ Email _________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ____________________________________________

Financial Institution Address ____________________________________________

Routing Number ____________________________________________

Account Number ____________________________________________

SIGNATURE ________________________________ DATE _________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LYNN GARZA

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1839

September 13, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

We previously wrote to you regarding the Social Security Disability overpayment on your clients Long-Term Disability Claim. As of this date we have not received a full refund.

A total of $54,796.17 is still outstanding. Your client must return the full refund within 10 days of this letter or contact our office before September 27, 2021 to make appropriate arrangements to refund this amount.

Please remit the outstanding balance of $54,796.17, payable to Lincoln Life Assurance Company of Boston to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure your payment contains your claim number provided in this letter.**

Lincoln Life Assurance Company of Boston can also process a one-time debit from your account. If you prefer this method of refund, you may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-430-1839 or the form can be emailed to me at linda.best@LFG.com. If you are not able to fax or email the completed Authorization to Debit form, please mail the completed form to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**

**Lincoln Life Assurance Company of Boston**
**PO Box 2578**
**Omaha, NE 68172-9688**

If we do not receive payment by September 27, 2021, under the terms of your Policy we are required to apply your disability benefit to the above overpayment until the balance is paid in full. Lincoln Life Assurance Company of Boston also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Linda Best
Recalc & Recovery Specialist II
Phone No.: (888) 437-7611Ext. 16218
Secure Fax No.: (603) 430-1839

CC: Lynn Garza

Attachments: One Time Debit Payment Auth

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1839

| | |
|---|---|
| Date: | August 16, 2021 |
| To: | MARC WHITEHEAD<br>MARC WHITEHEAD & ASSOCIATES<br>403 HEIGHTS BLVD<br>HOUSTON TX 77007 |
| Attn: | |
| Fax: | (346) 299-2646 |
| From: | Linda Best<br>Recalc & Recovery Specialist II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1839 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1839

August 17, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

We previously wrote to your client Lynn Garza regarding the overpayment on her Long-Term Disability Claim. As of this date we have not received a full refund.

A total of $54,796.17 is still outstanding. Ms. Garza must return the full refund within 21 days of this letter or contact our office before September 6, 2021 to make appropriate arrangements to refund this amount.

Please remit the outstanding balance of $54,796.17, payable to Lincoln Life Assurance Company of Boston to the following address:

**Refund/Recoveries**
**Group Protection Disability Claims**
**Lincoln Life Assurance Company of Boston**
**PO Box 26028**
**Greensboro, NC 27420-6028**

**Please ensure Ms. Garza's payment contains her claim number provided in this letter.**

Lincoln Life Assurance Company of Boston can also process a one-time debit from her account. If you prefer this method of refund, Ms. Garza may complete the enclosed **Authorization to Debit** form and return it via fax back to my attention at 603-430-1839 or the form can be emailed to me at linda.best@lfg.com; or contact our office at 888-437-7611 extension *16218 to process a phone debit payment.

If we do not receive payment by September 6, 2021, under the terms of Ms. Garza's Policy Lincoln Life Assurance Company of Boston also reserves the right to forward her file to an external

Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Linda Best
Recalc & Recovery Specialist II
Phone No.: (888) 437-7611Ext. 16218
Secure Fax No.: (603) 430-1839

Attachments: One Time Debit Payment Auth
8820045-RECOVERY/REPAYMENT-CORRESPONDENCE-07.01.2021

| | | | | |
|---|---|---|---|---|
| Claim Number (s): 8820045 | | | | |
| | | | | |
| Overpayment Calculation | | | | |
| | | | | |
| Originally Paid | *4/8/2019* | *through* | *4/7/2021* | $120,357.12 |
| Less: Should have Paid | *4/8/2019* | *through* | *4/7/2021* | $65,560.95 |
| | | | | |
| Overpayment Due | | | | $54,796.17 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| | | | | |
| **Amount Due** | | | | **$54,796.17** |
| | | | | |
| | | | | |
| **Make Check Payable to Lincoln Financial Group in the Amount of:** | | | | $54,796.17 |

**Lincoln Life Assurance Company of Boston**
**Group Protection Disability Claims**
PO Box 2578
Omaha, NE 68172-9688

## One Time Debit Payment Authorization Form

Sign and complete this form to authorize Lincoln Life Assurance Company of Boston to make a one-time debit to your account listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

---

**Please complete the information below:**

**Lincoln Financial Group Disability Claim Number:** 8820045

I ____________________________ authorize Lincoln Life Assurance Company of Boston to debit my
(full name)

account at the financial institution listed below for _________ on or after ___________.
(amount) (date)

This authority will remain in effect until Lincoln Life Assurance Company of Boston is notified by me (us) in writing to cancel it in such time to afford Lincoln Life Assurance Company of Boston and the Financial Institution a reasonable opportunity to act on it.

Billing Address ______________________________ Phone# _______________________

City, State, Zip ______________________________ Email _________________________

Account Type: ☐ Checking ☐ Savings

Financial Institution Name ______________________________________________

Financial Institution Address ____________________________________________

Routing Number ______________________________________________

Account Number ______________________________________________

SIGNATURE ________________________________ DATE _________________

I authorize the above-named business to debit the account indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for one time use only. I certify that I am an authorized user of this account and that I will not dispute the payment with financial institution; so long as the transaction corresponds to the terms indicated in this form.

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

MARC WHITEHEAD
MARC WHITEHEAD & ASSOCIATES
403 HEIGHTS BLVD
HOUSTON TX 77007

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

July 29, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Lynn Garza's claim for LTD benefits under the Policy.

Per Ms. Garza's July 27, 2021 request for relevant claim documentation, we have enclosed the following information:

- Sisters of Charity of Leavenworth Health System, Inc.'s Long Term Disability (LTD) Policy
- A complete copy of our claim file

If Ms. Garza has any questions regarding this information, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

# BRIAN F. MCCRARY, DO, MPH

**F.A.C.O.E.M., F.A.C.P.M., F.A.O.C.O.P.M, C.W.S.**

**Board Certified- Occupational and Aerospace Medicine, Undersea & Hyperbaric Medicine**

Address
8229 N. Ridgeview Drive
Paradise Valley, AZ 85253

Telephone
Home: (210) 387-4224
Cell: (702) 203-1833
Email: mccrarymia@gmail.com


**EDUCATION**

*1993* **M.P.H. (Masters in Public Health), UNIVERSITY OF ARIZONA**
Tucson, AZ (emphasis in Toxicology and Environmental Health)

*1981-1985* **D.O. DES MOINES UNIVERSITY**
Des Moines, IA

*1976-1981* **B.S. ARIZONA STATE UNIVERSITY**
Tempe, AZ (Major in Psychology)
Magna Cum Laude, Phi Kappa Phi Honorary Society, Natl. Honor Society

**POSTGRADUATE TRAINING**

*2004-2005* **HYPERBARIC MEDICINE & WOUND CARE FELLOWSHIP**
U.S. Air Force School of Aerospace Medicine, San Antonio, TX
*Distinguished Graduate Award* (awarded only twice in 29 years)

*2001-2002* **AEROSPACE MEDICINE RESIDENCY**
U.S. Air Force School of Aerospace Medicine, San Antonio, TX

*1986-1988* **OCCUPATIONAL MEDICINE RESIDENCY**
University of Arizona Health Sciences Center, Tucson, AZ

*1985-1986* **TRANSITIONAL INTERNSHIP**
University of New Mexico Hospitals, Albuquerque, NM

**POSTGRADUATE COURSES**

*2000* **U.S. AIR FORCE FLIGHT SURGEON COURSE**
U.S. Air Force School of Aerospace Medicine, San Antonio, TX

*1992* **DIPLOMA IN TROPICAL MEDICINE**
Walter Reed Army Institute of Research, Washington, DC

*1990* **U. S. ARMY FLIGHT SURGEON COURSE**
Ft. Rucker, AL

**BOARD CERTIFICATIONS**

**Occupational Medicine**, *American Board of Preventive Medicine (ABPM)*, American Board of Medical Specialties (*ABMS*), *1990*
**Aerospace Medicine**, Board Certified (*ABMS*, *ABPM*), *2003,* Recertified by AOA, *2010*
**Undersea and Hyperbaric Medicine**, Board Certified (*ABMS*, *ABPM*), *2006,* Recertified *2015*, also Certified by the American Osteopathic Association, *2010, 2015*
**Certified Wound Specialist (CWS)**, *American Academy of Wound Management*, *2007*
**Diving Medical Physician**, *International Board of Undersea Medicine*, *2004*
**Medical Toxicology**, Board Eligible
**Diplomate**, *American Academy of* ***Wound Management***, *2007*
**Diplomate**, *American Academy of* ***Pain Management***, *1989*
**Diplomate**, *American Board of Professional* ***Disability Consultants***, *1990*
**Diplomate**, *American Board of* ***Forensic Examiners***, *1996*
**Certified ABIME**, *American Board of* ***Independent Medical Examiners***, *1995*
**Certified Impairment Rating** Specialist, *Amer. Academy of* ***Expert Medical Evaluators*** *2008*
**Certification in Evaluation of Disability and Impairment Rating**, *Amer. Academy of Disability Rating Physicians, 2013*

**ADDITIONAL CERTIFICATIONS**

**Fellow**, American College of Preventive Medicine (*ACPM*), *1990*
**Fellow**, American College of Occupational and Environmental Medicine (*ACOEM*), *1995*
**Fellow**, American Professional Wound Care Association (*APWCA*), *2006*
**Fellow**, American College of Certified Wound Specialists, *(ACCWS), 2008*

**Fellow**, Amer. Osteopathic College of Occupational & Preventive Med., *(AOCOPM), 2010*
**Fellow**, Academy of Physicians in Wound Healing, *(APWH), 2012*
**Associate Fellow**, Aerospace Medical Association (*AsMA*), *2002*
**Chief Flight Surgeon**, US Army and US Air Force, *1990* and *2000*
**Diving Medical Officer (DMO)**, National Oceanic and Atmospheric Assoc. (*NOAA*), *2004*
**MRO**, Medical Review Officer Certification (*ACOEM*), *1990, recertified until 2020*
**DOT MRCME certification**, *11/2014*
**Designated Rating Physician**, Nevada Division of Industrial Relations
**Texas Designated Doctor**, TX Division of Workman's Compensation
**Level I Accreditation**, Colorado State Division of Workers' Compensation
Advanced Cardiac Life Support (**ACLS**), expiration *6/2018*
USAF Surgeon General's Medical Corps Special Experience Identifier for **"Excellence in Clinical & Academic Teaching" '***06* &**"Clinical or Academic Grand Master"** '*07*
**Who's Who in America**, *1997-2004, 2006-09*
**National Who's Who in Executives and Professionals**, *2003*
**Biltmore Who's Who Among Executive and Professional Men**, *2006-09*
**Cambridge Who's Who**, *2008*
**America's Top Physicians**, *2010-11, 2015*
NIOSH Certified Spirometry Instructor, *1995*

**LICENSURE** (all current)

**Iowa** #2191; Licensed by FLEX exam, *1986*
**Arizona** #2269; *1986*
**New Mexico** #A-884-89; *1989*
**Texas** #K4950; *1998*
**Colorado** #29397; *1989*
**Nevada** #836; *1997*
**South Dakota** #4328; *1998*
**Wyoming** #6289A; *1999*

**PRACTICE EXPERIENCE** (Civilian Practice)

**Medical Director, Glendale Regional Public Safety Training Center (GRPSTC)**, Glendale, AZ. (2/2015-12/2019). Provides patient care to 14 city fire and police departments in the State, with oversight to mid-level providers and responsibility for the direction and supervision of the clinical staff. Fitness for duty, annual and pre-hire physical exams, drug and alcohol screening, injury care, MRO duties, and hearing conservation program. Manage comprehensive rehabilitation protocols for employees seeking return to duty.

**Medical Director, Wound Healing and Hyperbaric Medicine Center, Virginia Hospital Center,** Arlington, VA (8/12-8/14). Part-time during concurrent active military assignment. High volume UHMS accredited facility with leading reputation and track record for healing outcomes.

**Consultant in Occupational Medicine**, (8/98-2/00). Provide occupational health services to private industry, including on-site Medical Director responsibilities, MRO work, worksite evaluations and comprehensive case management services. Consulting services in the states of Colorado, Arizona, Nevada, Wyoming, North and South Dakota for independent medical evaluations, impairment ratings, medical-legal casework and permanent partial disability ratings.

**Regional Medical Director, Managed Care, Liberty Mutual Insurance Group**, Phoenix, AZ (1997-1998). In charge of medical operations for the 9 state western region with a staff of close to 100 corporate nurses. Training sessions with claims and nursing personnel. Peer reviews for medical case management and utilization review, short and long-term disability claims. Create and update national and regional protocols. Assist in marketing presentations. Active participant in development of several state treatment guidelines. Mediate and resolve problems between client companies and PPO network. Instrumental in PPO selection and performance appraisals. Created and monitor a local network for specialty peer review. Provide support for legal challenges.

**Division Medical Director, Lockheed-Martin Astronautics Group**, Denver, CO (1993-1994). Responsible for medical direction and oversight for the entire Astronautics Division, involving telecommunications, research and manufacture of satellites and Titan missiles. Provide

aggressive case management and case controversion. Coordinated medical surveillance programs, review medical leave of absence, and ADA issues. Set up an in-house rehabilitation program for occupational injuries. Treat occupational injuries and illnesses. Reduced workman's compensation and total medical costs by 40% from previous years.

**Occupational Medicine Department Head, Tucson Medical Associates**, Tucson, AZ (1987-1989). Developed and managed a high volume occupational medicine department for a large multi-specialty group practice clinic. Actively market the program to potential clients. Perform independent medical evaluations, impairment ratings, fitness for duty, pre-placement and surveillance exams, worksite evaluations, and complete injury care.

***U.S. MILITARY***

**Deputy Director, US Army Medical Research and Development Activity**, Ft. Detrick, MD (7/12-8/14). Serve as clinical trial mgr. and Principal Investigator on multiple double blinded, randomized control studies for the use of hyperbaric oxygen for TBI/PTSD ongoing at several locations across the country. Work regulatory issues with FDA and IRB and oversee execution. Coordinate with Medicare and Tricare for reimbursement issues nation-wide. Serve as key member of Research Program Executive Committee, and Lead Consultant on pivotal trial and follow-up study execution. Consulted on use of $HBO_2$ for concussions in athletes at several state universities. Brief the Secretary of the Army, Dept. of Health Affairs, Surgeon Generals and Congressional members and other government agencies regularly on status updates and tasks. Execute a budget of approximately 100 million dollars in this pursuit. Additional duty as a member of the DoD Physical Disability Board of Review for service members contesting their prior disability ratings.

**Medical Representative, US Air Force Formal Physical Evaluation Board**, Lackland Air Force Base, TX (7/09-7/12). Provide Air Force members with attorney represented hearings in determining their eligibility for service retention or implementing disability ratings. As the only full time medical member of the Board, serve as the medical expert opinion for all cases presented to the Board. Additional duty as Hyperbaric Medicine Consultant to the Air Force Surgeon General.

**Chief of Aerospace Medicine and Deputy Squadron Commander**, Randolph Air Force Base, TX (7/08-7/09). Additional duties as Senior Profile Officer, Public Health Emergency Officer and Director of Occupational Health. Largest freestanding Air Force clinic in the US providing comprehensive healthcare, occupational and public health support to a population of over 40,000. In charge of flight medicine, the largest aerospace physiology training center in the Air Force, health promotion, immunizations, physical examinations and optometry. Clinical Faculty for the US Air Force residencies in Aerospace and Occupational Medicine and the Hyperbaric Medicine Fellowship Program.

**Flight Commander, Hyperbaric Medicine and Wound Care Center, Chief of Aerospace Medicine and Deputy Squadron Commander**, David Grant Medical Center, Travis AFB, CA (7/05-6/08). Additional duties as Director of Occupational Health, Medical Evaluation Board President and Senior Profile Officer. Command largest clinical hyperbaric chamber in nation and DoD providing wound therapy/research. Perform over 2400 patient procedures/yr. Train and supervise 45 supplemental dive team members, 4 professional and 12 civilian and paraprofessional staff. Achieved coveted *UHMS accreditation with distinction*. Medical Center "*Team of the Year*" Award for 2005, *Team of the Quarter* X 4 and *Quality Improvement Awards* 06 and 07. Hosted and organized the first ever comprehensive "Wound Care Symposium" at the Medical Center now held quarterly. "*Charles W. Shilling*" Award for excellence in the advancement of hyperbaric medicine by the UHMS. *USAF Annual Scientific and Research Excellence Awards* for top case study papers, 1st and 2nd place 2006. USAF "*Leading Edge Award*" for cutting edge excellence or innovation in healthcare delivery 2007. *Certificate of Excellence* from the American College of Hyperbaric Medicine for "outstanding research efforts" in support of hyperbaric medicine research.

**Flight Commander, Air and Space Medicine and Chief of Aerospace Medicine**, 45th Aeromedical and Dental Squadron, Patrick Air Force Base, Florida (7/02-6/04). Deputy SGH

(Chief of Medical Staff) and Deputy Squadron Commander. In charge of Flight Medicine, Occupational Medicine, Public Health, Physical Examinations, Immunizations and Optometry Sections. Support the Kennedy Space Center, Space Shuttle missions and all launch and flying squadrons over 25 geographically separate locations. Supervise 24 people. ***Medical Group Commander*** *in support of Operation Iraqi Freedom*. Received outstanding scores on HSI/JCAHO inspections with special "benchmarks" for flight medicine management and occupational health. "*Best in the Air Force*" on several metrics. "*USAF Team Aerospace Award"* for 2003. US Air Force "*Flight Surgeon of the Year Award"* in 2004.

**Chief of Health Care Services and Flight Surgeon**, 377th Medical Group, Kirtland Air Force Base, Albuquerque, NM (2/00-6/01). Treat pilots, aircrew and their family members for injuries and illnesses. Consultant for the Occupational Medicine, Preventive Medicine and Public Health Sections. In Charge of Physical Examinations Section. Health and Wellness Consultant and Medical Review Officer (MRO) for the Medical Group.

**Occupational Medicine Division Head, Occupational Health Consultant & Senior Medical Officer,** U.S. Navy Submarine Base Bangor; Everett Naval Base; and Keyport Undersea Warfare Center, WA (1994-1996). Support 8 TRIDENT nuclear submarines and their repair facilities, and a large industrial plant for overhaul and refit of torpedoes. Supervise 12 civilian and 15 military personnel. Develop and oversee programs, manage medical surveillance, occupational health nursing, and all medical programs. Provide medical care for injuries and illnesses, fitness for duty evaluations, medical case management and advisor for Federal Employee Compensation Administration (FECA), with 15,000 employees. B-reader for all radiology evaluations.

**Regional Occupational Medicine Consultant,** Army Environmental Hygiene Agency, Fitzsimons Army Medical Center, Aurora, CO (1992-1993). Provide occupational medicine and toxicology expertise and training to over 200 military installations within a 23-state region. Perform epidemiologic investigations of occupational and environmental problems. Review projects and reports for health impact and medical support needs. Conduct compliance inspections for chemical weapons destruction projects in the region. Risk Communication Team member for public meetings/forums with the media, government and citizens groups for chemical decontamination operations at the Rocky Mountain Arsenal. Inspector for chemical decontamination/destruction operations at various Army bases.

**Director, Occupational Health Services & Occupational Medicine Consultant**, 18th Medical Command, Seoul, South Korea (1990-1992). Administrative and supervisory responsibility for occupational health nursing and industrial hygiene departments (15 people). Managed an annual budget of over $500,000. Consult on toxicology and environmental health issues. Conduct outbreak investigations and frequent training sessions for health issues. Travel Medicine Advisor and Deputy Preventive Medicine Consultant.

**APPOINTMENTS AND ACADEMICS**

- **Adjunct Faculty,** Midwestern University Medical School, Glendale, AZ. *2015-present.*
- **Faculty Physician,** The University of Arizona College of Medicine, the Department of Family, Community and Preventive Medicine, *2016-present.*
- **Preceptor** for Midwestern University School of Osteopathic Medicine Central Arizona Shelter clinic for homeless patients, *2014-present*
- **Preceptor**, UC Davis Emergency Medicine Residency Program, CA, *2006-08*
- **Preceptor**, David Grant Medical Center Family Practice Residency, Travis AFB, CA, *2005-08*
- **Preceptor and Faculty**, US Air Force School of Aerospace Medicine; Aerospace Medicine Residency and Undersea & Hyperbaric Medicine Fellowship Program, *2004-05 and 08-10*
- **Senior Fellow,** Undersea & Hyperbaric Medicine Fellowship, Brooks City-Base, TX, *2004-05* (*Distinguished Graduate*)
- **NISOH Office of Worker Advocacy Physician Panel**, *2003-04*
- **Vice President,** Amer. Osteopathic College of Occupational and Preventive Medicine, 06-*10*

- **Chairman,** Disability & Impairment Med. Division; American Osteopathic College of Occupational and Preventive Medicine. *2005-2010*
- **Adjunct Faculty**, The Rocky Mountain Poison Center Medical Toxicology Fellowship, Denver, CO, *1994-99*
- **Preceptor**, Family Practice Residency Program, Bremerton Naval Hospital, WA, *1994-96*
- **Preceptor**, the University of Iowa Residency Program in Occupational and Environmental Medicine, *1989-90*
- **Acting Medical Director**, and **EMT Instructor**, Nevada Test Site, *1998*
- **Medical Director**, Denver Broncos Sports Medicine and Rehabilitation Center, *1998-99*
- **Medical Director**, Schlage Lock Corporation and Western Forge Company, *1996-98*
- **Medical Director**, Fisher Controls International (Monsanto Subsidiary), *1989-90*
- **Director** of a statewide Occupational Toxicology Information Service (OTIS), the University of Arizona Health Sciences Center, *1986-88*
- **Director**, University of Arizona Medical Center Back School, *1986-88*
- **Review Editor** for *Military Medicine* and *Patient Care* Journals, *1990-20.*
- **Review Editor** for *Aviation, Space & Environmental Medicine* Journal, *2002-19.*
- **Review Editor** for the *Journal of Pain and Relief*, *2013.*
- **Review Editor** for *Cardiology* Journal, *2006-07*
- **Review Editor and Contributor** for the American College of Occupational and
- Environmental Medicine Clinical Practice Guidelines, 2nd Edition, *2008*.
- **US Air Force Chief Consultant for Hyperbaric Medicine**, Office of the Surgeon General, *Oct 2009-2012.*
- **Faculty and Session Moderator,** Pacific Chapter Undersea & Hyperbaric Medical Society Annual Conference, *Sep 2006*
- **Program Chair,** The Aerospace Medical Association Annual Conference, *2007*
- **Physician Surveyor**, the Undersea and Hyperbaric Medical Society Clinical Hyperbaric Medicine Facility Accreditation Program, *2007-08*
- **Brent Lovejoy Memorial Lecture**, the American Osteopathic College of Occupational and Preventive Medicine, *Mar 2008*
- **Certificate of Excellence** from the American College of Hyperbaric Medicine for "outstanding research efforts" in support of hyperbaric medicine research, *Aug 2007*
- US Air Force **Leading Edge Award** for cutting edge excellence and innovation in healthcare delivery, *Jan 2007*
- USAF **Annual Scientific and Research Excellence Awards**, 1st and 2nd place, *2006*
- Presented with the **Charles W. Shilling Award** for contributions to the advancement of operational hyperbaric medicine, the Undersea and Hyperbaric Medical Society, *Oct 2005*
- U.S. Air Force **Flight Surgeon of the Year** (Malcolm Grow Award), *2004*
- U.S. Air Force Finalist, **Investigator of the Year**, Aerospace Medicine Association, *2002*
- David Grant Med. Center Finalist **Paul Meyers Award,** Top USAF Physician Recognition
- **Clinical Faculty** for the US Air Force Residencies in Aerospace and Occupational Medicine and the Hyperbaric Medicine Fellowship Program, *2008-2012*
- **Board Member and Chair of the Undersea & Hyperbaric Medicine Division**, the American Osteopathic Board of Preventive Medicine, for physician certification examinations in Occupational, Aerospace, Preventive Medicine, Public Health and Undersea and Hyperbaric Medicine. *2010-present.*

**COMMITTEES**

- American College of Occupational and Environmental Medicine: *Committee for International Activities*, and the *Committee for Accreditation in Occupational and Environmental Medicine, 94-98. Committee for Quality Assurance, 1998- 02*
- American Osteopathic College of Occupational and Preventive Medicine: *Nominating, Education and CME Committees, and* Chair *the Bylaws Committee, 2006-10*
- Aerospace Medical Association: *Education and Training Committee, 2003-04*
- USAF School of Aerospace Medicine, Brooks AFB, TX, *Residency Advisory* and *Graduate*

*Medical Education Committees*, *2001-02 and 2004-05*.

- Hyperbaric Medicine Task Force- Aerospace Medical Association Core Curriculum, *2007-08*
- *Board of Trustees:* the American Osteopathic College of Occupational and Preventive Medicine, *2006-10.*
- Hyperbaric Medicine and Traumatic Brain Injury Steering Committee, US Air Force Representative; Dept. of Defense, Veterans Affairs, and UHMS Committee, *2008-09*
- Selected by the Undersea and Hyperbaric Medicine (UHM) Job Task Analysis (JTA) Committee as a UHM *Subject Matter Expert* (*SME*). Member of the UHM Test Development Committee for a Board Certification Examination offered by the AOA, *2007-present.*
- *Chairman***,** Conjoint Osteopathic Committee for Undersea and Hyperbaric Medicine, the American Osteopathic Board of Preventive Medicine, *2010-present.*
- American Osteopathic Board of Preventive Medicine, Credentials, CME and Examinations Committees, *2010-present.*

**ADDITIONAL EXPERIENCE**

- **Semester at Sea**- circumnavigated the globe, studying world cultures and history, *1978*
- **Team Physician**, the University of Arizona Women's Track Team, *1986-88*
- Proposed and initiated training rotations for International Occupational Health with the Maquiladora (border) plants in Mexico, *1986-88*
- **Instructor**, US Army Asbestos Abatement Supervisor Course, *1992-1993*
- **Instructor**, US Air Force Flight Surgeon Primary Courses, *2001-02, 2004-05*
- **Instructor**, US Air Force Occupational Health Course, *2002*
- **Instructor**, USAF Hyperbaric Medicine Course, *2005-06*
- **Instructor & Course Director**, USAF Medical Supplemental Team Member Course for hyperbaric chamber inside attendants*, 2006-08*
- **Volunteer Physician** for Denver Rescue Mission Clinic, Denver, CO, *1993-95*
- **Medical Team Leader** for a military humanitarian medical mission to remote areas of Bolivia, treating villagers and orphans, *1994*
- **Expeditionary Medical Group Commander** during Operation Iraqi Freedom, for joint US/British Medical Forces, *2003*
- **Colonel & Chief Flight Surgeon**, Active Duty US Air Force, retired Nov. 2014

**PROFESSIONAL ASSOCIATIONS**

American College of Occupational and Environmental Medicine **(Fellow)**
American College of Preventive Medicine **(Fellow)**
American Osteopathic College of Occupational & Preventive Medicine **(Fellow, and Vice President), Board of Trustees & Chairman-** Disability and Impairment Medicine Division
Aerospace Medical Association **(Associate Fellow** and **Review Editor)**
Academy of Physicians in Wound Healing **(Founding Member)**
American College of Forensic Examiners **(Diplomate)**
American Professional Wound Care Association **(Fellow)**
American College of Certified Wound Specialists **(Fellow)**
The Undersea and Hyperbaric Medical Society
The American College of Hyperbaric Medicine
The Society of U.S. Air Force Flight Surgeons
The Association of Military Surgeons of the U.S. (**Review Editor)**

**PUBLICATIONS**

"Temporal Relationships of Severe Low Back Injuries," published in the *Journal of the American Osteopathic Association*, Vol. 88, No. 12, pp. 1483-6, Dec. 1988.

- Published in *Internal Medicine News*, Vol. 22, No. 6, p. 33, 1989.

A Training Manual for International Occupational Health, co-author. The University of

Arizona Health Sciences Center, Dept. of Family and Community Medicine, June 1987.

"Resident Training in International Occupational Health: Toward a New Perspective," *The Journal of Occupational Medicine*, Vol. 31, No. 11, pp. 897-8, Nov. 1989.

"How to Determine the Work-Relatedness of Disease," *Osteopathic Medical News*, Vol. 6, No. 4, pp. 32-5, April 1989.

"Back Basics," *Arizona Health Sciences Newsletter*, May 1987.

"Indoor Air Pollution," *Arizona Health Sciences Newsletter*, Nov. 1987.

"Are You Fit to Travel?" *Fitness Plus* Magazine, Vol. 2, No. 10, Oct. 1987.

"Lead Poisoning: Still a Hazard Today," *Fitness Plus* Magazine, Vol. 2, No. 9, Sep. 1987.

"Your Poor Aching Back!" *Fitness Plus* Magazine, Vol. 2, No. 11, Nov. 1987.

"Lead in Ceramic Ware," *Fitness Plus* Magazine, Vol. 3, No. 1, Jan. 1988.

"A Double-Blind Study on the Efficacy of Ibuprofen vs. Aspirin with Caffeine vs. Placebo on the Treatment of Acute Low Back Injuries," co-investigator, sponsored by McNeil Pharmaceuticals, Ft. Washington, PE, completed Feb. 1988.

"Workdays Missed Due to Occupational Injury, A Multivariate Analysis," submitted to the *Journal of Occupational Medicine*, June 1993.

"Ethical Issues in Occupational Medicine for the Primary Care Physician," *Osteopathic Medical News*, Vol. 7, No. 6, pp. 19-25, June 1990.

"Ethical Concerns in the Practice of Aviation Medicine," *Aviation, Space & Environmental Medicine* Journal, Vol. 63, No. 12, pp. 1110-2, Dec. 1992.

- Published in the *Society of U.S. Army Flight Surgeons Newsletter*, Vol. 6, No. 2, Spring 92.

"An Analysis of Duty Restrictions in Aviation Personnel in the ROK," *Military Medicine*, Vol. 159, No. 3, pp. 242-5, March 1994.

8th Army Occupational Health Program Manual, editor and co-author, U.S. Army, U.S. Forces Korea, July 1992.

Hazardous Materials Toxicology- Clinical Principles of Environmental Health, (review) *Military Medicine*, Vol. 157, No. 8, p. A12, Aug. 1992.

Hunter's Diseases of Occupations, 8th Edition, (review) *Military Medicine*, Vol. 159, No. 10, p. A6, Oct. 1994.

Textbook of Military Medicine, Part III, Disease and the Environment, Volume 2: Occupational Health, The Soldier and the Industrial Base, (review) *Military Medicine*, Vol. 159, No. 11, p. A5, Nov. 1994.

Occupational Health: Recognizing and Preventing Work-Related Disease, 3rd Edition, (review) *Military Medicine*, Vol. 159, No. 11, p. A10, Nov. 1994.

Occupational Medicine, *Medical Evaluators News*, Vol. 2, No. 3, pp. 1-2, Mar. 1996.

"Administration of DTPA for Treatment of Real or Suspected Transuranic Exposures," Principle Co-investigator, Oak Ridge Institute for Science and Education, 1998

"Nasal Steroid Waivers for Allergic Rhinitis in USAF Flying Personnel," submitted to *Military Medicine* Journal, Apr. 2002.

-Published in *Flightlines*, the Newsletter of the Society of U.S. Air Force Flight Surgeons, Vol. 17, No. 4, Spring 2002.

"Permanent Flying Disqualifications in Pilots and Navigators," *Aviation, Space & Environmental Medicine* Journal, Vol. 73:1117-1121, Nov. 2002.

"You Don't Have to be "Old" to be a RAM," *Flightlines*, the Newsletter of the Society of U.S. Air Force Flight Surgeons, Vol. 17, No. 3, Fall 2001.

"Training Influences What We Perceive," *Flightlines*, the Newsletter of the Society of U.S. Air Force Flight Surgeons, Vol. 17, No. 4, Winter 2001.

"Changing Demographics at the Aeromedical Consult Service," *Flightlines*, the Newsletter of the Society of U.S. Air Force Flight Surgeons, Vol. 18, No. 2, Summer 2002.

"You're the Flight Surgeon," an article on chromium poisoning, *Aviation, Space & Environmental Medicine* Journal, Aug. 2002.

"Reporting of Aeromedical Waivers and Disqualifications in USAF Aircrew," *Aviation, Space & Environmental Medicine* Journal, Vol. 73, No. 3, p. 262, March 2002.

"Review of Hyperbaric Medicine Telephonic Consultations," *Aviation, Space & Environmental Medicine* Journal, Vol. 73, No. 3, p. 277, March 2002.

"Medical Guidelines for Airline Travel," a monogram publication for *Aviation, Space & Environmental Medicine* Journal, two chapters, Vol. 74, No. 5, May 2003.

"Passenger Guidelines for Air Travel," a monogram publication for *Aviation, Space & Environmental Medicine* Journal, five chapters, Jan. 2002.

"Transcatheter PFO Closure in an Aircrew Member with Cryptogenic Stroke: Aeromedical Disposition," *Aviation, Space & Environmental Medicine*, Vol. 75, No. 2, pp. 180-3, Feb. 2004.

"Undersea and Hyperbaric Medicine Fellowship Program at Brooks City-Base," *Flightlines*, the Newsletter of the Society of U.S. Air Force Flight Surgeons, Vol. 20, No. 2, Summer 2004.

"Hyperbaric Oxygen Treatment for an Injured US Soldier," *Aviation, Space & Environmental Medicine* Journal, Vol. 76, No. 3, page 255, Mar. 2005.

"Hyperbaric Oxygen Therapy for a Delayed Frostbite Injury," *WOUNDS*, Vol. 17, No. 12, pp 327-31, Dec. 2005.

"Hyperbaric Oxygen Treatment for a US Soldier with Oral Trauma," *Federal Practitioner*, Vol. 22, No. 4, pp 47-49, Apr. 2005.

"Hyperbaric Oxygen Therapy for a Delayed Frostbite Injury," *Undersea and Hyperbaric Medicine*, Vol. 32, No. 4, p 283, July/Aug 2005.

"Central Retinal Artery Occlusion Treated with Hyperbaric Oxygen Therapy," A meta-analysis and proposal for inclusion as an indicated treatment modality to the *Undersea and Hyperbaric*

*Medical Society Oxygen Therapy Committee*, Feb. 2005

"A Proposed Final Post-Treatment Wound Outcome Tracking Tool," ***WOUNDS***, Vol. 18, No. 5, pp 117-118, May 2006.

"Massive Systemic Air Embolism Treated with Hyperbaric Oxygen Therapy following a CT-guided Transthoracic Needle Biopsy of a Pulmonary Nodule," *J Vasc Interv Radiol*, Vol. 17: 1355-1358, Sep. 2006.

"Hyperbaric Oxygen Therapy (HBOT) for Central Retinal Artery and Vein Occlusion: Rationale, Literature Review, and Opportunity for Registry," *Aviation, Space & Environmental Medicine* Journal, Vol. 77, No. 3, page 182, Mar. 2006.

"Hyperbaric Oxygen (HBO2) Treatment for a Failing Facial Flap," *Postgraduate Medical Journal*, Vol. 83: (975) Jan. 2007.

"Hyperbaric Oxygen for Radionecrosis Registry," *American College of Hyperbaric Medicine*, co-investigator, Aug. 2006.

"Wound Cleansing with Silver," *Cortlandt Forum*, We've Got Answers Section, Oct. 2006.

"Wound Care Essentials: Practice Principles," *WOUNDS,* Vol. 19, No. 4, page A24, Apr. 07.

"Hyperbaric Oxygen Therapy at DGMC" the Travis AFB newspaper, *Tailwind*, Vol. 32, No. 2, page 7, Jan. 2007.

"Exercise Physiology and Injury Prevention," *Aviation, Space & Environmental Medicine Journal,* Vol. 78, No. 3, page 208, Mar. 2007

"Hyperbaric Medicine," *Air Force Medical Corps Newsletter,* Vol. 2, No. 3, Summer 2007

"Hyperbaric Oxygen (HBO2) for a Failing Facial Flap," *Aviation, Space & Environmental Medicine Journal,* Vol. 79, No. 3, pages 176, 237, Mar. 2008

"Cerebral Air Embolism Following Removal of Central Venous Catheter," Letter to the Editor, *Military Medicine*, Vol. 174, No. 12, pages xii-xiii, Dec. 2009

- Reprinted in *Military Medicine*, Vol. 175, No. 9, pages xvi-xvii, Sep. 2010

"Can Hyperbaric Oxygen Help the Damaged Brain?" Published on the Dana Foundation website, http://www.dana.org/news/features/detail.aspx?id=41174, Mar. 18, 2013

"Product Summary: Hyperbaric Oxygen (HBO2) for Post Concussive Syndrome/Chronic TBI" (a comprehensive review of the literature), the *Undersea and Hyperbaric Medical Journal*, Vol. 40, No. 5, pages 443-468, Sep-Oct 2013

- Published as a chapter in the latest *Hyperbaric Oxygen Therapy Indications*, 13th edition, the Undersea and Hyperbaric Medical Society, pages 287-320, 2014

**PRESENTATIONS**

"Temporal Relationships of Severe Low Back Injuries," presented at the *Society of Teachers of Family Medicine Annual Conference*, Ventura, CA, Oct. 1987.

- Presented at the *American Occupational Health Association Annual Conference*, New Orleans, LA, April 1988.

"Training in Occupational and Preventive Medicine: The Maquiladora Model," presented at *Prevention 89: State of the Art*. American College of Preventive Medicine, Atlanta, GA, 1989.

"Treating Low Back Injuries," a presentation at an international conference, *Occupational Health Care on the Border*, Nogales, Mexico, March 1988.

"OTIS: An Occupational Toxicology Information Service," presented at a joint seminar for Occupational Medicine/Industrial Hygiene, at the *University of Arizona Health Sciences Center*, Tucson, AZ, Oct. 1987.

"Ethical Concerns in the Practice of Aviation Medicine," presented at the *38th Parallel Medical Society Annual Conference*, Seoul, S. Korea, Nov. 1990.

"Occupational Health Services- Required Elements," presented at the *21st Annual Army National Guard Safety and Occupational Health Training Seminar*, Scottsdale, AZ, Jan. 1993.

"Impairment vs. Disability," presented at the *38th Parallel Medical Society Annual Conference*, Seoul, S. Korea, Nov. 1991.

- Presented at the *Univ. of South Carolina Health Sciences Center*, Columbia, SC, Dec. 93.

- Presented at the *U.S. Naval Hospital Bremerton Continuing Medical Education Seminars*, Bremerton, WA, Jan. 96.

"Radon and Tight Building Syndrome," presented at the *U.S. Naval Hospital Bremerton Continuing Medical Education Seminars*, Bremerton, WA, Feb. 1996.

"Medical Aspects of Asbestos," presented at the *U.S. Army Asbestos Abatement Contractors and Supervisors Course*, San Juan, PR, Jan. 1993.

"Occupational and Environmental Toxicology: The Worksite Visit," the *Rocky Mountain Poison Center and Denver General Hospital CME Program*, Denver, CO, Mar. 1995.

"Back Pain: Getting the Worker Back to Work," *Memorial Hospital CME Program*, Colorado Springs, CO, June 1996.

"Managing Workers Compensation Costs, Issues and Solutions," *The Colorado Springs Chamber of Commerce*, monthly presentation to businesses, June 1996.

"Multiple Chemical Sensitivities," *The Colorado Occupational Health Nurses Association*, CO Springs, CO, Aug. 1996.

"Occupational Medicine Topics," (multiple lectures to medical student class), *Midwestern University School of Medicine*, Phoenix, AZ, June-July 1997.

"Hantavirus Prevention," Quarterly Environmental Operations Safety Meeting, *The U.S. Department of Energy*, Las Vegas, NV, July 1998.

"Worker's Compensation Cost Containment," Presented to 60 South Dakota worker's compensation nursing, claims personnel and attorneys, Sioux Falls, SD, Oct. 1998.

"Introduction to Occupational Medicine," a series of lectures for the *Aerospace Medicine Primary Course*, Brooks Air Force Base, San Antonio, TX, Fall 2001 and Spring 2002.

"Principles of Medical Surveillance," presented at the *USAF Occupational Health Course*, Brooks AFB, Texas, Feb. 2002.

"Reporting of Aeromedical Waivers and Disqualifications in USAF Aircrew," a poster presentation at the *73rd Aerospace Medical Association Annual Conference*, May 2002.

"Review of USAF Hyperbaric Telephonic Consultations," a poster presentation at the *Aerospace Medical Association Annual Conference*, Montreal, Canada, May 2002.

"Neck and Back Pain Complaints in HH-60 Aircrew," presented at the *Headquarters, U.S. Air Force Consultation Service*, Brooks AFB, Texas, Nov. 2001.

"Effects of Health Promotion and Prevention on USAF Permanent Flying Disqualifications," a poster presentation at the *Association of Teachers of Preventive Medicine Annual Conference,* Albuquerque, NM, Mar. 2003.

"Decompression Sickness and Arterial Gas Embolism," presented to the *USAF Aerospace Medicine Primary Course,* Brooks City-Base, TX, July and Sept. 04 and Mar 05.

"Physiologic Basis for Decompression Illness," presented to the *USAF Aerospace Physiologist Apprentice Course*, Brooks City-Base, TX, Aug. 2004 and Feb 2005.

"Mechanical Effects of Pressure," presented to the *USAF Aerospace Physiologist Apprentice Course and Clinical Hyperbaric Technician Course*, Brooks City-Base, TX, Aug, Sept., Oct., Nov. 04 and Mar 05.

"Radiation Necrosis," presented to the *USAF Clinical Hyperbaric Technician Course*, Brooks City-Base, TX, Sept. 2004

"Gas Gangrene," presented to the *USAF Clinical Hyperbaric Technician Course*, Brooks City-Base, TX, Sept. 2004

"Carbon Monoxide," presented to the *USAF Clinical Hyperbaric Technician Course*, Brooks City-Base, TX, Sept. 2004

"Effects of Elevated Partial Pressure of Gases," presented to the *USAF Aerospace Physiologist Apprentice Course and Clinical Hyperbaric Technician Course*, Brooks City-Base, TX, Feb. 2005

"Hyperbaric Oxygen Treatment for an Injured US Soldier," Poster Presentation at the Annual *Aerospace Medical Association Conference*, Kansas City, MO, May 2005.

"Hyperbaric Oxygen Therapy for Acute Carbon Monoxide Poisoning," *USAFSAM Grand Rounds*, Brooks City-Base, TX, Nov. 2004.

"Hyperbaric Oxygen Therapy for a Delayed Frostbite Injury," Poster Presentation at the *Undersea and Hyperbaric Medicine Society* Annual Meeting, Las Vegas, NV, June 2005.

"Hyperbaric Oxygen in the Treatment of Central Retinal Artery Occlusion," Presented at the 3rd Annual *Gulf Coast Hyperbaric Medicine Symposium*, Mobile, AL, July 2005.

-Presented at the *Gulf Coast Chapter of the Undersea & Hyperbaric Medical Society*, Annual Scientific Meeting, Jacksonville, FL, Sept. 2005

-Presented at the *Pacific Chapter of the Undersea & Hyperbaric Medical Society*, Annual Scientific Meeting, Oakland, CA, Sept. 2006

"Wound Care Basics and the use of Hyperbaric Oxygen," *The Wound Care Symposium*, David Grant Medical Center, Fairfield, CA, Nov 2005

"Milestones in Hyperbaric Medicine; Compression Physics; Partial Pressure Effects from Hyperbaric Medicine; Decompression Sickness and Air Gas Embolism, Clinical Aspects," Lectures for the *Introductory Hyperbaric Training for Medical Supplemental Team Members Course*, David Grant Medical Center, Fairfield, CA, Dec. 05, Jun 06, Jun 07.

Presentation on the use of Hyperbaric Oxygen for Treatment of Carbon Monoxide Poisoning, shown on the *Channel 10 News*, Sacramento, CA, Nov 17, 2005, 5 pm and 11 pm.

"Hyperbaric Medicine and Wound Care Basics," the *San Francisco Veterans Administration* Center, Dept. of Oral and Maxillofacial Surgery, Feb 21, 2006.

"Hyperbaric Medicine Indications and Toxicology of Diving," the *San Francisco Poison Center and Fellowship Program*, Mar 14, 2006.

"Hyperbaric Medicine Indications," the *American Osteopathic College of Occupational and Preventive Medicine* Mid-Year Conference, Pittsburgh, PA, Mar 16, 2006

"Hyperbaric Oxygen Therapy (HBOT) for Central Retinal Artery and Vein Occlusion: Literature Review, and Opportunity for Registry," *Aerospace Medical Association Annual Conference*, May 15, 2006

"Hyperbaric Medicine at Travis Air Force Base," Television and internet feature by *Air Force News*, Sept. 2006.

"UHMS Indications for Hyperbaric Oxygen," the *David Grant Medical Center GME Program*, Travis AFB, CA, Aug 23, 2006

"Medical Issues in Diving Medicine," the *American Osteopathic College of Occupational and Preventive Medicine* Annual Conference, Las Vegas, NV, Oct 19, 2006.

"Medical Indications for the use of Hyperbaric Oxygen," *Medical Supplemental Team Member Course*, David Grant Medical Center, Travis AFB, CA, Dec 9, 2006

"Basics of 'Bread and Butter' Wound Care", *David Grant Medical Center Grand Rounds CME* program, Travis AFB, CA, Jan 30, 2007

"Wound Care Essentials," the *Physical & Occupational Therapy Departments*, David Grant Medical Center, Travis AFB, CA, Feb 2007

"Exercise Physiology and Injury Prevention," Program Chair, the 78th Annual Scientific Meeting of the *Aerospace Medical Association*, New Orleans, LA, May 2007

"Wound Care Management," *David Grant Medical Center Wound Care Symposium*, Travis AFB, CA, Jul 2007

"Wound Care Topics and Innovations," the *American Osteopathic College of Occupational and Preventive Medicine* Annual Conference, San Diego, CA, Oct 1, 2007

"Wound Care Fundamentals," the Introductory Wound Care Course, *David Grant Medical Center Wound Care Symposium*, Travis AFB, CA, Feb 2008

"Acute Wounds," the Introductory Wound Care Course, *David Grant Medical Center Wound Care Symposium*, Travis AFB, CA, Feb 2008

"Vascular Wounds," the Introductory Wound Care Course, *David Grant Medical Center Wound Care Symposium*, Travis AFB, CA, Feb 2008

“Wound Care Practice Principles,” the Brent Lovejoy Memorial Lecture at the annual meeting of the *American Osteopathic College of Occupational and Preventive Medicine*, Savannah, GA, Mar 2008

“Introduction to Basics of Good Wound Care,” *Wilford Hall US Air Force Medical Center,* Undersea & Hyperbaric Medicine Fellowship Program, San Antonio, TX, Sep 2008

“Indications for Hyperbaric Oxygen in Wound Care Practice,” *The University of Texas Health Sciences Center*, Comprehensive Wound Care Seminar, San Antonio, TX, Nov 2008

“Successful Treatment of a Threatened Facial Flap with Hyperbaric Oxygen,” *The Symposium on Advanced Wound Care,* Grapevine, TX, Apr 2009

“Wound Care Management,” *The American Osteopathic Association Annual Convention,* New Orleans, LA, Nov 2009

“Wound Care Basics for the Primary Care Physician,” *The American Osteopathic Association Annual Convention,* New Orleans, LA, Nov 2009

“Medical Considerations for Passenger Air Travel,” *The American Osteopathic Association Annual Convention,* San Francisco, CA, Oct 2010

“The US Military Disability Evaluation System,” *The American Osteopathic Association Annual Convention,* San Francisco, CA, Oct 2010

“Advances and Updates in Wound Care,” the midyear meeting of the *American Osteopathic College of Occupational and Preventive Medicine*, St. Petersburg, FL, Mar 2012

“Updates in Clinical Hyperbaric Medicine Practice,” the midyear meeting of the *American Osteopathic College of Occupational and Preventive Medicine*, St. Petersburg, FL, Mar 2012

“Hyperbaric Oxygen Research for mild Traumatic Brain Injuries- Potential Placebo Effects and Sham Designs,” the annual meeting of the *Undersea and Hyperbaric Medical Society*, Orlando, FL, June 2013

“State of the Science: Current Trends in TBI Research- Use of Hyperbaric Oxygen for the Treatment of Mild Traumatic Brain Injuries in US Service Members,” Traumatic Brain Injury (TBI) Global Synapse, A Summit Without Borders, *The Defense and Veterans Brain Injury Center Annual Conference*, Washington, DC, Aug 2013.

“What is “BAD” Wound Care and What Physicians Should Know About Treating Wounds,” *The Arizona Osteopathic Medical Association Annual Conference*, Phoenix, AZ, May 2015

“Determining Causation in Workman’s Compensation,” *Southwest Risk Services Insurers Conference*, Phoenix, AZ, Aug 2017

“Symptom Magnification, Red Flags and Malingering,” *The American Osteopathic Association Annual Convention,* Baltimore, MD, Oct 2019

“Clinical Updates and Off Label Uses in Hyperbaric Oxygen,” *The American Osteopathic Association Annual Convention,* Baltimore, MD, Oct 2019

**From:**Averill, Rebecca
**Sent:**Thu, 29 Jul 2021 20:24:51 +0000
**To:**LMMedicalLeaves@sclhealth.org;LOA-Disability-CaritasClinics@sclhealth.org
**Subject:**LTD Intent to Appeal Receipt, LYNN GARZA, Employee ID: 43671, LTD: 8820045

Good Afternoon,

We have received Ms. Garza's attorney represented intent to appeal notice. She is currently working on perfecting and completing her appeal submission at this time. Once her appeal submission is complete, her claim will be reassigned to an Appeal Review Consultant for her appeal evaluation.

Please let me know if you have any questions.

Thank you,


**Becky Averill**
Appeals Examiner
Group Protection

**Lincoln Life Assurance Company of Boston**
LincolnFinancial.com

888-437-7611 X16668
Office

603-430-1601 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **DOVER**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 096 | Manager: | CRAM, BRIAN | Case Mgr: | KENNEDY, CHENTA |

| | | | |
|---|---|---|---|
| Claimant Name: | LYNN GARZA | Claim #: | 8820045 |
| Occupation (Job Title): | NURSE PRACTITIONER | Date Sent: | 7/28/2021 |
| Diagnosis: | M79.642 Pain in left hand, F33.9 Major depressive disorder, recurrent, unspecified | | |
| Date of Disability: | 10/10/2018 | Date Benefits Began: | 4/8/2019 |
| Maximum Duration: | 5/4/2039 | Paid Through: | 4/7/2021 |
| Date of Denial or (DB451): | 3/15/2021 | Date Appeal Received: | 7/28/2021 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | SISTERS OF CHARITY LEAVENWORTH | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

recvd attorney rep letter- which includes intent to appeal- request for information.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

| | |
|---|---|
| Date: | July 29, 2021 |
| To: | MARC WHITEHEAD<br>MARC WHITEHEAD & ASSOCIATES<br>403 HEIGHTS BLVD<br>HOUSTON TX 77007 |
| Attn: | |
| Fax: | (346) 299-2646 |
| From: | Becky Averill<br>Appeal Examiner II<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1601 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1601

July 29, 2021

Marc Whitehead
Marc Whitehead & Associates
403 HEIGHTS BLVD
HOUSTON, TX 77007

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza

Dear Marc Whitehead:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Ms. Lynn Garza's claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge Ms. Garza's intent to appeal the closure of her claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with the formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Lincoln Life Assurance Company of Boston's Appeal Review Unit at this time.

As set forth in the closure letter issued to Ms. Garza on March 6, 2021, she has a maximum of 180 days to submit a written request for review. The 180 day appeal deadline is from the later of the date of the letter or the approved through date, which is April 7, 2021. Her closure letter also notified her that she could submit the claim appeal up to 60 days beyond the end of the Covid-19 National Emergency. However, this extension is subject to a statutorily-imposed one-year limit.

On February 26, 2021, the Department of Labor (DOL) issued an update and clarification on the one-year limitation. In the new notice, the DOL confirmed the "Outbreak Period" would only last one year. The one year is calculated based on the earlier of:

(i) one year from the date the deadline would have been enforced for that individual, or
(ii) the end of the "Outbreak Period" (i.e., 60 days after the announced end of the National Emergency, which is currently ongoing).

This means that every claimant who was subject to a deadline that expired March 1, 2020 or later will have until the one-year anniversary of that deadline to take the required action (i.e., file a claim or appeal), unless the "Outbreak Period" ends sooner.

This letter is to advise you of the final date on which you may submit an appeal has been revised based on the above guidelines.

- Ms. Garza's claim was closed on March 6, 2021, which was after the March 1, 2020 Joint Notice.
- Benefits were paid through April 7, 2021 under the policy.
- Her relief period provided by the Joint Notice would therefore begin on April 7, 2021.
- Based on the Disaster Relief Notice 2021-01, the relief will expire on April 6, 2022 and she will have the 180 day balance of her 180-day appeal period to submit the final appeal.
- As such, the final date to submit an appeal is October 3, 2022.

This information is accurate as of the date of writing and supersedes any prior written notifications you may have received regarding your final date to submit an appeal. As a reminder, should the National Emergency end prior to your stated final date (above) to submit an appeal or appeal documentation, your relief period will end on the earlier of:

(i) one year from the date the deadline would have been enforced for that individual, or
(ii) the end of the "Outbreak Period" (i.e., 60 days after the announced end of the National Emergency, which is currently ongoing).

Please be aware that your written request for appeal is due no later than **October 3, 2022**.

Per your request for relevant claim documentation, the following information will be sent separately via secure OneDrive email to AGGIE@MARCWHITEHEAD.COM:

- A complete copy of our LTD claim file
- A copy of Sisters of Charity of Leavenworth Health System's Group Disability LTD Policy

We are required to password protect any claim files in an electronic format. You will be provided with a password under separate cover. **Please note that the OneDrive link will expire 24 hours after it is sent to you.**

You may contact the employer for Summary Plan Description (SPD) materials as well as any and all documents which describe benefits available to Ms. Garza under the Plan(s) that were in effect at the time she became disabled, and all the amendments. You would also request the recent annual report (Form 5500) from the employer.

Ms. Garza's full and complete claim file and policy includes all information that was received and considered in our evaluation of her claim.

This also includes all inter office memoranda, notes, reports, communications or documents used in the analysis of claimant's claims for benefits; any and all correspondence between Lincoln Life Assurance Company of Boston and any third party regarding the claimant; all emails discussing the

claimant’s claim; correspondence of every kind relating to the claim, including those to record reviewers and doctors selected to evaluate the claimant; any and all financial analysis, notes or reports in the file; any vocational assessment reports, labor market analysis reports, or vocation reports regarding the claimant’s occupation or any occupation; CV of all doctors and other professionals who evaluated the claimant; documentation of any payments made by Lincoln Life Assurance Company of Boston to any doctors that reviewed the claimant’s medical records; medical reports and/or record reviews completed by or at the request of Lincoln Life Assurance Company of Boston; copies of medical records summaries completed; and any other document, reports, communications or information used to review the claimant’s claim for disability benefits. Phone recordings are for quality assurance purposes only, and not made part of the claim file. There was no surveillance obtained on Ms. Garza.

We do not provide CVs of any internal Lincoln staff; including nurses, disability case managers, claim managers, or internal vocational consultants.

The vocational consultant's credentials are on his/her report. Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or as required by law. Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

Lincoln Life adheres to all ERISA regulations and procedural requirements. No internal claims and/or appeal administration guidelines and/or protocols, medical literature, or training materials were used to make this claim determination.

Going forward, all correspondence related to Ms. Garza's claim will be directed to your office as well as all future benefit payments, if any.

If you have documents to submit, you may **email** them to **DisabilityDocuments@LFG.Com** or **fax** them to **(603) 430-1601**. Please be sure to include the claimant's full name and claim number in your email or fax. You may also submit any documents by mail to the address below.

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

If you have any questions regarding this matter, please contact me.

Sincerely,

Becky Averill
Appeal Examiner II
Phone No.: (888) 437-7611 Ext. 16668
Secure Fax No.: (603) 430-1601

# Fax Transmission

**To:** 16034301776@shoretelfax.com

**From:** Melissa High

**Fax:** 16034301776

**Date:** 7/27/2021 11:37:03 AM PDT

**RE:** Claimant: Lynn Garza Claim No.: 8820045

**Pages:** 7

---

**Comments:**

Please find attached correspondence regarding our client, Mrs. Lynn Garza.

Sincerely,

[Marc Whitehead & Associates Attorneys at Law, LLP]<http://www.disabilitydenials.com/>

Melissa High
Marc Whitehead & Associates
403 Heights Blvd.
Houston, TX 77007
Phone:
Fax:
713.228.8888
346.299.2646
website<http://www.disabilitydenials.com/> |
vCard<http://www.dynasend.com/signatures/vcard/Melissa-at-marcwhitehead.com.vcf> |
map<https://www.google.com/maps/place/Marc+Whitehead+%26+Associates+Attorney+at+Law,+LLP/@29.7620816,-95.4203077,16z/data=!4m5!3m4!1s0x8640c0c9cab2bb37:0x2670a17bed29bc0c!8m2!3d29.762077!4d-95.415925!5m1!1e3>
| email<mailto:Melissa@marcwhitehead.com>

Facebook]<http://www.facebook.com/AttorneyMarcWhitehead>[LinkedIn]<https://www.linkedin.com/company/3308102/>[Twitter]<http://twitter.com/marcwhitehead>[Google+]<https://plus.google.com/u/0/109791283891741893813/about?%20rel=author>

Confidentiality Note: The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments. Thank you.

**Marc Whitehead, Esq.**

*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP

**Anthony Vessel, Esq.**
*Sr. Associate Attorney, Mediator*

**Britney McDonald, Esq.**
*Sr. Associate Attorney, Mediator*

**Madison Donaldson, Esq.**
*Associate Attorney*

**Shane Kadlec, Esq. *Of Counsel***
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

July 27, 2021

***<u>Via Facsimile: (603) 430-1776</u>***

Chenta Kennedy, LTD Technical Specialist
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| Re: | Claimant: | Lynn Garza |
| | Claim No.: | 8820045 |

Dear Ms. Kennedy:

This firm represents Mrs. Lynn Garza in her claim for denied disability benefits. Please be advised that this firm retains a financial interest in the outcome of this claim. Please read this entire letter carefully.

Prior correspondence indicates that you have issued a denial for Long Term Disability benefits. We believe there is additional evidence that will become available soon that justifies granting of the requested benefits. Mrs. Lynn Garza has signed an authorization (attached) which directs any future benefit payments to be forwarded directly to this office.

Please accept this letter as legal notice of Mrs. Lynn Garza's **intent to appeal** your decision denying benefits under the above referenced policy. This letter is tendered to comply with the notice deadline specified in your last denial letter transmitted to the claimant.

At this time, Claimant is requesting additional time to further develop the administrative record with regard to this claim. We hereby ask for 90 days from the date of this letter to complete development of the administrative record. Further, we reserve the right to request additional time if so needed. If this procedure is not agreeable to you, we ask that you immediately notify this office of your objections in writing.

**Upon review of the file, it appears that this claim is not ERISA preempted. If you contend that ERISA applies to this claim, we believe you have an affirmative duty to notify this office at once and provide documentation of same.**

We have been advised that Lincoln Life Assurance Company of Boston is the Plan Administrator for Mrs. Lynn Garza's disability benefits. We hereby request a copy of the contract, Policy,

and Summary Plan Description, including those in effect currently, the ones in effect at the time Mrs. Garza became disabled, and all interim Plan amendments. We also request the most recent annual report (Form 5500 series).

In addition, we request copies of all pertinent documents relating to the decision to deny Mrs. Lynn Garza's disability benefits. We are entitled to copies of these documents without charge under ERISA. These documents include but are not limited to the following:

a) A complete copy of Mrs. Garza's claim file including application or enrollment information, claims record, claim status, patient management records, all correspondence, medical reports and records, pertinent excerpts from claims manual, in-house memoranda, all reports and records from contracted sources whether relied upon or not, the identity of all consulting physicians, including those not rely upon in making any claims decisions, all other records used to determine Mrs. Garza's claim.

b) A list of the names and financial relationships to the insurance company of all healthcare providers who had a role in evaluating claimant's claim.

**If you believe any event has occurred that has triggered any future deadline that may affect Mrs. Lynn Garza's rights under the policy, you have a duty as a fiduciary to disclose those deadlines to your insured through this office immediately.** As such, we request that you disclose any deadlines imposed under the policy that you believe are pending, will be pending upon any event in the future or that you believe have already expired. Further, if you have information that there may be other insurance policies or insurance carriers that may provide benefits to the Claimant because of their disability, please disclose this information in writing.

We take the position that any materials not provided to us in response to this letter are inadmissible in a subsequent lawsuit. Further, requests made under this letter constitute a continuing request and corresponding duty on your part for any documents or information obtained in the future.

Attached please find a signed release authorizing you to release all medical, employment and other records to this office. Please provide the requested information on a CD, thumb drive, or by e-mail (aggie@marcwhitehead.com, melissa@marcwhitehead.com), if possible. We look forward to receiving these documents within the 30-day period provided by the law.

Sincerely,

*Marc Whitehead*

Marc Whitehead
Board Certified Attorney
Personal Injury Trial Law
Texas Board of Legal Specialization

Enclosures: Instructions to Insurance Company to Send Claim Information to My Attorney
Authorization for Release of Confidential Information

# LIMITED POWER OF ATTORNEY AND ASSIGNMENT OF DISABILITY BENEFITS

I, Lynn Garza, do appoint Marc Whitehead & Associates, L.L.P., of Houston, Harris County, Texas, my lawful attorney in my name, place, and stead to **demand and receive** any and all sums of money due to me for back due and future Short and Long Term disability benefits. This includes all ancillary benefits, such as, but not limited to waiver of premium benefits.

I authorize and direct Lincoln Financial to make payment for any past or future disability benefits due to me to be made directly to Marc Whitehead & Associates, L.L.P., 403 Heights Boulevard, Houston, Texas 77007.

I assign and grant a lien on all money collected on my behalf under this agreement to Marc Whitehead & Associates, L.L.P.

**I acknowledge and direct that Lincoln Financial to take notice that I have a contractual relationship with Marc Whitehead & Associates, L.L.P. regarding said assignment of benefits. I further direct said Lincoln Financial to comply with the instructions in this document.**

I direct that all funds received by Marc Whitehead & Associates, L.L.P. will be deposited into my attorney's IOLTA trust fund. My attorney has authority to write checks against this trust fund to pay expenses and legal fees as necessary. I give my attorney authority to endorse my signature by permission to deposit any funds into said trust fund. My attorneys are also authorized and empowered to act as my negotiator in any and all settlement negotiations concerning Lincoln Financial.

Insurance Carrier/Disability Plan Administrator: Lincoln Financial

My Social Security Number:

Claim Number: ______________________

Group Number: ______________________

Employer: Duchesne Clinic

Date of Birth:
Witness ______________________ *[date]*.

DocuSigned by:
DAF2E07A64C14A1

Printed Name Lynn Garza Signature

Executed before me the undersigned Witness on this the ________ day of __________________,

______.

______________________________

Witness Signature

# HIPAA-COMPLIANT AUTHORIZATION TO DISCLOSE PATIENT-IDENTIFIABLE HEALTH INFORMATION

TO: Lincoln Life Assurance Company of Boston RE: Lynn Garza

1.00 NATURE OF AUTHORIZATION: I hereby authorize the use or disclosure of my patient-identifiable health information as described below. This authorization is in accordance with the Health Insurance Portability and Accountability Act ("HIPAA") Privacy Regulations and applicable state privacy laws and regulations.

2.00 ENTITY(IES) AUTHORIZED TO MAKE DISCLOSURE: The following individual or organization is authorized to make the disclosure:

Lincoln Life Assurance Company of Boston

3.00 ENTITY TO WHICH DISCLOSURE IS AUTHORIZED AND INFORMATION TO BE DISCLOSED: Upon presentation of this authorization, or a photo static copy thereof, the individual or organization named above is authorized and requested to furnish to the Marc Whitehead and Associates and/or their agents, or to any persons designated by them in writing, the following type and amounts of patient-identifiable information:

Any and all items requested relating to the treatment or care provided by you, your agents and employees, to the above named patient, and/or the undersigned, including all records (from any & all to present); reports; correspondence; notes; consultations; imaging films, (including x-rays, sonograms, CT and MRI scans); monitor strips; billing statements, or other information pertaining to the treatment provided to the patient, and/or the undersigned, for any and all injuries, illnesses and/or conditions, including drug/alcohol/mental health/communicable disease and/or AIDS testing and treatment.

This authorization does not extend to and does not permit any oral or written communications between Defendant and/or their agents and treating physicians and/or staff or representatives of treating physicians or any other physician, hospital, medical facility, or governmental unit concerning the medical care, treatment, physical condition, or medical expenses of Lynn Garza.

I understand that the information in the health records you furnish may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment of alcohol and drug abuse.

4:00 PURPOSE OF DISCLOSURE: For potential use as evidence in legal proceedings. As a further condition of obtaining this authorization, receiver will provide legible copies of all materials obtained, copied, inspected, or read under the authority of this authorization to my attorneys:

Marc Whitehead & Associates, LLP
403 Heights Boulevard
Houston, Texas 77007

5.00 EXPIRATION OF AUTHORIZATION: I understand I have the right to revoke this authorization at any time before it expires. I understand that if I revoke this authorization I must do so in writing and present my written revocation to you, and that any such revocation will not apply to information that has already been released in response to this authorization. Unless otherwise revoked, this authorization will expire one year from the date of my signature below.

6.00 UNDERSTANDING OF RIGHTS AND POTENTIAL FOR REDISCLOSURE: I understand that authorizing the disclosure of this health information is voluntary, and that I have the right to refuse to sign this authorization. I also understand that I may inspect or copy the information to be used or disclosed, as provided by 45 CFR 164.524. I understand that if the recipient authorized to receive this information is not a covered entity (e.g., insurance company or health care provider) the released information may no longer be protected by federal and state privacy regulations. I understand that any disclosure of this information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes.

Dated this 27th day of July, 2021.

DocuSigned by:
DAF2E07A54C14A1...

| | |
|---|---|
| Patient's Signature or Other Legally Responsible Person | Relationship to Patient (If other than Patient) and Description of Authority |
| Patient's Social Security Number | Patient's Date of Birth |

**From:**Kennedy, Chenta
**Sent:**Wed, 21 Jul 2021 11:52:46 +0000
**To:**Lynn Garza
**Subject:**RE: Automatic reply: 8820045

Good morning,

According to your appeal your deadline is October 4, 2021, which is 180 days from the paid through date of your claim. If you get closer to this date and still need an extension please contact us for review. Regarding your overpayment, please contact the person assigned to your claim from the Financial unit to discuss your re-payment.

Looks like you received the letter from the following:

Linda Best : 888 437 7611 ext *16218

**Chenta Kennedy**
LTD Technical Specialist II
claims
888 437 7611 ext. *13934 Office

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Tuesday, July 20, 2021 2:43 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Re: Automatic reply: 8820045

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,
I am emailing to request an additional 45 days for submitting an appeal of my denial.
I've also received a letter from Lincoln Financial requesting that payment be made to them by the end of July. I wanted to make you aware that I have not received payment yet for the back dated amount from Social Security and as of today I'm unable to submit any payment to you. I will send payment when I receive it.
I hope that Lincoln Financial will be able to extend the deadline for appeal by 45 days.
Sincerely,
Lynn Garza

On Mon, Apr 5, 2021 at 12:29 PM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

> will be out of the office as of April 5, 2021 and will return on April 6, 2021. I will not have access to my emails during this time. If you matter is urgent please contact Aimee Mullen @ Aimee.Mullen@lfg.com to assist.

I will address your email first thing on April 6, 2021, when I return.

Best Regards,
Chenta Kennedy
Technical Claims Specialist
Phone No.: (888) 437 7611 Ext. *13934
Secure Fax No.: (603) 430-1776

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LYNN GARZA

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

July 2, 2021

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Blameworthy Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have been informed that you were awarded Social Security benefits.

To assist us with the proper administration of your claim, please:

- Dependent award information when received

As we have discussed, Sisters of Charity of Leavenworth Health System, Inc.'s disability Policy requires us to reduce your disability benefits by the amount of income received by you from other sources, including Social Security. Specifically, the Policy states:

> The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:
> a. the Covered Person receives or is eligible to receive; and
> b. his spouse, child or children receives or are eligible to receive because of his Disability; or
> c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

In some cases, additional assessments are performed or additional information is gathered for the Social Security determination. We encourage you to submit any information pertaining to your SSD award, including medical examinations, reports, records conducted by the SSA and/or a complete copy of your SSA file to Lincoln Financial Group for consideration in the ongoing management of your Long Term Disability (LTD) file.

As you know, during the time it took the Social Security Administration to make its decision,

Lincoln Life Assurance Company of Boston paid you full disability benefits. In effect, we advanced you the money we expected Social Security would ultimately pay, and you signed an agreement to repay the advance upon receiving Social Security benefits

Your award notice indicates both the monthly Social Security disability benefit you and your dependents will receive and your retroactive benefit award.

Accordingly,

- We will begin reducing your benefit from Lincoln Life Assurance Company of Boston to offset your monthly Social Security benefits.
- You must repay any overpayment immediately, upon notification to you of the amount owed to Lincoln Life Assurance Company of Boston. We strongly suggest you set aside your retroactive payment from Social Security to repay this obligation. Upon receipt of all documentation, a member of our Financial Review Services unit will provide you with a written calculation of any overpayment due. Please contact that representative should you any questions regarding the financial reconciliation of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist II
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

| | | | | |
|---|---|---|---|---|
| **Claim Number (s): 8820045** | | | | |
| **Overpayment Calculation** | | | | |
| Originally Paid | *4/8/2019* | *through* | *4/7/2021* | $120,357.12 |
| Less: Should have Paid | *4/8/2019* | *through* | *4/7/2021* | $65,560.95 |
| Overpayment Due | | | | $54,796.17 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$54,796.17** |
| **Make Check Payable to Lincoln Financial Group in the Amount of:** | | | | $54,796.17 |

**From:**Best, Linda
**Sent:**Thu, 1 Jul 2021 13:31:37 +0000
**To:**'565 - B&B Absence Reimbursement Facilitation'
**Subject:**LTD claim 8820045 - Lynn Garza

Good Afternoon,

Please see the overpayment summary below in regards to the additional overpayment due back in the amount of $54.796.17.

| | | | | |
|---|---|---|---|---|
| **Claim Number (s): 8820045** | | | | |
| **Overpayment Calculation** | | | | |
| Originally Paid | *4/8/2019* | *through* | *4/7/2021* | $120,357.12 |
| Less: Should have Paid | *4/8/2019* | *through* | *4/7/2021* | $65,560.95 |
| Overpayment Due | | | | $54,796.17 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$54,796.17** |
| **Make Check Payable to Lincoln Financial Group in the Amount of:** | | | | $54,796.17 |

Thank you
Linda

**Linda Best**
Recalc & Recovery Specialist II, Recalc & Recovery

GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 ext 16218 - Office
Fax # 603-430-1839

Thank you
Linda

**Linda Best**
Senior Financial Analyst

**Lincoln Life Assurance Company of Boston**
LincolnFinancial.com

888-437-7611 ext. 16218 Office

603-430-1839 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# Calculation Worksheet

**Claimant Name: Lynn Garza** **Customer: Sisters of Charity Leavenworth**

**Claim Number (s): 8820045**

| | |
|---|---|
| Overpayment Amount: | $ 54,796.17 |
| Underpayment Amount: | $0.00 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 4/8/2019 | From Date | 4/8/2019 |
| Thru Date | 4/7/2021 | Thru Date | 4/7/2021 |
| Total | $120,357.12 | Total | $65,560.95 |

* (-) indicates an underpayment

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees | $0.00 |
| Total: | $0.00 |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 8820045 | 32574648 | 4/8/2019 | 5/7/2019 | 5/1/2019 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 32628086 | 5/8/2019 | 6/7/2019 | 6/3/2019 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 48130692 | 6/8/2019 | 7/7/2019 | 7/1/2019 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 48164377 | 7/8/2019 | 8/7/2019 | 8/1/2019 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 48199490 | 8/8/2019 | 9/7/2019 | 9/2/2019 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 48233880 | 9/8/2019 | 10/7/2019 | 10/1/2019 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 100124737 | 10/8/2019 | 11/7/2019 | 11/1/2019 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 100319245 | 11/8/2019 | 12/7/2019 | 12/2/2019 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 100524428 | 12/8/2019 | 1/7/2020 | 1/1/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 100739901 | 1/8/2020 | 2/7/2020 | 2/3/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 100925778 | 2/8/2020 | 3/7/2020 | 3/2/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 101129435 | 3/8/2020 | 4/7/2020 | 4/1/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 101327342 | 4/8/2020 | 5/7/2020 | 5/1/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 101511808 | 5/8/2020 | 6/7/2020 | 6/1/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 101709064 | 6/8/2020 | 7/7/2020 | 7/1/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 101931057 | 7/8/2020 | 8/7/2020 | 8/3/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 102144936 | 8/8/2020 | 9/7/2020 | 9/1/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 102357969 | 9/8/2020 | 10/7/2020 | 10/1/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 102580091 | 10/8/2020 | 11/7/2020 | 11/2/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 102795223 | 11/8/2020 | 12/7/2020 | 12/1/2020 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 103029837 | 12/8/2020 | 1/7/2021 | 1/1/2021 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 103236425 | 1/8/2021 | 2/7/2021 | 2/1/2021 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 103439113 | 2/8/2021 | 3/7/2021 | 3/1/2021 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 8820045 | 103668553 | 3/8/2021 | 4/7/2021 | 4/1/2021 | $5,014.88 | $0.00 | $5,014.88 | $0.00 | $5,014.88 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Totals: | $120,357.12 | $0.00 | $120,357.12 |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Pension | SS Primary Disability | Workers' Comp | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8820045 | 32574648 | 4/8/2019 | 5/7/2019 | 5/1/2019 | $5,014.88 | | $2,280.00 | | $2,734.88 | $0.00 | $2,734.88 | $2,280.00 |
| 8820045 | 32628086 | 5/8/2019 | 6/7/2019 | 6/3/2019 | $5,014.88 | | $2,280.00 | | $2,734.88 | $0.00 | $2,734.88 | $2,280.00 |
| 8820045 | 48130692 | 6/8/2019 | 7/7/2019 | 7/1/2019 | $5,014.88 | | $2,280.00 | | $2,734.88 | $0.00 | $2,734.88 | $2,280.00 |
| 8820045 | 48164377 | 7/8/2019 | 8/7/2019 | 8/1/2019 | $5,014.88 | | $2,280.00 | | $2,734.88 | $0.00 | $2,734.88 | $2,280.00 |
| 8820045 | 48199490 | 8/8/2019 | 9/7/2019 | 9/2/2019 | $5,014.88 | | $2,280.00 | | $2,734.88 | $0.00 | $2,734.88 | $2,280.00 |
| 8820045 | 48233880 | 9/8/2019 | 10/7/2019 | 10/1/2019 | $5,014.88 | | $2,280.00 | | $2,734.88 | $0.00 | $2,734.88 | $2,280.00 |
| 8820045 | 100124737 | 10/8/2019 | 11/7/2019 | 11/1/2019 | $5,014.88 | | $2,280.00 | | $2,734.88 | $0.00 | $2,734.88 | $2,280.00 |
| 8820045 | 100319245 | 11/8/2019 | 12/7/2019 | 12/2/2019 | $5,014.88 | | $2,280.00 | | $2,734.88 | $0.00 | $2,734.88 | $2,280.00 |
| 8820045 | 100524428 | 12/8/2019 | 1/7/2020 | 1/1/2020 | $5,014.88 | | $2,281.17 | | $2,733.71 | $0.00 | $2,733.71 | $2,281.17 |
| 8820045 | 100739901 | 1/8/2020 | 2/7/2020 | 2/3/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 100925778 | 2/8/2020 | 3/7/2020 | 3/2/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 101129435 | 3/8/2020 | 4/7/2020 | 4/1/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 101327342 | 4/8/2020 | 5/7/2020 | 5/1/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 101511808 | 5/8/2020 | 6/7/2020 | 6/1/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 101709064 | 6/8/2020 | 7/7/2020 | 7/1/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 101931057 | 7/8/2020 | 8/7/2020 | 8/3/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 102144936 | 8/8/2020 | 9/7/2020 | 9/1/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 102357969 | 9/8/2020 | 10/7/2020 | 10/1/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 102580091 | 10/8/2020 | 11/7/2020 | 11/2/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 102795223 | 11/8/2020 | 12/7/2020 | 12/1/2020 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 103029837 | 12/8/2020 | 1/7/2021 | 1/1/2021 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 103236425 | 1/8/2021 | 2/7/2021 | 2/1/2021 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 103439113 | 2/8/2021 | 3/7/2021 | 3/1/2021 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 8820045 | 103668553 | 3/8/2021 | 4/7/2021 | 4/1/2021 | $5,014.88 | | $2,285.00 | | $2,729.88 | $0.00 | $2,729.88 | $2,285.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Totals: | $120,357.12 | $0.00 | $54,796.17 | $0.00 | $65,560.95 | $0.00 | $65,560.95 | $54,796.17 |

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LYNN GARZA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1839

July 2, 2021

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Your disability claim file was referred to Financial Review Services for an overpayment calculation as you were awarded Social Security benefits with an effective date of April 1, 2019. This letter and the attached overpayment summary outline the impact of that award on your benefits from Lincoln Life Assurance Company of Boston.

Since Lincoln Life Assurance Company of Boston paid you disability benefits for the period April 8, 2019 through April 7, 2021 with no reduction for Social Security Benefits, you are now overpaid under the terms of your Policy. The overpayment calculation was prorated beginning April 8, 2019.

**Total Overpayment Amount: $54,796.17**

Lincoln Life Assurance Company of Boston will work with Brown and Brown regarding the collection of this overpayment. You will be contacted by a representative from Brown and Brown regarding repayment of this overpayment.

If payment is not received by July 29, 2021, under the terms of your Policy Lincoln Life Assurance Company of Boston also reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Linda Best
Sr. Recovery Specialist
Phone No.: (888) 437-7611Ext. 16218
Secure Fax No.: (603) 430-1839

Attachments: 8820045-RECOVERY/REPAYMENT-CORRESPONDENCE-07.01.2021

| | | | | |
|---|---|---|---|---|
| **Claim Number (s): 8820045** | | | | |
| **Overpayment Calculation** | | | | |
| Originally Paid | *4/8/2019* | *through* | *4/7/2021* | $120,357.12 |
| Less: Should have Paid | *4/8/2019* | *through* | *4/7/2021* | $65,560.95 |
| | | | | |
| Overpayment Due | | | | $54,796.17 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $0.00 |
| Less: Excess Fee | | | | $0.00 |
| | | | | |
| **Amount Due** | | | | **$54,796.17** |
| | | | | |
| **Make Check Payable to Lincoln Financial Group in the Amount of:** | | | | $54,796.17 |

**From:**Pamela Harris <pharris@bbabsence.com>
**Sent:**Wed, 30 Jun 2021 18:10:25 +0000
**To:**Claims_SSVA
**Subject:**Notice of Award 8820045 Garza
**Attachments:**SUMNOA Garza.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please find the award summary and Notice of Award for the above claimant attached to this email. Please forward any overpayment information at your earliest convenience.

Thank you!


**Post Awards Team**
awards@bbabsence.com

O (877) 261-1947 | F (877) 797-1612

Brown & Brown Absence Services Group, LLC (NYSE: BRO)
300 North Beach Street
Daytona Beach, Florida 32114

Brown & Brown INSURANCE®
ABSENCE SERVICES GROUP

bbabsence.com



The information transmitted in this e-mail is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this e-mail, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Brown & Brown Absence Services Group, LLC, Professional Disability Associates, LLC, The Advocator Group, LLC, Adeo

Solutions, and Aevo Insurance Services, LLC, immediately, delete this information from your computer and destroy all copies of the information. Thank you.

Brown & Brown INSURANCE

ABSENCE SERVICES GROUP

**Lincoln Life NOA Cover sheet**

**Date:** 06/30/2021
**NOA**

**Claimant #** 8820045
**Claimant Name:** Lynn Garza
**Referral Date:** 06/30/2020
**EFT:** Y
**Dependents:** N
**Dependent Name & DOB:**

Award Level: Initial
Date of Entitlement: 04/01/2019
Past Due Benefit Amount: $60,211.00
Past Due Benefits Time Period: 05/31/2021
Medicare Entitlement Date: 04/01/2021

**Payment History**

| Amount | Reason | Dates |
|---|---|---|
| $2,280.00 | Initial Benefit | 04/01/2019 to 11/30/2019 |
| $2,317.00 | COLA | 12/01/2019 to 12/31/2019 |
| $2,322.00 | Earnings Adj. | 01/01/2020 to 11/30/2020 |
| $2,352.00 | COLA | 12/01/2020 |

**Fee's**

Atty Fee withheld:

Agreed Fee Amt:

Excess Fees in Escrow:

**Additional Comments:** Please be advised that SSA has not released any of the past-due benefits as this claim is currently under an SSI investigation; we are working to resolve these issues. Please forward any overpayment information at your earliest convenience. Thank you!

M7

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
## Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: June 1, 2021
BNC#: 21M1682G96013-A

LYNN A GARZA

4155

We are writing to let you know that you are entitled to monthly disability benefits from Social Security beginning April 2019.

Beginning in July 2021, your payment will go to the financial institution you selected.

### Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums and worker's compensation offset. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| April 2019 | $ 2,280.70 | Entitlement began |
| December 2019 | $ 2,317.10 | Cost of living adjustment |
| January 2020 | $ 2,322.10 | Credit for additional earnings |
| December 2020 | $ 2,352.20 | Cost of living adjustment |

### What We Will Pay

We pay Social Security benefits for a given month in the next month. For example, we pay Social Security benefits for March in April.

- The day of the month you receive your payments depends on your date of birth.

We are paying you beginning July 2021.

SEE NEXT PAGE

- You will receive $2,352.20, which is the money you are due for June 2021.
- After that, you will receive $2,352.20 each month.

We are withholding your Social Security benefits for April 2019 through May 2021. We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period. When we decide whether or not we will have to reduce your Social Security benefits, we will send you another letter. We will pay you any Social Security benefits you are due for this period.

## Information About Medicare

You are entitled to hospital and medical insurance under Medicare beginning April 2021.

We charge a monthly premium for your medical insurance. The rates are shown below:

| Beginning Date | Amount |
|---|---|
| April 2021 | $ 148.50 |

We are taking medical insurance premiums due through July 2021 out of the check you will receive around July 14, 2021. These premiums total $594.00. We will deduct medical insurance premiums 1 month in advance.

## Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048). Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or apply, please visit www.socialsecurity.gov, call 1-800-772-1213 (TTY 1-800-325-0778) or visit the nearest Social Security office.

SEE NEXT PAGE

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away. We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits". It will tell you what must be reported and how to report. Be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

## Things To Remember

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Do You Think We Are Wrong?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There also are representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-697-4799. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
411 RICHLAND HILLS DR
SAN ANTONIO,TX 78245

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

Enclosure(s):
SSA Pub No 05-10153

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LYNN GARZA

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

May 26, 2021

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

This letter is to update your deadline language please see correction from 60 to 180 days from March 16, 2021 or by September 11, 2021.

We have completed a thorough review of your continued eligibility for disability benefits and have determined that benefits are not payable beyond April 7, 2021. Sisters of Charity Leavnworth's Health System, Inc's Long-Term Disability Policy requires that to receive benefits you must meet the following definition of disability:

"Disability" or "Disabled" means:

Applicable to Class 3A, 3B, 4A, 4B, 4C, 6A, 6B:
b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

"Any Occupation"

Means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

Mental Illness and/or Substance Abuse Limitation

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.
If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

"Mental Illness"

Means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

According to our records, your last day worked was October 9, 2018, and you have been receiving Long Term benefits since April 8, 2019, under the Own Occupation definition and Mental Illness Limitation (defined above). To determine if you continued to meet the definition of disability under the Any Occupation definition of Disability as of April 8, 2021, we requested updated medical information from you and your treating physician to determine you had any impairing physical condition that would prevent you from performing the duties of Any Occupation for which you qualify.

Our review of your claim was based on the information provided in your file in relation to your claim for complex regional pain syndrome. The following information was considered:

Medical records provided:

SERC Physical Therapy:

Physical therapy notes from October 8, 2018 through April 25, 2019

Dr. R. Nouhan:

Work status note dated August 3, 2018, August 21, 2018 and March 26, 2019
Progress notes dated June 12, 2018 through February 26, 2019
Surgery report dated June 1, 2018

The Rehabilitation Group, P.A.

EMG/Nerve Conduction Study dated November 11, 2019

The university of Kansas Health systems:

After care summary dated April 6, 2019

The San Antonio Orthopedic Group

Dr. E. Brenman

Progress notes from October 3, 2019 through November 10, 2020
Cervical Spain Radiographs dated September 19, 2019 and October 2, 2019
Work status notes from January 14, 2019 through November 10, 2020. As of November 10, 2020, Dr Brennman notes no use of your left arm for two months.

Dr. Anthony Montanez:

Progress notes dated November 20, 2019

Dr. Prabhdeep Grewal:

Progress note dated December 2, 2019 through December 23, 2020

LabCorp:

Lab report dated July 16, 2020

Andrea Fisher, OT, CHT

Physical therapy notes from July 15, 2019 through February 25, 2021
Written summary of treatment dated August 2, 2019

Phyllis Carozza, Ph.D.

Progress notes from January 9, 2019 through April 20, 2019
Written summary not dated.

Peripheral Vascular Assoc.:

UE venous Duplex scan dated January 29, 2020

Dr. Ryan Endress:

Work status notes dated June 25, 2019 and August 27, 2019
Restrictions form dated June 3, 2019
Progress notes from February 18, 2019 through March 2, 2020

Dr. Arnold Vardiman:

Surgery report dated September 24, 2020
Progress notes from August 14, 2020 through October 7, 2020

Cheryl Wright, Lpc:

Progress notes dated January 27, 2021 through February 5, 2021

To assess your disabling physical conditions and to determine if any current restrictions and limitations are supported, we requested that you attend an Independ Medical Evaluation (IME), with a physician board certified in Occupational Medicine. You complied with our request on January 19, 2021.

IME Findings:

"She stood 5 feet 2 inches in height, weighed 170 pounds. She was cooperative throughout the examination, exhibiting good affect but with significant pain behaviors including tremors, cogwheeling, and grimacing, constant guarding (unless distracted) of her left forearm and excessive tenderness. She did have some mild swelling at the left medial antecubital area. There was no muscle wasting noted other than at the scar areas from her surgery at the left forearm, but no muscle atrophy noted. On general appearance, she was normal with good muscle tone. There was no use of corsets, braces, or cane. No bony abnormality, and she sat comfortably during the interview and exam. Her stance, posture, and muscle tone were normal. She is left-hand dominant, and her gait was normal. There was exaggerated tenderness to even feather-light touch at the entire left forearm which seemed to disappear somewhat with distraction. There was no palpable muscle spasm, increased muscle tone, or trigger points noted at the spine or upper extremities. She was extremely tender to touch, mostly near the scar at the volar area of her left forearm. Pulses were strong and equal at the wrists. Tinel's and Phalen's testing were negative bilaterally at the wrists. She had full range of motion of the wrists to flexion, extension, radial and ulnar deviation, and full and equivalent range of motion of the forearms and elbows with full flexion and extension, pronation, and supination equivalent bilaterally. Spurling's testing was negative bilaterally. Shoulder and hip heights were level. There was no scapular winging. There was no significant skin discoloration noted at the upper extremities. There were scars at the left forearm involving the entire ventral aspect from her prior surgeries. She did have slight depression of the scar with some mild scar hypertrophy. There was no tethering in the forearm tissues, and scars were soft. There was a Z-plasty scar at the left calf and scars at the right upper trapezius and flank from her spinal cord stimulator placement. There was no mottling of the left upper extremity. She had normal hair patterns and normal fingernail appearance. The only temperature change was that she was slightly cool to touch at the left fingertips, possibly cooler than the right, but difficult to determine. Sweat patterns appear to be normal in the extremities and equivalent bilaterally

Cervical range of motion was somewhat self-limited in extension and side bending bilaterally with cogwheeling-type motions. Sensation was intact to light touch in the upper extremities. Motor testing of the upper extremities was 5/5 with the exception that she voluntarily reduced her left grip and left wrist flexion and extension to 4/5 reportedly due to pain. Reflexes were +1 and symmetric at the biceps, triceps, and brachioradialis. Biceps circumference was 27 cm on the right, 26 cm on the left. Forearm circumference was 23.5 cm bilaterally.

Chronic self-reported left upper extremity pain, status post left carpal tunnel surgery release and release of amniotic band and fascial tissues without confirmed diagnosis. She has had no significant change in symptoms over time with prolonged treatment and therapies. She has no muscle atrophy

or signs of disuse noted on this exam or numerous other physical examinations at the left arm.

She had no difficulty performing any of these activities, and this was noted in my report, and her exam findings were consistent with no difficulties with sitting, standing, or walking. She was able to climb up onto and off the examination table without difficulty.

She has no documented confirmed diagnoses. She has self-reported left hand and forearm pain and has had multiple surgeries to this area for amniotic band fascia release and carpal tunnel syndrome. She has self-reported pain complaints at the left forearm which would be the primary diagnosis, which is left arm pain.

There are no measurable abnormalities except for her prior surgeries and scars noted at the left forearm. She has pain complaints which are not verified by any measurable abnormalities except for a history of carpal tunnel syndrome and prior fascial and amniotic band release surgery.

She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary.

In order to obtain your treating providers opinion regarding your current condition, we faxed a copy of this report to Dr. E. Brenman and Dr. Grewal for review. We requested that your treating providers reviewed this report and the findings. If these providers disagreed with the findings, we requested that a detailed letter be provided outlining the specific areas with which they disagreed and to provide medical documentation to support their position. We requested this response by February 23, 202. As of this date no response has been provided.

Transferable Skills Analysis (TSA)

With your level of functionality clearly outlined by the Consulting Physician, your file was referred to a Vocational Specialist to complete a vocational review of your current restrictions and limitations and to determine if this would translate into alternative occupations.

RESTRICTIONS / LIMITATIONS:

“I have been asked to base this review on the claimant’s restrictions and limitations per an Independent Medical Examination (IME) completed by Brian F. McCrary, DO, MPH (Occupational, Aerospace, and Undersea/Hyperbaric Medicine) on 01/19/21. They include: “She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary.”

EXAMPLES OF ALTERNATIVE OCCUPATIONS

Nurse Case Manager Sedentary

Telephonic Triage Nurse Sedentary
Telephonic Advice Nurse Sedentary
Utilization Review Nurse Sedentary

SUMMARY:

This Transferable Skills Analysis identified occupations within the insured's physical abilities and their identified skill level. The median wages of the identified occupations are over, within a reasonable expectation of reaching, and/or are within a reasonable range of, their gainful amount of $5,014.88 per month in the national economy.

Conclusion and Decision

We have completed a thorough review of your entire claim file for your request for an extension of your Long-Term Disability benefits under the Any Occupation definition of Disability.

Regarding your Mental Health conditions, you were notified on April 11, 2019, that your Mental Nervous conditions has a 24-month limitation in accordance with the above provision. Your benefits began on April 8, 2019; thus, the maximum duration of your Mental Nervous condition is April 7, 2021. No further benefits will be issued due to your Mental Health diagnosis.

In order to determine any continued physical impairing diagnosis and any current supported restrictions or limitation, we referred you for an IME by a Physician board certified in Occupational Medicine. Based on this evaluation and the review of the information on file, the IME Physician opined that you would have restriction and limitation of no prolonged fine work with your left hand, no repetitive forceful pinching or gripping with the left hand, no transfer of patients without assistance. You would have he ability to occasional lift and carry up to 20 pounds and frequently lift up to 10 pounds, you should not write continuously with your left hand.

Based on the TSA report, alternative occupations have been identified in which you would qualify within the supported restrictions and limitations noted by the IME Physician's findings.

In the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that would allow an individual opportunity to experience and sustain comfort in their respective work settings.

Disability Benefit

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1. Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

"Proof"

means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;
2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and
3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

The determination is made based on the totality of the on the facts obtained as a result investigation to date. We have determined that you do not continue to meet Sisters of Charity of Levenworth Health System's, Inc.'s definition of Disability under the Any Occupation definitions, asthere is insufficient information to establish/support that your diagnoses are of a nature and severity to support impairment which would that would prevent you from performing the duties of your Any Occupation, and your claim will close as of April 8, 2021

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA),you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All updated/missing diagnostic test results, office notes, surgery reports or treating physicians findings reports.

You should also provide any additional information that you feel will supportyour claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Attn: CHENTA KENNEDY
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Sunday, May 2, 2021

PO BOX 2578
OMAHA, NE 68172
6034301776

**Patient Name : LYNN GARZA**

**Invoice Number : 2282225**

# PASTDUEREMINDER

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. Please be aware that the enclosed invoice is currently Past Due. Your prompt attention is requested. If you have already sent payment, please disregard this reminder.

To notify us of payment or inquire on the enclosed invoice, please visit our website:

hds.sharecare.com/customer-service-support/

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

Invoice Number: 2282225
Date: 3/03/2021
Tax ID: 90-0998358

Bill To:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 2578
OMAHA, NE 68172

Send Medical Records To:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 2578
OMAHA, NE 68172

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| LYNN GARZA | 8820045 | Medical | 40 |

| Provider: |
|---|
| TSAOG fka The San Antonio Orthopaedic Group 150 E Sonterra Blvd Ste 300 San Antonio, TX 78258-4184 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-20 | 1.00 | $25.00 | $25.00 |
| Pages 21-50000 | 20.00 | $0.50 | $10.00 |
| | | Sub-Total: | $35.00 |
| | | Delivery Fee: | $2.33 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $37.33 |

Pay Online at https://payonline.hds.sharecare.com/

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(858) 244-1811
(858) 430-4962 Fax

Account Number: B-U57-UL-NDD
Patient Name: LYNN GARZA
Invoice Number: 2282225
Payment Terms: Net 30
Balance Due: $37.33

sharecare
8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Attn: CHENTA KENNEDY
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

PO BOX 2578
OMAHA, NE 68172
6034301776

Saturday, April 17, 2021

**Patient Name : LYNN GARZA**

**Invoice Number : 2282225**

# PASTDUEREMINDER

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. Please be aware that the enclosed invoice is currently Past Due. Your prompt attention is requested. If you have already sent payment, please disregard this reminder.

To notify us of payment or inquire on the enclosed invoice, please visit our website:

hds.sharecare.com/customer-service-support/

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

Invoice Number: 2282225
Date: 3/03/2021
Tax ID: 90-0998358

Bill To:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 2578
OMAHA, NE 68172

Send Medical Records To:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 2578
OMAHA, NE 68172

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| LYNN GARZA | 8820045 | Medical | 40 |

| Provider: |
|---|
| TSAOG fka The San Antonio Orthopaedic Group 150 E Sonterra Blvd Ste 300 San Antonio, TX 78258-4184 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-20 | 1.00 | $25.00 | $25.00 |
| Pages 21-50000 | 20.00 | $0.50 | $10.00 |
| | | Sub-Total: | $35.00 |
| | | Delivery Fee: | $2.33 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $37.33 |

Pay Online at https://payonline.hds.sharecare.com/

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(858) 244-1811
(858) 430-4962 Fax

Account Number: B-U57-UL-NDD
Patient Name: LYNN GARZA
Invoice Number: 2282225
Payment Terms: Net 30
Balance Due: $37.33

**From:**Kennedy, Chenta
**Sent:**Tue, 6 Apr 2021 11:23:09 +0000
**To:**Lynn Garza
**Subject:**RE: 8820045

Good morning,

Regarding the Mental Nervous Limitation, your initial claim was approved under both your physical conditions and your Mental Health condition. This letter was advising you that you any Mental Health condition has a 24 month limit, thus you have received the max benefit under any Mental Health condition. Therefore as of April 8, 2021, they are only considering your physical conditions (i.e. CRPS) when reviewing your claim file.

At this time if you do not agree with the determination you will need to appeal. The appeal process in at the bottom of the March 15, 2021, correspondence.

I am in the office today if you would like to discuss further.


**Chenta Kennedy**
Technical Claims Specialist
claims
888 437 7611 ext. *13934 Office


**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Monday, April 5, 2021 1:29 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** 8820045

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello, I received the letter regarding the end of benefits and I just have a few questions. I did also leave a message on your voicemail. The letter says that the benefits were for 2 years under the own occupation and mental illness limitation. I'm not sure that I understand how the benefit was categorized as a mental illness limitation.
The IME states that I have no documented confirmed diagnosis. I have a diagnosis of complex regional pain syndrome.
In addition to the impaired ability to writing- I also have an impaired ability to type- which is a major criteria for the jobs that were suggested in the report. I did speak with my physician and she suggested that I reach out to you to request any forms that I can provide to my physician.

I’m not sure if two years is the maximum for long term disability assistance or in its 2 years for mental health. I’ve sent paperwork to support my diagnosis of CRPS but nothing regarding any impaired mental health condition. I appreciate your time with answering my questions.

Sincerely,

Lynn Garza

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Mon, 22 Mar 2021 16:10:37 -0500
**To:**Kennedy, Chenta
**Subject:**Re: Re : 8820045 Lynn Garza

Hi. I just wanted to let you know that I had a physical exam completed that was requested by social security. I also continue to have occupational, physical and pain management therapies weekly. I've had an appointment with Dr Brenman a couple of weeks ago and have an appointment with Dr Grewal on March 31. I continue to take all of the medications as they've been prescribed including hydrocodone 7.5/325 mg, tizanidine 4 mg,gabapentin 600 mg.
Thank you,
Lynn Garza

On Mon, Jan 4, 2021 at 11:30 AM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Afternoon,

Thank you for the update.

As discussed in our recent correspondence letters, your claim is coming up on a change of definition. You have been receiving benefits since April 8, 2019, under the policy's own occupation definition. As of April 7, 2021, we are reviewing your going benefits under the policy's Any Occupation definition. In order to assist us in making this determination we are requesting that you attend an Independent Medical Evaluation.

We have referred your file to a third party vendor who will be arranging this evaluation. I see that that office did send you a letter last week, I just emailed you a copy of this correspondence. According to the policy you will need to attend this evaluation. I have sent all your medical records we have on file to this vendor in advance for this physician to review. There is no need for you to bring any medical documents unless you have any additional information we may of not been provided.

Once you have completed this evaluation and we have received and reviewed the findings, we will contact you with our determination.

Please contact me if you would like to discuss in further detail.

Thank you

**Chenta Kennedy**
Technical Claims Specialist
claims
888 437 7611 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Monday, January 4, 2021 8:58 AM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Re : 8820045 Lynn Garza

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Chenta, I just wanted to give you an update on my care. I had an appointment with Dr Grewal (TSAOG) and she prescribed medication, is requesting an MRI and also ordered physical therapy and occupational therapy. I will follow up with her in 3 months. I will send you the address of the therapists. As it was explained to me, the spinal cord implant may her with part of the pain but the swelling and hypersensitiveity are also going to be addtressed. I see Dr Vardiman who preformed the surgery latter this month. I also have a appointment for January 25, with a physician from the social security office. Thank you,

Lynn Garza

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of

companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** LOA-Disability-CaritasClinics@sclhs.net
**Cc:** LMMedicalLeaves@sclhealth.org
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability Status for Lynn Garza 43671 Claim Number: 8820045, Location Number 51211000

This is to notify you that there has been a change in the status of your associate's long term disability claim. The associate's ID is 43671 and their subsidiary code is 6650.

**Long Term Disability Information:**

Benefit Payments Period: 4/8/2019 thru 4/7/2021

Disability Claim Status: Closed Not Totally Disabled For Any Occupation

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 13934 or contact the assigned Case Manager at Chenta.Kennedy@lfg.com. Please be sure to reference claim number 8820045.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. LYNN GARZA

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 16, 2021

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your continued eligibility for disability benefits and have determined that benefits are not payable beyond April 7, 2021. Sisters of Charity Leavnworth's Health System, Inc's Long-Term Disability Policy requires that to receive benefits you must meet the following definition of disability:

"Disability" or "Disabled" means:

Applicable to Class 3A, 3B, 4A, 4B, 4C, 6A, 6B:
b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

"Any Occupation"

Means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

Mental Illness and/or Substance Abuse Limitation

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.
If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

"Mental Illness"

Means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

According to our records, your last day worked was October 9, 2018, and you have been receiving Long Term benefits since April 8, 2019, under the Own Occupation definition and Mental Illness Limitation (defined above). To determine if you continued to meet the definition of disability under the Any Occupation definition of Disability as of April 8, 2021, we requested updated medical information from you and your treating physician to determine you had any impairing physical condition that would prevent you from performing the duties of Any Occupation for which you qualify.

Our review of your claim was based on the information provided in your file in relation to your claim for complex regional pain syndrome. The following information was considered:

Medical records provided:

SERC Physical Therapy:

Physical therapy notes from October 8, 2018 through April 25, 2019

Dr. R. Nouhan:

Work status note dated August 3, 2018, August 21, 2018 and March 26, 2019
Progress notes dated June 12, 2018 through February 26, 2019
Surgery report dated June 1, 2018

The Rehabilitation Group, P.A.

EMG/Nerve Conduction Study dated November 11, 2019

The university of Kansas Health systems:

After care summary dated April 6, 2019

The San Antonio Orthopedic Group

Dr. E. Brenman

Progress notes from October 3, 2019 through November 10, 2020
Cervical Spain Radiographs dated September 19, 2019 and October 2, 2019
Work status notes from January 14, 2019 through November 10, 2020. As of November 10, 2020, Dr Brennman notes no use of your left arm for two months.

Dr. Anthony Montanez:

Progress notes dated November 20, 2019

Dr. Prabhdeep Grewal:

Progress note dated December 2, 2019 through December 23, 2020

LabCorp:

Lab report dated July 16, 2020

Andrea Fisher, OT, CHT

Physical therapy notes from July 15, 2019 through February 25, 2021
Written summary of treatment dated August 2, 2019

Phyllis Carozza, Ph.D.

Progress notes from January 9, 2019 through April 20, 2019
Written summary not dated.

Peripheral Vascular Assoc.:

UE venous Duplex scan dated January 29, 2020

Dr. Ryan Endress:

Work status notes dated June 25, 2019 and August 27, 2019
Restrictions form dated June 3, 2019
Progress notes from February 18, 2019 through March 2, 2020

Dr. Arnold Vardiman:

Surgery report dated September 24, 2020
Progress notes from August 14, 2020 through October 7, 2020

Cheryl Wright, Lpc:

Progress notes dated January 27, 2021 through February 5, 2021

To assess your disabling physical conditions and to determine if any current restrictions and limitations are supported, we requested that you attend an Independ Medical Evaluation (IME), with a physician board certified in Occupational Medicine. You complied with our request on January 19, 2021.

IME Findings:

"She stood 5 feet 2 inches in height, weighed 170 pounds. She was cooperative throughout the examination, exhibiting good affect but with significant pain behaviors including tremors, cogwheeling, and grimacing, constant guarding (unless distracted) of her left forearm and excessive tenderness. She did have some mild swelling at the left medial antecubital area. There was no muscle wasting noted other than at the scar areas from her surgery at the left forearm, but no muscle atrophy noted. On general appearance, she was normal with good muscle tone. There was no use of corsets, braces, or cane. No bony abnormality, and she sat comfortably during the interview and exam. Her stance, posture, and muscle tone were normal. She is left-hand dominant, and her gait was normal. There was exaggerated tenderness to even feather-light touch at the entire left forearm which seemed to disappear somewhat with distraction. There was no palpable muscle spasm, increased muscle tone, or trigger points noted at the spine or upper extremities. She was extremely tender to touch, mostly near the scar at the volar area of her left forearm. Pulses were strong and equal at the wrists. Tinel's and Phalen's testing were negative bilaterally at the wrists. She had full range of motion of the wrists to flexion, extension, radial and ulnar deviation, and full and equivalent range of motion of the forearms and elbows with full flexion and extension, pronation, and supination equivalent bilaterally. Spurling's testing was negative bilaterally. Shoulder and hip heights were level. There was no scapular winging. There was no significant skin discoloration noted at the upper extremities. There were scars at the left forearm involving the entire ventral aspect from her prior surgeries. She did have slight depression of the scar with some mild scar hypertrophy. There was no tethering in the forearm tissues, and scars were soft. There was a Z-plasty scar at the left calf and scars at the right upper trapezius and flank from her spinal cord stimulator placement. There was no mottling of the left upper extremity. She had normal hair patterns and normal fingernail appearance. The only temperature change was that she was slightly cool to touch at the left fingertips, possibly cooler than the right, but difficult to determine. Sweat patterns appear to be normal in the extremities and equivalent bilaterally

Cervical range of motion was somewhat self-limited in extension and side bending bilaterally with cogwheeling-type motions. Sensation was intact to light touch in the upper extremities. Motor testing of the upper extremities was 5/5 with the exception that she voluntarily reduced her left grip and left wrist flexion and extension to 4/5 reportedly due to pain. Reflexes were +1 and symmetric at the biceps, triceps, and brachioradialis. Biceps circumference was 27 cm on the right, 26 cm on the left. Forearm circumference was 23.5 cm bilaterally.

Chronic self-reported left upper extremity pain, status post left carpal tunnel surgery release and release of amniotic band and fascial tissues without confirmed diagnosis. She has had no significant change in symptoms over time with prolonged treatment and therapies. She has no muscle atrophy or signs of disuse noted on this exam or numerous other physical examinations at the left arm.

She had no difficulty performing any of these activities, and this was noted in my report, and her exam findings were consistent with no difficulties with sitting, standing, or walking. She was able to climb up onto and off the examination table without difficulty.

She has no documented confirmed diagnoses. She has self-reported left hand and forearm pain and has had multiple surgeries to this area for amniotic band fascia release and carpal tunnel syndrome. She has self-reported pain complaints at the left forearm which would be the primary diagnosis, which is left arm pain.

There are no measurable abnormalities except for her prior surgeries and scars noted at the left forearm. She has pain complaints which are not verified by any measurable abnormalities except for a history of carpal tunnel syndrome and prior fascial and amniotic band release surgery.

She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary.

In order to obtain your treating providers opinion regarding your current condition, we faxed a copy of this report to Dr. E. Brenman and Dr. Grewal for review. We requested that your treating providers reviewed this report and the findings. If these providers disagreed with the findings, we requested that a detailed letter be provided outlining the specific areas with which they disagreed and to provide medical documentation to support their position. We requested this response by February 23, 202. As of this date no response has been provided.

Transferable Skills Analysis (TSA)

With your level of functionality clearly outlined by the Consulting Physician, your file was referred to a Vocational Specialist to complete a vocational review of your current restrictions and limitations and to determine if this would translate into alternative occupations.

RESTRICTIONS / LIMITATIONS:

“I have been asked to base this review on the claimant’s restrictions and limitations per an Independent Medical Examination (IME) completed by Brian F. McCrary, DO, MPH (Occupational, Aerospace, and Undersea/Hyperbaric Medicine) on 01/19/21. They include: “She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary.”

EXAMPLES OF ALTERNATIVE OCCUPATIONS

Nurse Case Manager Sedentary
Telephonic Triage Nurse Sedentary
Telephonic Advice Nurse Sedentary

Utilization Review Nurse Sedentary

SUMMARY:

This Transferable Skills Analysis identified occupations within the insured's physical abilities and their identified skill level. The median wages of the identified occupations are over, within a reasonable expectation of reaching, and/or are within a reasonable range of, their gainful amount of $5,014.88 per month in the national economy.

<u>Conclusion and Decision</u>

We have completed a thorough review of your entire claim file for your request for an extension of your Long-Term Disability benefits under the Any Occupation definition of Disability.

Regarding your Mental Health conditions, you were notified on April 11, 2019, that your Mental Nervous conditions has a 24-month limitation in accordance with the above provision. Your benefits began on April 8, 2019; thus, the maximum duration of your Mental Nervous condition is April 7, 2021. No further benefits will be issued due to your Mental Health diagnosis.

In order to determine any continued physical impairing diagnosis and any current supported restrictions or limitation, we referred you for an IME by a Physician board certified in Occupational Medicine. Based on this evaluation and the review of the information on file, the IME Physician opined that you would have restriction and limitation of no prolonged fine work with your left hand, no repetitive forceful pinching or gripping with the left hand, no transfer of patients without assistance. You would have he ability to occasional lift and carry up to 20 pounds and frequently lift up to 10 pounds, you should not write continuously with your left hand.

Based on the TSA report, alternative occupations have been identified in which you would qualify within the supported restrictions and limitations noted by the IME Physician's findings.

In the current employment environment, and as a result of technological advancement, employers are providing a variety of workstation types and associated equipment that would allow an individual opportunity to experience and sustain comfort in their respective work settings.

<u>Disability Benefit</u>

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1. Disability;
2. Regular Attendance of a Physician; and
3. Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense. In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but

not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

"Proof"

means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;
2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and
3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

The determination is made based on the totality of the on the facts obtained as a result investigation to date. We have determined that you do not continue to meet Sisters of Charity of Levenworth Health System's, Inc.'s definition of Disability under the Any Occupation definitions, asthere is insufficient information to establish/support that your diagnoses are of a nature and severity to support impairment which would that would prevent you from performing the duties of your Any Occupation, and your claim will close as of April 8, 2021

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

You may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 60 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All updated/missing diagnostic test results, office notes, surgery reports or treating physicians findings reports.

Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the

"outbreak period" to appeal a claim. The "outbreak period" started March 1, 2020 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln Financial Group will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.

You should also provide any additional information that you feel will support your claim.

Under normal circumstances, you will be notified of the final decision within 60 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

sharecare

| | |
|---|---|
| Invoice Number: | 2282225 |
| Date: | 3/03/2021 |
| Tax ID: | 90-0998358 |

Bill To:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 2578
OMAHA, NE 68172

Send Medical Records To:

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON
PO BOX 2578
OMAHA, NE 68172

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| LYNN GARZA | | Medical | 40 |

| Provider: |
|---|
| The San Antonio Orthopaedic Group 150 E Sonterra Blvd Ste 300 San Antonio, TX 78258-4184 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-20 | 1.00 | $25.00 | $25.00 |
| Pages 21-50000 | 20.00 | $0.50 | $10.00 |
| | | Sub-Total: | $35.00 |
| | | Delivery Fee: | $2.33 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $37.33 |

Pay Online at https://payonline.hds.sharecare.com/

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(858) 244-1811
(858) 430-4962 Fax

| | |
|---|---|
| Account Number: | B-U57-UL-NDD |
| Patient Name: | LYNN GARZA |
| Invoice Number: | 2282225 |
| Payment Terms: | Net 30 |
| Balance Due: | $37.33 |

the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

specific restrictions and limitations from your treating providers and the medical documentation supporting these restrictions and limitations including all office treatment notes, physical therapy notes, diagnostic test results, consultation reports, procedure reports, updated neuropsychological test reports, independent medical evaluations (IME)/functional capacity assessments (FCE), and hospital admission and discharge summaries fromApril 2020 through the present from all medical providers who treated you during this timeframe.

Typically you would have 180 days to appeal this decision. Due to the impact of COVID-19, please be aware the Department of Labor has published guidance providing an additional 60 days past the "outbreak period" to appeal a claim. The "outbreak period" started March 1, 2020 and will end when the end of the National Emergency is announced or such other date is declared by the Department of Labor. While Lincoln Financial Group will allow this additional time, which is as of yet undefined, for you to file an appeal, we encourage you to file any planned appeal as soon as possible.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Deneen DeCost
LTD Technical Claim Specialist
Phone No.: (888) 407-7483 Ext. 16134
Secure Fax No.: (603) 334-3528

MEDICAL RECORD REQUEST for GARZA, LYNN (48yo F) #755601



Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | February 15, 2021 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

February 15, 2021

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 7, 2021 through the present

We ask that you provide this information by February 28, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn Garza

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 02/25/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/25/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare

Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports cold weather was bad for her symptoms but overall she still has good days and bad days. Pt did report she took pain pill.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**GARZA, LYNN (id #755601, dob:**

## Exercise Flowsheet

| Exercise | 01/28/2021 | 02/04/2021 | 02/11/2021 | 02/25/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | 3 min | 3 min |
| hand gripper | | | 3 min | 3 min |
| putty tabletop squeeze | | | 3 min | 3 min |
| power web ext stretch | | | 3 min | 3 min |
| Heartflex | 3 min | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | 3 min | 3 min |
| wrist PRE 1 lb or FB | | | 3 min | 3 min |
| foam roll with wrist flex/ext stretch | 3 min | 3 min | | |
| putty intrinsic tool | 3 min | 3 min | | |
| constant force | | 3 min or rubberband | | |
| dowel press with large knob cervical unloading with hand gripper | | 3 min 3 min | | |
| putty RD/UD tool | 3 min | 3 min | | |
| Dowel board comp/hook | | | | |
| frisbee ball | 3 min | | | |
| mirror therapy | | | | |
| pillow wrist ext stretch | | | | |
| rotate splint balls | 3 min | | | |
| wheel flex/ext PROM | | | | |
| weight lift 1 lb | | | | |
| small fuzzy ball pick up | | | | |
| jux a cisor | | | | |
| rubberband removal MCP ext | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist does note this session patient with coldness sensation to tips fo finger tips and mild discoloration to tips as well. Pt does continue with report of pain/guarding and muscle spasms with PROM but patient reports she notes stretching and PROM help. Pt [illegible]

did have better AROM with thera ex this session and was able tolerate increase in strength and vibratory input thera ex.

**. Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**
2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**'atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Continue with current plan of care.

Return to Office

- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/25/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/25/2021 at 12:20pm

**Encounter Date: 02/24/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/24/2021 09:00AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

follow-up

**GARZA, LYNN (id #755601, dob:**

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 02/18/21 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 02/18/21 | filled |
| **gabapentin 300 mg capsule**<br>1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 02/24/21 | prescribed |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 02/23/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERYDAY AT BEDTIME | 02/19/21 | filled |

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

**GARZA, LYNN (id #755601, dob:**

Asynchronous telemedicine visit. The patient still has pain in the left upper limb. She had an MRI scan of the left elbow that was unremarkable on 01/21/2020 because she has swelling in that area. She denies any progressive weakness or bowel or bladder changes. Still has pain in that area. It has improved a little bit. She was in occupational therapy. She reports Dr. Grewal sent her to physical therapy for her neck. She cut back nortriptyline from 75 to 25 mg because she felt like " serotonin syndrome." Still takes Lexapro and Wellbutrin. She wants to try gabapentin once again. She denies any bowel or bladder changes. She is status post spinal cord stimulator implant from Dr. Vardiman.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness,Joint Pain,Limited range of motion,Night Pain**
**Denies:Muscle Aches,Back Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**
**Reveals neck and left upper limb pain.**

## Physical Exam

None recorded.

## Exercise Flowsheet

None recorded.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post spinal cord stimulator implant with ongoing neuropathic pain. It got worse with cold weather and also the stress of not just the pandemic, but also the lack of water and heat during that 1 week of time.

PLAN
At this point, I told her to stay through the course. She is seeing a pain psychologist. I gave her the name of psychiatrist. She has been seeing 1 via Zoom in Kansas City.

At this point in time, the patient will continue with her current medication regimen, like gabapentin 300 mg at night and it is increased to 600 mg after a week. Drug risks and interactions were discussed. Questions answered. She will call if she gets worse in the meantime. Hopefully, the physical therapy will help.

**. Complex regional pain syndrome**
G90.519: Complex regional pain syndrome I of unspecified upper limb

- COMPLEX REGIONAL PAIN SYNDROME: CARE INSTRUCTIONS
- gabapentin 300 mg capsule - 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW Qty: 60 capsule(s) Refills: 0
Pharmacy: CVS/PHARMACY #7341

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - RE-EVALUATION at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 02/25/2021

Encounter signed-off by Ephraim K Brenman, DO, 02/25/2021.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 02/25/2021 at 8:40am

**Encounter Date: 02/12/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/12/2021 11:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS PHYSICAL THERAPY |
| **Provider** | DEBORAH KELLER, PT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Patient reports a long standing history of pain involving her neck and right UE. She has had multiple right UE surgeres over the past several years including an open fasciotomy and scar revision/carpal tunnel release. She developed swelling after this and much later was found to have a small blood clot in the upper arm. Has been taking aspirin x 1 year but no change in swelling. She was slso diagnosed with CRPS and received a spinal cord stimulator last September. No reported improvement in arm pain after that and perceives a worsening of the neck pain and stiffness since then. Reports avg level of pain 6-7/10 even with pain medication and mm relaxers. This is reported to be in the post-lat cervical region, scapular region and down the left arm into all fingers. Denies numbness/tingling. Most recent cervical MRI was performed in 2019 and showed severe C5-6 end plate changes with severe central and bil NF stenosis. She has some discomfort ant tightness in the right cervical region but this is not reported to be significant. States she gets fairly regular headaches (4-5x/week) that starts behind her left eye and also occurs in the back of the head.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

**Cervical Spine:** Active Range of Motion: **side bending right (26 deg.) (incoordinated)** and **left (24 deg.)**

**Cervical Spine:** Active Range of Motion: side bending right (20 deg.) (incoordinated) and left (24 deg.) **(w/pain/incoordination)**, **rotation left (47 deg.)** and **right (23 deg.)**, and **flexion (30 deg.)** (**w/ pain**) and **extension (20 deg.)** (**w/ ataxic movement**).

INITIAL:

Posture: bil scapular protraction and depression esp on the left

Observation/Palpation: widespread TTP: cervical and thoracic spinous processes, paraspinals, left periscapular mm, entire left UE, esp volar forearm, ant chest, post-lat cervical spine L>R

Joint Mobility: unable to test

Special tests: unable to test

Shoulder OH reach: WNL right; 140 left

UE strength: grossly 3+ to 4-/5 entire left UE; 4+/5 right UE

Outcome Measure/NDI: 82% disabilty score

## Exercise Flowsheet

| Exercise | 02/12/2021 |
|---|---|
| MT | c-spine ROM, STM, gentle mobs |
| seated ball roll outs | |
| modified open books | |
| supine retraction | |
| unloaded rotation | |
| SB with rotation | |
| rotation with flexion | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 10 minutes

The patient performed minutes of therapeutic exercise to develop strength, ROM and flexibilty. Includes instruction in HEP designed to improved postural awareness and cervical ROM. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 12 minutes

The patient received manual therapy consisting of attempted gentle SO release/distraction, PROM, low level neutral isometrics for bil rotation and sidebending

**97162 PT Eval - Moderate:**

Physical Therapy Evaluation: moderate complexity was performed.

## Assessment / Plan

Ms. Garza presents to PT with a diagnosis of complex regional pain syndrome. She is already seeing OT for this with focused attention on improving UE ROM and strength. She also reports significant posterior cervical pain that seems to have worsened

since her surgery to implant a spinal cord stimulator less than 5 months ago. Her average daily pain is 7/10 even with medications. Objectively she demonstrates poor coordination of movement and proprioceptive awareness for isolated cervical spine motions which are significantly limited in all planes, actively and passively. She is also noted to have uncoordinated mm twitching of her entire body while supine for evaluation and treatment of the cervical spine; she is unable to relax. Unable to assess cervical PROM or joint mobility due to cervical mm guarding which did not significantly improve with cueing. Unable to position patient for special tests. Overall though, she demonstrates a complex clinical presentation that is not consistent with pure C5-6 cervical DJD/DDD as described on her MRI 2 years ago. There appears to be a behavioral component with fear avoidance behaviors. Taken together, POC will focus on improving proprioceptive and postural awareness, cervical strength and mobility and proximal UE function. Although PT at 2x/week is recommended, the patient states she is only going to be able to attend at a frequency of 1x/week x 6 weeks, at least initially.

These deficits are resulting in impairments in the patient's functional mobility and/or ability to perform ADLs or home/work related tasks. Patient would benefit from skilled intervention with the frequency noted above (1 x 6) with 8 weeks of skilled PT anticipated to be needed to adequately address the above listed deficits and prepare the patient for independent management of her condition or return to PLOF. This is going to include a significant emphasis on the HEP. She has fair overall motivation and potential to achieve established goals. POC may include any or all of the listed therapeutic modalities: therapeutic exercises, neuromuscular reeducation/movement retraining, manual therapy, functional activity training/therapeutic activities, patient education/HEP, NMES, heat/cold modalities, electrical stimulation and appropriate DME recommendations.

Thank you for the referral.

**. Complex regional pain syndrome**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Degeneration of cervical intervertebral disc**

M50.30: Other cervical disc degeneration, unspecified cervical region

**. Spinal stenosis in cervical region**

M48.02: Spinal stenosis, cervical region

**'atient Goals**

Patient to be ind in HEP--2 weeks
Patient to report an improvement in worst pain level by 3 points to < 4/10--2 weeks
Patient to demo improved cervical rotation by 10 degrees to at least 45 deg right for improved lateral visual field for driving--2 weeks
Patient to report elimination of 50% pf radidcular s/s--4 weeks
Patient to demo cervical rotation to at least 60 deg bil--6 weeks
Patient to demo an improvement in NDI score to < 40% disability--6 weeks

Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 02/16/2021 at 05:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 02/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/03/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/05/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/10/2021 at 10:30 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/12/2021 at 11:00 AM
- Deborah Keller, PT for PT - TREATMENT at WESTOVER HILLS PHYSICAL THERAPY on 03/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - MEDICARE at WESTOVER HILLS HAND THERAPY on 03/24/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 03/31/2021 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Deborah Keller, PT, 02/12/2021.
Encounter performed and documented by Deborah Keller, PT
Encounter reviewed & signed by Deborah Keller, PT on 02/12/2021 at 4:30pm

**Encounter Date: 02/11/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/11/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1

**GARZA, LYNN (id #755601, dob:**

Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)

- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

**OT Daily Progress Note**

Reported by patient.
How are you feeling? fluctuates, patient has noted improvements with therapy but at todays re-evaluation session she had worse symptoms due to not taking pain pill and cold weather.
Severity: rest 8/10; activity 9/10; location: (**from upper mid arm down to fingertips**)
Function: ADLs limited (**Quick Dash 86 %**); Pt reports she tries every day to use her L hand as normal as possible. Pt reports she is able to write a little more with her hand but does fatigue easily. Pt reports her mornings are better than afternoon. Pt continues to report severe limitations with daily ADL's such as opening containers, fine motor activities, performing house hold chores and inability to work.
Previous OT Session: helping

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

**GARZA, LYNN (id #755601, dob:**

Patient is a 48-year-old female.

**Hands and Digits:**Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar**. Thumb Left: **active opposition (1.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow)**; **WC: 13.1 cm**
**Mid forearm: 21.0 cm**
**mid proximal arm 23.1 cm**. Left AROM: **flexion (56 deg.), extension (35 more pain this session deg.), pronation (90 deg.), supination (90 deg.), radial deviation (5 deg.)**, and **ulnar deviation (8 deg.)**; **I.E wrist ext was 64**.

Exercise Flowsheet

| Exercise | 01/22/2021 | 01/28/2021 | 02/04/2021 | 02/11/2021 |
|---|---|---|---|---|
| s/p alcohol bottle | | | | 3 min |
| hand gripper | | | | 3 min |
| putty tabletop squeeze | | | | 3 min |
| power web ext stretch | | | | 3 min |
| Heartflex | | 3 min | 3 min | 3 min |
| bicep curls 1 lb | | | | 3 min |
| wrist PRE 1 lb or FB | | | | 3 min |
| foam roll with wrist flex/ext stretch | | 3 min | 3 min | |
| putty intrinsic tool | | 3 min | 3 min | |
| constant force | | | 3 min or rubberband | |
| dowel press with large knob cervical unloading with hand gripper | | | 3 min 3 min | |
| putty RD/UD tool | | 3 min | 3 min | |
| frisbee ball | | 3 min | | |
| mirror therapy | 6 min | | | |
| rotate splint balls | | 3 min | | |
| wheel flex/ext PROM | 3 min | | | |
| weight lift 1 lb | 3 min | | | |
| small fuzzy ball pick up | 3 min | | | |
| jux a cisor | 3 min | | | |
| rubberband removal MCP ext | 3 min | | | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

**GARZA, LYNN (id #755601, dob:**

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 15 minutes

The patient received manual therapy consisting of PROM, soft tissue mobilization for 8-22 minutes per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evalaution with mild decrease in edema. Therapist and patient did note increase in edema at mid proximal forearm at end of session. Pt presents with continued moderate scar adhesions with decreased redness/irritation, mild decrease in severe scar sensitivity, and increased AROM to wrist/thumb and digits expect wrist ext patient had decreased measurement due to increase in pain and cold weather this session. Pt scores a 86 % on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe pain this session due to weather and no pain pill. Pt was educated on continued HEP, use of compression sleeves and continued precautions per MD orders. Pt will continue to benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase I with ADL'

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

**. Hand pain**

M79.642: Pain in left hand

**'atient Goals**

2 weeks
STG 1 Pt to demo I with HEP(progressing) 2 Pt to report decreased pain from 8/10 to 5/10 when writing (progressing)
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth(met) 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair. (met)
New Goals 4 weeks
5 Assess grip strength and progress patient to strengthening HEP 6 Pt to increase L wrist ext to 65 to increase ability to perform sweeping.

**'atient Instructions**

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 1 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

**GARZA, LYNN (id #755601, dob:**

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/11/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/11/2021 at 12:32pm

**Encounter Date: 02/04/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 02/04/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 02/02/21 | filled |

**GARZA, LYNN (id #755601, dob:**

| | | |
|---|---|---|
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1

Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports today is a good day.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

## Exercise Flowsheet

| Exercise | 01/12/2021 | 01/22/2021 | 01/28/2021 | 02/04/2021 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| foam roll with wrist flex/ext stretch | | | 3 min | 3 min |
| putty intrinsic tool | | | 3 min | 3 min |
| Heartflex | | | 3 min | 3 min |
| constant force | | | | 3 min or rubberband |
| dowel press with large knob cervical unloading with hand gripper | | | | 3 min 3 min |
| putty RD/UD tool | | | 3 min | 3 min |
| frisbee ball | | | 3 min | |
| mirror therapy | 6 min | 6 min | | |
| rotate splint balls | | | 3 min | |
| wheel flex/ext PROM | 3 min | 3 min | | |
| weight lift 1 lb | 3 min | 3 min | | |
| small fuzzy ball pick up | 3 min | 3 min | | |
| jux a cisor | 3 min | 3 min | | |
| rubberband removal MCP ext | 3 min | 3 min | | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation next session. Pt did make progress this session with desensitization and strengthening with decrease in report of pain. Therapist did note decrease muscle shaky and changes in scar color. Therapist will progress patient at next session with strengthening, while monitoring symptoms.

**. Complex regional pain syndrome of upper limb-**

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**

M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

. Hand pain

M79.642: Pain in left hand

'atient Goals

2 weeks
STG 1 Pt to demo ! with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

'atient Instructions

HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

)iscussion Notes

Continue with current plan of care.

---

Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 02/04/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 02/04/2021 at 12:45pm

**Encounter Date: 01/28/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/28/2021 02:00PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

**GARZA, LYNN (id #755601, dob:**

Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **levothyroxine 125 mcg tablet** | 01/26/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

Problems

Reviewed Problems
No known problems

Family History

**GARZA, LYNN (id #755601, dob:**

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports she is having a bad day and the afternoons are bad.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**

**GARZA, LYNN (id #755601, dob:**

**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 | 01/22/2021 | 01/28/2021 |
|---|---|---|---|---|
| frisbee ball | | | | 3 min |
| foam roll with wrist flex/ext stretch | | | | 3 min |
| putty intrinsic tool | | | | 3 min |
| Heartflex | | | | 3 min |
| putty RD/UD tool | | | | 3 min |
| rotate splint balls | | | | 3 min |
| mirror therapy | | 6 min | 6 min | |
| wheel flex/ext PROM | | 3 min | 3 min | |
| weight lift 1 lb | | 3 min | 3 min | |
| small fuzzy ball pick up | | 3 min | 3 min | |
| jux a cisor | | 3 min | 3 min | |
| rubberband removal MCP ext | | 3 min | 3 min | |
| Dowel board comp/hook | | | | |
| pillow wrist ext stretch | | | | |

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings, minutes of one on one time

specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist does note patient with increased symptoms this session. Pt had more fatigue, muscle guarding, shakiness with thera ex and over all increase in sympathetic symptoms. Pt was able to progress with thera ex this session and worked hard on completing thera ex.

**. Complex regional pain syndrome of upper limb** -

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**'atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/28/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/28/2021 at 3:40pm

**Encounter Date: 01/22/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/22/2021 10:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

**GARZA, LYNN (id #755601, dob:**

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 01/21/21 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 01/21/21 | filled |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 01/19/21 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 01/17/21 | filled |
| **nortriptyline 50 mg capsule** | 01/13/21 | renewed |

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 01/13/21 | renewed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 01/21/21 | filled |
| **spironolactone 50 mg tablet** | 01/21/21 | filled |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

**GARZA, LYNN (id #755601, dob:**

Pt reports her arm is feeling ok, she took her pain meds.

ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

Physical Exam

Patient is a 48-year-old female.

Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 | 01/22/2021 |
|---|---|---|---|
| mirror therapy | | 6 min | 6 min |
| wheel flex/ext PROM | | 3 min | 3 min |
| weight lift 1 lb | | 3 min | 3 min |
| small fuzzy ball pick up | | 3 min | 3 min |
| jux a cisor | | 3 min | 3 min |
| rubberband removal MCP ext | | 3 min | 3 min |
| Dowel board comp/hook | | | |

pillow wrist ext
stretch

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

**. Complex regional pain syndrome of upper limb -**

Pt showed good improvements this session with ability to tolerate thera ex and PROM this session. Pt continue with proprioceptive deficits to L UE but has made improvements with assessment and awareness of her L UE in space. Pt continues with motor learning control deficits but is making progress. Pt had MRI yesterday and results are in athena net.

G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**'atient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**'atient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**)iscussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 02:00 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Deborah Keller, PT for PT - INITIAL EVALUATION 30 at WESTOVER HILLS PHYSICAL THERAPY on 02/12/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/22/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/22/2021 at 11:16am

**Encounter Date: 01/12/2021**

Patient

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/12/2021 02:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 12/17/20 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 11/10/20 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 12/22/20 | filled |

| | | |
|---|---|---|
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 12/21/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 12/17/20 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 11/10/20 | entered |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms | 01/09/21 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

Pt reports her arm is doing ok but she had to take pain meds, and weather has been bothering her.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old female.

## Exercise Flowsheet

| Exercise | 01/06/2021 | 01/12/2021 |
|---|---|---|
| mirror therapy | | 6 min |
| wheel flex/ext PROM | | 3 min |
| weight lift 1 lb | | 3 min |
| small fuzzy ball pick up | | 3 min |
| jux a cisor | | 3 min |
| rubberband | | 3 min |

rubberband removal MCP ext

Dowel board comp/hook

pillow wrist ext stretch

## Procedure Documentation

**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of PROM, for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did tolerate gentle PROM this session but does require frequent re positioning breaks and has severe discomfort. Pt has full digit and wrist PROM but has guarding during PROM. Pt was able to tolerate AROM thera ex and light strengthening this session but required rest breaks.

**. Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

**. Muscle pain**
M79.10: Myalgia, unspecified site

**. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**. Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 08:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/04/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 02/11/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/18/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 02/25/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 01/13/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT

**GARZA, LYNN (id #755601, dob:**

Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/13/2021 at 7:16am

## Imaging Results

### MRI LEFT ELBOW (#20732447, Final, 01/21/2021 11:30am)

CLINICAL INFORMATION

Medial and lateral left elbow pain with history of complex regional pain syndrome.

COMPARISON

None.

CONTRAST

None.

TECHNIQUE

MR imaging of the left elbow was performed, including the following pulse sequences: Coronal PD, coronal PD with fat saturation, axial PD, axial STIR, sagittal T1, sagittal PD with fat saturation.

FINDINGS

BICEPS/TRICEPS/BRACHIALIS: The insertions of the biceps, triceps, and brachialis appear intact.

MEDIAL ELBOW: The anterior band of the ulnar collateral ligament appears intact. The common flexor tendon origin onto the medial epicondyle appears intact.

LATERAL ELBOW: The radial collateral ligament and the lateral ulnar collateral ligament appear unremarkable. The common extensor tendon origin onto the lateral epicondyle appears intact.

OSSEOUS STRUCTURES AND ARTICULAR SURFACES: The regional osseous structures show normal marrow signal intensity. Osseous alignment appears maintained. No chondral lesions or loose bodies are seen.

MISCELLANEOUS: There is no significant elbow joint effusion or evidence of bursa formation around the elbow. Normal signal intensity and volume are seen in the regional muscles. Neurovascular structures appear intact. No cystic or solid mass lesions are seen.

IMPRESSION

1. Unremarkable MRI of the left elbow.

THIS REPORT WAS ELECTRONICALLY SIGNED

Anita Rich, MD
Board Certified, Musculoskeletal Radiologist

APPROVAL DATE 01/21/2021

sharecare

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 2578
OMAHA NE 68172

2307741
Feb 25 2021 5:54 PM
EVA TODD

040
Mar 03 2021 2:50 PM

91

**CONFIDENTIAL - MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

sharecare

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 2578
OMAHA NE 68172

2282225
Feb 25 2021 6:54 PM
LYNN GARZA

TX0531
Mar 03 2021 2:46 PM

**CONFIDENTIAL - MEDICAL RECORDS**

41

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

2/22

2 pages to follow

- AMENDED

(210) 697-3300

February 15, 2021

Cheryl Wright, Lpc
Rebah Therapy Resources, Inc
8607 WURZBACH, STE V-104
& P-100
SAN ANTONIO, TX 00000

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Cheryl Wright, Lpc:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Progress notes from January 2020 to the present

We ask that you provide this information by March 15, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Husband - Mark
Problem w/ Drug/Alcohol problem
Daughter - Brianna 24y/o
3 - step children

**PSYCHOTHERAPY SERVICES**
**CHERYL WRIGHT, LPC**

**DATE & TREATMENT**

VC 1:00p - 1:59p

1/27/21 Dealing w/ Chronic Pains for 5 years - Dx w/CRPS, on disability & recently did psych eval & realized she is having difficulty w/ coping w/ pains & life changes. Disability 2 years. Nurse Practitioner since 2008, prior Operating Room Nurse - always been nurse.

L arm from elbow to finger tips: Constant, deep, throbbing, some swelling, poor temp control, touch sensitive, loss of grip strength. Released some of fascia w/ 1st surgery, pain worse. 2nd 6/2018 surgery w/ plastic surgeon for arm to release tensions. 4/2019 Born w/ 2 congenital bands ) arm & leg slightly strangled in utero.

Psychiatrist: Dr. Ann Clark - Kansas City - Hx of depression & Anxiety since 15 y/o. Wellbutrin 300mg XL, Lexapro 20mg, Alprazolam .5 PRN. Currently: forgetful, difficulty finding words, worthless, memory struggles, Days of wanting to stay in bed / forced self up, realized she thought it was wrong year (2022), poor sleep/medicated, easily tearful, sad, easily irritable / was doing ok, but worse since Pain ↑ 2 years ago.

Moved to SA 2019 to help aging parents = struggles w/ feeling useless due to pains & limitations.
Married 4/2018 → good & supportive man - feels he got "a lemon" → med year prior. Previous marriage for 18 years = Toxic/alcoholic.
"Good childhood" - Father Army - moved every few years. Able to make friends & still some childhood friends. 3 of 3 sister 8 y/o older, brother 6 yrs older.

CLIENT NAME: Lynn Garza

DIAGNOSIS: MDD, moderate

**PSYCHOTHERAPY SERVICES**
**CHERYL WRIGHT, LPC**

**DATE &**
**TREATMENT**

VC 11:00A - 11:58A 2/3/21 Pains bad past week, CRPS symptoms more observable, mood fluctuating, & ↑ frustrations w/thoughts fluctuating. Abreactive work over frustrations & fears of future & pains. Educated on pain mgt skills both cognitively & physically - how the brain processes physical & emotional pains, & skills to desensitize pains/concepts of pains. CBT work on thoughts & fears of pains, mood, & future, good response.

VC 12:59P - 1:57P 2/10/21 Difficult week w/grieving - neighbor died yesterday & aunt has COVID & dying in hospital = ↑ physical pain w/ ↑ stressors. Discussed struggles w/continued physical pains w/ CRPS - positive steps in pushing self more & building understanding of body & pains. Continued education of natural modalities to manage pains & neurocounseling for pains. Educating on learning body pains. CBT work on learning pains, good response. Start observing pain journal.

CLIENT NAME: DIAGNOSIS:

Lynn Garza

PAGE 3/3 * RCVD AT 2/22/2021 5:55:37 PM [Eastern Standard Time] * SVR:VA1PWFAX401/3 * DNIS:6034301776 * CSID:2104240106 * ANI:12104240106 * DURATION (mm-ss):01-18

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Tue, 16 Feb 2021 16:52:45 -0600
**To:**Kennedy, Chenta
**Subject:**Re: Lynn Garza

Thank you very much for your response. I know that you said that you have only had occupational therapy progress notes through 1/6/21 have had appointments with Andrea Fisher for hand therapy 1/22 1/28, 2/4; 2/11 and PT with Deborah Keller on 2/12. I am hopeful that they will send those to you soon. San Antonio has been hit with record breaking cold, ice and extreme temperatures. This has impacted all of our utilities- power and water for almost 48 hours. Also my pain management appointments have been canceled and rescheduled twice by his office. The telemedicine appointment with him was also rescheduled. I'm going to keep trying to reschedule my follow up appointment with Dr Brenman and will try to contact him regarding the paperwork that was sent.
Thank you,
Lynn Garza

On Mon, Feb 15, 2021 at 9:48 AM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Good morning,

Neither of your treating providers have responded as of yet. I do have your PT records from Fisher on file through 1/6/21, however just faxed for updated records on your behalf. I also just faxed for all records from Ms. Wright.

Regarding you IME evaluation with Dr. Mcrary, I can not give you a copy of this report while your claim is still in an approved status, if your claim is denied at any time you have the ability to have a copy of your entire claim file if requested. However, I did send the report to your two treating providers they might provide you a copy of the report. I do not know who Dr. Connoly is as we did not send you for any IME with a psychiatrist (maybe this was Social Security)

I will send you a tax withholding form separately.

Thank you

**Chenta Kennedy**
Technical Claims Specialist
claims
888 437 7611 ext. *13934 Office

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Friday, February 12, 2021 2:32 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Fwd: Lynn Garza

Hello, I was wondering if Dr Grewal and Dr Brenman responded to your request for records. I also wanted to let you know that I continue to do my occupational therapy with Andrea Fisher, CHT as well as starting physical therapy at the same location with Deborah Keller PT- as prescribed by Dr Grewal. I have also started to see a behavioral therapist Cheryl Wright LPC; once a week. She specializes in therapy for complex regional pain syndrome- chronic pain therapy.

Is it possible to receive copies of my physical exam notes from my visit with Dr Mcrary and the psychiatric notes from my visit with Dr Connoly? I have added the contact information for my health care providers at the end of the email.

Lastly, is it possible to receive my tax form from Lincoln Financial to my email?

I really appreciate your assistance.

Thank you,

Lynn Garza

11212 State Hwy 151, #150
San Antonio, TX 78251
Phone: 210.804.5564

Lead Hand Therapist: Andrea Fisher, CHT

Cheryl Wright, LPC

Rehab Therapy Resources, Inc.

8607 Wurzbach, Suites V-104 & P-100
San Antonio, TX 7824
phone: (210) 697-3300
fax: (210) 424-0106
e-mail: recovery@rehabtherapyresources.com

---------- Forwarded message ---------

From: **Kennedy, Chenta** <Chenta.Kennedy@lfg.com>
Date: Mon, Feb 1, 2021 at 12:18 PM
Subject: RE: Lynn Garza
To: Lynn Garza <lae9q3@gmail.com>

Hi,

Thank you for the update I will continue to need this information. At this time I am still pending the report from your examination I will let you know when it comes in and what our determination in regarding any further extension of benefits beyond April 7, 2021. I will request all this updated medical records by the first of next month

Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:



Please visit www.MyLincolnPortal.com for the status of your claim

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Tuesday, January 26, 2021 10:21 AM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Lynn Garza

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi I wasn't sure whether I needed to keep giving you updates since I've had my physical exam & psych exam. I did see Dr Grewal on December 23 and had an appointment January 6 with my surgeon that implanted my spinal cord stimulator. In addition on January 6 I had an appointment with occupational therapist Andrea Fisher. I've also had additional appointments with my occupational therapist January 12; January 22 and an appointment coming up with her this week. I had an appointment for a MRI January 21. I will follow up with Dr Grewal for for results and any treatment plans that she might deem helpful. I will be seeing Dr. Brenman for a follow up as well. They are both my pain management team.

I had my social security/ disability exam January 19 and my psych evaluation also requested by social security January 25.

I have additional occupational therapy appointments as well as starting physical therapy February 5 and occupational therapy Feb 4.

Again, I'm not sure if that information was needed still but I wanted to keep you updated.

Thank you,

Lynn Garza

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, February 15, 2021 10:36:01 AM |
| To: | RECOVERY@REHABTHERAPYRESOURCES.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Sisters of Charity of Leavenworth Health System, Inc. Claim No. 8820045 Lynn Garza |
| Attachments: | pgn6jptvlu2c9mecgogo_9933019.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

February 15, 2021

Cheryl Wright, Lpc
Rebah Therapy Resources, Inc
8607 WURZBACH, STE V-104
& P-100
SAN ANTONIO, TX 00000

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Cheryl Wright, Lpc:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Progress notes from January 2020 to the present

We ask that you provide this information by March 15, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lxxxx GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: February 15, 2021 | |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

February 15, 2021

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 7, 2021 through the present

We ask that you provide this information by February 28, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

8903881 LFP28F01 22013236

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lexani GARZA

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

**From:**Kennedy, Chenta
**Sent:**Mon, 15 Feb 2021 15:48:39 +0000
**To:**Lynn Garza
**Subject:**RE: Lynn Garza

Good morning,

Neither of your treating providers have responded as of yet. I do have your PT records from Fisher on file through 1/6/21, however just faxed for updated records on your behalf. I also just faxed for all records from Ms. Wright.

Regarding you IME evaluation with Dr. Mcrary, I can not give you a copy of this report while your claim is still in an approved status, if your claim is denied at any time you have the ability to have a copy of your entire claim file if requested. However, I did send the report to your two treating providers they might provide you a copy of the report. I do not know who Dr. Connoly is as we did not send you for any IME with a psychiatrist (maybe this was Social Security)

I will send you a tax withholding form separately.

Thank you
**Chenta Kennedy**
Technical Claims Specialist
claims
888 437 7611 ext. *13934 Office

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Friday, February 12, 2021 2:32 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Fwd: Lynn Garza

Hello, I was wondering if Dr Grewal and Dr Brenman responded to your request for records. I also wanted to let you know that I continue to do my occupational therapy with Andrea Fisher, CHT as well as starting physical therapy at the same location with Deborah Keller PT- as prescribed by Dr Grewal. I have also started to see a behavioral therapist Cheryl Wright LPC; once a week. She specializes in therapy for complex regional pain syndrome- chronic pain therapy.
Is it possible to receive copies of my physical exam notes from my visit with Dr Mcrary and the psychiatric notes from my visit with Dr Connoly? I have added the contact information for my health care providers at the end of the email.
Lastly, is it possible to receive my tax form from Lincoln Financial to my email?
I really appreciate your assistance.
Thank you,

Lynn Garza

11212 State Hwy 151, #150
San Antonio, TX 78251
Phone: 210.804.5564
Lead Hand Therapist: Andrea Fisher, CHT

Cheryl Wright, LPC

Rehab Therapy Resources, Inc.
8607 Wurzbach, Suites V-104 & P-100
San Antonio, TX 7824
phone: (210) 697-3300
fax: (210) 424-0106
e-mail: recovery@rehabtherapyresources.com

---------- Forwarded message ---------
From: **Kennedy, Chenta** <Chenta.Kennedy@lfg.com>
Date: Mon, Feb 1, 2021 at 12:18 PM
Subject: RE: Lynn Garza
To: Lynn Garza <lae9q3@gmail.com>

Hi,

Thank you for the update I will continue to need this information. At this time I am still pending the report from your examination I will let you know when it comes in and what our determination in regarding any further extension of benefits beyond April 7, 2021. I will request all this updated medical records by the first of next month

Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:




Please visit www.MyLincolnPortal.com for the status of your claim

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination,

distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Tuesday, January 26, 2021 10:21 AM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Lynn Garza

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi I wasn't sure whether I needed to keep giving you updates since I've had my physical exam & psych exam. I did see Dr Grewal on December 23 and had an appointment January 6 with my surgeon that implanted my spinal cord stimulator. In addition on January 6 I had an appointment with occupational therapist Andrea Fisher. I've also had additional appointments with my occupational therapist January 12; January 22 and an appointment coming up with her this week. I had an appointment for a MRI January 21. I will follow up with Dr Grewal for for results and any treatment plans that she might deem helpful. I will be seeing Dr. Brenman for a follow up as well. They are both my pain management team.
I had my social security/ disability exam January 19 and my psych evaluation also requested by social security January 25.
I have additional occupational therapy appointments as well as starting physical therapy February 5 and occupational therapy Feb 4.
Again, I'm not sure if that information was needed still but I wanted to keep you updated.
Thank you,
Lynn Garza

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | February 10, 2021 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | Dr. Prabhdeep Grewal |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 12 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

February 10, 2021

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

On January 19, 2021 a/an IME was performed to assist us in determining Ms. Garza's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

There are no measurable abnormalities except for her prior surgeries and scars noted at the left forearm. She has pain complaints which are not verified by any measurable abnormalities except for a history of carpal tunnel syndrome and prior fascial and amniotic band release surgery.

She has pain out of proportion to measurable abnormalities and non-physiologic pain complaints which are not correlated with imaging or examination findings or other verifiable testing documentation. These behaviors affect her performance of some tasks as noted in my report.

She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary.

Please review the enclosed report by Dr. Brian F. McCrary, and provide any comments you wish to have considered. If you disagree with Dr. Brian F. McCrary's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by February 23, 2021. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsoredLong Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed byMs. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-MEDICAL-INDEPENDENT EXAMS/EVALUATIONS-02.01.2021

# Brian F. McCrary, D.O., M.PH.

**Board Certified, Occupational Medicine, Aerospace Medicine**
**Undersea & Hyperbaric Medicine, Wound Care**
17233 N Holmes Blvd, Phoenix, AZ 85053
Tel: (702) 203-1833


| | |
|---|---|
| **CLAIMANT NAME:** | **Lynn Garza** |
| **DATE OF BIRTH:** | |
| **EXAMINER:** | **Brian F. McCrary, D.O., M.P.H.** |
| **ECN #:** | **165352-1** |
| **CLAIM #:** | **8820045** |
| **DATE OF DISABILITY:** | **10/10/2018** |
| **DATE OF IME:** | **01/19/2021** |

## INDEPENDENT MEDICAL EXAMINATION

The Independent Medical Examination process was explained to Ms. Garza, and she understands that this is a one-time evaluation, that no patient/treating physician relationship exists, and that the report will be sent to the requesting party.

Two-hundred and ninety-three pages of medical records were provided for this claim. Ms. Garza is a 48-year-old female family nurse practitioner who has been out of work due to complaints of pain in her left hand which occurred after a surgery on 06/01/2018. She also had a repeat revision surgery in February of 2019. Her primary diagnosis is pain in the left hand. She is also noted to have chronic opioid usage and notes that compression garments seem to help with the discomfort.

### CURRENT COMPLAINTS:

"I am left-handed, and I have a lot of pain and drop things. It's difficult because it is my dominant hand. I don't feel like I have the strength and sensitivities to do woman exams accurately. My hands shake when I'm trying to use my fingers, and I get temperature changes." She states she has weakness in the left hand but denies any numbness or tingling. She has some radiation of pain which sometimes affects the left neck and shoulder. Her symptoms are worsened, sometimes by nothing and sometimes for no reason, but at times with writing and brushing her hair. Her symptoms are improved at times with the use of heat or ice. She reports frequent sleep disturbance, stating she takes medications to help with sleep, but sleep is still restless. She rates her pain today on a 0-to-10 scale as a level 8/10 but stated she is in no apparent distress, speaking in a soft voice with no shifting movements. Activity limitations are described as difficulty with driving because she has difficulty turning her neck well, doing housekeeping and household chores, typing, writing, and coloring and "anything requiring use of my dominant hand."

**CURRENT STATUS:**

Her current treating physicians are Dr. Grewal, her pain interventionalist, who she saw in January, and Dr. Brenman, her primary pain manager, who she saw in December.

**MEDICATIONS:**

1. Levothyroxine.
2. Wellbutrin.
3. Lexapro.
4. Nortriptyline.
5. Adderall.
6. Aspirin.
7. Norco.
8. Ultram.
9. Xanax.
10. Ambien.
11. Bupropion.
12. Tizanidine.
13. Tramadol.
14. Clobetasol.
15. Dextroamphetamine.
16. Escitalopram.
17. Ondansetron.
18. Spironolactone.

**TREATMENTS:**

She states she is scheduled to have a psychiatric evaluation in the future. She is currently receiving occupational therapy and has had multiple sets of therapies. She has received cervical epidural steroid injections in 2019 and multiple steroid injections of the elbow and forearms. She has also received acupuncture treatments.

**WORK HISTORY:**

Work history includes work as a family nurse practitioner in Kansas City, Duchesne Clinic, for 4 years. Prior to that, she worked as a nurse practitioner in other clinics. She denies any prior work-related injuries or illnesses.

**PAST MEDICAL HISTORY:**

Positive for hypothyroidism, depression and anxiety, left arm and leg congenital amniotic band release and fascia release on 06/01/2018 and in December 2018. She also had ulnar nerve exploration, carpal tunnel surgery with Guyon canal release and tenolysis and exploration of

median and ulnar nerves performed in wrist in April 2019. She has had scar revisions, and she had spinal cord stimulator implant in September of 2020.

**FAMILY MEDICAL HISTORY:**

Family medical history is positive for father with diabetes, hypertension, cardiac disease, PTSD, and depression. Mother with diabetes, hypertension, and depression. Brother with depression and ADD. Sister with depression and diabetes.

**SOCIAL HISTORY:**

She is married with 1 child. Education level is master's degree as a nurse practitioner. She denies a history of smoking. She denies use of alcohol. She denies any regular hobbies, recreations, and her only exercise program is that she tries to walk regularly.

**TESTING:**

Includes x-rays of the left hand on 02/04/2019 showing mild first CMC and triscaphe osteoarthritis. Upper extremity venous duplex scan on 01/29/2020 showing chronic occlusive DVT of the mid brachial vein. MRI of the left forearm on 12/21/2018 which was unremarkable. Cervical MRI of 10/02/2019 showing spondylosis of C5-6 and mild stenosis of C5 to C7. A left forearm MRI is scheduled for later this week to be repeated. EMG nerve conduction study in 2019 showed left carpal tunnel syndrome and on 11/11/2019 showed left superficial radial neuropathy with mild to moderate left median neuropathy at the wrist consistent with mild left carpal tunnel syndrome.

**REVIEW OF MEDICAL RECORDS:** Record review of 299 pages provided for this claim included the following:

There is a note from Dr. Nouhan dated 07/19/2018 showing moderate swelling of the arm still present. Steroid injections helped significantly. She would like to return to work as a nurse practitioner but worried that going back to full-time work is just too hard for her yet. On exam, she had a few recurrent tender spots on either side of her incision, relatively deep.

On 08/02/2018 note, it noted her workplace did not want her unless released to full duty. Steroid injections were done, and she was returned to work half days.

Occupational therapy visit of 10/08/2018 noted pain 4/10 and constant ache with intermittent cramping.

On 10/26/2018, arterial and venous Doppler studies were negative.

On 04/02/2019, note stated rule out CRPS, "Lynn doesn't accept it."

Note from Dr. Andress on 04/15/2019, ten days after that surgery, notes she was doing well with improvement in pain and relief of symptoms.

Note from Dr. Brenman of 11/16/2019 noted mild hypersensitivity with no atrophy, normal muscle tone, decreased grip due to pain, and no numbness or tingling.

OT exam with Andrea Fisher on 01/06/2021 provided as well as most recent note from her provider, Dr. Prabhdeep Grewal, on 12/23/2020 noted followup for neck and left arm pain and complaint of localized left trapezius spasm.

There is a note from Dr. Andress of 02/18/2019 noting musculoskeletal exam revealed normal range of motion of all the joints. There was a left volar forearm scar from mild amniotic circumferential compression up towards the antecubital fossa. The scar is slightly widened and hypertrophic. Sensation intact in the median, ulnar, and radial sensory distributions. All her intrinsic tendon function is intact, and she does not appear to be tethering to her overlying scar. She can rotate her forearm without difficulty. She has normal elbow range of motion. She is slightly edematous on the left compared to the right forearm. She is quite tender throughout the entire forearm. No Tinel sign, although it is tender to percussion. There is a visible faint depression circumferentially around the distal third of her forearm which she notes was consistent with her amniotic band prior to operation. Assessment: I do not see any structural abnormalities on her MRI. There are no obvious signs of constriction of her forearm musculature. Sensitivity is certainly not enough to detect a subtle nerve injury.

There is a Record Review which notes in June 2018 she had left forearm scar revision. When she returned to work, she said her left forearm was painful and weak. A 10/30/2018 note from Dr. Nouhan noting arterial venous Doppler studies of the left forearm showed no vascular problem. In November 2018, lymphatic scintigraphy of the left forearm showed no lymphatic problem. A 12/21/2018 MRI of the left forearm with and without contrast was unremarkable. A 12/27/2018 note from Dr. Nouhan noted normal studies, "Diagnosis is still elusive." An occupational therapy note from Mr. Little dated 01/28/2019 noted patient reports today's pain at 5/10. Her short-term disability case was closed, and she is appealing the ruling based on what she thought was a statement that she had not lost any strength in her arm since the surgery. She feels this is inaccurate. She has had a feeling of "tightness" just proximal to the wrist. A note from Monarch Plastic Surgery dated 01/15/2019 stated etiology has been elusive. Again, her arterial and venous Dopplers have been negative. Lymphatic scintigraphy has been essentially negative. MRI with time-resolved imaging of contrast kinetics has been negative. In terms of her work function, she cannot do breast exams or other physical exams one-handed. She cannot do well-woman exams with speculum. She has great difficulty doing EMR, typing, and writing with this dominant hand. Also, apparently her disability claim was denied and closed prematurely.

Another note from Dr. Andress dated 08/27/2019 states she continues to complain of constant diffuse pain with occasional "spasms." The pain is unchanged, no new pains. She was recommended to see Pain Management and has not seen them yet. Scar remains hypertrophic

and tight. She is also complaining of swelling, although improved. She is wearing a compression sleeve and continuing to see improvement with therapy. She has a mirror box at home now as well. Her range of motion has improved. She has been compliant with therapy. She does report unintentionally dropping objects. She reports some relief of symptoms when she holds and puts pressure on her wrist.

Note from Dr. Swotinsky of 02/25/2019 noted there is a history of pain and weakness in the left forearm. The records in my discussion with Dr. Nouhan indicated no diagnosis yet. Dr. Nouhan has identified no diagnosis and reports the patient presents with tenderness and weakness but recorded no specific abnormal exam findings and advised no specific activity limitations or restrictions. Dr. Swotinsky's estimate is that she should not do patient transfers, only occasionally lift and carry up to 20 pounds with frequent lifting and carrying up to 10 pounds. No limitations or restrictions on keyboarding or other office-based activities and no limitations or restrictions on standing, walking, or other activities involving the lower extremities.

There is a note of 02/18/2019 from Dr. Andress stating her EMG was reportedly normal. She has a history of congenital constriction band to the left lower extremity and left upper extremity. She had Z-plasty release of her left leg band as a youth. Her left upper extremity is giving her intermittent symptoms throughout her life with pain and cramping and numbness. She said surgery has been talked about multiple times in that area, but each time her symptoms improved, and surgery was delayed. Then last year she began having worsening pain, and she saw Dr. Nouhan who worked her up for likely intermittent elevated compartment pressure related to her constriction band. An EMG at the time was reportedly negative. She underwent a volar forearm fascia release this past June. She reports worsening of her pain since that operation, now with pain and cramping throughout the forearm and up into the antecubital fossa as well as down into the hand where she never had pain in her hand before. Postoperative imaging with duplex ultrasound, MRI, and lymphoscintigraphy all are reportedly negative. She had steroid injections as well without relief. She has tried multiple rounds of various occupational hand therapy as well as narcotic and non-narcotic pain medications without relief. She presents today for a second opinion. No color changes in the digits. Not numbness currently. She does have pain and tenderness at the site of her previous operation on the volar forearm. Review of systems was negative including neurologic abnormalities.

**PHYSICAL EXAMINATION:**

She stood 5 feet 2 inches in height, weighed 170 pounds. She was cooperative throughout the examination, exhibiting good affect but with significant pain behaviors including tremors, cogwheeling, and grimacing, constant guarding (unless distracted) of her left forearm and excessive tenderness. She did have some mild swelling at the left medial antecubital area. There was no muscle wasting noted other than at the scar areas from her surgery at the left forearm, but no muscle atrophy noted. On general appearance, she was normal with good muscle tone. There was no use of corsets, braces, or cane. No bony abnormality, and she sat comfortably during the interview and exam. Her stance, posture, and muscle tone were normal. She is left-hand dominant, and her gait was normal. There was exaggerated tenderness to even feather-light

touch at the entire left forearm which seemed to disappear somewhat with distraction. There was no palpable muscle spasm, increased muscle tone, or trigger points noted at the spine or upper extremities. She was extremely tender to touch, mostly near the scar at the volar area of her left forearm. Pulses were strong and equal at the wrists. Tinel's and Phalen's testing were negative bilaterally at the wrists. She had full range of motion of the wrists to flexion, extension, radial and ulnar deviation, and full and equivalent range of motion of the forearms and elbows with full flexion and extension, pronation, and supination equivalent bilaterally. Spurling's testing was negative bilaterally. Shoulder and hip heights were level. There was no scapular winging. There was no significant skin discoloration noted at the upper extremities. There were scars at the left forearm involving the entire ventral aspect from her prior surgeries. She did have slight depression of the scar with some mild scar hypertrophy. There was no tethering in the forearm tissues, and scars were soft. There was a Z-plasty scar at the left calf and scars at the right upper trapezius and flank from her spinal cord stimulator placement. There was no mottling of the left upper extremity. She had normal hair patterns and normal fingernail appearance. The only temperature change was that she was slightly cool to touch at the left fingertips, possibly cooler than the right, but difficult to determine. Sweat patterns appear to be normal in the extremities and equivalent bilaterally.

Cervical range of motion was somewhat self-limited in extension and side bending bilaterally with cogwheeling-type motions. Sensation was intact to light touch in the upper extremities. Motor testing of the upper extremities was 5/5 with the exception that she voluntarily reduced her left grip and left wrist flexion and extension to 4/5 reportedly due to pain. Reflexes were +1 and symmetric at the biceps, triceps, and brachioradialis. Biceps circumference was 27 cm on the right, 26 cm on the left. Forearm circumference was 23.5 cm bilaterally.

**CONCLUSIONS:**

Chronic self-reported left upper extremity pain, status post left carpal tunnel surgery release and release of amniotic band and fascial tissues without confirmed diagnosis. She has had no significant change in symptoms over time with prolonged treatment and therapies. She has no muscle atrophy or signs of disuse noted on this exam or numerous other physical examinations at the left arm.

**RESPONSES TO QUESTIONS:** Questions specifically addressed to me:

1. **Please provide a complete physical description of the claimant. Please observe gait upon entering the office, capability for sitting, and ability to get on and off the exam table and correlate with exam findings.**

   She had no difficulty performing any of these activities, and this was noted in my report, and her exam findings were consistent with no difficulties with sitting, standing, or walking. She was able to climb up onto and off the examination table without difficulty.

2. **Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and outline the restrictions and limitations supported by the medical evidence.**

   She has no documented confirmed diagnoses. She has self-reported left hand and forearm pain and has had multiple surgeries to this area for amniotic band fascia release and carpal tunnel syndrome. She has self-reported pain complaints at the left forearm which would be the primary diagnosis, which is left arm pain.

3. **Please provide range of motion measurements as it relates to condition and compare these to normal range of motion.**

   These were noted at the wrist, forearm, and elbow and were equivalent and full range of motions bilaterally.

4. **Does the area where the claimant complains of pain correlate with your physical findings?**

   There are no measurable abnormalities except for her prior surgeries and scars noted at the left forearm. She has pain complaints which are not verified by any measurable abnormalities except for a history of carpal tunnel syndrome and prior fascial and amniotic band release surgery.

5. **Did the pain behaviors correlate to the claimant's subjective complaints? Do these behaviors affect her performance?**

   Yes. This is documented throughout my examination. She has pain out of proportion to measurable abnormalities and non-physiologic pain complaints which are not correlated with imaging or examination findings or other verifiable testing documentation. These behaviors affect her performance of some tasks as noted in my report.

6. **For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations.**

   She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary.

Sincerely,



Brian F. McCrary, D.O., M.P.H.
Board Certified in Occupational Medicine
Board Certified in Aerospace Medicine
Board Certified in Undersea and Hyperbaric Medicine
Diplomate, American Academy of Wound Management
Diplomate, American Academy of Pain Management
Diplomate, American Board of Professional Disability Consultants
Diplomate, American Board of Forensic Examiners
Certified ABIME, American Board of Independent Medical Examiners
Certified Impairment Rating Specialist, American Academy of Expert Medical Evaluators
Certification in Evaluation of Disability and Impairment Rating, American Academy of Disability Rating Physicians
Certified Wound Specialist (CWS), American Academy of Wound Management
Fellow, American College of Preventive Medicine
Fellow, American College of Occupational and Environmental Medicine
Fellow, American Professional Wound Care Association
Fellow, American College of Certified Wound Specialists
Fellow, Amer. Osteopathic College of Occupational & Preventive Medicine
Fellow, Academy of Physicians in Wound Healing
Associate Fellow, Aerospace Medical Association
AZ License# 2269

BFM/sf

ECN

Corporate Office
[illegible]
Toll Free: [illegible]
Local: [illegible]
Fax: [illegible]

Exam Coordinators Network A division of Genex Services, LLC
E-mail: [illegible] • Web: [illegible]

Claimant Name: Lynn Garza
Claim Number: 8820045
Case Number: 165352-1

"I, Brian F McCrary, DO, am a physician duly licensed to practice medicine in the State of AZ. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Signature of Physician — January 19, 2021 (Date)

Medical/Professional License # 2269

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | February 10, 2021 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | Dr. Ephraim Brenman |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 12 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

February 10, 2021

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

On January 29, 2021 a/an IME was performed to assist us in determining Ms. Garza's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

There are no measurable abnormalities except for her prior surgeries and scars noted at the left forearm. She has pain complaints which are not verified by any measurable abnormalities except for a history of carpal tunnel syndrome and prior fascial and amniotic band release surgery.

She has pain out of proportion to measurable abnormalities and non-physiologic pain complaints which are not correlated with imaging or examination findings or other verifiable testing documentation. These behaviors affect her performance of some tasks as noted in my report.

She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary.

Please review the enclosed report by Dr Brian McCrary, and provide any comments you wish to have considered. If you disagree with Dr Brian McCrary's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by February 23, 2021. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsoredLong Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed byMs. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-MEDICAL-INDEPENDENT EXAMS/EVALUATIONS-02.01.2021

# Brian F. McCrary, D.O., M.PH.

**Board Certified, Occupational Medicine, Aerospace Medicine**
**Undersea & Hyperbaric Medicine, Wound Care**
17233 N Holmes Blvd, Phoenix, AZ 85053
Tel: (702) 203-1833


---

| | |
|---|---|
| **CLAIMANT NAME:** | **Lynn Garza** |
| **DATE OF BIRTH:** | |
| **EXAMINER:** | **Brian F. McCrary, D.O., M.P.H.** |
| **ECN #:** | **165352-1** |
| **CLAIM #:** | **8820045** |
| **DATE OF DISABILITY:** | **10/10/2018** |
| **DATE OF IME:** | **01/19/2021** |

## INDEPENDENT MEDICAL EXAMINATION

The Independent Medical Examination process was explained to Ms. Garza, and she understands that this is a one-time evaluation, that no patient/treating physician relationship exists, and that the report will be sent to the requesting party.

Two-hundred and ninety-three pages of medical records were provided for this claim. Ms. Garza is a 48-year-old female family nurse practitioner who has been out of work due to complaints of pain in her left hand which occurred after a surgery on 06/01/2018. She also had a repeat revision surgery in February of 2019. Her primary diagnosis is pain in the left hand. She is also noted to have chronic opioid usage and notes that compression garments seem to help with the discomfort.

### CURRENT COMPLAINTS:

"I am left-handed, and I have a lot of pain and drop things. It's difficult because it is my dominant hand. I don't feel like I have the strength and sensitivities to do woman exams accurately. My hands shake when I'm trying to use my fingers, and I get temperature changes." She states she has weakness in the left hand but denies any numbness or tingling. She has some radiation of pain which sometimes affects the left neck and shoulder. Her symptoms are worsened, sometimes by nothing and sometimes for no reason, but at times with writing and brushing her hair. Her symptoms are improved at times with the use of heat or ice. She reports frequent sleep disturbance, stating she takes medications to help with sleep, but sleep is still restless. She rates her pain today on a 0-to-10 scale as a level 8/10 but stated she is in no apparent distress, speaking in a soft voice with no shifting movements. Activity limitations are described as difficulty with driving because she has difficulty turning her neck well, doing housekeeping and household chores, typing, writing, and coloring and "anything requiring use of my dominant hand."

**CURRENT STATUS:**

Her current treating physicians are Dr. Grewal, her pain interventionalist, who she saw in January, and Dr. Brenman, her primary pain manager, who she saw in December.

**MEDICATIONS:**

1. Levothyroxine.
2. Wellbutrin.
3. Lexapro.
4. Nortriptyline.
5. Adderall.
6. Aspirin.
7. Norco.
8. Ultram.
9. Xanax.
10. Ambien.
11. Bupropion.
12. Tizanidine.
13. Tramadol.
14. Clobetasol.
15. Dextroamphetamine.
16. Escitalopram.
17. Ondansetron.
18. Spironolactone.

**TREATMENTS:**

She states she is scheduled to have a psychiatric evaluation in the future. She is currently receiving occupational therapy and has had multiple sets of therapies. She has received cervical epidural steroid injections in 2019 and multiple steroid injections of the elbow and forearms. She has also received acupuncture treatments.

**WORK HISTORY:**

Work history includes work as a family nurse practitioner in Kansas City, Duchesne Clinic, for 4 years. Prior to that, she worked as a nurse practitioner in other clinics. She denies any prior work-related injuries or illnesses.

**PAST MEDICAL HISTORY:**

Positive for hypothyroidism, depression and anxiety, left arm and leg congenital amniotic band release and fascia release on 06/01/2018 and in December 2018. She also had ulnar nerve exploration, carpal tunnel surgery with Guyon canal release and tenolysis and exploration of

median and ulnar nerves performed in wrist in April 2019. She has had scar revisions, and she had spinal cord stimulator implant in September of 2020.

**FAMILY MEDICAL HISTORY:**

Family medical history is positive for father with diabetes, hypertension, cardiac disease, PTSD, and depression. Mother with diabetes, hypertension, and depression. Brother with depression and ADD. Sister with depression and diabetes.

**SOCIAL HISTORY:**

She is married with 1 child. Education level is master's degree as a nurse practitioner. She denies a history of smoking. She denies use of alcohol. She denies any regular hobbies, recreations, and her only exercise program is that she tries to walk regularly.

**TESTING:**

Includes x-rays of the left hand on 02/04/2019 showing mild first CMC and triscaphe osteoarthritis. Upper extremity venous duplex scan on 01/29/2020 showing chronic occlusive DVT of the mid brachial vein. MRI of the left forearm on 12/21/2018 which was unremarkable. Cervical MRI of 10/02/2019 showing spondylosis of C5-6 and mild stenosis of C5 to C7. A left forearm MRI is scheduled for later this week to be repeated. EMG nerve conduction study in 2019 showed left carpal tunnel syndrome and on 11/11/2019 showed left superficial radial neuropathy with mild to moderate left median neuropathy at the wrist consistent with mild left carpal tunnel syndrome.

**REVIEW OF MEDICAL RECORDS:** Record review of 299 pages provided for this claim included the following:

There is a note from Dr. Nouhan dated 07/19/2018 showing moderate swelling of the arm still present. Steroid injections helped significantly. She would like to return to work as a nurse practitioner but worried that going back to full-time work is just too hard for her yet. On exam, she had a few recurrent tender spots on either side of her incision, relatively deep.

On 08/02/2018 note, it noted her workplace did not want her unless released to full duty. Steroid injections were done, and she was returned to work half days.

Occupational therapy visit of 10/08/2018 noted pain 4/10 and constant ache with intermittent cramping.

On 10/26/2018, arterial and venous Doppler studies were negative.

On 04/02/2019, note stated rule out CRPS, "Lynn doesn't accept it."

Note from Dr. Andress on 04/15/2019, ten days after that surgery, notes she was doing well with improvement in pain and relief of symptoms.

Note from Dr. Brenman of 11/16/2019 noted mild hypersensitivity with no atrophy, normal muscle tone, decreased grip due to pain, and no numbness or tingling.

OT exam with Andrea Fisher on 01/06/2021 provided as well as most recent note from her provider, Dr. Prabhdeep Grewal, on 12/23/2020 noted followup for neck and left arm pain and complaint of localized left trapezius spasm.

There is a note from Dr. Andress of 02/18/2019 noting musculoskeletal exam revealed normal range of motion of all the joints. There was a left volar forearm scar from mild amniotic circumferential compression up towards the antecubital fossa. The scar is slightly widened and hypertrophic. Sensation intact in the median, ulnar, and radial sensory distributions. All her intrinsic tendon function is intact, and she does not appear to be tethering to her overlying scar. She can rotate her forearm without difficulty. She has normal elbow range of motion. She is slightly edematous on the left compared to the right forearm. She is quite tender throughout the entire forearm. No Tinel sign, although it is tender to percussion. There is a visible faint depression circumferentially around the distal third of her forearm which she notes was consistent with her amniotic band prior to operation. Assessment: I do not see any structural abnormalities on her MRI. There are no obvious signs of constriction of her forearm musculature. Sensitivity is certainly not enough to detect a subtle nerve injury.

There is a Record Review which notes in June 2018 she had left forearm scar revision. When she returned to work, she said her left forearm was painful and weak. A 10/30/2018 note from Dr. Nouhan noting arterial venous Doppler studies of the left forearm showed no vascular problem. In November 2018, lymphatic scintigraphy of the left forearm showed no lymphatic problem. A 12/21/2018 MRI of the left forearm with and without contrast was unremarkable. A 12/27/2018 note from Dr. Nouhan noted normal studies, "Diagnosis is still elusive." An occupational therapy note from Mr. Little dated 01/28/2019 noted patient reports today's pain at 5/10. Her short-term disability case was closed, and she is appealing the ruling based on what she thought was a statement that she had not lost any strength in her arm since the surgery. She feels this is inaccurate. She has had a feeling of "tightness" just proximal to the wrist. A note from Monarch Plastic Surgery dated 01/15/2019 stated etiology has been elusive. Again, her arterial and venous Dopplers have been negative. Lymphatic scintigraphy has been essentially negative. MRI with time-resolved imaging of contrast kinetics has been negative. In terms of her work function, she cannot do breast exams or other physical exams one-handed. She cannot do well-woman exams with speculum. She has great difficulty doing EMR, typing, and writing with this dominant hand. Also, apparently her disability claim was denied and closed prematurely.

Another note from Dr. Andress dated 08/27/2019 states she continues to complain of constant diffuse pain with occasional "spasms." The pain is unchanged, no new pains. She was recommended to see Pain Management and has not seen them yet. Scar remains hypertrophic

and tight. She is also complaining of swelling, although improved. She is wearing a compression sleeve and continuing to see improvement with therapy. She has a mirror box at home now as well. Her range of motion has improved. She has been compliant with therapy. She does report unintentionally dropping objects. She reports some relief of symptoms when she holds and puts pressure on her wrist.

Note from Dr. Swotinsky of 02/25/2019 noted there is a history of pain and weakness in the left forearm. The records in my discussion with Dr. Nouhan indicated no diagnosis yet. Dr. Nouhan has identified no diagnosis and reports the patient presents with tenderness and weakness but recorded no specific abnormal exam findings and advised no specific activity limitations or restrictions. Dr. Swotinsky's estimate is that she should not do patient transfers, only occasionally lift and carry up to 20 pounds with frequent lifting and carrying up to 10 pounds. No limitations or restrictions on keyboarding or other office-based activities and no limitations or restrictions on standing, walking, or other activities involving the lower extremities.

There is a note of 02/18/2019 from Dr. Andress stating her EMG was reportedly normal. She has a history of congenital constriction band to the left lower extremity and left upper extremity. She had Z-plasty release of her left leg band as a youth. Her left upper extremity is giving her intermittent symptoms throughout her life with pain and cramping and numbness. She said surgery has been talked about multiple times in that area, but each time her symptoms improved, and surgery was delayed. Then last year she began having worsening pain, and she saw Dr. Nouhan who worked her up for likely intermittent elevated compartment pressure related to her constriction band. An EMG at the time was reportedly negative. She underwent a volar forearm fascia release this past June. She reports worsening of her pain since that operation, now with pain and cramping throughout the forearm and up into the antecubital fossa as well as down into the hand where she never had pain in her hand before. Postoperative imaging with duplex ultrasound, MRI, and lymphoscintigraphy all are reportedly negative. She had steroid injections as well without relief. She has tried multiple rounds of various occupational hand therapy as well as narcotic and non-narcotic pain medications without relief. She presents today for a second opinion. No color changes in the digits. Not numbness currently. She does have pain and tenderness at the site of her previous operation on the volar forearm. Review of systems was negative including neurologic abnormalities.

**PHYSICAL EXAMINATION:**

She stood 5 feet 2 inches in height, weighed 170 pounds. She was cooperative throughout the examination, exhibiting good affect but with significant pain behaviors including tremors, cogwheeling, and grimacing, constant guarding (unless distracted) of her left forearm and excessive tenderness. She did have some mild swelling at the left medial antecubital area. There was no muscle wasting noted other than at the scar areas from her surgery at the left forearm, but no muscle atrophy noted. On general appearance, she was normal with good muscle tone. There was no use of corsets, braces, or cane. No bony abnormality, and she sat comfortably during the interview and exam. Her stance, posture, and muscle tone were normal. She is left-hand dominant, and her gait was normal. There was exaggerated tenderness to even feather-light

touch at the entire left forearm which seemed to disappear somewhat with distraction. There was no palpable muscle spasm, increased muscle tone, or trigger points noted at the spine or upper extremities. She was extremely tender to touch, mostly near the scar at the volar area of her left forearm. Pulses were strong and equal at the wrists. Tinel's and Phalen's testing were negative bilaterally at the wrists. She had full range of motion of the wrists to flexion, extension, radial and ulnar deviation, and full and equivalent range of motion of the forearms and elbows with full flexion and extension, pronation, and supination equivalent bilaterally. Spurling's testing was negative bilaterally. Shoulder and hip heights were level. There was no scapular winging. There was no significant skin discoloration noted at the upper extremities. There were scars at the left forearm involving the entire ventral aspect from her prior surgeries. She did have slight depression of the scar with some mild scar hypertrophy. There was no tethering in the forearm tissues, and scars were soft. There was a Z-plasty scar at the left calf and scars at the right upper trapezius and flank from her spinal cord stimulator placement. There was no mottling of the left upper extremity. She had normal hair patterns and normal fingernail appearance. The only temperature change was that she was slightly cool to touch at the left fingertips, possibly cooler than the right, but difficult to determine. Sweat patterns appear to be normal in the extremities and equivalent bilaterally.

Cervical range of motion was somewhat self-limited in extension and side bending bilaterally with cogwheeling-type motions. Sensation was intact to light touch in the upper extremities. Motor testing of the upper extremities was 5/5 with the exception that she voluntarily reduced her left grip and left wrist flexion and extension to 4/5 reportedly due to pain. Reflexes were +1 and symmetric at the biceps, triceps, and brachioradialis. Biceps circumference was 27 cm on the right, 26 cm on the left. Forearm circumference was 23.5 cm bilaterally.

**CONCLUSIONS:**

Chronic self-reported left upper extremity pain, status post left carpal tunnel surgery release and release of amniotic band and fascial tissues without confirmed diagnosis. She has had no significant change in symptoms over time with prolonged treatment and therapies. She has no muscle atrophy or signs of disuse noted on this exam or numerous other physical examinations at the left arm.

**RESPONSES TO QUESTIONS:** Questions specifically addressed to me:

1. **Please provide a complete physical description of the claimant. Please observe gait upon entering the office, capability for sitting, and ability to get on and off the exam table and correlate with exam findings.**

   She had no difficulty performing any of these activities, and this was noted in my report, and her exam findings were consistent with no difficulties with sitting, standing, or walking. She was able to climb up onto and off the examination table without difficulty.

2. **Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and outline the restrictions and limitations supported by the medical evidence.**

   She has no documented confirmed diagnoses. She has self-reported left hand and forearm pain and has had multiple surgeries to this area for amniotic band fascia release and carpal tunnel syndrome. She has self-reported pain complaints at the left forearm which would be the primary diagnosis, which is left arm pain.

3. **Please provide range of motion measurements as it relates to condition and compare these to normal range of motion.**

   These were noted at the wrist, forearm, and elbow and were equivalent and full range of motions bilaterally.

4. **Does the area where the claimant complains of pain correlate with your physical findings?**

   There are no measurable abnormalities except for her prior surgeries and scars noted at the left forearm. She has pain complaints which are not verified by any measurable abnormalities except for a history of carpal tunnel syndrome and prior fascial and amniotic band release surgery.

5. **Did the pain behaviors correlate to the claimant's subjective complaints? Do these behaviors affect her performance?**

   Yes. This is documented throughout my examination. She has pain out of proportion to measurable abnormalities and non-physiologic pain complaints which are not correlated with imaging or examination findings or other verifiable testing documentation. These behaviors affect her performance of some tasks as noted in my report.

6. **For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations.**

   She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary.

Sincerely,



Brian F. McCrary, D.O., M.P.H.
Board Certified in Occupational Medicine
Board Certified in Aerospace Medicine
Board Certified in Undersea and Hyperbaric Medicine
Diplomate, American Academy of Wound Management
Diplomate, American Academy of Pain Management
Diplomate, American Board of Professional Disability Consultants
Diplomate, American Board of Forensic Examiners
Certified ABIME, American Board of Independent Medical Examiners
Certified Impairment Rating Specialist, American Academy of Expert Medical Evaluators
Certification in Evaluation of Disability and Impairment Rating, American Academy of Disability Rating Physicians
Certified Wound Specialist (CWS), American Academy of Wound Management
Fellow, American College of Preventive Medicine
Fellow, American College of Occupational and Environmental Medicine
Fellow, American Professional Wound Care Association
Fellow, American College of Certified Wound Specialists
Fellow, Amer. Osteopathic College of Occupational & Preventive Medicine
Fellow, Academy of Physicians in Wound Healing
Associate Fellow, Aerospace Medical Association
AZ License# 2269

BFM/sf

ECN

Corporate Office

Exam Coordinators Network A division of Genex Services, LLC

Claimant Name: Lynn Garza
Claim Number: 8820045
Case Number: 165352-1

"I, Brian F McCrary, DO, am a physician duly licensed to practice medicine in the State of AZ. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Signature of Physician — January 19, 2021 Date

Medical/Professional License # 2269

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, February 10, 2021 7:38:57 AM |
| To: | LAE9Q3@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Sisters of Charity of Leavenworth Health System, Inc. Claim No. 8820045 Lynn Garza |
| Attachments: | z83lqxwnpfwpoemgu4dl_9906627.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

February 10, 2021

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

As noted in our prior correspondence we are in the process of reviewing your claim for an extension beyond April 7, 2021, under the policy's Any Occupation definition . To assist us in this evaluation you complied with our request to attend an Independent Medical Evaluation on January 29, 2021.

At this time we have received and reviewed a copy of this report and it's findings, and have faxed a copy of this report to your treating providers Dr. Grewal and Dr. Brenman on February 10, 2021, for review and comment if warranted.

We have requested your treating providers to review and provide any comment they wish to have considered. If disagreement with the finding of this report is noted, we requested a response detailing their opinion and to provide any medical documentation to support their position.

We have requested that any response be provided by February 23, 2021.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

sharecare

8344 Clairemont Mesa Blvd. Suite 201 San Diego CA 92111 | hds.sharecare.com | (800) 560-3800 | F: (858) 430-4962

| | | | |
|---|---|---|---|
| **Attn:** | **CHENTA KENNEDY** | **From:** | **Lelia King** |
| | **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON** | **Toll Free:** | **(800) 560-3800** |
| | **PO BOX 2578** | **Fax:** | **858-430-4937** |
| | **OMAHA, NE 68103** | **Email:** | **lelia.king@sharecare.com** |

## Patient Name: LYNN GARZA

# PAST DUE REMINDER

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. Please be aware that the enclosed invoice is currently Past Due. Your prompt attention is requested. If you have already sent payment, please disregard this reminder.

To pay online, notify us of payment or inquire on the enclosed invoice, please visit our website: hds.sharecare.com/customer-service-support/

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

| | |
|---|---|
| Invoice Number: | W3G37-1 |
| Date: | 01/08/2021 |
| Customer Number: | LLACOB-68103-2578 |
| Due: | Upon Receipt |

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
CHENTA KENNEDY
PO BOX 2578
OMAHA, NE 68103

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 18 Pages | 1.00 | $25.00 | $25.00 |

| | |
|---|---|
| Mailing Cost: | $1.47 |
| Sub Total: | $26.47 |
| Tax: | $0.00 |
| Invoice Total | $26.47 |
| Applied: | $0.00 |
| **Balance Due:** | **$26.47** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: Signature:

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | W3G37-1 |
| Date: | 01/08/2021 |
| Customer Number: | LLACOB-68103-2578 |
| Balance Due: | 26.47 |

**Lincoln Financial Group**
Group Protection

Jason E. Miller, Ed.M., CRC, F/ABVE
Senior Vocational Case Manager

# TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Claimant Name:** | Lynn Garza |
| **Claim Number:** | 8820045 |
| **Claims Case Manager:** | Chenta Kennedy |
| **Employer:** | Sisters of Charity Leavenworth |
| **Date of Report:** | 02/09/21 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the claimant's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:

- Job Description
- 03/27/19 Occupational Analysis
- Training, Education & Experience (TE&E) Form
- Dictionary of Occupational Titles (DOT)

**RESTRICTIONS / LIMITATIONS:**

I have been asked to base this review on the claimant's restrictions and limitations per an Independent Medical Examination (IME) completed by Brian F. McCrary, DO, MPH (Occupational, Aerospace, and Undersea/Hyperbaric Medicine) on 01/19/21 . They include:

> "She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary."

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | HS Diploma; BS Nursing; MS |
| • Certifications / Licensure: | American Academy of Nurse Practitioners |
| • Computer Skills: | E-mail; Internet |

**WORK HISTORY:**

| DOT Code | Occupation Title* | Specific Vocational Preparation (SVP) | Years Performed | Strength Level |
|---|---|---|---|---|
| 075.264-010 | Nurse Practitioner | 8 | 4 | Light |
| 075.364-010 | Nurse, General Duty | 7 | Unknown | Medium |

** The insured indicated that she would be submitting a resume to detail he work history that was left blank on her TE&E. I could not locate the resume. I attempted to call, unsuccessfully, the Insure don 02/09/21. It is presumed the Insured work or, at the very least, has entry-level nursing experience prior to her Nurse Practitioner experience, especially in light of her BSN. Therefore, this occupation was included to obtain skills from it for transferability.*

**TRANSFERABLE SKILLS:**

Applying technical knowledge, common sense, and special medical skills to care for or treat sick or handicapped people; using eyes, hands, and fingers skillfully; adapting quickly to emergency situations; instructing, planning, and directing work of others; keeping accurate records; and distinguishing shapes, forms, and colors.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • Specific Vocational Preparation | Nurse Practitioner and Nurse, General Duty both set to include based on combined work experience and education/training, as well as certification, in nursing. |
| • General Educational Development: | 1. Reasoning: Adjusted to grades 15-16+ based on a Master's Degree.<br>2. Mathematics: Adjusted to grades 15-16+ based on a Master's Degree.<br>3. Language: Adjusted to grades 15-16+ based on a Master's Degree. |
| • Strength: | Adjusted to light based on restrictions/limitations. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post-hoc analysis was conducted to factor in no prolonged fine work such as suturing with her left hand and no repetitive forceful pinching or gripping with her left hand. The Insured is left-hand dominant. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Influencing people in their opinions, attitudes, judgments adjusted to yes based on nursing experience.<br>2. Performing a variety of duties adjusted to yes based on need to alter tasks based on patient needs.<br>3. Working under specific instructions adjusted to yes based on need to following supervisory instruction. |
| • Data: | 1. Synthesizing adjusted to yes based on need to assess medical situations and incorporate this assessment into practice and documentation.<br>2. Coordinating adjusted to yes based on need to assess medical situations and incorporate this assessment into practice and documentation. |

| | |
|---|---|
| | 3. Computing adjusted to yes based on need to assess medical situations and incorporate this assessment into practice and documentation.<br>4. Copying adjusted to yes based on need to assess medical situations and incorporate this assessment into practice and documentation.<br>5. Comparing adjusted to yes based on need to assess medical situations and incorporate this assessment into practice and documentation. |
| • People: | 1. Negotiating adjusted to yes based on need to exchange information with patients.<br>2. Instructing adjusted to yes based on need to instruct patients.<br>3. Persuading adjusted to yes based on need to coach patients.<br>4. Serving adjusted to yes based on need to tend to the needs of patients.<br>5. Taking instructions-helping adjusted to yes based on need to following supervisory instruction. |
| • Things: | 1. Operating-Controlling adjusted to yes based on need to work with nursing equipment.<br>2. Tending adjusted to yes based on need to tend monitoring equipment.<br>3. Handling adjusted to yes based on need to work with nursing tools and equipment. |

**EXAMPLES OF ALTERNATIVE OCCUPATIONS:**

| DOT Code | Occupation Title | Specific Vocational Preparation (SVP) | Strength Level | Monthly Wage* |
|---|---|---|---|---|
| 187.167-034 | Director, Nurses' Registry | 6 | Sedentary | $6,131 |
| 078.365-010 | Cardiac Monitor Technician | 5 | Sedentary | $4,810 |
| 078.264-010 | Holter Scanning Technician | 6 | Sedentary | $4,810 |
| 205.162-010 | Admitting Officer | 7 | Sedentary | $4,718 |

In addition, based upon my vocational expertise and labor market research, the following occupations would also be examples of viable occupational alternatives based upon the transferable skills outlined above, as well as the insured's physical capacities:

| Occupation Title | Strength Level | Monthly Wage* |
|---|---|---|
| Nurse Case Manager | Sedentary | $6,455 |
| Telephonic Triage Nurse | Sedentary | $6,455 |
| Telephonic Advice Nurse | Sedentary | $6,455 |
| Utilization Review Nurse | Sedentary | $6,455 |

** Wage information is based on median 2019 national data from the Bureau of Labor Statistics*

**SUMMARY:**
This Transferable Skills Analysis identified occupations within the insured's physical abilities and their identified skill level. The median wages of the identified occupations are over, within a reasonable expectation of reaching, and/or are within a reasonable range of, their gainful amount of $5,014.88 per month in the national economy.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Jason E. Miller, Ed.M., CRC, F/ABVE
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Senior Vocational Case Manager
Group Protection
Lincoln Financial Group

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 075.264-010 | Nurse Practitioner | 8 | 4 | 0 | Y | N | N | L | 10.02.01 |
| 075.364-010 | Nurse, General Duty | 7 | 0 | 0 | Y | N | N | M | 10.02.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Mathematics | | 5 Grades 13-14 | 6 Grades 15-16+ |
| Language | | 5 Grades 13-14 | 6 Grades 15-16+ |
| **Physical Demands** | | | |
| Strength | Maximum | M Medium | L Light |
| | Minimum | L Light | S Sedentary |
| Climbing | | Never | Unknown |
| Balancing | | Never | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Never | Unknown |
| Crouching | | Never | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Frequently | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Frequently | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 2 (67-89 Percentile) | No Change |
| Form Perception | 2 (67-89 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 3 (34-66 Percentile) | No Change |
| Finger Dexterity | 3 (34-66 Percentile) | No Change |
| Manual Dexterity | 3 (34-66 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 3 (34-66 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | Yes |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | Yes | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | Yes |
| 1 Coordinating | No | Yes |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | Yes |
| 2 Instructing | No | Yes |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | Yes |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | Yes |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | No | Yes |

# Brian F. McCrary, D.O., M.PH.

**Board Certified, Occupational Medicine, Aerospace Medicine**
**Undersea & Hyperbaric Medicine, Wound Care**
17233 N Holmes Blvd, Phoenix, AZ 85053
Tel: (702) 203-1833


---

| | |
|---|---|
| **CLAIMANT NAME:** | **Lynn Garza** |
| **DATE OF BIRTH:** | |
| **EXAMINER:** | **Brian F. McCrary, D.O., M.P.H.** |
| **ECN #:** | **165352-1** |
| **CLAIM #:** | **8820045** |
| **DATE OF DISABILITY:** | **10/10/2018** |
| **DATE OF IME:** | **01/19/2021** |

## INDEPENDENT MEDICAL EXAMINATION

The Independent Medical Examination process was explained to Ms. Garza, and she understands that this is a one-time evaluation, that no patient/treating physician relationship exists, and that the report will be sent to the requesting party.

Two-hundred and ninety-three pages of medical records were provided for this claim. Ms. Garza is a 48-year-old female family nurse practitioner who has been out of work due to complaints of pain in her left hand which occurred after a surgery on 06/01/2018. She also had a repeat revision surgery in February of 2019. Her primary diagnosis is pain in the left hand. She is also noted to have chronic opioid usage and notes that compression garments seem to help with the discomfort.

**CURRENT COMPLAINTS:**

"I am left-handed, and I have a lot of pain and drop things. It's difficult because it is my dominant hand. I don't feel like I have the strength and sensitivities to do woman exams accurately. My hands shake when I'm trying to use my fingers, and I get temperature changes." She states she has weakness in the left hand but denies any numbness or tingling. She has some radiation of pain which sometimes affects the left neck and shoulder. Her symptoms are worsened, sometimes by nothing and sometimes for no reason, but at times with writing and brushing her hair. Her symptoms are improved at times with the use of heat or ice. She reports frequent sleep disturbance, stating she takes medications to help with sleep, but sleep is still restless. She rates her pain today on a 0-to-10 scale as a level 8/10 but stated she is in no apparent distress, speaking in a soft voice with no shifting movements. Activity limitations are described as difficulty with driving because she has difficulty turning her neck well, doing housekeeping and household chores, typing, writing, and coloring and "anything requiring use of my dominant hand."

**CURRENT STATUS:**

Her current treating physicians are Dr. Grewal, her pain interventionalist, who she saw in January, and Dr. Brenman, her primary pain manager, who she saw in December.

**MEDICATIONS:**

1. Levothyroxine.
2. Wellbutrin.
3. Lexapro.
4. Nortriptyline.
5. Adderall.
6. Aspirin.
7. Norco.
8. Ultram.
9. Xanax.
10. Ambien.
11. Bupropion.
12. Tizanidine.
13. Tramadol.
14. Clobetasol.
15. Dextroamphetamine.
16. Escitalopram.
17. Ondansetron.
18. Spironolactone.

**TREATMENTS:**

She states she is scheduled to have a psychiatric evaluation in the future. She is currently receiving occupational therapy and has had multiple sets of therapies. She has received cervical epidural steroid injections in 2019 and multiple steroid injections of the elbow and forearms. She has also received acupuncture treatments.

**WORK HISTORY:**

Work history includes work as a family nurse practitioner in Kansas City, Duchesne Clinic, for 4 years. Prior to that, she worked as a nurse practitioner in other clinics. She denies any prior work-related injuries or illnesses.

**PAST MEDICAL HISTORY:**

Positive for hypothyroidism, depression and anxiety, left arm and leg congenital amniotic band release and fascia release on 06/01/2018 and in December 2018. She also had ulnar nerve exploration, carpal tunnel surgery with Guyon canal release and tenolysis and exploration of

median and ulnar nerves performed in wrist in April 2019. She has had scar revisions, and she had spinal cord stimulator implant in September of 2020.

**FAMILY MEDICAL HISTORY:**

Family medical history is positive for father with diabetes, hypertension, cardiac disease, PTSD, and depression. Mother with diabetes, hypertension, and depression. Brother with depression and ADD. Sister with depression and diabetes.

**SOCIAL HISTORY:**

She is married with 1 child. Education level is master's degree as a nurse practitioner. She denies a history of smoking. She denies use of alcohol. She denies any regular hobbies, recreations, and her only exercise program is that she tries to walk regularly.

**TESTING:**

Includes x-rays of the left hand on 02/04/2019 showing mild first CMC and triscaphe osteoarthritis. Upper extremity venous duplex scan on 01/29/2020 showing chronic occlusive DVT of the mid brachial vein. MRI of the left forearm on 12/21/2018 which was unremarkable. Cervical MRI of 10/02/2019 showing spondylosis of C5-6 and mild stenosis of C5 to C7. A left forearm MRI is scheduled for later this week to be repeated. EMG nerve conduction study in 2019 showed left carpal tunnel syndrome and on 11/11/2019 showed left superficial radial neuropathy with mild to moderate left median neuropathy at the wrist consistent with mild left carpal tunnel syndrome.

**REVIEW OF MEDICAL RECORDS:** Record review of 299 pages provided for this claim included the following:

There is a note from Dr. Nouhan dated 07/19/2018 showing moderate swelling of the arm still present. Steroid injections helped significantly. She would like to return to work as a nurse practitioner but worried that going back to full-time work is just too hard for her yet. On exam, she had a few recurrent tender spots on either side of her incision, relatively deep.

On 08/02/2018 note, it noted her workplace did not want her unless released to full duty. Steroid injections were done, and she was returned to work half days.

Occupational therapy visit of 10/08/2018 noted pain 4/10 and constant ache with intermittent cramping.

On 10/26/2018, arterial and venous Doppler studies were negative.

On 04/02/2019, note stated rule out CRPS, "Lynn doesn't accept it."

Note from Dr. Andress on 04/15/2019, ten days after that surgery, notes she was doing well with improvement in pain and relief of symptoms.

Note from Dr. Brenman of 11/16/2019 noted mild hypersensitivity with no atrophy, normal muscle tone, decreased grip due to pain, and no numbness or tingling.

OT exam with Andrea Fisher on 01/06/2021 provided as well as most recent note from her provider, Dr. Prabhdeep Grewal, on 12/23/2020 noted followup for neck and left arm pain and complaint of localized left trapezius spasm.

There is a note from Dr. Andress of 02/18/2019 noting musculoskeletal exam revealed normal range of motion of all the joints. There was a left volar forearm scar from mild amniotic circumferential compression up towards the antecubital fossa. The scar is slightly widened and hypertrophic. Sensation intact in the median, ulnar, and radial sensory distributions. All her intrinsic tendon function is intact, and she does not appear to be tethering to her overlying scar. She can rotate her forearm without difficulty. She has normal elbow range of motion. She is slightly edematous on the left compared to the right forearm. She is quite tender throughout the entire forearm. No Tinel sign, although it is tender to percussion. There is a visible faint depression circumferentially around the distal third of her forearm which she notes was consistent with her amniotic band prior to operation. Assessment: I do not see any structural abnormalities on her MRI. There are no obvious signs of constriction of her forearm musculature. Sensitivity is certainly not enough to detect a subtle nerve injury.

There is a Record Review which notes in June 2018 she had left forearm scar revision. When she returned to work, she said her left forearm was painful and weak. A 10/30/2018 note from Dr. Nouhan noting arterial venous Doppler studies of the left forearm showed no vascular problem. In November 2018, lymphatic scintigraphy of the left forearm showed no lymphatic problem. A 12/21/2018 MRI of the left forearm with and without contrast was unremarkable. A 12/27/2018 note from Dr. Nouhan noted normal studies, "Diagnosis is still elusive." An occupational therapy note from Mr. Little dated 01/28/2019 noted patient reports today's pain at 5/10. Her short-term disability case was closed, and she is appealing the ruling based on what she thought was a statement that she had not lost any strength in her arm since the surgery. She feels this is inaccurate. She has had a feeling of "tightness" just proximal to the wrist. A note from Monarch Plastic Surgery dated 01/15/2019 stated etiology has been elusive. Again, her arterial and venous Dopplers have been negative. Lymphatic scintigraphy has been essentially negative. MRI with time-resolved imaging of contrast kinetics has been negative. In terms of her work function, she cannot do breast exams or other physical exams one-handed. She cannot do well-woman exams with speculum. She has great difficulty doing EMR, typing, and writing with this dominant hand. Also, apparently her disability claim was denied and closed prematurely.

Another note from Dr. Andress dated 08/27/2019 states she continues to complain of constant diffuse pain with occasional "spasms." The pain is unchanged, no new pains. She was recommended to see Pain Management and has not seen them yet. Scar remains hypertrophic

and tight. She is also complaining of swelling, although improved. She is wearing a compression sleeve and continuing to see improvement with therapy. She has a mirror box at home now as well. Her range of motion has improved. She has been compliant with therapy. She does report unintentionally dropping objects. She reports some relief of symptoms when she holds and puts pressure on her wrist.

Note from Dr. Swotinsky of 02/25/2019 noted there is a history of pain and weakness in the left forearm. The records in my discussion with Dr. Nouhan indicated no diagnosis yet. Dr. Nouhan has identified no diagnosis and reports the patient presents with tenderness and weakness but recorded no specific abnormal exam findings and advised no specific activity limitations or restrictions. Dr. Swotinsky's estimate is that she should not do patient transfers, only occasionally lift and carry up to 20 pounds with frequent lifting and carrying up to 10 pounds. No limitations or restrictions on keyboarding or other office-based activities and no limitations or restrictions on standing, walking, or other activities involving the lower extremities.

There is a note of 02/18/2019 from Dr. Andress stating her EMG was reportedly normal. She has a history of congenital constriction band to the left lower extremity and left upper extremity. She had Z-plasty release of her left leg band as a youth. Her left upper extremity is giving her intermittent symptoms throughout her life with pain and cramping and numbness. She said surgery has been talked about multiple times in that area, but each time her symptoms improved, and surgery was delayed. Then last year she began having worsening pain, and she saw Dr. Nouhan who worked her up for likely intermittent elevated compartment pressure related to her constriction band. An EMG at the time was reportedly negative. She underwent a volar forearm fascia release this past June. She reports worsening of her pain since that operation, now with pain and cramping throughout the forearm and up into the antecubital fossa as well as down into the hand where she never had pain in her hand before. Postoperative imaging with duplex ultrasound, MRI, and lymphoscintigraphy all are reportedly negative. She had steroid injections as well without relief. She has tried multiple rounds of various occupational hand therapy as well as narcotic and non-narcotic pain medications without relief. She presents today for a second opinion. No color changes in the digits. Not numbness currently. She does have pain and tenderness at the site of her previous operation on the volar forearm. Review of systems was negative including neurologic abnormalities.

**PHYSICAL EXAMINATION:**

She stood 5 feet 2 inches in height, weighed 170 pounds. She was cooperative throughout the examination, exhibiting good affect but with significant pain behaviors including tremors, cogwheeling, and grimacing, constant guarding (unless distracted) of her left forearm and excessive tenderness. She did have some mild swelling at the left medial antecubital area. There was no muscle wasting noted other than at the scar areas from her surgery at the left forearm, but no muscle atrophy noted. On general appearance, she was normal with good muscle tone. There was no use of corsets, braces, or cane. No bony abnormality, and she sat comfortably during the interview and exam. Her stance, posture, and muscle tone were normal. She is left-hand dominant, and her gait was normal. There was exaggerated tenderness to even feather-light

touch at the entire left forearm which seemed to disappear somewhat with distraction. There was no palpable muscle spasm, increased muscle tone, or trigger points noted at the spine or upper extremities. She was extremely tender to touch, mostly near the scar at the volar area of her left forearm. Pulses were strong and equal at the wrists. Tinel's and Phalen's testing were negative bilaterally at the wrists. She had full range of motion of the wrists to flexion, extension, radial and ulnar deviation, and full and equivalent range of motion of the forearms and elbows with full flexion and extension, pronation, and supination equivalent bilaterally. Spurling's testing was negative bilaterally. Shoulder and hip heights were level. There was no scapular winging. There was no significant skin discoloration noted at the upper extremities. There were scars at the left forearm involving the entire ventral aspect from her prior surgeries. She did have slight depression of the scar with some mild scar hypertrophy. There was no tethering in the forearm tissues, and scars were soft. There was a Z-plasty scar at the left calf and scars at the right upper trapezius and flank from her spinal cord stimulator placement. There was no mottling of the left upper extremity. She had normal hair patterns and normal fingernail appearance. The only temperature change was that she was slightly cool to touch at the left fingertips, possibly cooler than the right, but difficult to determine. Sweat patterns appear to be normal in the extremities and equivalent bilaterally.

Cervical range of motion was somewhat self-limited in extension and side bending bilaterally with cogwheeling-type motions. Sensation was intact to light touch in the upper extremities. Motor testing of the upper extremities was 5/5 with the exception that she voluntarily reduced her left grip and left wrist flexion and extension to 4/5 reportedly due to pain. Reflexes were +1 and symmetric at the biceps, triceps, and brachioradialis. Biceps circumference was 27 cm on the right, 26 cm on the left. Forearm circumference was 23.5 cm bilaterally.

**CONCLUSIONS:**

Chronic self-reported left upper extremity pain, status post left carpal tunnel surgery release and release of amniotic band and fascial tissues without confirmed diagnosis. She has had no significant change in symptoms over time with prolonged treatment and therapies. She has no muscle atrophy or signs of disuse noted on this exam or numerous other physical examinations at the left arm.

**RESPONSES TO QUESTIONS:** Questions specifically addressed to me:

1. **Please provide a complete physical description of the claimant. Please observe gait upon entering the office, capability for sitting, and ability to get on and off the exam table and correlate with exam findings.**

   She had no difficulty performing any of these activities, and this was noted in my report, and her exam findings were consistent with no difficulties with sitting, standing, or walking. She was able to climb up onto and off the examination table without difficulty.

2. **Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and outline the restrictions and limitations supported by the medical evidence.**

   She has no documented confirmed diagnoses. She has self-reported left hand and forearm pain and has had multiple surgeries to this area for amniotic band fascia release and carpal tunnel syndrome. She has self-reported pain complaints at the left forearm which would be the primary diagnosis, which is left arm pain.

3. **Please provide range of motion measurements as it relates to condition and compare these to normal range of motion.**

   These were noted at the wrist, forearm, and elbow and were equivalent and full range of motions bilaterally.

4. **Does the area where the claimant complains of pain correlate with your physical findings?**

   There are no measurable abnormalities except for her prior surgeries and scars noted at the left forearm. She has pain complaints which are not verified by any measurable abnormalities except for a history of carpal tunnel syndrome and prior fascial and amniotic band release surgery.

5. **Did the pain behaviors correlate to the claimant's subjective complaints? Do these behaviors affect her performance?**

   Yes. This is documented throughout my examination. She has pain out of proportion to measurable abnormalities and non-physiologic pain complaints which are not correlated with imaging or examination findings or other verifiable testing documentation. These behaviors affect her performance of some tasks as noted in my report.

6. **For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations.**

   She should not do prolonged fine work with her left hand such as suturing and should not do repetitive forceful pinching or gripping with the left hand. She should not be asked to do patient transfers without assistance. She may occasionally lift and carry up to 20 pounds and frequently lift and carry up to 10 pounds. She should not write continuously with her left hand. Otherwise, no other restrictions are medically necessary.

Sincerely,



Brian F. McCrary, D.O., M.P.H.
Board Certified in Occupational Medicine
Board Certified in Aerospace Medicine
Board Certified in Undersea and Hyperbaric Medicine
Diplomate, American Academy of Wound Management
Diplomate, American Academy of Pain Management
Diplomate, American Board of Professional Disability Consultants
Diplomate, American Board of Forensic Examiners
Certified ABIME, American Board of Independent Medical Examiners
Certified Impairment Rating Specialist, American Academy of Expert Medical Evaluators
Certification in Evaluation of Disability and Impairment Rating, American Academy of Disability Rating Physicians
Certified Wound Specialist (CWS), American Academy of Wound Management
Fellow, American College of Preventive Medicine
Fellow, American College of Occupational and Environmental Medicine
Fellow, American Professional Wound Care Association
Fellow, American College of Certified Wound Specialists
Fellow, Amer. Osteopathic College of Occupational & Preventive Medicine
Fellow, Academy of Physicians in Wound Healing
Associate Fellow, Aerospace Medical Association
AZ License# 2269

BFM/sf

ECN
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free:** (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Lynn Garza
Claim Number: 8820045
Case Number: 165352-1

"I, Brian F McCrary, DO, am a physician duly licensed to practice medicine in the State of AZ. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Signature of Physician

January 19, 2021
Date

Medical/Professional License # 2269

**From:**Nelsonfils, Nancy <Nancy.Nelsonfils@genexservices.com>
**Sent:**Mon, 1 Feb 2021 13:20:39 +0000
**To:**VendorReferrals
**Subject:**Claim8820045 - L Garza - 165352-1
**Attachments:**IME Report_5714271BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Morning,
Attached is the IME Report and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.
Thanks for the referral,

**Nancy Nelsonfils**
***Quality Assurance Coordinator***
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at: View My Cases**
*****Please note my email address has changed to Nancy.Nelsonfils@genexservices.com**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 453-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**Invoice:** **BOCA 100561**

**Date** **1/29/2021**

***Bill To:***

**Chenta Kennedy**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY 40742**

**Claim #** 8820045
**Date of Loss:** 10/10/2018
**ECN #** 165352-1
**Account #**

**Claimant** Lynn Garza

| | | |
|---|---|---|
| 1/19/2021 | Independent Medical Examination - Long Term Disability:<br>Service - Includes 298 pages Chenta Kennedy on 12/28/20<br>Provider: Brian F McCrary, DO<br>Specialty: Occupational Medicine<br>Appointment: 1/19/2021<br>San Antonio, TX | $1995.00 |

| | |
|---|---|
| **SubTotal** | $1995.00 |
| **Taxes at 8.25%** | $164.59 |
| **Final Invoice Total** | $2159.59 |

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA 19087

Terms: Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

sharecare

| | |
|---|---|
| Invoice Number: | W3G37-1 |
| Date: | 01/08/2021 |
| Customer Number: | LLACOB-68103-2578 |
| Due: | Upon Receipt |

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
DISABILITY AND LIFE CLAIMS
PO BOX 2578
OMAHA, NE 68103

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 18 Pages | 1.00 | $25.00 | $25.00 |

| | |
|---|---|
| Mailing Cost: | $1.47 |
| Sub Total: | $26.47 |
| Tax: | $0.00 |
| Invoice Total | $26.47 |
| Applied: | $0.00 |
| **Balance Due:** | **$26.47** |

---

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: Signature:

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**


| | |
|---|---|
| Invoice Number: | W3G37-1 |
| Date: | 01/08/2021 |
| Customer Number: | LLACOB-68103-2578 |


| | |
|---|---|
| Balance Due: | 26.47 |

MEDICAL RECORD REQUEST for GARZA, LYNN (48yo F) #755601

01/04/21 12:33:43 Lincoln Financial -> FaxGate Lincoln Financial Gr Page 001

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | January 4, 2021 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

MEDICAL RECORD REQUEST for GARZA, LYNN (48yo F) #755601

01/04/21 12:34:48 Lincoln Financial -> FaxGate Lincoln Financial Gr Page 002

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

January 4, 2021

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

✓ We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

✓
- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

We ask that you provide this information by January 14, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

MEDICAL RECORD REQUEST for GARZA, LYNN (48yo F) #755601

01/04/21 12:35:11 Lincoln Financial -> FaxGate Lincoln Financial Gr Page 004

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the Information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The Information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn Garza

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 5520045 Date: 7/15/2020

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

MEDICAL RECORD REQUEST for GARZA, LYNN (48yo F) #755601

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 01/06/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 01/06/2021 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

NEW PATIENT PRESENT TODAY FOR HAND PAIN

## Physical Therapy Episodes

Episode: OT: SCS implant/CRPS 1/5/21

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 12/23/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 12/23/2020)

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 12/17/20 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo** | 11/10/20 | entered |

20 mgml.

| | | |
|---|---|---|
| **levothyroxine 100 mcg tablet**<br>1 mg. | 12/22/20 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 12/21/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 12/17/20 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 11/10/20 | entered |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms<br>**Note:** PRN SPASMS | 12/23/20 | prescribed |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Problems not reviewed (last reviewed 12/23/2020)
No known problems

## Family History

Family History not reviewed (last reviewed 12/23/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 12/24/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 1
Please list your hobbies/interests:: Tennis,coloring

## Surgical History

Surgical History not reviewed (last reviewed 12/24/2020)

• Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 12/23/2020)
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

**OT Wrist/Hand**
Reported by patient.
Hand Dominance: left
Location: left
Quality: aching; burning; throbbing; sharp; constant
Severity: pain level 8/10; at time of evaluation 8/10 pain
pain at best 7/10
Duration: date of onset: **(congential band birth defect)**
Alleviating Factors: NSAIDS; narcotics; rest; sometimes nothing
Aggravating Factors: movement; rest
Associated Symptoms:**weakness; swelling**
Previous Surgery: date: **(1/2018,4/19/19 SCS 9/24/20)**
Prior Studies: x ray; MRI
Working: not working; Pt is off work (patient is a NP)
Notes:

Quick Dash 79 %

Pt reports severe deficits with handwriting, opening containers, cutting food, grooming, performing house hold chores, dressing and driving. Pt reports on a good day she is able to hold toothbrush for 30-45 seconds and can write but its messy.

Pt PLOF was I with ADL's

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**

Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism
**Respiratory**
Confirms: None
Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking
**Skin and Head**
Confirms: None
Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches

## Physical Exam

Patient is a 48-year-old
female.

**Hands and Digits:**Palpation Left: **tenderness dorsally** and **volarly** and **scar adherent severe** and **hypersensitivity of scar.**
Thumb Left: **active opposition (3.0 cm)**. Index Finger Left: distance to DPC: 5.0 cm. Long Finger Left: distance to DPC: 5.0 cm.
Ring Finger Left: distance to DPC: 5.0 cm. Small Finger Left: distance to DPC: 5.0 cm.

**Special Tests:**Sensation Left: Semmes Weinstein test: thumb: 3.61, index: 3.61, middle: 3.61, ring finger ulnar: 4.31, and little: 4.31.

**Wrists:**Left Wrist Inspection: **swelling (ulnar elbow); WC: 13.4 cm**
**Mid forearm: 21.4 cm**
**mid proximal arm 23.5 cm.** Left AROM: **flexion (20 deg.)**, **extension (64 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (8 deg.)**.

## Exercise Flowsheet

| Exercise | 01/06/2021 |
|---|---|
| mirror therapy | |
| wheel flex/ext PROM | |
| Dowel board comp/hook | |
| jux a cisor | |
| small fuzzy ball pick up | |
| pillow wrist ext stretch | |

## Procedure Documentation

**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

## Assessment / Plan

Pt presents to OT post op SCS implant by Dr Grewal. Pt has had multiple surgeries related to compartment syndrome for congential amniotic band from birth. Pt is under pain management care of Dr Brenman. Pt presents with moderate edema at ulnar elbow, severe-moderate scar adhesions, severe scar sensitivity, and decreased AROM to wrist/thumb and digits. Pt scores a 79.5 % on Quick Dash and is off from work. Pt has severe ADL deficits and report of severe constant pain but does report 60 % relief of pain from SCS. Pt reports she continues with skin and temperature changes to L UE. Pt was educated on HEP, use of compression sleeves and continued precautions per MD orders. Pt will benefit from skilled OT services for edema management, scar mobs, mirror therapy, increase wrist/digit/thumb AROM, progression to PROM/strengthening, muscular re-education and decrease symptoms with use to increase I with ADL'

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Muscle pain**
M79.10: Myalgia, unspecified site

**GARZA, LYNN (id #755601, dob:**

**Chronic pain syndrome**
G89.4: Chronic pain syndrome

**Hand pain**
M79.642: Pain in left hand

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to report decreased pain from 8/10 to 5/10 when writing
4 weeks
LTG 3 Pt to increase R wrist flexion to 40 to increase ability to brush teeth 4 Pt to decrease L Digit to DPC to IF-SF to 2.0 cm to increase ability to groom hair.

**Patient Instructions**
HEP for scar mobs, edema management, AROM, tendon glides, nerve glides, use of compression sleeve

**Discussion Notes**
Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/08/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/12/2021 at 02:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/14/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/19/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 01/21/2021 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/26/2021 at 11:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 01/28/2021 at 10:30 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off
Encounter signed-off by Andrea Fisher, OT, CHT, 01/06/2021.
Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 01/06/2021 at 12:32pm

**Encounter Date: 12/23/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 12/23/2020 08:40AM |
| **DOB** | | **Service Dept.** | MISSION TRAIL OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint
Patient here for Neck Pain, Left Patient is here for arm pain

3 month follow up cervical
lead pull
FU CERVICAL

## Patient's Care Team
**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446
**Primary Care Provider:** EPHRAIM BRENMAN: 400 CONCORD PLAZA DR, SAN ANTONIO, TX 78216, Ph (210) 281-9595, Fax (210) 804-5601 NPI: 1104836832

## Patient's Pharmacies
**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
OPTUM RX MAIL ORDER PHARMACY (PRIMARY) (MAIL-ORDER, ERX): 2858 LOKER AVENUE EAST SUITE #100, CARLSBAD, CA 92010, Ph (800) 791-7658, Fax (800) 491-7997

**GARZA, LYNN (id #755601, dob:**

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 128/84 sitting R wrist 12/23/2020 08:47 am | **BMI:** | 32.5 12/23/2020 08:48 am | **Ht:** | 5 ft 2 in 12/23/2020 08:47 am |
| **Pain Scale:** | 8 12/23/2020 08:47 am | **Pulse:** | 109 bpm regular 12/23/2020 08:48 am | **T:** | 96.7 F° 12/23/2020 08:48 am |
| **Wt:** | 177.6 lbs 12/23/2020 08:48 am | **O2Sat:** | 97% Room Air at Rest 12/23/2020 08:48 am | | |

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>5 mg. | 12/07/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/29/20 | filled |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 12/17/20 | filled |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 12/12/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 11/29/20 | filled |
| **HYDROcodone 7.5 mg-acetaminophen 325 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES A DAY | 11/23/20 | filled |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 11/10/20 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 12/22/20 | filled |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 12/21/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 12/17/20 | filled |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 11/10/20 | entered |
| **tiZANidine 4 mg tablet**<br>take 1-2 tabs po qhs prn spasms<br>**Note:** PRN SPASMS | 12/23/20 | prescribed |

| | | |
|---|---|---|
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 12/12/20 | filled |

## Problems

Reviewed Problems
No known problems

## Family History

Discussed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Documents for Discussion

**Discussed the following documents:**
- Clinical Document - 12/23/20
  Notes - Patient Facesheet
- Clinical Document - 11/11/20
- Clinical Document - 11/10/20
  Notes - Patient Facesheet
- Clinical Document - Record of Care - 12/23/20
- Clinical Document - Record of Care - 11/10/20

## Screening

None recorded.

**HPI**

Ms Garza presents for followu ptoday 3 mths post SCS implant.

She reports 50% improvement in her pain. She states she was unsure if it was helpful and as such turned off device x 1 week and she had significantly worsening neuropathic pain and she turned device back on again with improvement.

She does continue ot have deep dull achle in her arm and occasionally "flashes of pain across scar" and upper extremity swelling. She also has a inner elbow tightness localised swelling which is locally painful and restricts elbow flexion and extension.

She does have hx of UE DVT and reports she has not been consistent with taking aspirin as instructed by vascular md

She also complains of trapezius spasms and tightness.

She has not started PT/OT post implant.

from previous

Ms Garza presents for followup today sp paddle implant for cervical scs with Dr Vardiman.

Postop course complicated with fall which has caused some increasing neck spasms.

She is still working through programs and titration of SCS to find a program that will work best for her pain.

She complains of localised Left trap spasms

From Initial Visit:

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion,Night Pain**
**Denies:Back Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 48-year-old
female.

Constitutional: well-developed, well-nourished, and in no acute distress, appearing stated age,
HEENT: NCAT, Pupils are equal, round,
Pulmonary: Effort normal. No respiratory distress
Psychiatric: Mood, memory, affect and judgment normal
Neck pvttp + trapezius spasms negative spurling
LUE scar ttp, mild swelling diffuse, decreased grip strength and hand stiffness, left inner elbow soft tissue ? mass / spasms
Neuro: AA&Ox3,

Cervical xray to evaluate electrode positioning.

## Procedure Documentation

**Xray, Cervical, 2-3V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: 2 views AP Lateral

**X-Ray Findings/Interpretation:**

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

LUE DVT

Myofascial pain

Chronic pain.

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

50% improvement neuropathic pain LUE sp SCS implant.

Plan

1. Refill tizanidine qhs prn spasms

Will need to titrate through programming to evaluate for optimal settings. She doe shave a paddle implant which has different programing compared to perc trial.

She met with rose today and will work towards optimization. Followup in 4 weeks to reassess

She met with rose today and will work towards optimization. Followup in 4 weeks to reassess.

2. Pain improved with SCS. we discussed starting PT now to work through deconditioning and strengthening since there is a significant improvement in pain

3. LUE compression garment for swelling. she will discuss with OT first she states for recs.

4. Left elbow MRI has soft tissue swelling which has not improved and localised. May need some time of surgical intervention depending on lesion. Has not had any recent MRI to evaluate.

5. discussed importance of Aspirin as rec by vascular for her dvt

6. continue compound cream for scar sensivity.

7 she complains of forgetfullness. I discussed to further discuss with PCP may be related to wellbutrin

Psychometric Testing: Performed today using computerized testing with physician interpretation in order to identify the presence of psychogenic factors to the patient's pain complaint so as to guide medication management and other treatment modalities. PROMIS-29 reviewed and notes severe pain interference and moderate physical dysfunction along with high impact pain. This is present in conjunction with mild anxiety and depression. Reviewed often need to treat pain and mood disorders at the same time to get the best results. In the context of this patient's overall clinical presentation, I believe the mood disorder may be in part due to underlying pain condition and rec followup with pcp and possible medication adjustment/addition cymbalta for dual indications and consider cbt. We will track these outcomes over time and adjust therapy accordingly.

Measuring improvements over time and after intervention is a difficult task. There are limitations to the VAS pain scale, as it often does not correlate well with a patients self-reported levels percent improvement. In order to better track outcomes, we administered the PROMIS (Patient Reported Outcomes Measurement Information System)-29 questionnaire both pre-trial and again today, with the following results:

v1.0 Pain Interference 4a score stayed at 76, not statistically significant.

v2.0 Social Participation score stayed at 27; not statistically significant.

v1.0 Sleep Disturbance 4a score stayed at 73; not statistically significant.

v1.0 Fatigue 4a score stayed at 55; not statistically significant.

v1.0 Depression 4a score stayed at 57; not statistically significant.

v1.0 Anxiety 4a score stayed at 60; not statistically significant.

v1.0 Physical Function 4a score stayed at 35; not statistically significant.

12/23/2020 - Pain Impact Score: 41/50 (High)

**. Complex regional pain syndrome of upper limb**

G90.519: Complex regional pain syndrome I of unspecified upper limb

- OCCUPATIONAL THERAPY REFERRAL - Schedule Within: provider's discretion
  Side: LEFT Reason for Referral: Left hand
- PHYSICAL THERAPY REFERRAL - Schedule Within: provider's discretion
  Evaluate & Treat: neck pain
- MRI, ELBOW, W/O CONTRAST
  Side: LEFT Height (ft.): 5 ft 2 in
  Weight (lbs): 177

**. Muscle pain**

M79.10: Myalgia, unspecified site

- tizanidine 4 mg tablet - take 1-2 tabs po qhs prn spasms Qty: 180 tablet(s) Refills: 0 Pharmacy: OPTUM RX MAIL ORDER PHARMACY (PRIMARY)

**. Chronic pain syndrome**

G89.4: Chronic pain syndrome

**. Psychosocial dysfunction due to chronic pain**

F45.42: Pain disorder with related psychological factors

**. Deep venous thrombosis of upper extremity**

I82.609: Acute embolism and thrombosis of unspecified veins of unspecified upper extremity

Return to Office

- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 12/24/2020.

Encounter performed and documented by Prabhdeep Grewal, MD

Encounter reviewed & signed by Prabhdeep Grewal, MD on 12/24/2020 at 3:55pm

## REAL WORLD OUTCOMES*

TSAOG

Lynn Garza
**D.O.B.** **MRN: 755601** **Date: 12/23/2020**

| | | |
|---|---|---|
| **Global Pain**<br>8/10 - High Pain | **Pain Impact**<br>41/50 - High Impact | **Opioid Risk Tool**<br>3/26 - Low Risk<br>**Positive For:** Personal history of ADD, OCD, bipolar, or schizophrenia, personal history of depression. |
| **NDI**<br>37/50 - Complete | **VAS**<br>69/100 - Moderate Pain | |

PROMIS ASSESSMENTS*

| Instrument | Score | Severity | Percentile |
|---|---|---|---|
| Anxiety | 59.57 | Mild | 83% |
| Depression | 57.34 | Mild | 77% |
| Fatigue | 55.35 | Mild | 70% |
| Pain Interference | 75.56 | Severe | 99% |
| Physical Function | 35.18 | Moderate | 7% |
| Sleep Disturbance | 73.3 | Severe | 99% |
| Social Participation | 27.49 | Severe | 1% |

**Assessment History**







BEST IMAGE AVAILABLE

**GARZA, LYNN (id #755601, dob:**




BEST IMAGE AVAILABLE

**Disclaimer:** This [illegible] is not intended to diagnose or treat any condition and is not a substitute for professional medical advice. Results should be interpreted by a licensed professional in the context of the clinical situation.

**Generalizability:** PROMIS [illegible] are reported using a T-score metric centered on a sample representative of the 2000 United States Census in which a T-score of 50 represents the population mean with a standard deviation of 10.

PROMIS Measures are ©2008-2017 PROMIS Health Organization or other [illegible] that have contributed information and materials, and are being used with the permission of the copyright holders.

**PROMIS Instruments:** [illegible]

powered by celéri health

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | January 4, 2021 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

January 4, 2021

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2020 through the present

We ask that you provide this information by January 14, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

8900881 1 LFP28F01 22013293

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) L[illegible] GARZA

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

From: LFGNotifications@LFG.com
Sent: Monday, January 4, 2021 12:22:21 PM
To: LAE9Q3@GMAIL.COM;
CC:
BCC:
Subject: [Send Secure]Sisters of Charity of Leavenworth Health System, Inc. Claim No. 8820045 Lynn Garza
Attachments: cvirsrixruskrpzvuqhj_9669476.pdf;

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

January 4, 2021

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a(n) Tuesday January 19, 2021 by a Board Certified Physician.

The Tuesday January 19, 2021 has been scheduled as follows:

**Brian F McCrary, DO**
**4411 Walzem Rd, Suite 108**
**San Antonio, TX 78218**
**713-400-0228**

Please contact Exam Coordinator Network's office at 877-463-9463 to confirm your appointment and, if necessary, obtain directions to the office. If you are unable to keep this appointment please contact me immediately. If you are canceling the appointment with less than a 5 business days notice, or fail to attend the appointment without notice, you will be responsible for payment of any missed appointment fees charged. In addition, your eligibility for benefits may be negatively impacted.

Dr. Brian McCrary will evaluate your condition and assess your capacity. However, Dr. Brian McCrary is not authorized to give medical advice or treatment with respect to your condition.

If you or your representatives wish to review the results of this examination, we will provide the results to your attending physician. You may then schedule an appointment with your physician to review the results. Dr. Brian McCrary is not authorized to share the results with you directly.

Lincoln Life Assurance Company of Boston will pay for all fees for this evaluation. Do not accept billing or make payment for this evaluation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-MEDICAL-CORRESPONDENCE-12.29.2020

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

December 29, 2020

**FEDEX: #7724 9410 2970**

Lynn Garza

ECN Number: 165352-1
Claim: 8820045
Date of Loss: 10/10/2018
Exam Type: Occupational Medicine
Re: Disability Benefits

Dear Ms. Garza,

On behalf of Lincoln Financial, we have been requested to schedule you for an Independent Medical Exam. This appointment has been scheduled for you on **Tuesday, January 19, 2021 at 11:00 AM.**

Your insurance carrier has requested that you attend this examination in order to properly evaluate your medical condition related to your disability benefits. You are not responsible for payment; please do not provide any insurance or financial information.

The provider who you will be seeing is:

**Brian F McCrary, DO**
**4411 Walzem Rd, Suite 108**
**San Antonio, TX 78218**
**713-400-0228**

If you need directions to the provider's office, please call that office directly.

*Please bring with you to the examination a photo I.D, and if applicable, any MRI scans, X-Ray films, or other diagnostic testing studies which you have had performed as a result of this illness or injury.*

**PLEASE NOTE: Third party observers and recording devices will not be allowed in the examination room. Failure to comply with these requirements will be deemed failure to cooperate with the examiner and/or failure to attend an Independent Medical Examination as required by the policy.**

If you are unable to make this appointment at the scheduled date and time, you must notify our office at least **5 business days** prior to the examination. Should you have any questions, please give our office a call at 1-877-463-9463.

Thank you for your cooperation.

Sincerely,

*Stephanie Duran*

Stephanie Duran
Services Coordinator

Cc: Regular mail/Chenta Kennedy, Lincoln Financial

**From:**Kennedy, Chenta
**Sent:**Mon, 4 Jan 2021 17:30:20 +0000
**To:**Lynn Garza
**Subject:**RE: Re : 8820045 Lynn Garza

Afternoon,

Thank you for the update.

As discussed in our recent correspondence letters, your claim is coming up on a change of definition. You have been receiving benefits since April 8, 2019, under the policy's own occupation definition. As of April 7, 2021, we are reviewing your going benefits under the policy's Any Occupation definition. In order to assist us in making this determination we are requesting that you attend an Independent Medical Evaluation.

We have referred your file to a third party vendor who will be arranging this evaluation. I see that that office did send you a letter last week, I just emailed you a copy of this correspondence. According to the policy you will need to attend this evaluation. I have sent all your medical records we have on file to this vendor in advance for this physician to review. There is no need for you to bring any medical documents unless you have any additional information we may of not been provided.

Once you have completed this evaluation and we have received and reviewed the findings, we will contact you with our determination.

Please contact me if you would like to discuss in further detail.

Thank you

**Chenta Kennedy**
Technical Claims Specialist
claims
888 437 7611 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Monday, January 4, 2021 8:58 AM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Re : 8820045 Lynn Garza

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Chenta, I just wanted to give you an update on my care. I had an appointment with Dr Grewal (TSAOG) and she prescribed medication, is requesting an MRI and also ordered physical therapy and occupational therapy. I will follow up with her in 3 months. I will send you the address of the therapists. As it was explained to me, the spinal cord implant may her with part of the pain but the swelling and hypersensitiveity are also going to be addtressed. I see Dr Vardiman who preformed the surgery latter this month. I also have a appointment for January 25, with a physician from the social security office.
Thank you,
Lynn Garza

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

December 29, 2020

**FEDEX: #7724 9410 2970**

Lynn Garza

ECN Number: 165352-1
Claim: 8820045
Date of Loss: 10/10/2018
Exam Type: Occupational Medicine
Re: Disability Benefits

Dear Ms. Garza,

On behalf of Lincoln Financial, we have been requested to schedule you for an Independent Medical Exam. This appointment has been scheduled for you on **Tuesday, January 19, 2021 at 11:00 AM.**

Your insurance carrier has requested that you attend this examination in order to properly evaluate your medical condition related to your disability benefits. You are not responsible for payment; please do not provide any insurance or financial information.

The provider who you will be seeing is:

**Brian F McCrary, DO**
**4411 Walzem Rd, Suite 108**
**San Antonio, TX 78218**
**713-400-0228**

If you need directions to the provider's office, please call that office directly.

*Please bring with you to the examination a photo I.D, and if applicable, any MRI scans, X-Ray films, or other diagnostic testing studies which you have had performed as a result of this illness or injury.*

**PLEASE NOTE: Third party observers and recording devices will not be allowed in the examination room. Failure to comply with these requirements will be deemed failure to cooperate with the examiner and/or failure to attend an Independent Medical Examination as required by the policy.**

If you are unable to make this appointment at the scheduled date and time, you must notify our office at least **5 business days** prior to the examination. Should you have any questions, please give our office a call at 1-877-463-9463.

Thank you for your cooperation.

Sincerely,

*Stephanie Duran*

Stephanie Duran
Services Coordinator

Cc: Regular mail/Chenta Kennedy, Lincoln Financial

ECN
Exam Coordinators Network A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

December 29, 2020

Brian F McCrary, DO
8229 N Ridgeview Drive
Paradise Valley, AZ 85253

CLAIMANT: Lynn Garza
CLAIM #: 8820045
ECN NO: 165352-1
DATE OF INJURY: 10/10/2018
EXAM TYPE: Occupational Medicine
CASE TYPE: Long Term Disability

Re: Disability Benefits

Dear Dr. McCrary,

This is to confirm that an appointment for an INDEPENDENT MEDICAL EXAMINATION has been scheduled for the above named individual for **Tuesday, January 19, 2021** at **11:00 AM** at the following location**:**

**4411 Walzem Rd, Suite 108**
**San Antonio, TX 78218**

The claimant was instructed to bring his/her films (x-rays, MRI's, etc) with him/her to the examination. Medical Records will follow separately.

**Please do not perform any diagnostic studies, labs, etc… without prior approval from ECN.**

**Please do not reschedule this exam. If the claimant should contact you with a request to change the appointment, please refer them to call ECN.**

Please forward your transcribed report within **5 business days** to BocaReports@genexservices.com and bill to the address indicated on this letterhead. **Please note, if ECN's client assesses a fee due to the report not being received within the timeframe indicated above, ECN will assess the same fee to you.**

*****If you expect that your fee will be more than what was originally quoted to ECN, please cease your work on the matter and notify ECN immediately with the new fee and an explanation for the increase for approval. ECN will notify you once the new fee has been approved and when you can proceed with the report.**

****Please provide your responses in numerical Question & Answer Format. Yes/No Answers are not acceptable****

**Case Summary:**

**Primary Diagnosis:** Pain in left hand

**Summary:**

46-year-old female working as a Nurse Practitioner with a last day worked of 5/31/2018. She has been receiving LTD benefits under the policies own occupation since April 08, 2019. At this time, our client is reviewing her claim for an extension of benefits under the policies Any Occupation definition as of April 7, 2020.

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**Questions to be Addressed:**

1. Please provide a complete physical description of this claimant. Please observe gait upon entering the office, capacity for sitting, and ability to get on & off the exam table and correlate this with exam findings.

2. Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and outline the restrictions and limitations that are supported by the medical evidence.

3. Please provide range of motion measurements as it relates to condition and compare these to normal range of motion.

4. Does the area where claimant complains of pain, correlate with your physical findings?

5. Did the pain behaviors correlate to the patient`s subjective complaints? Did these behaviors affect performance? Please elaborate.

6. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing sustained full-time activities throughout a workday including duration and prognosis.

**Please see the following page for report requirements.**

Sincerely,

*Stephanie Duran*
Stephanie Duran
Service Coordinator

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

## IME Report Requirements

- The final report must include the following information: Claimant name, claim number, claimant's job title, date of disability, date of referral and primary diagnosis as reported by the claimant's treating provider, a chronological listing of the medical records received for review, a clinical summary response to the medical review questions listed above, reviewing physician's name, professional credentials, medical specialty, licensing state(s) with licensing number(s), a statement that the medical review is independent/impartial and that reviewing physician has no conflict of interest; physician signature and date.

- All reviewers must consider all of the medical information contained in the medical records sent for review. Medical information includes the claimant's own statements, reported and observed activities, medical documentation of the primary and/or secondary disabling condition(s) and the impact on the claimant's functional capacity.

- Avoid statements regarding whether the claimant is disabled or not disabled, or the claimant's capacity relative to the physical demand strength of his/her occupation or any occupation.

- Address functional capacity using the following terms: Never (0%), Occasionally (1-33% of day), Frequently (34-66% of day), Constantly (67-100% of day) or Unrestricted. Address claimant's ability to work in regards to hours/day, days/week, or ability to function on a consistent basis. Ensure that statement of functionality is maintained in respect to medical reviewer's scope of practice.

- Address the Claimant's functional abilities and/or medically supported restrictions or limitations at a level sufficient to determine what activities the Claimant can perform and the durations the Claimant can perform those activities.

- Consider and address all medical findings in the medical opinion without deference to either "objective" or "subjective" findings.

- Any medical reviews received which suggest a claimant is not restricted or disabled because there is a lack of "objective medical evidence" will be returned for clarification and validation that the medical reviewer has reviewed and addressed subjective and objective medical information in the file. *****Note: If a correction(s) and/or a clarification(s) is needed to the report, this is NOT a billable charge.**

# Lincoln Financial Group - Independent Evaluation

## IME

Requested By: Chenta Kennedy
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x13934
Fax: (603) 430-1776

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | SISTERS OF CHARITY LEAVENWORTH | Date Sent: | 12/21/2020 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | LYNN GARZA | Claim #: | 8820045 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 10/10/2018 |
| Zip: | | Primary Diagnosis: | Pain in left hand |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Pain Management | Physician: Phone/Fax | Dr Ephraim Brenman (512) 596-0292- |

Referral Questions:

Vendor Chosen: Exam Coordinators - ECN

Claimant Name: LYNN GARZA

# Lincoln Financial Group - Independent Evaluation

## IME

46 year old FM working as a Nurse Practitioner with a last day worked of 5/31/18- she has been receiving LTD benefits under the policies own occupation since April 08, 2019- at this time we are reviewing her claim for an extension of benefits under the policies Any Occupation definition as of April 7, 2020

1.Please provide a complete physical description of this claimant. Please observe gait upon entering the office, capacity for sitting, and ability to get on & off the exam table and correlate this with exam findings.

2.Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and outline the restrictions and limitations that are supported by the medical evidence.

3.Please provide range of motion measurements as it relates to condition and compare these to normal range of motion.

4.Does the area where claimant complains of pain, correlate with your physical findings?

5.Did the pain behaviors correlate to the patient's subjective complaints? Did these behaviors affect performance? Please elaborate.

6.For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing sustained full-time activities throughout a work day including duration and prognosis

Instructions For Vendor:

Claimant Name: LYNN GARZA

# Lincoln Financial Group - Independent Evaluation

## IME

Attorney Information (if applicable):

Claimant Name: LYNN GARZA

**CONFIDENTIAL**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 19, 2020

Arnold B. Vardiman, MD
1139 E SONTERRA BLVD STE 301
SAN ANTONIO, TX 78258

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Arnold Vardiman, MD:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2020 through the present

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me using the information below.

**Neurosurgical Associates of San Antonio, P.A.**
4410 Medical Drive, Suite 610
San Antonio, TX 78229
210-614-2453

**Lynn A Garza**

**CONFIDENTIAL**

**67302**

Visit Date: **10/07/2020**
**67302**
**Patient: Garza, Lynn A**
**DOB: Sex: Female**
**Phones: cell: Patient: DOB:**
**Alma Garza RN,FNP-C**

**CC / HPI:**
Patient presents to clinic s/p cervical SCS insertion (Medtronic). Surgical incisions are clean, dry, and intact- tolerated staple removal well. Discussed ROM, activity restrictions, wound care, and continued collaboration with her pain management specialist w/ regards to Percocet refills. Reviewed option for Robaxin and Tramadol as post op surgical pain adjunct and patient is amenable to plan. Patient is to RTC in 3 months for follow up on programming, pain improvement assessment. ADG
**Current Medication:**
Ambien 10 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.

hydrocodone 5 mg-acetaminophen 325 mg tablet, 1 Tablet(s) Oral PRN as needed, start on August 17, 2020.

Lexapro 20 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.

Xanax 0.5 mg tablet, 1 Tablet(s) Oral PRN as needed, start on August 17, 2020.

nortriptyline 50 mg capsule, 1 Capsule(s) Oral QD, start on August 17, 2020.

Adderall 30 mg tablet, 1 Tablet(s) Oral two times a day, start on August 28, 2020.

Wellbutrin XL 300 mg 24 hr tablet, extended release, 1 Tablet(s) Oral QD, start on August 17, 2020.

tramadol 50 mg tablet, 1 Tablet(s) Oral PRN as needed, start on August 17, 2020.

tizanidine 4 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.

cetirizine 10 mg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.

levothyroxine 150 mcg tablet, 1 Tablet(s) Oral QD, start on August 17, 2020.

**Review of history:**

I reviewed the documented medication, problem/diagnosis and past medical history histories.
**ROS:**
**Vital Signs:**

**PE:**
**Dx:**
G89.29-338.29 Chronic pain

M79.602-729.5 Left arm pain

**Rx:**
methocarbamol 500 mg tablet, 1 Tablet(s) Oral Q4-6H as needed for spasm, 1 refill, for a total of 50, start on October 07, 2020.

tramadol 50 mg tablet, 1 Tablet(s) Oral Q4-6H as needed for pain, for a total of 50, start on October 07, 2020, end on October 07,



PAGE 2/6 * RCVD AT 12/11/2020 10:02:16 AM [Eastern Standard Time] * SVR:VA1PWFAX401/3 * DNIS:6034301776 * CSID: * ANI:2104771956 * DURATION (mm-ss):01-50

**Neurosurgical Associates of San Antonio, P.A.**
4410 Medical Drive, Suite 610
San Antonio, TX 78229
210-614-2453

**CONFIDENTIAL**

**Lynn A Garza**

**67302**

2020.

**Services Performed:**
**Services Ordered:**

**Plan:**

**Patient Instructions/Referrals**

**Patient History As Of This Visit**
Drug Allergy:
NO KNOWN DRUG ALLERGIES

Problems:
Anxiety Status: Active
Depression Status: Active
Thyroid disease Status: Active
Surgical:
gall-bladder surgery Performed: 1974
leg surgery Notes: LEFT LEG
Tubal Ligation Performed: 2015
Social:

| Question | Answer | Recorded |
|---|---|---|
| Tobacco history | Does not smoke | 8/17/2020 |
| Alcohol history | no | 8/17/2020 |

**Dominant Hand**
left
**Family Physician**
Family Physician Dr. Brenman
Referring Physician Dr. Grewal

Electronically Signed By: Alma Garza RN,FNP-C on 10/07/2020 01:47 PM

Generated on 12/10/2020

**CONFIDENTIAL**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | November 19, 2020 |
| To: | ARNOLD VARDIMAN, MD<br>1139 E SONTERRA BLVD STE 301<br>SAN ANTONIO TX 78258 |
| Attn: | medical records |
| Fax: | (210) 614-2735 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**CONFIDENTIAL**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lazaro Garza

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8620045 Date: [illegible]

**A copy of this authorization will be considered as valid as the original.**



PAGE 5/6 * RCVD AT 12/11/2020 10:02:16 AM [Eastern Standard Time] * SVR:VA1PWFAX401/3 * DNIS:6034301776 * CSID: * ANI:2104771956 * DURATION (mm-ss):01-50

CONFIDENTIAL

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

sharecare

| | |
|---|---|
| Invoice Number: | VXB5H-1 |
| Date: | 11/30/2020 |
| Customer Number: | LLACOB-68103-2578 |
| Due: | Upon Receipt |

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
DISABILITY AND LIFE CLAIMS
PO BOX 2578
OMAHA, NE 68103

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 14 Pages | 1.00 | $25.00 | $25.00 |

| | |
|---|---|
| Mailing Cost: | $0.46 |
| Sub Total: | $25.46 |
| Tax: | $0.00 |
| Invoice Total | $25.46 |
| Applied: | $0.00 |
| **Balance Due:** | **$25.46** |

---

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: Signature:

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | VXB5H-1 |
| Date: | 11/30/2020 |
| Customer Number: | LLACOB-68103-2578 |
| Balance Due: | 25.46 |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 19, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2020 through the present

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 11/10/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 11/10/2020 10:40AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

follow-up

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 11/10/2020 10:45 am | **Wt:** | 167 lbs 11/10/2020 10:45 am | **BMI:** | 30.5 11/10/2020 10:45 am |
| **BP:** | 123/92 11/10/2020 10:48 am | **Pulse:** | 118 bpm 11/10/2020 10:48 am | **Pain Scale:** | 8 11/10/2020 10:48 am |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 11/10/20 | entered |
| **clobetasoL 0.05 % scalp solution**<br>5 mgml. | 11/10/20 | entered |
| **dextroamphetamine 30 mg tablet**<br>30 mg. | 11/10/20 | entered |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet**<br>325 mg. | 11/10/20 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 11/10/20 | entered |
| **levothyroxine 100 mcg tablet**<br>1 mg. | 11/10/20 | entered |
| **levothyroxine 125 mcg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/21/20 | entered |

| | | |
|---|---|---|
| **Lexapro 20 mg tablet**<br>20 mg. | 11/10/20 | entered |
| **methocarbamoL 500 mg tablet**<br>500 mg. | 11/10/20 | entered |
| **Norco 7.5 mg-325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 11/10/20 | prescribed |
| **nortriptyline 25 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 90 days. | 11/10/20 | prescribed |
| **nortriptyline 50 mg capsule**<br>50 mg. | 11/10/20 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 11/10/20 | entered |
| **oxyCODONE-acetaminophen 5 mg-325 mg tablet** | 09/27/20 | filled |
| **tiZANIdine 4 mg tablet**<br>TAKE 1 TO 2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR SPASMS | 10/21/20 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 11/10/20 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 11/10/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 11/10/20 | entered |

## Problems

Reviewed Problems
No known problems

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never

**GARZA, LYNN (id #755601, dob:**

Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

She comes in here for followup. She had on 09/24/2020 spinal cord stimulator implant done of the cervical spine. She reports her symptoms have a little bit increased since the swelling and pain along the left upper limb. She has a difficult time sleeping. She takes nortriptyline 50 mg at night and tizanidine 4 mg at night. She also takes Wellbutrin and sertraline. She applied for social security disability and they are sending her for psych evaluation. She is still working with the clinical specialist of Medtronic and she has a followup appointment with Dr. Vardiman in 2 months.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Denies:**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**
**Reveals left arm pain.**

## Physical Exam

Patient is a 48-year-old female.

Exam shows hypersensitivity and hyperpathia along the surgical scar, particularly along the forearm area. There is some coldness on the left compared to the right side along the forearm. No atrophy. Decreased grip strength because of pain. Normal muscle tone.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post distal and proximal median nerve decompression, still ongoing severe neuropathic pain with hypersensitivity despite a spinal cord stimulator implant done on 09/24/2020.

PLAN
We will try to stay the course. We will increase Norco from 5 mg to 7.5 mg 1 p.o. t.i.d. and increase nortriptyline from 50 to 75 mg at night to help with sleep and neuropathic pain. Drug risks and interactions were discussed. Follow up with me in 2 months. Call if she gets worse in the meantime. Questions answered.

**Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- BODY MASS INDEX: CARE INSTRUCTIONS
- nortriptyline 25 mg capsule - Take 1 capsule(s) every day by oral route at bedtime for 90 days. Qty: 90 capsule(s)
Pharmacy: CVS/PHARMACY #7341

- Norco 7.5 mg-325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

Return to Office

- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 12/23/2020 at 08:40 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 11/12/2020.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 11/12/2020 at 4:46pm

**Encounter Date: 10/21/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 10/21/2020 08:40AM |
| **DOB** | | **Service Dept.** | MISSION TRAIL OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

Patient here for Neck Pain

lead pull
FU CERVICAL

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO, TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS, TX 78209, Ph (210) 202-3579, Fax (210) 202-3589

## Vitals

10/21/2020 08:29 am

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 141/101 sitting R wrist | **BMI:** | 30.5 | **Ht:** | 5 ft 2 in |
| **Pulse:** | 103 bpm regular | **Wt:** | 167 lbs | | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**buPROPion HCL XL 300 mg 24 hr tablet, extended release** 10/21/20 entered
300 mg.

**clobetasoL 0.05 % scalp solution** 10/21/20 entered
5 mgml.

**dextroamphetamine 30 mg tablet** 10/21/20 entered
Take 1 tablet(s) twice a day by oral route.

| | | |
|---|---|---|
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 10/21/20 | prescribed |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 10/21/20 | entered |
| **levothyroxine 125 mcg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/21/20 | entered |
| **Lexapro 20 mg tablet**<br>20 mg. | 10/21/20 | entered |
| **methocarbamoL 500 mg tablet** | 10/19/20 | filled |
| **nortriptyline 50 mg capsule**<br>Take 1 capsule(s) every day by oral route. | 10/21/20 | prescribed |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 10/21/20 | entered |
| **oxyCODONE-acetaminophen 5 mg-325 mg tablet** | 09/27/20 | filled |
| **tIZANidine 4 mg tablet**<br>take 1-2 tablets po qhs prn spasms | 10/21/20 | prescribed |
| **traMADoL 50 mg tablet**<br>50 mg. | 10/21/20 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 10/21/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 10/21/20 | entered |

## Problems

Reviewed Problems

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Most Recent Tobacco Use Screening: 10/21/2020
Chewing tobacco: none
Do you drink alcohol?: Never or Rare

Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Documents for Discussion

**Discussed the following documents:**
- Clinical Document - 08/24/20
- Clinical Document - 08/20/20
    Notes - Patient Facesheet
- Clinical Document - Record of Care - 08/20/20

## Screening

None recorded.

## HPI

Ms Garza presents for followup today sp paddle implant for cervical scs with Dr Vardiman.

Postop course complicated with fall which has caused some increasing neck spasms.

She is still working through programs and titration of SCS to find a program that will work best for her pain.

She complains of localised Left trap spasms

From Initial Visit:

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion,Night Pain**
**Denies:Back Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 48-year-old
female.

Constitutional: well-developed, well-nourished, and in no acute distress, appearing stated age,
HEENT: NCAT, Pupils are equal, round,
Pulmonary: Effort normal. No respiratory distress
Psychiatric: Mood, memory, affect and judgment normal
Neck Inc CDI
Neuro: AA&Ox3,

Cervical xray to evaluate electrode positioning.

## Procedure Documentation

**GARZA, LYNN (id #755601, dob:**

**Xray, Cervical, 2-3V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: 2 views AP Lateral

**X-Ray Findings/Interpretation:**

Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

Chronic pain.

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

75% improvement LUE pain duration trial of SCS

decreased opioid consumption and marked improvement in activity tolerance

normalization of temperature between arms and skin color changes.

Currently undergoing titration and working through various programming options

Plan

1. Refill tizanidine qhs prn spasms

Will need to titrate throug programming to evaluate for optimal settings. She doe shave a paddle implant which has different programing compared to perc trial.

She met with rose today and will work towards optimization. Followup in 4 weeks to reassess.

There are limitations to the VAS pain scale, as it often does not correlate well with a patients self-reported levels of pain when measured in other ways, or to patient reported levels of function, activity tolerance, quality of life, etc. To better assess this and to help track outcomes over time, we administered the PROMIS (Patient Reported Outcomes Measurement Information System)-29 questionnaire today, with the following results:

v1.0 Pain Interference 4a score was 76, worse than 99% of the general population.
v2.0 Social Participation score was 27, worse than 99% of the general population.
v1.0 Sleep Disturbance 4a score was 73, worse than 99% of the general population.
v1.0 Fatigue 4a score was 63, worse than 90% of the general population.
v1.0 Depression 4a score was 57, worse than 75% of the general population.
v1.0 Anxiety 4a score was 56, worse than 72% of the general population.
v1.0 Physical Function 4a score was 37, worse than 91% of the general population.

10/23/2020 - Pain Impact Score: 41/50 (High)

**Complex regional pain syndrome of upper limb**

G90.519: Complex regional pain syndrome I of unspecified upper limb

- tizanidine 4 mg tablet - take 1-2 tablets po qhs prn spasms Qty: 180 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY

#7341

**Chronic pain syndrome**
G89.4: Chronic pain syndrome

**Screening procedure**
Z13.31: Encounter for screening for depression

Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/12/2020 at 11:10 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 12/23/2020 at 08:40 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 10 at MISSION TRAIL OFFICE on 03/31/2021 at 08:40 AM

Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 10/25/2020.

Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 10/25/2020 at 1:30pm

TSAOG

## Lynn Garza

**D.O.B.** **MRN: 755601** **Date: 10/21/2020**

| Global Pain | Pain Impact | Opioid Risk Tool |
|---|---|---|
| 9/10 - High Pain | 43/50 - High Impact | 3/26 - Low Risk |
| **NDI** | | |
| 33/50 - Severe | | |

PROMIS ASSESSMENTS

| Instrument | Score | Percentile |
|---|---|---|
| Anxiety | 49 | 46% |
| Depression | 63.74 | 92% |
| Fatigue | 75.75 | 99% |
| Pain Interference | 75.56 | 99% |
| Physical Function | 34.18 | 6% |
| Sleep Disturbance | 73.3 | 99% |
| Social Participation | 27.49 | 1% |

**Device Details** **% Improvement**

**Device Type: SCS**
**Device Make/Model: Medtronic / Intellis**
**Programming: dtm-scs**
**Duration of Implant: 0 months since implant ..:**

Disclaimer: This assessment is not intended to diagnose or treat any condition and is not a substitute for professional medical advice. Results should be interpreted by a licensed professional in the context of the clinical situation.

PROMIS Measures are ©2006-2017 PROMIS Health Organization or other individuals/entities that have contributed information and materials, and are being used with the permission of the copyright holders.

powered by celéri health

sharecare We treat every medical record as if it were our own.

LLACOB-68103-2578

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 2578
OMAHA, NE 68103-2578

VXB5H
5260-112520
LYNN GARZA

LOCTX0531
Dec 2 2020 10:37AM

15

**CONFIDENTIAL – MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited. If you feel you have received these records in error, please call (800) 560-3800.

Sharecare Health Data Services is the contracted Release of Information (ROI) provider for the source facility for these medical records. If you are interested in learning more about our ROI and related services, please call (800) 560-3800 or visit hds.sharecare.com.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | November 19, 2020 |
| To: | ARNOLD VARDIMAN, MD<br>1139 E SONTERRA BLVD STE 301<br>SAN ANTONIO TX 78258 |
| Attn: | medical records |
| Fax: | (210) 614-2735 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 19, 2020

Arnold B. Vardiman, MD
1139 E SONTERRA BLVD STE 301
SAN ANTONIO, TX 78258

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Arnold Vardiman, MD:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2020 through the present

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

8900381 LFP2801 0013286

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and any insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lyan GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | November 19, 2020 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 19, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2020 through the present

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

89003811 LFP289501 2201385

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lxxxx GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | November 19, 2020 |
| To: | THE ORTHOPAEDIC INSTITUTE<br>400 CONCORD PLAAZA DR.<br>STE 300<br>SAN ANTONIO TX 78216-6991 |
| Attn: | medical records |
| Fax: | (210) 804-6850 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 19, 2020

The Orthopaedic Institute
400 CONCORD PLAAZA DR.
STE 300
SAN ANTONIO, TX 78216-6991

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2020 through the present

We ask that you provide this information by December 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

03003811 LFF24F01 0013286

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and any insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lyan GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

# RETURN TO WORK OR SCHOOL CERTIFICATE

Patient's Name **Lynn Garza**

Date of injury__________

Date of exam**11/10/2020**

## Work/School

May return to work/school on 11/10/2020

- ☐ Full duty (Date) ________
- ☐ Light duty (Date) ________
- x No duty (Date) 11/20/20

## Restrictions

- ☐ Light grasping and squeezing to _____lbs. pressure for _____hrs. a day
- ☐ No wrist motion
- ☐ No overhead reaching
- ☐ Limit keyboard/typing to _____hrs. a day
- ☐ May/Must wear splint at work/school
- ☐ May only lift_____lbs. for no more than_____hrs. per day
- ☐ Must keep cast clean and dry
- ☐ No climbing ladders/scaffolds
- ☐ Other __________
- x No use of left arm. Any quesions or concern please contact our office at 210-804-5927.

## Follow up

- ☐ Return appointment date **2 month follow**

**Treating physician Electronically Signed by: EPHRAIM K BRENMAN, DO** **Date 11/10/2020**



**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Tue, 10 Nov 2020 14:44:35 -0600
**To:**Kennedy, Chenta
**Subject:**Work status- Lynn Garza
**Attachments:**2020-11-10.Work_Status_Dr_Brenman.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I saw Dr Brenman today and he increased the dosage of my pain medication and amitryptiline. He didn't want me to start physical therapy until my pain level decreases. He did give me a work status note that I'll attach to this email. A copy was also sent to the advocate office and specifically to Nirva, she is handling my case.
Please let me know if I can answer any questions or if you need additional information from me. I would hope that all of the information has been sent to you. I will notify you of the date & time of my appointment of my exam with social security.
Sincerely,
Lynn Garza

*STATE OF TEXAS*
*DISABILITY DETERMINATION FOR SOCIAL SECURITY ADMINISTRATION*
*AUSTIN, TEXAS*
Equal Opportunity Employer

LYNN ANGELIQUE GARZA

Date: November 05, 2020
Case ID: DSNGW6

Dear LYNN GARZA,

We are the office that makes disability decisions for the Social Security Administration. We need to speak with you within 10 days of the date on this letter about the matter below:

| |
|---|
| Please call regarding an exam we would like to schedule to help determine your disability claim. In order to fully evaluate your claim, SSA needs to schedule aconsultative examination with a licensed medical provider at no cost to you. Please call in order to set up this examination. You have 10 days to respond to this letter. Thank you. |

**Please call the phone number shown below from Monday - Friday between 8:00 a.m. and 4:00 p.m.** This serves as your notice to respond and comply with the above requested action by 11/15/20. If you do not respond and comply with these needed actions, a decision may be made on your claim with the evidence we currently have in file. This means that we could find that you are not disabled or that disability has ended if you are already receiving benefits.
Thank you for your help.

Katelyn Spradling
(512) 437-5363
Toll Free: 1-800-252-7009, EXT 5363

cc: ELIZABETH GORDON

M: T803C (1/12) KSP

*3026443021*

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Mon, 2 Nov 2020 13:29:56 -0600
**To:**Kennedy, Chenta
**Subject:**Re: LTD Lynn Garza

Hello. I just wanted to make sure that you received the form regarding my providers etc. I'm hoping that you were able to receive all of the records. I'm aware that my eligibility is going to be reviewed. I think it is up for review November 16? Or 13? Anyway I wanted to be sure that you have my hospital records from Legent Spine & Orthopedic hospital- where my spinal stimulation implant was performed. I also wanted to make you aware that I have an appointment with my pain Dr. Brenman on November 10. It's at that visit that I expect my physical therapy will be ordered. I meet with Dr Grewal 2 or 3 weeks ago and she wanted my surgical pain to calm down while also working on the settings for my SCS. I am hoping that my notes and orders from my visit November 10 will be included in the review.
Thank you,
Lynn Garza

On Thu, Oct 22, 2020 at 8:41 AM Lynn Garza <lae9q3@gmail.com> wrote:

I may have already told you this but I'm not sure.
I met with Dr Vardiman's nurse practitioner (Alma Garza) to have my staples removed October 6. I informed them of my 2 post surgical falls. I didn't realize that they remove pieces of bone as well as the lamina between the vertebrae. That helps me understand why there is much more pain than what I expected.
In addition, I continue to experience severe arm & hand pain. My arm/hand is still experiencing 2-3 degrees less (colder)than my right arm. (I'm sure that you recall it's my dominant hand that is affected.) I continue to drop items and experience decreased strength and decreased sensitivity on my left arm/hand.

My medications were refilled and x-rays were taken. I continue to take Tylenol & ibuprofen, alternating ice and heat to affected areas. recommends that I rest for 3-4 week before starting physical therapy.
My next appointment is November 16 with Dr Brenman. Then I follow up with the surgeon Dr Vardiman in 2 months and Dr Grewal in 3 months.
My husband Mark Rice, continues to attend my doctor visits as I am experiencing short term memory loss and my doctors have made an exception to the covid related rule-that patients must attend visits alone.
I will let you know when physical therapy begins and of course I will keep you posted regarding any treatment changes.
Sincerely,
Lynn Garza

On Wed, Oct 21, 2020 at 1:05 PM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Hi,

Thank you for the update- please let me know when you get into physical therapy and provide me with the address so we can request those records.

**Chenta Kennedy**
Technical Claims Specialist
claims
888 437 7611 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Wednesday, October 21, 2020 1:00 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** LTD Lynn Garza

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I can't remember the most recent email to you but I had my spinal cord stimulator implanted and attached is operative note. I did see Dr Grewal briefly today. X rays were taken to check placement she recommended that I wait until my appointment with Dr Brenman (Nov 16) to consider physical therapy for fine motor movement & strength & flexibility of atrophied arm/ hand muscles.

Please let me know if I can provide additional information. My husband had been helping me with so much. Paperwork, he accompanies me too all of visits - that helps because I forget things. If you ever need to teach me an additional phone number is Mark Rice (husband)

Thank you

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, October 23, 2020 6:54:20 AM |
| To: | LAE9Q3@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Sisters of Charity of Leavenworth Health System, Inc. Claim No. 8820045 Lynn Garza |
| Attachments: | s2w7ddn6ithexw0xaxeg_9266864.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

October 23, 2020

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by November 13, 2020:

- Completion of the Enclosed Forms:

 X  Claimant Information Form
 __  Other

It make sure we are requesting your updated medical records from the correct treating providers please complete the enclosed form and return. Once you start physical therapy please provide the name and location

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health Syst DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 07/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ____________________________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

October 23, 2020

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by November 13, 2020:

- Completion of the Enclosed Forms:

  X Claimant Information Form
  ___ Other

It make sure we are requesting your updated medical records from the correct treating providers please complete the enclosed form and return. Once you start physical therapy please provide the name and location

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Claimant Information Form

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health Syst DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 07/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: DR BRENMAN
Specialty: PAIN MANAGEMENT
Address: 400 CONCORD PLAZA DR
SAN ANTONIO TX 78216
Telephone No.: (210) 804-5400 Fax No.: ( )

Name: DR GREWAL
Specialty: PAIN MANAGEMENT
Address: 400 CONCORD PLAZA DR
SAN ANTONIO TX 78216
Telephone No.: (210) 804-5400 Fax No.: ( )

Name: DR VARDIMAN
Specialty: NEUROSURGERY
Address: ~~4410~~ 1139 EAST SONTERRA BLVD #501
SAN ANTONIO TX 78258
Telephone No.: (210) 477-1956 Fax No.: ( )

Name: DR HENWOOD
Specialty: FAMILY MEDICINE
Address: 9240 GUILBEAU ROAD #128
SAN ANTONIO TX 78250
Telephone No.: (210) 681-4685 Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: BLUECROSS
Specialty:
Address: 2301 MAIN ST
KANSAS CITY MO 64108
Telephone No.: (816) 395-2397 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS
Specialty:
Address: 9285 CULEBRA AVE
SAN ANTONIO TX 78251
Telephone No.: (210) 521-5225 Fax No.: ( )

Name: OPTUM RX
Specialty:
Address: 2300 MAIN ST
IRVINE CA 92614
Telephone No.: (800) 356-3477 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

[signature] 10/23/2020

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Thu, 22 Oct 2020 08:41:34 -0500
**To:**Kennedy, Chenta
**Subject:**Re: LTD Lynn Garza

I may have already told you this but I'm not sure.
I met with Dr Vardiman's nurse practitioner (Alma Garza) to have my staples removed October 6. I informed them of my 2 post surgical falls. I didn't realize that they remove pieces of bone as well as the lamina between the vertebrae. That helps me understand why there is much more pain than what I expected.
In addition, I continue to experience severe arm & hand pain. My arm/hand is still experiencing 2-3 degrees less (colder)than my right arm. (I'm sure that you recall it's my dominant hand that is affected.) I continue to drop items and experience decreased strength and decreased sensitivity on my left arm/hand.

My medications were refilled and x-rays were taken. I continue to take Tylenol & ibuprofen, alternating ice and heat to affected areas. recommends that I rest for 3-4 week before starting physical therapy.
My next appointment is November 16 with Dr Brenman. Then I follow up with the surgeon Dr Vardiman in 2 months and Dr Grewal in 3 months.
My husband Mark Rice, continues to attend my doctor visits as I am experiencing short term memory loss and my doctors have made an exception to the covid related rule-that patients must attend visits alone.
I will let you know when physical therapy begins and of course I will keep you posted regarding any treatment changes.
Sincerely,
Lynn Garza

On Wed, Oct 21, 2020 at 1:05 PM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Hi,

Thank you for the update- please let me know when you get into physical therapy and provide me with the address so we can request those records.

**Chenta Kennedy**
Technical Claims Specialist
claims
888 437 7611 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Wednesday, October 21, 2020 1:00 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** LTD Lynn Garza

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I can't remember the most recent email to you but I had my spinal cord stimulator implanted and attached is operative note. I did see Dr Grewal briefly today. X rays were taken to check placement she recommended that I wait until my appointment with Dr Brenman (Nov 16) to consider physical therapy for fine motor movement & strength & flexibility of atrophied arm/ hand muscles.

Please let me know if I can provide additional information. My husband had been helping me with so much. Paperwork, he accompanies me too all of visits - that helps because I forget things. If you ever need to teach me an additional phone number is Mark Rice (husband)

Thank you

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

LEGENT Orthopedic + Spine

5330 N. Loop 1604 W.
San Antonio, Texas 78249
P: (210)877-8000
F: (210)964-4888

# OPERATIVE REPORT

**PATIENT NAME:** LYNN GARZA
**MRN #:** LM15495
**REFERRING PHYSICIAN:** 09/24/2020
**AGE:** 48 **GENDER:** F

**DATE OF SERVICE:** September 24, 2020
**ACCT #:** LK124222
**DICTATOR:** Arnold Vardiman M.D.
**DOB:**

**DATE OF PROCEDURE:** 9/24/2020

**PREOPERATIVE DIAGNOSES:**

1. Chronic pain.
2. Successful epidural stimulator trial.

**POSTOPERATIVE DIAGNOSES:**

1. Chronic pain.
2. Successful epidural stimulator trial.

**PROCEDURE:**

1. C6-7 cervical laminectomy, bilateral mesial facetectomy, foraminotomy and osteophytectomy for.
2. Placement of cervical epidural stimulator leads, model #977C290, lot #VA1XHE7005.
3. Intraoperative C-arm fluoroscopy, multiplanar.
4. Intraoperative somatosensory evoked potentials, EMG monitoring, National Neuromonitoring.
5. Pulse generator placement.
6. Medtronic model #97715.
7. Serial #NME767341H.

**DEVICE LOCATION:** Right flank.

**STIMULATING LEAD PLACEMENT:** Midline to C3.

**NOTE:** Full body MRI safe system.

**NOTE:** Surgical lead 2 x 8.

**OPERATING SURGEON:** Arnold Vardiman, M.D.

**ASSISTANT:** Alma Garza, NP.

**ANESTHESIOLOGIST:** Eli Munoz, M.D.

**COMPLICATIONS:** None.

**ESTIMATED BLOOD LOSS:** 10 cc.

**DRAINS:** None.

**PATIENT:** LYNN GARZA
**DATE OF SERVICE:** 09/24/2020

**SPECIMENS SUBMITTED:** None.

**NATIONAL MONITORING TECHNOLOGIST:** Katherine Deans.

**NATIONAL MONITORING NEUROLOGIST:** Daniel Munton, M.D.

**STATEMENT OF MEDICAL NECESSITY:** Ms. Garza presents with intractable chronic pain syndrome with successful epidural trial. We talked extensively about what might be involved in this cervical laminectomy for epidural paddle placement understanding the risks including death, coma, paralysis, stroke, persistence or worsening of deficits, infection, need for additional operational procedures and other. Questions encouraged and answered. She understands and is comfortable with plans to proceed. Detailed op note below.

**DESCRIPTION OF PROCEDURE:** The patient was brought to the operating theater and after controlled induction of inhalational agent, TED and pneumatic hose, SSEP and EMG monitoring equipment carefully secured, the patient was positioned prone on chest rolls with care to pad all bony prominences with meticulous clip, prep and drape of the posterior cervical, thoracic and lumbar region. 10 blade knife used to incise the skin along the midline and with meticulous subperiosteal dissection with monopolar cautery and Aquamantys bipolar irrigating device with great care to carefully manage soft tissues with care to avoid damage to the skin edges and frequent pauses of retraction to allow for muscular perfusion. At C6-7, cervical laminectomy, bilateral mesial facetectomy, foraminotomy, osteophytectomy undertaken for resection of bone, osteophyte, hypertrophied ligamentum flavum, facet arthropathy, allowing for smooth passage of the epidural paddle trial to the inferior aspect of C2, centered at the C4 interval. After check and recheck of our positioning, the final paddle was carefully placed and secured to the midline at C3 and careful anchoring undertaken to assure that the paddle was securely anchored without possibility of translation or motion relative to initial implant. With hemostasis verified and position verified, the fascia was closed with #1 Vicryl suture and subdermal pocket fashioned for strain relief loop. The right flank incision was opened and passage made between the midline posterior cervical and right flank incisions with careful attachment of the pulse generator to the leads, and check and recheck of those connections and assurance of appropriate impedances. The subdermal pocket was again optimized and assured that the pulse generator was appropriately oriented and not too far from the skin surface so as not to interfere with charging. After check and recheck of the entire system and check and recheck of the integrity of the system functionally, the wounds were closed with 2-0 Vicryl in interrupted inverted fashion, followed by skin sterile stainless steel staples were applied. Sponge and needle counts were correct at the end of the case. No untoward complications identified. Timeout was undertaken in preop holding prior to induction and prior to skin incision. Scrupulous sterile technique maintained by all members of the operating staff at all times. Alma Garza provided meticulous, ongoing, appropriate and directed assistance throughout the entire procedure and was present for the entire procedure. Katherine Deans provided meticulous ongoing updates without irregularities identified.

Arnold Vardiman M.D.
AV/msi TID#: 218927398
DD: 09/24/2020 DT: 09/24/2020

5330 N. Loop 1604 W.
San Antonio, Texas 78249
P: (210)877-8000
F: (210)964-4888

# OPERATIVE REPORT

**PATIENT NAME:** LYNN GARZA
**MRN #:** LM15495
**REFERRING PHYSICIAN:** 09/24/2020
**AGE:** 48 **GENDER:** F

**DATE OF SERVICE:** September 24, 2020
**ACCT #:** LK124222
**DICTATOR:** Arnold Vardiman M.D.
**DOB:**

I talked to Mark her significant other at at the completion of the case informing him that the case had been completed.

Arnold Vardiman M.D.
AV/msi TID#: 218928214
DD: 09/24/2020 DT: 09/24/2020

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Thu, 8 Oct 2020 13:56:14 -0500
**To:**Kennedy, Chenta
**Subject:**Follow up re: 8820045

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi, I just wanted you to know that I had my stitches removed and my spinal cord stimulator set. It is the initial setting with instructions on how to adjust the settings. I saw the NP (Alma Garza-no relation) who works with Dr Vardiman and with the Medtronic representative to go over all components used ( charger & remote).
I am to follow up with Dr Vardiman in 3 months but I have an appointment with Dr Brenman in 6 or 8 weeks. I was given prescriptions for muscle relaxer and other pain medications are prescribed by Dr Brenman.
Feel free to call me if you require any additional information or clarification.
Thank you.
Lynn Garza

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Tue, 6 Oct 2020 20:50:36 -0500
**To:**Kennedy, Chenta
**Subject:**Re: 8820045

I'm sorry that I missed your call. I had the surgery on the 26 of September and had a 3 night stay in the hospital. I have a follow up appointment with the surgeon tomorrow afternoon. I will call you and let you know how the appointment went. The implant has not been turned on yet. I'm guessing that it will turned on tomorrow but I'll know the recommendation from the surgeon tomorrow.
The surgery was performed at Legent hospital in San Antonio . I will give you all of the contact info tomorrow.
Thank you,
Lynn Garza

On Mon, Oct 5, 2020 at 10:03 AM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Morning,

I left you a voice mail, if you could call me sometime today to discuss your treatment please

**Chenta Kennedy**
Technical Claims Specialist
claims
888 437 7611 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Tuesday, September 22, 2020 6:48 PM

**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Re: 8820045

I just wanted to let you know that I'm having my surgery on Thursday September 25. I will wait to hear from you in October per our most recent conversation.

Sincerely,

Lynn Garza

On Tue, Aug 25, 2020 at 9:47 AM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Hi,

Thank you for the information, I just faxed over a request on your behalf.

| | | |
|---|---|---|
| Chenta Kennedy | 888 437 7611, Ext *13934 | Follow us on: |
| Technical Claims Specialist | F: 603-430-1776 | |
| Lincoln Financial Group | Chenta.Kennedy@lfg.com | |
| P.O. Box 7207 | | |
| London, KY 40742-7207 | LincolnFinancial.com | |




---

**From:** Lynn Garza <lae9q3@gmail.com>

**Sent:** Monday, August 24, 2020 4:29 PM

**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>

**Subject:** Re: 8820045

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello, I am sending information for getting records from Dr Vardiman- the neurosurgeon. I saw him last week and I will see him this Friday August 28.

His information is:

Arnold B Vardiman MD , F.A. C.S

V Benson medical office building

1139 E Sonterra Blvd Suite 301

San Antonio TX 78258

210-477-1956 phone

210-614-2735 Fax

Thank you,

Lynn Garza

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | October 5, 2020 |
| To: | ARNOLD VARDIMAN, MD<br>1139 E SONTERRA BLVD STE 301<br>SAN ANTONIO TX 78258 |
| Attn: | medical records |
| Fax: | (210) 614-2735 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

October 5, 2020

Arnold B. Vardiman, MD
1139 E SONTERRA BLVD STE 301
SAN ANTONIO, TX 78258

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Arnold Vardiman, MD:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2020 through the present

- Completion of the Enclosed Forms:

  _X_ Functional Capacities Form
  ___ Other

We ask that you provide this information by October 30, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Functional Capacities Form
8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

# Attending Physician's Assessment of Capacity

| | | |
|---|---|---|
| Lynn Garza | | 8820045 |
| Patient Name | Date of Birth | Claim Number |
| Chenta Kennedy | | |
| Case Manager | Date First Treated | Date Last Treated |

**Diagnosis(es)** Contributing to or Causing Impairment

**PHYSICAL CAPACITY (in an average 8-hour workday)**

| | **Constant** (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | **Frequent** (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | **Occasional** (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|
| Sitting | | | |
| Standing | | | |
| Walking | | | |
| Driving | | | |
| Climbing | | | |
| Squatting | | | |
| Bending | | | |
| Kneeling | | | |
| Push / Pull | | | |
| Light Grasping | | | |
| Force Grasping | | | |

| | **Constant** (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | **Frequent** (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | **Occasional** (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|
| Fingering / Typing | | | |
| Reaching Overhead | | | |
| Reaching Below Shoulders | | | |
| | | | |
| Lifting: | | | |
| Up to 10 lbs. | | | |
| Up to 20 lbs. | | | |
| Up to 30 lbs. | | | |
| Up to 40 lbs. | | | |
| Up to 50 lbs. | | | |
| Over 50 lbs. | | | |

Are there additional restrictions / limitations not captured in the table above? Please list. Also, if any of the above capacities are never, please list the capacity and rationale.

How long will these restrictions be imposed?

Can your patient function in an occupational setting full time **within the capacities noted above**? ☐ Yes ☐ No

If your patient cannot function in an occupational setting now, when will he / she be able to?

If your patient cannot function in an occupational setting at this time, please outline your medical and functional treatment plan to facilitate return to work.

Please indicate what your opinions regarding restrictions / limitations and work capacity are based on?

☐ Clinical Experience ☐ Patient's Self-Report ☐ Functional Eval. (FCE)
☐ Specialty Training ☐ Direct Observation ☐ Other (Please List):
☐ Diagnostic Tests ☐ Clinical Examination

If your patient is unable to work, what is the single most important barrier preventing your patient from returning to work?

☐ Uncontrolled Pain ☐ Unstable Medical Status ☐ Patient's Motivation ☐ Psychiatric Co-Morbid(s) ☐ Other (List):

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree ***AND*** Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

800338811 LFP28F01 22013236

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lizani Garza

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

**NEUROSURGICAL ASSOCIATES OF SAN ANTONIO, P.A.**
V. Benson Pavilion
1139 East Sonterra Blvd., Suite 301
San Antonio, Tx 78258

Claim #8820045

21 September 2020

# FAX

**To:** Chenta Kennedy

**Company Name:** Lincoln Financial Group

**Fax:** (603) 430.1776

**Phone:** (800) 291.0112

**From:** Arnold B. Vardiman, MD

**Fax:** (210) 614 - 2462

**Phone:** (210) 614-2453

**Number of Pages:**

**Re:** Lynn Garza (5.5.1972)

**Confidentiality Notice:**
**The document(s) accompanying this facsimile transmission contains confidential information belonging to the sender that is legally privileged, and not intended for public use. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this document in error, please notify us by telephone immediately.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | August 25, 2020 |
| To: | ARNOLD VARDIMAN, MD<br>1139 E SONTERRA BLVD STE 301<br>SAN ANTONIO TX 78258 |
| Attn: | medical records |
| Fax: | (210) 614-2735 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

August 25, 2020

Arnold B. Vardiman, MD
1139 E SONTERRA BLVD STE 301
SAN ANTONIO, TX 78258

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Arnold Vardiman, MD:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2020 through the present

We ask that you provide this information by September 25, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020



PAGE 4/7 * RCVD AT 9/21/2020 5:41:20 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/3 * DNIS:6034301776 * CSID: * ANI:12104240578 * DURATION (mm-ss):02-14

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lizard Garza

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/15/2020

**A copy of this authorization will be considered as valid as the original.**



PAGE 5/7 * RCVD AT 9/21/2020 5:41:20 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/3 * DNIS:6034301776 * CSID: * ANI:12104240578 * DURATION (mm-ss):02-14

**NEUROSURGICAL ASSOCIATES OF SAN ANTONIO, P.A.**
OFFICE NOTES

**CONFIDENTIAL**

Patient Name: Lynn A Garza
DOB:
Patient ID: 67302
Date of Service: August 14, 2020

REFERRING PHYSICIAN: PRABHDEEP GREWAL MD

HISTORY OF PRESENT ILLNESS:
Lynn Garza is a delightful 48-year-old left-handed nurse practitioner who grew up in a military family with the history of "bands" affecting her left arm and left leg undergoing a Z-plasty in her left lower extremity with good results as a child and having multiple left upper extremity surgeries with less success with regard to performance. She has gone on to develop a dull-aching, occasional burning pain in her left arm with a quality of sensitivity to touch, severity of which is increasingly severe and duration over the last many years. Timing has been persistent. Context is multiple surgeries. Aggravating factors include cutaneous stimulation. She has not noted other major associated symptoms.

PHYSICAL EXAMINATION:
She looks younger than her stated age. Cranial nerve examination II-XII is wholly unremarkable. Her motor examination reveals multiple motor deficits in her left upper extremity with some loss of muscular bulk, diffuse sensory irregularities. Reflexes are trace and symmetric. No cerebellar dysfunction is noted. She has diminished motion in her left upper extremity, passive range of motion.

PLAN:
Lynn had undergone an epidural stimulator trial, which I think is a very wise choice overall and at this point is simply not ready to move forward with an epidural stimulator placement. I explained that in my view, the best overall option for consideration of care at this point is probably related to an epidural stimulator placement as opposed to other interventions. She would leave all options open moving forward. She and her husband are comfortable with the plan and I will see her back as she requests.

PATIENT INSTRUCTIONS/REFERRALS:
Your blood pressure was elevated at today's office visit. Please follow up with your primary care physician. Your BMI was above normal follow up with your Primary Care Physician for nutritional counseling.

Arnold B. Vardiman, M.D., F.A.C.S.

ABV/nb

c: PRABHDEEP GREWAL MD

Generated on 9/21/2020

**NEUROSURGICAL ASSOCIATES OF SAN ANTONIO, P.A.**
OFFICE NOTES

**CONFIDENTIAL**

Patient Name: Lynn A Garza
DOB:
Patient ID: 67302
Date of Service: August 28, 2020

HISTORY OF PRESENT ILLNESS:
Lynn returns with her husband today. We reviewed her history, exam findings, imaging studies and options for management. After an extensive discussion, with Lynn and her husband reviewing her situation and options, she is giving serious consideration to the option of going ahead with a cervical epidural stimulator placement with Medtronic implant system understanding the risks involved. Questions have been encouraged and answered. We will move forward promptly with her scheduling as per her request.

PHYSICAL EXAMINATION:
She looks younger than her stated age. Cranial nerve examination II-XII is wholly unremarkable. Her motor examination reveals multiple motor deficits in her left upper extremity with some loss of muscular bulk, diffuse sensory irregularities. Reflexes are trace and symmetric. No cerebellar dysfunction is noted. She has diminished motion in her left upper extremity, passive range of motion.

PLAN:
Cervical stimulator implant.

PATIENT INSTRUCTIONS/REFERRALS:
Your blood pressure was elevated at today's office visit. Please follow up with your primary care physician. Your BMI was above normal follow up with your Primary Care Physician for nutritional counselling.

Arnold B. Vardiman, M.D., F.A.C.S.

ABV/nb

Generated on 9/21/2020

MEDICAL RECORD REQUEST for GARZA, LYNN (48yo F) #755601

07/30/20 10:54:58 Lincoln Financial -> FaxGate Lincoln Financial Gr Page 004

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: [illegible]
Secure Fax No.: (603) 430-1776

July 20, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by August 20, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sharecare
8/6/2020
Copied

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

BEST IMAGE AVAILABLE

MEDICAL RECORD REQUEST for GARZA, LYNN (48yo F) #755601

07/30/20 10:55:15 Lincoln Financial -> FaxGate Lincoln Financial Gr Page 006

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and any insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn Garza

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______________ Claim Number: 5820015 Date: 7/15/2020

**A copy of this authorization will be considered as valid as the original.**

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 07/31/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 07/31/2020 10:40AM |
| **DOB** | | **Service Dept.** | MISSION TRAIL OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

lead pull

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2081 NPI: 1457549446

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS TX 78209, Ph (210) 202-3579, Fax (210) 202-3589

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 132/98 sitting R wrist 07/31/2020 11:06 am | **BMI:** | 32.2 07/31/2020 11:07 am | **Ht:** | 5 ft 2 in 07/31/2020 11:06 am |
| **Pain Scale:** | 7 07/31/2020 11:06 am | **Pulse:** | 120 bpm regular 07/31/2020 11:07 am | **T:** | 97.2 F° 07/31/2020 11:07 am |
| **Wt:** | 175.8 lbs 07/31/2020 11:07 am | **O2Sat:** | 94% Room Air at Rest 07/31/2020 11:07 am | | |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Adderall 30 mg tablet**<br>75 mg. | 07/31/20 | entered |
| **Armour Thyroid 90 mg tablet** | 07/27/20 | filled |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>300 mg. | 07/31/20 | entered |
| **clobetasoL 0.05 % scalp solution** | 07/21/20 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release**<br>75 mg. | 07/31/20 | entered |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/31/20 | entered |
| **ketoconazole 2 % shampoo**<br>20 mgml. | 07/31/20 | entered |

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 07/31/20 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 07/31/20 | entered |
| **ondansetron HCL 4 mg tablet**<br>4 mg. | 07/31/20 | entered |
| **spironolactone 50 mg tablet**<br>50 mg. | 07/31/20 | entered |
| **tIZANIdine 4 mg tablet**<br>4 mg. | 07/31/20 | entered |
| **traMADoL 50 mg tablet**<br>50 mg. | 07/31/20 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 07/31/20 | entered |
| **zolpidem 10 mg tablet**<br>10 mg. | 07/31/20 | entered |

## Problems

Reviewed Problems

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

**GARZA, LYNN (id #755601, dob:**

Reviewed Past Medical History
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Documents for Discussion

**Discussed the following documents:**

- NEW PATIENT REGISTRATION - 07/31/20
- PROMIS SCORE - 07/31/20
- Clinical Document - 07/31/20
  Notes - Patient Facesheet
- Clinical Document - 07/29/20
  Notes - Patient Facesheet
- Clinical Document - Record of Care - 07/31/20
- Clinical Document - Record of Care - 07/29/20

## Screening

| Name | Score | Notes |
|---|---|---|
| Oswestry Disability Index | 80 | |

## HPI

Presents for SCS lead removal today.
Patient has undergone a trial of Medtronic Spinal Cord stimulation over this past week

Following closely and titrated through the week.

Reports 75% improvement in pain

Activity tolerance markedly improved

No longer having scar sensitivity

Arm is same temperature and unaffected arm (97.3 and 97.1)

Ability to perform adls markedly improved including self care activities. Skin mottling resolved.

Sleep markedly improved.

Able ot reduce her opioid use during trial taking 2-3 tabs daily. prior to trial taking up to 5 tabs daily.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**

Denies:Loss of Consciousness,Weak Ringing

**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

Patient is a 48-year-old
female.

AA03

VSS

Afebrile

SCS electrodes removed without difficulty intact.

No drainage noted.

Mild skin irritation from adhesive otherwise no s/s of infection

cervical xray to document final position of electrodes prior to
removal

## Procedure Documentation

**Xray, Cervical, 2-3V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: 2 views AP Lateral

**X-Ray Findings/Interpretation:**

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

Chronic pain.

ORT - low

phq9 - mild

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain

discussed in detail as well as multimodal comprehensive treatment options available.

75% improvement LUE pain duration trial of SCS

decreased opioid consumption and marked improvement in activity tolerance

normalization of temperature between arms and skin color changes.

Plan

1. Will refer to Dr Vardiman for permanent perc implant.

Has exhausted extensive conservative tx over past several yrs. Is tkaing chronic opioids without improvement. Has failed interventional injections w/ Dr Brenman with no lasting relief

Evaluated by Ortho surgeon and Vascular Surgeon and not a surgical candidate. Significant impact on ADLs. unable ot perform dya to day tasks due to pain including housework, grocery shopping and self care. We discussed Trial of Spinal cord stimulation for CRPS/Causalgia if > 80% improvement in pain and activity tolerance will consider permanent implantation.

Risks benefits and alternatives discussed with patient in detail. Procedure and modality discussed at length and goals of treatment reviewed.

Risk stratification per ASIPP guidelines . will proceed with appropriate recommended precautions / screening

Advised patient to contect office if any acutely worsening symptoms occur

REVIEWED RISK FACTORS FOR COVID-19 - INCLUDING AGE>60, HEART OR LUNG DISEASE, DIABETES, IMMUNOSUPPRESSION, AND TRAVEL. WE DISCUSSED THAT NSAIDS MAY WORSEN COVID-19 INFECTION SYMPTOMS AND THAT THEY SHOULD NOT BE USED TO TREAT COVID-19 SYMPTOMS. PATIENT WAS ALSO INFORMED THAT CORTICOSTEROIDS IN ANY FORM (ORAL OR INJECTABLE) WILL DECREASE IMMUNE RESPONSE AND MAY INCREASE RISK OF COVID-19 INFECTION AND SYMPTOMS.

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb
- NEUROSURGERY REFERRAL - Schedule Within: provider's discretion
Reason for Referral: Permanent SCS implant Medtronic , Cervical for LUE CRPS

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

. **Screening procedure**
Z13.31: Encounter for screening for depression

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Prabhdeep Grewal, MD, 08/01/2020.
Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 08/01/2020 at 6:38pm

**Encounter Date: 07/29/2020**

**GARZA, LYNN (id #755601, dob:**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 07/29/2020 10:30AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

None recorded.

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS TX 78209, Ph (210) 202-3579, Fax (210) 202-3589

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 07/16/2020)
NKDA

## Medications

Medications not reviewed (last reviewed 07/16/2020)

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 07/01/20 | filled |
| **clobetasoL 0.05 % scalp solution** | 07/21/20 | filled |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/01/20 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 07/01/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/01/20 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 06/19/20 | filled |
| **ketoconazole 2 % shampoo** | 07/21/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 07/01/20 | filled |
| **ondansetron HCL 4 mg tablet** | 07/01/20 | filled |
| **spironolactone 50 mg tablet** | 07/21/20 | filled |
| **tIZANidine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 07/11/20 | renewed |
| **traMADoL 50 mg tablet** | 06/18/20 | entered |

50 mg.

| | | |
|---|---|---|
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/18/20 | entered |
| **zolpidem 10 mg tablet** | 07/01/20 | filled |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Family History not reviewed (last reviewed 07/16/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 07/16/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Surgical History not reviewed (last reviewed 07/16/2020)
- Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/16/2020)
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

non physician visit.

Undergoing SCS trial

Cervical xray to evaluate lead migration and reprogrammed with Medtronic to account for lead movement.

GARZA, LYNN (Id #755601, dob:

Will keep appt friday for lead pull

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: None**
**Denies:Muscle Aches,Muscle Weakness,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neurologic**
**Confirms: None**
**Denies:Weakness,Numbness/Tingling**

## Physical Exam

Patient is a 48-year-old female.

## Procedure Documentation

**X-RAY PREGNANCY INFORMED CONSENT:**

Prior to radiology, the patient was asked if she is pregnant and to the best of her knowledge she is not pregnant at this time.

**Xray, Cervical, 2-3V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: 2 views AP Lateral

**X-Ray Findings/Interpretation:**

## Assessment / Plan

None recorded.

Return to Office

- Prabhdeep Grewal, MD for POST OP VISIT 10 at MISSION TRAIL OFFICE on 07/31/2020 at 10:40 AM

## Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 07/29/2020.
Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 07/29/2020 at 8:15pm

**Encounter Date: 07/16/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 07/16/2020 10:10AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

follow-up

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

**GARZA, LYNN (id #755601, dob:**

CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS TX 78209, Ph (210) 202-3579, Fax (210) 202-3589

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 07/16/2020 10:23 am | **Wt:** | 176 lbs 07/16/2020 10:23 am | **BMI:** | 32.2 07/16/2020 10:23 am |
| **BP:** | 124/86 07/16/2020 10:23 am | **Pulse:** | 176 bpm 07/16/2020 10:23 am | **Pain Scale:** | 8 07/16/2020 10:24 am |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 07/01/20 | filled |
| **clobetasoL 0.05 % scalp solution** | 06/22/20 | filled |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/01/20 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 07/01/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/01/20 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 06/19/20 | filled |
| **ketoconazole 2 % shampoo** | 06/22/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 07/01/20 | filled |
| **ondansetron HCL 4 mg tablet** | 07/01/20 | filled |
| **spironolactone 50 mg tablet** | 06/22/20 | filled |
| **tiZANIdine 4 mg tablet**<br>TAKE 1 - 2 TABS BY MOUTH EVERY DAY AT BEDTIME AS NEEDED FOR SPASMS | 07/11/20 | renewed |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/18/20 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/18/20 | entered |
| **zolpidem 10 mg tablet** | 07/01/20 | filled |

## Problems

Reviewed Problems
No known problems

- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Reviewed Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

She comes in here today for followup. Still ongoing pain in the left upper limb. Her husband is accompanying her because she has difficult time remembering things. She has pain that was unbearable despite taking hydrocodone and she is also taking tizanidine and nortriptyline. She denies any progressive weakness or bowel or bladder changes. She states that she has not been deemed to be a candidate yet for disability, but she is schedule to undergo a spinal cord stimulator trial procedure by Dr. Grewal on July 27. She denies any progressive weakness or bowel or bladder changes.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain**
**Denies:Back Pain,Limited range of motion,Night Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**
**Unchanged.**

## Physical Exam

Patient is a 48-year-old
female.

Her exam shows exquisite sensitivity and pain along the scar particularly along the left upper limb, particularly with referred symptoms into the hand. There is decreased grip strength and decreased ability to make e fist,spread her fingers out, interossei, wrist extension, and flexion ebout 3/5 because of ongoing pain with allodynia. She feels cool as well as dusky particularly along the

scar. There is no focal atrophy. Normal proximal strength. Normal muscle tone.

## Procedure Documentation

None recorded.

## Assessment / Plan

**ASSESSMENT**
Status post proximal and distal extensive median nerve release with extensive scar tissue causing extreme neuropathic pain with sympathetic features.

**PLAN**
At this point, she will continue with her current medication regimen. We will do an intramuscular steroid injection to help reduce the swelling and inflammation. After discussing the risks and benefits, the patient gave consent and prepped with alcohol, injected with 25-gauge 1-inch needle, and injected 80 mg of Kenalog and 3 mL of 1% preservative free Xylocaine. She tolerated the procedure well. The needle was then withdrawn. She will follow up with me in 6 weeks. Continue current medication regimen. Call if she gets worse in the meantime.

The patient is not able to compete in the workplace due to the fact that she cannot utilize her left upper limb. This is due to the fact that she has severe ongoing neuropathic pain with sympathetic features. The patient will follow up with me in about 6 weeks. Call if she gets worse in the meantime. All questions were answered.

**Long-term drug therapy**
Z79.891: Long term (current) use of opiate analgesic
- 9+OXYCO+ALC-UNBUND, ORAL FLUID-770031-P - Specimen source: Saliva Note to Lab: acct#42074700

### Return to Office
- Prabhdeep Grewal, MD for SURGERY 10 at ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO on 07/27/2020 at 09:00 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 5 at MISSION TRAIL OFFICE on 07/29/2020 at 10:00 AM
- Prabhdeep Grewal, MD for POST OP VISIT 10 at MISSION TRAIL OFFICE on 07/31/2020 at 10:40 AM

## Encounter Sign-Off
Encounter signed-off by Ephraim K Brenman, DO, 07/17/2020.
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 07/17/2020 at 9:37am

**Encounter Date: 07/02/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 07/02/2020 10:10AM |
| **DOB** | | **Service Dept.** | BABCOCK OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

Patient here for Neck Pain

FU CERVICAL

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119
CVS 17645 IN TARGET (ERX): 1223 AUSTIN HWY, ALAMO HEIGHTS TX 78209, Ph (210) 202-3579, Fax (210) 202-3589

## Vitals

**BP:** 135/97 sitting R wrist **BMI:** 32.7 07/02/2020 09:59 **Ht:** 5 ft 2 in 07/02/2020

GARZA, LYNN (id #755601, dob:

07/02/2020 10:04 am | am | 09:59 am

Pain Scale: 8 07/02/2020 10:03 am

Pulse: 104 bpm regular 07/02/2020 10:04 am

T: 97.3 F° 07/02/2020 10:03 am

Wt: 179 lbs 07/02/2020 09:59 am

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 07/01/20 | filled |
| **clobetasoL 0.05 % scalp solution** | 06/22/20 | filled |
| **dextroamphetamine-amphetamine 30 mg tablet**<br>75 mg. | 07/01/20 | filled |
| **dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release** | 07/01/20 | filled |
| **escitalopram 20 mg tablet**<br>20 mg. | 07/01/20 | filled |
| **HYDROcodone 5 mg-acetaminophen 325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 06/19/20 | filled |
| **ketoconazole 2 % shampoo** | 06/22/20 | filled |
| **nortriptyline 50 mg capsule**<br>50 mg. | 07/01/20 | filled |
| **ondansetron HCL 4 mg tablet** | 07/01/20 | filled |
| **spironolactone 50 mg tablet** | 06/22/20 | filled |
| **tiZANidine 4 mg tablet**<br>take 1 - 2 tabs po qhs prn spasms | 07/01/20 | filled |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/18/20 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/18/20 | entered |
| **zolpidem 10 mg tablet** | 07/01/20 | filled |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Reviewed Family History

Father
- Diabetes mellitus
- Depressive disorder

| | |
|---|---|
| Mother | - Hypertensive disorder<br>- Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease |
| Sister | - Heart disease<br>- Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Documents for Discussion

**Discussed the following documents:**
- NEW PATIENT REGISTRATION - 07/02/20
- PROMIS SCORE - 07/02/20
- Clinical Document - 07/02/20
  Notes - Patient Facesheet
- Clinical Document - Record of Care - 07/02/20

## Screening

| Name | Score | Notes |
|---|---|---|
| Neck Disability | 72 | |

## HPI

Ms Garza presents for Pretrial appt for scs trial

Procedure discussed in detail.

Scheduled and patient also had opportunity to meet with Medtronic representative today also to discuss the week of trial and coordinating feedback and reprogramming as needed.

from previous visit.

She has undergone vascular workup and is noted to have concominant brachial vein thrombosis as suspected however vascular surgeon does not rec any intervention as it is chronic and advised to take aspirin.

Her pain continues and is severe. she has failed usual extensive tx options for CRPS.

**GARZA, LYNN (id #755601, dob:**

A trial of spinal cord stimulation was approved but has expired since authorization as scheduling has been delayed due to COVID pandemic and local shelter in place orders.

From Initial Visit:

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtlaned a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion,Night Pain**
**Denies:Back Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**

**ROS as noted in the HPI**

## Physical Exam

Patient is a 48-year-old
female.

Constitutional: well-developed, well-nourished, and in no acute distress, appearing stated age,
HEENT: NCAT, Pupils are equal, round,
Pulmonary: Effort normal. No respiratory distress
Skin: No ecchymosis, no rashes noted
Psychiatric: Mood, memory, affect and judgment normal
MSK LUE
Sensory: diffuse allodynia to light touch, L with significant guarding nondermatoal

Vasomotor: Cooler to touch skin color changes incl mottling and darkening

Sudomotor/edema: Diffuse hand Edema

Motor/trophic: Decreased range of motion fist formation and wrist flexion and extension trophic changes including skin and nail growth
Neuro: AA&Ox3,

## Procedure Documentation

None recorded.

Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

Chronic pain.

ORT - low

phq9 - mild

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

Baseline PROMIS SCORES obtained today and reviewed and uploaded.

Plan

1. Schedule SCS trial. r/b/a d/w pt ? addressed.

2.

As noted previous visit.

Psychological Evaluation for Behaviourel Assessment to evaluate candidacy for Trial of spinal cord stimulation. reviewed

Cervical MRI has been done and no central stenosis noted.

Has exhausted extensive conservative tx over past several yrs. Is tkaing chronic opioids without improvement. Has failed interventional injections w/ Dr Brenman with no lasting relief

Evaluated by Ortho surgeon and Vascular Surgeon and not a surgical candidate. Significant impact on ADLs. unable ot perform dya to day tasks due to pain including housework, grocery shopping and self care. We discussed Trial of Spinal cord stimulation for CRPS/Causalgia if > 80% improvement in pain and activity tolerance will consider permanent implantation.

Risks benefits and alternatives discussed with patient in detail. Procedure and modality discussed at length and goals of treatment reviewed.

Risk stratification per ASIPP guidelines . will proceed with appropriate recommended precautions / screening

Advised patient to contact office if any acutely worsening symptoms occur

REVIEWED RISK FACTORS FOR COVID-19 - INCLUDING AGE>60, HEART OR LUNG DISEASE, DIABETES, IMMUNOSUPPRESSION, AND TRAVEL. WE DISCUSSED THAT NSAIDS MAY WORSEN COVID-19 INFECTION SYMPTOMS AND THAT THEY SHOULD NOT BE USED TO TREAT COVID-19 SYMPTOMS. PATIENT WAS ALSO INFORMED THAT CORTICOSTEROIDS IN ANY FORM (ORAL OR INJECTABLE) WILL DECREASE IMMUNE RESPONSE AND MAY INCREASE RISK OF COVID-19 INFECTION AND SYMPTOMS.

. **Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb

. **Chronic pain syndrome**
G89.4: Chronic pain syndrome

**Screening procedure**
Z13.31: Encounter for screening for depression

### Return to Office

- Prabhdeep Grewal, MD for SURGERY 10 at ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO on 07/27/2020 at 09:00 AM
- Prabhdeep Grewal, MD for FOLLOW-UP 5 at MISSION TRAIL OFFICE on 07/28/2020 at 10:00 AM
- Prabhdeep Grewal, MD for POST OP VISIT 10 at MISSION TRAIL OFFICE on 07/31/2020 at 10:40 AM

### Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 07/02/2020.
Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 07/02/2020 at 8:56pm

**Encounter Date: 06/18/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (48yo, F) ID# 755601 | **Appt. Date/Time** | 06/18/2020 08:40AM |
| **DOB** | | **Service Dept.** | BABCOCK OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

Patient here for Neck Pain

FU: CERVICAL

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9265 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 128/79 sitting R wrist 06/18/2020 08:44 am | **BMI:** | 32.7 06/18/2020 08:38 am | **Ht:** | 5 ft 2 in 06/18/2020 08:38 am |
| **Pain Scale:** | 10 06/18/2020 08:42 am | **Pulse:** | 81 bpm regular 06/18/2020 08:44 am | **T:** | 97 F° 06/18/2020 08:43 am |
| **Wt:** | 179 lbs 06/18/2020 08:38 am | | | | |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **AdderalL 30 mg tablet**<br>75 mg. | 06/18/20 | entered |
| **Lexapro 20 mg tablet**<br>20 mg. | 06/18/20 | entered |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 06/19/20 | prescribed |

| | | |
|---|---|---|
| **nortriptyline 50 mg capsule**<br>50 mg. | 06/18/20 | entered |
| **tIZANidine 4 mg tablet**<br>take 1 - 2 tabs po qhs prn spasms | 06/18/20 | prescribed |
| **traMADoL 50 mg tablet**<br>50 mg. | 06/18/20 | entered |
| **Xanax 0.5 mg tablet**<br>5 mg. | 06/18/20 | entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Documents for Discussion

**Discussed the following documents:**
- US, DOPPLER, VENOUS - 01/29/20
- NEW PATIENT REGISTRATION - 06/18/20

- Clinical Document - 06/18/20
  Notes - Patient Facesheet
- VASCULAR SURGERY CONSULT NOTE - MICHAEL PECK MD - 04/15/20
- VASCULAR SURGERY CONSULT NOTE - PERIPHERAL VASCULAR ASSOCIATES - 04/15/20
- CONSULT NOTE LETTER - PERIPHERAL VASCULAR ASSOCIATES - 01/29/20
- Clinical Document - 01/10/20
- Clinical Document - 01/10/20
- Clinical Document - 01/10/20
  Notes - Patient Facesheet
- PSYCHOLOGY CONSULT NOTE - ALGOS BEHAVIORAL HEALTH SERVICES - 12/11/19
- PSYCHOLOGY CONSULT NOTE - SEAN CONNOLLY - 12/11/19
- Patient Case - Medication Refill on all three meds - 06/18/20
- Patient Case - Medical question - 04/07/20
  Notes - Thank you Dr Brenman for your prompt response! I will call or message Dr Peck's office with my questions. I will also wait to hear from your office about scheduling the trial of the spinal stimulator when things with COVID19 resolve & things get back to normal. Thank you, Lynn Garza
- Patient Case - Medical question - 04/06/20
  Notes - Hi Dr Brenman. I received a copy of my venous duplex scan after we spoke Friday. I had requested a copy of the report and all that I received was the impression. I called PVA to inquire about additional pages that must be missing and was informed by medical records that there are no additional pages. I know that you recommended a baby aspirin a day, but if this chronic, occlusive DVT could explain the swelling, pain & temperature changes, do you know why removing it wouldn't be recommended? I'm really concerned that if this is causing my pain would a spinal stimulator likely help with my pain? I was just very surprised to see a report that only had an impression without further details. I would appreciate any further information that you could provide. Thank you, Lynn Garza
- Patient Case - 04/03/20
- Patient Case - scs trial - 01/16/20
  Notes - Called pt in attemopt to schedule for SCS Trial (approval received and scanned in), per pt will do vascular study (currently has no appt scheduled) ordered by Dr. Brenman first before proceeding with Cervical SCS Trial. Advised i would check back in 4 weeks. Patient agreed.
- Patient Case - Clinical Question - 01/15/20
  Notes - 1/15/20 Pt called and states she forgot to ask for a return to work note stating no use of it hand/no duty. Please email note to pt at - lae9q3@gmail.com Thank you,
- Patient Case - Medication ? - 12/10/19
  Notes - Patient called stated at last office visit a rx was suppose to be called into Galaxy pharmacy. She stated it was a compund medication.
- Clinical Document - Record of Care - 06/18/20
- Clinical Document - Record of Care - 01/10/20

## Screening

| Name | Score | Notes |
|---|---|---|
| Neck Disability | 92 | |

## HPI

Ms Garza presents for followup today to schedule SCS trial for CRPS.

She has undergone vascular workup and is noted to have concominant brachial vein thrombosis as suspected however vascular surgeon does not rec any intervention as it is chronic and advised to take aspirin.

Her pain continues and is severe. she has failed usual extensive tx options for CRPS.

A trial of spinal cord stimulation was approved but has expired since authorization as scheduling has been delayed due to COVID pandemic and local shelter in place orders.

From Initial Visit:

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness**
**Denies:Muscle Aches,Joint Pain,Back Pain,Limited range of motion,Night Pain**
**Neurologic**
**Confirms: None**
**Denies:Weakness,Numbness/Tingling**

## Physical Exam

Patient is a 48-year-old
female.

Constitutional: well-developed, well-nourished, and in no acute distress, appearing stated age,
HEENT: NCAT, Pupils are equal, round,
Pulmonary: Effort normal. No respiratory distress
Skin: No ecchymosis, no rashes noted
Psychiatric: Mood, memory, affect and judgment normal
MSK LUE
Sensory: diffuse allodynia to light touch, L with significant guarding nondermatoal

Vasomotor: Cooler to touch skin color changes incl mottling and darkening

Sudomotor/edema: Diffuse hand Edema

Motor/trophic: Decreased range of motion fist formation and wrist flexion and extension trophic changes including skin and nail growth
Neuro: AA&Ox3,

## Procedure Documentation

None recorded.

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

Chronic pain.

ORT - low

phq9 - mild

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

Plan

1. will obtain extension for SCS authorisation and proceed with trial scheduling.

**GARZA, LYNN (id #755601, dob:**

2.

As noted previous visit.

Psychological Evaluation for Behavioural Assessment to evaluate candidacy for Trial of spinal cord stimulation.

Cervical MRI has been done and no central stenosis noted.

Has exhausted extensive conservative tx over past several yrs. Is tkaing chronic opioids without improvement. Has failed interventional injections w/ Dr Brenman with no lasting relief

Evaluated by Ortho surgeon and Vascular Surgeon and not a surgical candidate. Significant impact on ADLs. unable ot perform dya to day tasks due to pain including housework, grocery shopping and self care. We discussed Trial of Spinal cord stimulation for CRPS/Causalgia If > 80% improvement in pain and activity tolerance will consider permanent implantation.

Risks benefits and alternatives discussed with patient in detail. Procedure and modality discussed at length and goals of treatment reviewed.

Risk stratification per ASIPP guidelines . will proceed with appropriate recommended precautions / screening

Advised patient to contact office if any acutely worsening symptoms occur

REVIEWED RISK FACTORS FOR COVID-19 - INCLUDING AGE>60, HEART OR LUNG DISEASE, DIABETES, IMMUNOSUPPRESSION, AND TRAVEL. WE DISCUSSED THAT NSAIDS MAY WORSEN COVID-19 INFECTION SYMPTOMS AND THAT THEY SHOULD NOT BE USED TO TREAT COVID-19 SYMPTOMS. PATIENT WAS ALSO INFORMED THAT CORTICOSTEROIDS IN ANY FORM (ORAL OR INJECTABLE) WILL DECREASE IMMUNE RESPONSE AND MAY INCREASE RISK OF COVID-19 INFECTION AND SYMPTOMS.

**Complex regional pain syndrome of upper limb**

G90.519: Complex regional pain syndrome I of unspecified upper limb

- tizanidine 4 mg tablet - take 1 - 2 tabs po qhs prn spasms Qty: 60 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

Return to Office

- Prabhdeep Grewal, MD for PATIENT VISIT at BABCOCK OFFICE on 07/02/2020 at 10:10 AM

## Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 06/20/2020.
Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 08/20/2020 at 4:08pm

**Encounter Date: 04/03/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 04/03/2020 10:10AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

## Chief Complaint

follow-up

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax

GARZA, LYNN (Id #755601, dob:
(913) 588-2061 NPI: 1457549446

Patient's Pharmacies

CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 01/10/2020)
NKDA

Medications

Reviewed Medications

| | | |
|---|---|---|
| ALENDRONATE SODIUM 40 MG TABS | 12/17/19 | filled |
| ALPRAZOLAM 0.5 MG TABS | 03/02/20 | filled |
| ALPRAZolam 0.5 mg tablet<br>5 mg. | 03/28/20 | filled |
| AMITRIPTYLINE HYDROCHLORIDE 50 MG TABS | 02/26/19 | filled |
| AMOXICILLIN 500 MG CAPS | 03/07/19 | filled |
| AMPHETAMINE/DEXTROAMPHETAMINE 30 MG CP24 | 10/07/19 | filled |
| AMPHETAMINE/DEXTROAMPHETAMINE 30 MG TABS | 10/07/19 | filled |
| ARIPIPRAZOLE 5 MG TABS | 05/03/19 | filled |
| Armour Thyroid 90 mg tablet | 03/27/20 | filled |
| ARMOUR THYROID 90 MG TABS | 02/23/20 | filled |
| buPROPion HCL XL 300 mg 24 hr tablet, extended release | 03/27/20 | filled |
| BUPROPION HYDROCHLORIDE ER (XL) 300 MG TB24 | 11/10/19 | filled |
| clobetasoL 0.05 % scalp solution | 03/27/20 | filled |
| CLOBETASOL PROPIONATE 0.05 % SOLN | 02/26/20 | filled |
| CYCLOBENZAPRINE HYDROCHLORIDE 10 MG TABS | 11/04/19 | filled |
| dextroamphetamine-amphetamine 30 mg tablet<br>30 mg every 12 hours. | 03/27/20 | filled |
| dextroamphetamine-amphetamine ER 30 mg 24hr capsule,extend release | 03/27/20 | filled |
| escitalopram 20 mg tablet<br>20 mg every 24 hours. | 03/27/20 | filled |
| ESCITALOPRAM OXALATE 10 MG TABS | 05/30/19 | filled |
| ESCITALOPRAM OXALATE 20 MG TABS | 10/07/19 | filled |

**GARZA, LYNN (Id #755601, dob:**

| | | |
|---|---|---|
| **GABAPENTIN 600 MG TABS** | 04/09/19 | filled |
| **HYDROCODONE/ACETAMINOPHEN 5-325 MGTABS** | 01/10/20 | filled |
| **HYDROCODONE/ACETAMINOPHEN 7.5-325 MG TABS** | 03/07/19 | filled |
| **HYDROXYZINE HCL 50 MG TABS** | 11/27/19 | filled |
| **HYDROXYZINE HYDROCHLORIDE 50 MG TABS** | 06/27/19 | filled |
| **KETOCONAZOLE 2 % SHAM** | 02/26/20 | filled |
| **ketoconazole 2 % shampoo** | 03/27/20 | filled |
| **LYRICA 100 MG CAPS** | 04/29/19 | filled |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 04/04/20 | prescribed |
| **nortriptyline 50 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime. | 03/27/20 | filled |
| **NORTRIPTYLINE HCL 25 MG CAPS** | 10/03/19 | filled |
| **NORTRIPTYLINE HYDROCHLORIDE 10 MG CAPS** | 09/19/19 | filled |
| **NORTRIPTYLINE HYDROCHLORIDE 50 MG CAPS** | 02/23/20 | filled |
| **ondansetron HCL 4 mg tablet** | 03/27/20 | filled |
| **ONDANSETRON HYDROCHLORIDE 4 MG TABS** | 12/16/19 | filled |
| **OXYCODONE HYDROCHLORIDE 5 MG TABS** | 04/15/19 | filled |
| **OXYCODONE/ACETAMINOPHEN 10-325 MG TABS** | 04/05/19 | filled |
| **traMADoL 50 mg tablet**<br>TAKE 1 TABLET(S) 3 TIMES A DAY BY ORAL ROUTE. | 02/28/20 | changed |
| **TRAMADOL HCL 50 MG TABS** | 02/28/20 | filled |
| **TRIAZOLAM 0.25 MG TABS** | 11/04/19 | filled |
| **VENTOLIN HFA 108 (90 Base) MCG/ACTAERS** | 03/20/19 | filled |
| **zolpidem 10 mg tablet** | 03/27/20 | filled |
| **ZOLPIDEM TARTRATE 10 MG TABS** | 10/07/19 | filled |

Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

Family History

Family History not reviewed (last reviewed 01/10/2020)

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Social History not reviewed (last reviewed 01/10/2020)
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Surgical History not reviewed (last reviewed 01/10/2020)
- Upper Extremity Surgery - 04/2019

## Past Medical History

Past Medical History not reviewed (last reviewed 01/10/2020)
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

None recorded.

## ROS

None recorded.

## Physical Exam

None recorded.

## Exercise Flowsheet

None recorded.

## Procedure Documentation

None recorded.

## Assessment / Plan

. Pain in left arm
M79.602: Pain in left arm
- Norco 5 mg-325 mg tablet - To be submitted on or around 04/04/2020 Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

Return to Office
None recorded

**Encounter Sign-Off**

Encounter signed-off by Ephraim K Brenman, DO, 04/04/2020.

Encounter performed and documented by Ephraim K Brenman, DO

Encounter reviewed & signed by Ephraim K Brenman, DO on 04/04/2020 at 2:18pm

FN/LN: Lynn Garza
DOB:

HISTORY OF PRESENT ILLNESS: Asynchronous telemedicine visit. The patient reports still having swelling in her left upper limb. She did see Dr. Grewal, who recommend she did see a vascular surgeon, which was done, had ultrasound of the left upper limb that showed a chronic occlusive DVT in the mid brachial vein, otherwise technically difficult due to sensitivity. She still gets swelling and pain. She is not sure what else she can do at this point. She is requesting hydrocodone instead of tramadol due to the pain and sensitivity. She still takes gabapentin as well. She denies any progressive weakness or bowel or bladder changes. Medicines help her function during the day, sleep at nighttime including activities of daily living. She has been doing a home exercise program. She states she would like to change primary care physicians. The one she has currently here in town she states is on the end of her career and still uses paper charts.

REVIEW OF SYSTEMS: Reveals left arm pain.

ASSESSMENT: Status post multiple surgical procedures including what appears to be a lot of neuropathic pain after multiple carpal tunnel releases proximally and distally. This was done back in Kansas City area. She had a repeat EMG nerve conduction study that showed mild-to-moderate left carpal tunnel syndrome and radial neuropathy, but at this point, we did try ultrasound-guided exam and injection, which did not really seem to help.

PLAN: At this point, I will contact Dr. Peck to see if she needs any further treatment for the findings of the left upper limb DVT check and refer back to Dr. Grewal to discuss possible spinal cord stimulator. We will change her tramadol to hydrocodone 5/325, refill upto 3 times a day. Drug risks and interactions were discussed. Recent Texas PMP Aware check showed compliance and consistency. Drug risks and interactions were discussed. Questions answered. She will follow up with me otherwise in 2 months. Also recommend the name of a primary care physician. Also for long-term disability form, we will change this though, they will state no use of the left upper limb.

Ephraim Brenman, MD

Lab Results

**LabCorp** **Patient Report**

Specimen ID: 193-374-0214-0
Control ID: DM942074700

GARZA, LYNN
8919 TIMBER RUN
SAN ANTONIO TX 78250
(913) 449-7315

Acct #: 42074700 Phone: (210) 804-5927 Rte: 00
The SA Orthopedic Group-
Ephraim Brenman, M.D.
400 Concord Plaza #300
San Antonio TX 78216

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 05/05/1972 | Date collected: 07/16/2020 0000 Local | Ordering: E BRENMAN |
| Age(y/m/d): 048/02/11 | Date received: 07/16/2020 | Referring: |
| Gender: F | Date entered: 07/16/2020 | ID: EBRENMAN |
| Patient ID: 755601 | Date reported: 07/22/2020 1710 ET | NPI: 1104836832 |

**General Comments & Additional Information**
Clinical Info: CCU:0293765172 H-00430468
Clinical Info: LM

Total Volume: Not Provided    Fasting: No

**Ordered Items**
9+Oxyco+Alc-Unbund, Oral Fluid

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| 9+Oxyco+Alc-Unbund, Oral Fluid | | | | | |
| . | | | | | 01 |
| Amphetamines | Positive | | | Cutoff=50 | |
| Please Note: Test includes Amphetamine, Methamphetamine, MDA, MDMA and MDEA Confirmation performed by Mass Spectrometry | | | | | 01 |
| Amphetamine | Positive | | | | |
| Amphetamine Confirm | >1000 | | ng/mL | Cutoff=50 | 02 |
| Methamphetamine | Negative | | | Cutoff=50 | |
| MDA | Negative | | | Cutoff=50 | |
| MDMA | Negative | | | Cutoff=50 | |
| MDEA | Negative | | | Cutoff=50 | |
| Barbiturates, OF | Negative | | ng/mL | Cutoff=50 | 02 |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Benzodiazepines, OF | Negative | | ng/mL | Cutoff=20 | 02 |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Marijuana (THC), OF | Negative | | ng/mL | Cutoff=4 | 02 |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Cocaine and Metabolites, OF | Negative | | ng/mL | Cutoff=20 | 02 |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Opiates | Negative | | | Cutoff=40 | |
| Please Note: Test includes Codeine, Morphine, Hydromorphone, Hydrocodone and | | | | | 01 |


This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

LabCorp **Patient Report**

Patient: GARZA, LYNN
DOB: 03/05/1972
Patient ID: 755601
Control ID: DM942074700
Specimen ID: 198-374-0214-0
Date collected: 07/16/2020 0000 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| 6-Acetylmorphine.<br>Confirmation performed by Mass Spectrometry | | | | | |
| Oxycod/Oxymor, OF | Negative | | ng/mL | Cutoff=40 | 02 |
| Test includes Oxycodone and Oxymorphone.<br>This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Phencyclidine, OF | Negative | | ng/mL | Cutoff=10 | 02 |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Methadone, OF | Negative | | ng/mL | Cutoff=10 | 02 |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Propoxyphene, OF | Negative | | ng/mL | Cutoff=40 | 02 |
| This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |
| Ethanol, Oral Fluid | Negative | | % | Cutoff=0.040 | 02 |

| | | | |
|---|---|---|---|
| 01 | HD | LabCorp Houston<br>7207 North Gessner, Houston, TX 77040-3143 | Dir: Kyle Eckue, MD |
| 02 | UI | LabCorp OTS RTP<br>1904 TW Alexander Drive, RTP, NC 27709-0153 | Dir: Niel Abudu, PhD |

For inquiries, the physician may contact Branch: 713-856-8288 Lab: 713-856-8288



This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 713-856-8288

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

sharecare We treat every medical record as if it were our own.

LLAC-40742-7207

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7207
LONDON, KY 40742-7207

V8S48
A2B189572-080620
LYNN GARZA

LOCTX0531
Sep 4 2020 3:06PM

32

## CONFIDENTIAL – MEDICAL RECORDS

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited. If you feel you have received these records in error, please call (800) 560-3800.

Sharecare Health Data Services is the contracted Release of Information (ROI) provider for the source facility for these medical records. If you are interested in learning more about our ROI and related services, please call (800) 560-3800 or visit hds.sharecare.com.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | August 25, 2020 |
| To: | ARNOLD VARDIMAN, MD<br>1139 E SONTERRA BLVD STE 301<br>SAN ANTONIO TX 78258 |
| Attn: | medical records |
| Fax: | (210) 614-2735 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

August 25, 2020

Arnold B. Vardiman, MD
1139 E SONTERRA BLVD STE 301
SAN ANTONIO, TX 78258

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Arnold Vardiman, MD:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2020 through the present

We ask that you provide this information by September 25, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) [illegible] GARZA

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

ARNOLD VARDIMAN, MD
1139 E SONTERRA BLVD STE 301
SAN ANTONIO TX 78258

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

August 26, 2020

Arnold B. Vardiman, MD
1139 E SONTERRA BLVD STE 301
SAN ANTONIO, TX 78258

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant DOB:

Please see enclosed

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | August 25, 2020 |
| To: | ARNOLD VARDIMAN, MD<br>1139 E SONTERRA BLVD STE 301<br>SAN ANTONIO TX 78258 |
| Attn: | medical records |
| Fax: | (210) 614-2735 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

August 25, 2020

Arnold B. Vardiman, MD
1139 E SONTERRA BLVD STE 301
SAN ANTONIO, TX 78258

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Arnold Vardiman, MD:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2020 through the present

We ask that you provide this information by September 25, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

89003881 1 LFP28FD1 00013298

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lucas GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

**From:**Kennedy, Chenta
**Sent:**Tue, 25 Aug 2020 14:47:16 +0000
**To:**'Lynn Garza'
**Subject:**RE: 8820045

Hi,

Thank you for the information, I just faxed over a request on your behalf.


Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:





**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Monday, August 24, 2020 4:29 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Re: 8820045

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello, I am sending information for getting records from Dr Vardiman- the neurosurgeon. I saw him last week and I will see him this Friday August 28.
His information is:
Arnold B Vardiman MD , F.A. C.S
V Benson medical office building
1139 E Sonterra Blvd Suite 301
San Antonio TX 78258
210-477-1956 phone
210-614-2735 Fax
Thank you,
Lynn Garza

sharecare
8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 858.244.1811 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

**SHDS Customer Service**

T: 858.244.1811 F: 858.430.4962 customerserviceshds@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

Retarus Faxolution

sharecare

| | |
|---|---|
| Invoice Number: | V8S48-1 |
| Date: | 08/07/2020 |
| Customer Number: | LLAC-40742-7207 |
| Due: | Upon Receipt |

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
CHENTA KENNEDY
PO BOX 7207
LONDON, KY 40742

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 31 Pages | 1.00 | $25.00 | $25.00 |
| 2 | Pages Copied: from 21 to 50000 | 11.00 | $0.50 | $5.50 |

| | |
|---|---|
| Mailing Cost: | $1.87 |
| Sub Total: | $32.37 |
| Tax: | $0.00 |
| Invoice Total | $32.37 |
| Applied: | $0.00 |
| **Balance Due:** | **$32.37** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: Signature:

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | V8S48-1 |
| Date: | 08/07/2020 |
| Customer Number: | LLAC-40742-7207 |
| Balance Due: | 32.37 |



PAGE 2/2 * RCVD AT 8/21/2020 9:25:39 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6034301776 * CSID:Retarus Faxolution * ANI:12013550972 * DURATION (mm-ss):00-37

sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 858.244.1811 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be canceled.

**SHDS Customer Service**

T: 858.244.1811 F: 858.430.4962 customerserviceshds@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

Retarus Faxolution

sharecare

| | |
|---|---|
| Invoice Number: | V8S48-1 |
| Date: | 08/07/2020 |
| Customer Number: | LLAC-40742-7207 |
| Due: | Upon Receipt |

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
CHENTA KENNEDY
PO BOX 7207
LONDON, KY 40742

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 31 Pages | 1.00 | $25.00 | $25.00 |
| 2 | Pages Copied: from 21 to 50000 | 11.00 | $0.50 | $5.50 |

| | |
|---|---|
| Mailing Cost: | $1.87 |
| Sub Total: | $32.37 |
| Tax: | $0.00 |
| Invoice Total | $32.37 |
| Applied: | $0.00 |
| **Balance Due:** | **$32.37** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: Signature:

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | V8S48-1 |
| Date: | 08/07/2020 |
| Customer Number: | LLAC-40742-7207 |
| Balance Due: | 32.37 |



PAGE 2/2 * RCVD AT 8/7/2020 3:16:55 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6034301776 * CSID:Retarus Faxolution * ANI:12013550972 * DURATION (mm-ss):00-37

# Facsimile Transmittal Sheet

**TO:**
Liberty Mutual

**FROM:**
Customer Resource Center

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

**DATE:**
8/7/2020

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:**
3

**RE:**
Lynn Garza
(8820045)

**DIRECT FAX NUMBER:**
877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.℠*

August 7, 2020

Chenta Kennedy
LTD Claims Examiner
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

**RE: Lynn Garza**
**LTD: 8820045**

Dear Chenta Kennedy:

Please be advised that we filed Ms. Garza's *Initial application* with the Social Security Administration (SSA) today.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at (866) 692-9031 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

20200717 00716119 002 10

Advocator Group

**AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE**

I hereby authorize Lincoln Financial Group to release all information from my long-term disability file to The Advocator Group at 101 Edgewater Drive, Suite 260, Wakefield, MA 01880, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X ______________
Lynn Garza

X 07-15-2020
Date

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Thu, 30 Jul 2020 10:18:56 -0500
**To:**Kennedy, Chenta
**Subject:**Re: 8820045

Both of my current pain management physicians are in this group. Doctor Brenman and Dr Grewal are in the same clinic. Dr Grewal is a pain interventionalist at TSAOG. Dr Brenman is my primary pain management contact. He referred me to Dr Grewal for the spinal cord stimulator. I had it place Monday (the trial) and I am to follow up tomorrow- Friday July 31. I also saw a vascular physician at Peripheral Vascular Associates who did a vascular study and located a chronic venous thrombosis I believe I'm my left brachial region. I'm not sure if I have that correctly but I believe that I have sent these results to you previously. The name of the doctor is De Peck- Medical Center 9153 Huebner Rd, San Antonio TX 78240. Phone (210) 6147414
Fax (210)616-0509. I hope that this addresses the questions that you asked. Please email me back if you have any questions.
Sincerely,
Lynn Garza

On Thu, Jul 30, 2020 at 9:59 AM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Hi,

I re-faxed over to TSAOG pending their response, could you tell me who the other treating provider is outside of this facility? I got your forms but they are a little blurry and I cant make out the name or number so I can request the records.

Thank you

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Monday, July 20, 2020 3:08 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Re: 8820045

I received a message that said that they (TSAOG) do have me listed as a patient. The lady at medical records ask that you please resend the fax to 210-678-4136.

Her phone number ( Kathy) is 210- 804-6848.

She didn’t mention WHY she responded that I’m not a patient there, but I imagine that she didn’t pay attention to what she was doing.

Thank you,

Lynn Garza

On Mon, Jul 20, 2020 at 11:14 AM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Hi,

Okay, I just re-faxed to the number you provided.  See what they say and let me know.

Thanks for your assistance

Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:



**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Monday, July 20, 2020 11:40 AM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Re: 8820045

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I just called the medical records office and had to leave a message. The recording however did list the same fax number that you have. If I don't hear from her by this afternoon or tomorrow morning at the latest, I will call the front desk and see if they can help.

Thank you,

Lynn Garza

On Mon, Jul 20, 2020 at 10:17 AM Lynn Garza <lae9q3@gmail.com> wrote:

That is so odd. You've received my records from them previously- correct?

TSAOG

THE ORTHOPEDIC Institute

400 Concord Plaza Dr

San Antonio 78216

main operators: 210-804-5400

Appointments: 210-281-9595

Fax: 210-582-2670

Medical records: 210-804-6848

I see Dr Brenman at the Concord Office

And I've seen Dr Grewal there before as well.

Most recently I saw Dr Grewal at the Babcock office but it should all be located within the same charting system. I'm not sure where you requested the records from previously but I couldn't find the 210-678-4136 number on the website. I could only see the main fax number of 210-582-2670.

2nd location

Christus Santa Rosa NW Tower 1

2829 Babcock RD

San Antonio 78229

Up coming appointments with Dr Grewal

7/27/2020

7/29/2020

7/31/2020

I can call the medical records number and ask them for the fax line. The response scribbled in response just says "patient not located in our system"? No name of the person who wrote that?

Lynn Garza

On Mon, Jul 20, 2020 at 9:50 AM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

> Hi,
>
> Please see response form TSAOG,  Am I faxing to the wrong location for your medical records?

Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:




Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to

> which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | July 30, 2020 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

July 30, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Lynn Garza's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 20, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-REQUEST-PROVIDER-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | July 20, 2020 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 804-6848 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

July 20, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by August 20, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn Garza

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

TSAOG
400 CONCORD PLAZA DR
SAN ANTONIO TX 78216

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

July 29, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by August 21, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-REQUEST-PROVIDER-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | July 20, 2020 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 804-6848 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

July 20, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by August 20, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

89093811 LFP28FD1 00013288

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn Garza

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | July 20, 2020 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 804-6848 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

July 20, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by August 20, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-07.20.2020

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lexani GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 7/14/2020

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-17 0

June 30, 2020

Ms. Lynn Garza

0000381 | LFP28HD1 00019289

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the April 7, 2021 month, you must be disabled from any occupation. As your benefits began on April 8, 2019, the change in definition will occur on April 8, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by July 29, 2020:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Family Information Questionnaire
- X SS Reimbursement Agreement
- ___ Other

Lincoln Financial Group®

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

000038 | CFPZ6FD | 0001320 | E

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Lynn Garza ______ Date of Birth

Employer: Sisters of Charity of Leavenworth Health System, Inc. Policy/Plan Sponsor No. 06 - 061065

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) ______

(Address) 5919 Timber Run San Antonio TX 78250

(Date) 6-8 2022

*Please retain a copy for your records or one can be provided upon request.*

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

9/003611 LFP76FD1 00013286

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LEANN GARZA

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: [illegible]

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No: (603) 430-1776

0000303 | LF7266P01 | 0001 3989

**Return to:** Chenta Kennedy

**EMPLOYEE/CLAIMANT NAME:** Lynn Garza **CLAIM #:** 8820045
**EMPLOYER:** Sisters of Charity of Leavenworth Health System, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Init.) | Social Security # | Email Address |
|---|---|---|
| GARZA LYNN A | | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | MARRIED |

| Spouse's Full Name and Date of Birth | Number of Children | Date of Birth of Children |
|---|---|---|
| MARK RICE | 1 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death)
Name MARK RICE Relationship to you? HUSBAND Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other change to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** LYNN GARZA

**DATE:** 6-8-2020 **EMPLOYEE'S SIGNATURE:** [signature]

DP 400

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Cherita Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, I DATE OF BIRTH:

00003511 LFP26FD1 00013290

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: MARK RUIZ DOB:

Do you have children or dependents*? Yes X No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Richard & Riley Garza [illegible] | | N/A | NO | N/A |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (If applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Your Name: LYNN GARZA Date:

# ACTIVITIES QUESTIONNAIRE

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy



EMPLOYEE/CLAIMANT NAME: Lynn Garza

CLAIM NO: 8820045 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc.

00063511 LFP26FD 10001938

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston

How long are you able to:

sit ~3 HR increments stand ~2 HR increment due to dysfunction discomfort when arm is down walk ~30 [illegible]

How many hours a day do you:

sit ~3 HR increment stand >2 HRS increments walk —

Do you take a nap during the day?

Yes ______ No X

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? 6 HRS

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ~3 HR increments

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Call. No activities due to unable to use left (dominant) hand

Do you have children?

Yes X No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? ~2 x [illegible]

On the weekends? Once

How often do you run errands? No longer run errands

Please describe what errands you most commonly run: ______

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE


How often do you get outdoors? DAILY

Are you left or right hand dominant? Left X Right ____

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None X 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills ____ Read news/articles ____ Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: WEB BROWSER TO PAY BILLS

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: COPY PRINT

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | HUSBAND/MOTHER | YES |
| Carrying groceries into the house | HUSBAND/PARENT | YES |
| Cooking meals | HUSBAND/MOTHER | YES |
| Cleaning after meals | HUSBAND/PARENT | YES |
| Cleaning bathrooms | HUSBAND/PARENTS | YES |
| Vacuuming | HUSBAND/MOTHER | YES |
| Doing the laundry | HUSBAND/MOTHER | YES |
| Opening and responding to mail | SELF/HUSBAND | YES |
| Managing your finances | HUSBAND | NO |
| Balancing your checkbook | HUSBAND | NO |
| Bathing yourself | SELF | YES - HELP WASHING BACK |
| Styling your own hair | SELF | NO |
| Getting dressed | SELF/HUSBAND | YES - SMALL HOOKS, BUTTONS, SNAPS |
| Going up and down stairs | SELF/HUSBAND | YES - BALANCE |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact information: ____



00003611 LFPZ6FD 00013284

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**


How often do you travel or take vacation? ONCE/YEAR

Where do you go? How do you get there (transportation method)? FAMILY VISITS / PLANE/DRIVE

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes X No ____

If Yes, please describe WALK ~ 30 MIN

Do you do any Volunteer work? Yes ____ No X NOT ABLE

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

HYPERSENSITIVITY TO FOREARM/HAND, WEAKNESS & PAIN TO DOMINANT HAND. DIFFICULTY CONCENTRATING DUE TO PAIN. FATIGUE OF HAND. HEADACHE DUE TO CONSTANT PAIN IN LEFT ARM [illegible] TO FINGERS. GRASPING ITEMS ARE DIFFICULT AND HAND SHAKES DUE TO FATIGUE AND PAIN. UNABLE TO USE DOMINANT ARM/HAND AND UNABLE TO CONCENTRATE.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

WAKE, SHOWER, DRESS, EAT BREAKFAST, READ ARTICLES AND MAGAZINES, GO INTO BACKYARD ON NICE DAYS, LUNCH AND WATCH TV OR READ, DINNER, VISIT WITH PARENTS, BED.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

[illegible]

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this form or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: LYNN GARZA Date: 6-8-20[illegible]

Signature: [signature]

0000361 LFR76FT1 90013356

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2020 to the present *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: DR EPHRAIM BRENMAN
Specialty: PAIN MANAGEMENT
Address: 400 CONCORD PLAZA DR SUITE 300
SAN ANTONIO TX 78216
Telephone No. (210) 504 5400 Fax No.: ( )

Name: DR PRABHDEEP GREWAL
Specialty: PAIN MANAGEMENT
Address: 400 CONCORD PLAZA DR SUITE 300
SAN ANTONIO TX 78216
Telephone No. (210) 504-5400 Fax No.: ( )

Name: DR MICHAEL PECH
Specialty:
Address: 18626 HARDY OAK BLVD
SAN ANTONIO TX 78258
Telephone No. (210) 237-4464 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: BLUE CROSS - BLUE SHIELD KC
Specialty:
Address: 2301 MAIN ST
KANSAS CITY MO 64108
Telephone No.: (888) 989-8842 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS
Specialty:
Address: 9285 CULEBRA
SAN ANTONIO TX
Telephone No.: (210) 521 5315 Fax No.: ( )

Name: OPTUM RX
Specialty: ONLINE PHARMACY
Address:
Telephone No.: (800) 788 4863 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

2002

SIGNATURE: [signature] DATE: 7/11/2022

0000361 LFPZ8FD 00013288

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-17[illegible]

June 30, 2020

Ms. Lynn Garza

0000381 | LFPZ8H01 00019209

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the April 7, 2021 month, you must be disabled from any occupation. As your benefits began on April 8, 2019, the change in definition will occur on April 8, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by July 29, 2020:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Family Information Questionnaire
- X SS Reimbursement Agreement
- ___ Other

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Lincoln Financial Group®

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Lynn Garza Date of Birth:

Employer: Sisters of Charity of Leavenworth Health System, Inc. Policy/Plan Sponsor No. 06 - 061065

A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature)

(Address) 5919 Timber Run San Antonio TX 78250

(Date) 6-8-2022

*Please retain a copy for your records or one can be provided upon request.*

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

9/0003611 LFP26FD1 00013286

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lyan Garza

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8870045 Date: ____________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Chenta Kennedy

**EMPLOYEE/CLAIMANT NAME:** Lynn Garza  **CLAIM #:** 8820045
**EMPLOYER:** Sisters of Charity of Leavenworth Health System, Inc.  **DATE OF BIRTH:**

| Full Name (Last, First, Middle Init.) | Social Security # | Email Address | |
|---|---|---|---|
| GARZA LYNN A | | | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED | |
| Spouse's Full Name and Date of Birth MARK RICE | Number of Children 1 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death)
Name MARK RICE  Relationship to you? HUSBAND  Tel:

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co. or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other change to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** LYNN GARZA

**DATE:** 6-8-2020  **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Cherita Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, I DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: MARK RICE DOB:

Do you have children or dependents*? Yes X No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| [illegible] & Riley Garza [illegible] | | N/A | NO | N/A |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: X
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Your Name: LYNN GARZA Date:

00093511 LFPZ6FD1 00013290

**ACTIVITIES QUESTIONNAIRE**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy



EMPLOYEE/CLAIMANT NAME: Lynn Garza

CLAIM NO: 8820045 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston

How long are you able to:

sit ~3 HR (increments) stand ~2 HR (increment) walk ~30 [illegible]

Due to discomfort [illegible] when arm in down

How many hours a day do you:

sit ~3 HR (increment) stand > 2 HRS (increment) walk —

Do you take a nap during the day?

Yes ______ No X

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? 6 HRS

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ~3 HR (increments)

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Call. No activities due to unable to use left (dominant) hand

Do you have children?

Yes X No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? ~2 x [illegible]

On the weekends? once

How often do you run errands? No longer run errands

Please describe what errands you most commonly run: ______

Lincoln Financial Group®



000036 | LFPZ6FD | 00013284

How often do you get outdoors? DAILY

Are you left or right hand dominant? Left X Right ____

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None X 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
X Pay bills ____ Read news/articles ____ Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: WEB BROWSER TO PAY BILLS

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: COPY PRINT

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | HUSBAND/MOTHER | YES |
| Carrying groceries into the house | HUSBAND/PARENT | YES |
| Cooking meals | HUSBAND/MOTHER | YES |
| Cleaning after meals | HUSBAND/PARENT | YES |
| Cleaning bathrooms | HUSBAND/PARENTS | YES |
| Vacuuming | HUSBAND/MOTHER | YES |
| Doing the laundry | HUSBAND/MOTHER | YES |
| Opening and responding to mail | SELF/HUSBAND | YES |
| Managing your finances | HUSBAND | NO |
| Balancing your checkbook | HUSBAND | NO |
| Bathing yourself | SELF | YES - HELP WASHING BACK |
| Styling your own hair | SELF | NO |
| Getting dressed | SELF/HUSBAND | YES - SMALL ITEMS, BUTTONS, SNAP |
| Going up and down stairs | SELF/HUSBAND | YES - BALANCE |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact information: ____

Lincoln
Financial Group®

ACTIVITIES QUESTIONNAIRE


How often do you travel or take vacation? ONCE/YEAR

Where do you go? How do you get there (transportation method)? FAMILY VISITS / PLANE/DRIVE

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes X No ____

If Yes, please describe WALK ~30 MIN

Do you do any Volunteer work? Yes ____ No X NOT ABLE

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

HYPERSENSITIVITY TO FOREARM/HAND, WEAKNESS & PAIN TO DOMINANT HAND, DIFFICULTY CONCENTRATING DUE TO PAIN, FATIGUE OF HAND, HEADACHE DUE TO CONSTANT PAIN IN LEFT ARM ATTACHED TO FINGERS. GRASPING ITEMS ARE DIFFICULT AND HAND SHAKES DUE TO FATIGUE AND PAIN. UNABLE TO USE DOMINANT ARM/HAND AND UNABLE TO CONCENTRATE.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

WAKE, SHOWER, DRESS, EAT BREAKFAST, READ ARTICLES AND MAGAZINES, GO INTO BACKYARD ON NICE DAYS, LUNCH AND WATCH TV OR READ, DINNER, VISIT WITH PARENTS, BED.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

[illegible]

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: [illegible] GARZA Date: 6-8-20[illegible]

Signature: [signature]

0008361 LFR7BFT1 90019356

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. DATE OF BIRTH: [redacted]

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2020 to the present *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr Ephraim Brenman
Specialty: Pain Management
Address: 400 Concord Plaza Dr Suite 300
San Antonio TX 78216
Telephone No. (210) 504 5403 Fax No.: ( )

Name: Dr Prabhdeep Grewal
Specialty: Pain Management
Address: 400 Concord Plaza Dr Suite 300
San Antonio TX 78216
Telephone No. (210) 504-5400 Fax No.: ( )

Name: Dr Michael Peck
Specialty:
Address: 18626 Hardy Oak Blvd
San Antonio TX 78258
Telephone No. (210) 233-4464 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross - Blue Shield KC
Specialty:
Address: 2301 Main St
Kansas City Missouri 64108
Telephone No.: (888) 989-8842 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS
Specialty:
Address: 9285 Culebra
San Antonio TX
Telephone No.: (210) 521 5325 Fax No.: ( )

Name: Optum Rx
Specialty: Online Pharmacy
Address:
Telephone No.: (800) 788 4863 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

2 of 2

SIGNATURE: [signature] DATE: 7/11/2022

0000361 LFPZ8FD 00013288

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Fri, 17 Jul 2020 10:20:56 -0500
**To:**Kennedy, Chenta
**Subject:**Forms
**Attachments:**2020-07-15_Liberty_Financial_Questionaire.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I am sending the forms back to you as an attachment. I also wanted to let you know that I've spoken with the Advocacy Group and am enlisting their services. I also had an appointment yesterday with my pain management doctor, Dr Brenman at TSAOG. So there will be an additional note to request from the office. Visit 7/16/2020
Thank you,
Lynn Garza

9/003611 LFP26FD1 00013286

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lyan Garza

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative ____________

Date of Birth: ____________ Claim Number: 8870045 Date: ____________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | July 13, 2020 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

July 13, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by August 13, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.08.2019

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 10/26/19

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (888) 437-7611 x13934
Fax No.: (603) 430-1776

## Social Security Assistance Program Vendor Referral

Vendor: The Advocator Group

| | | | |
|---|---|---|---|
| Claim #: | 8820045 | Employer Name: | SISTERS OF CHARITY LEAVENW ORTH |
| Claimant Name: | LYNN GARZA | Claimant SSN: | |
| Claimant Address: | | Claimant DOB: | |
| | | Claimant DOD: | 10/9/2018 |
| | | Claimant Tel. #: | |
| City: | | Marital Status: | M |
| State: | | Zip | 7 |
| Diagnosis: | Pain in left hand | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Spouse DOB: | | Funding: | FI: | YES | ASO: | NO |
| Number of Children < 19: | | SS Offset: | Primary: | NO | Family: | NO |

| | | | |
|---|---|---|---|
| Level Of Last SS Denial: | Application | Claim Status: | AP |
| Date of Last Denial: | | | |

Documentation Submitted:

| | | | |
|---|---|---|---|
| Job Description: | NO | Voc/Rehab Review: | NO |
| TE&E: | NO | Copies of SS decisions: | NO |
| Medical Evidence (hospital records, narratives, IME's, test results, etc.): | | | NO |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Instructions/Comments for Vendor:

please contact Ms. Garza to discuss your services and filing her appeal

Services Requested By: Chenta Kennedy    Date: Tuesday, June 30, 2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

June 30, 2020

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the April 7, 2021 month, you must be disabled from any occupation. As your benefits began on April 8, 2019, the change in definition will occur on April 8, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by July 29, 2020:

- X Activities Questionnaire Form
- X Authorization - Medical
- X Claimant Information Form
- X Claimant Supplementary Statement
- X Family Information Questionnaire
- X SS Reimbursement Agreement
- __ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
SS Reimbursement Agreement

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy ____________________



EMPLOYEE/CLAIMANT NAME: Lynn Garza ____________________

CLAIM NO: 8820045 ____________ DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. ____________

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day? ____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car? ____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ________________________________________

If Yes, how long are you able to drive a car? ____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week?____________

On the weekends?____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

________________________________________

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left _____ Right _____

Are you able to work in your garden? Yes _____ No _____

Are you able to work on your house? Yes _____ No _____

Are you able to wash your car? Yes _____ No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos Other: ______________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ______________

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _____ No _____

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: ____ ________ Claim Number: 8820045 Date: ____________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 04/01/2020 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ___________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Chenta Kennedy

**EMPLOYEE/CLAIMANT NAME:** Lynn Garza **CLAIM #:** 8820045
**EMPLOYER:** Sisters of Charity of Leavenworth Health System, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:**______________________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, I DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: __________________ DOB: ________

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________ Date: ______________

LINCOLN FINANCIAL GROUP
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Lincoln Financial Group®

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Lynn Garza Date of Birth: ___________

Employer: Sisters of Charity of Leavenworth Health System, Inc. Policy/Plan Sponsor No. 06 - 061065

**A) If disability benefits are approved I request that Lincoln Life Assurance Company of Boston pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.**
4) **I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.**
6) **I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) ____________________

(Address) ____________________

(Date) ____________________

***Please retain a copy for your records or one can be provided upon request.***

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Mon, 29 Jun 2020 16:03:14 -0500
**To:**Kennedy, Chenta
**Subject:**Update on treatment plan- Lynn Garza

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi, I just wanted to give you an update on my healthcare and treatment plan. I saw Dr Grewal (pain management and specialist in complex regional pain syndrome) about 10 days ago to discuss the spinal stimulator implant. The office has to get approval again from insurance to make sure that it's covered as the previous authorization expired due to covid delays.
I will meet with Dr Grewal again on July 2- (this Thursday) for an appointment and to meet with the representative of the implant- possibly for the trial implementation. I have a message into the clinic office to make sure that the recent increase in covid cases and deaths in Texas- specifically San Antonio, won't affect my procedure. There was an emergency notification sent to the city that hospitals are reaching capacity.
I will send you another update after I meet with Dr Grewal on Thursday.
Sincerely,
Lynn Garza

**From:**Kennedy, Chenta
**Sent:**Wed, 20 May 2020 14:26:30 +0000
**To:**Lynn Garza
**Subject:**RE: Lynn Garza LTD

Morning,

Thank you for the update, please keep me updated as your treatment is set up in the next few weeks.

Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:




**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Wednesday, May 20, 2020 9:38 AM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Lynn Garza LTD

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Chenta, I just wanted to let you know that due to the issues with COVID 19 I haven't been able to have appointments with anyone and of course my spinal cord stimulator trial can't be scheduled at this time. I don't have any new visits to send you. I'm hopeful that as things start to reopen my stimulator trial can be scheduled.
Sincerely,
Lynn Garza