Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No: (800) 291-0112
Secure Fax No: (603) 430-1776

March 11, 2020

Tasog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Physical therapy notes from September 21, 2019 to the present

We ask that you provide this information by April 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.





EXHIBIT
3, part 3

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.08.2019

MEDICAL RECORD REQUEST for GARZA, LYNN (47yo F) #755601
Mar. 12. 2020 10:59AM No. 4852 P. 112

03/11/20 09:31:02 Lincoln Financial -> FaxGate Lincoln Financial Gr Page 001

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

GARZA, LYNN 05/05/72 #755601 MEDICA

*48318474494 First Page A-LtdRecReq

| | |
|---|---|
| Date: | March 11, 2020 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br>Sisters of Charity of Leavenworth Health System, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

MEDICAL RECORD REQUEST for GARZA, LYNN (47yo F) #755601
Mar. 12. 2020 10:59AM No. 4852 P. 115

03/11/20 09:32:14 Lincoln Financial -> FaxGate Lincoln Financial Gr Page 004

Lincoln Financial Group

GARZA, LYNN 05/03/72 #755601 MEDICA

• 4631847494 Last Page A-MedRecReq

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number 8820081 Date: 10/24/19

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

GARZA, LYNN (id #755601, dob:

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 01/10/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 01/10/2020 11:00AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

### Chief Complaint

follow-up

carpal tunnel and neck pain f/u

### Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

### Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 01/10/2020 10:59 am | **Wt:** | 179 lbs 01/10/2020 11:05 am | **BMI:** | 32.7 01/10/2020 11:05 am |
| **BP:** | Not Performed - Not indicated 01/10/2020 11:06 am | **Pulse:** | 85 bpm 01/10/2020 11:06 am | **Pain Scale:** | 7 01/10/2020 11:05 am |

### Allergies

Reviewed Allergies

NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **AdderalL 30 mg tablet**<br>30 mg every 12 hours. | 01/10/20 | entered |
| **Lexapro 20 mg tablet**<br>20 mg every 24 hours. | 01/10/20 | entered |
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 01/10/20 | prescribed |
| **nortriptyline 50 mg capsule**<br>50 mg. | 01/10/20 | entered |
| **Ultram 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 01/10/20 | prescribed |
| **Xanax 0.5 mg tablet**<br>5 mg. | 01/10/20 | entered |

### Problems

Reviewed Problems

No known problems

- Cervical radiculopathy - Onset: 10/03/2019

**GARZA, LYNN (id #755601, dob:**

- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History

- Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

She comes in here today for followup. She is still having the same symptoms of coldness feeling. She has seen Dr. Montanez who opined against surgery and he recommended Vascular Surgery evaluation. She had seen Dr. Grewal who already sent her for psychological evaluation, also recommended vascular surgeon's opinion. They were not ordered. Still complains of fullness, requesting refill of her current medication regimen, helps her to function during the day and sleep at nighttime. Without the medicine, pain level is 8 to 9/10 and with the medicine, pain level is 4 to 5/10. Helps activities of daily living including dressing, bathing, driving, sleeping, and transferring.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Limited range of motion**
**Denies:Muscle Weakness,Joint Pain,Back Pain,Night Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**
**Unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Exam shows coldness in the left hand. Normal distal pulses. Well-healed surgical scar with sensitivity with allodynia. No atrophy. Negative Spurling's maneuver.

EMG showed mild carpal tunnel syndrome and radial neuropathy.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Possible vascular compromise. However, also could be still ongoing left upper limb complex regional pain syndrome sympathetic features.

PLAN
At this point is to do a vascular surgeon opinion with Dr. Peck and if negative, workup to consider would be moving forward with spinal cord stimulator trial evaluation. Questions answered. Drug risks and interactions were discussed. Recent urine drug screen in September showed compliance. Follow up with me in 3 months.

**1. Pain in left arm**
M79.602: Pain in left arm

- VASCULAR SURGERY REFERRAL - Schedule Within: provider's discretion Note to Provider: Please call pt and schedule Reason for Referral: Lt UE circulation
- Norco 5 mg-325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- Ultram 50 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 04/03/2020 at 10:10 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 01/13/2020.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 01/13/2020 at 8:19am

**Encounter Date: 12/02/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 12/02/2019 02:30PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Patient here for Neck Pain

left arm

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2081 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 88/54 sitting R wrist 12/02/2019 02:40 pm | **BMI:** | 32.7 12/02/2019 02:37 pm | **Ht:** | 5 ft 2 in 12/02/2019 02:36 pm |
| **Pain Scale:** | 7 12/02/2019 02:37 pm | **Pulse:** | 53 bpm 12/02/2019 02:40 pm | **Wt:** | 179 lbs 12/02/2019 02:37 pm |

## Allergies

Reviewed Allergies

**GARZA, LYNN (Id #755601, dob:**

NKDA

## Medications

**Reviewed Medications**

| | | |
|---|---|---|
| **COMPOUNDED MEDICATION**<br>Gabapentin/ Ketamine<br>BID topical | 12/02/19 | prescribed |
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 11/15/19 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 11/15/19 | entered |
| **Ultram 50 mg tablet**<br>50 mg. | 11/15/19 | entered |

## Problems

Reviewed Problems
No known problems

- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease<br>- Heart disease |
| Sister | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History

- Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: Y
Depression: Y
Thyroid Disease: Y

## Documents for Discussion

**Discussed the following documents:**

- OPIOID RISK TOOL (ORT) - 12/02/19

**GARZA, LYNN (Id #755601, dob:**

- PATIENT HEALTH QUESTIONNAIRE-9 - 12/02/19
- NEW PATIENT REGISTRATION - 12/02/19
- MEDICATION REQUEST - 12/02/19
- Patient Portal - Health History Form - 12/02/19
- Clinical Document - 11/20/19
  Notes - Patient Consent Form
- Clinical Document - 11/20/19
  Notes - Patient Facesheet
- Patient Portal - Health History Form - 11/20/19
- Clinical Document - Record of Care - 11/20/19

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 6 (out of 27 for the PHQ-9), Finding: Positive | |
| Opioid Risk | 0 | |
| Neck Disability | 56 | |

## HPI

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

Patient reports **muscle aches, muscle weakness, localized joint pain, Limited range of motion, and Night pain**but reports (normal) back. She reports **weakness and Numbness\Tingling** but reports (normal) consciousness. She reports (normal) no cough, (normal) no fever, (normal) no night sweats, (normal) no chills, (normal) weight, and (normal) normal exercise. She reports (normal) mole, (normal) no change in color of skin, (normal) skin, and no rash. She reports (normal) dry eyes, (normal) no irritation of the eyes, (normal) no vision changes, (normal) gums: no bleeding, (normal) no blurred vision, (normal) throat, (normal) no sneezing, (normal) no nosebleeds (epistaxis), (normal) no sinus problems, (normal) no dizziness, (normal) no headache, and (normal) hearinig. She reports (normal) no wheezing, (normal) no shortness of breath, and (normal) no coughing up of blood. She reports (normal) no chest pain, (normal) no arm pain upon exertion, (normal) no palpitations, (normal) no shortness of breath, and no known heart murmur. She reports (normal) no swollen glands and (normal) no neck stiffness. She reports (normal) no abdominal pain, (normal) no vomiting, (normal) appetite, and (normal) no change in the stool. She reports (normal) no urinary loss of control, (normal) no changes in urinary habits, (normal) urinary frequency, (normal) no blood in urine (hematuria), (normal) emptying, and (normal) no trouble urinating. She reports (normal) no depression, (normal) no mania, (normal) sleep, (normal) relationships, and (normal) cravings.

## Physical Exam

Patient is a 47-year-old female.

Constitutional: well-developed, well-nourished, and in no acute distress, appearing stated age,
HEENT: NCAT, Pupils are equal, round,
Cardiovascular: Normal rate, regular rhythm and intact distal pulses
Pulmonary: Effort normal. No respiratory distress
Skin: No ecchymosis, no rashes noted
Psychiatric: Mood, memory, affect and judgment normal
MSK LUE

Sensory: diffuse allodynia to light touch, L with significant guarding nondermatoal

Vasomotor: Cooler to touch skin color changes incl mottling and darkening

Sudomotor/edema: Diffuse hand Edema

Motor/trophic: Decreased range of motion fist formation and wrist flexion and extension trophic changes including skin and nail

growth

Neuro: AA&Ox3,

## Procedure Documentation

None recorded.

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

Chronic pain.

ORT - low

phq9 - mild

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

Plan

1. rec UE vascular study to first rule out thrombosis/ vascular etiology of her pain

2.

Psychological Evaluation for Behavioural Assessment to evaluate candidacy for Trial of spinal cord stimulation.

Cervical MRI has been done and no central stenosis noted.

Has exhausted extensive conservative tx over past several yrs. Is tkaing chronic opioids without improvement. Has failed interventional injections w/ Dr Brenman with no lasting relief

Evaluated by Ortho surgeon and not a surgical candidate. Significant impact on ADLs. unable ot perform dya to day tasks due to pain including housework, grocery shopping and self care. We discussed Trial of Spinal cord stimulation for CRPS/Causalgia If > 60% improvement in pain and activity tolerance will consider permanent implantation.

Risks benefits and alternatives discussed with patient in detail. Procedure and modality discussed at length and goals of treatment reviewed.

**1. Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb
- PSYCHOLOGY REFERRAL - Schedule Within: provider's discretion
  Reason for Referral: SCS
  trial
- SPINAL CORD STIMULATOR TRIAL (PROC)
- COMPOUNDED MEDICATION - Gabapentin/ Ketamina BID topical Qty: 1 unit(s) Refills: 5 Pharmacy: N/A

### Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 01/10/2020 at 11:00 AM

### Encounter Sign-Off

Encounter signed-off by Prabhdeep Grewal, MD, 12/02/2019.

Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 12/02/2019 at 7:27pm

**Encounter Date: 11/20/2019**

**GARZA, LYNN (id #755601, dob:**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 11/20/2019 10:30AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | ANTHONY MONTANEZ, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Left NEW PATIENT PRESENT TODAY FOR HAND PAIN, Left Patient is here for hand pain

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2081 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

11/20/2019 11:48 am

| | | |
|---|---|---|
| **Ht:** 5 ft 2 in | **Wt:** 163 lbs | **BMI:** 29.8 |
| **BP:** 122/89 | **Pulse:** 94 bpm | **Pain Scale:** 8 |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | |
|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 11/15/19 entered |
| **nortriptyline 10 mg capsule**<br>10 mg. | 11/15/19 entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 11/15/19 entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 11/15/19 entered |
| **Ultram 50 mg tablet**<br>50 mg. | 11/15/19 entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus |
| Mother | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |
| Sister | - Diabetes mellitus |

## Social History

Reviewed Social History

**GARZA, LYNN (Id #755601, dob:**

Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Depression: Y
Thyroid Disease: Y

## Screening

None recorded.

## HPI

None recorded.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion**
**Denies:Back Pain,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

None recorded.

## Procedure Documentation

Xray: Elbow Left 3V:

In office X-ray: Per my protocol, x-rays of the left elbow were completed in the office today.
Views Obtained/Technique: 3 views, AP, Lateral and Oblique

**X-Ray Findings/Interpretation:**

**Xray, Forearm, Left, 2V:**

In office X-ray: Per my protocol, x-rays of the left forearm were completed in the office today.
Views Obtained/Technique: 2 view AP Lateral

**X-Ray Findings/Interpretation:**

**Xray, Hand, Left, 3+V:**

In office X-ray: Per my protocol, x-rays of the left hand were completed in the office today.
Views Obtained/Technique: 3 view PA, Laterel and Oblique

**X-Ray Findings/Interpretation:**

**X-RAY PREGNANCY INFORMED CONSENT:**

Prior to radiology, the patient was asked if she is pregnant and to the best of her knowledge she is not pregnant at this time.

## Assessment / Plan

CHIEF COMPLAINT
Left hand numbness and weakness.

HISTORY OF PRESENT ILLNESS
A very pleasant 47-year-old female coming in for evaluation of continued pain along her left forearm and decreased sensation. She has a very complicated history. It appears that 3 years ago she developed intermittent compartment syndrome in her forearm. She underwent surgery a year ago in January 2018 and it appears this was a fasciotomy with questionable carpal tunnel release. She did not gain any relief from that. She had a second surgery on 04/19/2019. It appears she underwent a carpal tunnel release and a repeat fasciotomy. She did not get any relief of her symptoms. She had continued weakness, numbness and a cold sensation in her hand. She had no history of trauma. Did not have fractures. It is difficult to state exactly why she had a fasciotomy done. She does not heve her records here today.

PHYSICAL EXAMINATION
Left upper extremity: Decreased sensation in median, radial, and ulnar. She can feel touch but this is decreased. She has 4/5 strength finger flexion, finger extension, interosseous, thumb extension, wrist flexion and wrist extension. Her radial pulse is palpable. Her capillary refill is less than 2 seconds. She has a long incision along her volar forearm extending from her carpal tunnel all the way up to her elbow from a previous release. She has a positive Tinel at the wrist. Negative Phalen. Negative Durkan's. Negative Tinel at the elbow.

IMAGING
Radiographs of her left forearm show vascular clips in her subcutaneous tissue. Otherwise, no evidence of a fracture or malalignment.

ASSESSMENT and PLAN
This is a very pleasant 47-year-old female who comes in for evaluation of status post left forearm fasciotomies with a carpal tunnel release. I did review her nerve conduction study dated 11/11/2019 done by Dr. Peche. Please review this study in our system for further evaluation. This shows mild evidence of carpal tunnel; otherwise, normal nerve conduction test. I did discuss this with her and her husband. It is highly unlikely that she would gain any additional relief if I go in and do a repeat carpal tunnel and fasciotomies as she has already had this released. I do not feel this would help her. She is complaining of a cold sensation for which she needs to be eveluated by a vascular surgeon. I asked her to see one of the vascular surgeons at Peripheral Vascular Associates. Unfortunately, I do not think a repeat surgery by myself would benefit her. She was grateful for my opinion and will seek advice from a vascular surgeon.

**1. Pain in forearm - Left**
M79.632: Pain in left forearm

Return to Office
- Prabhdeep Grewal, MD for NEW PATIENT 30 at THE ORTHOPAEDIC INSTITUTE OFFICE on 12/02/2019 at 02:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 01/10/2020 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Anthony Montanez, MD, 11/22/2019.

Encounter performed and documented by Anthony Montanez, MD

**GARZA, LYNN (id #755601, dob:**
Encounter reviewed & signed by Anthony Montanez, MD on 11/22/2019 at 3:26pm

**Encounter Date: 11/15/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 11/15/2019 10:00AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

follow-up

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

11/15/2019 03:04 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 2 in | **Wt:** 163 lbs | **BMI:** 29.8 |
| **BP:** 130/92 | **Pulse:** 95 bpm | **Pain Scale:** 6 |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | |
|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 11/15/19 entered |
| **nortriptyline 10 mg capsule**<br>10 mg. | 11/15/19 entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 11/15/19 entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 11/15/19 entered |
| **Ultram 50 mg tablet**<br>50 mg. | 11/15/19 entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

**GARZA, LYNN (Id #755601, dob:**

## Surgical History

Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

She comes in today for followup. EMG nerve test study done 11/11/2019 showed mild left carpal tunnel syndrome. Mild superficial radial neuropathy. Overall, she still has symptoms. Just feels kind of hypersensitive, sometimes particularly along the scar. She denies any progressive weakness or bowel or bladder changes.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness,Joint Pain,Limited range of motion**
**Denies:Muscle Aches,Back Pain,Night Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**
**Unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Exam shows well-healed surgical scar, but is coupled with some mild hypersensitivity. No atrophy. Normal muscle tone. Decreased grip strength because of the pain as well as pronation and supination, resistance because of the pain.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post carpal tunnel release as well as a median nerve release all the way up to the elbow with some neuropathic pain and sensitivity at this point. She is functional on hydrocodone. We will get Dr. Montanez evaluation just to see anything surgically also needs to be done, but also Dr. Grewal will evaluate for possible spinal cord stimulator trial. Follow up with me in 2 to 3 months. Call if she gets worse in the meantime. Questions answered. She will continue home exercise program.

Return to Office

- Anthony Montanez, MD for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/20/2019 at 10:30 AM
- Prabhdeep Grewal, MD for NEW PATIENT 30 at THE ORTHOPAEDIC INSTITUTE OFFICE on 12/02/2019 at 02:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 01/10/2020 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 11/16/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 11/16/2019 at 9:01am

**Encounter Date: 11/07/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 11/07/2019 10:40AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000 | | |

**GARZA, LYNN (id #755601, dob:**

Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

## Chief Complaint

follow-up

10/18/19 Lt C7 T1 ESI

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 11/07/2019 11:06 am | **Wt:** | 163 lbs 11/07/2019 11:16 am | **BMI:** | 29.8 11/07/2019 11:16 am |
| **BP:** | 124/89 sitting 11/07/2019 11:17 am | **Pulse:** | 105 bpm 11/07/2019 11:17 am | **Pain Scale:** | 8 11/07/2019 11:17 am |

## Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

**Norco 5 mg-325 mg tablet** 11/07/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**nortriptyline 50 mg capsule** 11/07/19 prescribed
Take 1 capsule(s) twice a day by oral route.

**Ultram 50 mg tablet** 11/07/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

## Problems

Reviewed Problems
No known problems

- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

She comes in today for followup. Cervical epidural steroid injection did not help. She is going to undergo EMG nerve conduction study on Monday from Dr. Peck. She is requesting refill of her current medication regimen. Nortriptyline does help her sleep at night, particularly 50 mg up.

GARZA, LYNN (id #755601, dob:

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion**
**Denies:Back Pain,Night Pain**
**Neurologic**
**Confirms: None**
**Denies:Weakness,Numbness/Tingling**
**Basically unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Basically unchanged.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Neuropathic pain after having proximal distal median nerve neurolysis with decompression. Still has ongoing severe symptoms. She does have a left C5-C6 disk protrusion, but the cervical ESI did not help. She will follow up with me after the EMG nerve conduction studies done. However, also in the meantime, we will also get a spinal cord stimulator trial evaluation due to ongoing neuropathic pain. Questions answered.

**1. Carpal tunnel syndrome**
G56.01: Carpal tunnel syndrome, right upper limb
- CARPAL TUNNEL SYNDROME: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: EXERCISES
- SCD - ASSH Carpal Tunnel Syndrome - Handout: SCD - Handout ASSH Carpal Tunnel Syndrome
- SCD - Carpal Tunnel Post op - Handout: SCD - Handout Carpal Tunnel Post-op
- Norco 5 mg-325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- nortriptyline 50 mg capsule - Take 1 capsule(s) twice a day by oral route. Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- Ultram 50 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 30 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion
  Reason for Referral: scs trial
  -

**2. Skin sensation disturbance**
R20.0: Anesthesia of skin

### Return to Office
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/15/2019 at 10:00 AM

## Encounter Sign-Off
Encounter signed-off by Ephraim K Brenman, DO, 11/08/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 11/08/2019 at 8:33am

**Encounter Date: 10/18/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 10/18/2019 12:15PM |
| **DOB** | | **Service Dept.** | ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000 | | |

**GARZA, LYNN (id #755601, dob:**

Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

## Chief Complaint

Injection/procedure

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/03/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 10/03/2019)

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 10/03/19 | entered |
| **nortriptyline 10 mg capsule**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 1 WEK THEN 2 TABS BY MOUTH AT BEDTIME TO FOLLOW | 10/18/19 | renewed |
| **nortriptyline 25 mg capsule**<br>TAKE 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 10/03/19 | prescribed |
| **Ultram 50 mg tablet**<br>50 mg. | 10/03/19 | entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Family History not reviewed (last reviewed 10/03/2019)

## Social History

Social History not reviewed (last reviewed 10/03/2019)
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 10/03/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/03/2019)

## Screening

None recorded.

## HPI

None recorded.

## ROS

None recorded.

## Physical Exam

None recorded.

**GARZA, LYNN (Id #755601, dob:**

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region

Return to Office
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/07/2019 at 10:40 AM

## Encounter Sign-Off

Encounter closed by Christopher Vasquez, 10/22/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter closed by document on 10/22/2019 at 7:18am

**Encounter Date: 10/03/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 10/03/2019 10:10AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

follow-up

cervical radiculopathy MRI RESULTS

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 10/03/2019 10:30 am | **Wt:** | 153 lbs 10/03/2019 10:30 am | **BMI:** | 28 10/03/2019 10:30 am |
| **BP:** | 117/87 sitting 10/03/2019 10:30 am | **Pulse:** | 90 bpm 10/03/2019 10:31 am | **Pain Scale:** | 7 10/03/2019 10:31 am |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 10/03/19 | entered |
| **nortriptyline 10 mg capsule**<br>10 mg. | 10/03/19 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 10/03/19 | prescribed |
| **Ultram 50 mg tablet**<br>50 mg. | 10/03/19 | entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

**GARZA, LYNN (Id #755601, dob:**

Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

She comes in today for followup with her husband. MRI scan of the cervical spine showed 2-level disc protrusion C5-6 and C4-5 with severe foraminal stenosis at left C5-6 area with some central canal stenosis. No spinal cord signal changes. It still hurts in the same area.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: Sweats**
**Denies:Cough,Fever,Chills,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain**
**Denies:Back Pain**
**Unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Exam shows dysesthesias particularly along the scar along the dorsum of her forearm. No atrophy. Spurling's induces medial scapular pain on the left and negative on the right. Normal muscle tone. She has decreased grip strength with pain with resisted pronation and supination because of the scar pain. There is some mild duskiness along the dorsum of the hand as well.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post distal and proximal median nerve decompression, ongoing neuropathic pain could be from cervical nerve root irritation, particularly C5-C6 disc protrusion.

PLAN
We talked about different treatment options and decided to get a quality EMG nerve conduction study. We will set her up for that. We will also do a cervical epidural steroid injection on the left at C7-T1 through interlaminar approach targeting left C6 nerve root to see if that will help get rid of her neuropathic symptoms. Questions answered. Risks and benefits were discussed in detail. We will increase nortriptyline to 25 mg and increase to 50 mg after a week. Drug risks and interactions were discussed. Questions answered.

1. **Cervical radiculopathy**
   M54.12: Radiculopathy, cervical region
   - EPIDURAL STEROID INJECTION, CERVICAL INTERLAMINAR (PROC) - Note to Provider: Lt C7-T1 esi w/o sedation 62321...osc
     Procedure Date: 10/18/2019 Procedure Time: 12:15pm
     Location: OSC Side: LEFT
     Performing Provider: Brenman
   - nortriptyline 25 mg capsule - TAKE 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW Qty: 60 capsule(s) Refills: 0
     Pharmacy: CVS/PHARMACY #7341
   - ELECTROMYOGRAM/NERVE CONDUCTION REFERRAL - Schedule Within: STAT
     Urgency: ASAP Reason for Referral: LEFT UPPER extremity

Return to Office

- Ephraim K Brenman, DO for SURGERY 15 at ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO on 10/18/2019 at 12:15 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/07/2019 at 10:40 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 10/04/2019.

**GARZA, LYNN (id #755601, dob:**

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 10/04/2019 at 1:55pm

sharecare We treat every medical record as if it were our own.

LFG2-40742-7207

LINCOLN FINANCIAL GROUP
PO BOX 7207
LONDON, KY 40742-7207

UAJ35
6450-032120
LYNN GARZA

LOCTX0531
Apr 21 2020 10:00AM

23

**CONFIDENTIAL – MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited. If you feel you have received these records in error, please call (800) 560-3800.

Sharecare Health Data Services is the contracted Release of Information (ROI) provider for the source facility for these medical records. If you are interested in learning more about our ROI and related services, please call (800) 560-3800 or visit hds.sharecare.com.

PVA
PERIPHERAL VASCULAR ASSOCIATES
DOCTORS OF ARTERIES & VEINS

18626 Hardy Oak Blvd, St 210
Phone: (210) 237-4467
Fax: (210) 616-0509

ACCREDITED FACILITY · IAC INTERSOCIETAL ACCREDITATION COMMISSION · VASCULAR TESTING

# UE Venous Duplex Scan

**Patient:** Garza, Lynn **DOB:** **Age:** 47y **Sex:** Female
**MRN:** 1439020 **Room:**
**Referring:** Brenman, Ephraim DO **Sonographer:** Chavez, Kelly **DOS:** 01/29/2020
**Indications:** Evaluate for venous thrombosis. Patient has pan and swelling in the left arm and hand.

## Impressions:

**Left:** Abnormal - Chronic, occlusive deep venous thrombosis seen in the mid brachial vein. No evidence of superficial venous thrombosis. Subclavian vein not well seen. No previous study for comparison



| Left | Spont | Phasic | Augm | Puls | Comp | Echo | Part. Comp | Non- Comp | Not seen | Thrombus |
|---|---|---|---|---|---|---|---|---|---|---|
| Jugular | X | X | | | C | | | | | |
| Subclavian | | | | | C | | | | | |
| Axillary | X | X | | | C | | | | | |
| Brachial | | | | | N | | | | | |
| Cephalic | X | X | | | C | | | | | |
| Basilic | | | | | C | | | | | |

Hx of surgeries in left forearm.
Technically difficult due to patient sensitivity
Reading/Performing: Peck, Michael MD, FACS Electronically signed on 1/30/2020 5:05:45 PM.

Phyllis Carozza, Ph.D.

Licensed Psycholotist

4049 Central

Kansas City, Missouri 64111

Erin Ortiz 1800-252-9627 ext. 8698

Dear Erin:

This report is regarding your request for information about Lynn Garza. I first saw Lynn on March 1, 2018. Lynn was first seen for depression and anxiety. During the course of treatment she resolved her psychological issues. Following that Lynn was seen for issues that resulted from pain caused by surgery on her arm. The pain was followed by a physician diagnosis of complex regional pain syndrome; 5-6 forminal stenosis; disc protrusion c-5-6/c4-5;carpal tunnel.

Lynn has suffered from severe pain in her arm. Over several I have seen her as she has tried many therapeutic therapies to resolve the pain with little relief.

The pain is debilitating and resulted in her inability to work as a Nurse Practitioner. At this point the pain interferes with day to day as she attempts tasks where use of her arm is essential.

Her cognition is also effected as a result of the pain. The brain fog interferes with her ability to concentrate and safely

perform tasks at home as well as tasks that require use of equipment used in daily life. She stated " the pain effects the smallest detail of my day as a result of not being able use my hands" .

The constant pain and loss of her career has effected her independence and her identity as woman. She said her identity as a human being has been drastically altered.

Her efforts to do simple tasks result in a vicious circle. She feel defeated when after she tries to do movements to improve her condition with simple movements the pain is overwhelming and she feels she is back to square one. This cycle has caused her to get discouraged as the depression and tension set in. She gets triggered easily when she fails to experience progress.

Lynn is currently living with her parents of her need for financial help. She is in a cycle again when her dependence on her parents results in a double bind where she can't win no matter what she does.

I am recommending that Lynn be considered for disability.

Phyllis Carozza, PhD

Phyllis Carozza, Ph.D.

Phyllis Carozza
BLUE STAR BENEFITS

6600 College Blvd. ~~Ste.125~~
Overland Park KS 66211
4049 Central
KCMO 64111

KANSAS CITY 640
13 MAR 2020 PM 2 L




Lynn Garza

78250-415519

**From:**Lynn Garza <lae9q3@gmail.com>
**Sent:**Tue, 14 Apr 2020 08:20:41 -0500
**To:**Kennedy, Chenta
**Subject:**Fwd: Docs
**Attachments:**2020-01-29.UE_Venous_Duplex_Scan_Dr_Peck.pdf, 2020-03-13.Letter_Dr_Carozza.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning. I am sending two more documents that I have received. I have a follow up this afternoon (telehealth) with the vascular physician (Dr Peck) to see if there is treatment for the chronic deep vein thrombosis in my left mid brachial vein. I will know more following my appointment this afternoon.
I did have a telehealth appointment with Dr Brenman (pain specialist) who recommends that I do the trial of the spinal stimulator. COVID 19 is preventing the procedure from being done at this time but it will be scheduled as soon as the situation with the virus abates. Dr Brenman recommends that I avoid use of my left arm at this time and does not recommend physical therapy. He is managing my pain medically at this time . He is sending an updated work status letter but I haven't received it yet. I will follow up with his office by phone today regarding the letter and request that it be emailed to me.
I have added a copy of letter that my psychologist ( Dr Carozza) sent to Erin Ortiz who was reviewing my disability claim.
I will let you know what I find out after my tele health appointment.
Thank you,
Lynn Garza

@sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 858.244.1811 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

**SHDS Customer Service**

T: 858.244.1811 F: 858.430.4962 customerservicehds@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

Retarus Faxolution

sharecare

| | |
|---|---|
| Invoice Number: | UAJ35-1 |
| Date: | 03/23/2020 |
| Customer Number: | LFG2-40742-7207 |
| Due: | Upon Receipt |

LINCOLN FINANCIAL GROUP
CHENTA KENNEDY
PO BOX 7207
LONDON, KY 40742

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 22 Pages | 1 | $25.00 | $25.00 |
| 2 | Pages Copied: from 21 to 50000 | 2 | $0.50 | $1.00 |

| | |
|---|---|
| Mailing Cost: | $1.67 |
| Sub Total: | $27.67 |
| Tax: | $0.00 |
| Invoice Total | $27.67 |
| Applied: | $0.00 |
| **Balance Due:** | **$27.67** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: ______________________ Signature: ______________________

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | UAJ35-1 |
| Date: | 03/23/2020 |
| Customer Number: | LFG2-40742-7207 |
| Balance Due: | 27.67 |



PAGE 2/2 * RCVD AT 4/7/2020 9:19:16 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/13 * DNIS:6034301776 * CSID:Retarus Faxolution * ANI:12013550949 * DURATION (mm-ss):00-36

# THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Health Information Management Department**
**11300 Corporate Ave Suite 345**
**Lenexa, KS 66219**

# Fax cover sheet

Date: Thursday, April 02, 2020 9:19 PM

To: Lincoln Financial Grp Claim:8820045
Fax: 6034301776
Phone:

From: Christine Williams
Fax: 913-588-2495
Phone: 913-588-2454

11 Page(s) including this cover sheet

**Notes:**

**CONFIDENTIALITY NOTICE**

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. The information contained in this facsimile is intended only for the exclusive and confidential use of the designated recipient named above. If you are not the designated recipient (or an employee or agent responsible for delivering this facsimile transmission to the designated recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. If you have received this transmission in error, immediately notify the Privacy Officer at 913-945-5490 to arrange for the return or destruction of the information and all copies.

4000 Cambridge Street | Kansas City, KS 66160 | Phone 913-588-2454 | Fax 913-588-2495 | kansashealthsystem.com

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 11, 2020

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

1770004

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2019 through the present

We ask that you provide this information by April 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

4000 Cambridge St
Kansas City KS 66160-2918
Clinic Pertinent

Garza, Lynn Angelique
MRN: 1770004, DOB: Sex: F
Acct #: 515736257
Visit date: 11/4/2019

## Patient Address

| Address | City | State | Zip Code |
|---|---|---|---|

## Reason for Visit

**Follow Up**

## Visit Location

| Name | Address | Phone | Fax |
|---|---|---|---|
| The University of Kansas Health System | 10777 Nall Ave<br>2nd fl Ste 210<br>Overland Park KS 66211-1327 | 913-588-2000 | 913-588-9264 |

## Outpatient Medications (Includes Today's Revisions) as of 11/4/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alendronate (FOSAMAX) 40 mg tablet (Taking/Expired)**<br>Sig: Take one tablet by mouth daily before breakfast for 56 days.<br>Route: Oral | 56 tablet | 0 | 11/4/2019 | 12/30/2019 |
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ARMOUR THYROID 90 mg (1.5 gr) tablet (Taking)**<br>Class: Historical Med | | | 1/1/2019 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg tablet (Taking)**<br>Class: Historical Med | | | 1/22/2019 | |
| **cyclobenzaprine (FLEXERIL) 10 mg tablet (Taking/Expired)**<br>Sig: Take one tablet by mouth at bedtime daily for 20 days.<br>Route: Oral | 20 tablet | 0 | 11/4/2019 | 11/24/2019 |
| **cyclobenzaprine (FLEXERIL) 10 mg tablet (Discontinued)**<br>Sig: Take one tablet by mouth three times daily as needed for Muscle Cramps.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 6/3/2019 | 11/4/2019 |
| **dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet (Taking)**<br>Class: Historical Med<br>Earliest Fill Date: 2/1/2019 | | | 2/1/2019 | |
| **ergocalciferol (vitamin D2) (VITAMIN D PO)**<br>Sig: Take by mouth.<br>Class: Historical Med<br>Route: Oral | | | | |
| **escitalopram oxalate (LEXAPRO) 20 mg tablet (Taking)**<br>Sig: 20 mg.<br>Class: Historical Med | | | | |
| **HYDROcodone/acetaminophen (NORCO) 5/325 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth three times daily as needed for Pain<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydrOXYzine (ATARAX) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ibuprofen (MOTRIN) 800 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **nortriptyline (PAMELOR) 25 mg capsule (Taking)**<br>Sig: Take 25 mg by mouth twice daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ondansetron (ZOFRAN) 4 mg tablet**<br>Class: Historical Med | | | 1/23/2019 | |
| **ONETOUCH VERIO test strip (Taking)**<br>Class: Historical Med | | | 12/4/2018 | |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig: Take 50 mg by mouth daily.<br>Class: Historical Med<br>Route: Oral | | | | |

**Outpatient Medications (Includes Today's Revisions) as of 11/4/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 10 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |

**BMI Data**

Body Mass Index: 30.18 kg/m² Body Surface Area: 1.81 m²

**Immunizations Administered as of 11/4/2019**

No immunizations on file.

**Allergies as of 11/4/2019** Reviewed on 11/4/2019

No Known Allergies

**Provider Progress Notes**

**Progress Notes by Endress, Ryan, MD at 11/04/19 1115**

Author: Endress, Ryan, MD Service: — Author Type: Physician
Filed: 11/04/19 1314 Encounter Date: 11/4/2019 Creation Time: 11/04/19 1128
Status: Signed Editor: Endress, Ryan, MD (Physician)

Date of Service: 11/4/2019

**Subjective:**

Lynn Angelique Garza is a 47 y.o. female.

**History of Present Illness**

Lynn Angelique Garza returns to clinic 7 months out from:
1. Carpal tunnel release
2. Guyon canal release
3. Tenolysis x2 (FCR and PL)
4. Exploration of median and ulnar nerves in the forearm and wrist.
5. Scar revision with intermediate closure (15cm)

She remains unchanged, continues to complain of swelling and pain. She has some relief of "tightness" sensation with Cyclobenzaprine. She has continued hand therapy. She was seen by Pain Management who performed a steroid injection at C7 and T1. She reports temperature changes, reporting her hand is intermittently cold, occasionally radiating up her arm. She also continues to complain of "brain fog," as well as issues dropping things. She has an EMG scheduled for near future.

Review of Systems
Musculoskeletal: Positive for arthralgias and joint swelling.
Skin: Positive for color change and pallor. Negative for rash and wound.
Neurological: Positive for dizziness, weakness, light-headedness and numbness.
Psychiatric/Behavioral: Positive for agitation and decreased concentration.
All other systems reviewed and are negative.

**Objective:**

| | |
|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | |
| • ARMOUR THYROID 90 mg (1.5 gr) tablet | |
| • buPROPion XL (WELLBUTRIN XL) 300 mg tablet | |
| • cyclobenzaprine (FLEXERIL) 10 mg tablet | Take one tablet by mouth three times daily as needed for Muscle Cramps. |
| • dextroamphetamine-amphetamine(+) | |

Provider Progress Notes (continued)

Progress Notes by Endress, Ryan, MD at 11/04/19 1115 (continued)

| | |
|---|---|
| (ADDERALL) 30 mg tablet | |
| • ergocalciferol (vitamin D2) (VITAMIN D PO) | Take by mouth. |
| • escitalopram oxalate (LEXAPRO) 20 mg tablet | 20 mg. |
| • hydrOXYzine (ATARAX) 50 mg tablet | |
| • ibuprofen (MOTRIN) 800 mg tablet | |
| • ondansetron (ZOFRAN) 4 mg tablet | |
| • ONETOUCH VERIO test strip | |
| • zolpidem (AMBIEN) 10 mg tablet | |

**Vitals:**

| | 11/04/19 1133 |
|---|---|
| BP: | (!) 125/91 |
| Pulse: | 108 |

Body mass index is 30.18 kg/m².

Physical Exam
Constitutional: She is oriented to person, place, and time. No distress.
HENT:
Head: Atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Normal rate.
Pulmonary/Chest: No respiratory distress.
Musculoskeletal:
**Scar is softer but still slightly hypertrophic at proximal aspect. Odd discoloration with hypervascularity immediatrly adjacent for approximately 2 cm either side. Intrinsic function intact. Swelling and motion is markedly improved, as well as digits of her hand. Sensation intact throughout although she does have paraesthesias.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

**Assessment and Plan:**
47 y/o F here in postop. Continues to have CRPS type I/II symptoms that don't localize to a particular nerve. She doesn't have the classic "hot" symptoms, but there is a chance she may respond to bisphosphonate therapy which overall has low risk. We discussed the existing literature and will Rx an 8 week course of alendronate. Will avoid any nerve intervention now, as she has an EMG soon.

Ryan D. Endress, MD
Assistant Professor of Plastic and Hand Surgery
University of Kansas Health System
913-917-1585

Provider Progress Notes (continued)

Progress Notes by Endress, Ryan, MD at 11/04/19 1115 (continued)

In the presence of Ryan Endress, MD, I have taken down these notes, Shauna Moradi, Scribe. 11/4/2019 11:41 AM

Electronically signed by Endress, Ryan, MD at 11/04/19 1314

## OB History

**OB History never marked as reviewed**
No obstetric history on file.

## Problem List as of 11/4/2019

Reviewed: **11/4/2019 1:14 PM by Endress, Ryan, MD**

| | Resolved | Last Modified |
|---|---|---|
| **Amniotic band syndrome (Chronic)** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Carpal tunnel syndrome of left wrist** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Left forearm pain** | Entered by Endress, Ryan, MD | 4/5/2019 |
| **Scar, hypertrophic** | Entered by Endress, Ryan, MD | 6/3/2019 |

## Review of Systems

No data filed

## All Medications and Administrations

(There are no med orders for this encounter)

## Encounter Status

Electronically Signed By Endress, Ryan, MD on 11/4/19 at 13:14

**END OF ENCOUNTER**

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

4000 Cambridge St
Kansas City KS 66160-2918
Clinic Pertinent

Garza, Lynn Angelique
MRN: 1770004, DOB: Sex: F
Acct #: 516992568
Visit date: 3/2/2020

## Patient Address

| Address | City | State | Zip Code |
|---|---|---|---|

## Reason for Visit

**Follow Up**

## Visit Location

| Name | Address | Phone | Fax |
|---|---|---|---|
| The University of Kansas Health System | 10777 Nall Ave<br>2nd fl Ste 210<br>Overland Park KS 66211-1327 | 913-588-2000 | 913-588-9264 |

## Outpatient Medications (Includes Today's Revisions) as of 3/2/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ARMOUR THYROID 90 mg (1.5 gr) tablet (Taking)**<br>Class: Historical Med | | | 1/1/2019 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg tablet (Taking)**<br>Class: Historical Med | | | 1/22/2019 | |
| **dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet (Taking)**<br>Class: Historical Med<br>Earliest Fill Date: 2/1/2019 | | | 2/1/2019 | |
| **ergocalciferol (vitamin D2) (VITAMIN D PO) (Taking)**<br>Sig: Take by mouth.<br>Class: Historical Med<br>Route: Oral | | | | |
| **escitalopram oxalate (LEXAPRO) 20 mg tablet (Taking)**<br>Sig: 20 mg.<br>Class: Historical Med | | | | |
| **HYDROcodone/acetaminophen (NORCO) 5/325 mg tablet (Taking)**<br>Sig: Take 1 tablet by mouth three times daily as needed for Pain<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydrOXYzine (ATARAX) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ibuprofen (MOTRIN) 800 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **nortriptyline (PAMELOR) 25 mg capsule (Taking)**<br>Sig: Take 25 mg by mouth twice daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ondansetron (ZOFRAN) 4 mg tablet (Taking)**<br>Class: Historical Med | | | 1/23/2019 | |
| **ONETOUCH VERIO test strip (Taking)**<br>Class: Historical Med | | | 12/4/2018 | |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Sig: Take 50 mg by mouth daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **zolpidem (AMBIEN) 10 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |

## BMI Data

Body Mass Index: 33.20 kg/m² Body Surface Area: 1.9 m²

## Immunizations Administered as of 3/2/2020

No immunizations on file.

## Allergies as of 3/2/2020

Reviewed on 3/2/2020

No Known Allergies

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

4000 Cambridge St
Kansas City KS 66160-2918
Clinic Pertinent

Garza, Lynn Angelique
MRN: 1770004, DOB:
Acct #: 516992568
Visit date: 3/2/2020

Sex: F

Provider Progress Notes

Progress Notes by Endress, Ryan, MD at 03/02/20 1000

| | | |
|---|---|---|
| Author: Endress, Ryan, MD | Service: — | Author Type: Physician |
| Filed: 03/02/20 1255 | Encounter Date: 3/2/2020 | Creation Time: 03/02/20 1008 |
| Status: Signed | Editor: Endress, Ryan, MD (Physician) | |

Date of Service: 3/2/2020

**Subjective:**

Lynn Angelique Garza is a 47 y.o.LHD female s/p CTR, Guyon canal release, tenolysis, scar revision on 4/5/19. Patient states that she has had some improvement in her pain symptoms since her last visit in November, but overall, she is still having significant pain, limited grip strength and range of motion in her left hand. Patient had EMG done at OSH which showed latency in left median nerve and was otherwise normal, but patient is experiencing few median nerve symptoms. She is inquiring today about spinal stimulator for pain management. She tried the bisphosphonates without significant relief

**History of Present Illness**

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Musculoskeletal: Positive for arthralgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Positive for dizziness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Positive for confusion and decreased concentration.
All other systems reviewed and are negative.

**Objective:**

| | |
|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | |
| • ARMOUR THYROID 90 mg (1.5 gr) tablet | |
| • buPROPion XL (WELLBUTRIN XL) 300 mg tablet | |
| • dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet | |
| • ergocalciferol (vitamin D2) (VITAMIN D PO) | Take by mouth. |
| • escitalopram oxalate (LEXAPRO) 20 mg tablet | 20 mg. |
| • HYDROcodone/acetaminophen (NORCO) 5/325 mg tablet | Take 1 tablet by mouth three times daily as needed for Pain |
| • hydrOXYzine (ATARAX) 50 mg tablet | |
| • ibuprofen (MOTRIN) 800 mg tablet | |
| • nortriptyline (PAMELOR) 25 mg capsule | Take 25 mg by mouth twice daily. |
| • ondansetron (ZOFRAN) 4 mg tablet | |
| • ONETOUCH VERIO test strip | |

Provider Progress Notes (continued)

Progress Notes by Endress, Ryan, MD at 03/02/20 1000 (continued)

- traMADol (ULTRAM) 50 mg tablet Take 50 mg by mouth daily.
- zolpidem (AMBIEN) 10 mg tablet

Vitals:

| | 03/02/20 1005 |
|---|---|
| BP: | (!) 132/96 |
| BP Source: | Arm, Left Upper |
| Patient Position: | Sitting |
| Pulse: | 116 |
| Weight: | 82.3 kg (181 lb 8 oz) |
| Height: | 157.5 cm (62") |
| PainSc: | Seven |

Body mass index is 33.2 kg/m².

**Physical Exam**

Constitutional:
General: She is not in acute distress.
Appearance: Normal appearance. She is not ill-appearing.
HENT:
Head: Normocephalic.
Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulmonary:
Effort: Pulmonary effort is normal.
Musculoskeletal:
Comments: **The left hand/upper extremity has extensive scar from mid palm to cubital fossa. Palpable mass noted above cubital fossa. Digital range of motion is slowed with minimal grip strength in her left hand. Flexor and extensor tendon functions are grossly intact but movement is significantly slowed, including FDS and FDP, extrinsic and intrinsic extensor function.**

**Neurologic function is grossly intact to the right upper limb, including Radial, Ulnar, Median, AIN, and PIN sensory-motor functions.**

Skin:
General: Skin is warm.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

**Assessment and Plan:**

**Provider Progress Notes (continued)**

**Progress Notes by Endress, Ryan, MD at 03/02/20 1000 (continued)**

47 F s/p CTR, Guyon canal release, tenolysis, scar revision on 4/5/19 with continued significant morbidity
- Patient still experiencing significant pain post-operatively
-I do not have a surgical solution for her at this time, and I believe continuing care with pain management is her best option at this point. She still does have some chance of recovering nerve function over time given she is only 10 months after surgery.
- She is currently following with pain management and is scheduled for a spinal nerve stimulator; we have no objection to this
- Informed patient about nerve regeneration and how she still has time before final surgical result.
- Recommend Work hardening evaluation for patient's disability
- Patient can follow up PRN

Ryan D. Endress, MD
Assistant Professor of Plastic and Hand Surgery
University of Kansas Health System
913-917-1585

Electronically signed by Endress, Ryan, MD at 03/02/20 1255

## OB History

**OB History never marked as reviewed**
No obstetric history on file.

**Problem List** as of 3/2/2020 — Reviewed: **3/2/2020 12:55 PM by Endress, Ryan, MD**

| | Resolved | Last Modified |
|---|---|---|
| **Amniotic band syndrome (Chronic)** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Carpal tunnel syndrome of left wrist** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Left forearm pain** | Entered by Endress, Ryan, MD | 4/5/2019 |
| **Scar, hypertrophic** | Entered by Endress, Ryan, MD | 6/3/2019 |

## Review of Systems

No data filed

## All Medications and Administrations

(There are no med orders for this encounter)

**Encounter Status**

Electronically Signed By Endress, Ryan, MD on 3/2/20 at 12:55

**END OF ENCOUNTER**

## END OF REPORT

sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 858.244.1811 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

**SHDS Customer Service**

T: 858.244.1811 F: 858.430.4962 customerservicehds@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

| | |
|---|---|
| Invoice Number: | UAJ35-1 |
| Date: | 03/23/2020 |
| Customer Number: | LFG2-40742-7207 |
| Due: | Upon Receipt |

LINCOLN FINANCIAL GROUP
CHENTA KENNEDY
PO BOX 7207
LONDON, KY 40742

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 22 Pages | 1 | $25.00 | $25.00 |
| 2 | Pages Copied: from 21 to 50000 | 2 | $0.50 | $1.00 |

| | |
|---|---|
| Mailing Cost: | $1.67 |
| Sub Total: | $27.67 |
| Tax: | $0.00 |
| Invoice Total | $27.67 |
| Applied: | $0.00 |
| **Balance Due:** | **$27.67** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: ____________________ Signature: ____________________

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | UAJ35-1 |
| Date: | 03/23/2020 |
| Customer Number: | LFG2-40742-7207 |
| Balance Due: | 27.67 |

**GARZA, LYNN (id #755601, dob:**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 12/02/2019 02:30PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | PRABHDEEP GREWAL, MD | | |

**Insurance**
Med Primary: BCBS-TX (PPO)
Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information.

## Chief Complaint

Patient here for Neck Pain

left arm

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **BP:** | 88/54 sitting R wrist 12/02/2019 02:40 pm | **BMI:** | 32.7 12/02/2019 02:37 pm | **Ht:** | 5 ft 2 in 12/02/2019 02:36 pm |
| **Pain Scale:** | 7 12/02/2019 02:37 pm | **Pulse:** | 53 bpm 12/02/2019 02:40 pm | **Wt:** | 179 lbs 12/02/2019 02:37 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **COMPOUNDED MEDICATION**<br>Gabapentin/ Ketamine<br>BID topical | 12/02/19 | prescribed |
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 11/15/19 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 11/15/19 | entered |
| **Ultram 50 mg tablet**<br>50 mg. | 11/15/19 | entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |

| | |
|---|---|
| Mother | - Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Unspecified Relation | - Heart disease |
| Sister | - Heart disease<br>- Diabetes mellitus<br>- Depressive disorder<br>- Hypertensive disorder |
| Brother | - Depressive disorder |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## GYN History

(not configured)

## Past Medical History

Reviewed Past Medical History
Carpal tunnel release: **Y**
Depression: **Y**
Thyroid Disease: **Y**

## Documents for Discussion

**Discussed the following documents:**
- OPIOID RISK TOOL (ORT) - 12/02/19
- PATIENT HEALTH QUESTIONNAIRE-9 - 12/02/19
- NEW PATIENT REGISTRATION - 12/02/19
- MEDICATION REQUEST - 12/02/19
- Patient Portal - Health History Form - 12/02/19
- Clinical Document - 11/20/19
  Notes - Patient Consent Form
- Clinical Document - 11/20/19
  Notes - Patient Facesheet
- Patient Portal - Health History Form - 11/20/19
- Clinical Document - Record of Care - 11/20/19

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 6 (out of 27 for the PHQ-9), Finding: Positive | |
| Opioid Risk | 0 | |
| Neck Disability | 56 | |

## HPI

Ms Garza is 47 yo female with LUE ? CRPS sp multiple LUE surgeries (June 2018 and then April 2019)

Since surgery she complains of severe burning LUE pain with hypersensitivity, color changes and temperature decreases. She has a difficult time with adls and is not able to perform self care/adls that require both arms. It is impacting QOL significantly. She is a NP and has tried to remain positive about her situation but it is taking a significant toll on her.

**GARZA, LYNN (id #755601, dob:**

She has obtianed a second surgical opinion and further surgery is not rec at this time.

Dr Brenman has referred her today to discuss SCS trial as an option

## ROS

Patient reports **muscle aches, muscle weakness, localized joint pain, Limited range of motion, and Night pain**but reports (normal) back. She reports **weakness and Numbness\Tingling** but reports (normal) consciousness. She reports (normal) no cough, (normal) no fever, (normal) no night sweats, (normal) no chills, (normal) weight, and (normal) normal exercise. She reports (normal) mole, (normal) no change in color of skin, (normal) skin, and no rash. She reports (normal) dry eyes, (normal) no irritation of the eyes, (normal) no vision changes, (normal) gums: no bleeding, (normal) no blurred vision, (normal) throat, (normal) no sneezing, (normal) no nosebleeds (epistaxis), (normal) no sinus problems, (normal) no dizziness, (normal) no headache, and (normal) hearinig. She reports (normal) no wheezing, (normal) no shortness of breath, and (normal) no coughing up of blood. She reports (normal) no chest pain, (normal) no arm pain upon exertion, (normal) no palpitations, (normal) no shortness of breath, and no known heart murmur. She reports (normal) no swollen glands and (normal) no neck stiffness. She reports (normal) no abdominal pain, (normal) no vomiting, (normal) appetite, and (normal) no change in the stool. She reports (normal) no urinary loss of control, (normal) no changes in urinary habits, (normal) urinary frequency, (normal) no blood in urine (hematuria), (normal) emptying, and (normal) no trouble urinating. She reports (normal) no depression, (normal) no mania, (normal) sleep, (normal) relationships, and (normal) cravings.

## Physical Exam

Patient is a 47-year-old female.

Constitutional: well-developed, well-nourished, and in no acute distress, appearing stated age,
HEENT: NCAT, Pupils are equal, round,
Cardiovascular: Normal rate, regular rhythm and intact distal pulses
Pulmonary: Effort normal. No respiratory distress
Skin: No ecchymosis, no rashes noted
Psychiatric: Mood, memory, affect and judgment normal
MSK LUE

Sensory: diffuse allodynia to light touch, L with significant guarding nondermatoal

Vasomotor: Cooler to touch skin color changes incl mottling and darkening

Sudomotor/edema: Diffuse hand Edema

Motor/trophic: Decreased range of motion fist formation and wrist flexion and extension trophic changes including skin and nail growth

Neuro: AA&Ox3,

## Procedure Documentation

None recorded.

## Assessment / Plan

LUE Causalgia / CRPS sp multiple surgeries.

Chronic pain.

ORT - low

phq9 - mild

We discussed clinical and radiological findings at length with patient and her spouse. Underlying mechanisms of her pain discussed in detail as well as multimodal comprehensive treatment options available.

Plan

1. rec UE vascular study to first rule out thrombosis/ vascular etiology of her pain

2.

Psychological Evaluation for Behavioural Assessment to evaluate candidacy for Trial of spinal cord stimulation.

Cervical MRI has been done and no central stenosis noted.

Has exhausted extensive conservative tx over past several yrs. Is tkaing chronic opioids without improvement. Has failed interventional injections w/ Dr Brenman with no lasting relief

Evaluated by Ortho surgeon and not a surgical candidate. Significant impact on ADLs. unable ot perform dya to day tasks due to pain including housework, grocery shopping and self care. We discussed Trial of Spinal cord stimulation for CRPS/Causalgia If > 80% improvement in pain and activity tolerance will consider permanent implantation.

Risks benefits and alternatives discussed with patient in detail. Procedure and modality discussed at length and goals of treatment reviewed.

**1. Complex regional pain syndrome of upper limb**
G90.519: Complex regional pain syndrome I of unspecified upper limb
- PSYCHOLOGY REFERRAL - Schedule Within: provider's discretion
  Reason for Referral: SCS
  trial
- SPINAL CORD STIMULATOR TRIAL (PROC)
- COMPOUNDED MEDICATION - Gabapentin/ Ketamine BID topical Qty: 1 unit(s) Refills: 5 Pharmacy: N/A

## Return to Office
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 01/10/2020 at 11:00 AM

## Encounter Sign-Off
Encounter signed-off by Prabhdeep Grewal, MD, 12/02/2019.

Encounter performed and documented by Prabhdeep Grewal, MD
Encounter reviewed & signed by Prabhdeep Grewal, MD on 12/02/2019 at 7:27pm

Screening: PHQ-2/PHQ-9 Opioid Risk Neck Disability

The Rehabilitation Group, P.A.

Jose A. Santos, M.D.*
Chaula J. Rana, M.D.*
Marc D. Pecha, M.D.*°°
Jahnavi R. Manocha, M.D.*

*Diplomate
American Board of Physical Medicine and Rehabilitation

°° Diplomate American Board of Electrodiagnostic Medicine

- Physical Medicine & Rehabilitation
- Industrial Medicine
- Sports Medicine
- Spine Care
- Repetitive Motion Disorders
- Impairment Ratings
- Medical Management of
  - Spinal Cord Injury
  - Traumatic Brain Injury
  - Chronic Pain
- Geriatric Rehabilitation
- Electromyography

AANEM Accredited Laboratory
*Exemplary Status

# Electrodiagnostic Consultation

**Lynn Garza** ( was referred for an electrodiagnostic consultation on Monday, November 11, 2019.

**Referring Physician:** Ephraim K. Brenman, D.O.

**Referring Diagnosis:** Cervical radiculopathy

**Focused History:** 47-year-old left-hand dominant female with a history of congenital band syndrome involving her left leg and left forearm arrives following two surgeries to the left forearm which she sustained in the last year. She is left with residual pain symptoms to the left medial elbow and forearm region. Her first surgery involved fascial releases with a second surgery being scar revision and a carpal tunnel release. The 2nd surgery was performed in April of this year in Kansas City.

The patient's symptoms are aggravated/worsened by: any use of the hand
The patient's symptoms are improved/alleviated by: nothing

**Allergies:** NKDA

**Medications:** Levothyroxine, Wellbutrin, Lexapro, Nortriptyline, Adderall, Norco PRN, Ultram PRN, Xanax, Ambien

**Family History:** DM, HTN

**Social History:** No tobacco or ETOH

**Past Medical History:** Congenital band syndrome, hypothyroidism, anxiety, depression, ADD

**Past Surgical History:** Guyon canal release on left, L CTR, tenolysis x2 (FCR&PL), exploration of median/ulnar nerves on left forearm and wrist, scar revision w/ closure 15cm

**Review of Systems:** Negative: fever, chest pain, abdominal pain, night sweats, nausea/vomiting, diarrhea, skin rash, weight change in the past 2 months and recent falls in the past 2 months.

**Exam:** Weight: 163 lbs. Height: 5' 2" Pulse: 106 Resp: 17 B/P: 104/60
BMI: 29.81 PHQ-9: 11 patient is currently on medication and seeing a specialist

**General:** Well developed, overweight female in no acute distress.

2701 Babcock Road, Ste A • San Antonio, Texas 78229 • (210) 614-3225 • Fax (210) 614-3231

**Extremities:** No atrophy to the shoulder, arm, forearm, or hand. She had a large volar surgical scar from the antecubital fossa to the volar wrist but had good left wrist extension and full digit extension. Tinel's test was negative to the left elbow and indeterminate at the left wrist.

**Skin:** Scar tissue as mentioned above.

**Mental Status:** Patient is alert, mood and affect are stable.

**DTR:** ¼ to bilateral biceps/triceps/and brachioradialis with no asymmetry.

**Motor:** 5/5 bilateral shoulder abductors, external rotators, elbow flexors, elbow extensors, grip, and 4+/5 to the left APB. Pain to the left forearm limited the manual muscle test to some degree.

**Sensory:** Intact pinprick sensation to the digits to the left hand but mildly reduced pinprick to the dorsal aspect of the left thumb web-space.

**Gait:** Non antalgic.

**NERVE CONDUCTION STUDY:** Nerve conduction studies were performed using a Cadwell Sierra Ascent EMG machine. The patient's distal extremity temperature was 33.1 degrees Celsius at the left palm and 33.0 degrees Celsius at the right palm. The evoked response sensory amplitudes were measured baseline to peak. evoked motor amplitudes baseline to peak, distal sensory latencies to peak of evoked response, and distal motor latency to the take-off of the response.

There were no limitations to the completion of this study.

(Normal nerve conduction values were obtained from the supplement to the *American Journal of Physical Medicine and Rehabilitation,* volume 78, number 6; November/December 1999 by R. M. Buschbacher, M.D. and from: Establishing high-quality reference values for nerve conduction studies. A report from the normative data task force of the American Association of Neuromuscular & amp; Electrodiagnostic Medicine.)Dillingham T, Chen S, Andry M, Buschbacher R, Del Toro D, Smith B, Zimmermann Y, So Y. *Muscle Nerve.*2016Sep; 54 (3): 366-70. Doi 10.1002/mus.25204).

**Nerve Conduction Studies**

**Motor Left/Right Comparison**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Median Motor (APB)** | | mga | | | | | | | | | |
| Wrist | 4.7 | | | 7.1 | | | Wrist | APB | | | |
| Elbow | 7.5 | | | 8.1 | | | Elbow | Wrist | 76.8 | | |
| **Radial Motor (EIP)** | | | | | | | | | | | |
| 8cm | 2.7 | | | 5.2 | | | 8cm | EIP | | | |
| Elbow | 4.5 | | | 4.6 | | | Elbow | 8cm | 63.9 | | |
| Up Arm | 6.4 | | | 4.2 | | | Up Arm | Elbow | 68.4 | | |
| **Ulnar Motor (ADM)** | | | | | | | | | | | |
| Wrist | 3.4 | | | 10.4 | | | Wrist | ADM | | | |
| B Elbow | 6.3 | | | 9.6 | | | B Elbow | Wrist | 58.6 | | |
| A Elbow | 8.3 | | | 9.5 | | | A Elbow | B Elbow | 60.0 | | |

**Sensory Comparison Left/Right Comparison**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) |
|---|---|---|---|---|---|---|
| **CSI Sensory Comparison (4th / 1st / Wrist)** | | | radial n n/o | | | |
| Med 4th Wr | 3.9 | 2.4 | 1.5 | 11.2 | 36.9 | 69.6 |
| Uln 4th Wr | 3.1 | | | 19.2 | | |

| | | |
|---|---|---|
| Med 1st Wr | 3.4 | 58.2 |
| Med Palm | 2.6 | 51.4 |
| Uln Palm | 1.8 | 20.5 |
| Site 7 | 6.0 | 0.4 |

## Nerve Conduction Studies

Motor Summary Table

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Neg Area (1st) (%) | iAmp (mV) | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (APB)** | | | mga | | | | | | | | | | |
| Wrist | | 4.7 | <4.2 | 7.1 | >5 | | 8.1 | Wrist | APB | 4.7 | 8.0 | | |
| Elbow | | 7.5 | | 8.1 | | | 9.8 | Elbow | Wrist | 2.8 | 21.5 | 76.8 | |
| **Left Radial Motor (EIP)** | | | | | | | | | | | | | |
| 8cm | | 2.7 | <2.5 | 5.2 | >1.7 | | 6.3 | 8cm | EIP | 2.7 | 8.0 | | |
| Elbow | | 4.5 | | 4.6 | | | 5.7 | Elbow | 8cm | 1.8 | 11.5 | 63.9 | |
| Up Arm | | 6.4 | | 4.2 | | | 5.4 | Up Arm | Elbow | 1.9 | 13.0 | 68.4 | |
| **Left Ulnar Motor (ADM)** | | | | | | | | | | | | | |
| Wrist | | 3.4 | <4.2 | 10.4 | >3 | | 12.8 | Wrist | ADM | 3.4 | 8.0 | | |
| B Elbow | | 6.3 | | 9.6 | | | 12.1 | B Elbow | Wrist | 2.9 | 17.0 | 58.6 | |
| A Elbow | | 8.3 | | 9.5 | | | 11.9 | A Elbow | B Elbow | 2.0 | 12.0 | 60.0 | |

Sensory Comparison Summary Table

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (uV) | Site1 | Site2 | Delta-P (ms) | Norm Delta (ms) |
|---|---|---|---|---|---|---|---|---|
| **Left CSI Sensory Comparison (4th / 1st / Wrist)** | | | | radial n n/o | | | | |
| Med 4th Wr | | 3.9 | | 11.2 | Med 4th Wr | Uln 4th Wr | 0.8 | <0.4 |
| Uln 4th Wr | | 3.1 | | 19.2 | Med Palm | Uln Palm | 0.8 | <0.3 |
| Med 1st Wr | | 3.4 | | 58.2 | | | | |
| Med Palm | | 2.6 | | 51.4 | | | | |
| Uln Palm | | 1.8 | | 20.5 | | | | |
| Site 7 | | 6.0 | | 0.4 | | | | |
| **Right CSI Sensory Comparison (4th / 1st / Wrist)** | | | | RADIAL TO BASE OF THUMB | | | | |
| Med 4th Wr | | 2.4 | | 36.9 | | | | |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasc | Amp | Dur | Poly | Recrt | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Ext Digitorum | Radial (Post Int) | C7-8 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |

## INTERPRETATION OF ELECTRODIAGNOSTIC FINDINGS:

1. Prolonged left median distal sensory latency with normal sensory nerve action potential when recording from both the ring finger and the thumb.
2. Normal left ulnar distal sensory latency and sensory nerve action potential.
3. Non obtainable left radial sensory nerve action potential when recording from both the thumb as well as the base of the thumb at the wrist.
4. Normal right radial distal sensory latency and sensory nerve action potential when recording from the base of the thumb at the wrist.

5. Normal left ulnar distal motor latency, compound motor action potential, and nerve conduction velocity across the flexed elbow.
6. Borderline prolonged left median distal motor latency with normal compound motor action potential and evidence of a Martin-Gruber anastomosis.
7. Normal left radial distal motor latency, compound motor action potential, and nerve conduction velocity with no slowing or evidence of conduction block.

Normal needle EMG examination. Membrane instability in the form of positive sharp waves and fibrillations was not noted in any of the muscles in the table. Recruitment was normal.

**ELECTRODIAGNOSTIC IMPRESSION:** Abnormal electrodiagnostic study There is electrodiagnostic evidence of a left superficial radial neuropathy as well as a mild/moderate left median neuropathy at the wrist, demyelinating in nature, consistent with mild/moderate left carpal tunnel syndrome.

There is no electrodiagnostic evidence of a left upper limb radiculopathy, brachial plexopathy, or other focal mononeuropathy (i.e. no left cubital tunnel syndrome).

Clinically, the patient is not experiencing significant carpal tunnel symptoms and has undergone a carpal tunnel release surgery six months ago. I do not know if my results today reflect improvement or worsening of her median neuropathy at the wrist. She is not extremely symptomatic from the left superficial radial neuropathy and the prognosis of this is uncertain She should continue to wear a carpal tunnel splint at night and be followed clinically. On my clinical examination I do not find evidence for increased swelling of the hand, nail changes, skin color changes, or hair disturbance to the hand.

The patient was educated with regard to the findings of today's testing and ample time was taken to answer questions with regard the test.

**PLAN:** Return back to Dr. Brenman with the above mentioned recommendation.

Thank you for the electrodiagnostic consultation. If you have any questions, please call (210) 614-3225.

**Marc D. Pecha, M.D.**
Diplomate, American Board of Electrodiagnostic Medicine
V.M.D.

**Waveforms:**



**Patient:** Garza, Lynn 5/5/1972 **Test Date:** 11/11/2019 **Page 5**






**GARZA, LYNN (id #755601, dob:**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 11/20/2019 10:30AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | ANTHONY MONTANEZ, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

## Chief Complaint

Left NEW PATIENT PRESENT TODAY FOR HAND PAIN, Left Patient is here for hand pain

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

11/20/2019 11:48 am

| | | |
|---|---|---|
| **Ht:** 5 ft 2 in | **Wt:** 163 lbs | **BMI:** 29.8 |
| **BP:** 122/89 | **Pulse:** 94 bpm | **Pain Scale:** 8 |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | |
|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 11/15/19 entered |
| **nortriptyline 10 mg capsule**<br>10 mg. | 11/15/19 entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 11/15/19 entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 11/15/19 entered |
| **Ultram 50 mg tablet**<br>50 mg. | 11/15/19 entered |

## Problems

Reviewed Problems
No known problems

- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus |
| Mother | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

Sister - Diabetes mellitus

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

None recorded.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion**
**Denies:Back Pain,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

**GARZA, LYNN (id #755601, dob:**

## Physical Exam

None recorded.

## Procedure Documentation

**Xray, Elbow, Left, 3V:**

In office X-ray: Per my protocol, x-rays of the left elbow were completed in the office today.
Views Obtained/Technique: 3 views, AP, Lateral and Oblique

**X-Ray Findings/Interpretation:**

**Xray, Forearm, Left, 2V:**

In office X-ray: Per my protocol, x-rays of the left forearm were completed in the office today.
Views Obtained/Technique: 2 view AP Lateral

**X-Ray Findings/Interpretation:**

**Xray, Hand, Left, 3+V:**

**In office X-ray:** Per my protocol, x-rays of the left hand were completed in the office today.
Views Obtained/Technique: 3 view PA, Lateral and Oblique

**X-Ray Findings/Interpretation:**

**X-RAY PREGNANCY INFORMED CONSENT:**

Prior to radiology, the patient was asked if she is pregnant and to the best of her knowledge she is not pregnant at this time.

## Assessment / Plan

CHIEF COMPLAINT
Left hand numbness and weakness.

HISTORY OF PRESENT ILLNESS
A very pleasant 47-year-old female coming in for evaluation of continued pain along her left forearm and decreased sensation. She has a very complicated history. It appears that 3 years ago she developed intermittent compartment syndrome in her forearm. She underwent surgery a year ago in January 2018 and it appears this was a fasciotomy with questionable carpal tunnel release. She did not gain any relief from that. She had a second surgery on 04/19/2019. It appears she underwent a carpal tunnel release and a repeat fasciotomy. She did not get any relief of her symptoms. She had continued weakness, numbness and a cold sensation in her hand. She had no history of trauma. Did not have fractures. It is difficult to state exactly why she had a fasciotomy done. She does not have her records here today.

PHYSICAL EXAMINATION
Left upper extremity: Decreased sensation in median, radial, and ulnar. She can feel touch but this is decreased. She has 4/5 strength finger flexion, finger extension, interosseous, thumb extension, wrist flexion and wrist extension. Her radial pulse is palpable. Her capillary refill is less than 2 seconds. She has a long incision along her volar forearm extending from her carpal tunnel all the way up to her elbow from a previous release. She has a positive Tinel at the wrist. Negative Phalen. Negative Durkan's. Negative Tinel at the elbow.

IMAGING
Radiographs of her left forearm show vascular clips in her subcutaneous tissue. Otherwise, no evidence of a fracture or malalignment.

ASSESSMENT and PLAN
This is a very pleasant 47-year-old female who comes in for evaluation of status post left forearm fasciotomies with a carpal tunnel release. I did review her nerve conduction study dated 11/11/2019 done by Dr. Pecha. Please review this study in our system for further evaluation. This shows mild evidence of carpal tunnel; otherwise, normal nerve conduction test. I did discuss this with her and her husband. It is highly unlikely that she would gain any additional relief if I go in and do a repeat carpal tunnel and fasciotomies as she has already had this released. I do not feel this would help her. She is complaining of a cold sensation for which she needs to be evaluated by a vascular surgeon. I asked her to see one of the vascular surgeons at Peripheral Vascular Associates. Unfortunately, I do not think a repeat surgery by myself would benefit her. She was grateful for my opinion and will seek advice from a vascular surgeon.

1. **Pain in forearm** - Left
   M79.632: Pain in left forearm

Return to Office

- Prabhdeep Grewal, MD for NEW PATIENT 30 at THE ORTHOPAEDIC INSTITUTE OFFICE on 12/02/2019 at 02:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 01/10/2020 at 11:00 AM

Encounter Sign-Off

Encounter signed-off by Anthony Montanez, MD, 11/22/2019.

Encounter performed and documented by Anthony Montanez, MD
Encounter reviewed & signed by Anthony Montanez, MD on 11/22/2019 at 3:26pm

Phyllis Carozza, Ph.D.

Licensed Psycholotist

4049 Central

Kansas City, Missouri 64111

Erin Ortiz 1800-252-9627 ext. 8698

Dear Erin:

This report is regarding your request for information about Lynn Garza. I first saw Lynn on March 1, 2018. Lynn was first seen for depression and anxiety. During the course of treatment she resolved her psychological issues. Following that Lynn was seen for issues that resulted from pain caused by surgery on her arm. The pain was followed by a physician diagnosis of complex regional pain syndrome; 5-6 forminal stenosis; disc protrusion c-5-6/c4-5;carpal tunnel.

Lynn has suffered from severe pain in her arm. Over several I have seen her as she has tried many therapeutic therapies to resolve the pain with little relief.

The pain is debilitating and resulted in her inability to work as a Nurse Practitioner. At this point the pain interferes with day to day as she attempts tasks where use of her arm is essential.

Her cognition is also effected as a result of the pain. The brain fog interferes with her ability to concentrate and safely

perform tasks at home as well as tasks that require use of equipment used in daily life.   She stated " the pain effects the smallest detail of my day as a result of not being able use my hands" .

The constant pain and loss of her career has effected her independence and her identity as woman.  She said her identity as a human being has been drastically altered.

Her efforts to do simple tasks result in a vicious circle.  She feel defeated when after she tries to do movements to improve her condition with simple movements  the pain is overwhelming and she feels she is back to square one.   This cycle has caused her to get discouraged as the depression and tension set in. She gets triggered easily when she fails to experience progress.

Lynn is currently living with her parents of her need for financial help.   She is in a cycle again when her dependence on her parents results in a double bind where she can't win no matter what she does.

I am recommending that Lynn be considered for disability.

Phyllis Carozza, Ph.D

Phyllis Carozza, Ph.D.

Phyllis Carozza

BLUE STAR BENEFITS

~~6600 College Blvd. Ste.125~~
~~Overland Park KS 66211~~
4049 Central
KCMO 64111

KANSAS CITY 640
13 MAR 2020 PM 2 L




Lynn Garza

78250-415519

GARZA, LYNN #755601

* 45959429w94 A-FormLett

Your Health ~ Our Mission
THE SAN ANTONIO ORTHOPAEDIC GROUP®
Since 1947

## RETURN TO WORK OR SCHOOL CERTIFICATE

Patient's Name Lynn Garza

Date of injury ______

Date of exam 11/14/19

**Work/School**

May return to work/school on 1/14/19

- ☐ Full duty (Date) ______
- ☐ Light duty (Date) ______
- ☐ No duty (Date) ______

**Restrictions**

- ☐ Light grasping and squeezing to_____lbs. pressure for _____hrs. a day
- ☐ No wrist motion
- ☐ No overhead reaching
- ☐ Limit keyboard/typing to_____hrs. a day
- ☐ May/Must wear splint at work/school
- ☐ May only lift _____lbs. for no more than_____hrs. per day
- ☐ Must keep cast clean and dry
- ☐ No climbing ladders/scaffolds
- ☑ Other No use of left arm or hand
- ☐ No restrictions

**Follow up**

- ☑ Return appointment date 1/10/19

Treating physician ______ Date 1/14/19

Liberty/Garza 1705

# TX - San Antonio Orthopaedic Group

THE ORTHOPAEDIC INSTITUTE
400 CONCORD PLAZA DR, Suite 300
SAN ANTONIO, TX 78216-6991.
Phone: (210) 804-5400 Fax:(210) 804-6850

LYNN GARZA
DOB:
Patient ID: 755601

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 11/20/2019 | 10:30 AM | NEW PATIENT 10 ANTHONY MONTANEZ, MD | THE ORTHOPAEDIC INSTITUTE 400 CONCORD PLAZA DR, Suite 300 SAN ANTONIO, TX 78216-6991. | (210) 804-5400 |
| 01/10/2020 | 11:00 AM | FOLLOW-UP 10 EPHRAIM K BRENMAN, DO | THE ORTHOPAEDIC INSTITUTE 400 CONCORD PLAZA DR, Suite 300 SAN ANTONIO, TX 78216-6991. | (210) 804-5400 |

GARZA, LYNN (id #755601, dob:

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 11/07/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 11/07/2019 10:40AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

follow-up

10/18/19 Lt C7 T1 ESI

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 11/07/2019 11:06 am | **Wt:** | 163 lbs 11/07/2019 11:16 am | **BMI:** | 29.8 11/07/2019 11:16 am |
| **BP:** | 124/89 sitting 11/07/2019 11:17 am | **Pulse:** | 105 bpm 11/07/2019 11:17 am | **Pain Scale:** | 8 11/07/2019 11:17 am |

## Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 11/07/19 | prescribed |
| **nortriptyline 50 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 11/07/19 | prescribed |
| **Ultram 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 11/07/19 | prescribed |

## Problems

Reviewed Problems
No known problems

- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

**GARZA, LYNN (id #755601, dob:**

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

She comes in today for followup. Cervical epidural steroid injection did not help. She is going to undergo EMG nerve conduction study on Monday from Dr. Peck. She is requesting refill of her current medication regimen. Nortriptyline does help her sleep at night, particularly 50 mg up.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion**
**Denies:Back Pain,Night Pain**
**Neurologic**
**Confirms: None**
**Denies:Weakness,Numbness/Tingling**
**Basically unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Basically unchanged.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Neuropathic pain after having proximal distal median nerve neurolysis with decompression. Still has ongoing severe symptoms. She does have a left C5-C6 disk protrusion, but the cervical ESI did not help. She will follow up with me after the EMG nerve conduction studies done. However, also in the meantime, we will also get a spinal cord stimulator trial evaluation due to ongoing neuropathic pain. Questions answered.

**1. Carpal tunnel syndrome**
G56.01: Carpal tunnel syndrome, right upper limb
- CARPAL TUNNEL SYNDROME: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: EXERCISES
- SCD - ASSH Carpal Tunnel Syndrome - Handout: SCD - Handout ASSH Carpal Tunnel Syndrome
- SCD - Carpal Tunnel Post op - Handout: SCD - Handout Carpal Tunnel Post-op
- Norco 5 mg-325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- nortriptyline 50 mg capsule - Take 1 capsule(s) twice a day by oral route. Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- Ultram 50 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 30 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion

Reason for Referral: scs trial
-

**2. Skin sensation disturbance**
R20.0: Anesthesia of skin

## Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/15/2019 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 11/08/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 11/08/2019 at 8:33am

**From:**Kennedy, Chenta
**Sent:**Wed, 18 Mar 2020 11:15:12 +0000
**To:**Lynn Garza
**Subject:**RE: Documents LTD

Good morning,

Thank you for the information. Please have all medical information in by April 14, 2020, if possible. If you need more time please let me know.

Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:

**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Wednesday, March 18, 2020 7:01 AM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Fwd: Documents LTD

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I'm sending the documents that my husband scanned for me. I had a vascular study but I do not have these results yet. I will request the results and forward them to you as soon as I can. I've had appointments with Dr Brenman in January and Dr Endress in March 2020 but do not have the progress note yet. I will request them & send them when received. Please contact me if you have any questions or concerns that I can address.
Thank you ,
Lynn Garza

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Health Information Management Department**
**11300 Corporate Ave Suite 345**
**Lenexa, KS 66219**

# Fax cover sheet

Date: Friday, March 13, 2020 3:45 AM

To: LINCOLN FINANCIAL GRP Claim:8820045 Attn:Chenta Kennedy
Fax: 6034301776
Phone:

From: Christine Williams
Fax: 913-588-2495
Phone: 913-588-2454

3 Page(s) including this cover sheet

**Notes:**

CONFIDENTIALITY NOTICE

This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. The information contained in this facsimile is intended only for the exclusive and confidential use of the designated recipient named above. If you are not the designated recipient (or an employee or agent responsible for delivering this facsimile transmission to the designated recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. If you have received this transmission in error, immediately notify the Privacy Officer at 913-945-5490 to arrange for the return or destruction of the information and all copies.

4000 Cambridge Street | Kansas City, KS 66160 | Phone 913-588-2454 | Fax 913-588-2495 | kansashealthsystem.com

The University of Kansas Health System
Health Information Management Department
P.O. Box 955772
St Louis, MO 63195-5772

3/13/20

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
LINCOLN FINANCIAL GROUP
P O BOX 7207
LONDON, KY 40742-7205

We have received your request for copies of medical records. We require pre-payment for these copies. Our taxpayer I.D. number, should you need it, is 48-120-2402. Once payment has been processed, records will be sent to the location specified in your request.

Records of: MS. LYNN ANGELIQUE GARZA
Medical Record Number: 1770004
Invoice Number: 153293
Date request received: 3/11/2020
Date request billed: 3/13/2020

Records as requested: $28.00
Other Fees: $ ()
Postage: $0.00
Page Count: 9

## Amount Due: $28.00

To pay by Check:

- **Please make checks payable to "The University of Kansas Health System"**
- Include a copy of the invoice with payment. Please reference the invoice number and patient medical record number on the check.
- Mail to the address located at the top of the invoice. Mailing checks to the hospital or Health Information Management Department will delay processing times.
- Please submit payment within 30 business days and allow 7-10 business days for processing time.

To pay by Credit Card:

- Call the Health Information Management Department at **913-588-2454**. Press option 1 and option 1 again.
- Let the associate taking the payment know if you would like a copy of the receipt.

This invoice is for the requested medical record copies *only*. Please contact the billing department or imaging to request records or for follow-up.

**Patient Financial Services**
11300 Corporate Avenue, Suite 260, Lenexa, KS 66219
Phone: 913-588-5820, Fax: 913-574-2333

**Radiology Imaging Center**
4000 Cambridge Street, Kansas City, KS 66160
Phone: 913-588-6812, Fax: 913-588-6899

Thank you.

Release of Information Representative
Health Information Management Department
(913) 588-2454

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 11, 2020

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

1770004

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2019 through the present

We ask that you provide this information by April 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | March 11, 2020 |
| To: | THE ORTHOPAEDIC INSTITUTE<br>400 CONCORD PLAAZA DR.<br>STE 300<br>SAN ANTONIO TX 78216-6991 |
| Attn: | medical records |
| Fax: | (210) 804-6850 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 11, 2020

The Orthopaedic Institute
400 CONCORD PLAAZA DR.
STE 300
SAN ANTONIO, TX 78216-6991

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 8, 2019 through the present

We ask that you provide this information by April 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.08.2019

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 10/26/19

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | March 11, 2020 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 11, 2020

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2019 through the present

We ask that you provide this information by April 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.08.2019

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8820045 Date: 10/26/19

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | March 11, 2020 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 11, 2020

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Physical therapy notes from September 21, 2019 to the present

We ask that you provide this information by April 10, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.08.2019

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 10/26/19

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 12, 2020

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On March 11, 2020, we requested medical records from Dr. Brenman, Dr. Endress and TSAOG. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2019 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Sisters of Charity of Leavenworth Health System, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 10, 2020, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

May 11, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than April 10, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

**From:**Kennedy, Chenta
**Sent:**Wed, 11 Mar 2020 13:20:41 +0000
**To:**Lynn Garza
**Subject:**RE: LTD 8820045

Good morning,

I wanted to touch base with you for an update on your medical treatment. We are in need of your updated medical records from December 1, 2019 to the present from all your treating providers. We have been provided the following:

Dr. Endress: medical records through 8/27/19
TSAOG : records through 11/20/19
The rehab group : records through 11/11/19
The san Antonio ortho group: return to work note for January 14, 2020
Dr. Brenman: records through November 7, 2019

In order to review your claim for any further extension of benefits we are going to request all updated medical records, please provide me with any treatment you have undergone since December, I will also need the names of the physicians/facilities please.

If you could also give me an up date as to what your current symptoms are at this point, and do you have a return to work plan?

Thank you

Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:

**From:**Kennedy, Chenta
**Sent:**Wed, 11 Mar 2020 19:49:02 +0000
**To:**Lynn Garza
**Subject:**RE: LTD 8820045

Hi,

In regards to your social security you will need to appeal the determination, we will need proof of this appeal – not sure if this is your second time being denied you may want to consider obtaining an attorney to file for a hearing- Once I get your updated records your LTD claim will be going for a clinical review for any ongoing benefits.

Thank you


Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:


**From:** Lynn Garza <lae9q3@gmail.com>
**Sent:** Wednesday, March 11, 2020 3:35 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Re: LTD 8820045

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Thank you for your email. I just received a letter from the Social Security Department informing me that my claim has been denied. I will get additional records and send them to you as well as a copy of my denial letter. I'm not sure what happens now. I will see Dr Ephraim in about 3 weeks. (April 3) They have not implanted the spinal stimulation device yet. I'm waiting for a date for the trial period of the spinal stimulator to see if it benefits me.
I continue to experience weakness and pain in my dominant hand. I have had a follow up appointment with my surgeon Dr Endress and I wasn't cleared for work yet. I'm still experiencing great limitations in my activities of daily living but I'm working really hard to increase my range of motion and hopefully improve some of the limitations. As I mentioned, I will ask my husband to assist me with downloading the records that I have and send them to you.
Thank you,
Lynn Garza

On Wed, Mar 11, 2020 at 8:20 AM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Good morning,

I wanted to touch base with you for an update on your medical treatment. We are in need of your updated medical records from December 1, 2019 to the present from all your treating providers. We have been provided the following:

Dr. Endress: medical records through 8/27/19
TSAOG : records through 11/20/19
The rehab group : records through 11/11/19
The san Antonio ortho group: return to work note for January 14, 2020
Dr. Brenman: records through November 7, 2019

In order to review your claim for any further extension of benefits we are going to request all updated medical records, please provide me with any treatment you have undergone since December, I will also need the names of the physicians/facilities please.

If you could also give me an up date as to what your current symptoms are at this point, and do you have a return to work plan?

Thank you



Chenta Kennedy
Technical Claims Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742-7207

888 437 7611, Ext *13934
F: 603-430-1776
Chenta.Kennedy@lfg.com

LincolnFinancial.com

Follow us on:

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# Cover Sheet for Lynn Garza

I have applied for disability online. I understand that the information I provided and sent to SSA electronically will be used in making a decision on this claim for benefits.

**My address:**

**My phone number:**

**When necessary, SSA can contact this person who knows about my condition:**

Mark Rice

**I have attached the following items (check all that apply):**

◻ Copies of Medical Records I Already Have

◻ Other (Please list below)

**Name of the person completing this application:**

Lynn Garza

**Mail to:**

SOCIAL SECURITY
411 RICHLAND HILLS DR
SAN ANTONIO , TX 78245-9927

# Background Information for Lynn Garza

Your information was received on December 27, 2019 at 1:50:50 PM.

Background Information: Identification

## Applicant Identification

Name: **Lynn A Garza**
Social Security Number:
Date of Birth:
Gender: **Female**
Blind or low vision: **No**
Disabled: **Yes**
Start Date of Disability: **October 10, 2018**
Denied Benefits in Last 60 days: **No**
Diagnosed with condition that is expected to end in death: **No**

## Applicant's Contact Information

**Contact Information**
Mailing Address:
address: **Yes**
Phone: **Mobile**
Best time to call: **Anytime between 9 a.m. and 5 p.m.**
Email Address:
Confirm Email Address:

**Ability to Communicate in English**
Speak English: **Yes**
Read English: **Yes**
Write English: **Yes**

**Language Preferences**
Preferred language for speaking: **English**
Preferred language for reading: **English**

## Birth and Citizenship Information

Place of Birth: **Tacoma, Washington**
U.S. Citizen: **Yes**
Type of Citizenship: **US citizen born inside US**

## Other Social Security Numbers and Names

**Other Social Security Numbers**

Any other Social Security Numbers used: **No**

**Other Names**

Any other names used: **Yes**

Other Name 1: **Lynn A Evans**

Background Information: General

## Marriage Information

Currently married: **Yes**

Spouse's Name: **Mark Rice**

Spouse's Social Security Number:

Know Spouse's date of birth: **Yes**

Spouse's date of birth:

Date of Marriage: **April 14, 2018**

Place of Marriage: **Overland Park, Kansas**

Marriage Type: **Married by Clergy or Public Official**

## Prior Marriages

Any prior marriages: **Yes**

Any prior marriages that lasted at least 10 years: **Yes**

Any prior marriages that ended due to spouse's death: **No**

## Prior Marriage 1

Prior spouse's name: **Kenneth Evans**

Prior spouse's Social Security Number: **UNKNOWN**

Know prior Spouse's date of birth: **Yes**

Prior spouse's date of birth: **August 10, 1968**

Prior marriage began on: **December 21, 1991**

Prior marriage began in: **San Antonio, Texas**

Prior marriage type: **Married by Clergy or Public Official**

Prior marriage ended on: **July 10, 2010**

Prior marriage ended in: **Overland Park, Kansas**

Prior marriage ended because of: **Divorce**

Prior spouse deceased after marriage ended: **No**

## Children

Have any children: **Yes**

Any children who became disabled prior to age 22: **No**

Any unmarried children under age 18: **No**

Any unmarried children aged 18 to 19 still attending elementary or secondary school (below college level) full time: **No**

## Military Details

Military service prior to 1968: **No**

## Employer Details

Worked for an employer in 2018: **Yes**
Worked or will work for an employer in 2019: **No**
Will work for an employer in 2020: **No**

## Employer Details 1

Employer's name: **Sisters of Charity Leavenworth**
Employer's address: **636 Tauromee Ave, Kansas City, Kansas, 66101**
Date employment began: **October 2014**
Date employment ended: **November 2018**
Employment has not ended: **No**

## Self-Employment Details

Self-employed in 2018: **No**
Self-employed in 2019: **No**
Self-employed in 2020: **No**

## Supplemental Information

Worked outside the US: **No**
Spouse or prior spouse worked outside the US: **No**
Agree with earnings history as shown on Social Security statement: **Yes**

## Total Earnings

Total of all wages and tips in 2018: **$76855**
Worked outside the United States for salary, wages, or self-employment in 2018: **No**
Total earnings include any special payments paid in one year but earned in another: **No**

## Other Pensions/Annuities

Ever work in a job where U.S. Social Security taxes were not deducted or withheld: **No**
Spouse or prior spouse worked for the Railroad 5 years or more: **No**

## Direct Deposit Details

Own or co-own a bank account to use for Direct Deposit: **Yes**
Account Type: **Checking**
Routing Number:
Account Number:

Background Information: Other Benefits

## Benefit Information

Intend to apply for Supplemental Security Income benefits: **No**

Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: **No**

### Ability To Work

Illnesses, injuries, conditions related to work: **No**

Now able to work: **No**

### Disability Payments

Filed or intend to file for workers' compensation or other public disability benefits: **No**

Received money from employer on/after date unable to work: **Yes**

Total amount received from employer: **$30000**

Type(s) of pay received: **Sick Pay, Vacation Pay, Other**

Expect to receive money from employer in the future: **No**

### Dependents

Has one parent who receives one-half support: **No**

Background Information: Remarks

### Remarks

The following are your remarks: **I have est. amount of pay by employer as I am uncertain of the exact amount. I'm unable to recall duration of short term disability. (STD) I had a trial return to work w/limitations for approximately 5 weeks. I was unable to meet the requirements for my position as a nurse practitioner and let go for medical reasons in Nov 2018. I was told that because I returned to work(w/limitations)a new/second claim for STD had to be created. I have sent in a request to my previous employer for the amount paid in sick pay or vacation that I received in 2018. I will provide this information as soon as I receive it.**

## Authorization to Obtain Wage Information for Lynn Garza

Your information was received on December 27, 2019 at 1:50:50 PM.

### Authorization to Obtain Wage Information

Authorization for the SSDI program: **Yes**

## Disability Information for Lynn Garza

Your information was received on December 30, 2019 at 6:09:16 PM.

Identification

### Applicant Information

**Identification Information**

Name: **Lynn A Garza**

Social Security Number:

Date of Birth:

Gender: **Female**

**Contact Information**

Mailing Address:

Daytime Phone Number:

Alternate Phone Number:

Email Address:

**Ability to Communicate in English**

Speak English: **Yes**

Read English: **Yes**

Write English: **Yes**

**Other Names**

Other Names Used on Medical or Educational Records: **Yes**

Other Name 1: **Lynn A Evans**

## Re-entry Number

The Re-entry Number is: **24721737**
(The Re-entry Number cannot be edited.)

Medical

## Conditions

**List of physical and mental conditions:**

1: **Complex regional pain syndrome**
2: **ADHD**
3: **depression**
4: **anxiety**
5: **Severe foraminal stenosis C5-6**
6: **Disc protrusion C5-6 and C4-5**
7: **Median nerve compression**
8: **ongoing neuropathic pain**
9: **carpal tunnel**
10: **skin sensation disturbance**

**More than 10 conditions.**

Height without shoes: **5** feet **2** inches

Weight without shoes: **173** lbs

Conditions cause pain or other symptoms: **Yes**

**Seen a healthcare provider or received treatment, or have an appointment scheduled:**

For physical conditions: **Yes**

For mental conditions: **Yes**

## Other Contact

Name: **Mark Rice**

Relationship to Applicant: **Family Member**

Same Address as Applicant: **Yes**

Phone Number:

Speak English: **Yes**

## Doctor/Healthcare Professional 1

**Doctor/Healthcare Professional Details**

Name: **Dr. Ephraim Brenman**

Office Name: **The San Antonio Orthopedic Group**

Address: **400 Concord Plaza Drive, San Antonio, Texas, 78216**

Phone Number: **(210) 804-5927**

Patient ID Number:

**Treatment**

First Visit: **9/15/2019**

Last Visit: **11/1/2019**

Next Scheduled Appointment: **1/10/2020**

Medical Conditions Treated: **wrist pain, stiffness to wrist, left arm pain, medial nerve compression, cervical radiculopathy, skin sensation disturbance, complex regional pain syndrome**

Treatment Received: **follow up and evaluation, epidural steroid injection**

## Doctor/Healthcare Professional 2

**Doctor/Healthcare Professional Details**

Name: **Dr. Anthony Montanez**

Office Name: **TSAOG**

Address: **400 Concord Plaza Dr, San Antonio, Texas, 78216**

Phone Number: **(210) 804-5400**

Patient ID Number: **755601**

**Treatment**

First Visit: **11/20/2019**

Last Visit: **11/20/2019**

Next Scheduled Appointment:

Medical Conditions Treated: **Evaluated for a possible third surgery on forearm. Did not recommend third surgery and advised it would not provide pain relief due to the previous two surgeries.**

Treatment Received: **Evaluation for possible surgery. Followup with Dr Brenman.**

## Doctor/Healthcare Professional 3

**Doctor/Healthcare Professional Details**

Name: **Dr. Prabhdeep Grewal**

Office Name: **TSAOG**

Address: **400 Concord Plaza Dr, San Antonio, Texas, 78216**

Phone Number: **(210) 804-5927**

Patient ID Number:

**Treatment**

First Visit: **12/02/2019**

Last Visit: **12/02/2019**

Next Scheduled Appointment:

Medical Conditions Treated: **CRPS, left forearm pain, skin dysesthesias**

Treatment Received: **Examination/Evaluation for spinal cord stimulator implant.**

## Doctor/Healthcare Professional 4

**Doctor/Healthcare Professional Details**

Name: **Dr. Marc Pecha**

Office Name:

Address: **2701 Babcock Rd, San Antonio, Texas, 78229**

Phone Number: **(210) 614-3225**

Patient ID Number:

**Treatment**

First Visit: **12/11/2019**

Last Visit: **12/11/2019**

Next Scheduled Appointment:

Medical Conditions Treated: **CRPS, Martin-Gruber Anastomosis, left forearm pain, skin dysesthesias.**

Treatment Received: **Recommended nightly carpal tunnel splint and clinical follow-up.**

## Doctor/Healthcare Professional 5

**Doctor/Healthcare Professional Details**

Name: **Phyllis Carozza Phd**

Office Name:

Address: **9233 Ward Parkway, Kansas City, Missouri, 64114**

Phone Number: **(816) 361-6600**

Patient ID Number:

**Treatment**

First Visit: **12/01/2107**

Last Visit: **06/25/2019**

Next Scheduled Appointment:

Medical Conditions Treated: **Evaluation and treatment for depression, anxiety.**

Treatment Received: **Cognitive-behavioral therapy.**

## Doctor/Healthcare Professional 6

**Doctor/Healthcare Professional Details**

Name: **Dr. Ryan Endress**

Office Name:

Address: **10777 Nall Ave, Overland Park, Kansas, 66211**

Phone Number: **(913) 588-2000**

Patient ID Number:

**Treatment**

First Visit: **02/18/2019**

Last Visit: **11/04/2019**

Next Scheduled Appointment: **01/21/2020**

Medical Conditions Treated: **CRPS, left forearm pain, carpal tunnel**

Treatment Received: **Surgery for carpal tunnel release, scar revision, occupational therapy, median nerve compression, and deeper fasciotomy.**

## Doctor/Healthcare Professional 7

**Doctor/Healthcare Professional Details**

Name: **Jason Little CHT**

Office Name: **SERC**

Address: **7211 W 110th St, Overland Park, Kansas, 66110**

Phone Number: **(913) 451-7372**

Patient ID Number:

**Treatment**

First Visit: **06/22/2018**

Last Visit: **04/23/2019**

Next Scheduled Appointment:

Medical Conditions Treated: **left forearm pain, left upper extremity pain, weak grip, skin dysesthesias.**

Treatment Received: **Occupational therapy treatment including dexterity exercises, scar massage, application of hot pack, application of ice pack.**

## Doctor/Healthcare Professional 8

**Doctor/Healthcare Professional Details**

Name: **Dr. Yutaka Kawase**

Office Name: **College Park Family Care**

Address: **15010 Glenwood, Stanley, Kansas, 66223**

Phone Number: **(913) 681-8866**

Patient ID Number:

**Treatment**

First Visit: **04/01/2016**

Last Visit: **08/28/2019**

Next Scheduled Appointment:

Medical Conditions Treated: **Left hand pain**

Treatment Received: **Referred to a neurologist.**

## Doctor/Healthcare Professional 9

**Doctor/Healthcare Professional Details**

Name: **Dr. Sean Conelly**

Office Name: **Algos Behavioral Health Services**

Address: **2161 NW Military Why, San Antonio, Texas, 78213**

Phone Number: **(210) 447-6363**

Patient ID Number:

**Treatment**

First Visit: **12/11/2019**

Last Visit: **12/11/2019**

Next Scheduled Appointment:

Medical Conditions Treated: **Psychological evaluation for possible spinal cord stimulator.**

Treatment Received: **Continue psychotropic medication, recommends psychotherapeutic pain management, followup with Dr. Grewal as acceptable candidate for spinal cord stimulator implant.**

## Doctor/Healthcare Professional 10

**Doctor/Healthcare Professional Details**

Name: **Andrea Fisher CHT**

Office Name: **TSAOG**

Address: **11212 State HWY 151, San Antonio, Texas, 78251**

Phone Number: **(210) 804-6819**

Patient ID Number:

**Treatment**

First Visit: **07/15/2019**

Last Visit: **09/13/2019**

Next Scheduled Appointment:

Medical Conditions Treated: **CRPS, left forearm pain, skin dysesthesias, carpal tunnel, stiff wrist, and wrist pain.**

Treatment Received: **Strengthing exercises, scar massage, hot and cold packs, therapeutic exercise to develop strength, range of motion, and flexibility.**

## Doctor/Healthcare Professional 11

**Doctor/Healthcare Professional Details**

Name: **Dr. Regina Nouhan**

Office Name: **Monarch Plastic Surgery**

Address: **4801 W 135th St, Overlandf Park, Kansas, 66224**

Phone Number: **(913) 663-3838**

Patient ID Number:

**Treatment**

First Visit: **05/10/2018**

Last Visit: **03/26/2019**

Next Scheduled Appointment:

Medical Conditions Treated: **Chronic intermittent left forearm/hand pain with possible intermittent compartment syndrome and congenital amniotic band syndrome. Post fasciotomy pain and swelling, and intermittent temperature change in left forearm/hand.**

Treatment Received: **Left volar forearm fascia release with ulnar nerve exploration and decompression. Post-surgery steroid injections to incision scar. Ordered physical therapy, and recommended avoidance of the use of the upper left extremity. Arterial and veinous doppler studies. MRI with "time-resolved imaging of contrast kinetics". Referral to Dr. Endress, upper extremity specialist.**

## Doctor/Healthcare Professional 12

**Doctor/Healthcare Professional Details**

Name: **Dr. Laura Reilly**

Office Name:

Address: **1803 S Ridgeview Rd, Olathe, Kansas, 66062**

Phone Number: **(913) 829-0505**

Patient ID Number:

**Treatment**

First Visit: **06/29/2016**

Last Visit: **03/29/2018**

Next Scheduled Appointment:

Medical Conditions Treated: **Left forearm pain, temperature changes, swelling, and migraines.**

Treatment Received: **Medication, evaluation, EMG. Referrals to pain management, and surgical consult.**

## Doctor/Healthcare Professional 13

**Doctor/Healthcare Professional Details**

Name: **Dr. Ngoc Knoff**

Office Name:

Address: **10600 Mastin St, Overland Park, Kansas, 66212**

Phone Number: **(913) 469-6447**

Patient ID Number:

**Treatment**

First Visit: **04/19/2018**

Last Visit: **05/24/2018**

Next Scheduled Appointment:

Medical Conditions Treated: **Pain and left forearm contracture band.**

Treatment Received: **Examination for pain, followup with Dr. Nouhan surgical consult.**

## Doctor/Healthcare Professional 14

**Doctor/Healthcare Professional Details**

Name: **Dr. Anne Clark**

Office Name:

Address: **10500 Barkley St, Overland Park, Kansas, 66212**

Phone Number: **(913) 738-9235**

Patient ID Number:

**Treatment**

First Visit: **01/01/2015**

Last Visit: **08/29/2019**

Next Scheduled Appointment: **01/20/2020**

Medical Conditions Treated: **Anxiety, Depression, ADHD, Sleep Disturbance**

Treatment Received: **Regular office visits and medication followups.**

## Hospital/Clinic 1

**Hospital/Clinic Details**

Name: **Overland Park Surgery Center**

Name of Healthcare Professional Treated By: **Dr. Regina Nouhan**

Address: **10601 Quivira Rd, Overland Park, Kansas, 66215**

Phone Number: **(913) 894-7260**

Record Number:

Emergency Room Visits: **No**

Inpatient Stays: **No**

Outpatient Visits: **Yes**

First Visit: **06/01/2018**

Last Visit: **06/01/2018**

Next Scheduled Visit:

Medical Conditions Treated: **Chronic intermittent left forearm/hand pain with possible intermittent compartment syndrome**

Treatment Received: **Left volar forearm fascia release with ulnar nerve exploration and decompression.**

## Hospital/Clinic 2

**Hospital/Clinic Details**

Name: **KU Medical Center**

Name of Healthcare Professional Treated By: **Dr. Ryan Endress**

Address: **3901 Rainbow Blvd, Kansas City, Kansas, 66160**

Phone Number: **(913) 588-5000**

Record Number:

Emergency Room Visits: **Yes**

Visit 1: **04/05/2018**

Visit 2:

Visit 3:

Inpatient Stays: **No**

Outpatient Visits: **Yes**

First Visit: **04/05/2018**

Last Visit: **04/05/2018**

Next Scheduled Visit:

Medical Conditions Treated: **Carpal tunnel, scar pain and hypersensitivity, median nerve compression, and left upper extremity temperature change.**

Treatment Received: **Surgery for carpal tunnel release, scar revision, median nerve compression, and deeper fasciotomy. ER visit for post-operative pain.**

## Test 1

Kind of Test: **MRI/CT Scan**

Body Part: **neck**

Date of Test: **10/02/2019**

Sent for Test by: **Dr. Ephraim Brenman**

## Test 2

Kind of Test: **X-ray**

Body Part: **neck**

Date of Test: **9/19/2019**

Sent for Test by: **Dr. Ephraim Brenman**

## Test 3

Kind of Test: **Other**

Description of Other Test: **Behavioral Health Evaluation for spinal cord stimulator**

Body Part: **Forearm**

Date of Test: **12/11/2019**

Sent for Test by: **Dr. Prabhdeep Grewal**

### Test 4

Kind of Test: **Other**
Description of Other Test: **EMG**
Body Part: **Left arm**
Date of Test: **02/27/2019**
Sent for Test by: **Dr. Ryan Endress**

### Test 5

Kind of Test: **MRI/CT Scan**
Body Part: **left upper extremity**
Date of Test: **12/21/2018**
Sent for Test by: **Dr. Regina Nouhan**

### Test 6

Kind of Test: **Other**
Description of Other Test: **Lymphoscintigraphy**
Body Part: **Left upper extremity**
Date of Test: **11/28/2018**
Sent for Test by: **Dr. Regina Nouhan**

### Test 7

Kind of Test: **Other**
Description of Other Test: **EMG**
Body Part: **Bilateral upper extremity**
Date of Test: **07/05/2016**
Sent for Test by: **Dr. Laura Reilly**

### Medicine 1

Medicine: **Norco**
Reason: **Ultram**
Prescribed by: **Dr. Ephraim Brenman**

### Medicine 2

Medicine: **Nortriptyline**
Reason:
Prescribed by: **Dr. Ephraim Brenman**

### Medicine 3

Medicine: **Compounded topical cream**
Reason: **Pain and sensitivity**

Prescribed by: **Dr. Prabhdeep Grewal**

### Medicine 4

Medicine: **Lyrica**
Reason: **Pain**
Prescribed by: **Dr. Ryan Endress**

### Medicine 5

Medicine: **Gabapentin**
Reason: **Pain**
Prescribed by: **Dr. Ryan Endress**

### Medicine 6

Medicine: **Tramadol**
Reason: **Pain**
Prescribed by: **Dr. Ryan Endress**

### Medicine 7

Medicine: **Percocet**
Reason: **Pain**
Prescribed by: **Dr. Regina Nouhan**

### Medicine 8

Medicine: **Gabapentin**
Reason: **Pain**
Prescribed by: **Dr. Regina Nouhan**

### Medicine 9

Medicine: **Tramadol**
Reason: **Pain**
Prescribed by: **Dr. Regina Nouhan**

### Medicine 10

Medicine: **Topomax**
Reason: **Pain**
Prescribed by: **Dr. Laura Reilly**

### Medicine 11

Medicine: **Gabapentin**
Reason: **Pain**

Prescribed by: **Dr. Laura Reilly**

### Medicine 12

Medicine: **Gabapentin**
Reason: **Pain**
Prescribed by: **Dr. Ngoc Knoff**

### Medicine 13

Medicine: **Escitalopram**
Reason: **Anxiety**
Prescribed by: **Dr. Anne Clark**

### Medicine 14

Medicine: **Welbutrin**
Reason: **Depression**
Prescribed by: **Dr. Anne Clark**

### Medicine 15

Medicine: **Adderall**
Reason: **ADHD**
Prescribed by: **Dr. Anne Clark**

### Medicine 16

Medicine: **Ibuprofen**
Reason: **Pain and swelling**
Prescribed by: **Dr. Regina Nouhan**

### Medicine 17

Medicine: **Tylenol**
Reason: **Pain**
Prescribed by: **Dr. Regina Nouhan**

### Medicine 18

Medicine: **Xanax**
Reason: **Anxiety**
Prescribed by: **Dr. Anne Clark**

### Medicine 19

Medicine: **Zolpidem**
Reason: **Sleep disturbance**

Prescribed by: **Dr. Anne Clark**

## Medicine 20

Medicine: **Armour thyroid**
Reason: **Hypothyroid**
Prescribed by: **Dr. Yutaka Kawase**

Work/Education

## Work Status

Currently Working: **No, I have stopped working**

## Work Activity

Date Stopped Working: **October 9, 2018**
Reason for Stopping: **Because of my condition**
Changes in Work Activity: **Yes**
Date Changes Made: **January 1, 2016**

## Job History

Earnings greater than $1130 since January 1, 2016: **Yes**
Number of jobs in the past 15 years: **4**

**Most Recent Job**
Job Title: **Nurse Practitioner**
Type of Business: **Community Health Clinic**
Start Date: **October 2014**
End Date: **October 2018**
Hours per Day: **8**
Days per Week: **5**
Pay Amount: **$3581.76**
Pay Frequency: **Bi-weekly**

**Previous Job #1**
Job Title: **Nurse Practitioner**
Type of Business: **Healthcare**
Start Date: **March 2014**
End Date: **October 2014**
Hours per Day: **8**
Days per Week: **5**
Pay Amount: **$3846**
Pay Frequency: **Bi-weekly**

**Previous Job #2**
Job Title: **Nurse Practitioner**
Type of Business: **Healthcare**
Start Date:

End Date: **March 2013**

Hours per Day: **8**

Days per Week: **5**

Pay Amount: **$3269**

Pay Frequency: **Bi-weekly**

**Previous Job #3**

Job Title: **Nurse Practitioner**

Type of Business: **Healthcare**

Start Date: **March 2008**

End Date: **January 2013**

Hours per Day: **8**

Days per Week: **5**

Pay Amount: **$2884**

Pay Frequency: **Bi-weekly**

## Education

**Education and Training**

Highest grade completed: **4 or More Years of College**

Date completed: **December 2007**

Special training, trade or vocational school: **No**

**Special Education**

Attended special education: **No**

Remarks

## Remarks

Additional information: **My name is Lynn Garza and have been a board certified Family Nurse Practitioner for the past eleven years. I've struggled with debilitating pain in my dominant hand which has negatively impacted my quality of life and has left me unable to work for any period of time. The constant pain, swelling, decreased strength, limited range of motion impairs my ability to perform my activities of daily living without assistance which has a negative impact on my concentration, impairs my critical thinking skills, and prevents me from providing safe care as a nurse practitioner. I have decreased strength in my hand, and arm, and limits my ability to perform many tasks including pulling, pushing, grasping, twisting, typing, and writing. I have dedicated my professional career to providing healthcare to the underserved, vulnerable population, and to those in the greatest need. I am diligent in doing all that I can to return to health, so that I may return to work providing care to others as quickly as possible.**

# Medical Release Form for Lynn Garza

Your information was received on December 30, 2019 at 6:09:16 PM.

---

## Medical Release Form

Agreed to electronically sign the medical release form.

T



MEDICAL RECORD REQUEST for GARZA, LYNN (47yo F) #755601
Nov. 21. 2019 10:26AM No. 2356 P. 3/82
11/20/19 14:54:54 Lincoln Financial -> FaxGate Lincoln Financial Gr Page 001

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

GARZA, LYNN #755601 MEDICA
* 45980124x94 First Page A-MedRecReq

| | |
|---|---|
| Date: | November 20, 2019 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br>Sisters of Charity of Leavenworth Health System, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibida.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 20, 2019

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 21, 2019 through the present

We ask that you provide this information by December 20, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.08.2019

MEDICAL RECORD REQUEST for GARZA, LYNN (47yo F) #755601

Nov. 21. 2019 10:26AM No. 2356 P. 6/82

11/20/19 14:55:21 Lincoln Financial -> FaxGate Lincoln Financial Gr Page 004

GARZA, LYNN 05/05/72 #755601 MEDICA

* 45980124y94 Last Page A-MedRecReq

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ________________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____ Claim Number: 8820045 Date: 10/24/19

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2018

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 11/20/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 11/20/2019 10:30AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | ANTHONY MONTANEZ, MD | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Left NEW PATIENT PRESENT TODAY FOR HAND PAIN, Left Patient is here for hand pain

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

11/20/2019 11:48 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in | **Wt:** | 163 lbs | **BMI:** | 29.8 |
| **BP:** | 122/89 | **Pulse:** | 94 bpm | **Pain Scale:** | 8 |

## Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

**Norco 5 mg-325 mg tablet** — 11/15/19 entered
325 mg.

**nortriptyline 10 mg capsule** — 11/15/19 entered
10 mg.

**nortriptyline 25 mg capsule** — 11/15/19 entered
25 mg.

**nortriptyline 50 mg capsule** — 11/15/19 entered
50 mg.

**Ultram 50 mg tablet** — 11/15/19 entered
50 mg.

## Problems

Reviewed Problems
No known problems

- Cervical radiculopathy - Onset: 10/03/2019
- Pain in forearm - Onset: 11/20/2019, Left

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Diabetes mellitus |
| Mother | - Diabetes mellitus |
| Unspecified Relation | - Heart disease |

T



| | |
|---|---|
| Sister | - Diabetes mellitus |

## Social History

Reviewed Social History
Tobacco Smoking Status: Never smoker
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none
Do you drink alcohol?: Never or Rare
Drug Use: Never
Marital status: Married
Number of children: 0

## Surgical History

Reviewed Surgical History
- Upper Extremity Surgery - 04/2019

## Past Medical History

Reviewed Past Medical History
Depression: **Y**
Thyroid Disease: **Y**

## Screening

None recorded.

## HPI

None recorded.

## ROS

**Additionally reports:**

**Cardiovascular**
**Confirms: None**
**Denies:Chest Pain upon Exertion,Arm Pain upon Exertion,Palpitations,Heart Murmur**
**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Eyes and Ears**
**Confirms: None**
**Denies:Dry Eyes,Eye Irritation,Vision Changes,Blurred Vision,Difficulty Hearing**
**Gastrointestinal**
**Confirms: None**
**Denies:Abdominal Pain,Vomiting,Black or Tarry Stools,Change of Appetite**
**Genitourinary**
**Confirms: None**
**Denies:Urinary loss of Control,Changes in Urinary Habits,Urinary Frequency,Hematuria,Incomplete Emptying,Trouble Urinating**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion**
**Denies:Back Pain,Night Pain**
**Neck**
**Confirms: None**
**Denies:Neck Stiffness,Swollen Glands**
**Neurologic**
**Confirms: None**
**Denies:Loss of Consciousness,Weakness,Numbness/Tingling**
**Nose and Throat**
**Confirms: None**
**Denies:Bleeding Gums,Sore Throat,Sneezing,Nose Bleeds,Sinus Problems,Dizziness**
**Psychological**
**Confirms: None**
**Denies:Depression,Mania,Sleep Disturbances,Feeling Unsafe,Alcoholism**
**Respiratory**
**Confirms: None**
**Denies:Wheezing,Shortness of Breath,Coughing Blood,Shortness of Breath, Walking**
**Skin and Head**
**Confirms: None**
**Denies:Abnormal Mole,Jaundice,Eczema,Rash,Frequent Headaches**

## Physical Exam

T



None recorded.

## Procedure Documentation

**Xray, Elbow, Left, 3V:**

In office X-ray: Per my protocol, x-rays of the left elbow were completed in the office today.
Views Obtained/Technique: 3 views, AP, Lateral and Oblique

**X-Ray Findings/Interpretation:**

**Xray, Forearm, Left, 2V:**

In office X-ray: Per my protocol, x-rays of the left forearm were completed in the office today.
Views Obtained/Technique: 2 view AP Lateral

**X-Ray Findings/Interpretation:**

**Xray, Hand, Left, 3+V:**

**In office X-ray:** Per my protocol, x-rays of the left hand were completed in the office today.
Views Obtained/Technique: 3 view PA, Lateral and Oblique

**X-Ray Findings/Interpretation:**

**X-RAY PREGNANCY INFORMED CONSENT:**

Prior to radiology, the patient was asked if she is pregnant and to the best of her knowledge she is not pregnant at this time.

## Assessment / Plan

CHIEF COMPLAINT
Left hand numbness and weakness.

HISTORY OF PRESENT ILLNESS
A very pleasant 47-year-old female coming in for evaluation of continued pain along her left forearm and decreased sensation. She has a very complicated history. It appears that 3 years ago she developed intermittent compartment syndrome in her forearm. She underwent surgery a year ago in January 2018 and it appears this was a fasciotomy with questionable carpal tunnel release. She did not gain any relief from that. She had a second surgery on 04/19/2019. It appears she underwent a carpal tunnel release and a repeat fasciotomy. She did not get any relief of her symptoms. She had continued weakness, numbness and a cold sensation in her hand. She had no history of trauma. Did not have fractures. It is difficult to state exactly why she had a fasciotomy done. She does not have her records here today.

PHYSICAL EXAMINATION
Left upper extremity: Decreased sensation in median, radial, and ulnar. She can feel touch but this is decreased. She has 4/5 strength finger flexion, finger extension, interosseous, thumb extension, wrist flexion and wrist extension. Her radial pulse is palpable. Her capillary refill is less than 2 seconds. She has a long incision along her volar forearm extending from her carpal tunnel all the way up to her elbow from a previous release. She has a positive Tinel at the wrist. Negative Phalen. Negative Durkan's. Negative Tinel at the elbow.

IMAGING
Radiographs of her left forearm show vascular clips in her subcutaneous tissue. Otherwise, no evidence of a fracture or malalignment.

ASSESSMENT and PLAN
This is a very pleasant 47-year-old female who comes in for evaluation of status post left forearm fasciotomies with a carpal tunnel release. I did review her nerve conduction study dated 11/11/2019 done by Dr. Pecha. Please review this study in our system for further evaluation. This shows mild evidence of carpal tunnel; otherwise, normal nerve conduction test. I did discuss this with her and her husband. It is highly unlikely that she would gain any additional relief if I go in and do a repeat carpal tunnel and fasciotomies as she has already had this released. I do not feel this would help her. She is complaining of a cold sensation for which she needs to be evaluated by a vascular surgeon. I asked her to see one of the vascular surgeons at Peripheral Vascular Associates. Unfortunately, I do not think a repeat surgery by myself would benefit her. She was grateful for my opinion and will seek advice from a vascular surgeon.

**1. Pain in forearm** - Left
M79.632: Pain in left forearm

### Return to Office

- Prabhdeep Grewal, MD for NEW PATIENT 30 at THE ORTHOPAEDIC INSTITUTE OFFICE on 12/02/2019 at 02:30 PM

T



- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 01/10/2020 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Anthony Montanez, MD, 11/22/2019.

Encounter performed and documented by Anthony Montanez, MD
Encounter reviewed & signed by Anthony Montanez, MD on 11/22/2019 at 3:26pm

**Encounter Date: 11/15/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 11/15/2019 10:00AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

follow-up

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

11/15/2019 03:04 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in | **Wt:** | 163 lbs | **BMI:** | 29.8 |
| **BP:** | 130/92 | **Pulse:** | 95 bpm | **Pain Scale:** | 6 |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 11/15/19 | entered |
| **nortriptyline 10 mg capsule**<br>10 mg. | 11/15/19 | entered |
| **nortriptyline 25 mg capsule**<br>25 mg. | 11/15/19 | entered |
| **nortriptyline 50 mg capsule**<br>50 mg. | 11/15/19 | entered |
| **Ultram 50 mg tablet**<br>50 mg. | 11/15/19 | entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Reviewed Family History

T



## Social History

Reviewed Social History
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

She comes in today for followup. EMG nerve test study done 11/11/2019 showed mild left carpal tunnel syndrome. Mild superficial radial neuropathy. Overall, she still has symptoms. Just feels kind of hypersensitive, sometimes particularly along the scar. She denies any progressive weakness or bowel or bladder changes.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Weakness,Joint Pain,Limited range of motion**
**Denies:Muscle Aches,Back Pain,Night Pain**
**Neurologic**
**Confirms: Weakness**
**Denies:Numbness/Tingling**
**Unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Exam shows well-healed surgical scar, but is coupled with some mild hypersensitivity. No atrophy. Normal muscle tone. Decreased grip strength because of the pain as well as pronation and supination, resistance because of the pain.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post carpal tunnel release as well as a median nerve release all the way up to the elbow with some neuropathic pain and sensitivity at this point. She is functional on hydrocodone. We will get Dr. Montanez evaluation just to see anything surgically also needs to be done, but also Dr. Grewal will evaluate for possible spinal cord stimulator trial. Follow up with me in 2 to 3 months. Call if she gets worse in the meantime. Questions answered. She will continue home exercise program.

Return to Office

- Anthony Montanez, MD for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/20/2019 at 10:30 AM
- Prabhdeep Grewal, MD for NEW PATIENT 30 at THE ORTHOPAEDIC INSTITUTE OFFICE on 12/02/2019 at 02:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 01/10/2020 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 11/16/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 11/16/2019 at 9:01am

**Encounter Date: 11/07/2019**

Patient

**Name** **Appt. Date/Time**

T



**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| | GARZA, LYNN (47yo, F) ID# 755601 | | 11/07/2019 10:40AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

follow-up

10/18/19 Lt C7 T1 ESI

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 11/07/2019 11:06 am | **Wt:** | 163 lbs 11/07/2019 11:16 am | **BMI:** | 29.8 11/07/2019 11:16 am |
| **BP:** | 124/89 sitting 11/07/2019 11:17 am | **Pulse:** | 105 bpm 11/07/2019 11:17 am | **Pain Scale:** | 8 11/07/2019 11:17 am |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**Norco 5 mg-325 mg tablet** — 11/07/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**nortriptyline 50 mg capsule** — 11/07/19 prescribed
Take 1 capsule(s) twice a day by oral route.

**Ultram 50 mg tablet** — 11/07/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History

## Screening

T



None recorded.

## HPI

She comes in today for followup. Cervical epidural steroid injection did not help. She is going to undergo EMG nerve conduction study on Monday from Dr. Peck. She is requesting refill of her current medication regimen. Nortriptyline does help her sleep at night, particularly 50 mg up.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion**
**Denies:Back Pain,Night Pain**
**Neurologic**
**Confirms: None**
**Denies:Weakness,Numbness/Tingling**
**Basically unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Basically unchanged.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Neuropathic pain after having proximal distal median nerve neurolysis with decompression. Still has ongoing severe symptoms. She does have a left C5-C6 disk protrusion, but the cervical ESI did not help. She will follow up with me after the EMG nerve conduction studies done. However, also in the meantime, we will also get a spinal cord stimulator trial evaluation due to ongoing neuropathic pain. Questions answered.

**1. Carpal tunnel syndrome**
G56.01: Carpal tunnel syndrome, right upper limb
- CARPAL TUNNEL SYNDROME: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: EXERCISES
- SCD - ASSH Carpal Tunnel Syndrome - Handout: SCD - Handout ASSH Carpal Tunnel Syndrome
- SCD - Carpal Tunnel Post op - Handout: SCD - Handout Carpal Tunnel Post-op
- Norco 5 mg-325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- nortriptyline 50 mg capsule - Take 1 capsule(s) twice a day by oral route. Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- Ultram 50 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 30 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion

Reason for Referral: scs trial
-

**2. Skin sensation disturbance**
R20.0: Anesthesia of skin

### Return to Office
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/15/2019 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 11/08/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 11/08/2019 at 8:33am

**Encounter Date: 10/18/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 10/18/2019 12:15PM |

T



**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **DOB** | | **Service Dept.** | ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

injection/procedure

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/03/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 10/03/2019)

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 10/03/19 | entered |
| **nortriptyline 10 mg capsule**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 1 WEK THEN 2 TABS BY MOUTH AT BEDTIME TO FOLLOW | 10/18/19 | renewed |
| **nortriptyline 25 mg capsule**<br>TAKE 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 10/03/19 | prescribed |
| **Ultram 50 mg tablet**<br>50 mg. | 10/03/19 | entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Family History not reviewed (last reviewed 10/03/2019)

## Social History

Social History not reviewed (last reviewed 10/03/2019)
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 10/03/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/03/2019)

## Screening

None recorded.

## HPI

None recorded.

## ROS

None recorded.

## Physical Exam

None recorded.

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region

### Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/07/2019 at 10:40 AM

## Encounter Sign-Off

Encounter closed by Christopher Vasquez, 10/22/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter closed by document on 10/22/2019 at 7:18am

T



**Encounter Date: 10/03/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 10/03/2019 10:10AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

follow-up

cervical radiculopathy MRi RESULTS

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 10/03/2019 10:30 am | **Wt:** | 153 lbs 10/03/2019 10:30 am | **BMI:** | 28 10/03/2019 10:30 am |
| **BP:** | 117/87 sitting 10/03/2019 10:30 am | **Pulse:** | 90 bpm 10/03/2019 10:31 am | **Pain Scale:** | 7 10/03/2019 10:31 am |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 10/03/19 | entered |
| **nortriptyline 10 mg capsule**<br>10 mg. | 10/03/19 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 10/03/19 | prescribed |
| **Ultram 50 mg tablet**<br>50 mg. | 10/03/19 | entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

T



Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

She comes in today for followup with her husband. MRI scan of the cervical spine showed 2-level disc protrusion C5-6 and C4-5 with severe foraminal stenosis at left C5-6 area with some central canal stenosis. No spinal cord signal changes. It still hurts in the same area.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: Sweats**
**Denies:Cough,Fever,Chills,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain**
**Denies:Back Pain**
**Unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Exam shows dysesthesias particularly along the scar along the dorsum of her forearm. No atrophy. Spurling's induces medial scapular pain on the left and negative on the right. Normal muscle tone. She has decreased grip strength with pain with resisted pronation and supination because of the scar pain. There is some mild duskiness along the dorsum of the hand as well.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post distal and proximal median nerve decompression, ongoing neuropathic pain could be from cervical nerve root irritation, particularly C5-C6 disc protrusion.

PLAN
We talked about different treatment options and decided to get a quality EMG nerve conduction study. We will set her up for that. We will also do a cervical epidural steroid injection on the left at C7-T1 through interlaminar approach targeting left C6 nerve root to see if that will help get rid of her neuropathic symptoms. Questions answered. Risks and benefits were discussed in detail. We will increase nortriptyline to 25 mg and increase to 50 mg after a week. Drug risks and interactions were discussed. Questions answered.

**1. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- EPIDURAL STEROID INJECTION, CERVICAL INTERLAMINAR (PROC) - 62321...osc    Note to Provider: Lt C7-T1 esi w/o sedation

  Procedure Date: 10/18/2019    Procedure Time: 12:15pm
  Location: OSC    Side: LEFT
  Performing Provider: Brenman
- nortriptyline 25 mg capsule - TAKE 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW    Qty: 60 capsule(s)    Refills: 0
  Pharmacy: CVS/PHARMACY #7341
- ELECTROMYOGRAM/NERVE CONDUCTION REFERRAL -    Schedule Within: STAT
  Urgency: ASAP Reason for Referral: LEFT UPPER extremity

### Return to Office

- Ephraim K Brenman, DO for SURGERY 15 at ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO on 10/18/2019 at 12:15 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/07/2019 at 10:40 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 10/04/2019.

T



**GARZA, LYNN (id #755601, dob:**

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 10/04/2019 at 1:55pm

**Encounter Date: 09/20/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/20/2019 09:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/19/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 09/19/2019)

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 09/19/19 | prescribed |
| **nortriptyline 10 mg capsule**<br>take 1 po qhs for 1 wek then 2 po qhs to follow | 09/19/19 | prescribed |
| **Ultram 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 09/19/19 | prescribed |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

T



Pt reports she is to have an MRI and has follow up with MD 10/3/19.

ROS

None recorded.

Physical Exam

Patient is a 47-year-old male.

Exercise Flowsheet

| Exercise | 09/04/2019 | 09/13/2019 | 09/18/2019 | 09/20/2019 |
|---|---|---|---|---|
| Heartflex | | | 3 min | 3 min |
| clothes pin marbles | | 3 min | 3 min | 3 min |
| wrist flexion 1 weight | | | 3 min dowel | 3 min dowel |
| putty intrinsic knob | | | 3 min | 3 min |
| dowel press Y | def | 3 min | 3 min | 3 min |
| foam roll flex/ext | def | 3 min | 3 min | 3 min wheel |
| rubber band finger extension | | | 3 min | 3 min |
| sponge comp with wrist flexion roll | def | 3 min | def | def |
| UFO | def | stop | | |
| putty intrinsic | | 3 min | | |
| dowel bicep curl | def | def | | |
| weight distraction 1 # | def | 2 min | | |
| jux a cisor | def | | | |
| power web ext | def | | | |
| wrist tenodesis | def | | | |
| sponge squeeze mirror | def | | | |
| Towel RD/UD | def | | | |
| finger spread | def | | | |
| thumb opp to all digits | def | | | |
| Supination/pronation AROM | def | | | |
| Soccer ball proprioception | def | | | |
| wrist isometric wrist flex/ext | def | | | |
| mirror therapy education | def | | | |

T



| | |
|---|---|
| wheel flex/ext | def |
| mini massager | def |
| dowel board hook roll | def |

Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 18 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

Assessment / Plan

Pt continues to tolerate scar mobs but reports severe pain but patient knows it is good for her scar and adhesions. Pt is to have MRI and therapy will await MRI results and therapy will await MRI results as due to continued pain therapy is unable to progress patient with motion/strengthening.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

Return to Office
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 10/03/2019 at 10:10 AM

Encounter Sign-Off
Encounter signed-off by Andrea Fisher, OT, CHT, 09/20/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/20/2019 at 9:35am

**Encounter Date: 09/19/2019**
Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/19/2019 02:20PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |

T



**GARZA, LYNN (id #755601, dob:**

**Insurance** Med Primary: BCBS-TX (PPO)
Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

## Chief Complaint

New patient

Left arm pain.

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 09/19/2019 02:24 pm | **Wt:** | 153 lbs 09/19/2019 02:24 pm | **BMI:** | 28 09/19/2019 02:24 pm |
| **BP:** | 121/93 sitting 09/19/2019 02:25 pm | **Pulse:** | 111 bpm 09/19/2019 02:25 pm | **Pain Scale:** | 7 09/19/2019 02:25 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**Norco 5 mg-325 mg tablet** 09/19/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**nortriptyline 10 mg capsule** 09/19/19 prescribed
take 1 po qhs for 1 wek then 2 po qhs to follow

**Ultram 50 mg tablet** 09/19/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

This is a 47-year-old female for symptoms there she reports for least history goes back worse at least couple years ago where she will wake up with neck pain, headaches, particularly migraine headaches and will get neck and periscapular pain more recently back in March. She was having severe pain in her left forearm where it felt like pressure, almost felt like a compartment syndrome type of scenario. She was living in Kansas City area at that time. She underwent what appeared to be fasciotomy or proximal median nerve compression or radial nerve decompression at the forearm in particular at the volar surface. She reports it did not really seem to help. She had pain along the scar tissue and coldness in the first 3 fingers. Then, she went to see another physician plastic surgeon in the

T



Kansas City area who did EMG nerve conduction studies and then in June performed a more extensive median nerve decompression at the wrist as well as along the decubitus area with deeper fasciotomy. He reports proximal and distal neurolysis of the median nerve with ongoing symptoms still. Still reports neck and periscapular pain. She denies any bowel or bladder changes, fevers, chills as well as progressive weakness. It does wake up at nighttime with still ongoing neuropathic pain with coolness in the hand with still neck and periscapular pain proximally. It does wake her up at night. She moved here recently from Kansas City area. She reports that she does take baseline medications. She takes ibuprofen and Tylenol for this sometimes as needed. She has tried taking neuropathic pain agents including Lyrica, gabapentin and Topamax, but it made her too foggy. She reports she does have a lot of trouble sleeping at nighttime. She wants to know what else she can try.

## ROS

Patient reports **localized joint pain** but reports (normal) no aches, (normal) no weakness, and (normal) back. He reports (normal) no cough, (normal) no fever, (normal) no night sweats, (normal) no chills, (normal) weight, and (normal) normal exercise. He reports (normal) mole, (normal) no change in color of skin, (normal) skin, and no rash. He reports (normal) dry eyes, (normal) no irritation of the eyes, (normal) no vision changes, (normal) gums: no bleeding, (normal) no blurred vision, (normal) throat, (normal) no sneezing, (normal) no nosebleeds (epistaxis), (normal) no sinus problems, (normal) no dizziness, (normal) no headache, and (normal) hearinig. He reports (normal) no wheezing, (normal) no shortness of breath, and (normal) no coughing up of blood. He reports (normal) no chest pain, (normal) no arm pain upon exertion, (normal) no palpitations, (normal) no shortness of breath, and no known heart murmur. He reports (normal) no swollen glands and (normal) no neck stiffness. He reports (normal) no abdominal pain, (normal) no vomiting, (normal) appetite, and (normal) no change in the stool. He reports (normal) no urinary loss of control, (normal) no changes in urinary habits, (normal) urinary frequency, (normal) no blood in urine (hematuria), (normal) emptying, and (normal) no trouble urinating. He reports (normal) consciousness and (normal) no weakness. He reports (normal) no depression, (normal) no mania, (normal) sleep, (normal) relationships, and (normal) cravings.
**Additionally reports: Reveals neck pain, left arm pain.**

**Past medical, surgical, social, family history, drug allergies, and current medications are all noted in the chart and per patient intake.**

## Physical Exam

Patient is a 47-year-old male.

General: Well-nourished female, in no apparent distress, well groomed and friendly. Her husband is present. Cardiovascular: Normal distal pulses in the upper limbs. No peripheral edema. Dermatologic: There is a well-healed extensive surgical scar along the volar surface of the forearm and wrist with some mild keloid formation which is pink. Psychiatric: She has trouble sleeping at night. Good affect. There is a history of anxiety or depression. Musculoskeletal: Cervical spine: There is palpatory tenderness in the left cervicothoracic junction. Spurling's induces medial scapular pain left negative than the right. No atrophy. Normal muscle tone. She does have dysesthesias going to the volar and dorsum of her forearm area with coldness in the first 3 fingers. Normal proximal strength.

X-rays, cervical spine AP, lateral, flexion views are interpreted shows decreased cervical lordosis with severe anterior disk degeneration, anterior osteophyte formation. All other discs are well maintained. No fracture subluxations. No movement on flexion or extension.

## Procedure Documentation

**Xray, Cervical 4-5V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: AP, Lateral, Flexion, Extension **X-ray Interpretations/ findings:**

## Assessment / Plan

ASSESSMENT
Possible C6 nerve root irritation.

PLAN
Due to the fact that she still has the symptoms despite undergoing 2 extensive surgeries, particularly for median nerve decompression, my concern is that this is still happening to her. In the meantime, we did intramuscular steroid injection. Discussed risks and benefits, patient gave informed consent. Prepped with alcohol and injected 25-gauge 1-inch needle, injected 80 mg of Kenalog and 2 mL of 1% preservative-free Xylocaine. She tolerated the procedure. Needle was then withdrawn. We will also do a nortriptyline 10 mg at night and increase it to 20 mg after a week. Drug risks and interactions were discussed. Questions answered. She will follow up after the MRI scan of the cervical spine, which I would like to get to see if there is C6 nerve root impingement due to her severe ongoing symptoms.

**1. Long-term drug therapy**
Z79.891: Long term (current) use of opiate analgesic
- COMPLIANCE DRUG ANALYSIS, UR - Specimen source: Urine Note to Lab: acct# 42074700

**2. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- MRI, CERVICAL SPINE, W/O CONTRAST

T



- Norco 5 mg-325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- Ultram 50 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- nortriptyline 10 mg capsule - take 1 po qhs for 1 wek then 2 po qhs to follow Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 09:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 10/03/2019 at 10:10 AM

Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 09/20/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 09/20/2019 at 8:16am

**Encounter Date: 09/18/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/18/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

Wrist Pain

Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

Patient's Care Team

None recorded.

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 09/04/2019)

Medications

None recorded.

Problems

Reviewed Problems

Family History

Family History not reviewed (last reviewed 07/30/2019)

Social History

None recorded.

Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

Screening

None recorded.

T



**GARZA, LYNN (id #755601, dob:**

HPI

Pt reports her symptoms of pain/cold/spasms are the same. Pt did decrease writing time and did report it helped her symptoms a little bit.

ROS

None recorded.

Physical Exam

Patient is a 47-year-old male.

Exercise Flowsheet

| Exercise | 08/21/2019 | 09/04/2019 | 09/13/2019 | 09/18/2019 |
|---|---|---|---|---|
| Heartflex | | | | 3 min |
| clothes pin marbles | | | 3 min | 3 min |
| wrist flexion 1 weight | | | | 3 min dowel |
| putty intrinsic knob | | | | 3 min |
| dowel press Y | 2 min | def | 3 min | 3 min |
| foam roll flex/ext | 3 min | def | 3 min | 3 min |
| rubber band finger extension | | | | 3 min |
| UFO | 3 min | def | stop | |
| putty intrinsic | | | 3 min | |
| dowel bicep curl | 3 min | def | def | |
| weight distraction 1 # | def | def | 2 min | |
| jux a cisor | 3 min | def | | |
| power web ext | 3 min | def | | |
| wrist tenodesis | def | def | | |
| sponge squeeze mirror | 3 min | def | | |
| sponge comp with wrist flexion roll | def | def | 3 min | def |
| Towel RD/UD | def | def | | |
| finger spread | def | def | | |
| thumb opp to all digits | def | def | | |
| Supination/pronation AROM | def | def | | |
| Soccer ball proprioception | def | def | | |
| wrist isometric wrist flex/ext | def | def | | |

T



| | | |
|---|---|---|
| mirror therapy education | def | def |
| wheel flex/ext | def | def |
| mini massager | def | def |
| dowel board hook roll | def | def |

Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 18 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

Assessment / Plan

Pt has apt with pain management MD. Pt did present with mild decrease in medial proximal elbow swelling but patient did have increase in edema at same location /dorsal hand (interosseous) post 3 thera ex. Pt did report moderate pain with at wrist crease area/and areas around scar became raised with thera ex but patient is working through some of the pain.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

Return to Office

- Ephraim K Brenman, DO for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 09/19/2019 at 02:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

Encounter Sign-Off
Encounter signed-off by Andrea Fisher, OT, CHT, 09/18/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/18/2019 at 1:25pm

**Encounter Date: 09/13/2019**
Patient

T



**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/13/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

Wrist Pain

Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

Patient's Care Team

None recorded.

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 09/04/2019)

Medications

None recorded.

Problems

Reviewed Problems

Family History

Family History not reviewed (last reviewed 07/30/2019)

Social History

None recorded.

Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

Screening

None recorded.

HPI

Pt reports her symptoms are better today than yesterday. Pt reports yesterday she wrote for 10-15 mins.

ROS

None recorded.

Physical Exam

Patient is a 47-year-old male.

Exercise Flowsheet

| Exercise | 08/14/2019 | 08/21/2019 | 09/04/2019 | 09/13/2019 |
|---|---|---|---|---|
| weight distraction 1 | def | def | def | 2 min |

T



| # | | | | |
|---|---|---|---|---|
| putty intrinsic | | | | 3 min |
| clothes pin marbles | | | | 3 min |
| dowel press Y | def | 2 min | def | 3 min |
| sponge comp with wrist flexion roll | def | def | def | 3 min |
| foam roll flex/ext | def | 3 min | def | 3 min |
| UFO | def | 3 min | def | stop |
| jux a cisor | def | 3 min | def | |
| dowel bicep curl | def | 3 min | def | def |
| power web ext | | 3 min | def | |
| wrist tenodesis | def | def | def | |
| sponge squeeze mirror | def | 3 min | def | |
| Towel RD/UD | def | def | def | |
| finger spread | def | def | def | |
| thumb opp to all digits | def | def | def | |
| Supination/pronation AROM | def | def | def | |
| Soccer ball proprioception | def | def | def | |
| wrist isometric wrist flex/ext | def | def | def | |
| mirror therapy education | def | def | def | |
| wheel flex/ext | def | def | def | |
| mini massager | def | def | def | |
| dowel board hook roll | def | def | def | |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 18 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist and patient discussed patient's symptoms. Therapist does note weakness to muscles innervated by UN and postive provacative testing of ulnar nerve. Pt is making improvements with scar massage and AROM with thera ex. Pt has apt with pain management MD next week and therapy will contact clinic to discuss patient's symptoms.

T



**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/18/2019 at 12:30 PM
- Ephraim K Brenman, DO for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 09/19/2019 at 02:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 09/13/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/13/2019 at 3:05pm

**Encounter Date: 09/04/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/04/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Reviewed Allergies

## Medications

T



None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports past few days she has had increase in swelling and pain, in which she has had to take medication for. Pt reports medication did help her symptoms but she did have to take twice yesterday. Pt reports chronic ache and soreness.

Pt had follow up apt with surgeon last week and he wants continued therapy. Pt reports MD felt he thought scar and edema would be better.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 08/09/2019 | 08/14/2019 | 08/21/2019 | 09/04/2019 |
|---|---|---|---|---|
| sponge squeeze mirror | 4 min no mirror | def | 3 min | def |
| foam roll flex/ext | 4 min | def | 3 min | def |
| UFO | def | def | 3 min | def |
| jux a cisor | 4min | def | 3 min | def |
| dowel bicep curl | 4min | def | 3 min | def |
| dowel press Y | 4min | def | 2 min | def |
| power web ext | | | 3 min | def |
| Towel RD/UD | def | def | def | def |
| finger spread | def | def | def | def |
| thumb opp to all digits | def | def | def | def |
| Supination/pronation AROM | def | def | def | def |
| wrist tenodesis | def | def | def | def |
| Soccer ball | def | def | def | def |

| | | | | |
|---|---|---|---|---|
| proprioception | | | | |
| wrist isometric wrist flex/ext | def | def | def | def |
| weight distraction 1 # | def | def | def | def |
| mirror therapy education | def | def | def | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97140: Manual Therapy:** 30 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has pain management referral and was able to schedule today as therapist called central scheduling today due to missed call from previous referral. Therapist deferred thera ex this session and focused on scar mobs and educating patient's spouse of scar mobs, pressure with scar mobs, and taking hands on and off patient.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

### Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/06/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/11/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/13/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/18/2019 at 12:30 PM
- Ephraim K Brenman, DO for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 09/19/2019 at 02:20 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM

T



## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 09/04/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/04/2019 at 1:39pm

**Encounter Date: 08/21/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/21/2019 07:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

**OT Daily Progress Note**

Reported by patient.

How are you feeling? improving (**mild improvements in ROM**); same (**pain/nerve symptoms/scar symptoms/skin color changes**)
Severity: rest 6-8/10; activity 8/10; location: (**digits up to elbow**); extreme pain
Function: ADLs limited (**Quick Dash 72.5 % Impairment Rating**); sports limited (**100 % work Module**); Pt reports severe deficits with opening containers, cutting food, grasping and sustaining hold onto items. Pt reports she drops items frequently and is unable to play tennis or work full duty.
Previous OT Session: helped a little; Pt reports therapy is helping but at same time therapy does aggravate nerve symptoms.

T



Work: Pt is off duty at this time,

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

**Hands and Digits:** Inspection Left: **1st dorsal compartment atrophy (swelling not atrophy)**. Thumb Left: **active radial abduction (51 deg.)** and **opposition (2.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 51 lbs. Strength Left: grip 0 lbs; **Pt able to grasp 2 lbs but with R hand holding onto dynamometer**.

**Special Tests:** Special Tests on the Left: **extrinsic tightness**.

**Wrists:** Right Wrist Inspection: **0.5 inch proximal to EC 22.6 cm**. Left Wrist Inspection: **scar adherent: severe** and **hypersensitivity of scar: moderate; WC: 14.4 cm**
**1 inch proximal EC 23.8 cm**
**0.5 inch proximal to.** Left AROM: **flexion (68 deg.)**, **extension (46 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

L elbow flex/ext 140/0

L hand with coldness feeling im comparison to R hand

Pt does have discolorization at randon parts of L UE at biceps area, posterior elbow, forearm and scar area. Therapist does note discolorization has small improvements from last session.

## Exercise Flowsheet

| Exercise | 08/02/2019 | 08/09/2019 | 08/14/2019 | 08/21/2019 |
|---|---|---|---|---|
| sponge squeeze mirror | def | 4 min no mirror | def | 3 min |
| foam roll flex/ext | | 4 min | def | 3 min |
| UFO | def | def | def | 3 min |
| jux a cisor | def | 4min | def | 3 min |
| dowel bicep curl | | 4min | def | 3 min |
| dowel press Y | | 4min | def | 2 min |
| power web ext | | | | 3 min |
| Towel RD/UD | 3 min | def | def | def |
| finger spread | 3 min | def | def | def |
| thumb opp to all digits | 3 min | def | def | def |
| Supination/pronation AROM | 3 min | def | def | def |
| wrist tenodesis | 1 min | def | def | def |
| Soccer ball proprioception | def | def | def | def |
| wrist isometric wrist flex/ext | def | def | def | def |
| weight distraction 1 # | def | def | def | def |

T



| | | | | |
|---|---|---|---|---|
| mirror therapy education | 8 min | def | def | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 20 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evaluation with mild decrease in edema but continued edema at proximal to elbow crease at biceps. Pt with increase in wrist, digit, and thumb AROM but does have proprioceptive deficits with performing wrist/digit/thumb AROM. Pt continues with severe scar adhesions but has increased tolerance in scar massage and decrease scar sensitivity. Pt continues with nerve symptoms/pain with use and when performing thera ex. Pt symptoms include cold/skin discoloration, and redness at scar. Pt does report same symptoms at rest. Pt continues to perform mirror therapy at home and was educated on proprioceptive HEP and continued scar mobs. Pt scores a 72.5 % on Quick Dash and continues to be off duty from work. Pt does have referral to pain management and is awaiting apt. Pt continues to have symptoms of CRPS. Pt will continue to benefit from skilled OT services for edema management, scar mobs, desensitization, increase AROM, mirror therapy, strengthening and decrease symptoms with use to increase I with ADL's/ability to RTW FD.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/23/2019 at 01:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/04/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/06/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/11/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/13/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/18/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/21/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/21/2019 at 3:36pm

**Encounter Date: 08/14/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/14/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports increase in swelling, pain, coldness, bruising, vein appearance and scar irritation today.

T



## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/30/2019 | 08/02/2019 | 08/09/2019 | 08/14/2019 |
|---|---|---|---|---|
| dowel press Y | | | 4min | def |
| sponge squeeze mirror | def | def | 4 min no mirror | def |
| foam roll flex/ext | | | 4 min | def |
| dowel bicep curl | | | 4min | def |
| jux a cisor | def | def | 4min | def |
| Towel RD/UD | 4 min | 3 min | def | def |
| finger spread | | 3 min | def | def |
| thumb opp to all digits | | 3 min | def | def |
| Supination/pronation AROM | | 3 min | def | def |
| wrist tenodesis | 3 min | 1 min | def | def |
| Soccer ball proprioception | 4 min | def | def | def |
| wrist isometric wrist flex/ext | 3 min | def | def | def |
| weight distraction 1 # | def | def | def | def |
| mirror therapy education | | 8 min | def | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| UFO | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97140: Manual Therapy:** 22 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt is a re-evaluation next session. Therapist did note patient had increase in edema at DI at dorsal hand and volar forearm. Pt presented with increase in facial expressions, discouragement and increased awareness of her physical and non physical symptoms. Therapist did mark with highlighted on patient areas of noted concerns from patient and therapist and took pictures for reference at next visit. Pt was re-educated on importance of breaks with activity and continued mirror therapy. Therapy deferred increasing thera ex this session and patient was having increase in symptoms in comparison to last session.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/21/2019 at 07:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/14/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/14/2019 at 11:55am

**Encounter Date: 08/09/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/09/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

T



**GARZA, LYNN (id #755601, dob:**

Medications

None recorded.

Problems

Reviewed Problems

Family History

Family History not reviewed (last reviewed 07/30/2019)

Social History

None recorded.

Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

Screening

None recorded.

HPI

Pt reports scar is tight feeling and she still has deficits with activities such as cutting food and lifting fork to eat.

ROS

None recorded.

Physical Exam

Patient is a 47-year-old male.

Exercise Flowsheet

| Exercise | 07/25/2019 | 07/30/2019 | 08/02/2019 | 08/09/2019 |
|---|---|---|---|---|
| dowel press Y | | | | 4min |
| sponge squeeze mirror | 4 min | def | def | 4 min no mirror |
| foam roll flex/ext | | | | 4 min |
| dowel bicep curl | | | | 4min |
| jux a cisor | def | def | def | 4min |
| Towel RD/UD | def | 4 min | 3 min | def |
| finger spread | | | 3 min | def |
| thumb opp to all digits | | | 3 min | def |
| Supination/pronation AROM | | | 3 min | def |
| wrist tenodesis | | 3 min | 1 min | def |
| Soccer ball proprioception | 4 min | 4 min | def | def |
| wrist isometric wrist flex/ext | 4 min mirror | 3 min | def | def |
| weight distraction 1 # | 3 min | def | def | def |

T



| | | | | |
|---|---|---|---|---|
| mirror therapy education | | | 8 min | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| UFO | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 20 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did tolerate gentle scar this session with therapist starting with scar not visible with towel then proceeding to use of massage cream for scar mobs. Pt also progressed with increase in AROM thera ex and gentle strengthening this therapy session. Pt did report moderate pain but did not report symptoms of cold to digits post session. Pt was educated on continued importance of mirror therapy.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/09/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/09/2019 at 11:51am

**Encounter Date: 08/02/2019**

T



**GARZA, LYNN (id #755601, dob:**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/02/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports she bought a mirror for mirror therapy.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/19/2019 | 07/25/2019 | 07/30/2019 | 08/02/2019 |
|---|---|---|---|---|

T



| | | | | |
|---|---|---|---|---|
| mirror therapy education | | | | 8 min |
| Towel RD/UD | def | def | 4 min | 3 min |
| finger spread | | | | 3 min |
| thumb opp to all digits | | | | 3 min |
| Supination/pronation AROM | | | | 3 min |
| wrist tenodesis | | | 3 min | 1 min |
| Soccer ball proprioception | 3 min | 4 min | 4 min | def |
| wrist isometric wrist flex/ext | | 4 min mirror | 3 min | def |
| sponge squeeze mirror | | 4 min | def | def |
| weight distraction 1 # | | 3 min | def | def |
| sponge comp with wrist flexion roll | 4 min | def | def | def |
| wheel flex/ext | 4 min foam roller | def | def | def |
| UFO | 4 min Bi-lat | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |
| jux a cisor | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt received education of mirror therapy with handouts given with instructions on set up for therapy, exercises and journaling her symptoms pre, during and post session. Therapist issued and placed silicone gel sheets on patient's scar with instructions with use. Pt reports 7/10 pain and coldness post mirror therapy. Therapist notes patient has functional digit, thumb, forearm rotation and RD/UD AROM with mirror therapy but continues with severe deficits with wrist/flexion AROM and report from patient on tight, pulling sensation with wrist AROM with mirror therapy.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/02/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/02/2019 at 12:11pm

**Encounter Date: 07/30/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/30/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

Wrist Pain

Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

Patient's Care Team

None recorded.

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

Vitals

None recorded.

Allergies

None recorded.

Medications

None recorded.

Problems

Reviewed Problems

Family History

Reviewed Family History

Social History

None recorded.

Surgical History

Reviewed Surgical History

Past Medical History

Reviewed Past Medical History

T



## Screening

None recorded.

## HPI

Pt reports past couple of days she has an increase in swelling and increase in pain that has been more pain than recently.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

1 inch proximal to EC 23.6 cm

## Exercise Flowsheet

| Exercise | 07/15/2019 | 07/19/2019 | 07/25/2019 | 07/30/2019 |
|---|---|---|---|---|
| Soccer ball proprioception | | 3 min | 4 min | 4 min |
| Towel RD/UD | | def | def | 4 min |
| wrist isometric wrist flex/ext | | | 4 min mirror | 3 min |
| wrist tenodesis | | | | 3 min |
| sponge squeeze mirror | | | 4 min | def |
| weight distraction 1 # | | | 3 min | def |
| sponge comp with wrist flexion roll | | 4 min | def | def |
| wheel flex/ext | | 4 min foam roller | def | def |
| UFO | | 4 min Bi-lat | def | def |
| mini massager | | def | def | def |
| dowel board hook roll | | def | def | def |
| jux a cisor | | def | def | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 20 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.HVG extra time with glove on and gentle PROM to wrist/digits

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist did note mild increase in edema at medial elbow one inch proximal for EC. Therapist is able to manual area to work on edema management with mobile tissue and no pocketed/pitting/brawny edema. Pt continues with severe scar sensitivity and inability to tolerate scar mobs and flexor tendon soft tissue restriction due to pain. Therapist utilized HVG this session with gentle wrist AROM

and re-educated patient on laterality training. Pt has deficits with laterality identification with context identification.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/30/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/30/2019 at 12:06pm

**Encounter Date: 07/25/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/25/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

T



**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems

## Social History

None recorded.

## Surgical History

None recorded.

## Past Medical History

None recorded.

## Screening

None recorded.

## HPI

Pt reports she is doing her exercises and she can complete them but she gets a sharp bee sting pain and other times a rubber band snapping pain.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/15/2019 | 07/19/2019 | 07/25/2019 |
|---|---|---|---|
| Soccer ball proprioception | | 3 min | 4 min |
| sponge squeeze mirror | | | 4 min |
| wrist isometric wrist flex/ext | | | 4 min mirror |
| weight distraction 1 # | | | 3 min |
| sponge comp with wrist flexion roll | | 4 min | def |
| wheel flex/ext | | 4 min foam roller | def |
| UFO | | 4 min Bi-lat | def |
| mini massager | | def | def |
| dowel board hook roll | | def | def |
| jux a cisor | | def | def |
| Towel RD/UD | | def | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 15 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 22 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt and therapist noted small blood vessels apparance coming of patient's scar this session. Therapy utilized mirror therapy this session as therapist notes patient continues with pain/nerve symptoms greater than movement impairments. Pt was educated on wrist isometric strengthening and continued importance of relaxation techniques. Pt continues to have increase in temperature change(colder) in digits and forearm starting at mid of session and increasing as session progresses.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

### Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/30/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/25/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/25/2019 at 11:43am

**Encounter Date: 07/19/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/19/2019 08:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

T



## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Social History

None recorded.

## Surgical History

None recorded.

## Past Medical History

None recorded.

## Screening

None recorded.

## HPI

Pt reports her fingers still go cold, she requires use of R hand to complete L hand HEP and she continues with limited motion to L UE.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/15/2019 | 07/19/2019 |
|---|---|---|
| sponge comp with wrist flexion roll | | 4 min |
| wheel flex/ext | | 4 min foam roller |
| UFO | | 4 min Bi-lat |
| Soccer ball proprioception | | 3 min |
| mini massager | | def |
| dowel board hook roll | | def |
| jux a cisor | | def |
| Towel RD/UD | | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 15 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 22 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist did attempt to utilize US for scar adhesions but US increased patient's pain so it was deferred this session. Therapist does note increase in cold feeling of hand, as patient reported her fingers/hand increase in cold with thera ex. Pt was educated on bilateral use of hands with HEP but allowing L UE to start motion. Pt was also educated on completing HEP with vision occluded to increase proprioceptive awareness of L UE.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

### Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/26/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/30/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/19/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/19/2019 at 10:57am

**Encounter Date: 07/15/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/15/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

T



**GARZA, LYNN (id #755601, dob:**

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Social History

None recorded.

## Surgical History

None recorded.

## Past Medical History

None recorded.

## Screening

None recorded.

## HPI

**OT Wrist/Hand**

Reported by patient.

Hand Dominance: left
Location: left
Quality: aching; burning; sharp; tight
Severity: severe; pain level **7/10**
Duration: date of onset: (**4/5/19**); Pt with previous diagnosis of intermittent compartment syndrome due to congenital band at mid forearm
Timing: acute
Mechanism of Injury: birth defect
Alleviating Factors: ice; compression
Aggravating Factors: movement; activity, resting with arm down
Associated Symptoms: **swelling**; coldness
Previous Surgery: date: (**07/2018**
**4/5/2019 (fascia release and decompression, CTR)**)
Prior Studies: **x** ray; MRI; EMG
Previous PT/OT: did not help
Working: not working; Pt is Nurse Practitioner
Hobbies: **unable**
Personal ADLs: **unable to drive**
Notes:

Quick Dash 88 % Impairment Rating 100 % Work and Sport Module

Pt reports she is unable to drive, requires assistance from spouse with bra management, house hold chores, eating, brushing teeth, cutting food, and patient reports she modifies her hair due to inability to use both hands. Pt has supportive spouse and family to assist with daily activities.

Pt PLOF was I with ADL's.

## ROS

None recorded.

## Physical Exam

Patient is a **47**-year-old male.

**Hands and Digits:** Inspection Left: **1st dorsal compartment atrophy** (**swelling not atrophy**). Thumb Right: **active radial abduction (74deg.)** and **opposition (1.0 cm)**. Thumb Left: **active radial abduction (40 deg.)** and **opposition (3.0 cm)**. Index Finger Right: distance to DPC: 0.0 cm. Index Finger Left: distance to DPC: 3.0 cm. Long Finger Right: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 3.0 cm. Ring Finger Right: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 3.0 cm. Small Finger Right: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 3.0 cm.

T



**Special Tests:** Special Tests on the Left:**extrinsic tightness.**

**Wrists:** Right Wrist Inspection: **WC: 14.4 cm**
**1 inch proximal from EC 23.4 cm**. Left Wrist Inspection: **scar adherent: severe** and **hypersensitivity of scar: severe**; **WC: 14.6 cm**
**1 inch proximal EC 24.4 cm**. Right AROM: **flexion (90 deg.)**, **extension (65 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (25 deg.)**, and **ulnar deviation (30 deg.)**. Left AROM: **flexion (50 deg.)**, **extension (10 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (10 deg.)**.

R elbow flex/ext 145/0

L elbow flex/ext 120/-15

L hand with coldness feeling im comparison to R hand

Pt able to identify laterality cards on phone app with 75 % accuracy

Exercise Flowsheet

| Exercise | 07/15/2019 |
|---|---|
| sponge comp with wrist flexion roll | |
| wheel flex/ext | |
| UFO | |
| mini massager | |
| dowel board hook roll | |
| jux a cisor | |
| Towel RD/UD | |

Procedure Documentation

**97110,HP: HEP:**
text
**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

Assessment / Plan

Pt presents to OT post op L fascia release and decompression. This is patient's second surgery. Pt's first surgery was to release congential band that was causing intermittent compartment syndrome.

Pt presents with severe pain, severe scar adhesions/sensitivity, coldness to touch of L hand, and decreased thumb, wrist and digit AROM. Pt scores a on Quick Dash a 88 % on Quick Dash and reports swelling, severe pain, and coldness to her hand. Pt's other symptoms include tight feeling, burning, and stiffness. Pt was educated on HEP for AROM, tendon glides, blocking, mirror therapy, relaxation, edema management and scar mobs. Therapy issued patient elastomer mold and silicone gel sheets for use at scar and for use for scar mobs. Pt will benefit from skilled OT services for edema management, scar mobs, increase AROM to wrist, thumb, digits, desensitization, nerve gliding, progression to strengthening, and decrease symptoms with use to increase I with ADL's

Therapy will further assess ULNT, SWM, and grip strength at next session.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

T



**Patient Goals**

2 weeks

STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand

4 weeks

LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/19/2019 at 08:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/26/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/30/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/15/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/15/2019 at 7:07pm

## Imaging Results

## MRI CERVICAL SPINE

(#17040920, Final, 10/02/2019 12:11pm)

CLINICAL INFORMATION

Neck pain radiated to the left arm and left shoulder. Cervical radiculopathy.

COMPARISON

Cervical spine radiographs 09/19/2019.

CONTRAST

Without contrast.

TECHNIQUE

Cervical spine MRI was performed at 1.5 Tesla using sagittal T1, T2, STIR, coronal T2 and axial MERGE sequences.

FINDINGS

The craniocervical junction is normal. Structures of the posterior fossa are unremarkable. No intradural or extradural mass lesions identified. The spinal cord is normal in signal intensity and morphology. No paraspinal masses or fluid collections. Lung apices are unremarkable.

Height and configuration of the cervical vertebral bodies is normal. There is straightening of the cervical lordosis. There is mild left convex cervical curvature. There is there is disc desiccation and disc space narrowing most prominent at C5-C6 and C6-C7 with anterior and posterior spondylosis. Anteroposterior alignment is maintained. There is Modic type 1 discogenic endplate marrow signal changes C5-C6. Bone marrow signal is otherwise normal with no acute fracture or aggressive osseous lesions identified. The cervical spinal canal measures 13 mm AP at the central aspect of C4. Longitudinal ligaments appear intact.

T



C2-C3: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C3-C4: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C4-C5: Small posterior disc bulge, mild right greater than left facet arthrosis and ligamentum flavum thickening. No central canal stenosis or significant foraminal stenosis.

C5-C6: Circumferential disc osteophyte complex, bilateral uncovertebral hypertrophy, mild bilateral facet arthrosis and ligamentum flavum thickening. Mild central canal stenosis (8.4 mm AP) with no compression or signal change of the spinal cord. Severe bilateral neural foraminal stenosis.

C6-C7: Circumferential disc bulge, bilateral uncovertebral hypertrophy, mild bilateral facet arthrosis and ligamentum flavum thickening. Mild central canal stenosis (8.4 mm AP) with no compression or signal change of the spinal cord. Mild bilateral neural foraminal stenosis.

C7-T1: Small posterior disc bulge and normal facet joints. No central or foraminal stenosis.

Visualized upper thoracic segments are within normal limits.

IMPRESSION

1. Cervical spondylosis most prominent at C5-C6 with no acute fracture or aggressive lesions.
2. Discogenic endplate changes at C5-C6 may be related to hypermobility at this level.
3. At C5-C6 there is mild central canal stenosis and severe bilateral neural foraminal stenosis possibly impinging bilateral C6 nerve roots.
4. At C6-C7 there is mild central canal stenosis and mild bilateral foraminal stenosis.
5. Structures of the posterior fossa and cervical spinal cord are unremarkable.
6. Straightening of the cervical lordosis and mild left convex cervical curvature are possibly related to muscle spasm.

THIS REPORT WAS ELECTRONICALLY SIGNED

Andres Rahal, MD
Board Certified, Musculoskeletal Radiologist

APPROVAL DATE 10/04/2019

sharecare
8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be canceled.

**Jose Barraza | Credit & Collections**

T: 858.244.1811– F: 858.244.3487 – jose.barraza@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

| | |
|---|---|
| Invoice Number: | TC0LN-1 |
| Date: | 12/02/2019 |
| Customer Number: | LIBERTY-40742 |
| Due: | Upon Receipt |

Location: TX0531

Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

(E) LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7207
LONDON, KY 40742

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 49 Pages | 1 | $25.00 | $25.00 |
| 2 | Pages Copied: from 21 to 50000 | 29 | $0.50 | $14.50 |

| | |
|---|---|
| Electronic Transmission: | $1.93 |
| Sub Total: | $41.43 |
| Tax: | $0.00 |
| Invoice Total | $41.43 |
| Applied: | $0.00 |
| **Balance Due:** | **$41.43** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: ______ Signature: ______

Expiration Date: ______

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | TC0LN-1 |
| Date: | 12/02/2019 |
| Customer Number: | LIBERTY-40742 |
| Balance Due: | 41.43 |



PAGE 2/2 * RCVD AT 12/16/2019 9:36:37 AM [Eastern Standard Time] * SVR:VA1PWFAX201/14 * DNIS:6033340380 * CSID:Retarus Faxolution * ANI:12013550949 * DURATION (mm-ss):00-

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Health Information Management Department**
**11300 Corporate Ave Suite 345**
**Lenexa, KS 66219**

# Fax cover sheet

Date: Tuesday, December 03, 2019 2:48 PM

To: LINCOLN FINANCIAL GROUP
Fax: 603-430-1776
Phone:

From: Jenny Nguyen
Fax:
Phone: 913-588-2454

7 Page(s) including this cover sheet

**Notes:**
LINCOLN FINANCIAL GROUP-CLAIM#8820045

Records as Requested

CONFIDENTIALITY NOTICE
This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. The information contained in this facsimile is intended only for the exclusive and confidential use of the designated recipient named above. If you are not the designated recipient (or an employee or agent responsible for delivering this facsimile transmission to the designated recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. If you have received this transmission in error, immediately notify the Privacy Officer at 913-945-5490 to arrange for the return or destruction of the information and all copies.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

October 10, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present

We ask that you provide this information by November 11, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

THE UNIVERSITY OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Pertinent

Garza, Lynn Angelique
MRN: 1770004, DOB: Sex: F
Acct #: 515029553
Visit date: 8/27/2019

**Patient Address**

| Address | City | State | Zip Code |
|---|---|---|---|

**Reason for Visit**

**Post Operative Visit**

**Visit Location**

| Name | Address | Phone | Fax |
|---|---|---|---|
| The University of Kansas Health System | 4000 Cambridge St<br>Kansas City KS 66160-8500 | 913-588-2000 | 913-588-2061 |

**Outpatient Medications (includes Today's Revisions) as of 8/27/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ARMOUR THYROID 90 mg (1.5 gr) tablet (Taking)**<br>Class: Historical Med | | | 1/1/2019 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg tablet (Taking)**<br>Class: Historical Med | | | 1/22/2019 | |
| **cyclobenzaprine (FLEXERIL) 10 mg tablet (Taking)**<br>Sig: Take one tablet by mouth three times daily as needed for Muscle Cramps.<br>Route: Oral | 30 tablet | 1 | 6/3/2019 | |
| **dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet (Taking)**<br>Class: Historical Med<br>Earliest Fill Date: 2/1/2019 | | | 2/1/2019 | |
| **ergocalciferol (vitamin D2) (VITAMIN D PO) (Taking)**<br>Sig: Take by mouth.<br>Class: Historical Med<br>Route: Oral | | | | |
| **escitalopram oxalate (LEXAPRO) 20 mg tablet (Taking)**<br>Sig: 20 mg.<br>Class: Historical Med | | | | |
| **hydrOXYzine (ATARAX) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ibuprofen (MOTRIN) 800 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **ondansetron (ZOFRAN) 4 mg tablet (Taking)**<br>Class: Historical Med | | | 1/23/2019 | |
| **ONETOUCH VERIO test strip (Taking)**<br>Class: Historical Med | | | 12/4/2018 | |
| **zolpidem (AMBIEN) 10 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |

**BMI Data**

Body Mass Index: 28.35 kg/m² Body Surface Area: 1.75 m²

**Immunizations Administered as of 8/27/2019**

No immunizations on file.

**Allergies as of 8/27/2019** Reviewed on 8/27/2019

No Known Allergies

**Provider Progress Notes**

**Progress Notes by Endress, Ryan, MD at 08/27/19 1015**

Author: Endress, Ryan, MD Service: — Author Type: Physician
Filed: 08/27/19 1115 Encounter Date: 8/27/2019 Creation Time: 08/27/19 1038
Status: Signed Editor: Endress, Ryan, MD (Physician)

Date of Service: 8/27/2019

**Subjective:**

Lynn Angelique Garza is a 47 y.o. female.

**History of Present Illness**
Lynn Angelique Garza returns almost 5 months out from:
1. Carpal tunnel release
2. Guyon canal release
3. Tenolysis x2 (FCR and PL)
4. Exploration of median and ulnar nerves in the forearm and wrist.
5. Scar revision with intermediate closure (15cm)

She continues to complain of constant diffuse pain with occasional "spasms." Pain is unchanged, no new pains. Pain controlled with Ibuprofen and ice. She is no longer taking Gabapentin or Lyrica. She was recommended to see pain management and has not seen them yet. Scar remains hypertrophic and tight. She is also complaining of swelling, although improved. She is wearing compression sleeve and continuing to see improvement with therapy. She has a mirror box at home now as well. Her range of motion has improved, she has been compliant with therapy. She does report unintentionally dropping objects. She reports some relief of sx when she holds and puts pressure on her wrist.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias, joint swelling and myalgias.
Skin: Positive for color change.
Allergic/Immunologic: Negative.
Neurological: Positive for numbness.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Objective:**

| | |
|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | |
| • ARMOUR THYROID 90 mg (1.5 gr) tablet | |
| • buPROPion XL (WELLBUTRIN XL) 300 mg tablet | |
| • cyclobenzaprine (FLEXERIL) 10 mg tablet | Take one tablet by mouth three times daily as needed for Muscle Cramps. |
| • dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet | |
| • ergocalciferol (vitamin D2) (VITAMIN D PO) | Take by mouth. |
| • escitalopram oxalate (LEXAPRO) 20 mg tablet | 20 mg. |
| • hydrOXYzine (ATARAX) 50 mg tablet | |
| • ibuprofen (MOTRIN) 800 mg tablet | |
| • ondansetron (ZOFRAN) 4 mg tablet | |

Provider Progress Notes (continued)

Progress Notes by Endress, Ryan, MD at 08/27/19 1015 (continued)

- ONETOUCH VERIO test strip
- zolpidem (AMBIEN) 10 mg tablet

Vitals:

| | 08/27/19 1038 |
|---|---|
| BP: | 127/86 |
| Pulse: | 91 |
| Weight: | 70.3 kg (155 lb) |
| Height: | 157.5 cm (62") |

Body mass index is 28.35 kg/m².

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-nourished. No distress.
HENT:
Head: Atraumatic.
Eyes: Conjunctivae are normal.
Neck: Neck supple.
Pulmonary/Chest: Effort normal.
Musculoskeletal:
**Scar is softer but still slightly hypertrophic at proximal aspect. Odd discoloration with hypervascularity immediatrly adjacent for approximately 2 cm either side. Intrinsic function intact. Swelling and motion is markedly improved, as well as digits of her hand. Sensation intact throughout although she does have paraesthesias.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Vitals reviewed.

**Assessment and Plan:**
47 y/o F here in postop. Her range of motion has improved, however she remains with pain and hypertrophic scar, and overall continues to have CRPS type symptoms.

Discussed my recommendation is to continue therapy and follow-up with pain management. I would not recommend additional surgery at this time. Continue to monitor at this time. She should refrain from returning to work until reevaluation at next visit. Will fit with a splint to help stabilize the wrist as this seems to help with her pain.

Follow-up 2 months.

Ryan D. Endress, MD
Assistant Professor of Plastic and Hand Surgery
University of Kansas Health System
913-917-1585

In the presence of Ryan Endress, MD, I have taken down these notes, Shauna Moradi, Scribe. 8/27/2019 10:52 AM

Provider Progress Notes (continued)

Progress Notes by Endress, Ryan, MD at 08/27/19 1015 (continued)

Electronically signed by Endress, Ryan, MD at 08/27/19 1115

## OB History

**OB History never marked as reviewed**
None

**Problem List** as of 8/27/2019 — Reviewed: **8/27/2019 11:15 AM by Endress, Ryan, MD**

| | Resolved | Last Modified |
|---|---|---|
| **Amniotic band syndrome (Chronic)** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Carpal tunnel syndrome of left wrist** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Left forearm pain** | Entered by Endress, Ryan, MD | 4/5/2019 |
| **Scar, hypertrophic** | Entered by Endress, Ryan, MD | 6/3/2019 |

## Review of Systems

No data filed

## All Medications and Administrations

(There are no med orders for this encounter)

Encounter Status

Electronically Signed By Endress, Ryan, MD on 8/27/19 at 11:15

**END OF ENCOUNTER**

**END OF REPORT**

sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be canceled.

**Jose Barraza | Credit & Collections**

T: 858.244.1811– F: 858.244.3487 – jose.barraza@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

| | |
|---|---|
| Invoice Number: | TC0LN-1 |
| Date: | 12/02/2019 |
| Customer Number: | LIBERTY-40742 |
| Due: | Upon Receipt |

Location: TX0531

(E) LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7207
LONDON, KY 40742

Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 49 Pages | 1 | $25.00 | $25.00 |
| 2 | Pages Copied: from 21 to 50000 | 29 | $0.50 | $14.50 |

| | |
|---|---|
| Electronic Transmission: | $1.93 |
| Sub Total: | $41.43 |
| Tax: | $0.00 |
| Invoice Total | $41.43 |
| Applied: | $0.00 |
| **Balance Due:** | **$41.43** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: ____________ Signature: ____________

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | TC0LN-1 |
| Date: | 12/02/2019 |
| Customer Number: | LIBERTY-40742 |
| Balance Due: | 41.43 |



PAGE 2/2 * RCVD AT 12/2/2019 11:49:47 AM [Eastern Standard Time] * SVR:VA1PWFAX401/0 * DNIS:6033340380 * CSID:Retarus Faxolution * ANI:12013550949 * DURATION (mm-ss):00-3

**GARZA, LYNN (id #755601, dob:**

**Encounter Date: 10/03/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 10/03/2019 10:10AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

follow-up

cervical radiculopathy MRi RESULTS

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 10/03/2019 10:30 am | **Wt:** | 153 lbs 10/03/2019 10:30 am | **BMI:** | 28 10/03/2019 10:30 am |
| **BP:** | 117/87 sitting 10/03/2019 10:30 am | **Pulse:** | 90 bpm 10/03/2019 10:31 am | **Pain Scale:** | 7 10/03/2019 10:31 am |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 10/03/19 | entered |
| **nortriptyline 10 mg capsule**<br>10 mg. | 10/03/19 | entered |
| **nortriptyline 25 mg capsule**<br>TAKE 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 10/03/19 | prescribed |
| **Ultram 50 mg tablet**<br>50 mg. | 10/03/19 | entered |

## Problems

Reviewed Problems
No known problems
- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

**GARZA, LYNN (id #755601, dob:**

Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

She comes in today for followup with her husband. MRI scan of the cervical spine showed 2-level disc protrusion C5-6 and C4-5 with severe foraminal stenosis at left C5-6 area with some central canal stenosis. No spinal cord signal changes. It still hurts in the same area.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: Sweats**
**Denies:Cough,Fever,Chills,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain**
**Denies:Back Pain**
**Unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Exam shows dysesthesias particularly along the scar along the dorsum of her forearm. No atrophy. Spurling's induces medial scapular pain on the left and negative on the right. Normal muscle tone. She has decreased grip strength with pain with resisted pronation and supination because of the scar pain. There is some mild duskiness along the dorsum of the hand as well.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Status post distal and proximal median nerve decompression, ongoing neuropathic pain could be from cervical nerve root irritation, particularly C5-C6 disc protrusion.

PLAN
We talked about different treatment options and decided to get a quality EMG nerve conduction study. We will set her up for that. We will also do a cervical epidural steroid injection on the left at C7-T1 through interlaminar approach targeting left C6 nerve root to see if that will help get rid of her neuropathic symptoms. Questions answered. Risks and benefits were discussed in detail. We will increase nortriptyline to 25 mg and increase to 50 mg after a week. Drug risks and interactions were discussed. Questions answered.

**1. Cervical radiculopathy**

M54.12: Radiculopathy, cervical region

- EPIDURAL STEROID INJECTION, CERVICAL INTERLAMINAR (PROC) - Note to Provider: Lt C7-T1 esi w/o sedation 62321...osc

  Procedure Date: 10/18/2019 Procedure Time: 12:15pm

  Location: OSC Side: LEFT

  Performing Provider: Brenman
- nortriptyline 25 mg capsule - TAKE 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW Qty: 60 capsule(s) Refills: 0
  Pharmacy: CVS/PHARMACY #7341
- ELECTROMYOGRAM/NERVE CONDUCTION REFERRAL - Schedule Within: STAT

  Urgency: ASAP Reason for Referral: LEFT UPPER extremity

## Return to Office

- Ephraim K Brenman, DO for SURGERY 15 at ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO on 10/18/2019 at 12:15 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/07/2019 at 10:40 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 10/04/2019.

**GARZA, LYNN (id #755601, dob:**

**Insurance**

Med Primary: BCBS-TX (PPO)
Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

## Chief Complaint

New patient

Left arm pain.

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 09/19/2019 02:24 pm | **Wt:** | 153 lbs 09/19/2019 02:24 pm | **BMI:** | 28 09/19/2019 02:24 pm |
| **BP:** | 121/93 sitting 09/19/2019 02:25 pm | **Pulse:** | 111 bpm 09/19/2019 02:25 pm | **Pain Scale:** | 7 09/19/2019 02:25 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**Norco 5 mg-325 mg tablet** — 09/19/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**nortriptyline 10 mg capsule** — 09/19/19 prescribed
take 1 po qhs for 1 wek then 2 po qhs to follow

**Ultram 50 mg tablet** — 09/19/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

This is a 47-year-old female for symptoms there she reports for least history goes back worse at least couple years ago where she will wake up with neck pain, headaches, particularly migraine headaches and will get neck and periscapular pain more recently back in March. She was having severe pain in her left forearm where it felt like pressure, almost felt like a compartment syndrome type of scenario. She was living in Kansas City area at that time. She underwent what appeared to be fasciotomy or proximal median nerve compression or radial nerve decompression at the forearm in particular at the volar surface. She reports it did not really seem to help. She had pain along the scar tissue and coldness in the first 3 fingers. Then, she went to see another physician plastic surgeon in the

**GARZA, LYNN (id #755601, dob:**

Kansas City area who did EMG nerve conduction studies and then in June performed a more extensive median nerve decompression at the wrist as well as along the decubitus area with deeper fasciotomy. He reports proximal and distal neurolysis of the median nerve with ongoing symptoms still. Still reports neck and periscapular pain. She denies any bowel or bladder changes, fevers, chills as well as progressive weakness. It does wake up at nighttime with still ongoing neuropathic pain with coolness in the hand with still neck and periscapular pain proximally. It does wake her up at night. She moved here recently from Kansas City area. She reports that she does take baseline medications. She takes ibuprofen and Tylenol for this sometimes as needed. She has tried taking neuropathic pain agents including Lyrica, gabapentin and Topamax, but it made her too foggy. She reports she does have a lot of trouble sleeping at nighttime. She wants to know what else she can try.

## ROS

Patient reports **localized joint pain** but reports (normal) no aches, (normal) no weakness, and (normal) back. He reports (normal) no cough, (normal) no fever, (normal) no night sweats, (normal) no chills, (normal) weight, and (normal) normal exercise. He reports (normal) mole, (normal) no change in color of skin, (normal) skin, and no rash. He reports (normal) dry eyes, (normal) no irritation of the eyes, (normal) no vision changes, (normal) gums: no bleeding, (normal) no blurred vision, (normal) throat, (normal) no sneezing, (normal) no nosebleeds (epistaxis), (normal) no sinus problems, (normal) no dizziness, (normal) no headache, and (normal) hearinig. He reports (normal) no wheezing, (normal) no shortness of breath, and (normal) no coughing up of blood. He reports (normal) no chest pain, (normal) no arm pain upon exertion, (normal) no palpitations, (normal) no shortness of breath, and no known heart murmur. He reports (normal) no swollen glands and (normal) no neck stiffness. He reports (normal) no abdominal pain, (normal) no vomiting, (normal) appetite, and (normal) no change in the stool. He reports (normal) no urinary loss of control, (normal) no changes in urinary habits, (normal) urinary frequency, (normal) no blood in urine (hematuria), (normal) emptying, and (normal) no trouble urinating. He reports (normal) consciousness and (normal) no weakness. He reports (normal) no depression, (normal) no mania, (normal) sleep, (normal) relationships, and (normal) cravings.
**Additionally reports: Reveals neck pain, left arm pain.**

**Past medical, surgical, social, family history, drug allergies, and current medications are all noted in the chart and per patient intake.**

## Physical Exam

Patient is a 47-year-old male.

General: Well-nourished female, in no apparent distress, well groomed and friendly. Her husband is present. Cardiovascular: Normal distal pulses in the upper limbs. No peripheral edema. Dermatologic: There is a well-healed extensive surgical scar along the volar surface of the forearm and wrist with some mild keloid formation which is pink. Psychiatric: She has trouble sleeping at night. Good affect. There is a history of anxiety or depression. Musculoskeletal: Cervical spine: There is palpatory tenderness in the left cervicothoracic junction. Spurling's induces medial scapular pain left negative than the right. No atrophy. Normal muscle tone. She does have dysesthesias going to the volar and dorsum of her forearm area with coldness in the first 3 fingers. Normal proximal strength.

X-rays, cervical spine AP, lateral, flexion views are interpreted shows decreased cervical lordosis with severe anterior disk degeneration, anterior osteophyte formation. All other discs are well maintained. No fracture subluxations. No movement on flexion or extension.

## Procedure Documentation

**Xray, Cervical 4-5V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: AP, Lateral, Flexion, Extension **X-ray Interpretations/ findings:**

## Assessment / Plan

ASSESSMENT
Possible C6 nerve root irritation.

PLAN
Due to the fact that she still has the symptoms despite undergoing 2 extensive surgeries, particularly for median nerve decompression, my concern is that this is still happening to her. In the meantime, we did intramuscular steroid injection. Discussed risks and benefits, patient gave informed consent. Prepped with alcohol and injected 25-gauge 1-inch needle, injected 80 mg of Kenalog and 2 mL of 1% preservative-free Xylocaine. She tolerated the procedure. Needle was then withdrawn. We will also do a nortriptyline 10 mg at night and increase it to 20 mg after a week. Drug risks and interactions were discussed. Questions answered. She will follow up after the MRI scan of the cervical spine, which I would like to get to see if there is C6 nerve root impingement due to her severe ongoing symptoms.

**1. Long-term drug therapy**
Z79.891: Long term (current) use of opiate analgesic
- COMPLIANCE DRUG ANALYSIS, UR - Specimen source: Urine Note to Lab: acct# 42074700

**2. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- MRI, CERVICAL SPINE, W/O CONTRAST

GARZA, LYNN (id #755601, dob:

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 11/07/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 11/07/2019 10:40AM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

follow-up

10/18/19 Lt C7 T1 ESI

## Patient's Care Team

**Primary Care Provider:** RYAN D ENDRESS MD: 3901 RAINBOW BLVD, KANSAS CITY, KS 66160, Ph (913) 588-2000, Fax (913) 588-2061 NPI: 1457549446

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 11/07/2019 11:06 am | **Wt:** | 163 lbs 11/07/2019 11:16 am | **BMI:** | 29.8 11/07/2019 11:16 am |
| **BP:** | 124/89 sitting 11/07/2019 11:17 am | **Pulse:** | 105 bpm 11/07/2019 11:17 am | **Pain Scale:** | 8 11/07/2019 11:17 am |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**Norco 5 mg-325 mg tablet** — 11/07/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**nortriptyline 50 mg capsule** — 11/07/19 prescribed
Take 1 capsule(s) twice a day by oral route.

**Ultram 50 mg tablet** — 11/07/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

## Problems

Reviewed Problems
No known problems

- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

Reviewed Surgical History

**GARZA, LYNN (id #755601, dob:**

## Past Medical History

Reviewed Past Medical History

## Screening

None recorded.

## HPI

She comes in today for followup. Cervical epidural steroid injection did not help. She is going to undergo EMG nerve conduction study on Monday from Dr. Peck. She is requesting refill of her current medication regimen. Nortriptyline does help her sleep at night, particularly 50 mg up.

## ROS

**Additionally reports:**

**Constitutional**
**Confirms: None**
**Denies:Cough,Fever,Chills,Sweats,Weight Gain,Weight Loss,Exercise Intolerance**
**Musculoskeletal**
**Confirms: Muscle Aches,Muscle Weakness,Joint Pain,Limited range of motion**
**Denies:Back Pain,Night Pain**
**Neurologic**
**Confirms: None**
**Denies:Weakness,Numbness/Tingling**
**Basically unchanged.**

## Physical Exam

Patient is a 47-year-old female.

Basically unchanged.

## Procedure Documentation

None recorded.

## Assessment / Plan

ASSESSMENT
Neuropathic pain after having proximal distal median nerve neurolysis with decompression. Still has ongoing severe symptoms. She does have a left C5-C6 disk protrusion, but the cervical ESI did not help. She will follow up with me after the EMG nerve conduction studies done. However, also in the meantime, we will also get a spinal cord stimulator trial evaluation due to ongoing neuropathic pain. Questions answered.

**1. Carpal tunnel syndrome**

G56.01: Carpal tunnel syndrome, right upper limb

- CARPAL TUNNEL SYNDROME: CARE INSTRUCTIONS
- CARPAL TUNNEL SYNDROME: EXERCISES
- SCD - ASSH Carpal Tunnel Syndrome - Handout: SCD - Handout ASSH Carpal Tunnel Syndrome
- SCD - Carpal Tunnel Post op - Handout: SCD - Handout Carpal Tunnel Post-op
- Norco 5 mg-325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- nortriptyline 50 mg capsule - Take 1 capsule(s) twice a day by oral route. Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- Ultram 50 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 30 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- PAIN MANAGEMENT REFERRAL - Schedule Within: provider's discretion

Reason for Referral: scs trial
-

**2. Skin sensation disturbance**

R20.0: Anesthesia of skin

## Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/15/2019 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 11/08/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 11/08/2019 at 8:33am

**GARZA, LYNN (id #755601, dob:**
**Encounter Date: 10/18/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, F) ID# 755601 | **Appt. Date/Time** | 10/18/2019 12:15PM |
| **DOB** | | **Service Dept.** | ORTHOPAEDIC SURGERY CENTER OF SAN ANTONIO |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

injection/procedure

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 10/03/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 10/03/2019)

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>325 mg. | 10/03/19 | entered |
| **nortriptyline 10 mg capsule**<br>TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 1 WEK THEN 2 TABS BY MOUTH AT BEDTIME TO FOLLOW | 10/18/19 | renewed |
| **nortriptyline 25 mg capsule**<br>TAKE 1 PO QHS FOR 1 WEEK THEN 2 PO QHS TO FOLLOW | 10/03/19 | prescribed |
| **Ultram 50 mg tablet**<br>50 mg. | 10/03/19 | entered |

## Problems

Reviewed Problems
No known problems

- Cervical radiculopathy - Onset: 10/03/2019

## Family History

Family History not reviewed (last reviewed 10/03/2019)

## Social History

Social History not reviewed (last reviewed 10/03/2019)
Non-smoker
Tobacco-years of use: 0
Chewing tobacco: none

## Surgical History

Surgical History not reviewed (last reviewed 10/03/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/03/2019)

## Screening

**GARZA, LYNN (id #755601, dob:**

None recorded.

## HPI

None recorded.

## ROS

None recorded.

## Physical Exam

None recorded.

## Procedure Documentation

None recorded.

## Assessment / Plan

**1. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region

## Return to Office

- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 11/07/2019 at 10:40 AM

## Encounter Sign-Off

Encounter closed by Christopher Vasquez, 10/22/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter closed by document on 10/22/2019 at 7:18am

**GARZA, LYNN (id #755601, dob:**
Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 10/04/2019 at 1:55pm

**Encounter Date: 09/20/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/20/2019 09:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/19/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 09/19/2019)

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 09/19/19 | prescribed |
| **nortriptyline 10 mg capsule**<br>take 1 po qhs for 1 wek then 2 po qhs to follow | 09/19/19 | prescribed |
| **Ultram 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 09/19/19 | prescribed |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

**GARZA, LYNN (id #755601, dob:**

Pt reports she is to have an MRI and has follow up with MD 10/3/19.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 09/04/2019 | 09/13/2019 | 09/18/2019 | 09/20/2019 |
|---|---|---|---|---|
| Heartflex | | | 3 min | 3 min |
| clothes pin marbles | | 3 min | 3 min | 3 min |
| wrist flexion 1 weight | | | 3 min dowel | 3 min dowel |
| putty intrinsic knob | | | 3 min | 3 min |
| dowel press Y | def | 3 min | 3 min | 3 min |
| foam roll flex/ext | def | 3 min | 3 min | 3 min wheel |
| rubber band finger extension | | | 3 min | 3 min |
| sponge comp with wrist flexion roll | def | 3 min | def | def |
| UFO | def | stop | | |
| putty intrinsic | | 3 min | | |
| dowel bicep curl | def | def | | |
| weight distraction 1 # | def | 2 min | | |
| jux a cisor | def | | | |
| power web ext | def | | | |
| wrist tenodesis | def | | | |
| sponge squeeze mirror | def | | | |
| Towel RD/UD | def | | | |
| finger spread | def | | | |
| thumb opp to all digits | def | | | |
| Supination/pronation AROM | def | | | |
| Soccer ball proprioception | def | | | |
| wrist isometric wrist flex/ext | def | | | |
| mirror therapy education | def | | | |

**GARZA, LYNN (id #755601, dob:**

| | |
|---|---|
| wheel flex/ext | def |
| mini massager | def |
| dowel board hook roll | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 18 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt continues to tolerate scar mobs but reports severe pain but patient knows it is good for her scar and adhesions. Pt is to have MRI and therapy will await MRI results and therapy will await MRI results as due to continued pain therapy is unable to progress patient with motion/strengthening.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 10/03/2019 at 10:10 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 09/20/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/20/2019 at 9:35am

**Encounter Date: 09/19/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/19/2019 02:20PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |

**GARZA, LYNN (id #755601, dob:**

HPI

Pt reports her symptoms of pain/cold/spasms are the same. Pt did decrease writing time and did report it helped her symptoms a little bit.

ROS

None recorded.

Physical Exam

Patient is a 47-year-old male.

Exercise Flowsheet

| Exercise | 08/21/2019 | 09/04/2019 | 09/13/2019 | 09/18/2019 |
|---|---|---|---|---|
| Heartflex | | | | 3 min |
| clothes pin marbles | | | 3 min | 3 min |
| wrist flexion 1 weight | | | | 3 min dowel |
| putty intrinsic knob | | | | 3 min |
| dowel press Y | 2 min | def | 3 min | 3 min |
| foam roll flex/ext | 3 min | def | 3 min | 3 min |
| rubber band finger extension | | | | 3 min |
| UFO | 3 min | def | stop | |
| putty intrinsic | | | 3 min | |
| dowel bicep curl | 3 min | def | def | |
| weight distraction 1 # | def | def | 2 min | |
| jux a cisor | 3 min | def | | |
| power web ext | 3 min | def | | |
| wrist tenodesis | def | def | | |
| sponge squeeze mirror | 3 min | def | | |
| sponge comp with wrist flexion roll | def | def | 3 min | def |
| Towel RD/UD | def | def | | |
| finger spread | def | def | | |
| thumb opp to all digits | def | def | | |
| Supination/pronation AROM | def | def | | |
| Soccer ball proprioception | def | def | | |
| wrist isometric wrist flex/ext | def | def | | |

| | | |
|---|---|---|
| mirror therapy education | def | def |
| wheel flex/ext | def | def |
| mini massager | def | def |
| dowel board hook roll | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 18 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has apt with pain management MD. Pt did present with mild decrease in medial proximal elbow swelling but patient did have increase in edema at same location /dorsal hand (interosseous) post 3 thera ex. Pt did report moderate pain with at wrist crease area/and areas around scar became raised with thera ex but patient is working through some of the pain.

1. **Complex regional pain syndrome**
   G90.50: Complex regional pain syndrome I, unspecified
2. **Pain in wrist**
   M25.532: Pain in left wrist
3. **Wrist stiff**
   M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Ephraim K Brenman, DO for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 09/19/2019 at 02:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 09/18/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/18/2019 at 1:25pm

**Encounter Date: 09/13/2019**
Patient

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/13/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/04/2019)

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports her symptoms are better today than yesterday. Pt reports yesterday she wrote for 10-15 mins.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 08/14/2019 | 08/21/2019 | 09/04/2019 | 09/13/2019 |
|---|---|---|---|---|
| weight distraction 1 # | def | def | def | 2 min |

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| putty intrinsic | | | | 3 min |
| clothes pin marbles | | | | 3 min |
| dowel press Y | def | 2 min | def | 3 min |
| sponge comp with wrist flexion roll | def | def | def | 3 min |
| foam roll flex/ext | def | 3 min | def | 3 min |
| UFO | def | 3 min | def | stop |
| jux a cisor | def | 3 min | def | |
| dowel bicep curl | def | 3 min | def | def |
| power web ext | | 3 min | def | |
| wrist tenodesis | def | def | def | |
| sponge squeeze mirror | def | 3 min | def | |
| Towel RD/UD | def | def | def | |
| finger spread | def | def | def | |
| thumb opp to all digits | def | def | def | |
| Supination/pronation AROM | def | def | def | |
| Soccer ball proprioception | def | def | def | |
| wrist isometric wrist flex/ext | def | def | def | |
| mirror therapy education | def | def | def | |
| wheel flex/ext | def | def | def | |
| mini massager | def | def | def | |
| dowel board hook roll | def | def | def | |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 18 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist and patient discussed patient's symptoms. Therapist does note weakness to muscles innervated by UN and postive provacative testing of ulnar nerve. Pt is making improvements with scar massage and AROM with thera ex. Pt has apt with pain management MD next week and therapy will contact clinic to discuss patient's symptoms.

**GARZA, LYNN (id #755601, dob:**

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/18/2019 at 12:30 PM
- Ephraim K Brenman, DO for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 09/19/2019 at 02:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 09/13/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/13/2019 at 3:05pm

**Encounter Date: 09/04/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/04/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Reviewed Allergies

## Medications

**GARZA, LYNN (id #755601, dob:**

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports past few days she has had increase in swelling and pain, in which she has had to take medication for. Pt reports medication did help her symptoms but she did have to take twice yesterday. Pt reports chronic ache and soreness.

Pt had follow up apt with surgeon last week and he wants continued therapy. Pt reports MD felt he thought scar and edema would be better.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 08/09/2019 | 08/14/2019 | 08/21/2019 | 09/04/2019 |
|---|---|---|---|---|
| sponge squeeze mirror | 4 min no mirror | def | 3 min | def |
| foam roll flex/ext | 4 min | def | 3 min | def |
| UFO | def | def | 3 min | def |
| jux a cisor | 4min | def | 3 min | def |
| dowel bicep curl | 4min | def | 3 min | def |
| dowel press Y | 4min | def | 2 min | def |
| power web ext | | | 3 min | def |
| Towel RD/UD | def | def | def | def |
| finger spread | def | def | def | def |
| thumb opp to all digits | def | def | def | def |
| Supination/pronation AROM | def | def | def | def |
| wrist tenodesis | def | def | def | def |
| Soccer ball | def | def | def | def |

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| proprioception | | | | |
| wrist isometric wrist flex/ext | def | def | def | def |
| weight distraction 1 # | def | def | def | def |
| mirror therapy education | def | def | def | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97140: Manual Therapy:** 30 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has pain management referral and was able to schedule today as therapist called central scheduling today due to missed call from previous referral. Therapist deferred thera ex this session and focused on scar mobs and educating patient's spouse of scar mobs, pressure with scar mobs, and taking hands on and off patient.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/06/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/11/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/13/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/18/2019 at 12:30 PM
- Ephraim K Brenman, DO for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 09/19/2019 at 02:20 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 09/04/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/04/2019 at 1:39pm

**Encounter Date: 08/21/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/21/2019 07:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

**OT Daily Progress Note**

Reported by patient.

How are you feeling? improving (**mild improvements in ROM**); same (**pain/nerve symptoms/scar symptoms/skin color changes**)
Severity: rest 6-8/10; activity 8/10; location: (**digits up to elbow**); extreme pain
Function: ADLs limited (**Quick Dash 72.5 % Impairment Rating**); sports limited (**100 % work Module**); Pt reports severe deficits with opening containers, cutting food, grasping and sustaining hold onto items. Pt reports she drops items frequently and is unable to play tennis or work full duty.
Previous OT Session: helped a little; Pt reports therapy is helping but at same time therapy does aggravate nerve symptoms.

**GARZA, LYNN (id #755601, dob:**

Work: Pt is off duty at this time,

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

**Hands and Digits:** Inspection Left: **1st dorsal compartment atrophy** (**swelling not atrophy**). Thumb Left: **active radial abduction (51 deg.)** and **opposition (2.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 51 lbs. Strength Left: grip 0 lbs; **Pt able to grasp 2 lbs but with R hand holding onto dynamometer**.

**Special Tests:** Special Tests on the Left: **extrinsic tightness**.

**Wrists:** Right Wrist Inspection: **0.5 inch proximal to EC 22.6 cm**. Left Wrist Inspection: **scar adherent: severe** and **hypersensitivity of scar: moderate**; **WC: 14.4 cm**
**1 inch proximal EC 23.8 cm**
**0.5 inch proximal to**. Left AROM: **flexion (68 deg.)**, **extension (46 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

L elbow flex/ext 140/0

L hand with coldness feeling im comparison to R hand

Pt does have discolorization at randon parts of L UE at biceps area, posterior elbow, forearm and scar area. Therapist does note discolorization has small improvements from last session.

## Exercise Flowsheet

| Exercise | 08/02/2019 | 08/09/2019 | 08/14/2019 | 08/21/2019 |
|---|---|---|---|---|
| sponge squeeze mirror | def | 4 min no mirror | def | 3 min |
| foam roll flex/ext | | 4 min | def | 3 min |
| UFO | def | def | def | 3 min |
| jux a cisor | def | 4min | def | 3 min |
| dowel bicep curl | | 4min | def | 3 min |
| dowel press Y | | 4min | def | 2 min |
| power web ext | | | | 3 min |
| Towel RD/UD | 3 min | def | def | def |
| finger spread | 3 min | def | def | def |
| thumb opp to all digits | 3 min | def | def | def |
| Supination/pronation AROM | 3 min | def | def | def |
| wrist tenodesis | 1 min | def | def | def |
| Soccer ball proprioception | def | def | def | def |
| wrist isometric wrist flex/ext | def | def | def | def |
| weight distraction 1 # | def | def | def | def |

**GARZA, LYNN (id #755601, dob:**

| | | | | |
|---|---|---|---|---|
| mirror therapy education | 8 min | def | def | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 20 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evaluation with mild decrease in edema but continued edema at proximal to elbow crease at biceps. Pt with increase in wrist, digit, and thumb AROM but does have proprioceptive deficits with performing wrist/digit/thumb AROM. Pt continues with severe scar adhesions but has increased tolerance in scar massage and decrease scar sensitivity. Pt continues with nerve symptoms/pain with use and when performing thera ex. Pt symptoms include cold/skin discoloration, and redness at scar. Pt does report same symptoms at rest. Pt continues to perform mirror therapy at home and was educated on proprioceptive HEP and continued scar mobs. Pt scores a 72.5 % on Quick Dash and continues to be off duty from work. Pt does have referral to pain management and is awaiting apt. Pt continues to have symptoms of CRPS. Pt will continue to benefit from skilled OT services for edema management, scar mobs, desensitization, increase AROM, mirror therapy, strengthening and decrease symptoms with use to increase I with ADL's/ability to RTW FD.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

**GARZA, LYNN (id #755601, dob:**

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/23/2019 at 01:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/04/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/06/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/11/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/13/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/18/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/21/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/21/2019 at 3:36pm

**Encounter Date: 08/14/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/14/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports increase in swelling, pain, coldness, bruising, vein appearance and scar irritation today.

**GARZA, LYNN (id #755601, dob:**

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/30/2019 | 08/02/2019 | 08/09/2019 | 08/14/2019 |
|---|---|---|---|---|
| dowel press Y | | | 4min | def |
| sponge squeeze mirror | def | def | 4 min no mirror | def |
| foam roll flex/ext | | | 4 min | def |
| dowel bicep curl | | | 4min | def |
| jux a cisor | def | def | 4min | def |
| Towel RD/UD | 4 min | 3 min | def | def |
| finger spread | | 3 min | def | def |
| thumb opp to all digits | | 3 min | def | def |
| Supination/pronation AROM | | 3 min | def | def |
| wrist tenodesis | 3 min | 1 min | def | def |
| Soccer ball proprioception | 4 min | def | def | def |
| wrist isometric wrist flex/ext | 3 min | def | def | def |
| weight distraction 1 # | def | def | def | def |
| mirror therapy education | | 8 min | def | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| UFO | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97140: Manual Therapy:** 22 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

**GARZA, LYNN (id #755601, dob:**

Pt is a re-evaluation next session. Therapist did note patient had increase in edema at DI at dorsal hand and volar forearm. Pt presented with increase in facial expressions, discouragement and increased awareness of her physical and non physical symptoms. Therapist did mark with highlighted on patient areas of noted concerns from patient and therapist and took pictures for reference at next visit. Pt was re-educated on importance of breaks with activity and continued mirror therapy. Therapy deferred increasing thera ex this session and patient was having increase in symptoms in comparison to last session.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/21/2019 at 07:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/14/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/14/2019 at 11:55am

**Encounter Date: 08/09/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/09/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

**GARZA, LYNN (id #755601, dob:**

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports scar is tight feeling and she still has deficits with activities such as cutting food and lifting fork to eat.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/25/2019 | 07/30/2019 | 08/02/2019 | 08/09/2019 |
|---|---|---|---|---|
| dowel press Y | | | | 4min |
| sponge squeeze mirror | 4 min | def | def | 4 min no mirror |
| foam roll flex/ext | | | | 4 min |
| dowel bicep curl | | | | 4min |
| jux a cisor | def | def | def | 4min |
| Towel RD/UD | def | 4 min | 3 min | def |
| finger spread | | | 3 min | def |
| thumb opp to all digits | | | 3 min | def |
| Supination/pronation AROM | | | 3 min | def |
| wrist tenodesis | | 3 min | 1 min | def |
| Soccer ball proprioception | 4 min | 4 min | def | def |
| wrist isometric wrist flex/ext | 4 min mirror | 3 min | def | def |
| weight distraction 1 # | 3 min | def | def | def |

| | | | | |
|---|---|---|---|---|
| mirror therapy education | | | 8 min | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| UFO | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 20 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did tolerate gentle scar this session with therapist starting with scar not visible with towel then proceeding to use of massage cream for scar mobs. Pt also progressed with increase in AROM thera ex and gentle strengthening this therapy session. Pt did report moderate pain but did not report symptoms of cold to digits post session. Pt was educated on continued importance of mirror therapy.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off
Encounter signed-off by Andrea Fisher, OT, CHT, 08/09/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/09/2019 at 11:51am

**Encounter Date: 08/02/2019**
Patient

**GARZA, LYNN (id #755601, dob:**

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/02/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint
Wrist Pain

## Physical Therapy Episodes
Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team
None recorded.

## Patient's Pharmacies
**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals
None recorded.

## Allergies
None recorded.

## Medications
None recorded.

## Problems
Reviewed Problems

## Family History
Family History not reviewed (last reviewed 07/30/2019)

## Social History
None recorded.

## Surgical History
Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History
Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening
None recorded.

## HPI
Pt reports she bought a mirror for mirror therapy.

## ROS
None recorded.

## Physical Exam
Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/19/2019 | 07/25/2019 | 07/30/2019 | 08/02/2019 |
|---|---|---|---|---|
| mirror therapy education | | | | 8 min |

| | | | | |
|---|---|---|---|---|
| Towel RD/UD | def | def | 4 min | 3 min |
| finger spread | | | | 3 min |
| thumb opp to all digits | | | | 3 min |
| Supination/pronation AROM | | | | 3 min |
| wrist tenodesis | | | 3 min | 1 min |
| Soccer ball proprioception | 3 min | 4 min | 4 min | def |
| wrist isometric wrist flex/ext | | 4 min mirror | 3 min | def |
| sponge squeeze mirror | | 4 min | def | def |
| weight distraction 1 # | | 3 min | def | def |
| sponge comp with wrist flexion roll | 4 min | def | def | def |
| wheel flex/ext | 4 min foam roller | def | def | def |
| UFO | 4 min Bi-lat | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |
| jux a cisor | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt received education of mirror therapy with handouts given with instructions on set up for therapy, exercises and journaling her symptoms pre, during and post session. Therapist issued and placed silicone gel sheets on patient's scar with instructions with use. Pt reports 7/10 pain and coldness post mirror therapy. Therapist notes patient has functional digit, thumb, forearm rotation and RD/UD AROM with mirror therapy but continues with severe deficits with wrist/flexion AROM and report from patient on tight, pulling sensation with wrist AROM with mirror therapy.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks

STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/02/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/02/2019 at 12:11pm

**Encounter Date: 07/30/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/30/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Reviewed Family History

## Social History

None recorded.

## Surgical History

Reviewed Surgical History

## Past Medical History

Reviewed Past Medical History

**GARZA, LYNN (id #755601, dob:**

## Screening

None recorded.

## HPI

Pt reports past couple of days she has an increase in swelling and increase in pain that has been more pain than recently.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

1 inch proximal to EC 23.6 cm

## Exercise Flowsheet

| Exercise | 07/15/2019 | 07/19/2019 | 07/25/2019 | 07/30/2019 |
|---|---|---|---|---|
| Soccer ball proprioception | | 3 min | 4 min | 4 min |
| Towel RD/UD | | def | def | 4 min |
| wrist isometric wrist flex/ext | | | 4 min mirror | 3 min |
| wrist tenodesis | | | | 3 min |
| sponge squeeze mirror | | | 4 min | def |
| weight distraction 1 # | | | 3 min | def |
| sponge comp with wrist flexion roll | | 4 min | def | def |
| wheel flex/ext | | 4 min foam roller | def | def |
| UFO | | 4 min Bi-lat | def | def |
| mini massager | | def | def | def |
| dowel board hook roll | | def | def | def |
| jux a cisor | | def | def | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 20 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.HVG extra time with glove on and gentle PROM to wrist/digits

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist did note mild increase in edema at medial elbow one inch proximal for EC. Therapist is able to manual area to work on edema management with mobile tissue and no pocketed/pitting/brawny edema. Pt continues with severe scar sensitivity and inability to tolerate scar mobs and flexor tendon soft tissue restriction due to pain. Therapist utilized HVG this session with gentle wrist AROM

and re-educated patient on laterality training. Pt has deficits with laterality identification with context identification.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/30/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/30/2019 at 12:06pm

**Encounter Date: 07/25/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/25/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

**GARZA, LYNN (id #755601, dob:**

## Problems

Reviewed Problems

## Social History

None recorded.

## Surgical History

None recorded.

## Past Medical History

None recorded.

## Screening

None recorded.

## HPI

Pt reports she is doing her exercises and she can complete them but she gets a sharp bee sting pain and other times a rubber band snapping pain.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/15/2019 | 07/19/2019 | 07/25/2019 |
|---|---|---|---|
| Soccer ball proprioception | | 3 min | 4 min |
| sponge squeeze mirror | | | 4 min |
| wrist isometric wrist flex/ext | | | 4 min mirror |
| weight distraction 1 # | | | 3 min |
| sponge comp with wrist flexion roll | | 4 min | def |
| wheel flex/ext | | 4 min foam roller | def |
| UFO | | 4 min Bi-lat | def |
| mini massager | | def | def |
| dowel board hook roll | | def | def |
| jux a cisor | | def | def |
| Towel RD/UD | | def | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 15 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**GARZA, LYNN (id #755601, dob:**

**97140: Manual Therapy:** 22 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt and therapist noted small blood vessels apparance coming of patient's scar this session. Therapy utilized mirror therapy this session as therapist notes patient continues with pain/nerve symptoms greater than movement impairments. Pt was educated on wrist isometric strengthening and continued importance of relaxation techniques. Pt continues to have increase in temperature change(colder) in digits and forearm starting at mid of session and increasing as session progresses.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/30/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/25/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/25/2019 at 11:43am

**Encounter Date: 07/19/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/19/2019 08:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

GARZA, LYNN (id #755601, dob:

Vitals

None recorded.

Allergies

None recorded.

Medications

None recorded.

Problems

Reviewed Problems

Social History

None recorded.

Surgical History

None recorded.

Past Medical History

None recorded.

Screening

None recorded.

HPI

Pt reports her fingers still go cold, she requires use of R hand to complete L hand HEP and she continues with limited motion to L UE.

ROS

None recorded.

Physical Exam

Patient is a 47-year-old male.

Exercise Flowsheet

| Exercise | 07/15/2019 | 07/19/2019 |
|---|---|---|
| sponge comp with wrist flexion roll | | 4 min |
| wheel flex/ext | | 4 min foam roller |
| UFO | | 4 min Bi-lat |
| Soccer ball proprioception | | 3 min |
| mini massager | | def |
| dowel board hook roll | | def |
| jux a cisor | | def |
| Towel RD/UD | | def |

Procedure Documentation

**97110: Therapeutic Exercise:** 15 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 22 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist did attempt to utilize US for scar adhesions but US increased patient's pain so it was deferred this session. Therapist does note increase in cold feeling of hand, as patient reported her fingers/hand increase in cold with thera ex. Pt was educated on bilateral use of hands with HEP but allowing L UE to start motion. Pt was also educated on completing HEP with vision occluded to increase proprioceptive awareness of L UE.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/26/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/30/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/19/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/19/2019 at 10:57am

**Encounter Date: 07/15/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/15/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

TX

**GARZA, LYNN (id #755601, dob:**

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Social History

None recorded.

## Surgical History

None recorded.

## Past Medical History

None recorded.

## Screening

None recorded.

## HPI

**OT Wrist/Hand**

Reported by patient.

Hand Dominance: left
Location: left
Quality: aching; burning; sharp; tight
Severity: severe; pain level 7/10
Duration: date of onset: (**4/5/19**); Pt with previous diagnosis of intermittent compartment syndrome due to congenital band at mid forearm
Timing: acute
Mechanism of Injury: birth defect
Alleviating Factors: ice; compression
Aggravating Factors: movement; activity, resting with arm down
Associated Symptoms: **swelling**; coldness
Previous Surgery: date: (**07/2018**
**4/5/2019 (fascia release and decompression, CTR)**)
Prior Studies: x ray; MRI; EMG
Previous PT/OT: did not help
Working: not working; Pt is Nurse Practitioner
Hobbies: **unable**
Personal ADLs: **unable to drive**
Notes:

Quick Dash 88 % Impairment Rating 100 % Work and Sport Module

Pt reports she is unable to drive, requires assistance from spouse with bra management, house hold chores, eating, brushing teeth, cutting food, and patient reports she modifies her hair due to inability to use both hands. Pt has supportive spouse and family to assist with daily activities.

Pt PLOF was I with ADL's.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

**Hands and Digits:** Inspection Left: **1st dorsal compartment atrophy** (**swelling not atrophy**). Thumb Right: **active radial abduction (74deg.)** and **opposition (1.0 cm)**. Thumb Left: **active radial abduction (40 deg.)** and **opposition (3.0 cm)**. Index Finger Right: distance to DPC: 0.0 cm. Index Finger Left: distance to DPC: 3.0 cm. Long Finger Right: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 3.0 cm. Ring Finger Right: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 3.0 cm. Small Finger Right: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 3.0 cm.

**GARZA, LYNN (id #755601, dob:**

**Special Tests:** Special Tests on the Left: **extrinsic tightness**.

**Wrists:** Right Wrist Inspection: **WC: 14.4 cm**
**1 inch proximal from EC 23.4 cm**. Left Wrist Inspection: **scar adherent: severe** and **hypersensitivity of scar: severe**; **WC: 14.6 cm**
**1 inch proximal EC 24.4 cm**. Right AROM: **flexion (90 deg.)**, **extension (65 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (25 deg.)**, and **ulnar deviation (30 deg.)**. Left AROM: **flexion (50 deg.)**, **extension (10 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (10 deg.)**.

R elbow flex/ext 145/0

L elbow flex/ext 120/-15

L hand with coldness feeling im comparison to R hand

Pt able to identify laterality cards on phone app with 75 % accuracy

## Exercise Flowsheet

| Exercise | 07/15/2019 |
|---|---|
| sponge comp with wrist flexion roll | |
| wheel flex/ext | |
| UFO | |
| mini massager | |
| dowel board hook roll | |
| jux a cisor | |
| Towel RD/UD | |

## Procedure Documentation

**97110,HP: HEP:**
text
**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

## Assessment / Plan

Pt presents to OT post op L fascia release and decompression. This is patient's second surgery. Pt's first surgery was to release congential band that was causing intermittent compartment syndrome.

Pt presents with severe pain, severe scar adhesions/sensitivity, coldness to touch of L hand, and decreased thumb, wrist and digit AROM. Pt scores a on Quick Dash a 88 % on Quick Dash and reports swelling, severe pain, and coldness to her hand. Pt's other symptoms include tight feeling, burning, and stiffness. Pt was educated on HEP for AROM, tendon glides, blocking, mirror therapy, relaxation, edema management and scar mobs. Therapy issued patient elastomer mold and silicone gel sheets for use at scar and for use for scar mobs. Pt will benefit from skilled OT services for edema management, scar mobs, increase AROM to wrist, thumb, digits, desensitization, nerve gliding, progression to strengthening, and decrease symptoms with use to increase I with ADL's

Therapy will further assess ULNT, SWM, and grip strength at next session.

1. **Complex regional pain syndrome**
   G90.50: Complex regional pain syndrome I, unspecified
2. **Pain in wrist**
   M25.532: Pain in left wrist
3. **Wrist stiff**
   M25.632: Stiffness of left wrist, not elsewhere classified

**GARZA, LYNN (id #755601, dob: (**

- Norco 5 mg-325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- Ultram 50 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- nortriptyline 10 mg capsule - take 1 po qhs for 1 wek then 2 po qhs to follow Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 09:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 10/03/2019 at 10:10 AM

## Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 09/20/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 09/20/2019 at 8:16am

**Encounter Date: 09/18/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/18/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/04/2019)

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

**The Rehabilitation Group, P.A.**

**Jose A. Santos, M.D.***
**Chaula J. Rana, M.D.***
**Marc D. Pecha, M.D.*°°**
**Jahnavi R. Manocha, M.D.***

*Diplomate
American Board of Physical Medicine and Rehabilitation

°° Diplomate American Board of Electrodiagnostic Medicine

- Physical Medicine & Rehabilitation
- Industrial Medicine
- Sports Medicine
- Spine Care
- Repetitive Motion Disorders
- Impairment Ratings
- Medical Management of
  - Spinal Cord Injury
  - Traumatic Brain Injury
  - Chronic Pain
- Geriatric Rehabilitation
- Electromyography

AANEM Accredited Laboratory
*Exemplary Status

# Electrodiagnostic Consultation

**Lynn Garza (** was referred for an electrodiagnostic consultation on Monday, November 11, 2019.

**Referring Physician:** Ephraim K. Brenman, D.O.

**Referring Diagnosis:** Cervical radiculopathy

**Focused History:** 47-year-old left-hand dominant female with a history of congenital band syndrome involving her left leg and left forearm arrives following two surgeries to the left forearm which she sustained in the last year. She is left with residual pain symptoms to the left medial elbow and forearm region. Her first surgery involved fascial releases with a second surgery being scar revision and a carpal tunnel release. The 2nd surgery was performed in April of this year in Kansas City.

The patient's symptoms are aggravated/worsened by: any use of the hand
The patient's symptoms are improved/alleviated by: nothing

**Allergies:** NKDA

**Medications:** Levothyroxine, Wellbutrin, Lexapro, Nortriptyline, Adderall, Norco PRN, Ultram PRN, Xanax, Ambien

**Family History:** DM, HTN

**Social History:** No tobacco or ETOH

**Past Medical History:** Congenital band syndrome, hypothyroidism, anxiety, depression, ADD

**Past Surgical History:** Guyon canal release on left, L CTR, tenolysis x2 (FCR&PL), exploration of median/ulnar nerves on left forearm and wrist, scar revision w/ closure 15cm

**Review of Systems:** Negative: fever, chest pain, abdominal pain, night sweats, nausea/vomiting, diarrhea, skin rash, weight change in the past 2 months and recent falls in the past 2 months.

**Exam:** Weight: 163 lbs. Height: 5' 2" Pulse: 106 Resp: 17 B/P: 104/60
BMI: 29.81 PHQ-9: 11 patient is currently on medication and seeing a specialist

**General:** Well developed, overweight female in no acute distress.

**Extremities:** No atrophy to the shoulder, arm, forearm, or hand. She had a large volar surgical scar from the antecubital fossa to the volar wrist but had good left wrist extension and full digit extension. Tinel's test was negative to the left elbow and indeterminate at the left wrist.

**Skin:** Scar tissue as mentioned above.

**Mental Status:** Patient is alert, mood and affect are stable.

**DTR:** ¼ to bilateral biceps/triceps/and brachioradialis with no asymmetry.

**Motor:** 5/5 bilateral shoulder abductors, external rotators, elbow flexors, elbow extensors, grip, and 4+/5 to the left APB. Pain to the left forearm limited the manual muscle test to some degree.

**Sensory:** Intact pinprick sensation to the digits to the left hand but mildly reduced pinprick to the dorsal aspect of the left thumb web-space.

**Gait:** Non antalgic.

**NERVE CONDUCTION STUDY:** Nerve conduction studies were performed using a Cadwell Sierra Ascent EMG machine. The patient's distal extremity temperature was 33.1 degrees Celsius at the left palm and 33.0 degrees Celsius at the right palm. The evoked response sensory amplitudes were measured baseline to peak, evoked motor amplitudes baseline to peak, distal sensory latencies to peak of evoked response, and distal motor latency to the take-off of the response.

There were no limitations to the completion of this study.

(Normal nerve conduction values were obtained from the supplement to the *American Journal of Physical Medicine and Rehabilitation,* volume 78, number 6; November/December 1999 by R. M. Buschbacher, M.D. and from: Establishing high-quality reference values for nerve conduction studies. A report from the normative data task force of the American Association of Neuromuscular & amp; Electrodiagnostic Medicine.)Dillingham T, Chen S, Andry M, Buschbacher R, Del Toro D, Smith B, Zimmermann Y, So Y. *Muscle Nerve.*2016Sep; 54 (3): 366-70. Doi 10.1002/mus.25204).

**Nerve Conduction Studies**

**Motor Left/Right Comparison**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Median Motor (APB)** | | mga | | | | | | | | | |
| Wrist | 4.7 | | | 7.1 | | | Wrist | APB | | | |
| Elbow | 7.5 | | | 8.1 | | | Elbow | Wrist | 76.8 | | |
| **Radial Motor (EIP)** | | | | | | | | | | | |
| 8cm | 2.7 | | | 5.2 | | | 8cm | EIP | | | |
| Elbow | 4.5 | | | 4.6 | | | Elbow | 8cm | 63.9 | | |
| Up Arm | 6.4 | | | 4.2 | | | Up Arm | Elbow | 68.4 | | |
| **Ulnar Motor (ADM)** | | | | | | | | | | | |
| Wrist | 3.4 | | | 10.4 | | | Wrist | ADM | | | |
| B Elbow | 6.3 | | | 9.6 | | | B Elbow | Wrist | 58.6 | | |
| A Elbow | 8.3 | | | 9.5 | | | A Elbow | B Elbow | 60.0 | | |

**Sensory Comparison Left/Right Comparison**

| Stim Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) |
|---|---|---|---|---|---|---|
| **CSI Sensory Comparison (4th / 1st / Wrist)** | | | radial n n/o | | | |
| Med 4th Wr | 3.9 | 2.4 | 1.5 | 11.2 | 36.9 | 69.6 |
| Uln 4th Wr | 3.1 | | | 19.2 | | |

| | | |
|---|---|---|
| Med 1st Wr | 3.4 | 58.2 |
| Med Palm | 2.6 | 51.4 |
| Uln Palm | 1.8 | 20.5 |
| Site 7 | 6.0 | 0.4 |

**Nerve Conduction Studies**
**Motor Summary Table**

| Stim Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Neg Area (1st) (%) | iAmp (mV) | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Median Motor (APB)** | | | mga | | | | | | | | | | |
| Wrist | | 4.7 | <4.2 | 7.1 | >5 | | 8.1 | Wrist | APB | 4.7 | 8.0 | | |
| Elbow | | 7.5 | | 8.1 | | | 9.8 | Elbow | Wrist | 2.8 | 21.5 | 76.8 | |
| **Left Radial Motor (EIP)** | | | | | | | | | | | | | |
| 8cm | | 2.7 | <2.5 | 5.2 | >1.7 | | 6.3 | 8cm | EIP | 2.7 | 8.0 | | |
| Elbow | | 4.5 | | 4.6 | | | 5.7 | Elbow | 8cm | 1.8 | 11.5 | 63.9 | |
| Up Arm | | 6.4 | | 4.2 | | | 5.4 | Up Arm | Elbow | 1.9 | 13.0 | 68.4 | |
| **Left Ulnar Motor (ADM)** | | | | | | | | | | | | | |
| Wrist | | 3.4 | <4.2 | 10.4 | >3 | | 12.8 | Wrist | ADM | 3.4 | 8.0 | | |
| B Elbow | | 6.3 | | 9.6 | | | 12.1 | B Elbow | Wrist | 2.9 | 17.0 | 58.6 | |
| A Elbow | | 8.3 | | 9.5 | | | 11.9 | A Elbow | B Elbow | 2.0 | 12.0 | 60.0 | |

**Sensory Comparison Summary Table**

| Stim Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (uV) | Site1 | Site2 | Delta-P (ms) | Norm Delta (ms) |
|---|---|---|---|---|---|---|---|---|
| **Left CSI Sensory Comparison (4th / 1st / Wrist)** | | | | radial n n/o | | | | |
| Med 4th Wr | | 3.9 | | 11.2 | Med 4th Wr | Uln 4th Wr | 0.8 | <0.4 |
| Uln 4th Wr | | 3.1 | | 19.2 | Med Palm | Uln Palm | 0.8 | <0.3 |
| Med 1st Wr | | 3.4 | | 58.2 | | | | |
| Med Palm | | 2.6 | | 51.4 | | | | |
| Uln Palm | | 1.8 | | 20.5 | | | | |
| Site 7 | | 6.0 | | 0.4 | | | | |
| **Right CSI Sensory Comparison (4th / 1st / Wrist)** | | | | RADIAL TO BASE OF THUMB | | | | |
| Med 4th Wr | | 2.4 | | 36.9 | | | | |

**EMG**

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Fasc | Amp | Dur | Poly | Recrt | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | Deltoid | Axillary | C5-6 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Triceps | Radial | C6-7-8 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Ext Digitorum | Radial (Post Int) | C7-8 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | PronatorTeres | Median | C6-7 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |
| Left | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | None | Nml | Nml | None | Nml | |

**INTERPRETATION OF ELECTRODIAGNOSTIC FINDINGS:**

1. Prolonged left median distal sensory latency with normal sensory nerve action potential when recording from both the ring finger and the thumb.
2. Normal left ulnar distal sensory latency and sensory nerve action potential.
3. Non obtainable left radial sensory nerve action potential when recording from both the thumb as well as the base of the thumb at the wrist.
4. Normal right radial distal sensory latency and sensory nerve action potential when recording from the base of the thumb at the wrist.

5. Normal left ulnar distal motor latency, compound motor action potential, and nerve conduction velocity across the flexed elbow.
6. Borderline prolonged left median distal motor latency with normal compound motor action potential and evidence of a Martin-Gruber anastomosis.
7. Normal left radial distal motor latency, compound motor action potential, and nerve conduction velocity with no slowing or evidence of conduction block.

Normal needle EMG examination. Membrane instability in the form of positive sharp waves and fibrillations was not noted in any of the muscles in the table. Recruitment was normal.

**ELECTRODIAGNOSTIC IMPRESSION:** Abnormal electrodiagnostic study There is electrodiagnostic evidence of a left superficial radial neuropathy as well as a mild/moderate left median neuropathy at the wrist, demyelinating in nature, consistent with mild/moderate left carpal tunnel syndrome.

There is no electrodiagnostic evidence of a left upper limb radiculopathy, brachial plexopathy, or other focal mononeuropathy (i.e. no left cubital tunnel syndrome).

Clinically, the patient is not experiencing significant carpal tunnel symptoms and has undergone a carpal tunnel release surgery six months ago. I do not know if my results today reflect improvement or worsening of her median neuropathy at the wrist. She is not extremely symptomatic from the left superficial radial neuropathy and the prognosis of this is uncertain She should continue to wear a carpal tunnel splint at night and be followed clinically. On my clinical examination I do not find evidence for increased swelling of the hand, nail changes, skin color changes, or hair disturbance to the hand.

The patient was educated with regard to the findings of today's testing and ample time was taken to answer questions with regard the test.

**PLAN:** Return back to Dr. Brenman with the above mentioned recommendation.

Thank you for the electrodiagnostic consultation. If you have any questions, please call (210) 614-3225.

**Marc D. Pecha, M.D.**
Diplomate, American Board of Electrodiagnostic Medicine
V.M.D.

**Waveforms:**



Patient: Garza, Lynn 5/5/1972 **Test Date:** 11/11/2019 **Page 5**






**GARZA, LYNN (id #755601, dob:**

**Patient Goals**

2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

### Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/19/2019 at 08:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/26/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/30/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM

### Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/15/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/15/2019 at 7:07pm

## Imaging Results

## MRI CERVICAL SPINE

(#17040920, Final, 10/02/2019 12:11pm)

CLINICAL INFORMATION

Neck pain radiated to the left arm and left shoulder. Cervical radiculopathy.

COMPARISON

Cervical spine radiographs 09/19/2019.

CONTRAST

Without contrast.

TECHNIQUE

Cervical spine MRI was performed at 1.5 Tesla using sagittal T1, T2, STIR, coronal T2 and axial MERGE sequences.

FINDINGS

The craniocervical junction is normal. Structures of the posterior fossa are unremarkable. No intradural or extradural mass lesions identified. The spinal cord is normal in signal intensity and morphology. No paraspinal masses or fluid collections. Lung apices are unremarkable.

Height and configuration of the cervical vertebral bodies is normal. There is straightening of the cervical lordosis. There is mild left convex cervical curvature. There is there is disc desiccation and disc space narrowing most prominent at C5-C6 and C6-C7 with anterior and posterior spondylosis. Anteroposterior alignment is maintained. There is Modic type 1 discogenic endplate marrow signal changes C5-C6. Bone marrow signal is otherwise normal with no acute fracture or aggressive osseous lesions identified. The cervical spinal canal measures 13 mm AP at the central aspect of C4. Longitudinal ligaments appear intact.

C2-C3: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C3-C4: Normal disc contour and normal facet joints. No central or foraminal stenosis.

C4-C5: Small posterior disc bulge, mild right greater than left facet arthrosis and ligamentum flavum thickening. No central canal stenosis or significant foraminal stenosis.

C5-C6: Circumferential disc osteophyte complex, bilateral uncovertebral hypertrophy, mild bilateral facet arthrosis and ligamentum flavum thickening. Mild central canal stenosis (8.4 mm AP) with no compression or signal change of the spinal cord. Severe bilateral neural foraminal stenosis.

C6-C7: Circumferential disc bulge, bilateral uncovertebral hypertrophy, mild bilateral facet arthrosis and ligamentum flavum thickening. Mild central canal stenosis (8.4 mm AP) with no compression or signal change of the spinal cord. Mild bilateral neural foraminal stenosis.

C7-T1: Small posterior disc bulge and normal facet joints. No central or foraminal stenosis.

Visualized upper thoracic segments are within normal limits.

IMPRESSION
1. Cervical spondylosis most prominent at C5-C6 with no acute fracture or aggressive lesions.
2. Discogenic endplate changes at C5-C6 may be related to hypermobility at this level.
3. At C5-C6 there is mild central canal stenosis and severe bilateral neural foraminal stenosis possibly impinging bilateral C6 nerve roots.
4. At C6-C7 there is mild central canal stenosis and mild bilateral foraminal stenosis.
5. Structures of the posterior fossa and cervical spinal cord are unremarkable.
6. Straightening of the cervical lordosis and mild left convex cervical curvature are possibly related to muscle spasm.

THIS REPORT WAS ELECTRONICALLY SIGNED

Andres Rahal, MD
Board Certified, Musculoskeletal Radiologist

APPROVAL DATE 10/04/2019

GARZA, LYNN #755601

* 45959429w94 A-FormLett

*Your Health ~ Our Mission*

THE SAN ANTONIO ORTHOPAEDIC GROUP®

*Since 1947*

## RETURN TO WORK OR SCHOOL CERTIFICATE

Patient's Name Lynn Garza

Date of injury ____________

Date of exam 11/14/19

**Work/School**

May return to work/school on 1/14/19

- ☐ Full duty (Date) ________
- ☐ Light duty (Date) ________
- ☐ No duty (Date) ________

**Restrictions**

- ☐ Light grasping and squeezing to_____lbs. pressure for _____hrs. a day
- ☐ No wrist motion
- ☐ No overhead reaching
- ☐ Limit keyboard/typing to_____hrs. a day
- ☐ May/Must wear splint at work/school
- ☐ May only lift _____lbs. for no more than_____hrs. per day
- ☐ Must keep cast clean and dry
- ☐ No climbing ladders/scaffolds
- ☑ Other No use of left arm or hand
- ☐ No restrictions

**Follow up**

- ☑ Return appointment date 1/19/19

**Treating physician** ____________ **Date** 1/14/19

# TX - San Antonio Orthopaedic Group

THE ORTHOPAEDIC INSTITUTE
400 CONCORD PLAZA DR, Suite 300
SAN ANTONIO, TX 78216-6991.
Phone: (210) 804-5400 Fax:(210) 804-6850

LYNN GARZA
DOB:
Patient ID: 755601

Upcoming Appointments

| Date | Time | Appointment | Dept./Address | Phone |
|---|---|---|---|---|
| 11/20/2019 | 10:30 AM | NEW PATIENT 10 ANTHONY MONTANEZ, MD | THE ORTHOPAEDIC INSTITUTE 400 CONCORD PLAZA DR, Suite 300 SAN ANTONIO, TX 78216-6991. | (210) 804-5400 |
| 01/10/2020 | 11:00 AM | FOLLOW-UP 10 EPHRAIM K BRENMAN, DO | THE ORTHOPAEDIC INSTITUTE 400 CONCORD PLAZA DR, Suite 300 SAN ANTONIO, TX 78216-6991. | (210) 804-5400 |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | November 20, 2019 |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 20, 2019

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 21, 2019 through the present

We ask that you provide this information by December 20, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.08.2019

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 10/26/19

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | November 20, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | 2nd request |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 20, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Lynn Garza's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 29, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-REQUEST-PROVIDER-10.10.2019

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | October 10, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

October 10, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present

We ask that you provide this information by November 11, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8820045 Date: 4/2/2019

py of this authorization will be considered as valid as the original.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 21, 2019

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

Since you have expressed interest in using the services of a Social Security claimant representative to help you through the process, a representative from Doherty will be calling you shortly. Doherty is an attorney firm that specializes in preparing Social Security claims and representing claimants, with a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum. Additionally, their fee will be deducted from any retroactive Social Security Disability benefits awarded to you. This fee will be credited towards any repayment due Lincoln Life Assurance Company of Boston. If your overpayment owed to Lincoln Life Assurance Company of Boston is less than the amount of the approved fee, no further credit is allowed by Lincoln Life Assurance Company of Boston, nor does Lincoln Life Assurance Company of Boston assume responsibility for

the fee as the agreement for services is between you and your representative. This will be explained to you in greater detail when you have accepted representation by Doherty.

In addition to filing your application for benefits, should your claim be denied at any level, the representative will ensure timely filing of required or prudent appeals and continue representation at no additional cost or charge for expenses such as travel or photocopies of medical records.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of
Sisters of Charity of Leavenworth Health System, Inc.'s LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 45 days from the date of this letter, January 4, 2020, and complete and return the enclosed forms. A return envelope has been provided for your convenience.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Lincoln Life Assurance Company of Boston equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln Life Assurance Company of Boston will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Lincoln Life Assurance Company of Boston advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Advantages of Social Security Disability Benefits Form

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health Syst DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 09/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: ____________________________________ DATE: __________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Chenta Kennedy

**EMPLOYEE/CLAIMANT NAME:** Lynn Garza **CLAIM #:** 8820045
**EMPLOYER:** Sisters of Charity of Leavenworth Health Syst **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle In t.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name | Relationship to you? | Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Workers' Compensation | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Other income/money/benefit (describe) ____ | ____ | ____ | ____ | ____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, I DATE OF BIRTH: _____

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: _____ DOB: _____

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: _____ No: _____
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: _____ Date: _____

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *substantially higher*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

November 20, 2019

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On September 2019 and again on October 2019, we requested updated medical records from from Tsaog and Dr. Endress. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2019 through the present from all treating providers
- Physical therapy notes from September 21, 2019 through the present

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Sisters of Charity of Leavenworth Health System, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by December 4, 2019, 15 days from the date of

this request, your benefits will be suspended. If we do not receive all of this requested information by December 19, 2019, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 4, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
Ltd Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

Return To: Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health Syst DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 07/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

In addition to physicians on previous release - Dr Endress

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: DR Ephraim Brenman
Specialty: Pain Management
Address: 400 Concord Plaza Dr #300
San Antonio TX 78216
Telephone No.: (210) 8045600 Fax No.: (210) 8045601

Name: Andrea Fisher
Specialty: Certified Hand Therapist Occupational Therapy
Address: 11212 State Hwy # 150
San Antonio TX 78251
Telephone No.: (210) 8045564 Fax No.: ( )

Name: ____ Specialty: ____ Address: ____ Telephone No.: ( ) Fax No.: ( )

Name: ____ Specialty: ____ Address: ____ Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield
Specialty: Pre-ferred Care Blue
Address: ID# YBC 05K020697 Suffix: 06
Group# 10825000
Telephone No.: (888) 279-8183 Fax No.: ( )

Name: ____ Specialty: ____ Address: ____ Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS Pharmacy
~~Specialty:~~
Address: 9285 Culebra Ave
San Antonio TX 78251
Telephone No.: (210) 5215335 Fax No.: ( )

Name: ____ Specialty: ____ Address: ____ Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

[signature] LYNN A GARZA    Oct. 26, 2019

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy



**EMPLOYEE/CLAIMANT NAME:** Lynn Garza

**CLAIM NO:** 8820045 **DATE OF BIRTH:** ________

**EMPLOYER/SPONSOR:** Sisters of Charity of Leavenworth Health System, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit ~3 hr increments stand ~3 hr increments walk ~1 hr increments

How many hours a day do you:

sit ~3 hrs (increments) stand ________ walk ________

Do you take a nap during the day?

Yes ________ No X

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? Sleep ~8 hrs at night

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other compression sleeve

How long are you able to sit in a car? ~3 hrs

Do you hold a valid driver's license?

Yes X No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ~30 min

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes X No ________ If Yes, what are their dates of birth 9/20/96

Do you need help caring for your children?

Yes ________ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ________ No X If Yes, please explain ________

How many times a day do you leave the house during the week? ~3X a week

On the weekends? once or twice

How often do you run errands? maybe 3x a week

Please describe what errands you most commonly run: groceries; pharmacy

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? daily

Are you left or right hand dominant? Left X Right ____

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None X 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ~~X~~ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

X Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X computer Yes fax No

If yes, please explain purpose and usage: copy, print

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | pick up few items | - Husband |
| Carrying groceries into the house | light bags c̄ Right Hand; Not left hand | |
| Cooking meals | | Husband - I'm unable to open jars, packages |
| Cleaning after meals | can clear the table using Right hand | / Left hand for very light items |
| Cleaning bathrooms | can wipe counter / use scrub brush with R. Right hand not Left | |
| Vacuuming | Small areas using Right hand | |
| Doing the laundry | usually with right hand | but able to fold clothes small load c̄ Left hand |
| Opening and responding to mail | | Husband |
| Managing your finances | | Husband |
| Balancing your checkbook | | Husband |
| Bathing yourself | using extension brush or | help c̄ washing back |
| Styling your own hair | No | |
| Getting dressed | | Husband c̄ small hooks, snaps |
| Going up and down stairs | Yes | |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

3P312190285

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? once a year

Where do you go? How do you get there (transportation method)? Family activity - Wedding. drove

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ____

If Yes, please describe I walk 30 min

Do you do any Volunteer work? Yes ____ No X unable to.

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Pain & weakness in dominant hand. Unable to write or type without pain - fatigue of hand. Trouble concentrating - unable to find words - access info that I used to know. Cloudy/Foggy brain. Headaches, constant pain in (L) ARM - above elbow to end of fingers. Unable to grasp items without shaking. Trouble c̄ recall

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

Wake up; shower - dress, eat breakfast. Go outside with parents - watch them work in yard - assist c̄ Right hand once - or two times. Sit - TV - Lunch - Read & Reread clinical magazine - takes 2-3 times to read short article / retain ~ 1/2 of what read. / sometimes run errands before lunch

Go outside - in back yard - sit; dinner - walk outside - bed

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? ____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Mark Rice

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: LYNN GARZA Date: 10/26/19

Signature: [signature]

3P312190285

3P312190285




Liberty/Garza 1880

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]
Date of Birth: [illegible] Claim Number: 8820045 Date: 10/26/19

**A copy of this authorization will be considered as valid as the original.**

T





Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

September 4, 2019

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Physical Therapy notes from May 1, 2019 to the present

We ask that you provide this information by October 4, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019

MEDICAL RECORD REQUEST for GARZA, LYNN (47yo M) #755601
Sep. 6. 2019 1:40PM No. 0390 P. 18

Sep 04 2019 17:16:08 EDT Liberty Mutual Insur MSG# 1562146552-006-1 Page 004 Of 004

BEST IMAGE AVAILABLE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefit Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1775

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and any dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print): Lynn A Garza

Name of legal representative, if applicable (print): ________ Relationship: ________

Signature of claimant or legal representative: [signature]

Date of Birth: ________ Claim Number: 8172015 Date: 9/2/2019

A copy of this authorization will be considered as valid as the original.

GARZA, LYNN #755601 MEDICA
*36732224y34 Last Page A-MedRecReq

pg. 1 Authorization-Standard-2018

https://athenanet.athenahealth.com/94/34/clinicals/documentview.esp?ID=16807826&CHA... 9/9/2019

T



# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 09/20/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/20/2019 09:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/19/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 09/19/2019)

| | | |
|---|---|---|
| **Norco 5 mg-325 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 09/19/19 | prescribed |
| **nortriptyline 10 mg capsule**<br>take 1 po qhs for 1 wek then 2 po qhs to follow | 09/19/19 | prescribed |
| **Ultram 50 mg tablet**<br>Take 1 tablet(s) 3 times a day by oral route. | 09/19/19 | prescribed |

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

T



Pt reports she is to have an MRI and has follow up with MD 10/3/19.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 09/04/2019 | 09/13/2019 | 09/18/2019 | 09/20/2019 |
|---|---|---|---|---|
| Heartflex | | | 3 min | 3 min |
| clothes pin marbles | | 3 min | 3 min | 3 min |
| wrist flexion 1 weight | | | 3 min dowel | 3 min dowel |
| putty intrinsic knob | | | 3 min | 3 min |
| dowel press Y | def | 3 min | 3 min | 3 min |
| foam roll flex/ext | def | 3 min | 3 min | 3 min wheel |
| rubber band finger extension | | | 3 min | 3 min |
| sponge comp with wrist flexion roll | def | 3 min | def | def |
| UFO | def | stop | | |
| putty intrinsic | | 3 min | | |
| dowel bicep curl | def | def | | |
| weight distraction 1 # | def | 2 min | | |
| jux a cisor | def | | | |
| power web ext | def | | | |
| wrist tenodesis | def | | | |
| sponge squeeze mirror | def | | | |
| Towel RD/UD | def | | | |
| finger spread | def | | | |
| thumb opp to all digits | def | | | |
| Supination/pronation AROM | def | | | |
| Soccer ball proprioception | def | | | |
| wrist isometric wrist flex/ext | def | | | |
| mirror therapy education | def | | | |

T



| | |
|---|---|
| wheel flex/ext | def |
| mini massager | def |
| dowel board hook roll | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 18 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt continues to tolerate scar mobs but reports severe pain but patient knows it is good for her scar and adhesions. Pt is to have MRI and therapy will await MRI results and therapy will await MRI results as due to continued pain therapy is unable to progress patient with motion/strengthening.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

### Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 10/03/2019 at 10:10 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 09/20/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/20/2019 at 9:35am

**Encounter Date: 09/19/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/19/2019 02:20PM |
| **DOB** | | **Service Dept.** | THE ORTHOPAEDIC INSTITUTE OFFICE |
| **Provider** | EPHRAIM K BRENMAN, DO | | |
| **Insurance** | Med Primary: BCBS-TX (PPO) | | |

T



**GARZA, LYNN (id #755601, dob:**

Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

## Chief Complaint

New patient

Left arm pain.

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 2 in 09/19/2019 02:24 pm | **Wt:** | 153 lbs 09/19/2019 02:24 pm | **BMI:** | 28 09/19/2019 02:24 pm |
| **BP:** | 121/93 sitting 09/19/2019 02:25 pm | **Pulse:** | 111 bpm 09/19/2019 02:25 pm | **Pain Scale:** | 7 09/19/2019 02:25 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**Norco 5 mg-325 mg tablet** 09/19/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

**nortriptyline 10 mg capsule** 09/19/19 prescribed
take 1 po qhs for 1 wek then 2 po qhs to follow

**Ultram 50 mg tablet** 09/19/19 prescribed
Take 1 tablet(s) 3 times a day by oral route.

## Problems

Reviewed Problems
No known problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

This is a 47-year-old female for symptoms there she reports for least history goes back worse at least couple years ago where she will wake up with neck pain, headaches, particularly migraine headaches and will get neck and periscapular pain more recently back in March. She was having severe pain in her left forearm where it felt like pressure, almost felt like a compartment syndrome type of scenario. She was living in Kansas City area at that time. She underwent what appeared to be fasciotomy or proximal median nerve compression or radial nerve decompression at the forearm in particular at the volar surface. She reports it did not really seem to help. She had pain along the scar tissue and coldness in the first 3 fingers. Then, she went to see another physician plastic surgeon in the Kansas City area who did EMG nerve conduction studies and then in June performed a more extensive median nerve

T



decompression at the wrist as well as along the decubitus area with deeper fasciotomy. He reports proximal and distal neurolysis of the median nerve with ongoing symptoms still. Still reports neck and periscapular pain. She denies any bowel or bladder changes, fevers, chills as well as progressive weakness. It does wake up at nighttime with still ongoing neuropathic pain with coolness in the hand with still neck and periscapular pain proximally. It does wake her up at night. She moved here recently from Kansas City area. She reports that she does take baseline medications. She takes ibuprofen and Tylenol for this sometimes as needed. She has tried taking neuropathic pain agents including Lyrica, gabapentin and Topamax, but it made her too foggy. She reports she does have a lot of trouble sleeping at nighttime. She wants to know what else she can try.

## ROS

Patient reports **localized joint pain** but reports (normal) no aches, (normal) no weakness, and (normal) back. He reports (normal) no cough, (normal) no fever, (normal) no night sweats, (normal) no chills, (normal) weight, and (normal) normal exercise. He reports (normal) mole, (normal) no change in color of skin, (normal) skin, and no rash. He reports (normal) dry eyes, (normal) no irritation of the eyes, (normal) no vision changes, (normal) gums: no bleeding, (normal) no blurred vision, (normal) throat, (normal) no sneezing, (normal) no nosebleeds (epistaxis), (normal) no sinus problems, (normal) no dizziness, (normal) no headache, and (normal) hearinig. He reports (normal) no wheezing, (normal) no shortness of breath, and (normal) no coughing up of blood. He reports (normal) no chest pain, (normal) no arm pain upon exertion, (normal) no palpitations, (normal) no shortness of breath, and no known heart murmur. He reports (normal) no swollen glands and (normal) no neck stiffness. He reports (normal) no abdominal pain, (normal) no vomiting, (normal) appetite, and (normal) no change in the stool. He reports (normal) no urinary loss of control, (normal) no changes in urinary habits, (normal) urinary frequency, (normal) no blood in urine (hematuria), (normal) emptying, and (normal) no trouble urinating. He reports (normal) consciousness and (normal) no weakness. He reports (normal) no depression, (normal) no mania, (normal) sleep, (normal) relationships, and (normal) cravings.
**Additionally reports: Reveals neck pain, left arm pain.**

**Past medical, surgical, social, family history, drug allergies, and current medications are all noted in the chart and per patient intake.**

## Physical Exam

Patient is a 47-year-old male.

General: Well-nourished female, in no apparent distress, well groomed and friendly. Her husband is present. Cardiovascular: Normal distal pulses in the upper limbs. No peripheral edema. Dermatologic: There is a well-healed extensive surgical scar along the volar surface of the forearm and wrist with some mild keloid formation which is pink. Psychiatric: She has trouble sleeping at night. Good affect. There is a history of anxiety or depression. Musculoskeletal: Cervical spine: There is palpatory tenderness in the left cervicothoracic junction. Spurling's induces medial scapular pain left negative than the right. No atrophy. Normal muscle tone. She does have dysesthesias going to the volar and dorsum of her forearm area with coldness in the first 3 fingers. Normal proximal strength.

X-rays, cervical spine AP, lateral, flexion views are interpreted shows decreased cervical lordosis with severe anterior disk degeneration, anterior osteophyte formation. All other discs are well maintained. No fracture subluxations. No movement on flexion or extension.

## Procedure Documentation

**Xray, Cervical 4-5V:**

**In office X-ray:** Per my protocol, x-rays of the cervical spine were completed in the office today.
Views Obtained/Technique: AP, Lateral, Flexion, Extension **X-ray Interpretations/ findings:**

## Assessment / Plan

ASSESSMENT
Possible C6 nerve root irritation.

PLAN
Due to the fact that she still has the symptoms despite undergoing 2 extensive surgeries, particularly for median nerve decompression, my concern is that this is still happening to her. In the meantime, we did intramuscular steroid injection. Discussed risks and benefits, patient gave informed consent. Prepped with alcohol and injected 25-gauge 1-inch needle, injected 80 mg of Kenalog and 2 mL of 1% preservative-free Xylocaine. She tolerated the procedure. Needle was then withdrawn. We will also do a nortriptyline 10 mg at night and increase it to 20 mg after a week. Drug risks and interactions were discussed. Questions answered. She will follow up after the MRI scan of the cervical spine, which I would like to get to see if there is C6 nerve root impingement due to her severe ongoing symptoms.

**1. Long-term drug therapy**
Z79.891: Long term (current) use of opiate analgesic
- COMPLIANCE DRUG ANALYSIS, UR - Specimen source: Urine Note to Lab: acct# 42074700

**2. Cervical radiculopathy**
M54.12: Radiculopathy, cervical region
- MRI, CERVICAL SPINE, W/O CONTRAST
- Norco 5 mg-325 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy:

T



CVS/PHARMACY #7341

- Ultram 50 mg tablet - Take 1 tablet(s) 3 times a day by oral route. Qty: 90 tablet(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341
- nortriptyline 10 mg capsule - take 1 po qhs for 1 wek then 2 po qhs to follow Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #7341

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 09:00 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM
- Ephraim K Brenman, DO for FOLLOW-UP 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 10/03/2019 at 10:10 AM

Encounter Sign-Off

Encounter signed-off by Ephraim K Brenman, DO, 09/20/2019.

Encounter performed and documented by Ephraim K Brenman, DO
Encounter reviewed & signed by Ephraim K Brenman, DO on 09/20/2019 at 8:16am

**Encounter Date: 09/18/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/18/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

Wrist Pain

Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

Patient's Care Team

None recorded.

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

Vitals

None recorded.

Allergies

Allergies not reviewed (last reviewed 09/04/2019)

Medications

None recorded.

Problems

Reviewed Problems

Family History

Family History not reviewed (last reviewed 07/30/2019)

Social History

None recorded.

Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

Screening

None recorded.

HPI

T



**GARZA, LYNN (id #755601, dob:**

Pt reports her symptoms of pain/cold/spasms are the same. Pt did decrease writing time and did report it helped her symptoms a little bit.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 08/21/2019 | 09/04/2019 | 09/13/2019 | 09/18/2019 |
|---|---|---|---|---|
| Heartflex | | | | 3 min |
| clothes pin marbles | | | 3 min | 3 min |
| wrist flexion 1 weight | | | | 3 min dowel |
| putty intrinsic knob | | | | 3 min |
| dowel press Y | 2 min | def | 3 min | 3 min |
| foam roll flex/ext | 3 min | def | 3 min | 3 min |
| rubber band finger extension | | | | 3 min |
| UFO | 3 min | def | stop | |
| putty intrinsic | | | 3 min | |
| dowel bicep curl | 3 min | def | def | |
| weight distraction 1 # | def | def | 2 min | |
| jux a cisor | 3 min | def | | |
| power web ext | 3 min | def | | |
| wrist tenodesis | def | def | | |
| sponge squeeze mirror | 3 min | def | | |
| sponge comp with wrist flexion roll | def | def | 3 min | def |
| Towel RD/UD | def | def | | |
| finger spread | def | def | | |
| thumb opp to all digits | def | def | | |
| Supination/pronation AROM | def | def | | |
| Soccer ball proprioception | def | def | | |
| wrist isometric wrist flex/ext | def | def | | |
| mirror therapy | def | def | | |

| | | |
|---|---|---|
| education | | |
| wheel flex/ext | def | def |
| mini massager | def | def |
| dowel board hook roll | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 18 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has apt with pain management MD. Pt did present with mild decrease in medial proximal elbow swelling but patient did have increase in edema at same location /dorsal hand (interosseous) post 3 thera ex. Pt did report moderate pain with at wrist crease area/and areas around scar became raised with thera ex but patient is working through some of the pain.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

### Return to Office

- Ephraim K Brenman, DO for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 09/19/2019 at 02:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 09/18/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/18/2019 at 1:25pm

**Encounter Date: 09/13/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/13/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |

T



**GARZA, LYNN (id #755601, dob:**

**Provider** ANDREA FISHER, OT, CHT

**Insurance** Med Primary: BCBS-TX (PPO)
Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 09/04/2019)

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports her symptoms are better today than yesterday. Pt reports yesterday she wrote for 10-15 mins.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 08/14/2019 | 08/21/2019 | 09/04/2019 | 09/13/2019 |
|---|---|---|---|---|
| weight distraction 1 # | def | def | def | 2 min |
| putty intrinsic | | | | 3 min |

T





| | | | | |
|---|---|---|---|---|
| clothes pin marbles | | | | 3 min |
| dowel press Y | def | 2 min | def | 3 min |
| sponge comp with wrist flexion roll | def | def | def | 3 min |
| foam roll flex/ext | def | 3 min | def | 3 min |
| UFO | def | 3 min | def | stop |
| jux a cisor | def | 3 min | def | |
| dowel bicep curl | def | 3 min | def | def |
| power web ext | | 3 min | def | |
| wrist tenodesis | def | def | def | |
| sponge squeeze mirror | def | 3 min | def | |
| Towel RD/UD | def | def | def | |
| finger spread | def | def | def | |
| thumb opp to all digits | def | def | def | |
| Supination/pronation AROM | def | def | def | |
| Soccer ball proprioception | def | def | def | |
| wrist isometric wrist flex/ext | def | def | def | |
| mirror therapy education | def | def | def | |
| wheel flex/ext | def | def | def | |
| mini massager | def | def | def | |
| dowel board hook roll | def | def | def | |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 18 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist and patient discussed patient's symptoms. Therapist does note weakness to muscles innervated by UN and postive provacative testing of ulnar nerve. Pt is making improvements with scar massage and AROM with thera ex. Pt has apt with pain management MD next week and therapy will contact clinic to discuss patient's symptoms.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

T



**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/18/2019 at 12:30 PM
- Ephraim K Brenman, DO for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 09/19/2019 at 02:20 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

Encounter Sign-Off
Encounter signed-off by Andrea Fisher, OT, CHT, 09/13/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/13/2019 at 3:05pm

**Encounter Date: 09/04/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 09/04/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

Wrist Pain

Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

Patient's Care Team

None recorded.

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

Vitals

None recorded.

Allergies

Reviewed Allergies

Medications

None recorded.

Problems

T



Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports past few days she has had increase in swelling and pain, in which she has had to take medication for. Pt reports medication did help her symptoms but she did have to take twice yesterday. Pt reports chronic ache and soreness.

Pt had follow up apt with surgeon last week and he wants continued therapy. Pt reports MD felt he thought scar and edema would be better.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 08/09/2019 | 08/14/2019 | 08/21/2019 | 09/04/2019 |
|---|---|---|---|---|
| sponge squeeze mirror | 4 min no mirror | def | 3 min | def |
| foam roll flex/ext | 4 min | def | 3 min | def |
| UFO | def | def | 3 min | def |
| jux a cisor | 4min | def | 3 min | def |
| dowel bicep curl | 4min | def | 3 min | def |
| dowel press Y | 4min | def | 2 min | def |
| power web ext | | | 3 min | def |
| Towel RD/UD | def | def | def | def |
| finger spread | def | def | def | def |
| thumb opp to all digits | def | def | def | def |
| Supination/pronation AROM | def | def | def | def |
| wrist tenodesis | def | def | def | def |
| Soccer ball proprioception | def | def | def | def |
| wrist isometric wrist | def | def | def | def |

| | | | | |
|---|---|---|---|---|
| flex/ext | | | | |
| weight distraction 1 # | def | def | def | def |
| mirror therapy education | def | def | def | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97140: Manual Therapy:** 30 minutes

The patient received manual therapy consisting of for 23-37 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt has pain management referral and was able to schedule today as therapist called central scheduling today due to missed call from previous referral. Therapist deferred thera ex this session and focused on scar mobs and educating patient's spouse of scar mobs, pressure with scar mobs, and taking hands on and off patient.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/06/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/11/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/13/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/18/2019 at 12:30 PM
- Ephraim K Brenman, DO for NEW PATIENT 10 at THE ORTHOPAEDIC INSTITUTE OFFICE on 09/19/2019 at 02:20 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 09/04/2019.

T



Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 09/04/2019 at 1:39pm

**Encounter Date: 08/21/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/21/2019 07:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

**OT Daily Progress Note**

Reported by patient.

How are you feeling? improving (**mild improvements in ROM**); same (**pain/nerve symptoms/scar symptoms/skin color changes**)
Severity: rest 6-8/10; activity 8/10; location: (**digits up to elbow**); extreme pain
Function: ADLs limited (**Quick Dash 72.5 % Impairment Rating**); sports limited (**100 % work Module**); Pt reports severe deficits with opening containers, cutting food, grasping and sustaining hold onto items. Pt reports she drops items frequently and is unable to play tennis or work full duty.
Previous OT Session: helped a little; Pt reports therapy is helping but at same time therapy does aggravate nerve symptoms.
Work: Pt is off duty at this time,

T



## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

**Hands and Digits:** Inspection Left: **1st dorsal compartment atrophy (swelling not atrophy)**. Thumb Left: **active radial abduction (51 deg.)** and **opposition (2.5 cm)**. Index Finger Left: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 0.0 cm. Strength Right: grip 51 lbs. Strength Left: grip 0 lbs; **Pt able to grasp 2 lbs but with R hand holding onto dynamometer**.

**Special Tests:** Special Tests on the Left: **extrinsic tightness**.

**Wrists:** Right Wrist Inspection: **0.5 inch proximal to EC 22.6 cm**. Left Wrist Inspection: **scar adherent: severe** and **hypersensitivity of scar: moderate; WC: 14.4 cm**
**1 inch proximal EC 23.8 cm**
**0.5 inch proximal to.** Left AROM: **flexion (68 deg.)**, **extension (46 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (10 deg.)**, and **ulnar deviation (15 deg.)**.

L elbow flex/ext 140/0

L hand with coldness feeling im comparison to R hand

Pt does have discolorization at randon parts of L UE at biceps area, posterior elbow, forearm and scar area. Therapist does note discolorization has small improvements from last session.

## Exercise Flowsheet

| Exercise | 08/02/2019 | 08/09/2019 | 08/14/2019 | 08/21/2019 |
|---|---|---|---|---|
| sponge squeeze mirror | def | 4 min no mirror | def | 3 min |
| foam roll flex/ext | | 4 min | def | 3 min |
| UFO | def | def | def | 3 min |
| jux a cisor | def | 4min | def | 3 min |
| dowel bicep curl | | 4min | def | 3 min |
| dowel press Y | | 4min | def | 2 min |
| power web ext | | | | 3 min |
| Towel RD/UD | 3 min | def | def | def |
| finger spread | 3 min | def | def | def |
| thumb opp to all digits | 3 min | def | def | def |
| Supination/pronation AROM | 3 min | def | def | def |
| wrist tenodesis | 1 min | def | def | def |
| Soccer ball proprioception | def | def | def | def |
| wrist isometric wrist flex/ext | def | def | def | def |
| weight distraction 1 # | def | def | def | def |
| mirror therapy education | 8 min | def | def | def |
| sponge comp with | def | def | def | def |

T



| | | | | |
|---|---|---|---|---|
| wrist flexion roll | | | | |
| wheel flex/ext | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 20 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 18 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

**97168 OT Re-Eval:**
Re-evaluation of occupational therapy established plan of care, requiring three components was performed.

## Assessment / Plan

Pt presents to OT for re-evaluation with mild decrease in edema but continued edema at proximal to elbow crease at biceps. Pt with increase in wrist, digit, and thumb AROM but does have proprioceptive deficits with performing wrist/digit/thumb AROM. Pt continues with severe scar adhesions but has increased tolerance in scar massage and decrease scar sensitivity. Pt continues with nerve symptoms/pain with use and when performing thera ex. Pt symptoms include cold/skin discoloration, and redness at scar. Pt does report same symptoms at rest. Pt continues to perform mirror therapy at home and was educated on proprioceptive HEP and continued scar mobs. Pt scores a 72.5 % on Quick Dash and continues to be off duty from work. Pt does have referral to pain management and is awaiting apt. Pt continues to have symptoms of CRPS. Pt will continue to benefit from skilled OT services for edema management, scar mobs, desensitization, increase AROM, mirror therapy, strengthening and decrease symptoms with use to increase I with ADL's/ability to RTW FD.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP(met) 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand (progressing)
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive (met ext progressing flexion)4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.(progressing)
New Goals 4 weeks
5 Pt to increase L grip strength to 15 lbs to increase ability to take Blood pressure at work 6 Pt to decrease Quick Dash score to 40 % to demo increased I with ADL's/work

**Discussion Notes**

Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/23/2019 at 01:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/04/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/06/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/11/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/13/2019 at 12:30 PM

T



- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/18/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 09/20/2019 at 12:30 PM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 09/25/2019 at 12:30 PM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/21/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/21/2019 at 3:36pm

**Encounter Date: 08/14/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/14/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports increase in swelling, pain, coldness, bruising, vein appearance and scar irritation today.

## ROS

None recorded.

## Physical Exam

T



**GARZA, LYNN (id #755601, dob:**

Patient is a 47-year-old male.

Exercise Flowsheet

| Exercise | 07/30/2019 | 08/02/2019 | 08/09/2019 | 08/14/2019 |
|---|---|---|---|---|
| dowel press Y | | | 4min | def |
| sponge squeeze mirror | def | def | 4 min no mirror | def |
| foam roll flex/ext | | | 4 min | def |
| dowel bicep curl | | | 4min | def |
| jux a cisor | def | def | 4min | def |
| Towel RD/UD | 4 min | 3 min | def | def |
| finger spread | | 3 min | def | def |
| thumb opp to all digits | | 3 min | def | def |
| Supination/pronation AROM | | 3 min | def | def |
| wrist tenodesis | 3 min | 1 min | def | def |
| Soccer ball proprioception | 4 min | def | def | def |
| wrist isometric wrist flex/ext | 3 min | def | def | def |
| weight distraction 1 # | def | def | def | def |
| mirror therapy education | | 8 min | def | def |
| sponge comp with wrist flexion roll | def | def | def | def |
| wheel flex/ext | def | def | def | def |
| UFO | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97140: Manual Therapy:** 22 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

Assessment / Plan

Pt is a re-evaluation next session. Therapist did note patient had increase in edema at DI at dorsal hand and volar forearm. Pt presented with increase in facial expressions, discouragement and increased awareness of her physical and non physical symptoms. Therapist did mark with highlighted on patient areas of noted concerns from patient and therapist and took pictures for reference at next visit. Pt was re-educated on importance of breaks with activity and continued mirror therapy. Therapy deferred increasing thera

T



ex this session and patient was having increase in symptoms in comparison to last session.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/21/2019 at 07:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/14/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/14/2019 at 11:55am

**Encounter Date: 08/09/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/09/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

T



Family History

Family History not reviewed (last reviewed 07/30/2019)

Social History

None recorded.

Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

Screening

None recorded.

HPI

Pt reports scar is tight feeling and she still has deficits with activities such as cutting food and lifting fork to eat.

ROS

None recorded.

Physical Exam

Patient is a 47-year-old male.

Exercise Flowsheet

| Exercise | 07/25/2019 | 07/30/2019 | 08/02/2019 | 08/09/2019 |
|---|---|---|---|---|
| dowel press Y | | | | 4min |
| sponge squeeze mirror | 4 min | def | def | 4 min no mirror |
| foam roll flex/ext | | | | 4 min |
| dowel bicep curl | | | | 4min |
| jux a cisor | def | def | def | 4min |
| Towel RD/UD | def | 4 min | 3 min | def |
| finger spread | | | 3 min | def |
| thumb opp to all digits | | | 3 min | def |
| Supination/pronation AROM | | | 3 min | def |
| wrist tenodesis | | 3 min | 1 min | def |
| Soccer ball proprioception | 4 min | 4 min | def | def |
| wrist isometric wrist flex/ext | 4 min mirror | 3 min | def | def |
| weight distraction 1 # | 3 min | def | def | def |
| mirror therapy education | | | 8 min | def |
| sponge comp with wrist flexion roll | def | def | def | def |

| | | | | |
|---|---|---|---|---|
| wheel flex/ext | def | def | def | def |
| UFO | def | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |

## Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 20 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt did tolerate gentle scar this session with therapist starting with scar not visible with towel then proceeding to use of massage cream for scar mobs. Pt also progressed with increase in AROM thera ex and gentle strengthening this therapy session. Pt did report moderate pain but did not report symptoms of cold to digits post session. Pt was educated on continued importance of mirror therapy.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

### Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/09/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/09/2019 at 11:51am

**Encounter Date: 08/02/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 08/02/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO) | | |

T



**GARZA, LYNN (id #755601, dob:**

Insurance # : YBC05K020697
Policy/Group # : 10825000
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 07/30/2019)

## Social History

None recorded.

## Surgical History

Surgical History not reviewed (last reviewed 07/30/2019)

## Past Medical History

Past Medical History not reviewed (last reviewed 07/30/2019)

## Screening

None recorded.

## HPI

Pt reports she bought a mirror for mirror therapy.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/19/2019 | 07/25/2019 | 07/30/2019 | 08/02/2019 |
|---|---|---|---|---|
| mirror therapy education | | | | 8 min |
| Towel RD/UD | def | def | 4 min | 3 min |
| finger spread | | | | 3 min |

T



| | | | | |
|---|---|---|---|---|
| thumb opp to all digits | | | | 3 min |
| Supination/pronation AROM | | | | 3 min |
| wrist tenodesis | | | 3 min | 1 min |
| Soccer ball proprioception | 3 min | 4 min | 4 min | def |
| wrist isometric wrist flex/ext | | 4 min mirror | 3 min | def |
| sponge squeeze mirror | | 4 min | def | def |
| weight distraction 1 # | | 3 min | def | def |
| sponge comp with wrist flexion roll | 4 min | def | def | def |
| wheel flex/ext | 4 min foam roller | def | def | def |
| UFO | 4 min Bi-lat | def | def | def |
| mini massager | def | def | def | def |
| dowel board hook roll | def | def | def | def |
| jux a cisor | def | def | def | def |

Procedure Documentation

**97010: Hot or Cold Packs:**
Hot/Cold packs were applied during today's visit.
**97110: Therapeutic Exercise:** 21 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

Assessment / Plan

Pt received education of mirror therapy with handouts given with instructions on set up for therapy, exercises and journaling her symptoms pre, during and post session. Therapist issued and placed silicone gel sheets on patient's scar with instructions with use. Pt reports 7/10 pain and coldness post mirror therapy. Therapist notes patient has functional digit, thumb, forearm rotation and RD/UD AROM with mirror therapy but continues with severe deficits with wrist/flexion AROM and report from patient on tight, pulling sensation with wrist AROM with mirror therapy.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

Return to Office

- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 08/02/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 08/02/2019 at 12:11pm

**Encounter Date: 07/30/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/30/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

Wrist Pain

Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

Patient's Care Team

None recorded.

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

Vitals

None recorded.

Allergies

None recorded.

Medications

None recorded.

Problems

Reviewed Problems

Family History

Reviewed Family History

Social History

None recorded.

Surgical History

Reviewed Surgical History

Past Medical History

Reviewed Past Medical History

Screening

None recorded.

HPI

Pt reports past couple of days she has an increase in swelling and increase in pain that has been more pain than recently.

T



## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

1 inch proximal to EC 23.6 cm

## Exercise Flowsheet

| Exercise | 07/15/2019 | 07/19/2019 | 07/25/2019 | 07/30/2019 |
|---|---|---|---|---|
| Soccer ball proprioception | | 3 min | 4 min | 4 min |
| Towel RD/UD | | def | def | 4 min |
| wrist isometric wrist flex/ext | | | 4 min mirror | 3 min |
| wrist tenodesis | | | | 3 min |
| sponge squeeze mirror | | | 4 min | def |
| weight distraction 1 # | | | 3 min | def |
| sponge comp with wrist flexion roll | | 4 min | def | def |
| wheel flex/ext | | 4 min foam roller | def | def |
| UFO | | 4 min Bi-lat | def | def |
| mini massager | | def | def | def |
| dowel board hook roll | | def | def | def |
| jux a cisor | | def | def | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 20 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.HVG extra time with glove on and gentle PROM to wrist/digits

**97140: Manual Therapy:** 20 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist did note mild increase in edema at medial elbow one inch proximal for EC. Therapist is able to manual area to work on edema management with mobile tissue and no pocketed/pitting/brawny edema. Pt continues with severe scar sensitivity and inability to tolerate scar mobs and flexor tendon soft tissue restriction due to pain. Therapist utilized HVG this session with gentle wrist AROM and re-educated patient on laterality training. Pt has deficits with laterality identification with context identification.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**

T



M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/30/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/30/2019 at 12:06pm

**Encounter Date: 07/25/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/25/2019 10:30AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

## Medications

None recorded.

## Problems

Reviewed Problems

## Social History

None recorded.

## Surgical History

None recorded.

## Past Medical History

None recorded.

## Screening

None recorded.

## HPI

Pt reports she is doing her exercises and she can complete them but she gets a sharp bee sting pain and other times a rubber band snapping pain.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/15/2019 | 07/19/2019 | 07/25/2019 |
|---|---|---|---|
| Soccer ball proprioception | | 3 min | 4 min |
| sponge squeeze mirror | | | 4 min |
| wrist isometric wrist flex/ext | | | 4 min mirror |
| weight distraction 1 # | | | 3 min |
| sponge comp with wrist flexion roll | | 4 min | def |
| wheel flex/ext | | 4 min foam roller | def |
| UFO | | 4 min Bi-lat | def |
| mini massager | | def | def |
| dowel board hook roll | | def | def |
| jux a cisor | | def | def |
| Towel RD/UD | | def | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 15 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 22 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Pt and therapist noted small blood vessels apparance coming of patient's scar this session. Therapy utilized mirror therapy this

session as therapist notes patient continues with pain/nerve symptoms greater than movement impairments. Pt was educated on wrist isometric strengthening and continued importance of relaxation techniques. Pt continues to have increase in temperature change(colder) in digits and forearm starting at mid of session and increasing as session progresses.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

## Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/30/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/14/2019 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/25/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/25/2019 at 11:43am

**Encounter Date: 07/19/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/19/2019 08:00AM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Wrist Pain

## Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

## Patient's Care Team

None recorded.

## Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

## Vitals

None recorded.

## Allergies

None recorded.

**GARZA, LYNN (id #755601, dob:**

## Medications

None recorded.

## Problems

Reviewed Problems

## Social History

None recorded.

## Surgical History

None recorded.

## Past Medical History

None recorded.

## Screening

None recorded.

## HPI

Pt reports her fingers still go cold, she requires use of R hand to complete L hand HEP and she continues with limited motion to L UE.

## ROS

None recorded.

## Physical Exam

Patient is a 47-year-old male.

## Exercise Flowsheet

| Exercise | 07/15/2019 | 07/19/2019 |
|---|---|---|
| sponge comp with wrist flexion roll | | 4 min |
| wheel flex/ext | | 4 min foam roller |
| UFO | | 4 min Bi-lat |
| Soccer ball proprioception | | 3 min |
| mini massager | | def |
| dowel board hook roll | | def |
| jux a cisor | | def |
| Towel RD/UD | | def |

## Procedure Documentation

**97110: Therapeutic Exercise:** 15 minutes

The patient performed 8-22 minutes of therapeutic exercise to develop strength, ROM and flexibilty. See exercise log for specific information per clinical findings. minutes of one on one time.

**97140: Manual Therapy:** 22 minutes

The patient received manual therapy consisting of for 8-22 minutes per clinical findings. minutes of one on one time.

## Assessment / Plan

Therapist did attempt to utilize US for scar adhesions but US increased patient's pain so it was deferred this session. Therapist does

T



note increase in cold feeling of hand, as patient reported her fingers/hand increase in cold with thera ex. Pt was educated on bilateral use of hands with HEP but allowing L UE to start motion. Pt was also educated on completing HEP with vision occluded to increase proprioceptive awareness of L UE.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

Continue with current plan of care.

Return to Office
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/26/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/30/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM

Encounter Sign-Off
Encounter signed-off by Andrea Fisher, OT, CHT, 07/19/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/19/2019 at 10:57am

**Encounter Date: 07/15/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | GARZA, LYNN (47yo, M) ID# 755601 | **Appt. Date/Time** | 07/15/2019 12:30PM |
| **DOB** | | **Service Dept.** | WESTOVER HILLS HAND THERAPY |
| **Provider** | ANDREA FISHER, OT, CHT | | |
| **Insurance** | Med Primary: BCBS-TX (PPO)<br>Insurance # : YBC05K020697<br>Policy/Group # : 10825000<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

Wrist Pain

Physical Therapy Episodes

Episode: OT: L wrist pain/CRPS 7/15/19

Patient's Care Team

None recorded.

Patient's Pharmacies

**CVS/PHARMACY #7341 (ERX): 9285 CULEBRA AVE, SAN ANTONIO TX 78251, Ph (210) 521-5335, Fax (210) 647-5119**

Vitals

None recorded.

Allergies

None recorded.

T



## Medications

None recorded.

## Problems

Reviewed Problems

## Social History

None recorded.

## Surgical History

None recorded.

## Past Medical History

None recorded.

## Screening

None recorded.

## HPI

**OT Wrist/Hand**

Reported by patient.

Hand Dominance: left
Location: left
Quality: aching; burning; sharp; tight
Severity: severe; pain level 7/10
Duration: date of onset: (**4/5/19**); Pt with previous diagnosis of intermittent compartment syndrome due to congenital band at mid forearm
Timing: acute
Mechanism of Injury: birth defect
Alleviating Factors: ice; compression
Aggravating Factors: movement; activity, resting with arm down
Associated Symptoms: **swelling**; coldness
Previous Surgery: date: (**07/2018**
**4/5/2019 (fascia release and decompression, CTR)**)
Prior Studies: x ray; MRI; EMG
Previous PT/OT: did not help
Working: not working; Pt is Nurse Practitioner
Hobbies: **unable**
Personal ADLs: **unable to drive**
Notes:

Quick Dash 88 % Impairment Rating 100 % Work and Sport Module

Pt reports she is unable to drive, requires assistance from spouse with bra management, house hold chores, eating, brushing teeth, cutting food, and patient reports she modifies her hair due to inability to use both hands. Pt has supportive spouse and family to assist with daily activities.

Pt PLOF was I with ADL's.

## ROS

None recorded.

## Physical Exam

Patient is a **47**-year-old male.

**Hands and Digits:** Inspection Left: **1st dorsal compartment atrophy (swelling not atrophy)**. Thumb Right: **active radial abduction (74deg.)** and **opposition (1.0 cm)**. Thumb Left: **active radial abduction (40 deg.)** and **opposition (3.0 cm)**. Index Finger Right: distance to DPC: 0.0 cm. Index Finger Left: distance to DPC: 3.0 cm. Long Finger Right: distance to DPC: 0.0 cm. Long Finger Left: distance to DPC: 3.0 cm. Ring Finger Right: distance to DPC: 0.0 cm. Ring Finger Left: distance to DPC: 3.0 cm. Small Finger Right: distance to DPC: 0.0 cm. Small Finger Left: distance to DPC: 3.0 cm.

**Special Tests:** Special Tests on the Left: **extrinsic tightness**.

**Wrists:** Right Wrist Inspection: **WC: 14.4 cm**
**1 inch proximal from EC 23.4 cm**. Left Wrist Inspection: **scar adherent: severe** and **hypersensitivity of scar: severe**; **WC: 14.6 cm**
**1 inch proximal EC 24.4 cm**. Right AROM: **flexion (90 deg.)**, **extension (65 deg.)**, **pronation (90 deg.)**, **supination (90 deg.)**, **radial deviation (25 deg.)**, and **ulnar deviation (30 deg.)**. Left AROM: **flexion (50 deg.)**, **extension (10 deg.)**, **pronation (90 deg.)**,

T



**supination (90 deg.)**, **radial deviation (5 deg.)**, and **ulnar deviation (10 deg.)**.

R elbow flex/ext 145/0

L elbow flex/ext 120/-15

L hand with coldness feeling im comparison to R hand

Pt able to identify laterality cards on phone app with 75 % accuracy

## Exercise Flowsheet

| Exercise | 07/15/2019 |
|---|---|
| sponge comp with wrist flexion roll | |
| wheel flex/ext | |
| UFO | |
| mini massager | |
| dowel board hook roll | |
| jux a cisor | |
| Towel RD/UD | |

## Procedure Documentation

**97110,HP: HEP:**
text
**97165 OT Eval - Low:**

Occupational Therapy Evaluation: low complexity was performed.

## Assessment / Plan

Pt presents to OT post op L fascia release and decompression. This is patient's second surgery. Pt's first surgery was to release congential band that was causing intermittent compartment syndrome.

Pt presents with severe pain, severe scar adhesions/sensitivity, coldness to touch of L hand, and decreased thumb, wrist and digit AROM. Pt scores a on Quick Dash a 88 % on Quick Dash and reports swelling, severe pain, and coldness to her hand. Pt's other symptoms include tight feeling, buming, and stiffness. Pt was educated on HEP for AROM, tendon glides, blocking, mirror therapy, relaxation, edema management and scar mobs. Therapy issued patient elastomer mold and silicone gel sheets for use at scar and for use for scar mobs. Pt will benefit from skilled OT services for edema management, scar mobs, increase AROM to wrist, thumb, digits, desensitization, nerve gliding, progression to strengthening, and decrease symptoms with use to increase I with ADL's

Therapy will further assess ULNT, SWM, and grip strength at next session.

**1. Complex regional pain syndrome**
G90.50: Complex regional pain syndrome I, unspecified

**2. Pain in wrist**
M25.532: Pain in left wrist

**3. Wrist stiff**
M25.632: Stiffness of left wrist, not elsewhere classified

**Patient Goals**
2 weeks
STG 1 Pt to demo I with HEP 2 Pt to decrease L thumb opp lag to 1.5 cm to increase ability to brush teeth with L hand
4 weeks
LTG 3 Pt to increase L wrist flex/ext to 70/35 to increase ability to drive 4 Pt to report decreased pain from severe to mild with scar mobs to decrease flexor scar adhesion to increase wrist AROM.

**Discussion Notes**

T



Patient is a good rehab candidate. Patient to receive Occupational Therapy 2 times a week for 4 weeks. Daily treatment options include: Therapeutic exercise, Therapeutic Activities, Manual Therapy Mobilizations, Fluidotherapy, Moist Heat. POC reviewed with patient.

Return to Office

- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/19/2019 at 08:00 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/22/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/26/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 07/30/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/02/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - TREATMENT at WESTOVER HILLS HAND THERAPY on 08/06/2019 at 10:30 AM
- Andrea Fisher, OT, CHT for OT - RE-EVALUATION at WESTOVER HILLS HAND THERAPY on 08/09/2019 at 10:30 AM

Encounter Sign-Off

Encounter signed-off by Andrea Fisher, OT, CHT, 07/15/2019.

Encounter performed and documented by Andrea Fisher, OT, CHT
Encounter reviewed & signed by Andrea Fisher, OT, CHT on 07/15/2019 at 7:07pm

sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

**Jose Barraza | Credit & Collections**

T: 858.244.1811– F: 858.244.3487 – jose.barraza@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

| | |
|---|---|
| Invoice Number: | SQ7KS-1 |
| Date: | 09/23/2019 |
| Customer Number: | LIBERTY-40742 |
| Due: | Upon Receipt |

(E) LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
CHENTA KENNEDY
PO BOX 7207
LONDON, KY 40742

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 36 Pages | 1 | $25.00 | $25.00 |
| 2 | Pages Copied: from 21 to 50000 | 16 | $0.50 | $8.00 |

| | |
|---|---|
| Electronic Transmission: | $1.63 |
| Sub Total: | $34.63 |
| Tax: | $0.00 |
| Invoice Total | $34.63 |
| Applied: | $0.00 |
| **Balance Due:** | **$34.63** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: Signature:

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | SQ7KS-1 |
| Date: | 09/23/2019 |
| Customer Number: | LIBERTY-40742 |
| Balance Due: | 34.63 |



PAGE 2/2 * RCVD AT 10/23/2019 9:06:52 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/11 * DNIS:6034301776 * CSID:Retarus Faxolution * ANI:12013550949 * DURATION (mm-ss):00-3

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Health Information Management Department**
**11300 Corporate Ave Suite 345**
**Lenexa, KS 66219**

# Fax cover sheet

Date: Thursday, October 17, 2019 3:50 PM

To: LINCOLN FINANCIAL GROUP
Fax: 603-430-1776
Phone:

From: Jenny Nguyen
Fax:
Phone: 913-588-2454

3 Page(s) including this cover sheet

**Notes:**
CLAIM # 8820045
INVOICE

**CONFIDENTIALITY NOTICE**
This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. The information contained in this facsimile is intended only for the exclusive and confidential use of the designated recipient named above. If you are not the designated recipient (or an employee or agent responsible for delivering this facsimile transmission to the designated recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. If you have received this transmission in error, immediately notify the Privacy Officer at 913-945-5490 to arrange for the return or destruction of the information and all copies.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

October 10, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present

We ask that you provide this information by November 11, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

The University of Kansas Health System
Health Information Management Department
P.O. Box 955772
St Louis, MO 63195-5772

10/17/19

LINCOLN FINANCIAL GROUP
PO BOX 7207
LONDON, KY 40742-7207

We have received your request for copies of medical records. We require pre-payment for these copies. Our taxpayer I.D. number, should you need it, is 48-120-2402. Once payment has been processed, records will be sent to the location specified in your request.

Records of: MS. LYNN ANGELIQUE GARZA
Medical Record Number: 1770004
Invoice Number: 146569
Date request received: 10/10/2019
Date request billed: 10/17/2019

Records as requested: $28.00
Other Fees: $ ()
Postage: $0.00
Page Count: 6

## Amount Due: $28.00

To pay by Check:

- **Please make checks payable to "The University of Kansas Health System"**
- Include a copy of the invoice with payment. Please reference the invoice number and patient medical record number on the check.
- Mail to the address located at the top of the invoice. Mailing checks to the hospital or Health Information Management Department will delay processing times.
- Please submit payment within 30 business days and allow 7-10 business days for processing time.

To pay by Credit Card:

- Call the Health Information Management Department at **913-588-2454**. Press option 1 and option 1 again.
- Let the associate taking the payment know if you would like a copy of the receipt.

This invoice is for the requested medical record copies *only*. Please contact the billing department or imaging to request records or for follow-up.

**Patient Financial Services**
11300 Corporate Avenue, Suite 260, Lenexa, KS 66219
Phone: 913-588-5820, Fax: 913-574-2333

**Radiology Imaging Center**
4000 Cambridge Street, Kansas City, KS 66160
Phone: 913-588-6812, Fax: 913-588-6899

Thank you.

Release of Information Representative
Health Information Management Department
(913) 588-2454

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | October 10, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

October 10, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present

We ask that you provide this information by November 11, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn A GARZA

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 4/2/2019

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

October 10, 2019

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by October 31, 2019:

- Completion of the Enclosed Forms:

  X Authorization - Medical
  X Claimant Information Form
  __ Other

At this time we are attempting to obtained updated medical to support your current restrictions and limitations.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Authorization - Medical

Claimant Information Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: __ _______ Claim Number: 8820045 Date: ____________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health Syst DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 07/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ____________________________________

sharecare
8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

**Jose Barraza | Credit & Collections**

T: 858.244.1811– F: 858.244.3487 – jose.barraza@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

Retarus Faxolution

sharecare

| | |
|---|---|
| Invoice Number: | SQ7KS-1 |
| Date: | 09/23/2019 |
| Customer Number: | LIBERTY-40742 |
| Due: | Upon Receipt |

(E) LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
CHENTA KENNEDY
PO BOX 7207
LONDON, KY 40742

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 36 Pages | 1 | $25.00 | $25.00 |
| 2 | Pages Copied: from 21 to 50000 | 16 | $0.50 | $8.00 |

| | |
|---|---|
| Electronic Transmission: | $1.63 |
| Sub Total: | $34.63 |
| Tax: | $0.00 |
| Invoice Total | $34.63 |
| Applied: | $0.00 |
| **Balance Due:** | **$34.63** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: ______________________ Signature: ______________________

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | SQ7KS-1 |
| Date: | 09/23/2019 |
| Customer Number: | LIBERTY-40742 |
| Balance Due: | 34.63 |



PAGE 2/2 * RCVD AT 10/7/2019 9:37:01 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/0 * DNIS:6034301776 * CSID:Retarus Faxolution * ANI:12013550949 * DURATION (mm-ss):00-36

sharecare
8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be canceled.

**Jose Barraza | Credit & Collections**

T: 858.244.1811– F: 858.244.3487 – jose.barraza@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

| | |
|---|---|
| Invoice Number: | SQ7KS-1 |
| Date: | 09/23/2019 |
| Customer Number: | LIBERTY-40742 |
| Due: | Upon Receipt |

(E) LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
CHENTA KENNEDY
PO BOX 7207
LONDON, KY 40742

Location: TX0531
Facility: THE SAN ANTONIO ORTHOPAEDIC GROUP

**Patient Name: LYNN GARZA** **8820045**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 36 Pages | 1 | $25.00 | $25.00 |
| 2 | Pages Copied: from 21 to 50000 | 16 | $0.50 | $8.00 |

| | |
|---|---|
| Electronic Transmission: | $1.63 |
| Sub Total: | $34.63 |
| Tax: | $0.00 |
| Invoice Total | $34.63 |
| Applied: | $0.00 |
| **Balance Due:** | **$34.63** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: ______________________ Signature: ______________________

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | SQ7KS-1 |
| Date: | 09/23/2019 |
| Customer Number: | LIBERTY-40742 |
| Balance Due: | 34.63 |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: September 4, 2019 | |
| To: | TSAOG<br>400 CONCORD PLAZA DR<br>SAN ANTONIO TX 78216 |
| Attn: | medical records/BACTES |
| Fax: | (210) 678-4136 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

September 4, 2019

Tsaog
400 CONCORD PLAZA DR
SAN ANTONIO, TX 78216

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Physical Therapy notes from May 1, 2019 to the present

We ask that you provide this information by October 4, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn A GARZA

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 4/2/2019

**A copy of this authorization will be considered as valid as the original.**

**Plastic Surgery**

8/27/2019

RE: Lynn Angelique Garza

To Whom it May Concern:

This letter is to certify that Lynn Angelique Garza was seen in my office on 8/27/2019.

She is restricted to no use of left arm for 2 more months. She will continue hand therapy and follow up with me in 2 months for re-evaluation.

Thank you for your consideration. Should you have any questions or concerns, please do not hesitate to contact my office.

Sincerely,

Ryan Endress, MD
4000 Cambridge St
Kansas City KS 66160-8500
Phone: 913-588-2000
Fax: 913-588-2061

## Patient Information

| Patient Name | Account | ID # | Gender | DOB | Age at Discharge |
|---|---|---|---|---|---|
| Garza, Lynn Angelique | 515029553 | 1770004 | Female | | 47 yrs |

**The University of Kansas Health System**
4000 Cambridge St
KANSAS CITY KS 66160-8500
Phone: 913-588-2000
Fax: 913-588-2061

## AMB REFERRAL TO HAND THERAPY
**Order**

Date: **8/27/2019**
Department: **The University of Kansas Health System**

### Order Providers

| Ordering Provider | Authorizing Provider | Encounter Provider |
|---|---|---|
| Ryan Endress, MD | Ryan Endress, MD | |

### Order Date

| Date and Time | Department |
|---|---|
| 8/27/2019 11:04 AM | The University of Kansas Health System |

### Associated Diagnoses

| | ICD-9-CM | ICD-10-CM |
|---|---|---|
| **Left forearm pain** - Primary | 729.5 | M79.632 |
| **Carpal tunnel syndrome of left wrist** | 354.0 | G56.02 |

### Comments

Continue hand therapy for 2 more months - CRPS protocol

### Collection Information

### Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Referral** | **Hand therapy for CRPS protocol, left hand/arm** | |

**Order**

### Order Signature Summary

AMB REFERRAL TO HAND THERAPY

Awaiting signature from: **Endress, Ryan, MD**
Mode: Ordering in Verbal mode
Ordering user: Hursh, Robin, RN 08/27/19 1104
Authorized by: Endress, Ryan, MD

Communicated by: Hursh, Robin, RN
Ordering provider: Endress, Ryan, MD
Ordering mode: Verbal

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | September 1, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

September 1, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present
- Return to work date:____________

We ask that you provide this information by September 20, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019

**Lincoln Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn A Garza

Name of legal representative, if applicable (print) ________________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ________ Claim Number: 8820045 Date: 4/2/2019

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

September 1, 2019

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by September 20, 2019:

- Completion of the Enclosed Forms:

X Activities Questionnaire Form
X Claimant Information Form
__ Other

At this time the most recent records we have on file is the following:

Dr. Endress: office notes through June 25, 2019
Physical therapy notes from April 25, 2019.

Dr. Endress has provided a out of work note through August 25, 2019. If you have been released to return to work in any capacity we are requesting all updated medical records from both your physical therapy and Dr. Endress.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Activities Questionnaire Form
Claimant Information Form

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy ______



EMPLOYEE/CLAIMANT NAME: Lynn Garza ______

CLAIM NO: 8820045 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? ______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week?______

On the weekends?______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Lincoln Financial Group®

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left _______ Right _______

Are you able to work in your garden? Yes _______ No _______

Are you able to work on your house? Yes _______ No _______

Are you able to wash your car? Yes _______ No _______

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ______________________

Do you have a working home copy machine/fax machine? _______ Yes _______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _______ No _______

If Yes, please provide reason and hospital contact Information: ______________________

______________________________

______________________________

Lincoln Financial Group®

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

- how many hours per day? __________
- how many hours per week? __________
- for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________
______________________________
______________________________
______________________________
______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________
______________________________
______________________________
______________________________
______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2019 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________
____________________ ____________________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________
____________________ ____________________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________
____________________ ____________________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ____________________ Name: ____________________
Specialty: ____________________ Specialty: ____________________
Address: ____________________ Address: ____________________
____________________ ____________________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________ **DATE:** ______________________________

# Garza, Lynn Angelique

MRN: 1770004

Endress, Ryan, MD Progress Notes Creation Time: 06/25/19 1608
Physician Signed
Plastic Surgery

Returns 11 weeks following:
1. Carpal tunnel release
2. Guyon canal release
3. Tenolysis x2 (FCR and PL)
4. Exploration of median and ulnar nerves in the forearm and wrist.
5. Scar revision with intermediate closure (15cm)

Overall reports softening the scar, but otherwise no improvement. She did not see therapy given she was out of town to Michigan for a wedding. No fevers.

**Vitals:**

| | 06/25/19 1428 |
|---|---|
| BP: | (!) 133/93 |
| Pulse: | 102 |

On exam, her wound is healing well, improved thickness of the volar forearm scar. She continues to be tender throughout. Her digital range of motion I believe he is improved. She continues to be sensitive.

Assessment/plan: Improvement in the scar, but lack of improvement otherwise with her symptoms at this point. Her scar still is pink and I believe she does have a fair amount of inflammation still present beneath the skin which could be contributing to her persistence of symptoms. The need to visit with therapy for not only range of motion edema control but also mirror therapy was discussed. I will also initiate other CRPS protocol initiatives to help alleviate her pain. I will see her back in 2 months. Continue work restrictions at this point. Anticipate slow improvement, but given the initial relief she had I am optimistic that she will continue to get better over time. All questions answered.

Ryan D. Endress, MD
Assistant Professor of Plastic and Hand Surgery
University of Kansas Health System
913-917-1585

Electronically signed by Endress, Ryan, MD at 06/25/19 1611

Office Visit
on
6/25/2019

**Patient Information**

| Patient Name | Account | ID # | Gender | DOB | Age at Discharge |
|---|---|---|---|---|---|
| Garza, Lynn Angelique | | 1770004 | Female | | 47 yrs |

**The University of Kansas Health System**
10777 Nall Ave
2nd fl Ste 210
OVERLAND PARK KS 66211-1327
Phone: 913-588-2000
Fax: 913-588-9264

## AMB REFERRAL FOR PERSISTENT PAIN MANAGEMENT
**Order**

Date: **8/1/2019**
Department: **The University of Kansas Health System**

**Order Providers**

| Ordering Provider | Authorizing Provider | Encounter Provider |
|---|---|---|
| Ryan Endress, MD | Ryan Endress, MD | |

**Order Date**

| Date and Time | Department |
|---|---|
| 8/1/2019 2:36 PM | The University of Kansas Health System |

**Associated Diagnoses**

| | ICD-9-CM | ICD-10-CM |
|---|---|---|
| **Left forearm pain** - Primary | 729.5 | M79.632 |
| **Amniotic band syndrome** | 759.89762.8 | Q87.89Q79.8 |
| **Scar, hypertrophic** | 701.4 | L91.0 |

**Comments**

Referral to pain management for Left upper extremity pain, CRPS. May provide block if indicated. Pt now residing in Texas.

**Collection Information**

**Order**

**Order Signature Summary**

AMB REFERRAL FOR PERSISTENT PAIN MANAGEMENT

Awaiting signature from: **Endress, Ryan, MD**
Mode: Ordering in Verbal mode
Ordering user: Hursh, Robin, RN 08/01/19 1436
Authorized by: Endress, Ryan, MD

Communicated by: Hursh, Robin, RN
Ordering provider: Endress, Ryan, MD
Ordering mode: Verbal

Attached:

In reference to Lynn Garza (Diagnosis: CRPS)

August 2, 2019

Pt has been attending skilled OT/CHT therapy since 7/15/19 and has been compliant with therapy and home exercise program. Pt was referred with diagnosis for L UE CRPS post op L CTR , Guyon Canal release, Tenolysis (FCR/PL), scar revision and exploration of MN/UN at forearm/wrist level on 4/15/19. Patient has scheduled skilled OT services until 8/14/19 where patient will be a re-evaluated to request continued OT services for continued deficits with AROM, severe scar adhesions, edema and decreased strength. Pt has a post op with Surgeon on 8/27/19. Pt is a Licensed NP and currently due to severe deficits with wrist strength/grip strength, severe pain, limitations with AROM and nerve symptoms related to diagnosis of CRPS is unable to return to work. Due to patient's severe pain and deficit with sympathetic nervous system signals patient presents with impaired concentration and awareness of surroundings. Patient's current deficits limit her ability to perform her job safely and at full duty. It is therapist recommendation that patient continue to be off duty from work. Pt also has current referral from Dr Ryan Endress for a consult with Pain Management Specialist with possibility of Stellate Ganglion Block. Please contact therapist with any questions.

Andrea Fisher OTR/CHT TX 111479

AFisher OTR/CHT

Andrea Fisher
11212 State HWY 151 # 150
San Antonio TX 78251
210-8-4-5564

**n0065297**

**From:** Lynn Garza
**Sent:** Friday, August 02, 2019 3:37:11 PM
**To:** Kennedy, Chenta
**Subject:** Re: Updated orders Dr Endress/PT
**Attachments:** image002.png; image005.png; image006.png; image003.png; image004.png; image001.png; PT_08022019.pdf

Hello, I just wanted to send you a copy of a previous visit with Dr Endress and a letter from my physical therapist. I've been attending my physical therapy appointments as recommended and have purchased some therapy equipment and continue to do additional therapy at home.
I'm awaiting contact from the pain management office for the consult. My appointment with Dr. Endress is August 27.

Thank you,
Lynn Garza

On Tue, Jul 16, 2019 at 3:27 PM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

> Hi,
>
> Thank you for the update. I did fax a request for your updated medical records to Dr. Endress' office on 6/18/19. I am requesting all medical records from 5/1/19 to the present to support this request for an extension of your LTD benefits. This information is also needed to determine if the restrictions and limitations place on you continued to be supported.
>
> Your file will go for a clinical review for your extension by the end of the month, please make sure that all your medical records you would like us to consider be provided by then.
>
> Thank you

**Chenta Kennedy**

Technical Claims Specialist

Lincoln Financial Group

P.O. Box 7207

London, KY 40742-7207

800-291-0112, Ext 13934

F: 603-430-1776

Chenta.Kennedy@lfg.com

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1.888.437.7611, extension 10442 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Lynn Garza [mailto:lae9q3@gmail.com]
**Sent:** Tuesday, July 16, 2019 4:06 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Updated orders Dr Endress

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello, I just wanted to send you a copy of the updated order from my most recent visit with Dr Endress. I will be continuing my physical therapy and following up with him again at the end of August. I will be signing the release of records to send my physical therapy notes to you at my next visit- Friday July 19.

Thank you,

Lynn Garza

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | July 16, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | release of information |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

July 16, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group companyis responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Lynn Garza's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent toyour office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 26, 2019.

While we have received the completed Restrictions form we have note received the medical records to support this opinion.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-REQUEST-PROVIDER-06.18.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | June 18, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

June 18, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2019 through the present

- Completion of the Enclosed Forms:

 X  Functional Capacities Form
 __ Other

We ask that you provide this information by July 11, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed by Ms. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Functional Capacities Form
8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

# Attending Physician's Assessment of Capacity

| | | |
|---|---|---|
| Lynn Garza | | 8820045 |
| Patient Name | Date of Birth | Claim Number |
| Chenta Kennedy | | |
| Case Manager | Date First Treated | Date Last Treated |

**Diagnosis(es)** Contributing to or Causing Impairment

**PHYSICAL CAPACITY (in an average 8-hour workday)**

| | **Constant** (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | **Frequent** (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | **Occasional** (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|
| Sitting | | | |
| Standing | | | |
| Walking | | | |
| Driving | | | |
| Climbing | | | |
| Squatting | | | |
| Bending | | | |
| Kneeling | | | |
| Push / Pull | | | |
| Light Grasping | | | |
| Force Grasping | | | |

| | **Constant** (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | **Frequent** (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | **Occasional** (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|
| Fingering / Typing | | | |
| Reaching Overhead | | | |
| Reaching Below Shoulders | | | |
| Lifting: | | | |
| Up to 10 lbs. | | | |
| Up to 20 lbs. | | | |
| Up to 30 lbs. | | | |
| Up to 40 lbs. | | | |
| Up to 50 lbs. | | | |
| Over 50 lbs. | | | |

Are there additional restrictions / limitations not captured in the table above? Please list. Also, if any of the above capacities are never, please list the capacity and rationale.

| | | | | |
|---|---|---|---|---|
| How long will these restrictions be imposed? | | Can your patient function in an occupational setting full time **<u>within the capacities noted above</u>**? | ☐ Yes<br>☐ No | If your patient cannot function in an occupational setting now, when will he / she be able to? |

If your patient cannot function in an occupational setting at this time, please outline your medical and functional treatment plan to facilitate return to work.

| | | | |
|---|---|---|---|
| Please indicate what your opinions regarding restrictions / limitations and work capacity are based on? | ☐ Clinical Experience | ☐ Patient's Self-Report | ☐ Functional Eval. (FCE) |
| | ☐ Specialty Training | ☐ Direct Observation | ☐ Other (Please List): |
| | ☐ Diagnostic Tests | ☐ Clinical Examination | |

| | | | | | |
|---|---|---|---|---|---|
| If your patient is unable to work, what is the single most important barrier preventing your patient from returning to work? | ☐ Uncontrolled Pain | ☐ Unstable Medical Status | ☐ Patient's Motivation | ☐ Psychiatric Co-Morbid(s) | ☐ Other (List): |

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *<u>AND</u>* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) LYNN A GARZA

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 8820045 Date: 4/2/2019

**py of this authorization will be considered as valid as the original.**

**Plastic Surgery**

6/25/2019

RE: Lynn Angelique Garza

To Whom it May Concern:

This letter is to certify that Lynn Angelique Garza was seen in my office on 6/25/2019.

She is restricted from using her left arm for the next two months.

Thank you for your consideration. Should you have any questions or concerns, please do not hesitate to contact my office.

Sincerely,

Ryan Endress, MD
4000 Cambridge St
Kansas City KS 66160-8500
Phone: 913-588-2000
Fax: 913-588-2061

**Recipient Information**

**To: Chenta Kennedy**
**Company: Lincoln Financial Group**
**Fax #: 16034301776**

faxZERO.com
*send a fax for free*

**Sender Information**

**From: Lynn Garza**
**Email address: (from 71.14.204.26)**
**Phone #:**
**Sent on: Friday, June 21 2019 at 2:58 PM EDT**

Attn: Chenta Kennedy

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24687963. We will add your fax number to the block list.

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Plastic Surgery**

6/3/2019

RE: Lynn Angelique Garza

To Whom it May Concern:

This letter is to certify that Lynn Angelique Garza was seen in my office on 6/3/2019.

She is restricted from using her left arm until further notice.

Thank you for your consideration. Should you have any questions or concerns, please do not hesitate to contact my office.

Sincerely,

Ryan Endress, MD
10777 Nall Ave
2nd Fl Ste 210
Overland Park KS 66211-1327
Phone: 913-588-7600
Fax: 913-588-9264

## Start Date/Time

Start Date
06/03/19

University of Kansas Hospital 39th and Rainbow Blvd. Kansas City, KS 66160

# Order

AMB REFERRAL TO HAND THERAPY [REF151] (Order 1225010264)

# Garza, Lynn Angelique MRN: 1770004 (47 y.o. F)

## Additional Patient Info

| Date of Birth | Billing Type | Billing Number | Visit Number |
|---|---|---|---|
| | | | |

Attending Provider: Endress, Ryan, MD
Allergies: No Known Allergies
Isolation: None
Infection: None
Ht: 157.5 cm (62")
Wt: 78.5 kg (173 lb)
Anticipated Dx: None
BSA: 1.85 m²

## Lab Procedure ID

Misys Code
HAND THERAPY

## Priority and Order Details

| Priority | Order Status | Class |
|---|---|---|
| Routine | Sent | External Referral / Print |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| Referral | Range of motion left upper extremity CRPS Protocol mirror therapy. | |

## Provider Information

| Ordering User | Ordering Provider | Authorizing Provider |
|---|---|---|
| Taylor, Gloria | Endress, Ryan, MD | Endress, Ryan, MD |

| Attending Provider(s) | PCP |
|---|---|
| Endress, Ryan, MD | No Pcp, Na |

## Priority and Specimen Collection Info

| Priority | Frequency | Class | Collection Date | Collection Time |
|---|---|---|---|---|
| Routine | | External Referral / Print | | |

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | June 18, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

June 18, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2019 through the present

- Completion of the Enclosed Forms:

  X Functional Capacities Form
  __ Other

We ask that you provide this information by July 11, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsoredLTD benefits coverage to your patient, we

have enclosed a HIPAA compliant authorization signed byMs. Garza allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Garza's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Functional Capacities Form
8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

# Attending Physician's Assessment of Capacity

| | | |
|---|---|---|
| Lynn Garza | | 8820045 |
| Patient Name | Date of Birth | Claim Number |
| Chenta Kennedy | | |
| Case Manager | Date First Treated | Date Last Treated |

**Diagnosis(es)** Contributing to or Causing Impairment

**PHYSICAL CAPACITY (in an average 8-hour workday)**

| | **Constant** (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | **Frequent** (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | **Occasional** (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|
| Sitting | | | |
| Standing | | | |
| Walking | | | |
| Driving | | | |
| Climbing | | | |
| Squatting | | | |
| Bending | | | |
| Kneeling | | | |
| Push / Pull | | | |
| Light Grasping | | | |
| Force Grasping | | | |

| | **Constant** (Over 5 1/2 Hours / Day or Over 40 Min. / Hour) | **Frequent** (Up to 5 1/2 Hours / Day or Up to 40 Minutes / Hour) | **Occasional** (Up to 2 1/2 Hours / Day or Up to 20 Minutes / Hour) |
|---|---|---|---|
| Fingering / Typing | | | |
| Reaching Overhead | | | |
| Reaching Below Shoulders | | | |
| | | | |
| Lifting: | | | |
| Up to 10 lbs. | | | |
| Up to 20 lbs. | | | |
| Up to 30 lbs. | | | |
| Up to 40 lbs. | | | |
| Up to 50 lbs. | | | |
| Over 50 lbs. | | | |

Are there additional restrictions / limitations not captured in the table above? Please list. Also, if any of the above capacities are never, please list the capacity and rationale.

| | | | | | |
|---|---|---|---|---|---|
| How long will these restrictions be imposed? | | Can your patient function in an occupational setting full time **within the capacities noted above**? | ☐ Yes<br>☐ No | If your patient cannot function in an occupational setting now, when will he / she be able to? | |

If your patient cannot function in an occupational setting at this time, please outline your medical and functional treatment plan to facilitate return to work.

| | | | |
|---|---|---|---|
| Please indicate what your opinions regarding restrictions / limitations and work capacity are based on? | ☐ Clinical Experience<br>☐ Specialty Training<br>☐ Diagnostic Tests | ☐ Patient's Self-Report<br>☐ Direct Observation<br>☐ Clinical Examination | ☐ Functional Eval. (FCE)<br>☐ Other (Please List): |

| | | | | | |
|---|---|---|---|---|---|
| If your patient is unable to work, what is the single most important barrier preventing your patient from returning to work? | ☐ Uncontrolled Pain | ☐ Unstable Medical Status | ☐ Patient's Motivation | ☐ Psychiatric Co-Morbid(s) | ☐ Other (List): |

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn A GARZA

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8820045 Date: 4/2/2019

**A copy of this authorization will be considered as valid as the original.**

# THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Health Information Management Department**
**5799 Broadmoor**
**Suite 200**
**Mission, KS 66202-2417**

Date: Friday, June 07, 2019 12:24 PM

To: Lincoln
Fax: 603-430-1776
Phone:

From: Lexi
Fax: 913-588-2495
Phone: 913-588-2454

20 Page(s) including this cover sheet

**Notes:**

**CONFIDENTIALITY NOTICE**

Patient information or other types of sensitive information included in the facsimile is for the exclusive use of the named recipient. If you are not the designated recipient or a person authorized to deliver this document or if you have obtained it in error, be advised that any reading, distribution, use or duplication of it is expressly prohibited. If this transmission was received in error, please notify the sender by phone immediately. The University of Kansas Health System is committed to protecting patient and/or other types of sensitive information.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

May 1, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Lynn Garza's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 17, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019
8820045-MEDICAL-CORRESPONDENCE-05.01.2019

| THE UNIVERSITY OF KANSAS HOSPITAL | 3901 Rainbow Blvd.<br>Kansas City KS 66160<br>Clinic Pertinent | Garza, Lynn Angelique<br>MRN: 1770004, DOB:<br>Visit date: 2/18/2019 | Sex: F |
|---|---|---|---|

**Patient Address**

| Address | City | State | Zip Code |
|---|---|---|---|

**Reason for Visit**

**Follow Up**

**Visit Location**

| Name | Address | Phone | Fax |
|---|---|---|---|
| The University of Kansas Health System | 10777 Nall Ave<br>2nd fl Ste 210<br>Overland Park KS 66211-1327 | 913-588-7600 | 913-588-9264 |

**Outpatient Medications (Includes Today's Revisions) as of 2/18/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ARMOUR THYROID 90 mg (1.5 gr) tablet (Taking)**<br>Class: Historical Med | | | 1/1/2019 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg tablet (Taking)**<br>Class: Historical Med | | | 1/22/2019 | |
| **dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet (Taking)**<br>Class: Historical Med<br>Earliest Fill Date: 2/1/2019 | | | 2/1/2019 | |
| **gabapentin (NEURONTIN) 300 mg capsule (Taking/Discontinued)**<br>Sig: Take one capsule by mouth every 8 hours for 90 days.<br>Route: Oral | 270 capsule | 0 | 2/5/2019 | 4/6/2019 |
| **hydrOXYzine (ATARAX) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ibuprofen (MOTRIN) 800 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **ondansetron (ZOFRAN) 4 mg tablet (Taking)**<br>Class: Historical Med | | | 1/23/2019 | |
| **ONETOUCH VERIO test strip (Taking)**<br>Class: Historical Med | | | 12/4/2018 | |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **zolpidem (AMBIEN) 10 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |

**BMI Data**

Body Mass Index: 31.39 kg/m² Body Surface Area: 1.84 m²

**Immunizations as of 2/18/2019**

No immunizations on file.

**Allergies as of 2/18/2019** Reviewed on: **2/18/2019**

No Known Allergies

**Provider Progress Notes**

**Progress Notes by Endress, Ryan, MD at 02/18/19 1600**

| | | |
|---|---|---|
| Author: Endress, Ryan, MD | Service: — | Author Type: Physician |
| Filed: 02/19/19 0751 | Encounter Date: 2/18/2019 | Creation Time: 02/19/19 0748 |
| Status: Signed | Editor: Endress, Ryan, MD (Physician) | |

Date of Service: 2/18/2019

**Subjective:**

Lynn Angelique Garza is a 46 y.o. female.

**History of Present Illness**

Provider Progress Notes (continued)

Progress Notes by Endress, Ryan, MD at 02/18/19 1500 (continued)

Returns for evaluation of her left upper extremity. He received some documentation since her last visit including images of her left arm. We still do not have prior operative reports. We do have some postoperative clinic notes. Her EMG was reportedly normal, but we do not have actual reports. Her prior history as below:

Ms. Garza is a 46-year-old right-hand dominant woman who presents today with complaints of left forearm and hand pain. She presents today with her husband. She is a history of congenital constriction band of the left lower extremity and left upper extremity. Her father was in the military and she was treated through that health system. She had Z-plasty release of her leg band as a youth. Her left upper extremity is given her intermittent symptoms throughout her life with pain and cramping numbness. She says surgery has been talked about multiple times in that area but each time her symptoms improved and surgery was delayed. This past year she began having worsening pain and she saw Dr. Nouhan who worked her up for likely intermittent elevated compartment pressures related to her constriction band. An EMG at the time was reportedly negative per patient and documentation. She underwent a volar forearm fascial release this past June. She reports worsening of her pain since that operation now with pain and cramping throughout the forearm up into the antecubital fossa as well as down into the hand, where she never had pain in her hand before. Postoperative imaging with duplex ultrasound, MRI, and lymphoscintigraphy all are reportedly negative. I do not have those images for review today. She is in steroid injections as well without relief. She has tried multiple rounds of various occupational hand therapy as well as narcotic and nonnarcotic pain medication without relief. She presents today for a second opinion regarding obtaining the potential diagnosis and treatment for her left upper extremity pain. No color changes in the digits. Not numb currently. She does have pain and tenderness at the site of her previous operation on the volar forearm.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias, joint swelling and myalgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Positive for decreased concentration and sleep disturbance. The patient is nervous/anxious.

**Objective:**

| | |
|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | |
| • ARMOUR THYROID 90 mg (1.5 gr) tablet | |
| • buPROPion XL (WELLBUTRIN XL) 300 mg tablet | |
| • dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet | |
| • gabapentin (NEURONTIN) 300 mg capsule | Take one capsule by mouth every 8 hours for 90 days. |
| • hydrOXYzine (ATARAX) 50 mg tablet | |
| • ibuprofen (MOTRIN) 800 mg tablet | |
| • ondansetron (ZOFRAN) 4 mg tablet | |
| • ONETOUCH VERIO test strip | |
| • traMADol (ULTRAM) 50 mg tablet | |
| • zolpidem (AMBIEN) 10 mg tablet | |

Provider Progress Notes (continued)

Progress Notes by Endress, Ryan, MD at 02/18/19 1500 (continued)

Vitals:

| | 02/18/19 1503 |
|---|---|
| BP: | (!) 144/100 |
| Pulse: | 114 |
| Weight: | 77.8 kg (171 lb 9.6 oz) |
| Height: | 157.5 cm (62") |

Body mass index is 31.39 kg/m².

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Intact distal pulses.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
**Left of oral volar forearm scar from just distal to her mild amniotic circumferential compression up towards the antecubital fossa. The scar is slightly widened and hypertrophic. Sensation intact in the median ulnar and radial sensory distributions. All of her extrinsic tendon function is intact and she does not appear to be tethering to her overlying scar. She can rotate her forearm without difficulty. She has normal elbow range of motion. She is slightly edematous on the left compared to the right forearm. She is quite tender throughout the entire forearm. No Tinel sign although it is tender to percussion. There is a visible faint depression circumferentially around the distal third of her forearm which she notes was consistent with her amniotic band prior to operation.**
Neurological: She is alert.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.
Psychiatric:
**Anxious**
Vitals reviewed.

**Assessment and Plan:**
Left upper extremity pain with prior form fascial release in the setting of a mild congenital amniotic band. I do not see any structural abnormalities on her MRI. There are no obvious signs of constriction of her forearm musculature. Sensitivity is certainly not enough to detect a subtle nerve injury. I suspect there is a component of CRPS following her prior operative intervention. At this point I would like to obtain her prior operative note to determine exactly what was done at seen at her operation. In addition I would like to repeat an EMG now postoperative to determine if there are any changes from a preop EMG as well. I will see her back following EMG and obtaining the remainder of her records. We discussed the potential for seeing physical medicine rehabilitation physician in addition, but we will wait until additional information is obtained before proceeding down this pathway. All of her questions were answered.

Ryan D. Endress, MD
Assistant Professor of Plastic and Hand Surgery
University of Kansas Health System
913-917-1585

Provider Progress Notes (continued)

Progress Notes by Endress, Ryan, MD at 02/18/19 1500 (continued)

Electronically signed by Endress, Ryan, MD at 02/19/19 0751

## OB History

**OB History never marked as reviewed**
None

## Problem List as of 2/18/2019

Reviewed: **2/5/2019 7:19 AM by Endress, Ryan, MD**

| | Resolved | Last Modified |
|---|---|---|
| **Left forearm pain** | | 2/5/2019 |
| | Entered by Endress, Ryan, MD | |

## Review of Systems

No data filed

## All Medications and Administrations

(There are no med orders for this encounter)

Encounter Status

Electronically Signed By Endress, Ryan, MD on 2/19/19 at 07:51

**END OF ENCOUNTER**

**Patient Address**

| Address | City | State | Zip Code |
|---|---|---|---|

**Reason for Visit**

**Hand Pain**

**Visit Location**

| Name | Address | Phone | Fax |
|---|---|---|---|
| The University of Kansas Health System | 10777 Nall Ave<br>2nd fl Ste 210<br>Overland Park KS 66211-1327 | 913-588-7600 | 913-588-9264 |

**Outpatient Medications (Includes Today's Revisions) as of 3/18/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ARIPiprazole (ABILIFY) 2 mg tablet (Taking)**<br>Sig: Take 2.5 mg by mouth daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ARMOUR THYROID 90 mg (1.5 gr) tablet (Taking)**<br>Class: Historical Med | | | 1/1/2019 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg tablet (Taking)**<br>Class: Historical Med | | | 1/22/2019 | |
| **dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet (Taking)**<br>Class: Historical Med<br>Earliest Fill Date: 2/1/2019 | | | 2/1/2019 | |
| **gabapentin (NEURONTIN) 300 mg capsule (Taking/Discontinued)**<br>Sig: Take one capsule by mouth every 8 hours for 90 days.<br>Route: Oral | 270 capsule | 0 | 2/5/2019 | 4/6/2019 |
| **hydrOXYzine (ATARAX) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ibuprofen (MOTRIN) 800 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **ondansetron (ZOFRAN) 4 mg tablet (Taking)**<br>Class: Historical Med | | | 1/23/2019 | |
| **ONETOUCH VERIO test strip (Taking)**<br>Class: Historical Med | | | 12/4/2018 | |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **zolpidem (AMBIEN) 10 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |

**BMI Data**

Body Mass Index: 31.57 kg/m² Body Surface Area: 1.85 m²

**Immunizations as of 3/18/2019**

No immunizations on file.

**Allergies as of 3/18/2019** Reviewed on: **3/18/2019**

No Known Allergies

**Provider Progress Notes**

**Progress Notes by Endress, Ryan, MD at 03/18/19 1500**

Author: Endress, Ryan, MD Service: — Author Type: Physician
Filed: 03/19/19 0754 Encounter Date: 3/18/2019 Creation Time: 03/19/19 0745
Status: Signed Editor: Endress, Ryan, MD (Physician)

Date of Service: 3/18/2019

**Subjective:**

Lynn Angelique Garza is a 46 y.o. female.

**History of Present Illness**
Returns for evaluation of her left upper extremity. She did have an EMG in the interim since her last visit which does show some evidence of median nerve dysfunction, although not severe. She continues to have signs and symptoms consistent with CRPS as well as pain numbness and tingling in the forearm along the median and ulnar nerve distributions. Her original history as below:

Ms. Garza is a 46-year-old right-hand dominant woman who presents today with complaints of left forearm and hand pain. She presents today with her husband. She is a history of congenital constriction band of the left lower extremity and left upper extremity. Her father was in the military and she was treated through that health system. She had Z-plasty release of her leg band as a youth. Her left upper extremity is given her intermittent symptoms throughout her life with pain and cramping numbness. She says surgery has been talked about multiple times in that area but each time her symptoms improved and surgery was delayed. This past year she began having worsening pain and she saw Dr. Nouhan who worked her up for likely intermittent elevated compartment pressures related to her constriction band. An EMG at the time was reportedly negative per patient and documentation. She underwent a volar forearm fascial release this past June. She reports worsening of her pain since that operation now with pain and cramping throughout the forearm up into the antecubital fossa as well as down into the hand, where she never had pain in her hand before. Postoperative imaging with duplex ultrasound, MRI, and lymphoscintigraphy all are reportedly negative. I do not have those images for review today. She is in steroid injections as well without relief. She has tried multiple rounds of various occupational hand therapy as well as narcotic and nonnarcotic pain medication without relief. She presents today for a second opinion regarding obtaining the potential diagnosis and treatment for her left upper extremity pain. No color changes in the digits. Not numb currently. She does have pain and tenderness at the site of her previous operation on the volar forearm.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias, joint swelling and myalgias.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Positive for decreased concentration and sleep disturbance. The patient is nervous/anxious.

**Objective:**

| | |
|---|---|
| • ALPRAZolam (XANAX) 0.5 mg tablet | |
| • ARIPiprazole (ABILIFY) 2 mg tablet | Take 2.5 mg by mouth daily. |
| • ARMOUR THYROID 90 mg (1.5 gr) tablet | |
| • buPROPion XL (WELLBUTRIN XL) 300 mg tablet | |
| • dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet | |
| • gabapentin (NEURONTIN) 300 mg capsule | Take one capsule by mouth every 8 hours for |

90 days.

- hydrOXYzine (ATARAX) 50 mg tablet
- ibuprofen (MOTRIN) 800 mg tablet
- ondansetron (ZOFRAN) 4 mg tablet
- ONETOUCH VERIO test strip
- traMADol (ULTRAM) 50 mg tablet
- zolpidem (AMBIEN) 10 mg tablet

Vitals:

| | 03/18/19 1505 |
|---|---|
| BP: | 133/87 |
| Pulse: | 116 |
| Weight: | 78.3 kg (172 lb 9.6 oz) |
| Height: | 157.5 cm (62") |

Body mass index is 31.57 kg/m².

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Intact distal pulses.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
**Left of oral volar forearm scar from just distal to her mild amniotic circumferential compression up towards the antecubital fossa. The scar is slightly widened and hypertrophic. Sensation intact in the median ulnar and radial sensory distributions. All of her extrinsic tendon function is intact and she does not appear to be tethering to her overlying scar. She can rotate her forearm without difficulty. She has normal elbow range of motion. She is slightly edematous on the left compared to the right forearm. She is quite tender throughout the entire forearm. No Tinel sign although it is tender to percussion. There is a visible faint depression circumferentially around the distal third of her forearm which she notes was consistent with her amniotic band prior to operation.**
Neurological: She is alert.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.
Psychiatric:
**Anxious**
Vitals reviewed.

**Assessment and Plan:**
Left upper extremity pain with prior form fascial release in the setting of a mild congenital amniotic band. We discussed at length the findings of her EMG. At this point, given she is still quite symptomatic with evidence of nerve dysfunction, I do feel it is reasonable to explore perform neural lysis in the form as well as a carpal tunnel release given she may have a double crush phenomenon from carpal tunnel syndrome as well. She is aware that this may not resolve her problems with pain and sensitivity, but I believe it is her best option as at this point given everything else has been tried and exhausted. I believe it is a small possibility of her getting worse, although that was discussed. If any nerve injury is identified the possibility of internal neurolysis with nerve repair was discussed. Will almost certainly wrap the nerve to prevent tethering in scar. Given the widened scar deformity will also revise the scar at the time. Postoperatively I will have her moving her leg to prevent tendon adhesion and also begin nerve gliding exercises.

The nature, risks, benefits, and alternatives to the above procedure were discussed in detail, including but not limited to the risks of persistent pain, CRPS, infection, bleeding, nerve or blood vessel injury, limitation in motion, and need for

Provider Progress Notes (continued)

Progress Notes by Endress, Ryan, MD at 03/18/19 1500 (continued)

reoperation. All of the patients questions were answered and she expressed understanding and agreed to proceed.

Ryan D. Endress, MD
Assistant Professor of Plastic and Hand Surgery
University of Kansas Health System
913-917-1585

Electronically signed by Endress, Ryan, MD at 03/19/19 0754

## OB History

**OB History never marked as reviewed**
None

## Problem List as of 3/18/2019

Reviewed: **2/19/2019 7:51 AM by Endress, Ryan, MD**

| | Resolved | Last Modified |
|---|---|---|
| **Left forearm pain** | Entered by Endress, Ryan, MD | 2/5/2019 |

## Review of Systems

No data filed

## All Medications and Administrations

(There are no med orders for this encounter)

## Encounter Status

Electronically Signed By Endress, Ryan, MD on 3/19/19 at 07:54

**END OF ENCOUNTER**

THE UNIVERSITY OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Pertinent

Garza, Lynn Angelique
MRN: 1770004, DOB: Sex: F
Visit date: 4/15/2019

## Patient Address

| Address | City | State | Zip Code |
|---|---|---|---|

## Reason for Visit

**Post Operative Visit**

## Visit Location

| Name | Address | Phone | Fax |
|---|---|---|---|
| The University of Kansas Health System | 10777 Nall Ave<br>2nd fl Ste 210<br>Overland Park KS 66211-1327 | 913-588-7600 | 913-588-9264 |

## Outpatient Medications (Includes Today's Revisions) as of 4/15/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ARIPiprazole (ABILIFY) 2 mg tablet (Taking)**<br>Sig: Take 2.5 mg by mouth daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ARMOUR THYROID 90 mg (1.5 gr) tablet (Taking)**<br>Class: Historical Med | | | 1/1/2019 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg tablet (Taking)**<br>Class: Historical Med | | | 1/22/2019 | |
| **dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet (Taking)**<br>Class: Historical Med<br>Earliest Fill Date: 2/1/2019 | | | 2/1/2019 | |
| **ergocalciferol (vitamin D2) (VITAMIN D PO) (Taking)**<br>Sig: Take by mouth.<br>Class: Historical Med<br>Route: Oral | | | | |
| **gabapentin (NEURONTIN) 600 mg tablet (Taking)**<br>Sig: Take one tablet by mouth four times daily.<br>Route: Oral | 60 tablet | 0 | 4/6/2019 | |
| **hydrOXYzine (ATARAX) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ibuprofen (MOTRIN) 800 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **ondansetron (ZOFRAN) 4 mg tablet (Taking)**<br>Class: Historical Med | | | 1/23/2019 | |
| **ONETOUCH VERIO test strip (Taking)**<br>Class: Historical Med | | | 12/4/2018 | |
| **oxyCODONE (ROXICODONE, OXY-IR) 5 mg tablet (Taking)**<br>Sig: Take one tablet by mouth every 6 hours as needed for Pain<br>Class: Print<br>Earliest Fill Date: 4/15/2019<br>Route: Oral | 25 tablet | 0 | 4/15/2019 | |
| **oxyCODONE/acetaminophen (ENDOCET) 10/325 mg tablet (Taking)**<br>Sig: Take one tablet by mouth every 4 hours as needed for Pain<br>Class: Print<br>Earliest Fill Date: 4/5/2019<br>Route: Oral | 40 tablet | 0 | 4/5/2019 | |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **zolpidem (AMBIEN) 10 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |

## BMI Data

Body Mass Index: 31.93 kg/m² Body Surface Area: 1.86 m²

## Immunizations as of 4/15/2019

No immunizations on file.

**Allergies as of 4/15/2019** Reviewed on: **4/15/2019**

No Known Allergies

**Provider Progress Notes**

**Progress Notes by Endress, Ryan, MD at 04/15/19 1100**

| | | |
|---|---|---|
| Author: Endress, Ryan, MD | Service: — | Author Type: Physician |
| Filed: 04/15/19 1123 | Encounter Date: 4/15/2019 | Creation Time: 04/15/19 1111 |
| Status: Signed | Editor: Endress, Ryan, MD (Physician) | |

Returns 10 days following:

1. Carpal tunnel release
2. Guyon canal release
3. Tenolysis x2 (FCR and PL)
4. Exploration of median and ulnar nerves in the forearm and wrist.
5. Scar revision with intermediate closure (15cm)

She is in the emergency department for pain after her block wore off, but since that time notes she has been able to wean off her oxycodone somewhat. She is taking Excedrin as well as ibuprofen in between. She is continuing on gabapentin as well. She notes the skin is not hypersensitive as it was prior to her last operation. She does note still some persistence in the coldness feeling of her fingers. Sensation is intact all of her fingers.

**Vitals:**

| | 04/15/19 1100 |
|---|---|
| BP: | (!) 134/92 |
| Pulse: | 102 |

On exam, her nylon sutures are intact and the incision appears to be healing well over the carpal tunnel portion of the incision. Proximally, the prenatal remains well secured. There is resolving ecchymosis mainly distal. Overall not edematous. No signs of infection. All of her extrinsic flexor function is intact. Nerves intact.

Assessment/plan: Overall doing well with improvement in her pain. She seems to be doing better at this stage following her most recent operation and prior, which is encouraging for relief of her symptoms long-term. I will have her see therapy to begin formalized range of motion exercises with her fingers and wrist attempt to maximize gliding between tendons as well as between tendons and skin to minimize scarring and tethering. I will refill her oxycodone today, and she will take this independent of Tylenol to assist in the weaning procedure. They are traveling to Texas, and I will see him back in the return in 2 weeks. All questions answered.

Ryan D. Endress, MD
Assistant Professor of Plastic and Hand Surgery
University of Kansas Health System
913-917-1585

Electronically signed by Endress, Ryan, MD at 04/15/19 1123

**OB History**

**OB History never marked as reviewed**

None

**Problem List** as of 4/15/2019 Reviewed: **4/15/2019 11:14 AM by Endress, Ryan, MD**

| | Resolved | Last Modified |
|---|---|---|
| **Amniotic band syndrome (Chronic)** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Carpal tunnel syndrome of left wrist** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Left forearm pain** | Entered by Endress, Ryan, MD | 4/5/2019 |

**Review of Systems**

Review of Systems (continued)

No data filed

All Medications and Administrations

(There are no med orders for this encounter)

Encounter Status

Electronically Signed By Endress, Ryan, MD on 4/15/19 at 11:23

**END OF ENCOUNTER**

THE UNIVERSITY OF KANSAS HOSPITAL | 3901 Rainbow Blvd. Kansas City KS 66160 Clinic Pertinent | Garza, Lynn Angelique MRN: 1770004, DOB: Visit date: 4/29/2019 | Sex: F

## Patient Address

| Address | City | State | Zip Code |
|---|---|---|---|

## Reason for Visit

**Post Operative Visit**

## Visit Location

| Name | Address | Phone | Fax |
|---|---|---|---|
| The University of Kansas Health System | 10777 Nall Ave<br>2nd fl Ste 210<br>Overland Park KS 66211-1327 | 913-588-7600 | 913-588-9264 |

## Outpatient Medications (Includes Today's Revisions) as of 4/29/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ALPRAZolam (XANAX) 0.5 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ARIPiprazole (ABILIFY) 2 mg tablet (Taking)**<br>Sig: Take 2.5 mg by mouth daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ARMOUR THYROID 90 mg (1.5 gr) tablet (Taking)**<br>Class: Historical Med | | | 1/1/2019 | |
| **buPROPion XL (WELLBUTRIN XL) 300 mg tablet (Taking)**<br>Class: Historical Med | | | 1/22/2019 | |
| **dextroamphetamine-amphetamine(+) (ADDERALL) 30 mg tablet (Taking)**<br>Class: Historical Med<br>Earliest Fill Date: 2/1/2019 | | | 2/1/2019 | |
| **ergocalciferol (vitamin D2) (VITAMIN D PO) (Taking)**<br>Sig: Take by mouth.<br>Class: Historical Med<br>Route: Oral | | | | |
| **gabapentin (NEURONTIN) 600 mg tablet (Taking)**<br>Sig: Take one tablet by mouth four times daily.<br>Route: Oral | 60 tablet | 0 | 4/6/2019 | |
| **hydrOXYzine (ATARAX) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |
| **ibuprofen (MOTRIN) 800 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |
| **ondansetron (ZOFRAN) 4 mg tablet (Taking)**<br>Class: Historical Med | | | 1/23/2019 | |
| **ONETOUCH VERIO test strip (Taking)**<br>Class: Historical Med | | | 12/4/2018 | |
| **oxyCODONE (ROXICODONE, OXY-IR) 5 mg tablet (Taking)**<br>Sig: Take one tablet by mouth every 6 hours as needed for Pain<br>Class: Print<br>Earliest Fill Date: 4/15/2019<br>Route: Oral | 25 tablet | 0 | 4/15/2019 | |
| **oxyCODONE/acetaminophen (ENDOCET) 10/325 mg tablet (Taking)**<br>Sig: Take one tablet by mouth every 4 hours as needed for Pain<br>Class: Print<br>Earliest Fill Date: 4/5/2019<br>Route: Oral | 40 tablet | 0 | 4/5/2019 | |
| **pregabalin (LYRICA) 100 mg capsule (Taking)**<br>Sig: Take one capsule by mouth twice daily.<br>Class: Print<br>Route: Oral | 60 capsule | 1 | 4/29/2019 | |
| **pregabalin (LYRICA) 100 mg capsule (Discontinued)**<br>Sig: Take one capsule by mouth twice daily.<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 capsule | 1 | 4/29/2019 | 4/29/2019 |
| **traMADol (ULTRAM) 50 mg tablet (Taking)**<br>Class: Historical Med | | | 1/15/2019 | |

**Outpatient Medications (Includes Today's Revisions) as of 4/29/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 10 mg tablet (Taking)**<br>Class: Historical Med | | | 1/14/2019 | |

**BMI Data**

Body Mass Index: 32.04 kg/m² Body Surface Area: 1.86 m²

**Immunizations as of 4/29/2019**

No immunizations on file.

**Allergies as of 4/29/2019** Reviewed on: **4/29/2019**

No Known Allergies

**Provider Progress Notes**

**Progress Notes by Endress, Ryan, MD at 04/29/19 1045**

Author: Endress, Ryan, MD Service: — Author Type: Physician
Filed: 04/29/19 1249 Encounter Date: 4/29/2019 Creation Time: 04/29/19 1246
Status: Signed Editor: Endress, Ryan, MD (Physician)

Returns just shy of 4 weeks following:

1. Carpal tunnel release
2. Guyon canal release
3. Tenolysis x2 (FCR and PL)
4. Exploration of median and ulnar nerves in the forearm and wrist.
5. Scar revision with intermediate closure (15cm)

She reports overall improvement since her last visit albeit slow. She continues to have a tightness in her forearm and a feeling of tearing at times with therapy. No issues with her movement. No fevers. She notes the gabapentin leaves her with a foggy feeling in her head.

Vitals:

| | 04/29/19 1052 |
|---|---|
| BP: | 130/89 |
| Pulse: | 111 |

On exam, her wound is healing well. She still does have moderate edema in the forearm. Her scar is mobile. She has limitation wrist motion given discomfort. Fingers are all moving freely. She is quite hesitant to perform any motion for me today. Sensation is intact all of her digits. Her hand is well-perfused.

Assessment/plan: Overall doing well with improvement in her pain. She continues to progress slowly and have encouraged her to be as diligent with therapy as possible to prevent re-scarring of her structures. She is still within the inflammatory phase of healing anticipate her swelling and hopefully her pain to improve over time. I will switch her from gabapentin to Lyrica to hopefully resolve the side effects as well as potentially help more with her pain. Scar massage and sun avoidance discussed. I will see her back in 1 month. All questions answered.

Ryan D. Endress, MD
Assistant Professor of Plastic and Hand Surgery
University of Kansas Health System
913-917-1585

Electronically signed by Endress, Ryan, MD at 04/29/19 1249

**OB History**

**OB History never marked as reviewed**

**OB History (continued)**

None

**Problem List** as of 4/29/2019 — Reviewed: **4/29/2019 12:48 PM by Endress, Ryan, MD**

| | Resolved | Last Modified |
|---|---|---|
| **Amniotic band syndrome (Chronic)** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Carpal tunnel syndrome of left wrist** | Entered by Braun, Sterling, MD | 4/5/2019 |
| **Left forearm pain** | Entered by Endress, Ryan, MD | 4/5/2019 |

**Review of Systems**

No data filed

**All Medications and Administrations**

(There are no med orders for this encounter)

**Encounter Status**

Electronically Signed By Endress, Ryan, MD on 4/29/19 at 12:49

**END OF ENCOUNTER**

**Order**

WRIST COMP MIN 3 VIEWS LEFT [1215165829]

Electronically signed by: **Endress, Ryan, MD on 02/05/19 0702**

Mode: Ordering in Verbal mode — Communicated by: Hursh, Robin, RN

This order may be acted on in another encounter.

Ordering user: Hursh, Robin, RN 02/04/19 0900 — Ordering provider: Endress, Ryan, MD

Authorized by: Endress, Ryan, MD

Diagnoses

Left wrist pain [M25.532]

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam:(Sign,Symptom,Reason) | left wrist pain |

**Order-Level Documents:**

There are no order-level documents.

## RESULTS

Resulted: 02/04/19 1439, Result status: Final result

WRIST COMP MIN 3 VIEWS LEFT [1215165829]

Ordering provider: Endress, Ryan, MD 02/04/19 1408 — Resulted by: Hinson, Gary, MD

Performed: 02/04/19 1420 - 02/04/19 1425 — Accession number: 201902041792

Resulting lab: KU RAD RESULTS

Narrative:

WRIST COMP MIN 3 VIEWS LEFT

Clinical Indication: left wrist pain.

Comparison: None

Impression:

Findings/Impression:

1. No acute or subacute changes. There are mild to moderate first CMC osteoarthritis. Other joint spaces are maintained.

2. No fractures. Normal alignment.

THE UNIVERSITY OF KANSAS HOSPITAL
3901 Rainbow Blvd.
Kansas City KS 66160
Orders/Results

Garza, Lynn Angelique
MRN: 1770004, DOB: Sex: F
Acct #: 513063382
Adm: 2/4/2019, D/C: 2/4/2019

Finalized by Gary Hinson, M.D. on 2/4/2019 2:39 PM. Dictated by Gary Hinson, M.D. on 2/4/2019 2:37 PM.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - KU RAD** | KU RAD RESULTS | Unknown | Unknown | 07/10/07 1002 - Present |

**Order**

HAND MIN 3 VIEWS LEFT [1215165843]

Electronically signed by: **Endress, Ryan, MD on 02/05/19 0702**
Mode: Ordering in Verbal mode — Communicated by: Hursh, Robin, RN
This order may be acted on in another encounter.
Ordering user: Hursh, Robin, RN 02/04/19 0900 — Ordering provider: Endress, Ryan, MD
Authorized by Endress, Ryan, MD
Diagnoses
Left hand pain [M79.642]

Questionnaire

| Question | Answer |
|---|---|
| Reason for exam:(Sign,Symptom,Reason) | Left hand swelling, Left wrist, elbow pain |

**Order-Level Documents:**

There are no order-level documents.

## RESULTS

Resulted: 02/04/19 1441, Result status: Final result

HAND MIN 3 VIEWS LEFT [1215165843]

Ordering provider: Endress, Ryan, MD 02/04/19 1408 — Resulted by: Hinson, Gary, MD
Performed: 02/04/19 1420 - 02/04/19 1425 — Accession number: 201902041799
Resulting lab: KU RAD RESULTS
Narrative:
HAND MIN 3 VIEWS LEFT

Clinical Indication: Left hand swelling, Left wrist, elbow pain.

Comparison: None

Impression:
Findings/Impression:

1. No acute or subacute changes of the osseous structures. There is some soft tissue edema.

2. Mild first CMC and triscaphe osteoarthritis.

3. No fractures. No evidence of osteolysis or periosteal reaction.

Finalized by Gary Hinson, M.D. on 2/4/2019 2:41 PM. Dictated by Gary Hinson, M.D. on 2/4/2019 2:39 PM.

THE UNIVERSITY OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Orders/Results

Garza, Lynn Angelique
MRN: 1770004, DOB: Sex: F
Acct #: 513063382
Adm: 2/4/2019, D/C: 2/4/2019

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - KU RAD** | KU RAD RESULTS | Unknown | Unknown | 07/10/07 1002 - Present |

**END OF REPORT**

3V143190123

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

**EMPLOYEE/CLAIMANT NAME:** Lynn Garza
**CLAIM NO:** 8820045
**EMPLOYER/SPONSOR:** Sisters of Charity of Leavenworth Health Syst **DATE OF BIRTH:**

**CHECK ONE:** ☐ New ☒ Ch
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** **CITY:** **STATE:** **ZIP:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☒ Checking ☐ Savings **BANK NAME:** USAA Federal Savings Bank

**9 DIGIT ABA ROUTING NUMBER:** **BANK ADDRESS:** 10750 McDermott Fwy

**YOUR ACCOUNT NUMBER:** **CITY:** San Antonio **STATE:** TX **ZIP:** 78288

**BANK PHONE:** (210) 456-8000

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ YES ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date: 5/14/19

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

LYNN GARZA

1916

30-7426/3140

Date

Pay to the Order of ______ $

______ Dollars

Look for: Microprint signature line and grey border on front. If not present, do not cash.

Photo Safe Deposit®

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-8000 1-800-532-3724

For ______

VOID

1916

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Health Information Management Department**
**5799 Broadmoor**
**Suite 200**
**Mission, KS 66202-2417**

Date: Friday, May 10, 2019 10:19 AM

To: Lincoln
Fax: 603-430-1776
Phone:

From: Lexi
Fax: 913-588-2495
Phone: 913-588-2454

3 Page(s) including this cover sheet

**Notes:**

**CONFIDENTIALITY NOTICE**

Patient information or other types of sensitive information included in the facsimile is for the exclusive use of the named recipient. If you are not the designated recipient or a person authorized to deliver this document or if you have obtained it in error, be advised that any reading, distribution, use or duplication of it is expressly prohibited. If this transmission was received in error, please notify the sender by phone immediately. The University of Kansas Health System is committed to protecting patient and/or other types of sensitive information.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

May 1, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Lynn Garza's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 17, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019
8820045-MEDICAL-CORRESPONDENCE-05.01.2019

The University of Kansas Health System
Health Information Management Department
P.O. Box 955772
St Louis, MO 63195-5772

5/9/19

LINCOLN FINANCIAL GROUP
PO BOX 7207
LONDON, KY 40742-7207

We have received your request for copies of medical records. **Please make checks payable to "The University of Kansas Health System" and submit payment with a copy of this invoice within 30 days to the address above.** Our taxpayer I.D. number, should you need it, is 48-120-2402. To pay by credit card, please contact the Health Information Management Department, Release of Information section at (913) 588-2454, option 1.

RE: Invoice for request to obtain copy of health records
Records of: MS. LYNN ANGELIQUE GARZA
Medical Record Number: 1770004
Invoice Number: 139474
Date request received: 5/1/2019
Date request billed: 5/9/2019

Records as requested: $28.00
Postage: $0.00
Page Count: 18

## Amount Due: $28.00

Release of Information Representative
Health Information Management Department
(913) 588-2454

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No (800) 291-0112
Secure Fax No. (603) 430-1776

074502/KS

April 25, 2019

Serc Physical Therapy
7211 W 110TH ST
OVERLAND PARK, KS 66210

RECEIVED
APR 2 5 2019

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
**Claim #: 8820045**
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Lynn Garza's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 9, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019
8820045-MEDICAL-CORRESPONDENCE-04.25.2019

SERC

# Daily Note

**Date of Visit:** 04-25-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2018

**Therapist:** Jason Little OT
**Referring MD:** Ryan Endress MD
**Time In:** 04:00p
**Time Out:** 05:00p

**Diagnosis:**

| | |
|---|---|
| G56.02 | Carpal tunnel syndrome, left upper limb |
| M25.532 | Pain in left wrist |
| M25.432 | Effusion, left wrist |

**SUBJECTIVE:**
The patient reports today's pain a 6 out of 10. Patient reports that her scar feels extremely tight and she is noticing that she has occasional numbness in the fingers when she applies pressure to the forearm. She continues to feel that the fingers are colder on the left hand than the right.
**Contraindications:**
1. .Web Outcomes - Surgical Condition

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97530 - Therapeutic Activity - [TP009] | =============== | === | === | | 15 | Yes | |
| Education | HEP, scar massage review | | | | | Yes | |
| towel crawling and towel slide | across tabletop | | | | | Yes | |
| flexbar-sup/pro, wrist flex/ex | to improve functional grip against positional changes of forearm and wrist | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | =============== | === | === | | 12 | Yes | |
| PROM | gentle - digits,wrist,forearm and elbow | | | | | Yes | |
| 97533 - Sensory Integration - [TP011] | =============== | === | === | ===== | 15 | Yes | |
| scar mobilization | for scar mobility and desensitization | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | =============== | === | === | | 8 | Yes | |
| median nerve glides | "serving tray" | | | | | Yes | |
| 97110 - Ther-Ex / Procedure - [TP001] | =============== | === | === | | 10 | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| AAROM | on supination wheel | | | | | Yes | |

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Very little tolerance for scar massage to this point, however, it is better than it ever was after the initial surgical intervention. Patient is moving better and tolerating more than she was pre-operatively.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Pt. will demonstrate good compliance with all aspects of home program. | Short Term | 1 week | Initial | | |
| Pt. will comply with scar massage as part of home program following suture removal. | Short Term | 1 week | Initial | | |
| Pt. will demonstrate ability to make a loose composite fist. | Short Term | 2 weeks | Initial | | |
| Pt. will demonstrate ability to make a tight composite fist. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 40 degrees of wrist flexion/extension. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate improving/returning sensation. | Short Term | 2 weeks | Initial | | |
| DASH score < 25. | Long Term | 4 weeks | Initial | | |
| Pt. will report normal sensation. | Long Term | 4 weeks | Initial | | |
| Pt. will demonstrate at least 30# right hand grip strength to enable full use of hand for all desired/work activities. | Long Term | 4 weeks | Initial | | |
| Pt. will resume full participation in all desired activities. | Long Term | 4 weeks | Initial | | |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 2.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 04-26-19 at 02:06p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Initial Evaluation

| | | | |
|---|---|---|---|
| **Date of Visit:** | 04-23-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Ryan Endress MD |
| **Patient #:** | 0711502 | **Time In:** | 01:15p |
| **Date of Birth:** | | **Time Out:** | 02:13p |
| **Age:** | 46 | **Certification Period:** | 04-23-19 / 05-20-19 |
| **Date of Onset:** | 06-01-2018 | | |

**Diagnosis:**

| | |
|---|---|
| G56.02 | Carpal tunnel syndrome, left upper limb |
| M25.532 | Pain in left wrist |
| M25.432 | Effusion, left wrist |

## SUBJECTIVE:

Lynn Garza is a 46 year old female who presents today for musculoskeletal evaluation of R CTR, scar revision. The patient was referred by Ryan Endress, MD . Patient underwent a revision of a scar that had previously occurred in a surgical procedure that was intended to release a congenital band in the forearm. She was then diagnosed with CTS in that UE and this surgery was performed by Dr. Endress who is new to her case.

**Presenting Problems:**

Pain is located along length of left forearm, hand and elbow of the left UE. The patient reports today's pain a 7 out of 10.

**Current Surgery:**
Date: 04-05-19
S/P: L CTR, scar revision

**Contraindications:**
1. .Web Outcomes - Surgical Condition

## DASH:

Tool Score: 84.00

## OBJECTIVE:
## HAND EVALUATION
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Finger Extension / Flexion | Initial | Goal | Comments |
|---|---|---|---|
| Right AROM | 04-23-19 | | |
| Index MP | 0 /75 | | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| | | | |
|---|---|---|---|
| Index PIP | 0 /95 | | |
| Index DIP | 0 /70 | | |
| Index TAM | 240.00 | | |
| Thumb MP | 0 /75 | | |
| Thumb IP | 0 /50 | | |
| Thumb TAM | 125.00 | | |

| Finger Extension / Flexion | Initial | Goal | Comments |
|---|---|---|---|
| Left AROM | 04-23-19 | | |
| Index MP | 0 /65 | | |
| Index PIP | 0 /85 | | |
| Index DIP | 0 /72 | | |
| Index TAM | 222.00 | | |
| Thumb MP | 0 /45 | | |
| Thumb IP | +10/15 | | |
| Thumb TAM | 70.00 | | |

| Wrist | Initial | Goal | Comments |
|---|---|---|---|
| Right AROM | 04-23-19 | | |
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 70 /65 | | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 25 /32 | | |

| Wrist | Initial | Goal | Comments |
|---|---|---|---|
| Left AROM | 04-23-19 | | |
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 35 /5 | | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 /20 | | |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 4.31 | |
| Middle (Median) | 2.83 | | 4.31 | |
| Ring (Median & Ulnar) | 2.83 | | 4.31 | |
| Small (Ulnar) | 2.83 | | 3.61 | |
| Thumb (Median & Radial) | 3.61 | | 4.31 | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 15.2 | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| Finger Girth (cm) | P1 | P2 | P3 | PIP | DIP | IP |
|---|---|---|---|---|---|---|

At elbow crease Left - 23.8cm
At elbow crease Right - 23.9cm
1 inch proximal to left elbow - 25.0cm
1 inch proximal to right elbow - 24.1cm

**Vital Signs:**
Ht: 5' 4" Wt: 142.00 BMI: 24.37

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97530 - Therapeutic Activity - [TP009] | =============== | === | === | | 15 | Yes | |
| Education | diagnosis; precautions; POC; initial HEP | | | | | Yes | |
| towel crawling and towel slide | across tabletop | | | | | Yes | |
| flexbar-sup/pro, wrist flex/ex | to improve functional grip against positional changes of forearm and wrist | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | =============== | === | === | | 8 | Yes | |
| PROM | gentle - digits,wrist,forearm and elbow | | | | | Yes | |
| 97533 - Sensory Integration - [TP011] | =============== | === | === | ===== | 10 | Yes | |
| scar mobilization | for scar mobility and desensitization | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | =============== | === | === | | 10 | Yes | |
| median nerve glides | "serving tray" | | | | | Yes | |
| 97110 - Ther-Ex / Procedure - [TP001] | =============== | === | === | | 10 | Yes | |
| AAROM | on supination wheel | | | | | Yes | |

| Service Based | Comment | Status | Time | Done Today |
|---|---|---|---|---|
| OT Evaluation High Complexity | Eval | Active | 5 | Yes |

## ASSESSMENT:
Patient presents with signs and symptoms that are consistent with: R CTR, scar revision

The current impairments identified include: decreased AROM, decreased PROM, increased pain, decreased strength, increased edema, decreased light touch sensation

The functional deficits are as follows: difficulty with all ADL's right UE

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is good.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| Goals | Short-Long | Time Frame | Result | Comment |
|---|---|---|---|---|
| Pt. will demonstrate good compliance with all aspects of home program. | Short Term | 1 week | Initial | |
| Pt. will comply with scar massage as part of home program following suture removal. | Short Term | 1 week | Initial | |
| Pt. will demonstrate ability to make a loose composite fist. | Short Term | 2 weeks | Initial | |
| Pt. will demonstrate ability to make a tight composite fist. | Long Term | 4 weeks | Initial | |
| Pt. will demonstrate at least 40 degrees of wrist flexion/extension. | Long Term | 4 weeks | Initial | |
| Pt. will demonstrate improving/returning sensation. | Short Term | 2 weeks | Initial | |
| DASH score < 25. | Long Term | 4 weeks | Initial | |
| Pt. will report normal sensation. | Long Term | 4 weeks | Initial | |
| Pt. will demonstrate at least 30# right hand grip strength to enable full use of hand for all desired/work activities. | Long Term | 4 weeks | Initial | |
| Pt. will resume full participation in all desired activities. | Long Term | 4 weeks | Initial | |

## Assessment of Complexity:

Occupational Profile/Medical and Therapy History: Extensive review of physical, cognitive and psychosocial performance.
Patient Assessment: 5 or more deficits relating to physical, cognitive, psychosocial limitations/restrictions.
Clinical Decision Making: High analytic complexity, comprehensive assessments, multiple treatment options, significant modifications of assessment.

Based on the documented information above, the patient complexity is determined to be high.

**MIPS Quality Measures**
**Measure: 128: Preventive Care and Screening: Body Mass Index (BMI) Screening and Follow-Up**
BMI is documented within normal parameters and no follow-up plan is required.

**Meaure 130: Documentation of Current Medications in the Medical Record**
Eligible clinician attests to documenting in the medical record they obtained, updated, or reviewed the patient's current medications.

**Measure 131: Pain Assessment and follow-up**
Pain assessment documented as positive using a standardized tool and a follow-up plan is documented: pain addressed with POC

**Measure: 182: Functional Outcome Assessment**
Functional outcome assessment documented as positive using a standardized tool and a care plan based on identified deficiencies on the date of the functional outcome assessment is documented: function addressed with POC

## PLAN:



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

The patient's treatment will include Manual Therapy, Ther-Ex / Procedure, Therapeutic Activity, Neuromuscular re-education, Community / Work Reintegration, Self Management, Sensory Integration and OT Eval High Complexity. The patient will be seen 3 times per week for 4 weeks, for a total of 12 visits.
Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.
Thank you for your referral. We will keep you updated on this patient's progress.
Best regards,

Jason Little OT CHT

This document was electronically signed on 04-23-19 at 06:31p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# End of Care

| | | | |
|---|---|---|---|
| **Date of Visit:** | 04-03-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 09:25a |
| **Date of Birth:** | | **Time Out:** | 10:00a |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm

M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**

Lynn Garza has attended a total of 44 treatment sessions following evaluation of s/p L forearm volar fascia release.

**Presenting Problems:**

The patient reports today's pain a 7 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**

Date: 06-01-18

Volar Forearm Fascia Release Left side

**Contraindications:**

1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

Patient is nervous about her CTR surgery that is scheduled for this Friday. She is hopeful that she won't have to "start over", and that the surgery provides some relief.

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today? | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 10 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 5 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 10 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair. The patient's discharge prognosis is fair. Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Objective measurements are not improved at this progress note. Patient has had a recent increase in pain symptoms and irritation in the fingertips with the sensation of cold most of the time.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 3/28 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 3/28 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 3/28 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 3/28 |

**PLAN:**

**Reason for concluding the current episode of care:**

1. Patient is undergoing another surgical procedure

Thank you for your referral.

Best regards,

Patient: Lynn Garza, DOB:

Jason Little OT CHT

This document was electronically signed on 04-03-19 at 10:59a by Jason Little OT.

Patient: Lynn Garza, DOB:

SERC Physical Therapy

# Daily Note

**Date of Visit:** 03-29-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:00a
**Time Out:** 10:50a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient feels that her hand is warm today and that typically is an indication that her pain is less and that seems to be accurate today.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 15 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 15 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 10 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Dramatic improvements from day to day with improved skin temperature, improved AROM and activity performance today.

| Goals | Short/Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 3/28 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 3/28 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 3/28 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 3/28 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 43.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-29-19 at 11:50a by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC
Physical Therapy

# Progress Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 03-28-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 02:40p |
| **Date of Birth:** | | **Time Out:** | 03:20p |
| **Age:** | 46 | **Certification Period:** | 03-29-19 / 04-11-19 |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

| | |
|---|---|
| M79.632 | Pain in left forearm |
| M25.632 | Stiffness of left wrist, not elsewhere classified |

Scheduled appointments during reporting period: 56.00
Completed treatment sessions: 41
Missed treatment sessions: 15

**SUBJECTIVE**:
Lynn Garza, attended for therapy evaluation on 06-15-18 for evaluation of s/p L forearm volar fascia release. The patient has attended 41 treatment sessions since the evaluation.

**Presenting Problems:**
The patient reports today's pain a 7 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**
Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**Other Subjective Comments:**
Patient is having more pain in the past several days and is unsure what to attribute it to. She is nervous about having another surgery but is hopeful that it doesn't mean that she will be completely starting over.

**OBJECTIVE:**
**HAND EVALUATION**
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Wrist | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| Left AROM | 06-15-18 | | 02-25-19 | 03-28-19 | |
|---|---|---|---|---|---|
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 25 / 32 | 67 / 75 | 58 /54 | 54 /49 | Goal = RUE |
| Wrist Pronation (80) / Wrist Supination (80) | 70 / 60 | 85 / 80 | 75 /85 | 71 /81 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 / 15 | 20 / 30 | 18 /28 | 16 /29 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | 15/62 | 11 |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 3.61 all | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 14.8 | |

Initial wrist crease circumference - 15.0cm

Circumference 1" proximal to the elbow R = 24.0cm L = 24.5cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 10 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 10 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

**ASSESSMENT:**

Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Objective measurements are not improved at this progress note. Patient has had a recent increase in pain symptoms and irritation in the fingertips with the sensation of cold most of the time.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is fair.

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 3/28 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 3/28 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 3/28 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 3/28 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 3/28 |

**PLAN:**

The patient's treatment will include Patient Education, Patient Education, Issue Supplies & Adaptive Equipment, Custom Orthosis Fabrication, Custom Orthosis Follow Up, Wound, Scar & Edema Mgmt, Ultrasound, E-Stim Manual, Iontophoresis, Hot / Cold Pack, Paraffin Bath, Fine Motor Coordination/Dexterity, ASTYM/IASTM, Manual Therapy, Joint and Soft Tissue Mobilization, Therapeutic Activities, Therapeutic Exercises, Neuromuscular Re-education and OT Re-Evaluation.

Discharge planning will include: WNL AROM and functional use with independence in HEP. We will develop a home exercise program. The patient will continue therapy 2 times per week for 2 weeks, for an additional 4 visits and a total of 46 visits since start of care.
Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.
Thank you for your referral. We will keep you updated on this patient's progress.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-28-19 at 04:43p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC Physical Therapy

# Daily Note

**Date of Visit:** 03-25-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:00a
**Time Out:** 11:00a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 5 out of 10. Patient is having more pain in the past several days and is unsure what to attribute it to. She feels a lot of tension in the front of the upper arm and radiating symptoms from her fingers up into her forearm with touch and movement.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient has one of her worst days in therapy in recent weeks, high pain reports and discomfort during activities, decreased tolerance for weight bearing activities and overall increased hypersensitivity.

| Goals | Short/Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 41.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-25-19 at 01:43p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Daily Note

**Date of Visit:** 03-22-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:00a
**Time Out:** 11:00a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 5 out of 10. Patient is excited about her upcoming surgeries. She is having more pain today, wonders if it was some of the weight bearing activities and resistive activities that were performed at the last visit.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient tolerates activities well today and appears to be progressing well with current plan of care.

| Goals | Short/Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 40.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-22-19 at 12:24p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 03-20-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 10:00a |
| **Date of Birth:** | | **Time Out:** | 11:00a |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm

M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**

The patient reports today's pain a 4 out of 10. Patient states that Dr. Endress is going to perform a CTR and Guyon's canal release to her left hand on 4/5. She is very excited but also nervous about this procedure. He also plans to release her median and ulnar nerve from any scar tissue impingements he can see.

**Contraindications:**

1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient tolerates activities well today and appears to be progressing well with current plan of care. Improved weight bearing today with putty press and nerf ball press.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 39.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-20-19 at 12:19p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 03-08-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 10:00a |
| **Date of Birth:** | | **Time Out:** | 11:00a |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient is reporting that her pain is increased today due to increased attempts to use the hand.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**
**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient continues to have intermittent pain spikes and limited function based on that pain.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 38.

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-08-19 at 12:21p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Daily Note

**Date of Visit:** 03-06-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:02a
**Time Out:** 11:02a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 3 out of 10. Patient went to see Dr. Nouhan who is calling what she has intermittent compartment syndrome. She was told to continue therapy for another month and then possible consideration to her EMG confirmed CTS can be addressed. Patient reports continuation of cold sensations in her fingertips.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. No significant changes noted today, tolerating e-stim to dorsal forearm more easily. Patient continues to have cold sensitivity in the fingertips of the left hand, unable to tolerate direct massage on scar yet.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 37.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-06-19 at 02:38p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC Physical Therapy

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 03-01-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 10:02a |
| **Date of Birth:** | | **Time Out:** | 11:02a |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm

M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**

The patient reports today's pain a 4 out of 10. Patient feels that her sensitivity along the scar is higher today. She underwent an EMG study on Wednesday and she was told that she has moderate CTS.

**Contraindications:**

1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. CTS could be contributing to cold feeling of hands, tolerates e-stim fairly well today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 36.

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 03-01-19 at 01:59p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Progress Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 02-25-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 09:58a |
| **Date of Birth:** | | **Time Out:** | 10:58a |
| **Age:** | 46 | **Certification Period:** | 02-26-19 / 04-22-19 |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm

M25.632 Stiffness of left wrist, not elsewhere classified

Scheduled appointments during reporting period: 47.00
Completed treatment sessions: 35
Missed treatment sessions: 12

**SUBJECTIVE**:
Lynn Garza, attended for therapy evaluation on 06-15-18 for evaluation of s/p L forearm volar fascia release. The patient has attended 35 treatment sessions since the evaluation.

**Presenting Problems:**
The patient reports today's pain a 6 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**
Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**Other Subjective Comments:**
Patient is returning to see Dr. Nouhan next Tuesday prior to having her EMG next Wednesday. She feels that the compression garments are the most helpful reliever of pain that she has noticed in the length of the arm.

## DASH:

Tool Score: 63.75



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**OBJECTIVE:**
**HAND EVALUATION**
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Wrist | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|
| Left AROM | 06-15-18 | | 02-13-19 | 02-25-19 | |
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 25 / 32 | 67 / 75 | 54 /50 | 58 /54 | Goal = RUE |
| Wrist Pronation (80) / Wrist Supination (80) | 70 / 60 | 85 / 80 | 74 /85 | 75 /85 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 / 15 | 20 / 30 | 15 /26 | 18 /28 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | 13 | 15/62 |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 3.61 all | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 14.8 | |

Initial wrist crease circumference - 15.0cm
Circumference 1" proximal to the elbow R = 24.0cm L = 24.5cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

**ASSESSMENT:**
Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Compared to last assessment of ROM and strength the patient has made slight improvements. However, significant deficits are evident when compared to non-involved UE, especially with grip strength (13 vs 62). Pain reports remain moderate to high, functional limitations remain high per subjective report and due to dominant UE involvement.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is fair.

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short/Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/25 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/25 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/25 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/25 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/25 |

**PLAN:**
The patient's treatment will include Patient Education, Patient Education, Issue Supplies & Adaptive Equipment, Custom Orthosis Fabrication, Custom Orthosis Follow Up, Wound, Scar & Edema Mgmt, Ultrasound, E-Stim Manual, Iontophoresis, Hot / Cold Pack, Paraffin Bath, Fine Motor Coordination/Dexterity, ASTYM/IASTM, Manual Therapy, Joint and Soft Tissue Mobilization, Therapeutic Activities, Therapeutic Exercises, Neuromuscular Re-education and OT Re-Evaluation.

Discharge planning will include: WNL AROM and functional use with independence in HEP. We will develop a home exercise program. The patient will continue therapy 2 times per week for 8 weeks, for an additional 16 visits and a total of 51 visits since start of care.
Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.
Thank you for your referral. We will keep you updated on this patient's progress.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-25-19 at 12:13p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 02-22-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 08:40a
**Time Out:** 09:40a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 3 out of 10. Patient is returning to see Dr. Nouhan next Tuesday prior to having her EMG next Wednesday. She feels that the compression garments are the most helpful reliever of pain that she has noticed.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

Patient: Lynn Garza, DOB:

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Better ROM during e-stim treatment today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/13 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/13 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/13 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/13 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 34.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-22-19 at 11:55a by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC
Physical Therapy

# Daily Note

**Date of Visit:** 02-20-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:40a
**Time Out:** 11:40a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 5 out of 10. Patient went to see Dr. Endress, but he still didn't have any of her notes from Dr. Nouhan. He did schedule an EMG with her and will follow up with her after the test is completed. She went by the Monarch office today to pick up her op report.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Improving tolerance for ultrasound in the elbow crease/medial elbow, improving performance of activities.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/13 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/13 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/13 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/13 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 33.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-20-19 at 02:46p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Daily Note

**Date of Visit:** 02-18-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:02a
**Time Out:** 11:02a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

## SUBJECTIVE:

The patient reports today's pain a 4 out of 10. Patient is seeing Dr. Endress today and hopes that he can give her some advice or options about how to proceed with her situation. She feels that the ultrasound might have made her arm less swollen at the elbow.

**Contraindications:**

1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

## OBJECTIVE:

## ACTIVITY LOG:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Ultrasound may have improved edema at elbow crease to decrease, decreasing pain with activity and allowing the patient to perform ROM activities more easily.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/13 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/13 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/13 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/13 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 32.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-19-19 at 09:19a by Jason Little OT.

Patient: Lynn Garza, DOB:

SERC

# Progress Note

**Date of Visit:** 02-13-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 11:00a
**Time Out:** 12:00p
**Certification Period:** 02-13-19 / 04-09-19

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

Scheduled appointments during reporting period: 42.00
Completed treatment sessions: 31
Missed treatment sessions: 11

**SUBJECTIVE**:
Lynn Garza, attended for therapy evaluation on 06-15-18 for evaluation of s/p L forearm volar fascia release. The patient has attended 31 treatment sessions since the evaluation.

**Presenting Problems:**
The patient reports today's pain a 5 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**
Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications**:
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**Other Subjective Comments:**
Patient reports that she was very sore after the 15 minutes of making a fist during the e-stim portion of the session.

**OBJECTIVE:**
**HAND EVALUATION**
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Wrist | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|
| Left AROM | 06-15-18 | | 01-21-19 | 02-13-19 | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| | | | | | |
|---|---|---|---|---|---|
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 25 / 32 | 67 / 75 | 50 /45 | 54 /50 | Goal = RUE |
| Wrist Pronation (80) / Wrist Supination (80) | 70 / 60 | 85 / 80 | 70 /85 | 74 /85 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 / 15 | 20 / 30 | 14 /25 | 15 /26 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | 11 | 13 |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 3.61 all | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 15.2 | |

Initial wrist crease circumference - 15.0cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |

**ASSESSMENT:**
Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Compared to last assessment of ROM and strength the patient has made slight improvements. However, significant deficits are evident when compared to non-involved UE, especially with grip strength. Pain reports remain moderate to high, functional limitations remain high per subjective report and due to dominant UE involvement.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Since resuming therapy 3 weeks ago the patient has improved with her tolerance for therapy and has been able to perform activities with more endurance and intensity. ROM of the wrist is slightly improved in all planes and grip is minimally improving.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is fair.

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 2/13 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 2/13 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 2/13 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 2/13 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 2/13 |

**PLAN:**

The patient's treatment will include Patient Education, Patient Education, Issue Supplies & Adaptive Equipment, Custom Orthosis Fabrication, Custom Orthosis Follow Up, Wound, Scar & Edema Mgmt, Ultrasound, E-Stim Manual, Iontophoresis, Hot / Cold Pack, Paraffin Bath, Fine Motor Coordination/Dexterity, ASTYM/IASTM, Manual Therapy, Joint and Soft Tissue Mobilization, Therapeutic Activities, Therapeutic Exercises, Neuromuscular Re-education and OT Re-Evaluation.

Discharge planning will include: WNL AROM and functional use with independence in HEP. We will develop a home exercise program. The patient will continue therapy 2 times per week for 8 weeks, for an additional 16 visits and a total of 46 visits since start of care.
Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.
Thank you for your referral. We will keep you updated on this patient's progress.

Best regards,

Jason Little OT CHT

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

This document was electronically signed on 02-13-19 at 03:06p by Jason Little OT.

Patient: Lynn Garza, DOB:

SERC

# Daily Note

**Date of Visit:** 02-11-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 11:45a
**Time Out:** 12:45p

**Diagnosis:**
M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient feels that her fingers continue to have a different color to them than the rest of her hand and forearm. She feels that she can make a tighter fist today but that when she tries to make a fist she is squeezing something that isn't actually there.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim with fist pumping exercises | | | | | Yes | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Improved ability to make a strong fist with use of e-stim today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 30.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-11-19 at 04:16p by Jason Little OT.

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Daily Note

**Date of Visit:** 02-08-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 01:05p
**Time Out:** 02:05p

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient went to see Dr. Endress who did not have any of her records from her surgery. So the appointment was basically rescheduled for 2 weeks from the original. The doctor did acknowledge the difference in temperature in her hands.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**
**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. No significant changes, but patient is able to tolerate full hour of therapy with recent sessions.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 29.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-08-19 at 02:55p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Daily Note

**Date of Visit:** 02-04-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 12:03p
**Time Out:** 01:03p

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 4 out of 10. Patient is feeling that the new version of the compression garment is improved. She will be see Dr. Ryan Endress at KU Med today for another opinion.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 20 | Yes | |
| texture wands | soft wands only for desensitization | | | | | Yes | |
| e-stim | IFC pain relief estim | | | | | Yes | |

**ASSESSMENT:**



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Patient tolerates activities well today and appears to be progressing well with current plan of care. Significant improvement in activity tolerance and performance today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 28.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-04-19 at 04:41p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Daily Note

**Date of Visit:** 02-01-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 01:05p
**Time Out:** 01:57p

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 5 out of 10. Patient has noticed that with her current compression garment set up the glove sits directly on the proximal edge of the scar and that is bothersome so she typically only wears her arm sleeve. However, the arm sleeve alone doesn't keep the swelling out of her hand very well.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 12 | Yes | |
| e-stim | IFC pain relief estim | | | | | Yes | |

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

Improving tolerance for pressure/touch along forearm, but improvements are very small and incremental.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 27.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 02-03-19 at 11:57a by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC Physical Therapy

# Daily Note

**Date of Visit:** 01-28-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 12:03p
**Time Out:** 12:55p

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 5 out of 10. Patient is concerned with how long it has taken for her to get any sort of improvement out of her arm. Her short term disability case was closed, but she is appealing the ruling based on what she thought was a statement that she hadn't lost any strength in her arm since the surgery. She feels that is inaccurate. She has had a feeling of "tightness" just proximal to the wrist.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 20 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | 12 | Yes | |
| e-stim | IFC pain relief estim | | | | | Yes | |

**ASSESSMENT:**



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. After a good day of activity performance last week she has less ability to tolerate PROM and repetitions of activities today due to increased pain. Tolerates e-stim well at very low settings today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 26.

Patient/caregiver of patient has consented to treatment and understands the diagnosis, prognosis and treatment goals associated with this plan of care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 01-28-19 at 02:56p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 01-25-19 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 01:20p |
| **Date of Birth:** | | **Time Out:** | 02:15p |
| **Age:** | 46 | | |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm

M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**

The patient reports today's pain a 5 out of 10. Patient states that her arm continues to have significant pain along the scar, she notices that her fingertips are cold most of the time. She does feel that her compression garments continue to be helpful.

**Contraindications:**

1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 25 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| putty | squeeze and door knob smash | | | | | No | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 10 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | | No | |
| texture wands | soft wands only for desensitization | | | | | No | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| Ultrasound | 50% 3MHz along side of scar | | | | | No | |

| Service Based | Comment | Status | Time | Done Today |
|---|---|---|---|---|
| HMP | forearm | Active | 10 | Yes |
| Ice | end of session | Active | 10 | |
| E-Stim (unattended) | pain relief estim<br>left forearm | Active | 12 | |
| OT Re-Evaluation | Re-Eval | Active | 15 | |

**ASSESSMENT:**

The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Improved tolerance of activities with improved endurance demonstrated.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 25.

Patient has consented to treatment and understands diagnosis, prognosis and treatment goals associated with this plan of care. Patient is a willing participant in care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 01-25-19 at 07:09p by Jason Little OT.

Patient: Lynn Garza, DOB:

7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Daily Note

**Date of Visit:** 01-23-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:00a
**Time Out:** 10:50a

**Diagnosis:**

M79.632 Pain in left forearm
M25.632 Stiffness of left wrist, not elsewhere classified

**SUBJECTIVE:**
The patient reports today's pain a 5 out of 10. Patient was pretty sore after her last visit but she attributes that to the measurements that we had to take at IE. She feels that the compression garments have been helpful.
**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**OBJECTIVE:**

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 12 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| putty | squeeze and door knob smash | | | | | No | |
| 97140 - Manual Therapy - [TP007] | | | | | 16 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 12 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| dexterity exercises | marble pick up and transfer | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | | No | |
| texture wands | soft wands only for desensitization | | | | | No | |

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| Ultrasound | 50% 3MHz along side of scar | | | | | No | |

| Service Based | Comment | Status | Time | Done Today |
|---|---|---|---|---|
| HMP | forearm | Active | 10 | Yes |
| Ice | end of session | Active | 10 | |
| E-Stim (unattended) | pain relief estim left forearm | Active | 12 | |
| OT Re-Evaluation | Re-Eval | Active | 15 | |

**ASSESSMENT:**
The patient appears motivated. The patient's progress towards goals is good and her tolerance to treatment is good. Minimal complaints during treatment today, complaints of intermittent cold sensations in fingers are few, good activity performance to completion today.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |

**PLAN:**

Lynn will continue with therapist management as outlined in the plan of care. This is visit # 24.

Patient has consented to treatment and understands diagnosis, prognosis and treatment goals associated with this plan of care. Patient is a willing participant in care.

Best regards,

Jason Little OT CHT

This document was electronically signed on 01-23-19 at 03:14p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Re-Evaluation

**Date of Visit:** 01-21-19
**Patient Name:** Garza, Lynn
**Patient #:** 0711502
**Date of Birth:**
**Age:** 46
**Date of Onset:** 06-01-2016

**Therapist:** Jason Little OT
**Referring MD:** Regina Nouhan MD
**Time In:** 10:05a
**Time Out:** 10:55a
**Certification Period:** 01-21-19 / 02-17-19

**Diagnosis:**

| | |
|---|---|
| M79.632 | Pain in left forearm |
| M25.632 | Stiffness of left wrist, not elsewhere classified |

| | |
|---|---|
| Scheduled appointments during reporting period: | 33.00 |
| Completed treatment sessions: | 23 |
| Missed treatment sessions: | 10 |

**SUBJECTIVE**:
Lynn Garza, initially presented on 06-15-18 for musculoskeletal evaluation of s/p L forearm volar fascia release. The patient has attended 23 treatment sessions since the evaluation. This patient returns to today for re-evaluation due to progress check.

**Presenting Problems:**
The patient reports today's pain a 5 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**
Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**Other Subjective Comments:**
Patient has returned to see Dr. Nouhan because there hadn't been any change in her symptoms. She has not been working since November and has had an MRI and a lymph study that were both unremarkable. She has been referred to Dr. Endress at KU.

**DASH:**

Tool Score: 66.00



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**OBJECTIVE:**
**HAND EVALUATION**
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Wrist | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|
| Left AROM | 06-15-18 | | 10-08-18 | 01-21-19 | |
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 25 / 32 | 67 / 75 | 48 /55 | 50 /45 | Goal = RUE |
| Wrist Pronation (80) / Wrist Supination (80) | 70 / 60 | 85 / 80 | 78 /78 | 70 /85 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 / 15 | 20 / 30 | 10 /24 | 14 /25 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | 6/55 | 11 |

**SENSATION:**

| Light Touch | Right | Goal | Left | Goal |
|---|---|---|---|---|
| Index (Median) | 2.83 | | 3.61 all | |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 15.4 | |

Initial wrist crease circumference - 15.0cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 10 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| putty | squeeze and door knob smash | | | | | No | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 5 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| taping | K-tape on scar | | | | | No | |

Patient: Lynn Garza, DOB:

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97112 - Neuro Re-Ed - [TP002] | | | | | | No | |
| texture wands | soft wands only for desensitization | | | | | No | |
| Ultrasound | 50% 3MHz along side of scar | | | | | No | |

| Service Based | Comment | Status | Time | Done Today |
|---|---|---|---|---|
| HMP | forearm | Active | 10 | Yes |
| Ice | end of session | Active | 10 | |
| E-Stim (unattended) | pain relief estim<br>left forearm | Active | 12 | |
| OT Re-Evaluation | Re-Eval | Active | 15 | Yes |

**ASSESSMENT:**

Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Compared to last assessment of ROM and strength the patient has made slight improvements. However, significant deficits are evident when compared to non-involved UE, especially with grip strength. Pain reports remain moderate to high, functional limitations remain high per subjective report and due to dominant UE involvement.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is fair.

The patient appears motivated. The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to<br>Quick DASH calculated score equal to<br>Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 1/21 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 1/21 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 1/21 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 1/21 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 1/21 |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

**PLAN:**

The patient's treatment will include Patient Education, Patient Education, Issue Supplies & Adaptive Equipment, Custom Orthosis Fabrication, Custom Orthosis Follow Up, Wound, Scar & Edema Mgmt, Ultrasound, E-Stim Manual, Iontophoresis, Hot / Cold Pack, Paraffin Bath, Fine Motor Coordination/Dexterity, ASTYM/IASTM, Manual Therapy, Joint and Soft Tissue Mobilization, Therapeutic Activities, Therapeutic Exercises, Neuromuscular Re-education and OT Re-Evaluation.

Discharge planning will include: WNL AROM and functional use with independence in HEP. We will develop a home exercise program. The patient will continue therapy 2 times per week for 4 weeks, for an additional 8 visits and a total of 30 visits since start of care.
Patient has consented to treatment and understands diagnosis, prognosis and treatment goals associated with this plan of care. Patient is a willing participant in care.
Thank you for your referral. We will keep you updated on this patient's progress.

Best regards,

Jason Little OT CHT

This document was electronically signed on 01-21-19 at 04:06p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

SERC

# Progress Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 10-08-18 | **Therapist:** | Jason Little OT |
| **Patient Name:** | Garza, Lynn | **Referring MD:** | Regina Nouhan MD |
| **Patient #:** | 0711502 | **Time In:** | 05:05p |
| **Date of Birth:** | | **Time Out:** | 05:45p |
| **Age:** | 46 | **Certification Period:** | 10-09-18 / 11-19-18 |
| **Date of Onset:** | 06-01-2016 | | |

**Diagnosis:**

M79.632 Pain in left forearm

M25.632 Stiffness of left wrist, not elsewhere classified

Scheduled appointments during reporting period: 31.00
Completed treatment sessions: 21
Missed treatment sessions: 10

**SUBJECTIVE**:
Lynn Garza, attended for therapy evaluation on 06-15-18 for evaluation of s/p L forearm volar fascia release. The patient has attended 21 treatment sessions since the evaluation.

**Presenting Problems:**
The patient reports today's pain a 4 out of 10. Patient states pain is located along volar and ulnar forearm, described as constant ache with intermittant cramping.

Pt reports that her swelling has decreased.

4-6/10

**Current Surgery:**
Date: 06-01-18
Volar Forearm Fascia Release Left side

**Contraindications:**
1. .Web Outcomes - Surgical Condition 2. Medical Condition - Depression 3. Thyroid Problems

**Other Subjective Comments:**
Patient states that her pain is preventing her from being able to work at a pace that she needs to in order to keep her job.

**OBJECTIVE:**
**HAND EVALUATION**
**HAND DOMINANCE:** Left
**RANGE OF MOTION:**

| Wrist | Initial | Goal | Last | Current | Comments |
|---|---|---|---|---|---|
| Left AROM | 06-15-18 | | 09-17-18 | 10-08-18 | |



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

| | | | | | |
|---|---|---|---|---|---|
| Wrist Extension (60-70) / Wrist Flexion (60-80) | 25 / 32 | 67 / 75 | 45 /35 | 48 /55 | Goal = RUE |
| Wrist Pronation (80) / Wrist Supination (80) | 70 / 60 | 85 / 80 | 75 /75 | 78 /78 | |
| Wrist Radial Deviation (20) / Wrist Ulnar Deviation (30) | 5 / 15 | 20 / 30 | 15 / 20 | 10 /24 | |

| Grip Strength (lbs) | Initial (L/R) | Goal (L/R) | Last (L/R) | Current (L/R) |
|---|---|---|---|---|
| Grip Dynamometer 2 | | | 5 | 6/55 |

**PALPATION:**

| Girth (cm) | Right | Goal | Left | Goal |
|---|---|---|---|---|
| At Wrist Crease | 14.6 | | 14.8 | |

Initial wrist crease circumference - 15.0cm

**ACTIVITY LOG:**

| Exercises | Comment | Sets | Reps | Weight | Time | Done Today | Special |
|---|---|---|---|---|---|---|---|
| 97110 - Ther-Ex / Procedure - [TP001] | | | | | 10 | Yes | |
| Sup/pro wheel | wrist flexion/ extension/ sup/pro | | 20 | | | Yes | |
| AROM elbow | | | | | | Yes | |
| putty | squeeze and door knob smash | | | | | No | |
| 97140 - Manual Therapy - [TP007] | | | | | 10 | Yes | |
| PROM- gentle | wrist, digits, forearm in supine | | | | | Yes | |
| Scar massage | | | | | | Yes | |
| 97530 - Therapeutic Activity - [TP009] | | | | | 8 | Yes | |
| towel crawling | across tabletop | | | | | Yes | |
| taping | K-tape on scar | | | | | Yes | |
| 97112 - Neuro Re-Ed - [TP002] | | | | | | No | |
| texture wands | soft wands only for desensitization | | | | | No | |
| Ultrasound | 50% 3MHz along side of scar | | | | | No | |

| Service Based | Comment | Status | Time | Done Today |
|---|---|---|---|---|
| HMP | forearm | Active | 10 | |
| Ice | end of session | Active | 10 | |
| E-Stim (unattended) | pain relief estim<br>left forearm | Active | 12 | Yes |

Patient: Lynn Garza, DOB:

**ASSESSMENT:**
Patient presents with signs and symptoms that are consistent with: 9 weeks, 5 days s/p left (dominant) volar forearm fascia release.

Comorbidities and barriers to progress include: Congenital condition, sugical, depression, thyroid problems

Overall, patient demo minimal gains with flattening of the scar with wear of elastomer, and decreased pain with wear of compression sleeve. Pt demo increased grip strength to 6# and minimal increase with wrist extension; however,. Factors most affecting progress include: significant extrinsic tightness and pain. Pt also demo coldness of fingertips that appears to be worsening per report. Focus in therapy include increasing motion, pain/edema management, scar management, gentle strength/ functional activities.

The current impairments identified include: significantly decreased wrist AROM in each plane with guarding noted, moderate to high pain, moderately decreased supination/ pronation, and decreased strength and fine motor use. Patient educated on the importance of light use with good understanding. Patient does not appear to have good follow through with HEP due to pain.

The functional deficits are as follows:Pt is currently avoiding use with left arm due to pain- significant functional deficits

Patient has returned to work and was unable to attend therapy due to her schedule. She has been able to resume with some alterations in her work day and hopes that she can get some pain relief and increased function from the left UE.

Skilled intervention is required to address the listed impairments and functional limitations to meet the patient's set goals. The patient's rehab potential is fair.

The patient's progress towards goals is fair and her tolerance to treatment is fair.

| Goals | Short-Long | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|---|
| Quick DASH calculated score equal to Quick DASH calculated score equal to Quick Dash score 20 in order to perform cooking | Long Term | 4 weeks | Not met | | 10/8 |
| Decrease pain to 1/10 or less with functional activities | Long Term | 4 weeks | Not met | | 10/8 |
| Pt will demo/verbalize independent HEP and the importance of a continued exercise/stretching program. | Long Term | 4 weeks | Ongoing | | 10/8 |
| Pt to demo increased AROM left wrist flexion & extension to 60 degrees each in order to perform dressing | Short Term | 4 weeks | Not met | | 10/8 |
| Pt to demo increased supination/ pronation to 85 degrees in order to complete cooking & cleaning | Long Term | 4 weeks | Not met | | 10/8 |
| Pt to demo increased grip strength to 20# in order to perform ADLs. | Long Term | 6 weeks | Not met | | 10/8 |

**PLAN:**
The patient's treatment will include manual therapy, neuromuscular re-education, patient education, therapeutic activities, therapeutic exercises and Modalities PRN.

Discharge planning will include: WNL AROM and functional use with independence in HEP. We will develop a home exercise program. The patient will continue therapy 2 times per week for 6 weeks, for an additional 12 visits and a total of 34 visits since start of care.
Patient has consented to treatment and understands diagnosis, prognosis and treatment goals associated with this plan of care. Patient is a willing participant in care.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

Thank you for your referral. We will keep you updated on this patient's progress.

Best regards,

Jason Little OT CHT

This document was electronically signed on 10-08-18 at 07:03p by Jason Little OT.



7211 W 110th St Overland Park, KS 66210-2339
Phone: (913) 451-7373 Fax: (913) 451-7375
www.SERCTHERAPY.com

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

P

US POSTAGE AND FEES PAID
PRIORITY MAIL
Apr 29 2019
Mailed from ZIP 37422
PM Flat Rate Env
CID: 209254
CommercialPlusPrice
071V01329098

endicia

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

To Be Opened By Addressee Only

FROM:

BENCHMARK REHAB PARTNERS
6397 LEE HIGHWAY
SUITE 300
CHATTANOOGA, TN 37421

- Date of delivery specified*
- USPS TRACKING™ included to many international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4432 0866 74

Label 400 Jan. 2013
7690-16-000-7948

To schedule free Package Pickup, scan the QR code.

USPS TRACKING #

9405 5102 0086 4523 6043 69

TO:

Liberty Life Assurance Company of Bosh
Group Benefits Disability
P.O. Box 7207
London KY 40742-7207

PS00001000014

EP
OI

* Domestic only. ** For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14P © U.S. Postal Service; October 2018; All rights reserved.

3112219

31122190012

BenchMark Rehab Partners
Dept #888093
Knoxville, TN 37995
( 844 ) 319-6137 Tax ID:20-1530754

Invoice No
81082

Date: 04/26/2019

To: Liberty Life Assurance Company of Boston
Group Benefits Disability
P.O. Box 7207
London, KY 40742-7207
Attn: Claim #8820045

RE: Lynn Garza

| Request No | Invoice No | Medical Record No | Date Received | Date Sent | | |
|---|---|---|---|---|---|---|
| G99028 | 81082 | 0711502 | 04/25/2019 | 04/26/2019 | Pages/Time | Charges |
| | | | | Photocopy | 67 | 42.21 |
| | | | | Retrieval | | 18.97 |
| | | | | | Sales Tax | 0.00 |
| | | | | | Total Billed | $61.18 |
| | | | | | Amount Paid | 0.00 |
| | | | | | Balance | $61.18 |

| Document Date | | |
|---|---|---|
| Start | End | Description |
| 10/08/2018 | 04/25/2019 | Physical Therapy Notes |

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

P

US POSTAGE AND FEES PAID
PRIORITY MAIL
Apr 29 2019
Mailed from ZIP 37422
PM Flat Rate Env
CID: 209264
CommercialPlusPrice
071V01329098

endicia

UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

To Be Opened By Addressee Only

- Date of delivery specified*
- USPS TRACKING™ included to many international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

PS00001000014

EP
OL

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4432 0866 74

Label 400 Jan. 2013
7690-16-000-7948

To schedule free Package Pickup, scan the QR code.

USPS TRACKING #

9405 5102 0088 4523 6043 69

FROM:

BENCHMARK REHAB PARTNERS
6387 LEE HIGHWAY
SUITE 300
CHATTANOOGA, TN 37421

TO:

Liberty Life Assurance Company of Bost
Group Benefits Disability
P.O. Box 7207
London KY 40742-7207

* Domestic only. ** For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

This envelope is made from post-consumer waste. Please recycle - again.

3112219

![Lincoln Financial Group®]

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | May 1, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

May 1, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group companyis responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Lynn Garza's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent toyour office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 17, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019
8820045-MEDICAL-CORRESPONDENCE-05.01.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn A GARZA

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8820045 Date: 4/2/2019

**A copy of this authorization will be considered as valid as the original.**

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Health Information Management Department**
**5799 Broadmoor**
**Suite 200**
**Mission, KS 66202-2417**

Date: Tuesday, April 30, 2019 2:53 PM

To: LIBERTY LIFE ASSURANCE COPMANY OF BOSTON
Fax: 603-430-1776
Phone:

From: Lexi
Fax: 913-588-2495
Phone: 913-588-2454

5 Page(s) including this cover sheet

**Notes:**

**CONFIDENTIALITY NOTICE**

Patient information or other types of sensitive information included in the facsimile is for the exclusive use of the named recipient. If you are not the designated recipient or a person authorized to deliver this document or if you have obtained it in error, be advised that any reading, distribution, use or duplication of it is expressly prohibited. If this transmission was received in error, please notify the sender by phone immediately. The University of Kansas Health System is committed to protecting patient and/or other types of sensitive information.

RD

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RECEIVED
APR 09 2019
UNIV OF KS HOSPITAL
HEALTH INFO MGMT

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist

University Health™

Dept:
Location:

# FAX COVER SHEET

To:
Company:
Fax: 19135882495
Phone:

From :
Fax: 3186294806
Phone:
Email: U220@uhsystem.com

**NOTES:**

Scanned image from Revenue Integrity

Date and time of transmission: Tuesday, April 09, 2019 7:58:36 AM
Number of pages including this cover sheet: 03

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | April 9, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The University of Kansas Health System
Health Information Management Department
5799 Broadmoor, Suite 200
Mission, KS 66202

4/30/19

LIBERTY LIFE ASSURANCE COPMANY OF BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Re: Patient Name: MS. LYNN ANGELIQUE GARZA
Medical Record Number: 1770004

We received your request on 4/10/2019 for the above named patient. Unfortunately, we are unable to comply with your request as the authorization is either invalid or incomplete for the following reason(s):

- Signature of patient or personal representative

If you would still like to obtain these records, please resubmit a valid authorization form. We have enclosed our authorization for your use.

Should you have any questions, you may contact the Health Information Management Department, Release of Information section at **(913) 588-2454**.

Sincerely,

Release of Information Representative
Health Information Management
(913) 588-2454

Enc: Authorization Form

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

May 1, 2019

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

We are writing in regards to your request for LTD benefits. As you are aware we are attempting to obtain medical records on your behalf, however based on the enclosed response from your treating provider, which notes they have rejected our request.\\

At this time we are requesting you to obtain your medical records and provide for review.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-MEDICAL-CORRESPONDENCE-05.01.2019

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Health Information Management Department**
**5799 Broadmoor**
**Suite 200**
**Mission, KS 66202-2417**

Date: Tuesday, April 30, 2019 2:53 PM

To: LIBERTY LIFE ASSURANCE COPMANY OF BOSTON
Fax: 603-430-1776
Phone:

From: Lexi
Fax: 913-588-2495
Phone: 913-588-2454

5 Page(s) including this cover sheet

**Notes:**

**CONFIDENTIALITY NOTICE**

Patient information or other types of sensitive information included in the facsimile is for the exclusive use of the named recipient. If you are not the designated recipient or a person authorized to deliver this document or if you have obtained it in error, be advised that any reading, distribution, use or duplication of it is expressly prohibited. If this transmission was received in error, please notify the sender by phone immediately. The University of Kansas Health System is committed to protecting patient and/or other types of sensitive information.

RD

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RECEIVED
APR 09 2019
UNIV OF KS HOSPITAL
HEALTH INFO MGMT

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist

University Health™

Dept:
Location:

# FAX COVER SHEET

To:
Company:
Fax: 19135882495
Phone:

From :
Fax: 3186294806
Phone:
Email: U220@uhsystem.com

**NOTES:**

Scanned image from Revenue Integrity

Date and time of transmission: Tuesday, April 09, 2019 7:58:36 AM
Number of pages including this cover sheet: 03

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | April 9, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The University of Kansas Health System
Health Information Management Department
5799 Broadmoor, Suite 200
Mission, KS 66202

4/30/19

LIBERTY LIFE ASSURANCE COPMANY OF BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Re: Patient Name: MS. LYNN ANGELIQUE GARZA
Medical Record Number: 1770004

We received your request on 4/10/2019 for the above named patient. Unfortunately, we are unable to comply with your request as the authorization is either invalid or incomplete for the following reason(s):

- Signature of patient or personal representative

If you would still like to obtain these records, please resubmit a valid authorization form. We have enclosed our authorization for your use.

Should you have any questions, you may contact the Health Information Management Department, Release of Information section at **(913) 588-2454**.

Sincerely,

Release of Information Representative
Health Information Management
(913) 588-2454

Enc: Authorization Form

**Phyllis Carozza, PhD**

**9233 Ward Parkway**

**Kansas City, Mo 64114**

**816/361.6600**

May 1, 2019

To: Chenta Kennedy

Re: Lynn Garza

The records requested are enclosed.

Please contact me if you have questions or require clarification.

I have enjoyed working with Lynn and understand she is doing everything she can to facilitate her return to work.

Sincerely

Phyllis Carozza, Ph.D.

Phyllis Carozza

10/9/18

Nightmare at Work. New patient 40"
- Come back to find she has been written up...
- On call for 1 month
- Took away every other Thu.
- No days
- Keeps writing her up...

HOSTILE ENVIRONMENT

~~[illegible]~~ (worried that her license is in jeopardy

micro Medical Director + Executive Director
George

writes her up...
Seem like they are colluding
Cold & abrupt when she was off.

See surgeon today. Recommend that she
Hope she
Request she write a letter she have more time off to HEAL
No hope to heal

NRM surgery has

/5

---

Daughter is other nightmare.
Homeless and living in a Car
Brie
(22) —— 24
looks terrible no job
no job

# MAP FINDINGS SUMMARY

| Database | Target Property | Search Distance (Miles) | < 1/8 | 1/8 - 1/4 | 1/4 - 1/2 | 1/2 - 1 | > 1 | Total Plotted |
|---|---|---|---|---|---|---|---|---|
| **FEDERAL RECORDS** | | | | | | | | |
| NPL | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| Proposed NPL | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| Delisted NPL | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| NPL RECOVERY | | TP | NR | NR | NR | NR | NR | 0 |
| CERCLIS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| CERC-NFRAP | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| CORRACTS | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| RCRA TSD | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| RCRA Lg. Quan. Gen. | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| RCRA Sm. Quan. Gen. | | 0.250 | 0 | 1 | NR | NR | NR | 1 |
| ERNS | | TP | NR | NR | NR | NR | NR | 0 |
| HMIRS | | TP | NR | NR | NR | NR | NR | 0 |
| US ENG CONTROLS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| US INST CONTROL | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| DOD | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| FUDS | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| US BROWNFIELDS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| CONSENT | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| ROD | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| UMTRA | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| ODI | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| TRIS | | TP | NR | NR | NR | NR | NR | 0 |
| TSCA | | TP | NR | NR | NR | NR | NR | 0 |
| FTTS | | TP | NR | NR | NR | NR | NR | 0 |
| SSTS | | TP | NR | NR | NR | NR | NR | 0 |
| ICIS | | TP | NR | NR | NR | NR | NR | 0 |
| PADS | | TP | NR | NR | NR | NR | NR | 0 |
| MLTS | | TP | NR | NR | NR | NR | NR | 0 |
| MINES | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| FINDS | | TP | NR | NR | NR | NR | NR | 0 |
| RAATS | | TP | NR | NR | NR | NR | NR | 0 |
| **STATE AND LOCAL RECORDS** | | | | | | | | |
| State Haz. Waste | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |
| State Landfill | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| LUST | | 0.500 | 2 | 0 | 2 | NR | NR | 4 |
| UST | | 0.250 | 1 | 0 | NR | NR | NR | 1 |
| LAST | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| AST | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| SPILLS | | TP | NR | NR | NR | NR | NR | 0 |
| INST CONTROL | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| VCP | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| DRYCLEANERS | | 0.250 | 0 | 0 | NR | NR | NR | 0 |
| BROWNFIELDS | | 0.500 | 0 | 0 | 0 | NR | NR | 0 |
| AIRS | | TP | NR | NR | NR | NR | NR | 0 |
| **TRIBAL RECORDS** | | | | | | | | |
| INDIAN RESERV | | 1.000 | 0 | 0 | 0 | 0 | NR | 0 |

Lynn Garza - 10/9/[illegible]

9 years ever

(20)

- lives at Dad's house

- She won't clean. "Very Messy"

- In 2 BR.

- just started to drive

- working full time

Mark

- Wonderful man

- Debt ??

- Involved to teach a class in FOREIGN

Loves Mark

- Knows Bree

- drinking outside - drink when depressed

Bought her a new car

Working before marriage

Wishes hard to be healthy.

Bree (22)

- No contact living in her car

Bills - 24

manipulates

- Anxiety

Boss Called to

Bree's biggest trigger

Go to worst scenario

Drugs + drinking

Says Couldn't hold her job

Some disability but very little

- Need to move to Mark's.

Pay NO BILLS

- Friend Kelly is helping her with Mark's

- Don't

If gets in a car accident + beyond control

- Issues of pain

- Going to Al-anon

- Triggers affecting her.

- Dog has Cancer...

- worry @ CARMA

10/9




Terrified & fearful that have to have a medical leave.

- Trintelix
generic

CSSR

- Dr. Clark - Psychiatrist.
change med

XANAX
- AMPIBG

- Surgeon - Dr. NOWHAN (NEW HAND)
50mg. TRAMADOL PAIN

4/2/11

December to now No payment. But now employer will cover disability

Friday – SURGERY on hand

- [illegible] · Surgeon exhausted everything MD Neg things til another MD could figure her out..."

- Last MD – mod to severe carpal tunnel post surgery may be the result of tremendous pain

[R/O "Complex regional pain syndrome]

Compression of Nerves

figure doesn't accept it

Mad @ it. Now feel hopeful

KU

Almost 1 yr. w/o

TMS ?

Abilify + Welbutrin – @ 1 1/2 months. Prior to that could not get off the couch

Plastic Surgeon Ryan ENDRESS

↳ Friday surgery




1/2 dose abilify

300 Wellbutrin highest

- Struggle to get dressed
- "My Soul Hurts"
- Starting to set boundaries w/ Mom

- Gaining weight
- "lazy" & depressed
- seeing counselor

- Returning on 4/26
- Very Supportive
- "FIXER"
- cuts her meat

Sugg

Moved

Help. Mark broke his finger shattered.

Happy to be moved. Has her money. No address. Feels better @ dog. Joanna's. Continue to help her grow up. Living in her home

Not best Resource

Lynn

Joan Not involved w/

25

Not warm critical of Joan

- just driving
- now full time job
- w/ 2 dogs
- big dogs
-

a bit crowded w/ Lynn + Mark Cat+

- Keep boundries
- Feels like she is living in Mark + Joanna's home
- Only space will have
- Less emotional chaos
- No more $ or Town
- Brie is back in St Joe; killed her car TOTALLED

Bree

allowing Dillon + Brie to stay n/ her since early Dec

Did not want dogs or Dillon or Brie

Dillon

Traditional person. Involved in everything

Brie

- Living w/ Dillon's parents
- Surface w/ ~~Mom~~. Lynn
- Today Lynn will go St. Joe to bring her present

(2)

57

last
~~[illegible]~~
wants Brie to
stand on her own...

Mark

Dr. Appt
1st week
heart broken
when Lynn
told her
not to
fix Brie's
CAR

Lynn

@ phone just pay for it

Going to San Antonio
more & more a
realistic plan
- Live on property w/ her
parents
- Parents want to
- Share cooking respon
(Mark & Mom for
cooking.
- Better finances
in San Antonio
- "Going Home"
- "Want to go Home"
- Dad say Brie ~~she~~ is an
~~Brie~~ Adult
~~[illegible]~~
- Texted Brie that
Grandparents won't
pay

Donna

Gets to live at
Mark's but
Brie doesn't

pros & cons
$ 130 month
for Brie's phone
Just do it for now...
Learning to not

Competent =
Know she can
tell right ~~for~~ from
wrong. Brie out the
a teen.

Brie

$ 200 gift card from Wal Mart

Brie
Role reversal w/ Dad
in past.






- Going Home to San Antonio is Recharging
- [illegible] w/ parents
-

No pressure

Sugg

Keep the plan simple. payphone til she feels better

Focus on Self - going home. relaxing + rest
- Doing for them some.
- "Love Mom + Dad so much"

4/9 Lynn + Mark

~~Snag~~ ~~[illegible]~~ WORK

1) Human Resources

2) Move to Mark's home
use cleaning people to help move you

3)

This is your time to let go of Bruce in the most loving way you can. Instead of telling her what to do.

Tell her what your going to do the logistics

I understand that my telling you what to do is no longer helpful. But that doesn't mean I want you out of my

life. ~~[illegible]~~ I am
going to keep you up on what I am
doing

Liberty/Garza 2099

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

**Health Information Management Department**
**5799 Broadmoor**
**Suite 200**
**Mission, KS 66202-2417**

Date: Tuesday, April 30, 2019 2:53 PM

To: LIBERTY LIFE ASSURANCE COPMANY OF BOSTON
Fax: 603-430-1776
Phone:

From: Lexi
Fax: 913-588-2495
Phone: 913-588-2454

5 Page(s) including this cover sheet

**Notes:**

**CONFIDENTIALITY NOTICE**

Patient information or other types of sensitive information included in the facsimile is for the exclusive use of the named recipient. If you are not the designated recipient or a person authorized to deliver this document or if you have obtained it in error, be advised that any reading, distribution, use or duplication of it is expressly prohibited. If this transmission was received in error, please notify the sender by phone immediately. The University of Kansas Health System is committed to protecting patient and/or other types of sensitive information.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RECEIVED
APR 09 2019
UNIV OF KS HOSPITAL
HEALTH INFO MGMT

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist

University Health™

Dept:
Location:

# FAX COVER SHEET

**To:**
**Company:**
**Fax:** 19135882495
**Phone:**

**From :**
**Fax:** 3186294806
**Phone:**
**Email:** U220@uhsystem.com

**NOTES:**

Scanned image from Revenue Integrity

**Date and time of transmission:** Tuesday, April 09, 2019 7:58:36 AM
**Number of pages including this cover sheet:** 03

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | April 9, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

The University of Kansas Health System
Health Information Management Department
5799 Broadmoor, Suite 200
Mission, KS 66202

4/30/19

LIBERTY LIFE ASSURANCE COPMANY OF BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Re: Patient Name: MS. LYNN ANGELIQUE GARZA
Medical Record Number: 1770004

We received your request on 4/10/2019 for the above named patient. Unfortunately, we are unable to comply with your request as the authorization is either invalid or incomplete for the following reason(s):

- Signature of patient or personal representative

If you would still like to obtain these records, please resubmit a valid authorization form. We have enclosed our authorization for your use.

Should you have any questions, you may contact the Health Information Management Department, Release of Information section at **(913) 588-2454**.

Sincerely,

Release of Information Representative
Health Information Management
(913) 588-2454

Enc: Authorization Form

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 29, 2019

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

per your request

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Direct Deposit Application

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health Syst DATE OF BIRTH: ________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ________

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______________________ Date: ______________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Liberty Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy



EMPLOYEE/CLAIMANT NAME: Lynn Garza

CLAIM NO: 8820045 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit 4 hour increments stand ~1-2 hrs walk ~1 hr (approx)

How many hours a day do you: - cumulative

sit ~7 hr (approx) get up at times stand Approx 1 hour walk Approx 30 min (cumulative)

Do you take a nap during the day?

Yes________ No X

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? Approx 8-10 hrs cumulative in 24 hr period

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other Compression sleeve at times. Ice & Elevation at times

How long are you able to sit in a car? Approx 4 hr increments when needed with breaks to stand

Do you hold a valid driver's license?

Yes ✓ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? 15-20 min

* **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
phone contact with family and friends. Unable to perform Any activities since June 2018 for activities that matter to me

Do you have children?

Yes X No ________ If Yes, what are their dates of birth 9/20/96

Do you need help caring for your children?

Yes ________ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No X If Yes, please explain ________

How many times a day do you leave the house during the week? Once or twice every other day

On the weekends? 2 times on weekends (approx)

How often do you run errands? Rarely my Husband runs our errands

Please describe what errands you most commonly run: I go to physical therapy

Lincoln Financial Group®

ACTIVITIES QUESTIONNAIRE


How often do you get outdoors? Daily

Are you left or right hand dominant? Left ✓ Right ____

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None _X_ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None _X_ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
_X_ Pay bills ____ Read news/articles ____ Use search engines _X_ Send emails Rarely - typically when communicating with Case Mgr
____ Visit chat rooms ____ Photos Other: Scanner Applications - send paperwork to case manager

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: Scanner application as listed Above

Do you have a working home copy machine/fax machine? _X_ Yes ____ No

If yes, please explain purpose and usage: See above - scan documents for case mgr

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | HUSBAND | |
| Carrying groceries into the house | HUSBAND | |
| Cooking meals | HUSBAND | |
| Cleaning after meals | HUSBAND | |
| Cleaning bathrooms | HUSBAND | |
| Vacuuming | HUSBAND | |
| Doing the laundry | HUSBAND | |
| Opening and responding to mail | SELF | SOMETIMES (PACKAGES) |
| Managing your finances | HUSBAND | |
| Balancing your checkbook | HUSBAND | |
| Bathing yourself | SELF | ~~AS~~ YES, FOR BACK |
| Styling your own hair | HUSBAND | |
| Getting dressed | SELF | ZIPPERS, ETC... |
| Going up and down stairs | SELF | |

Have you been confined to a hospital within the last 12 months? Yes ____ No _X_

If Yes, please provide reason and hospital contact Information: ____

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you travel or take vacation? 1 - 2 TIMES/YEAR

Where do you go? How do you get there (transportation method)? VISIT FAMILY SAN ANTONIO DRIVE OR FLY

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No X

If Yes, please describe ____

Do you do any Volunteer work? Yes X No ~~X~~

If Yes:

how many hours per day? Ø

how many hours per week? Ø

for whom? KANSAS CITY ZOO. UNABLE TO CONTINUE DUE TO DISABILITY

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

IN ABILITY TO USE DOMINANT EXTREMITY, DIFFICULTY RECALL AND CONCENTRATION DUE TO CHRONIC PAIN AND WEAKNESS

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

WAKE, EAT BREAKFAST, SIT ON COUCH, PHYSICAL THERAPY LUNCH, DINNER, BED

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

MARK RICE ____

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: LYNN A GARZA Date: 4-28-2019

Signature: [signature]

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Chenta Kennedy

**EMPLOYEE/CLAIMANT NAME:** Lynn Garza **CLAIM #:** 8820045
**EMPLOYER:** Sisters of Charity of Leavenworth Health System, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) GARZA LYNN A | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED |
| Spouse's Full Name and Date of Birth MARK RECE | Number of Children 1 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name MARK RECE Relationship to you? HUSBAND Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? YES, BOARD CERTIFIED NURSE PRACTITIONER

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability | $ 2314 56 | OCT 17 2018 | APR 7 2019 | UNK |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** LYNN A. GARZA

**DATE:** 4/28/19 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. DATE OF BIRTH: 

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: MASTERS Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: YES College: number of years: ~~2 1/2~~ 6 1/2

Bachelor's Degree: BA (BS) Major: NURSING Graduate School: MA ☐ MS ☒ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): AMERICAN ACADEMY OF NURSE PRACTITIONERS

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: NONE

Additional Skills, Hobbies & Volunteer Work NONE, UNABLE TO PERFORM

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

WILL SUBMIT RESUMÉ

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

A Lincoln Financial Group Company

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: None

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours LESS THAN AN HOUR 4 X / WEEK

Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) UNKNOWN
(We recommend- http://typingtest.com to determine WPM) CANNOT TYPE DUE TO DISABILITY

Please provide your email address: Personal: LAE903@GMAIL.COM Work: ______

**SIGNATURE:** [signature] **PHONE NO:** (



Liberty/Garza 2114


KANSAS
DRIVER'S
LICENSE
USA
KS
3 DOB
1 GARZA
2 LYNN ANGELIQUE
8
4d LIC. NO. K00-35-5191
4a ISS 05/03/2016
4b EXP 05/05/2022
9 DL CLASS C
CDL CLASS
9a END NONE
12 REST NONE
5 DD 71240805532
GL16124F2205EB
17 WGT 155 lb
18 EYES BRO
05051972
ORGAN DONOR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | April 25, 2019 |
| To: | SERC PHYSICAL THERAPY<br>7211 W 110TH ST<br>OVERLAND PARK KS 66210 |
| Attn: | medical records |
| Fax: | (423) 402-8698 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 25, 2019

Serc Physical Therapy
7211 W 110TH ST
OVERLAND PARK, KS 66210

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group companyis responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to Lynn Garza's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent toyour office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 9, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: 8820045-EMPLOYEE/CLAIMANT-AUTHORIZATION-04.10.2019
8820045-MEDICAL-CORRESPONDENCE-04.25.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn A Garza

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 8820045 Date: 4/2/2019

**A copy of this authorization will be considered as valid as the original.**

# FAX

**FROM**

Lindsay Davenport

**Phone** (423) 402-8698 * 51
**Fax Number** (423) 402-8698

**TO**

Chenta Kennedy
Lincoln Financial Group

**Phone**
**Fax Number** +16034301776

**DATE** 04/25/2019

**NOTE**

Please provide an Authorization so that we may process your request.
Thank you

04/25/2019

BenchMark
REHAB PARTNERS

**Attn: Medical Records**
**PO Box 368**
**Ooltewah, TN 37363**
**(423)238-7217**
**Fed Tax Id 20-1530754**

Lincoln Financial Group
PO Box 7207
London, KY 40742-7207

---

This is to acknowledge receipt of your recent inquiry requesting information regarding Lynn Garza.

Information cannot be released without a valid patient authorization dated within the last 90 days.

Sincerely,
L Davenport
BenchMark Rehab Partners Correspondence Secretary
Medical Record Services

R6

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

RECEIVED 4/23/19

Serc Physical Therapy
7211 W 110TH ST
OVERLAND PARK, KS 66210

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- physical therapy notes from 10/1/18 to the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

*003174*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7207
LONDON, KY 40742-7207

SERC PHYSICAL THERAPY
7211 W 110TH ST
OVERLAND PARK KS 66210

*400000010002000001003174174*

# FAX

**FROM**

Lindsay Davenport

**Phone** (423) 402-8698 * 51
**Fax Number** (423) 402-8698

**TO**

Chenta Kennedy
Lincoln Financial Group

**Phone**
**Fax Number** +16034301776

**DATE** 04/25/2019

**NOTE**

Please provide an Authorization so that we may process your request.
Thank you

04/25/2019

BenchMark
REHAB PARTNERS
Attn: Medical Records
PO Box 368
Ooltewah, TN 37363
(423)238-7217
Fed Tax Id 20-1530754

Lincoln Financial Group
PO Box 7207
London, KY 40742-7207

This is to acknowledge receipt of your recent inquiry requesting information regarding Lynn Garza.

Information cannot be released without a valid patient authorization dated within the last 90 days.

Sincerely,

L Davenport

BenchMark Rehab Partners Correspondence Secretary
Medical Record Services

R6

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

RECEIVED 4/23/19

Serc Physical Therapy
7211 W 110TH ST
OVERLAND PARK, KS 66210

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- physical therapy notes from 10/1/18 to the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

*003174*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7207
LONDON, KY 40742-7207

SERC PHYSICAL THERAPY
7211 W 110TH ST
OVERLAND PARK KS 66210

*4000000010002000001003174174*

**From:** LincolnAbsenceNotification@lfg.com
**To:** S052061@SCLHS.NET;LOA-Disability-CaritasClinics@sclhs.net
**Cc:** LMMedicalLeaves@sclhealth.org
**Subject:** LIBERTY MUTUAL NOTIFICATION: Approval of Long Term Disability for Lynn Garza 43671 Claim Number: Claim 8820045, Location Number 51211000

This is to notify you that there has been an approval or extension of your associate's Long Term disability claim. The associate's ID is 43671 and their subsidiary code is 6650.

**Long Term Disability Information:**

Benefit Payments Period: 4/8/2019 thru thru 4/7/2021

**IMPORTANT NOTES:**

- The approved thru date does not necessarily reflect the associate's actual return to work date. If a leave is extended, you will receive an additional notification.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 13934 or contact the assigned Case Manager at Chenta.Kennedy@lfg.com. Please be sure to reference claim number 8820045.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**Initial Payment Set up Worksheet**

**Claimant's Name** Lynn Garza **DOB**

**Customer** SISTERS OF CHARITY LEAVENWORTH

**LTD Claim #** 8820045 **Work State:** KS

**Associated Claims** 6099388 Type STD w/calcs Type

**Benefit End date of associated claims** 4/7/2019

**Contractual EP** greater of end of STD benefits or 180 days

**LTD Benefit begin date** 4/8/2019 **DOD** 10/10/2018 **AGE** 46

**Max Benefit date** 5/4/2039 > of SSNRA age 67 or to age 65 (but not < 5 yrs)

**Does policy include COLA provision** No

**Sources used to verify BME amount**

Eligibility approved - S1 processing date 9/25/2018 - annual salary $100,297.60 / 12 = $8,358.13 BME

**BME amount** $8,358.13 **Benefit percentage** 60.00

**Gross modal benefit** $5,014.88

**Benefit Begin date** 4/8/2019

**Approved thru date** 4/7/2021 24 months own occupation

**Offsets entered**

| **Type** | **Amount** |
|---|---|
| Other Income | TBD |

no discussion of same in Phone Note 4 & no LTD forms at this time
DCM has task set to follow up for forms

**Deductions entered** **Effective:** **Through**

| **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|
| N/A | | | |

**Tax Withholding** **Federal** **State**

**Completed by:** **Diane Bryant** **Approved by:**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 11, 2019

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approvedyour claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> if the Covered Person is eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
> ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation

We are in need for all LTD forms, and any updated and ongoing medical records.

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is October 10, 2018 and your benefits begin on April 8, 2019. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public

Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

We ask that you complete the forms indicated below and return them to our office by April 30, 2019.

X Activities Questionnaire Form
X Claimant Information Form
X Claimant Supplementary Statement
X Training Education Experience
__ Other

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

**Mental Illness and/or Substance Abuse Limitation**
The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.
If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.
If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.
In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

If your condition no longer meets the criteria of the above limitation but remains disabling as supported by medical documentation, your claim will be evaluated for continued benefits beyond this limitation.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Training Education Experience

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy



EMPLOYEE/CLAIMANT NAME: Lynn Garza

CLAIM NO: 8820045 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed? ________

Do you require any assistive devices such as a:

cane ________ walker ________ crutches ________ wheelchair ________ other ________

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Lincoln Financial Group®



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ________________________

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: ________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Lincoln Financial Group®

How often do you travel or take vacation? ______________________

Where do you go? How do you get there (transportation method)? ______________________

______________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week?________

for whom? ______________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________

______________________

______________________

______________________

______________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________

______________________

______________________

______________________

______________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Chenta Kennedy

**EMPLOYEE/CLAIMANT NAME:** Lynn Garza **CLAIM #:** 8820045
**EMPLOYER:** Sisters of Charity of Leavenworth Health System, Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ______________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______________ Certificate Program completed: ______________

Associates Degree: ______________ College: number of years: ______________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ______________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______________

List any other Training or Classes Attended or Plan to Attend: ______________

Additional Skills, Hobbies & Volunteer Work ______________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ______________ Specialty: ______________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

A Lincoln Financial Group Company

3. Company: ____________________ Department: ____________________ From: ________ To: ______
   Job Title(s): ________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________________________________________

4. Company: ____________________ Department: ____________________ From: ________ To: ______
   Job Title(s): ________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________________________________________

5. Company: ____________________ Department: ____________________ From: ________ To: ______
   Job Title(s): ________________________________________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: __________________ Work: __________________

**SIGNATURE:** __________________ **PHONE NO: (    )** __________________

**From:** LincolnAbsenceNotification@lfg.com
**To:** S052061@SCLHS.NET;LOA-Disability-CaritasClinics@sclhs.net
**Cc:** LMMedicalLeaves@sclhealth.org
**Subject:** LIBERTY MUTUAL NOTIFICATION: Approval of Long Term Disability for Lynn Garza 43671 Claim Number: Claim 8820045, Location Number 51211000

This is to notify you that there has been an approval or extension of your associate's Long Term disability claim. The associate's ID is 43671 and their subsidiary code is 6650.

**Long Term Disability Information:**

Benefit Payments Period: 4/8/2019 thru thru 4/6/2021

**IMPORTANT NOTES:**

- The approved thru date does not necessarily reflect the associate's actual return to work date. If a leave is extended, you will receive an additional notification.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 13934 or contact the assigned Case Manager at Chenta.Kennedy@lfg.com. Please be sure to reference claim number 8820045.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

# MONARCH
plastic surgery

Aesthetic • Plastic • Reconstructive • Hand • Microsurgery

Richard Bene, M.D., F.A.C.S. Regina Nouhan, M.D., F.A.C.S.
Jeffrey Dillow, M.D., F.A.C.S. Keith Hodge, M.D., F.A.C.S.
Paul Leahy, M.D., F.A.C.S. Elizabeth Killion, M.D.

Confidential Fax Transmittal

| | | | |
|---|---|---|---|
| Date: | 4/9/2019 | Pages: | 6 (including cover) |
| To: | Chenta Kennedy | From: | Stefanie Grunwald, MA |
| Company: | Lincoln Financial Group | Phone: | 913.663.3838 |
| Phone: | 800.291.0112 | Fax: | 913.663.4434 |
| Fax: | 603.430.1776 | E-mail: | stefanieg@monarchps.com |

Comments:

**Medical Records**

**CL# 8820045**

Health care information is federally protected information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated by federal law to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**Important Warning:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

Dr. Regina Nouhan
4801 W 135TH ST
LEAWOOD, KS 61224

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2019 through the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist

MONARCH plastic surgery

## PROGRESS NOTE

### Patient Details:

– **Date:**
3/26/2019
– **Reason For Visit**

3/26/19-
Lynn is about 10 months out from her left volar forearm fascial release.

She saw Dr. Endress at KU and although we have not been able to get any reports back yet, she states he sent her for an EMG which showed a new diagnosis of left CTS and possibly an ulnar nerve problem as well. She had had an EMG perhaps a year or so before she saw me, which was negative.

Dr. Endress has her scheduled for CTR and scar revision in a couple of weeks.

Of note, however, the patient states that the EMG did not go past her elbow, that she recalls. There is concerned that it has not assessed the cubital region, but this remains to be seen (we will look at the EMG report when we receive it.)

– **Days Post Op**
Scar Revision: 9 months, 3 weeks, 4 days ago

### History:

#### Vitals:

– **Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

– **Blood Pressure** 126/80

### Exam:

– **Exam Notes**
On exam she still has the hypertrophic scar along the volar forearm, and it remains tender.

Proximal to the antecubital crease, and the lower portion of her upper arm, I see a relatively new depression that almost looks like her distal forearm congenital band that was released surgically.
There is some soft tissue swelling superior and inferior to this transverse demarcation.

Grip strength on the right is 55 pounds and on the left it is 12 pounds.

Pinch strength on the right is 10 pounds and on the left it is 3 pounds.

### Assessment/Plan:

I told her she is in good hands with Dr. Endress, and I agree with his treatment plan. I will be curious to see the formal

EMG report at some point.

She is not able to do her job in her current state, and therefore will continue with disability until after she is evaluated post her surgery by Dr. Endress.

Also, this transverse "crease" in her upper arm is intriguing. It is possible there may have been a lesser congenital band here all along, but it is now noticeable/visible, given the soft tissue swelling that has developed in the region.

All questions were answered today and we will see how she does after surgery.

**Signature:**

Signature: Regina Nouhan MD

Regina M. Nouhan, M.D., F.A.C.S.

Lynn A. Garza ([illegible]3) Page 1 of 1

46 yr. Female, 3/26/2019

MONARCH plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**

Lynn Garza was seen by Dr. Regina Nouhan on 3/26/2019.

Diagnosis: Left carpal tunnel syndrome and left ulnar nerve compression at the elbow, painful scar tissue left upper extremity

Patient will need an extension on her disability for another 30 days due to her having surgery. Surgery will be with Dr. Endress and she will still be off of work until they take over her care. Surgery is 4/5 and her follow up from surgery is 4/16. Dr. Endress will be in the process of filling out paperwork in the mean time.

Restrictions are as follows:

* No work

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

# AFTER VISIT SUMMARY

**Lynn A. Garza** Date of birth:

Left forearm pain 4/5/2019 The University of Kansas Health System - Bell Hospital OR

## Instructions

[illegible] 1,000 mg 9:30 am
Oxycodone 5mg [illegible] 1:45pm

**Your medications have changed**

~~START taking~~:
**oxyCODONE/acetaminophen** (ENDOCET)

**Review your updated medication list below.**

## Your Next Steps

### Do

☐ Pick up these medications from any pharmacy with your printed prescription
- oxyCODONE/acetaminophen

### Go

APR 15 **Post - Op** 11:00 AM
Ryan Endress, MD
The University of Kansas Health System
10777 Nall Ave
2nd fl Ste 210
OVERLAND PARK KS 66211-1327
~~913-588-3600~~

## MyChart

View your After Visit Summary and more online at **https://mychart.kansashealthsystem.com/MyChart/**.

## Seek Emergency Treatment

If needed, seek immediate medical attention at your local emergency department or urgent care. Should you develop worsening chest discomfort, worsening shortness of breath, or other issues that may be immediately life threatening, call 9-1-1.

# Current Visit

**Past and Present Procedures (4/5/2019 to Today)**

| Date | Procedures | Providers | Location |
|---|---|---|---|
| 4/5/2019 | Left Forearm Median And Ulnar Nerve Decompression And Neurolysis X2 - Left<br>Carpal Tunnel Release Endoscopic - Left<br>Scar Revision Forearm X2 - Left<br>Scar Revision Forearm X2 - Left | Endress, Ryan, MD (Primary)<br>Braun, Sterling, MD | Main OR/Periop |

## Other instructions

Activity as Tolerated

It is important to keep increasing your activity level after you leave the hospital. Moving around can help prevent blood clots, lung infection (pneumonia) and other problems. Gradually increasing the number of times you are up moving around will help you return to your normal activity level more quickly. Continue to increase the number of times you are up to the chair and walking daily to return to your normal activity level. Begin to work towards your normal activity level at discharge.

Bathing Restrictions

You may take a shower daily. Avoid direct spray of water on your incision. Do not scrub your incision and pat dry. Do not submerge incision in bath or pool.

You may take a shower or bath daily. Plese keep your Left arm dressing in place until Monday [illegible]19. On Monday, you may take the dressing down and leave the incisions open to air. Over the weekend, you may shower, however keep the dressing dry using a water tight dressing during bathing.

Discharge Signs/Symptoms

## Other instructions (continued)

Please call if you experience the following symptoms: fevers, chills, nausea, vomiting, chest pain, shortness of breath, inability to pass gas or stool in greater than 24 hours, wound changes including redness, swelling, bleeding, drainage of pus.

Driving Restrictions

No driving while taking pain medication.

Incision Care

Questions About Your Stay

Discharging attending physician:

ENDRESS, RYAN

For questions or concerns regarding your hospital stay. Call 913-588-5000

Regular Diet

You have no dietary restriction. Please continue with a healthy balanced diet

Restrictions for Left Arm

No weight bearing with the left arm until after follow-up appointment.

Return Appointment

KU Provider:

ENDRESS, RYAN

Please call the Plastic Surgery Clinic at 913-588-2000 to schedule a follow-up visit with Dr. Endress in 2 weeks.

# Report these signs and symptoms

**Discharge Signs/Symptoms** As directed

Please call if you experience the following symptoms: fevers, chills, nausea, vomiting, chest pain, shortness of breath, inability to pass gas or stool in greater than 24 hours, wound changes including redness, swelling, bleeding, drainage of pus.

# Wounds/Lines/Drains

**Incision Care** As directed

# Upcoming Appointments & Procedures

## Upcoming Appointments & Procedures (continued)

APR 15 **Post - Op with Ryan Endress, MD**
Monday Apr 15, 2019 11:00 AM

The University of Kansas Health System
10777 Nall Ave
2nd fl Ste 210
OVERLAND PARK KS 66211-1327
913-588-7600

# AFTER VISIT SUMMARY

**Lynn A. Garza** MRN: 1770004

4/6/2019 The University of Kansas Health System 913-588-6500

THE UNIVERSITY OF KANSAS HEALTH SYSTEM

## Instructions

Today you were seen in the emergency department for postop pain. In thinking we gave you fentanyl. You were seen by plastic surgery and anesthesia pain. They offered a nerve block, you preferred to not do this. We are increasing your dose of gabapentin to 600 mg 4 times daily. Please follow-up with plastic surgery. Return to the ED if your symptoms worsen or you have any other concerns.

### Your medications have changed

START taking:
**gabapentin** 600 mg tablet (NEURONTIN)
Replaces gabapentin 300 mg capsule

STOP taking:
**gabapentin** 300 mg capsule (NEURONTIN)
Replaced by gabapentin 600 mg tablet

Review your updated medication list below.

### Read the attached information

Pain, Medicine for (ENGLISH)

### Pick up these medications from any pharmacy with your printed prescription

gabapentin

### Schedule an appointment with Plastic Surgery Clinic Dpt Ku as soon as possible for a visit

Contact: 3901 RAINBOW BLVD
MS 3015
Kansas City KS 66160
913-588-2000

### Follow up with The University of Kansas Health System

Why: As needed, If symptoms worsen
Specialty: Emergency Medicine
Contact: 4000 Cambridge St
Kansas City Kansas 66160
913-588-6500

## Today's Visit

You were seen by Eric Vaughan, MD

**Reason for Visit**
Post-Op Problem

**Diagnosis**
Post-op pain

**Medications Given**

fentaNYL citrate PF (SUBLIMAZE) Last given at 3:23 AM

fentaNYL citrate PF (SUBLIMAZE) Last given at 5:00 AM

gabapentin (NEURONTIN) Last given at 5:28 AM

**Your End of Visit Vitals**

Blood Pressure 111/81

Temperature 98 °F

Oxygen Saturation 92%

## What's Next

## MyChart

View your After Visit Summary and more online at https://mychart.kansashealthsystem.com/MyChart/.

What's Next (continued)

APR 15 2019 **Post - Op** with Ryan Endress, MD
Monday April 15 11:00 AM

The University of Kansas Health System
10777 Nall Ave
2nd fl Ste 210
OVERLAND PARK KS 66211-1327
913-588-7900

## You are allergic to the following

No active allergies

## You were seen by

You were seen by: Vaughan, Eric, MD

## MAJOR PROCEDURES/TESTS PERFORMED

No orders of the defined types were placed in this encounter.

## Additional Information

Please use www.kumed.com as a web resource for medical information concerning your ailment or diagnosis. Click "Be Well" at the top of the screen, then click "Be Well Online" on the left side of the screen to search by topic. To access the internet, visit your community library, they will be happy to help

## Unresulted Tests

None

**n0065297**

**From:** Lynn Garza
**Sent:** Wednesday, April 10, 2019 1:47:02 PM
**To:** Kennedy, Chenta
**Subject:** Photo of incision L hand & forearm to elbow
**Attachments:** IMG_6360.jpeg

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Just thought I would send you a picture of my surgical incision from the day after the surgery. I’m uncertain of my case number so I’m adding my social security number.
Sincerely,
Lynn Garza

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 251-0112
Secure Fax No.: (603) 430-1776

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Lynn A GARZA

Name of legal representative, if applicable (print) ________________ ____________ Relationship ____________

Signature of claimant or legal representative ______________________

Date of Birth: ______________ Claim Number: 8820045 Date: [illegible]

**A copy of this authorization will be considered as valid as the original.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** S052061@SCLHS.NET;LOA-Disability-CaritasClinics@sclhs.net
**Cc:** LMMedicalLeaves@sclhealth.org
**Subject:** LIBERTY MUTUAL NOTIFICATION: Change in Status of Short Term Disability/Leave Status for Lynn Garza, 43671, Claim Number: 6099388, Location Number 51211000

This is to notify you that there has been a change in the status of your associate's short term disability claim/leave. The associate's ID is 43671 and their subsidiary code is 6650.

**Short Term Disability Information:**

Benefit Payments Period: 10/17/2018 thru 4/7/2019

Disability Claim Status: Closed - Maximum Duration/Switched To Ltd

**Family Medical Leave Information:**

Approved Leave Period: Not Applicable

Leave Status: Not Applicable -

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41516 or contact the assigned Case Manager at Nathan.Waymire@lfg.com. Please be sure to reference claim number 6099388.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

SERC PHYSICAL THERAPY
7211 W 110TH ST
OVERLAND PARK KS 66210

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

Serc Physical Therapy
7211 W 110TH ST
OVERLAND PARK, KS 66210

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- physical therapy notes from 10/1/18 to the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

DR. PHYLLIS CAROZZA
9233 WARD PARKWAY STE 147
KANSAS CITY MO 64114

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

Dr. Phyllis Carozza
9233 WARD PARKWAY STE 147
KANSAS CITY, MO 64114

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Phyllis Carozza:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- progress notes from 10/1/18 to present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | April 9, 2019 |
| To: | DR. REGINA NOUHAN<br>4801 W 135TH ST<br>LEAWOOD KS 61224 |
| Attn: | medical records |
| Fax: | (913) 663-4434 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

Dr. Regina Nouhan
4801 W 135TH ST
LEAWOOD, KS 61224

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2019 through the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist

Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

| | |
|---|---|
| Date: | April 9, 2019 |
| To: | DR RYAN ENDRESS<br>4000 CAMBRIDGE ST<br>KANSAS CITY KS 66103 |
| Attn: | medical records |
| Fax: | (913) 588-2495 |
| From: | Chenta Kennedy<br>LTD Technical Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1776 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 291-0112and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

April 9, 2019

Dr. Ryan Endress
4000 CAMBRIDGE ST
KANSAS CITY, KS 66103

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Ryan Endress:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1776 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist

Phone No.: (800) 291-0112Ext. 13934
Secure Fax No.: (603) 430-1776

**n0065297**

**From:** Kennedy, Chenta
**Sent:** Wednesday, April 03, 2019 4:45:18 PM
**To:** Lynn Garza
**Subject:** RE: LTD Claim 8820045
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Hi,

In regards to your short term your checks from your employer, however, I would think what you are getting is your Net.

In regards to your forms send them whatever way is easier. However if you could send me a signed medical authorization form today or tomorrow would be great that way I can start requesting your medical records. What you sent me was a reimbursement agreement.

Thank you

**Chenta Kennedy**

Technical Claims Specialist

Lincoln Financial Group

P.O. Box 7207

London, KY 40742-7207

800-291-0112, Ext 13934

F: 603-430-1776

Chenta.Kennedy@lfg.com

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1.888.437.7611, extension 10442 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Lynn Garza [mailto:lae9q3@gmail.com]
**Sent:** Wednesday, April 03, 2019 3:16 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** Re: LTD Claim 8820045

Hello, thank you for your information it was very helpful. I am working on the packet that you sent me, my problem is my left upper extremity and I am left hand dominant and paper work and typing take me a long time to finish. I will ask my husband to help me fill in the additional paperwork this evening. I'm trying to get it all accomplished before my surgery day after tomorrow.

Is the amount of short term disability per month gross or net?

I am attaching the list of providers and the release needed. I just realized that I need to add a separate sheet of paper to include the hospitals that my surgeries are at. The first surgery is Overland Park Regional surgicenter and Friday's is university of KS- Kansas City KS.

Is it better to wait until I have everything completed before sending it to you or send the forms as I complete them?

Sincerely,

Lynn Garza

On Tue, Apr 2, 2019 at 3:26 PM Kennedy, Chenta <Chenta.Kennedy@lfg.com> wrote:

Hi,

In regards to your dependents, only put your Step children down if you have adopted them, if not only note number of your biological children.

In regards to your Short Term (STD) claim. Your benefit begin date was October 17, 2018, your max duration date is April 7, 2019.

You do not need to list your spouse's income only yours.

Other income would be if your are currently receiving workers compensation, State benefits, retirement benefits and or any other income from any other sources.

Does that help?

**Chenta Kennedy**

Technical Claims Specialist

Lincoln Financial Group

P.O. Box 7207

London, KY 40742-7207

800-291-0112, Ext 13934

F: 603-430-1776

Chenta.Kennedy@lfg.com

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1.888.437.7611, extension 10442 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Lynn Garza [mailto:lae9q3@gmail.com]
**Sent:** Tuesday, April 02, 2019 3:25 PM
**To:** Kennedy, Chenta <Chenta.Kennedy@lfg.com>
**Subject:** LTD Claim 8820045

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I was wondering if " number of children" on the CLAIMANT SUPPLEMENTARY STATEMENT includes step kids in that section.

Also there is a section on Short term disability date started but it was closed by LFG and I had to wait the full 45 days before being the decision to close my claim was overturned. I'm not sure what beginning & end dates to put. As we've discussed, the current end Date is is 3/31/19 although I've left a message for my claim manager Nathan Waymire (and that you were emailing him) so I'm uncertain of what end date to put there.

Am I supposed to list my husband's income on that form? It says to list any income I've applied for or are receiving. It's his income and not mine so I'm not sure what to put.

I hope it's ok to email you with these questions.

Sincerely,

Lynn Garza

8820045

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail

and any printout. Thank You.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** S052061@SCLHS.NET;LOA-Disability-CaritasClinics@sclhs.net
**Cc:** LMMedicalLeaves@sclhealth.org
**Subject:** LIBERTY MUTUAL NOTIFICATION: Acknowledgement of Long Term Disability claim for Lynn Garza 43671, Claim Number: 8820045, Location Number 51211000

This e-mail is to inform you Lynn Garza has a PENDED Long Term disability claim. We are in the process of reviewing the details of this claim and you will be notified via email once a determination is made. The associate's ID is 43671 and their subsidiary code is 6650.

The associate's effective date for long term disability benefits is 4/8/2019.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 13934 or contact the assigned Case Manager at Chenta.Kennedy@lfg.com. Please be sure to reference claim number 8820045.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** LincolnAbsenceNotification@lfg.com
**To:** S052061@SCLHS.NET;LOA-Disability-CaritasClinics@sclhs.net
**Cc:** LMMedicalLeaves@sclhealth.org
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Lynn Garza 43671, Claim Number: 6099388, Location Number 51211000

This is to notify you that there has been an approval or extension of your associate's short term disability claim/leave. The associate's ID is 43671 and their subsidiary code is 6650.

**Short Term Disability Information:**

Last Day Worked: 10/9/2018

Date of Disability: 10/10/2018

Benefit Payments Period: 10/17/2018 thru 4/7/2019
*If the claim remains open for an extended period of time, your associate may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**FMLA Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

**IMPORTANT NOTES:**

- The approved thru date does not necessarily reflect the associate's actual return to work date. If a leave is extended, you will receive an additional notification.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41516 or contact the assigned Case Manager at Nathan.Waymire@lfg.com. Please be sure to reference claim number 6099388.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenia Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health Systems Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Regina Nathan MD
Specialty: Plastic Hand Surgeon
Address: 4801 W 135th St
Leawood KS 66224
Telephone No. (913)317-9381 Fax No.: (913)663-4439

Name: Ryan Endress MD
Specialty: Plastics & Hand - Upper Extremity Surgeon
Address: The University of KS Hospital
4000 Cambridge St MS3015 Kansas City KS 66160
Telephone No.: (913)588-2000 Fax No.: ( )

Name: SERC Physical Therapy
Specialty: Physical (Hand) Therapy
Address: 7211 W 110th St Overland Park KS 66210
Telephone No.: (913)451-7312 Fax No.: (913)

Name: Phyllis Carozza PhD
Specialty: 7233 Ward Parkway Suite 147
Address: T Psychotherapy
Telephone No.: (816)361-[illegible] Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield
Specialty: [illegible]
Address:
Telephone No.: ([illegible]) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS Pharmacy
Specialty:
Address: 12691 Antioch Rd
Overland Park KS 66213
Telephone No.: (913)897-9665 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 4/1/2019

# REIMBURSEMENT AGREEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0117
Secure Fax No.: (603) 430-1776

**Return To:** Cheata Kennedy

Please complete, sign, and return a copy to Liberty Mutual.

***TO BE COMPLETED BY LIBERTY MUTUAL***

Claimant Name: **Lynn Garza**

Address: **11415 NORBY ROAD KANSAS CITY MO 64137**

Name of Employer: **Sisters of Charity of Leavenworth Health System, Inc.**

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( Lynn Garza ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor; and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

7/2/2017
(Date)

[signature]
(Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

**Liberty Mutual Insurance**

Jessica Dougherty, MS, CRC
Commercial Insurance Claims
Medical & Disability Case Management
P.O. Box 66400
London, KY 40742
Phone: (919)710-7093
Fax: (888) 369-5748
E-Mail: Jessica.Dougherty@libertymutual.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

**Claimant Name:** Lynn Garza
**Claim Number:** 8820045
**Technical Claims Manager:** Chenta Kennedy
**Date of Report:** 03/27/19

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Ms. Garza is a 46-year-old Nurse Practitioner employed by Sisters of Charity Leavenworth who discontinued work on October 10, 2018 due to pain in left hand. In preparation for this report, I have reviewed the electronic claim file, the job description from the employer, researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of Ms. Garza's job were obtained from her job description that was found in her claim file. The job duties were reported as:

> "Provide direct patient care, evaluate outcomes, consult with other providers/specialists as needed and adjust nursing care processes to ensure optimal patient care. May be responsible for coordinating health education information.
> Identifies patient/client needs, develops quality programs, and ensures delivery of quality services to meet those needs for all patients.
> Prescribes or recommends prescriptions for medication and other treatments according to established federal and state regulations and requirements.
> Performs, orders, and evaluates results of lab, x-ray, and diagnostic tests as indicated.
> Provides coverage for other providers' patients when a provider is unavailable. Assists in acute care, follow ups, messages and prescription refills.

> Be a contributing member of the team in assisting in the efficiency of the workflow and in the education of the residents."

Please see claim file document list for a complete copy of the formal job description.

## ASSESSMENT / ANALYSIS

**OCCUPATION**

The occupation is best represented by the DOT code of Nurse Practitioner (075.264-010) and SOC / O*NET classification of Nurse Practitioners (29-1171.00). The O*NET describes this occupation, along with a sample of reported job titles as,

> "Diagnose and treat acute, episodic, or chronic illness, independently or as part of a healthcare team. May focus on health promotion and disease prevention. May order, perform, or interpret diagnostic tests such as lab work and x rays. May prescribe medication. Must be registered nurses who have specialized graduate education.
>
> Sample of reported job titles: Acute Care Nurse Practitioner; Adult Nurse Practitioner; Advanced Practice Registered Nurse (APRN); Family Nurse Practitioner; Family Practice Certified Advanced Registered Nurse Practitioner; Gastroenterology Nurse Practitioner; Nurse Practitioner; Nurse Practitioner, Adult; Pediatric Nurse Practitioner; Women's Health Care Nurse Practitioner

The occupation falls under the OOH description of Nurse Anesthetists, Nurse Midwives, and Nurse Practitioners.

Research was performed on Indeed.com to explore the physical demands of this occupation. Additionally, a 2014 expert report of work context information from O*NET was reviewed.

**PHYSICAL DEMANDS**

The DOT physical demands and a 2014 O*NET report were consulted regarding physical demands as well as current job postings on Internet job boards. Based on this information, this occupation is most often performed at both a light and medium physical demand based on Department of Labor descriptions found in the DOT.

The Department of Labor defines light work as,

> "**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of

maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

The Department of Labor defines medium work as,

> "**M-Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

Positional Requirements:

- **Frequent to Constant** handling,
- **Frequent** reaching, fingering, standing
- **Occasional to frequent** sitting, walking,
- **Occasional** crawling, balancing, kneeling, crouching/squatting, bending/stooping, twisting
- **No** climbing

## ACTION PLAN / OUTCOME

**SUMMARY AND CONCLUSIONS**

With a reasonable degree of vocational certainty, the typical physical demands of Ms. Garza's occupation of Nurse Practitioner are most often in a light and medium physical demand levels, with sufficient opportunity at both levels. Positional demands are outlined above. Based on the standard vocational resources, internet job search, coupled with my vocational expertise, part time opportunity does exist in this occupation.

I have not met with Ms. Garza for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

Jessica A. Dougherty

Jessica Dougherty, MS, CRC
Senior Vocational Consultant

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel: (913) 894-7260 Fax: (913) 894-7261

## OPERATIVE REPORT

**PATIENT NAME:** GARZA, LYNN **MR #:** 60015

**SURGEON:** REGINA NOUHAN, M.D. **DATE:** 06/01/2018

**DATE OF BIRTH:**

The patient was taken to recovery in good condition. Sponge and needle counts were reported as correct. There were no complications.

X
REGINA NOUHAN, M.D.

JOB#: 955571 RN: med: taq/nc DD: 06/03/2018 DT: 06/04/2018

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel: (913) 894-7260 Fax: (913) 894-7261

## OPERATIVE REPORT

**PATIENT NAME:** GARZA, LYNN **MR #:** 60015

**SURGEON:** REGINA NOUHAN, M.D. **DATE:** 06/01/2018

**DATE OF BIRTH:**

**PREOPERATIVE DIAGNOSES:** Chronic intermittent left forearm/hand pain with possible intermittent compartment syndrome.

**POSTOPERATIVE DIAGNOSIS:** Chronic intermittent left forearm/hand pain with possible intermittent compartment syndrome.

**PROCEDURES PERFORMED:** Left volar forearm fascia release with ulnar nerve exploration and decompression.

**ANESTHESIA:** General.

**BRIEF CLINICAL HISTORY:** This patient was born with congenital amniotic band syndrome. Lately, she has been having intermittent episodes of pain and cold sensation in her hand and fingers on the left. Routine studies have been on helpful and diagnosis and it is felt that she may actually have intermittent compartment syndrome resulting from her internal scar tissue from amniotic brain syndrome. She is therefore now brought to the operating room for fascia release and preoperatively, she acknowledged understanding at the operative indications, the potential risk of procedure, and wished to proceed.

**DESCRIPTION OF PROCEDURE:** The patient was placed in the supine position and prepped and draped in the usual sterile fashion after adequate anesthesia had been administered. Preoperatively, we had discussed the length of incision. I recommended relatively full length of the forearm to try to maximize or chases the relieving her symptoms. This would also allow me to a nerve exploration as needed. She did agree to this.

After tourniquet was controlled then obtained, the scalpel was used to make a longitudinal incision in the volar forearm. Care was taken to avoid injury to the neurovascular and tendinous structures, but the dissection continued down to the fascia which was then released. In the area of from external narrowing of the forearm, corresponding to presumed amniotic band, the musculature was decompressed more fully again with care being taken to avoid devascularization and denervation. The median nerve was not found to be compressed in this region. But careful exploration of the ulnar nerve did identified some thickened tissue that was then released. Again, care was taken to avoid devascularizing the nerve. The area was locally anesthetized with 1% Xylocaine and 0.5% Marcaine and hemostasis was achieved with bipolar cautery. The wound was then closed with interrupted buried 3-0 and 4-0 Vicryl subdermal suture followed by running subcuticular 3-0 StrataFix suture. Dressing was applied and the tourniquet had been released.

# Liberty Mutual Vocational Rehabilitation



## INVOICE

**TO:** Chenta Kennedy
Liberty Mutual Insurance Co.
13830 Ballantyne Corporate Pl
Charlotte NC 28277

**Claimant:** Garza, Lynn
**Claim #:** 8820045
**Employer:** Sisters of Charity of Leavenworth
**Date of Injury:** 10/10/2018

03/27/2019

| Date | Code | Nature of Service | Prof | TW | Miles | Misc |
|---|---|---|---|---|---|---|
| 03/27/2019 | | Occupational Analysis | 2.0 | | | |
| | | SUBTOTAL | 2.0 | 0.0 | 0.0 | $0.00 |

**Respectfully Submitted**
Jessica Dougherty

Reference Number: 5699719 / 1115592

**Remit To:**
Liberty Mutual Managed Care, LLC
PO Box 860176
Minneapolis, MN 55486-0176
Fed ID: 04-3217691

| Rate Type | Rates | Quantity | Totals |
|---|---|---|---|
| Professional | 86.0 | 2.0 | $172.00 |
| PAY THIS AMOUNT | | | $172.00 |

MONARCH
plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 3/26/2019.

Diagnosis: Left carpal tunnel syndrome and left ulnar nerve compression at the elbow, painful scar tissue left upper extremity

Patient will need an extension on her disability for another 30 days due to her having surgery. Surgery will be with Dr. Endress and she will still be off of work until they take over her care. Surgery is 4/5 and her follow up from surgery is 4/16. Dr. Endress will be in the process of filling out paperwork in the mean time.

Restrictions are as follows:

* No work

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

**n0304618**

**From:** Lynn Garza
**Sent:** Tuesday, March 26, 2019 8:11:41 PM
**To:** disabilitydocuments@libertymutual.com
**Subject:** claim number 6609938
**Attachments:** Dr Nouhan note 3262019 .pdf

ATTN: Nathan Waymire

I have attached the work status note from my visit with her 3/26/2019. I will be seeing a different doctor (Dr Ryan Endress) in April. I will be requesting a copy of todays note and will email it to you as soon as I receive it- hopefully by tomorrow or Friday at the latest.
Thank you,
Lynn Garza

2/20/19

To Whom it May Concern

I am requesting all claim file documents that were used as a denial of my short term disability

Thank you,

LYNN A GARZA
Claim# 6099388

Please feel free to email them to me
lae993@gmail.com

**n0304618**

| | |
|---|---|
| **From:** | Lynn Garza |
| **Sent:** | Tuesday, March 26, 2019 8:18:49 PM |
| **To:** | disabilitydocuments@libertymutual.com |
| **Subject:** | claim number 6099388 second request for records used to deny claim |
| **Attachments:** | request of records used to deny claim copy.pdf |

attn Nathan Waymire
I am sending a second request for the records that were used to deny my short term disability claim. Please email or mail these as soon as possible. I've attached a hand written request for the records.
Thank you,
Lynn Garza

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Chenta Kennedy DATE: Thursday, March 21, 2019

## CLAIM BACKGROUND

Claimant Name: LYNN GARZA Claim Number: 8820045

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: SISTERS OF CHARITY LEAVENWORTH

Change In DEF. Date: 04/21/2021

Pre-Disability Earnings: $8,358.13 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

please complete oa-

DP 512

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

**Claimant:** **Lynn Garza**
**Claim Nbr:** **8820045**
**ISG Nbr:** **555600**

**Bill To**
Chenta Kennedy
Liberty Mutual
P.O. Box 7209
London, KY 40742

**Invoice Nbr:** 449103
**Invoice Date:** 3/21/2019

| Date | | Description | | Ext Amt |
|---|---|---|---|---|
| 3/21/2019 | | FirstLook | | $55.00 |
| | | | | |
| | | Sub Total | | $55.00 |
| | | Total | | $55.00 |

***Please remit payment to:***

***ISG ID#800324***

***P.O. Box 983122***

***Boston, MA 02298-3122***

***Federal Tax ID# 04-3280934***

***Thank you for choosing ISG. We appreciate your business.***

# Database Services Referral Report

| | | | |
|---|---|---|---|
| Referred By: | Chenta Kennedy | Phone # and Ext: | (800) 291-0112 x13934 |

| | | | |
|---|---|---|---|
| Claim Number: | 8820045 | Claimant Address: | |
| Claimant Name | LYNN GARZA | | |
| Customer: | SISTERS OF CHARITY LEAVENWORTH | City: | |
| SSN: | | State: | Zip: |
| DOB: | | | |
| Job Desc: | ARNP | | |
| Email: | | | |
| Date of disability: | 10/10/2018 | | |
| Phone: | Type Cell | | |
| Additional Phone: | Type | | |

Document Location

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Search Criteria:**

- [ ] Accurint/Lexis Nexis
- [ ] SSN Searches
- [ ] Change of Address
- [ ] Medical Provider
- [ ] Occupation and Professional Licensing.
- [ ] Death Index by individual.
- [x] Social Media Searches (Facebook, Twitter, etc.)

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

March 21, 2019

Liberty Mutual
Attention: Chenta Kennedy
P.O. Box 7209
London, KY 40742

Claimant: Lynn Garza

ISG has completed the FirstLook – Social Media Search and comprehensive background check on the following individual. An extensive social search was conducted to ascertain the level of employment, complete background check, and current status and activity level of the individual.

| ***INVESTIGATIVE SUMMARY AND COMMENTS*** |
|---|
| A comprehensive social media and internet investigation was conducted with regards to the claimant, Lynn Garza.<br><br>A Zola wedding listing was located with regards to the claimant. The claimant married Mark Rice in April 2018. Multiple photos of the claimant are available.<br><br>A Migrant Clinicians Network listing was located with regards to the claimant. The listing provides the claimant is a family nurse practitioner with Cabot Westside Health Center.<br><br>A Deko Bullies testimonial was located with regards to the claimant. The claimant posted a positive review for Kiko Bisbee regarding her dog in June 2013.<br><br>A Poshmark account was located with regards to the claimant; however, the claimant had no posted items for sale.<br><br>An Am Well listing was located with regards to the claimant. The listing provides the claimant is a nurse practitioner in Kansas and Missouri.<br><br>An Amazon Wish List was located with regards to the claimant. The last item was added in March 2016.<br><br>A forum post from 2004 was located possibly posted by the claimant based on a newly developed |

username. The post details problems with over-the-air HD channels. (https://www.satelliteguys.us/xen/threads/no-sound-on-terrestrial-w-921.3621/)

Possible online poker stats from 2005 were located possibly associated with the claimant based on a newly developed username. (http://archives2.twoplustwo.com/showflat.php?Number=1557762&page=0)

The claimant's Facebook account was located based on full name and photo match. Due to privacy settings, only photo updates are available. Comments under one photo suggest the claimant may have visited a friend in Texas.

Additional Facebook searches were conducted in an effort to locate activity not visible via the claimant's timeline. Searches yielded a photo of the claimant from July 2018 that depicts the claimant wearing a left-hand wrist brace, as well as comments in January 2019 suggesting the claimant would soon be traveling to Texas.

Additional Facebook events were conducted in an effort to locate events the claimant may have attended on or after the date of loss. Searches yielded two Halloween makeup events the month prior to the loss; however, no additional events were located on or after the loss.

The claimant's LinkedIn account was located based on name, location, and known occupation. The account details the claimant's experience as a nurse practitioner.

The claimant's Google Plus account was located based on name and photo; however, no updates have been made to this account.

One unconfirmed social networking account was located with the claimant's name and possible older photo; however, due to limited information, it could not be positively associated with the claimant.

Searches were conducted on known relatives of the claimant, identified as Mark Rice, Lori Garza, Brian Evans, Brianna Evans, Lydia Garza, and Pete Garza. Searches of the relatives yielded a Facebook accounts for the aforementioned relatives with the exception of Mark Rice; an additional photo of the claimant with a left-hand wrist wrap was located on Lydia Garza's account from January 2019. Searches included photos and comments.

# INTERNET AND SOCIAL MEDIA RESEARCH

| PERTINENT CLAIMANT INFORMATION | |
|---|---|
| Claimant | Lynn Garza |
| Possible Aliases: | Lynn Angelique Evans |
| Insured: | SISTERS OF CHARITY LEAVENWORTH |
| Date of Birth: | |
| Date of Loss: | 10/10/2018 |
| Address: | |
| Phone Number: | |
| Email Address: | |
| Injury: | N/A |
| Claim #: | 8820045 |

**PHOTOGRAPH OF THE CLAIMANT**



*Photograph located through Facebook (2019)*

## PHONE AND EMAIL ADDRESS INFORMATION

**Provided Phone Number:**

- 

**Provided Email Address:**

- 

**Newly Developed Email Address:**

- excan18@msn.com

## ACTIVITIES/NEWS ARTICLES




**Zola listing for the claimant and Mark Rice:** https://www.zola.com/wedding/markandlynn


Mark Rice
AND
Lynn Garza
KANSAS CITY
MO
APRIL 14
2018
HOW WE MET
Cute story here. No cute story here... Move along...
No come back, there really is a cute story involving a Zombie Run 5K T-Shirt


Lynn & Mark
HOME SCHEDULE TRAVEL WEDDING PARTY PHOTOS FAQS RSVP






**MCN listing for the claimant:** https://www.migrantclinician.org/users/lae9q3



# Testimonials:

**I will be adding testimonials to this page as I receive them. Thanks everyone for sending them. I appreciate the kind words.**

Bruce DOB June 15, 2013
From Lynn Garza lae9q3@gmail.com
To Kiko Bisbee kikob1961@aol.com

**Bruce has been a part of our family for almost 2 years. I have called on Kiko many times with questions I have had. I hadn't had a dog in a long time & would ask general dog questions- & then questions specific to English Bull Terriers. She has been a great resource & truly cares about her puppies. My daughter & I drove to her home to visit Bruce when he was too young to come & stay with us. I've seen his mom & she's a very sweet and happy dog. She is definitely a member of their family. Bruce is in excellent health & gets complimented all the time about what a great looking dog he is. If you have any questions feel free to contact me. Kiko has my information.
Lynn Garza**

**Sent from my iPhone**

**Deko Bullies testimonial posted by the claimant:** http://www.dekobullies.net/Testimonials.html




**Claimant's Poshmark account:** https://poshmark.com/closet/lae9q3



PROVIDED INFORMATION IS PRIVILEGED & CONFIDENTIAL WORK PRODUCT




**Am Well listing for the claimant:** https://amwell.com/cm/finder/doctor-detail/lynn-garza-np-kansas-city-kansas-1936806/




**Claimant's Amazon Wish List:** https://www.amazon.com/wishlist/13RCC6QMKFRIC

***SOCIAL NETWORKING RESEARCH***




**Claimant's Facebook account:** https://www.facebook.com/LAngeliqueGarza




https://www.facebook.com/photo.php?fbid=10213543136204129&set=a.1403526939557&type=3&theater




https://www.facebook.com/photo.php?fbid=10213328688443069&set=a.1403526939557&type=3&theater




https://www.facebook.com/photo.php?fbid=10213044679423021&set=a.3643279691976&type=3&theater




https://www.facebook.com/photo.php?fbid=10211533283279062&set=a.3643279691976&type=3&theater




**Claimant's LinkedIn account:** https://www.linkedin.com/in/lynn-garza-10b84754/

Experience

**Family Nurse Practitioner**
Duchesne Clinic
Oct 2014 – Present · 4 yrs 6 mos
Kansas City, Kansas

**Member Board of Directors**
Saint Luke's College
Jul 2013 – Jul 2016 · 3 yrs 1 mo

**Family Nurse Practitioner**
Wellness Innovations & Nursing Services (WINS) Careworx
Mar 2014 – Oct 2014 · 8 mos

**Family Nurse Practitioner**
Health Partnership Clinic of Johnson County
Feb 2013 – Mar 2014 · 1 yr 2 mos
Provide care in busy FQHC; PCMH providing care for high volume, high acuity patients across the age continuum

**Family Nurse Practitioner**
Saint Luke's Health System
Mar 2008 – Jan 2013 · 4 yrs 11 mos
Cabot Westside Medical and Dental

**Cardiovascular Operating Room RN**
Saint Luke's Health System
Jun 2002 – Jan 2008 · 5 yrs 8 mos
Heart Institute

Show fewer experiences

## Education

**University of Missouri-Kansas City**
Master's degree, Nursing Practice
2005 – 2007

**Saint Luke's College of Health Sciences**
Bachelor's degree, Registered Nursing/Registered Nurse
2000 – 2002

## Licenses & Certifications

**Certified Family Nurse Practitioner**
American Academy of Nurse Practitioners
Issued Feb 2008 · Expired Jan 2013

## Volunteer Experience

**Volunteer Golden Age Games 2011**
Department of Veterans Affairs
Social Services

**60 Mile Walk for Breast Cancer**
Susan G. Komen
2005 • less than a year
Health

**Team member for Team Habitat**
Kansas City Zoo
Mar 2017 – Present • 2 yrs 1 mo

Skills & Endorsements

Healthcare · 13

Endorsed by 5 of Lynn's colleagues at Health Partnership Clinic

EMR · 11

Eileen Mortera and 10 connections have given endorsements for this skill

Acute Care · 9

Endorsed by 4 of Lynn's colleagues at Health Partnership Clinic

Show more

Accomplishments

3 Organizations
Association of Clinicians for the Underserved • American Academy of Nurse Practitioners • National Health Services Corp

1 Language
Spanish

Interests

Federally Qualified Community He...
2,107 members

University of Missouri-Kansas City
67,958 followers

ADVANCE for NPs & PAs
8,523 members

TED Conferences
10,646,773 followers

Saint Luke's Health System
13,674 followers

Epic
162,217 followers




**Claimant's Google Plus account:** https://plus.google.com/100806088421960720969

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

**UNCONFIRMED SOCIAL NETWORKING RESEARCH**




https://twitter.com/LynneGarza11



PROVIDED INFORMATION IS PRIVILEGED & CONFIDENTIAL WORK PRODUCT

***SOCIAL NETWORKING RESEARCH: FRIENDS, FAMILY & ASSOCIATES***




**Lydia Garza's Facebook account:** https://www.facebook.com/lydia.d.garza




https://www.facebook.com/photo.php?fbid=10213679894894063&set=pb.1305432790.-2207520000.1553195527.&type=3&theater

## *ADDITIONAL INFORMATION*

**Norah Brown Joslin**
January 10 ·

Lynn Angelique Garza I know you'll be travelling soon, so I just want you to see this and be safe.

**This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

5 · 4 Comments 2 Shares

Like Comment Share

**Patty Lanter** I'm sure this is is exactly what will happen!! Thanks for the info Norah!
Like · Reply · 9w

**Lynn Angelique Garza** We will have to make sure to bring bread, milk, and eggs with us from Texas
Like · Reply · 9w · 1

**Norah Brown Joslin** Yes! You might being extra to sell!
Like · Reply · 9w · 1

**Lynn Angelique Garza** well that would be a good job for me
Like · Reply · 9w · 1

https://www.facebook.com/norah.joslin/posts/10212609530545664




https://www.facebook.com/photo.php?fbid=10213187626097650&set=a.1413652853750&type=3&theater

Should you have any questions or additional information relating to this file please call us at 800-278-0550.

ISG Client Research Team

**The information contained within this report depicts information relative to the individual denoted above. The information contained herein has been derived from the various databases, internet sites, social networking sites, and other secure information sources accessed thru ISG contractual agreements. The Company does not warrant the accuracy and completeness of such information.**

DSS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MS. LYNN GARZA

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

March 21, 2019

Ms. Lynn Garza

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045

Dear Ms. Lynn Garza:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The policy states:

**"Disability"** or **"Disabled"**, with respect to Long Term Disability, means:

Applicable to Class 3A, 3B, 4A, 4B, 4C, 6A, 6B:
b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation

**"Material and Substantial Duties"**, with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

**"Own Occupation"**, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

**Notice and Proof of Claim**
1. **Notice**
a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.

b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.

2. **Proof**

a. Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.

b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for s

Based on the information provided your STD claim has a max duration date of April 7, 2019, if you are not released to return to work as of April 8, 2019, you are eligible to file for your LTD benefits. In order to process this LTD claim we are requesting all medical records to support your impairing diagnosis and any supported restrictions administrations this medical should include but not limited to the following:

Surgery reports
Test results
Physical therapy notes
Pharmacy records
Office notes

In addition we are requesting you to complete the attached LTD forms and return for your file. All information must be provided by May 1, 2019.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Sincerely,

Chenta Kennedy
LTD Technical Specialist
Phone No.: (800) 291-0112 Ext. 13934
Secure Fax No.: (603) 430-1776

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Reimbursement Agreement Form
Training Education Experience

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy



EMPLOYEE/CLAIMANT NAME: Lynn Garza

CLAIM NO: 8820045 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day? ________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car? ________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car? ________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends?________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Liberty Mutual INSURANCE



How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: __ _______ Claim Number: 8820045 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Chenta Kennedy

**EMPLOYEE/CLAIMANT NAME:** Lynn Garza **CLAIM #:** 8820045
**EMPLOYER:** Sisters of Charity of Leavenworth Health System, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle In t.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:**______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return to:** Chenta Kennedy

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, I DATE OF BIRTH: _ ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ______________________ DOB: _________

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: ___________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________ Date: ____________________

# REIMBURSEMENT AGREEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

**Return To:** Chenta Kennedy

Please complete, sign, and return a copy to Liberty Mutual.

***TO BE COMPLETED BY LIBERTY MUTUAL***

Claimant Name: **Lynn Garza**

Address:

Name of Employer: **Sisters of Charity of Leavenworth Health System, Inc.**

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Lynn Garza** ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

______________________ (Date)

______________________ (Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1776

EMPLOYEE/CLAIMANT NAME: Lynn Garza
CLAIM NO: 8820045
EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc. DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

A Liberty Mutual Company

3. Company: ______________________ Department: ______________________ From: ________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________
______________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________
______________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________
______________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO: (      )** ____________________

MONARCH

## MPS – WORK STATUS

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 8/21/2018.

Diagnosis: Left volar forearm pain and tightness (s/p left volar forearm fascial release)

She may return to work on 08/27/18.

Restrictions are as follows:

*Please allow her an extra 10 minutes for each patient booking
*Please allow patient time off of work for necessary follow up appointments

If the employer cannot offer work according the the restrictions outlined here, then it becomes the decision of the employer to take the employee off of work. These restrictions should continue until her next appointment / re-evaluation.

Lynn will continue under my care and continue therapy.

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

MONARCH

## MPS – WORK STATUS

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 8/21/2018.

Diagnosis: Left volar forearm pain and tightness (s/p left volar forearm fascial release)

She may return to work on 08/27/18.

Restrictions are as follows:

*Please allow her an extra 10 minutes for each patient booking
*Please allow patient time off of work for necessary follow up appointments

If the employer cannot offer work according the the restrictions outlined here, then it becomes the decision of the employer to take the employee off of work. These restrictions should continue until her next appointment / re-evaluation.

Lynn will continue under my care and continue therapy

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

[redacted]

Lincoln Financial Group

| | | | |
|---|---|---|---|
| Claimant Name: | LYNN GARZA | DOB: | |
| Claim #: | 8820045 | Diagnosis: | M79.642 Pain in left hand, |
| Date of Disab: | 10/10/2018 | Customer: | SISTERS OF CHARITY LEAVENWORT |
| Office: | 0913 | Case Mgr: | Tracey Sprous |

[redacted]

| | | | | | |
|---|---|---|---|---|---|
| ERISA?: | ERISA | Telephone: | | Fax #: | |
| Customer Name: | SISTERS OF CHARITY LEAVENWORTH | Special Handling: | | | |
| Address: | | | | | |

Document Location

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

[redacted]

| | |
|---|---|
| Policyholder: | **Active** |
| Claim Status: | **Own Occ** |
| Post Appeal Claim Review: | **No** |
| Paid Under M&N: | **No** |
| Is M&N a Co-morbid: | **No** |

Reason for Referral:

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-2412

| | |
|---|---|
| Date: | March 18, 2019 |
| To: | DR. REGINA NOUHAN |
| Attn: | Medical Records |
| Fax: | (913) 663-4434 |
| From: | David Cruz<br>LTD Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-2412 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 320-7585and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-2412

March 18, 2019

Dr. Regina Nouhan

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 27, 2019 through present

We ask that you provide this information by March 29, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-2412 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

David Cruz
LTD Specialist I
Phone No.: (800) 320-7585 Ext. 41560
Secure Fax No.: (603) 559-2412

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-2412

| | |
|---|---|
| Date: | March 18, 2019 |
| To: | OVERLAND PARK REGIONAL SURGICAL CEN<br>4801 WEST 135TH STREET<br>LEAWOOD KS 66224 |
| Attn: | Medical Records |
| Fax: | (913) 663-4434 |
| From: | David Cruz<br>LTD Specialist I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-2412 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 8820045<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 320-7585and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-2412

March 18, 2019

Overland Park Regional Surgical Cen
4801 WEST 135TH STREET
LEAWOOD, KS 66224

RE: Long Term Disability (LTD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 8820045
Claimant: Lynn Garza
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 27, 2019 through present

We ask that you provide this information by March 29, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-2412 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

David Cruz
LTD Specialist I

Phone No.: (800) 320-7585Ext. 41560
Secure Fax No.: (603) 559-2412

**From:** Lincdbs eleNtLcNfca@Lincdbs eleNtg mS
**To:** 052651C@0HLE 0gT ; O-LDAyr iaNnitilbyHNoilNaHtihi. a@a. tMaghcl
**Cc:** Ls s cdi. NtLcNfca@a. tMcNtlMgmov
**Subject:** LIB; ROY s UOUAL T DOIFIHAOIDT : 0Mmd OcoS r iaNnitilb/LcNfc AppomfNt mo; xlchaimh GmoLbhh z No4N371, CuHtNiS T eS nco: 1599788uLm NIimh T eS nco2C6CC555

This is to notify you that there has been an approval or extension of your associate's short term disability claim/leave. The associate's ID is 43671 and their subsidiary code is 6650.

**Short Term Disability Information:**

Last Day Worked: 10/9/2018

Date of Disability: 10/10/2018

Benefit Payments Period: 10/17/2018 thru 3/31/2019
*If the claim remains open for an extended period of time, your associate may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

**IMPORTANT NOTES:**

- The approved thru date does not necessarily reflect the associate's actual return to work date. If a leave is extended, you will receive an additional notification.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41516 or contact the assigned Case Manager at Nathan.Waymire@lfg.com. Please be sure to reference claim number 6099388.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty/Garza 2236



| | | | | | |
|---|---|---|---|---|---|
| Version: | 02/04 | Revised: | 1212 | Job Code: | 6800/6802 |
| Job Title: | Nurse Practitioner - STAFF | | | Position Code: | 233680050831 233680250831 |
| | | | | FLSA: | Exempt |

| Associate's Printed / Typed Name | Associate ID | Department Name | Number |
|---|---|---|---|
| | | Family Medicine | 50831 |

## II. STAFF - JOB SPECIFIC

### A. JOB TITLE DUTIES & RESPONSIBILITIES

| | Duty | ES | MS | ND | NA |
|---|---|---|---|---|---|
| JDR 1. | Meets the **job specific competencies** for Position Code: 233680050831 233680250831 <br>Comments: | ☐ | ☐ | ☐ | ☐ |
| JDR 2 | Provide direct patient care, evaluate outcomes, consult with other providers/specialists as needed and adjust nursing care processes to ensure optimal patient care. May be responsible for coordinating health education information. | ☐ | ☐ | ☐ | ☐ |
| JDR 3. | Identifies patient/client needs, develops quality programs, and ensures delivery of quality services to meet those needs for all patients. | ☐ | ☐ | ☐ | ☐ |
| JDR 4. | Prescribes or recommends prescriptions for medication and other treatments according to established federal and state regulations and requirements. | ☐ | ☐ | ☐ | ☐ |
| JDR 5. | Performs, orders, and evaluates results of lab, x-ray, and diagnostic tests as indicated. | ☐ | ☐ | ☐ | ☐ |
| JDR 6. | Provides coverage for other providers' patients when a provider is unavailable. Assists in acute care, follow ups, messages and prescription refills. | ☐ | ☐ | ☐ | ☐ |
| JDR 7. | Be a contributing member of the team in assisting in the efficiency of the workflow and in the education of the residents. | ☐ | ☐ | ☐ | ☐ |

JDR 8. Participates in problem solving teams or provides suggestions to management to improve overall quality/quality of care and day-to-day operations.

JDR 9. Assists with unit coverage when applicable.

JDR 10. Works with residents to staff the Acute Care Clinic when scheduled.

JDR 11. Responsible for teaching of resident skills for handling problem focused acute care patient visits.

**STAFF-JOB SPECIFIC Total ES + MS =**

**GRAND TOTAL** Be sure to include sum STAFF-ALL and STAFF-JOB SPECIFIC =

## B. JOB REQUIREMENTS

The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Title(s) of position(s) directly Supervised: **None**

Number of individuals directly supervised: **None** Indirectly supervised: **None**

**Education**: Masters Degree or equivalent

**Experience**: Greater than 2 years

**License / Certification / Registration** Current Colorado or Compact State RN License with noted authority as Nurse Practitioner and DEA licensure.

**Working Environment**: Works in a well lit, heated and ventilated area. Position requires considerable mobility throughout the facilities. Potential exposure to routine, communicable diseases through regular contact with associates and the public at large.

## C. PHYSICAL DEMANDS ANALYSIS

| | Occasionally 0-33% of work shift | Frequently 34-66 % of work shift | Constantly 67-100% of work shift | Not Present for this Job Title |
|---|---|---|---|---|
| **1. PHYSICAL DEMANDS** | | | | |
| Weight capacity requirements are reflected in pounds under the column of required frequency | | | | |
| Lift | 50 Lb. R | Lb. | Lb. | Lb. |
| Carry | 50 Lb. R | Lb. | Lb. | Lb. |
| Push-Pull | 50 Lb. R | Lb. | Lb. | Lb. |
| Other requirements are marked under the column of required frequency | | | | |
| Sit | R | | | |
| Stand | | | R | |
| Walk | | | R | |
| Crawl-All Fours | | | | |
| Bend-Stoop | R | X | | |
| Kneel | X | | | |
| Squat-Crouch | R | | | |
| Reach: Forward | | R | | |
| Reach: High-Low | R | | | |
| Climb Stairs | X | | | |
| Climb Other: | | | | |
| Balance | | | R | |
| Squeeze-Grasp-Handle | | | R | |
| Pinch-Finger-Feel | | | R | |
| Vision | | | R | |
| Color Vision | | | R | |
| Talk | | | R | |
| Hear | | | R | |
| Drive | | | | |
| **2. ENVIRONMENTAL CONDITIONS** | | | | |
| Work Outside | | | | |
| Extreme Heat | | | | |
| Extreme Cold | | | | |
| Noise | | | | |
| Dust-Vapors-Fumes | | | | |
| Odors | | | | |
| Wet-Humid | | | | |
| Other: | | | | |

**"R" noted in any portion of this analysis indicates a REQUIRED physical demand which is an essential function of this job title**

MONARCH
plastic surgery

## MPS - THERAPY ORDER

**Occupational Therapy Order:**
**Date:** 2/26/2019
**Name:** Lynn Garza

**Diagnosis:** chronic intermittent compartment syndrome left upper extremity

**Instructions:**
Evaluation and Treatment

**Type of Treatment:**
Continue current therapy

**Treatment Goals:**

**Frequency/Duration:**
2-3 times a week for 1 month

**Industrial Rehabilitation:**

**Comments:**

**Physician:** The note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

MONARCH plastic surgery

## MPS – THERAPY ORDER

**Occupational Therapy Order:**
**Date:** 1/15/2019
**Name:** Lynn Garza

**Date of Injury:**
**Date of Surgery:**
**Diagnosis:** chronic intermittent compartment syndrome left upper extremity

**Instructions:**
Evaluation and Treatment

**Type of Treatment:**
**Increase strength and later conditioning LUE**

**Treatment Goals:**
Patient Education, Increase ROM, Increase Strength, Decrease Pain, Decrease Edema and Sensory Re-education

**Frequency/Duration:**
3 a week for 1 month

**Industrial Rehabilitation:**

**Comments:**

**Physician:** The note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

**n0059762**

| | |
|---|---|
| **From:** | Lynn Garza |
| **Sent:** | Tuesday, March 05, 2019 6:04:06 PM |
| **To:** | disabilitydocuments@libertymutual.com |
| **Subject:** | claim 6099388 |
| **Attachments:** | occupational therapy order 22619.pdf; physical therapy 11519.pdf |

I am including the therapy orders written by Dr Nouhan from January and February 2019. I had a follow up appointment with her on February 26 2019 and she ordered another month of occupational therapy. I am scheduled to follow up with her on March 26 2019.

I did receive the message that my claim appeal was approved- but that it is approved until March 15. I will still be in the middle of my treatment on March 15. I would like to avoid my claim being denied while I'm still in the middle of the prescribed treatment plan.

Please let me know what I need to do to avoid this problem. I will also contact my claim manager Nathan Waymire directly for assistance with this.
Sincerely,
Lynn Garza

**From:** Lincdbs eleNtLcNfca@Lincdbs eleNtg mS
**To:** 052651C@0HLE 0gT ; O-LDAyr iaNnitil byHNoil NaHtihi. a@a. tMaghcl
**Cc:** Ls s cdi. NtLcNfca@a. tMcNtl Mgmov
**Subject:** LIB; ROY s UOUAL T DOIFIHAOIDT : 0Mmd OcoS r iaNnitil b/LcNfc AppomfNt mo; xlchaimh GmoLbhh z No4N 371, CuHtNiS T eS nco: 1599788uLm Nlimh T eS nco2C6CC555

This is to notify you that there has been an approval or extension of your associate's short term disability claim/leave. The associate's ID is 43671 and their subsidiary code is 6650.

**Short Term Disability Information:**

Last Day Worked: 10/9/2018

Date of Disability: 10/10/2018

Benefit Payments Period: 10/17/2018 thru 3/15/2019
*If the claim remains open for an extended period of time, your associate may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

**IMPORTANT NOTES:**

- The approved thru date does not necessarily reflect the associate's actual return to work date. If a leave is extended, you will receive an additional notification.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41516 or contact the assigned Case Manager at Nathan.Waymire@lfg.com. Please be sure to reference claim number 6099388.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LYNN GARZA

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1744

February 28, 2019

Ms. Lynn Garza

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388

Dear Ms. Lynn Garza:

On behalf of the plan sponsor, Sisters of Charity of Leavenworth Health System, Inc., we have completed our review of your request for reconsideration for disability benefits and have determined that benefits will be reinstated. This determination is based on a review of the medical documentation contained in your file.

Your file has been returned to Nathan Waymire, Disability Claim Case Manager in our Phoenix office for further handling. Nathan Waymire may be reached at (800) 320-7585, extension 41516. For further assistance, please contact your Disability Claim Case Manager.

If you have any questions regarding this matter, please contact me.

Sincerely,

Rhonda Eubanks
Appeals Review Consultant
Phone No.: (888) 437-7611Ext. 14716
Secure Fax No.: (603) 430-1744

**n0149029**

**From:** Eubanks, Rhonda
**Sent:** Thursday, February 28, 2019 9:54:08 AM
**To:** 'LMmedical Leaves'
**Subject:** STD APPEAL DETERMINATION, L. GARZA 6099388
**Attachments:** image007.png; image008.png; image009.png; image010.png; image011.png; image012.png

Good Morning,

We have reviewed Lynn Garza's file in response to her request for reconsideration for Short Term Disability benefits beyond December 23, 2018. Based on our review, we are recommending that benefits be reinstated through March 15, 2019. This determination is based on the medical and vocational information contained in Ms. Garza's disability file.

Ms. Garza will be notified of this determination under a separate cover.

Please feel free to contact me if you have any questions regarding this correspondence.

Thanks,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Rhonda Brook Eubanks**
Appeals Consultant

Group Protection

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

**T**: (888) 437-7611 ext. 14716

**F**: 603-430-1744

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

| Plan Holder | Claimant Name (Last, First) | Claim # |
|---|---|---|
| Sisters of Charity Leavenworth | Garza, Lynn | 6099388 |

**Referred by:** Rhonda Eubanks
**Report Date:** 02/25/2019
**CP Reviewer and Specialty:** R Swotinsky MD; Occupational Medicine
**Claimant DOB:**
**Job Title/Occupation**: Nurse Practitioner
**DOD**: 11/10/2018
**Diagnosis**: Scar conditions and fibrosis of skin
**Type of Claim:** STD

This addendum is intended to clarify my 02/12/19 report. My response to question 3 is:

*Q3. If functional impairment is supported, please describe how that translates into restrictions or limitations beyond 12/23/18 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.*

A3. There is a history of pain and weakness of the left forearm. The records and my discussion with Dr. Nouhan indicated no diagnosis yet, but a diagnostic workup in progress. The records and my discussion with Dr. Nouhan supported impaired use of the left forearm. Because:

- Dr. Nouhan has identified no diagnosis, and
- Dr. Nouhan reports the patient presents with tenderness and weakness, but recorded no specific abnormal exam findings and advised no specific activity limitations/restrictions.

My assessment of the claimant's activity limitations/restrictions and duration is necessarily a rough estimate. That estimate is;

- No patient transfers.
- Occasional lifting/carrying up to 20 lbs, and frequent lifting/carrying up to 10 lbs.
- No limitations/restrictions on keyboarding (fingering, typing) or other office-based activities
- No limitations/restrictions on standing, walking, or other activities involving the lower extremities.

As Dr. Nouhan did not know what was causing the reported symptoms, she was deferring to plastic surgeon Dr. Endress at KU, who was supposed to have seen the claimant the week of 02/04/19. Per Dr. Nouhan's referral, consider asking the claimant for (or directly asking Dr. Endress for) Dr. Endress' note and ancillary test results. To allow time for this, please consider the above restrictions/limitations applicable through up to 03/15/19.

---

<electronically signed>

Robert Swotinsky, MD
Consulting Physician, Lincoln Financial Group
Bd Cert, Occupational Medicine

| Plan Holder | Claimant Name (Last, First) | Claim # |
|---|---|---|
| Sisters of Charity Leavenworth | Garza, Lynn | 6099388 |

| | |
|---|---|
| **Referred by:** | Rhonda Eubanks |
| **Report Date:** | 02/22/2019 |
| **CP Reviewer and Specialty:** | R Swotinsky MD; Occupational Medicine |
| **Claimant DOB:** | |
| **Job Title/Occupation**: | Nurse Practitioner |
| **DOD**: | 11/10/2018 |
| **Diagnosis**: | Scar conditions and fibrosis of skin |
| **Type of Claim:** | STD |

This is an addendum to clarify my 02/12/19 report. This clarification is for question 3:

*Q3. If functional impairment is supported, please describe how that translates into restrictions or limitations beyond 12/23/18 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.*

A3. There is a history of pain and weakness of the left forearm. The records and my discussion with Dr. Nouhan indicated that the diagnosis was as yet undetermined, but the diagnostic workup was in progress. The records and this discussion supported impaired use of the left forearm, enough to preclude work as a nurse practitioner. This was supported pending receipt and review of additional records including the consult note from Dr. Endress at KU.

---

<electronically signed>

Robert Swotinsky, MD
Consulting Physician, Lincoln Financial Group
Bd Cert, Occupational Medicine

2/20/19

To Whom it May Concern

I am requesting all claim file documents that were used as a denial of my short term disability

Thank You,

LYNN A GARZA
Claim# 6099388

Please feel free to email them to me
lae993@gmail.com

**n0304618**

| | |
|---|---|
| **From:** | Lynn Garza |
| **Sent:** | Friday, February 22, 2019 9:05:24 AM |
| **To:** | disabilitydocuments@libertymutual.com; DisabilityDocuments |
| **Subject:** | request for records used to deny claim 6099388 |
| **Attachments:** | request of records used to deny claim.pdf |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

claim 6099388
I am requesting my records that were used to deny my claim. The occupational therapist who has been treating me almost entirely from Jun 1, 2018 following my surgery; had to mail their records separately as they are their own entity and would not fax them. I'v been leaving messages for the case managers to inform them of this but have not received a response yet from the person assigned my case. Please feel free to email the records to me.
Thank you,
Lynn Garza

| Plan Holder | Claimant Name (Last, First) | Claim # |
|---|---|---|
| Sisters of Charity Leavenworth | Garza, Lynn | 6099388 |

| | |
|---|---|
| **Referred by:** | Rhonda Eubanks |
| **Report Date:** | 02/12/2019 |
| **CP Reviewer and Specialty:** | R Swotinsky MD; Occupational Medicine |
| **Claimant DOB:** | |
| **Job Title/Occupation**: | Nurse Practitioner |
| **DOD**: | 11/10/2018 |
| **Diagnosis**: | Scar conditions and fibrosis of skin |
| **Type of Claim:** | STD |

***Responses to Questions***

*Q1. What diagnoses are supported by the medical evidence?*
A1. Scar conditions and fibrosis of skin (L90.5)

*Q2. Does the medical evidence support any diagnoses causing functional impairment beyond 12/23/18 to the present? Please explain your medical rationale as to why or why not.*
A2. The workup has not established a diagnosis causing functional impairment. I think Dr. Nouhan is well credentialed and the university hospital Dr. Endress is well credentialed, too. The workup has been step-wise, appropriate, and is still in progress. Consider asking for the consult note from Dr. Endress from the week of 02/04/19 and Dr. Nouhan's next office note (or two), and then asking me (or another CP) for an addendum review.

*Q3. If functional impairment is supported, please describe how that translates into restrictions or limitations beyond 12/23/18 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.*
A3. There is a history of pain and weakness of the left forearm. If medically-based, there is then medical support for impaired use of the left forearm, enough to preclude work as a nurse practitioner.

*Q4. Are there any reported or observed cognitive and/or physical side effects attributed to claimant's medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.*
A4. No.

*Q5. Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations beyond 12/23/18 to present? Please explain your medical rationale.*

A5. Yes, because the claimant does not regularly attend medical treatment during the day, nor is there another medical basis for working part-time and not full-time.

*Q6. Please contact Regina Nouhan, MD. When contacting the treating provider, please discuss the claimant's condition, treatment, and functional capacity beyond 12/23/18 to present. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.*
A6. Dr. Nouhan indicated the diagnosis was not known, the workup was in progress, and she was waiting for the consult note from Dr. Endress at KU.

***Record Review***

The claimant is a 46-year-old nurse practitioner. Per job description, tasks include occasional lifting/carrying up to 50 lbs and frequent reaching.

The claimant has a history of amniotic band sequence (also known as amniotic band syndrome), a congenital condition that can cause, among other things, limb constriction and vascular compromise at birth that requires prompt surgical release.

The submitted medical information is from plastic surgeon Regina Nouhan, MD, from 10/22/18 – 01/15/19. The information includes:

- ~June 2018. Left forearm scar revision.
- When the claimant returned to work, she said her left forearm was painful and weak.
- 10/30/18. Dr. Nouhan. Arterial and venous Doppler studies of the left forearm showed no vascular problem.
- ~November 2018. Lympathic scintigraphy of the left forearm showed no lymphatic problem.
- 12/21/18. MRI, left forearm, with and without contrast. Nonremarkable.
- 12/27/18. Dr. Nouhan noted the normal studies, "diagnosis is still elusive."
- 01/15/19. Dr. Nouhan. The claimant reports that she has limited use of her left forearm. On exam, she presents with "significant weakness of the left hand, as well as tenderness throughout the wrist, forearm, and distal upper arm." Steroid injection at the site of her tenderness. Referral for a second opinion with plastic surgeon Ryan Endress, MD at Kansas City. She cannot work because she doesn't have full use of her left upper extremity.

***Peer-to-Peer Contact***

Regina Nouhan, MD. 913-663-3838, We spoke at 3:25 p.m. EST 02/12/19. Dr. Nouhan said she did not know what was causing the patient's left forearm pain/weakness and therefore sought a second opinion from Dr. Endress at KU. The patient saw Dr. Endress the week of 02/04/19. Dr. Nouhan has not seen Dr. Endress' note, yet. The patient is scheduled to return to Dr. Nouhan on 2/26. I told Dr. Endress that, for purposes of claims management, the insurer would likely ask for Dr. Endress' note as part of claims management.

______________

<electronically signed>

Robert Swotinsky, MD
Consulting Physician, Lincoln Financial Group
DOT-Certified Medical Examiner

**n0149029**

**From:** GRPMKTMDReferral@LibertyMutual.com
**Sent:** Monday, February 04, 2019 10:59:04 AM
**To:** Eubanks, Rhonda
**Cc:** GMKT.MD.Referral.Dov@LibertyMutual.com
**Subject:** Referral 6099388 - GARZA, LYNN - Assignment Notification

Thank you for this referral.

The referral has been assigned to Robert Swotinsky MD in the Dover office.

If you have questions regarding the status of this referral, please review the daily status report. If you have further questions, please contact the Medical Department in the Dover office.

(Please do not respond to this e-mail, as this is a system generated e-mail and responses are not monitored.)

Office: GM - Charlotte
Claim Number: 6099388
Claimant: GARZA, LYNN
Priority Status: 1
Date of Disability: 10/10/2018
Product Type: STD
Disability Level: Own Occupation
Claim Status: CL
Date Referred: 2/2/2019
Date Report Needed: 2/11/2019
Policy Holder: SISTERS OF CHARITY LEAVENWORTH
Referred By: EUBANKS, RHONDA 096 8*731-4716
Diagnosis: M79.642 Pain in left hand,
Questions or Issues for Physician:
*Please contact Dr. Regina Nouhan. When contacting the treating provider, please discuss the claimants condition, treatment, and functional capacity beyond 12/23/18 to present. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Questions: What diagnoses are supported by the medical evidence? Does the medical evidence support any diagnoses causing functional impairment beyond 12/23/18 to the present? Please explain your medical rationale as to why or why not. If functional impairment is supported, please describe how that translates into restrictions or limitations beyond 12/23/18 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Are there any reported or observed cognitive and/or physical side effects attributed to clmnts medications? If yes, do the side effects contribute to claimants impairment? Please explain your medical rationale.

Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations beyond 12/23/18 to present? Please explain your medical rationale.

# Lincoln Financial Group Consulting Physician Referral

## File Review - Priority

**Physician Specialty: Occupational and Environmental Medicine**

| | | | |
|---|---|---|---|
| Office: | 0587 | Claim #: | 6099388 |
| Claimant Name: | LYNN GARZA | | |
| Date of Birth: | | Claim Status: | CL |
| Date of Disability: | 10/10/2018 | Date Sent: | 2/2/2019 |
| Claimant SSN: | | Date Benefits Began: | 10/17/2018 |
| Product Type: | STD | Paid Through: | 12/23/2018 |
| Disability Level: | Own Occupation | | |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: SISTERS OF CHARITY LEAVENWORTH

Referred By: EUBANKS, RHONDA 096 8*731-4716

Assigned Nurse Case Manager:

Diagnosis: M79.642 Pain in left hand,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

*Please contact Dr. Regina Nouhan. When contacting the treating provider, please discuss the claimant's condition, treatment, and functional capacity beyond 12/23/18 to present. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.

Questions:

What diagnoses are supported by the medical evidence?

Does the medical evidence support any diagnoses causing functional impairment beyond 12/23/18 to the present? Please explain your medical rationale as to why or why not.

If functional impairment is supported, please describe how that translates into restrictions or limitations beyond 12/23/18 to present. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.

Are there any reported or observed cognitive and/or physical side effects attributed to clmnt's medications? If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.

Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations beyond 12/23/18 to present? Please explain your medical rationale.

| | | | | | |
|---|---|---|---|---|---|
| Version: | 02/04 | Revised: | 1212 | Job Code: | 6800/6802 |
| | | | | Position Code: | 233680050831<br>233680250831 |
| Job Title: | Nurse Practitioner - STAFF | | | FLSA: | Exempt |

| Associate's Printed / Typed Name | Associate ID | Department Name | Number |
|---|---|---|---|
| | | Family Medicine | 50831 |

## II. STAFF - JOB SPECIFIC

### A. JOB TITLE DUTIES & RESPONSIBILITIES

| | | ES | MS | ND | NA |
|---|---|---|---|---|---|
| JDR 1. | Meets the **job specific competencies** for Position Code: 233680050831 233680250831<br>Comments: | ☐ | ☐ | ☐ | ☐ |
| JDR 2 | Provide direct patient care, evaluate outcomes, consult with other providers/specialists as needed and adjust nursing care processes to ensure optimal patient care. May be responsible for coordinating health education information. | ☐ | ☐ | ☐ | ☐ |
| JDR 3. | Identifies patient/client needs, develops quality programs, and ensures delivery of quality services to meet those needs for all patients. | ☐ | ☐ | ☐ | ☐ |
| JDR 4. | Prescribes or recommends prescriptions for medication and other treatments according to established federal and state regulations and requirements. | ☐ | ☐ | ☐ | ☐ |
| JDR 5. | Performs, orders, and evaluates results of lab, x-ray, and diagnostic tests as indicated. | ☐ | ☐ | ☐ | ☐ |
| JDR 6. | Provides coverage for other providers' patients when a provider is unavailable. Assists in acute care, follow ups, messages and prescription refills. | ☐ | ☐ | ☐ | ☐ |
| JDR 7. | Be a contributing member of the team in assisting in the efficiency of the workflow and in the education of the residents. | ☐ | ☐ | ☐ | ☐ |

JDR 8. Participates in problem solving teams or provides suggestions to management to improve overall quality/quality of care and day-to-day operations. ☐ ☐ ☐ ☐

JDR 9. Assists with unit coverage when applicable. ☐ ☐ ☐ ☐

JDR 10. Works with residents to staff the Acute Care Clinic when scheduled. ☐ ☐ ☐ ☐

JDR 11. Responsible for teaching of resident skills for handling problem focused acute care patient visits. ☐ ☐ ☐ ☐

**STAFF-JOB SPECIFIC Total ES + MS =** ☐

**GRAND TOTAL** Be sure to include sum STAFF-ALL and STAFF-JOB SPECIFIC = ☐

## B. JOB REQUIREMENTS

The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Title(s) of position(s) directly Supervised: **None**

Number of individuals directly supervised: **None** Indirectly supervised: **None**

**Education**: Masters Degree or equivalent

**Experience**: Greater than 2 years

**License / Certification / Registration** Current Colorado or Compact State RN License with noted authority as Nurse Practitioner and DEA licensure.

**Working Environment**: Works in a well lit, heated and ventilated area. Position requires considerable mobility throughout the facilities. Potential exposure to routine, communicable diseases through regular contact with associates and the public at large.

## C. PHYSICAL DEMANDS ANALYSIS

### 1. PHYSICAL DEMANDS

Weight capacity requirements are reflected in pounds under the column of required frequency

| | **Occasionally** 0-33% of work shift | **Frequently** 34-66 % of work shift | **Constantly** 67-100% of work shift | **Not Present** for this Job Title |
|---|---|---|---|---|
| Lift | 50 Lb. R | Lb. | Lb. | Lb. |
| Carry | 50 Lb. R | Lb. | Lb. | Lb. |
| Push-Pull | 50 Lb. R | Lb. | Lb. | Lb. |

Other requirements are marked under the column of required frequency

| | Occasionally | Frequently | Constantly | Not Present |
|---|---|---|---|---|
| Sit | R | | | |
| Stand | | | R | |
| Walk | | | R | |
| Crawl-All Fours | | | | |
| Bend-Stoop | R | X | | |
| Kneel | X | | | |
| Squat-Crouch | R | | | |
| Reach: Forward | | R | | |
| Reach: High-Low | R | | | |
| Climb Stairs | X | | | |
| Climb Other: | | | | |
| Balance | | | R | |
| Squeeze-Grasp-Handle | | | R | |
| Pinch-Finger-Feel | | | R | |
| Vision | | | R | |
| Color Vision | | | R | |
| Talk | | | R | |
| Hear | | | R | |
| Drive | | | | |

### 2. ENVIRONMENTAL CONDITIONS

| | Occasionally | Frequently | Constantly | Not Present |
|---|---|---|---|---|
| Work Outside | | | | |
| Extreme Heat | | | | |
| Extreme Cold | | | | |
| Noise | | | | |
| Dust-Vapors-Fumes | | | | |
| Odors | | | | |
| Wet-Humid | | | | |
| Other: | | | | |

**"R" noted in any portion of this analysis indicates a REQUIRED physical demand which is an essential function of this job title**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LYNN GARZA

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-4190

January 30, 2019

Ms. Lynn Garza

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388

Dear Ms. Lynn Garza:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group companyis responsible for managing claims for Short Term Disability (STD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have received your request for review of the recent claim determination onyour Short Term Disability (STD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Corie Gillham
Appeal Examiner II

Phone No.: (888) 437-7611Ext. 41433
Secure Fax No.: (603) 334-4190

Attachments: Authorization - Medical

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-4190

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________________

Signature of claimant or legal representative ____________________

Date of Birth: __ _______ Claim Number: 6099388 Date: ____________________

**A copy of this authorization will be considered as valid as the original.**

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **PHOENIX**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 913 | Manager: | MARTIN, JANEIL | Case Mgr: | WAYMIRE, NATHAN |

| | | | |
|---|---|---|---|
| Claimant Name: | LYNN GARZA | Claim #: | 6099388 |
| Occupation (Job Title): | ARNP | Date Sent: | 1/28/2019 |
| Diagnosis: | M79.642 Pain in left hand, | | |
| Date of Disability: | 10/10/2018 | Date Benefits Began: | 10/17/2018 |
| Maximum Duration: | 4/7/2019 | Paid Through: | 12/23/2018 |
| Date of Denial or (DB451): | 1/9/2019 | Date Appeal Received: | 1/22/2019 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | SISTERS OF CHARITY LEAVENWORTH | | |
| Product: | STD | Funding: | ASO |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

**Monarch Plastic Surgery**
4801 W. 135th Street
Leawood, KS 66224
Phone: 913-663-3838
Fax: 913-663-4434

**Richard J. Bene, M.D., F.A.C.S.**
**Regina M. Nouhan, M.D., F.A.C.S.**
**Jeffrey R. Dillow, M.D., F.A.C.S.**
**Keith R. Hodge, M.D., F.A.C.S.**
**Paul J. Leahy, M.D., F.A.C.S.**
**Elizabeth A. Killion, M.D.**

# FAX

**Date:** 1/21/2019

**To:** ATTN: Nathan Waymire

**Fax Number:** 603-334-9302

**From:** Erin Bennett

**Pages:** 8

## Confidential Health Information Enclosed!

Health Care Information is federally protected information related to a person's health care. It is being faxed to you after appropriate authorization from the patientor under circumstances that doesn't require patient authorization. You, the recipient, are obligated BY FEDERAL LAW to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consentor as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**Re: Claim # 6099388**

Tax ID#: 481164346

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distributionor copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message.

To license contact: www.imgmaker.com

# Monarch Plastic Surgery - South

Printed On: 1/21/2019

## General Information

**Lynn A Garza** **No. 102093**

Address:

Social Security # :
Birth Date:
Race: Hispanic
Ethnicity: Hispanic or Latino

Emergency:
Name: Mark Rice
Home Phone: (
Work Phone:

Employer: Other
Company: Caritas Clinic
Manager:
Address:

Home Phone:
Work Phone:
Mobile Phone:
Pager:
Email:

Provider: Nouhan, Regina
Referring Physician: Reilly, Laura G
Primary Care Physician: Kawase, Yutaka
Affiliate Physician:
Referral: Referring Physician
First Contact Date: 3/29/2018

Diagnosis:
Diagnosis 2:
Diagnosis 3:
Diagnosis 4:
Injury Date:
Patient Type: Non Cosmetic
Notes:

Primary Insurance: **Blue Cross And Blue Shield Of Kansas City (00041)**
YBW05K020697

Secondary Insurance:

| | |
|---|---|
| [redacted] | 2/28/2019 3:30 PM |

Lynn A. Garza (102093)
46 yr. Female,


MONARCH
plastic surgery

## PROGRESS NOTE

### Patient Details:

**– Date:**
1/15/2019
**– Reason For Visit**
1/15/19-

Lynn is about 7 months post left forearm fascial release, with history of congenital amniotic band syndrome and increasing chronic pain.

Unfortunately, however, her postoperative course has been plagued with new and increasing pains and frequent swelling episodes after activity. She has been on tramadol and ibuprofen, and has failed localized steroid injections for distal discomfort and hypertrophic scarring.
Chronically, she has has had some distal pain, but also now a new or proximal pain and swelling (just above the antecubital crease medially).

Etiology has been elusive. Again her arterial and venous Dopplers have been negative. Lymphatic scintigraphy has been essentially negative. MRI with "Time-Resolved Imaging of Contrast Kinetics" has been negative.

Currently she still has significant limitations in daily functional activities, particularly as she is left-handed. Specific examples include inability to fully grip and turn a doorknob or bottle top, difficulty getting dressed and cutting her food (her husband has to cut meat for her), and she cannot drive for very long without symptoms.
In terms of her work functions, she cannot do breast exams or other physical exams one-handed. She cannot do well-woman exams with speculum. And she has great difficulty doing EMR, typing, and writing with this dominant hand.

Also, apparently her disability claim was denied and closed prematurely.

**– Days Post Op**
Scar Revision: 7 months, 2 weeks ago

### History:

#### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

**– Blood Pressure** 126/80

#### Allergies/Medications:

**– Current Medications**

| | Rx |
|---|---|
| alprazolam 0.25 mg tablet | ☑ |
| tramadol 50 mg tablet | ☑ |
| Wellbutrin XL 300 mg 24 hr tablet, extended release | ☑ |
| gabapentin 300 mg capsule | ☑ |
| zolpidem 10 mg tablet | ☑ |



To license contact: www.lmgmckee.com

to license contact: www.imagemaker.com

| | Rx |
|---|---|
| metformin ER 500 mg tablet,extended release 24 hr | ☑ |
| ibuprofen 800 mg tablet | ☑ |
| hydroxyzine HCl 50 mg tablet | ☑ |
| dextroamphetamine-amphetamine 30 mg tablet | ☑ |
| OneTouch Verio strips | ☑ |
| liothyronine 25 mcg tablet | ☑ |
| sumatriptan 20 mg/actuation nasal spray | ☑ |

– **Allergies**
- No Known Allergies

## Exam:

– **Exam Notes**

She still has hypertrophic scarring of the left forearm, but this seems a little bit less tender today, though not resolved.

She still has significant weakness of the left hand, as well as tenderness throughout the wrist, forearm, and distal upper arm.

## Assessment/Plan:

1) we will get her back into therapy to help maximize her strength and later help with conditioning if indicated.

2) I recommended trying a steroid injection to the distal upper arm medially to try to relieve some localized symptoms here, but this is not likely to be a lasting solution. She did wish to proceed: sterile technique was used to administer a <1 mL collection of triamcinolone 10 and 1% xylocaine plain into the designated area. The patient tolerated this well.

3) we will continue her same work restrictions (she is not able to do her job currently.)

4) we did refill her tramadol and ibuprofen prescriptions.

5) she may be benefit from a further opinion by another hand surgeon. I am recommending Dr. Endress at KU in the plastic surgery department.

She will follow-up here in a month so that we can reassess her progress and see how both the steroid injection and therapy have done for her. All questions were answered today and she is in agreement with the plan.

## Signature:

Signature: Regina M Nouhan

Regina M. Nouhan, M.D., F.A.C.S.

to license contact: www.imgmaker.com

Lynn A. Garza (102093)
46 yr. Female,


12/27/2018

MONARCH plastic surgery

## ADDENDUM

**Addendum:**
– **Addendum**
12/27/2018

The results of her special MRI came back as negative. I spoke with Dr. Adam Sharp. He states the study was actually read by Dr. Stacy Stevens, who is better at reading the upper extremity anatomy then he. Both agreed that there was no vascular, fascial, muscular abnormality able to be identified to explain the patient's symptoms.

If this were a chronic intermittent compartment syndrome, her symptoms should have been relieved by the extensive fascial release I did surgically.

On next visit I may try a more proximal (corresponding to her newest symptoms) steroid injection for the patient to try to help with her symptoms, but diagnosis is still elusive. We may even consider additional consultation elsewhere to see if other ideas can be generated to try to help her.

**Signature:**

Signature: Regina M Nouhan MD

**Regina M. Nouhan, M.D., F.A.C.S.**

to license contact: www.imagemaker.com

fax license courtesy: www.imagemaker.com

OVERLAND PARK REGIONAL
10500 QUIVIRA RD.
OVERLAND PARK, KANSAS 66215

PHONE #:
FAX #:

Name: GARZA,LYNN A
Phys: Nouhan,Regina M MD
DOB: Age: 46 Sex: F
Acct: V72208782944 Loc: V.HMRI
Exam Date: 12/21/2018 Status: DEP CLI
Radiology No:
Unit No: V00750015

| EXAMS: | REASON FOR EXAM: | CPT CODE: |
|---|---|---|
| 700919553 UPPER EXT MRA W OR W/O | LFT EXTEMITY IMPAIRMENT | 73225 |
| 700919561 FOREARM MRI W/WO CONTRA | PAIN POST FASCIAL RELEASE | 73220 |

Name: GARZA, LYNN

Procedure: - FOREARM MRI W/WO CONTRAST LEFT, - UPPER EXT MRA W OR W/O CONT LT

Exam Date: 12/21/2018 10:35 AM

Reason for exam: PAIN POST FASCIAL RELEASE

TECH Comments
CONGENITAL AMNIOTIC BAND SYNDROME,LEFT UPPER EXTREMITY IMPAIRMENT,POST FOREARM FASCIA RELEASE. DR NEUHAN CELL# 913-706-7348

Contrast / Dose
7.9ML GADAVIST

MRA of the left arm shows no arterial occlusions. There is runoff into the hand via the radial and ulnar arteries. There is more dominant runoff into the hand from the ulnar artery than the radial artery. The anterior interosseous artery is patent to just proximal to the wrist. No vascular anomalies are identified.

The soft tissues show no masses. No abnormal soft tissues enhancement is present. No muscle herniations are present. No chronic fatty muscle atrophy is present to suggest nerve impingement or chronic denervation injury. There is also no muscle edema to suggest subacute denervation.

No bone marrow edema is present. No osseous anomalies are identified. The joint spaces are incompletely imaged but appear preserved. No large joint effusions are identified.

IMPRESSION: Unremarkable MRI.

** Electronically Signed by STACY C STEVENS M.D. **
** on 12/26/2018 at 1020 **
Reported and signed by: STEVENS M.D., STACY C

to license contact: www.imgmaker.com

OVERLAND PARK REGIONAL
10500 QUIVIRA RD.
OVERLAND PARK, KANSAS 66215

PHONE #:
FAX #:

Name: GAR ,LYNN A
Phys: Nou a,Regina M MD
DOB: Age: 46 Sex: F
Acct: V/22087062944 Loc: V.HMRI
Exam Date: 12/21/2018 Status: DEP CLI
Radiology No:
Unit No: V00750015

| EXAMS: | REASON FOR EXAM: | CPT CODE: |
|---|---|---|
| 700919553 UPPER EXT MRA W OR W/O | LFT EXTEMITY IMPAIRMENT | 73225 |
| 700919561 FOREARM MRI W/WO CONTRA | PAIN POST FASCIAL RELEASE | 73220 |

<Continued>

CC: Regina M Nouhan MD

Dictated Date/Time: 12/26/2018 (1011)
Technologist: ERIN BURTON; JASON THOMPSON
Transcribed Date/Time: 12/26/2018 (1011)
Transcriptionist: RADPS
Electronic Signature Date/Time: 12/26/2018 (1020)
Orig Print D/T: S: 12/26/2018 (1022)
BATCH NO: N/A

PAGE 2 Signed Report

**From:** Lynn Garza
**To:** DisabilityDocuments; disabilitydocuments@libertymutual.com
**Subject:** ATTN: Appeal Review Unit Claim # 6099388
**Date:** Thursday, January 17, 2019 3:33:21 PM
**Attachments:** appeal letter 1.pdf
physical therapy order.pdf
ADA_Complete.pdf
work status jan 15 2019 2.pdf

---

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I am submitting my request for appeal of denial of claims per my discussion with Nathan Waymire, Disability Claims Manager I. My letter of appeal is attached with my signature. I am attaching the most recent work status note and a copy of the occupational therapy order. Also attached is the ADA form filled out by my doctor October 22,2018. Additional records will be sent from my doctors office as noted in my letter. I look forward to hearing from you soon.
Sincerely
Lynn A Garza

SCL Health

SCL Health
Associate Medical Leave Office
500 Eldorado Blvd., Ste. 4200
Broomfield, CO 80021

SCLHSMedicalLeaves@SCLHS.net
1-855-824-6309 (phone)
1-855-266-6176 (fax)

# ADA Medical Documentation Request

Limited release of Medical Information

My signature below indicates my limited release of medical information to my employer Sisters of Charity of Leavenworth Health, as requested in this letter and as is necessary to assess the availability of reasonable accommodation to me at work. **I understand it is my responsibility to obtain a copy of my job description from my manager to provide a copy to my physician with this form.**

Associate Name (printed) Lynn Garza S#________

Associate Signature [signature] Date________

Sisters of Charity of Leavenworth Health and the above named associate are requesting that you examine the above named associate to provide information regarding two general issues: (a) whether he/her has a physical or mental impairment that substantially limits one or more major life activities including any functional limitations associated with such impairment(s), and (b) whether his/her medical condition precludes work performance and suggested accommodations that would enable him/her to perform all the essential functions of his/her position.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Please respond fully to the questions that are requested and return within 15 days from receipt of this request. Attach additional information if necessary.

1. Does your patient have a physical or mental impairment? Impairment meaning any physiological or mental disorder or condition affecting one or more of the body's systems?
(YES) X NO ___

2. If yes, what is the impairment? Left upper extremity impairment (still being evaluated and treated)

3. Does the impairment affect a major life activity? YES X NO ___

4. If yes, check any major life activity and major bodily function that is affected.

Major life activity:

| | | | | |
|---|---|---|---|---|
| Bending | Hearing | Reaching | Speaking | Other (describe) |
| Breathing | Interacting With Others | Reading | Standing | |
| Caring For Self | Learning | Seeing | ✓ Thinking (impaired by pain) | |
| ✓ Concentrating | ✓ Lifting | Sitting | Walking | |
| Eating | ✓ Performing Manual Tasks | Sleeping | | |

Major bodily functions:

| | | | |
|---|---|---|---|
| Bladder | Digestive | Lymphatic | Reproductive |
| Bowel | Endocrine | ✓ Musculoskeletal | Respiratory |
| Brain | Genitourinary | Neurological | Special Sense Organs & Skin |
| Cardiovascular | Hemic | Normal Cell Growth | Other (describe) |
| Circulatory | Immune | Operation of an Organ | |

5. If yes, is his or her ability to perform the major life activity or major bodily function substantially limited by the impairment compared to an average person in the general population? Substantial limitation means that the employee is restricted as to the condition, manner, or duration under which he/she performs the activity.
YES ✓ NO ___

6. Please indicate how long you anticipate this impairment will substantially limit the major life activity or major bodily function? uncertain at this time.

Your patient has been instructed to provide you with a copy of their job description. Please review the job description for the essential functions of that position. Is there a medical reason why they cannot perform any functions of the job as described to you? YES X NO ____

7. If yes, what essential function(s) are substantially limited? left hand/arm activity – lifting, pushing, pulling, manipulating objects

8. How does the impairment substantially limit his or her ability to perform the essential job function(s)? She cannot do these, as they induce pain. And she is also having concentration problems due to pain.

9. Is there a medical reason to believe he/she is likely to experience injury, harm, or aggravation of impairment by performing or attempting to perform his/her job without accommodation?
YES X NO ____

10. If yes, what is the degree of injury, harm, or aggravation that should be expected, and what is the likelihood that it will occur? Please also address the duration of the risk and the medical basis for your conclusions. forcing the impaired activities will worsen her condition. Duration is uncertain.

11. Can you identify a reasonable accommodation that may enable him/her to perform the functions of their job? YES ____ NO ✓, beyond medical leave of absence.

12. If yes, please provide specific examples of accommodations that may enable them to perform the essential job function(s), or that may overcome an identified barrier in the workplace associated with impairment. ____

13. How will the accommodation assist him or her to perform the essential job function(s)? ____

14. How long do you anticipate he/she will need the accommodation? ____

15. If the accommodation is a leave of absence, will a leave of absence assist him/her to return to work?
YES ✓ NO ____ I believe so.

16. How will a leave of absence assist him/her in returning to work? she needs more time for further diagnosis and treatment, without aggravating the current problem.

17. What dates do you anticipate he/she will need leave? (Note: You must provide your best medical judgment, based on current information, as to the length of leave.) ____________

uncertain - it could be a few months.

18. If a leave of absence is granted, what is the likelihood that the he/she will be able to return at the end of the leave? if her problem can be adequately treated, the likelihood is good.

19. If the Absence needed will be intermittent in nature please include frequency and duration of leave.

Date ____________ to ____________

Frequency ____________

Thank you for your professional time and attention to this matter. Please assist us further by signing below to indicate that you have personally evaluated this patient and reviewed the attached job classification and/or job description.

Provider Signature: [signature] MD Print Name: Regina Nouhan Date 10/22/18

Provider's Title and Practice Hand & Reconstructive Surgery

Providers phone 913-663-3838 Providers Fax 913-663-4434

Lynn Angelique Garza

January 17, 2019

Claim #: 6099388

To:
The Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Attn: Appeal Review Unit Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

RE: Disability Appeal Letter for Denial dated January 12, 2019

I am appealing my denial for disability benefits dated January 12, 2019. I have been unable to function effectively or safely in my job as a Nurse Practitioner since my surgery June 1, 2018. Regarding the portion of the denial letter indicating the request for benefits was for "a claim for pain in your left hand" is not an accurate description of the request. I am left hand dominant, and the pain and swelling is affecting my left hand, forearm and antecubital area. I have decreased strength in my hand and arm which impairs my ability to perform many tasks including pulling, pushing, grasping and twisting. I am unable to effectively perform the activities required to perform physical exams and efficiently utilize the electronic medical record as required. The constant pain, swelling, decreased strength, limited movement as listed above and found in the ADA form; filled out and signed by Dr Nouhan; not only impairs my ability to perform my activities of daily living but also has a negative impact on my concentration and impairs my critical thinking skills thereby preventing me from providing safe care as a nurse practitioner.

The decision to deny benefits and close my claim was made by a clinical staff member at your company prior to my appointment with my physician which occurred on January 15, 2018. At that visit, Dr Nouhan prescribed the following treatment plan: resume occupational therapy 3 times a week for 4 weeks; steroid injection placed in inflamed region above the antecubital space; and a referral to Dr Endress, specialist in hand and upper extremity surgery at the University of Kansas. I am scheduled with Dr Nouhan for follow up on February 26 2018.

I have attached the work status letter that I was given January 15, 2018 and the order for occupational therapy. I will also attach the ADA forms that Dr Nouhan filled out October 22, 2018. Additional records will be sent from Dr Nouhan's office. The notes from my occupational therapist will be requested and submitted as soon as they are made available.

My inability to work and the denial of benefits has eliminated any income that I have at this time. I have dedicated my professional career to providing healthcare to the uninsured and to those in the greatest need. I now find myself in the position of many of the patients that I have provided care for. I am requesting that the decision to deny my claim for disability be reconsidered as I am still undergoing treatment and am unable to perform duties required for work. I am diligent in doing all that I can to return to health, so that I may return to work providing care to others as quickly as possible.

Sincerely,

[signature] 1/17/18

Lynn Angelique Garza

MONARCH
plastic surgery

## MPS - THERAPY ORDER

**Occupational Therapy Order:**
**Date:** 1/15/2019
**Name:** Lynn Garza

**Date of Injury:**
**Date of Surgery:**
**Diagnosis:** chronic intermittent compartment syndrome left upper extremity

**Instructions:**
Evaluation and Treatment

**Type of Treatment:**
**Increase strength and later conditioning LUE**

**Treatment Goals:**
Patient Education, Increase ROM, Increase Strength, Decrease Pain, Decrease Edema and Sensory Re-education

**Frequency/Duration:**
3 a week for 1 month

**Industrial Rehabilitation:**

**Comments:**

**Physician:** The note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104377190

MONARCH
plastic surgery

**MPS - WORK STATUS**

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 1/15/2019

Patient seen in the office today.
Patient will continue to be off work, she doesn't have full use of her left upper extremity.

Restrictions are as follows:

Lynn will continue under my care.

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Wednesday, January 16, 2019 11:25:22 AM
**To:** LAE9Q3@GMAIL.COM;
**CC:**
**BCC:**
**Subject:** [Send Secure]Sisters of Charity of Leavenworth Health System, Inc. Claim No. 6099388 Lynn Garza
**Attachments:** 236853f2c25b3349bd2f3220bff610a943e1dd1dcf899d18_6052069.pdf;

---

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9302

January 16, 2019

Ms. Lynn Garza

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388

Dear Ms. Lynn Garza:

Please see the attached denial letter. You can send additional records and your appeal letter to disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Nathan Waymire
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585Ext. 41516
Secure Fax No.: (603) 334-9302

Attachments: 6099388-CLOSE-NOT DISABLED-01.09.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. LYNN GARZA

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9302

January 12, 2019

Ms. Lynn Garza

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388

Dear Ms. Lynn Garza:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond December 23, 2018. Sisters of Charity of Leavenworth Health System, Inc.'s STD Plan requires that to receive benefits you must meet the following definition of disability:

> ***"Disability" or "Disabled"*** *means the Employee, as a result of Injury or Sickness is unable to perform the Material and Substantial Duties of his Own Job.*

You have been receiving STD benefits for your disability since October 17, 2018.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for pain in your left hand and your claim file contains the following medical documentation:

Office visit notes from October 30, 2018 and December 20, 2018 from Dr. Regina Nouhan. In order to determine if you met the definition of disability, we had your records reviewed by a clinical staff member. The results are below.

You were out of work since October 10, 2018.The records noted you have amniotic band syndrome . You had a left forearm volar fascia surgery release on June 1, 2018 with Dr. Nouhan.You returned to work on August 27, 2018. There was an addendum documentated by Dr. Nouhan indicating that

the arterial and venous doppler studies were negative and a radiologist conferredthat an MRI to look at your blood supply to your tissues may be beneficial. You present on October 30, 2018 and reported chronic pain and swelling. This was different from your pre-operative symptoms which were noted to have improved. You noted that your symptoms worsened since returning to work. Your doppler study was discussed and an MRI was was also discussed. Your examination notes were unchanged with only noted clinical documentation was a hypertrophic scar. The plan was a steroid injection done for the scar. There was an addendum dated November 2, 2018 indicating that although your doctor went to call in a prescription for tramadol, the pharmacy indicated that another treating provider had already prescribed tramadol for pain.As of your follow up with Dr. Nouhan dated December 20, 2018. You reported persistent pain and swelling of your left forearm. Upon examination, there was no significant change, and you positive and smiling throughout examination. It was documented your MRI study was to occur and if the results were negative then Dr. Nouhan would not have anything else to offer. The MRI study came back unremarkable. All the available records on file since you have gone back out of work have not documented any diagnostic abnormalties. Additionally, there hasbeen no motor, strength, range of motion, neurological, or sensory deficits. Your medication treatment including tramadol has been unchanged since your surgery even though you had returned to work. Although you reported different levels of pain, during examination there was no documented verbal or nonverbal behavior, comfort and position of left arm/forearm movement, or use of any assistive devices that would clearly indicate a severity of a condition that would warrant sustained restrictions or limitations beyond December 23, 2018.

Based on the medical documentation received in relation to the requirements of your job, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Plan continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Plan. Should Liberty Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Office visit notes, treatment plans, lab and test results, operative reports, prescription histories, and restrictions and limitations from December 21, 2018 to present from Dr. Nouhan along with all other providers that you treated with for this condition.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nathan Waymire
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41516
Secure Fax No.: (603) 334-9302

**From:** Lincdbs eleNtLcNfca@Lincdbs eleNtg mS
**To:** 052651C@0HLE 0gT ; O-LDAyr iaNnitil byHNoil NaHtihi. a@a. tMaghcl
**Cc:** Ls s cdi. NtLcNfca@a. tMcNtl Mgmov
**Subject:** LIB; ROY s UOUAL T DOIFIHAOIDT : HMNhvc ih 0lNea mu0Mnd OcoS r iaNnitil b/LcNfc 0lNea umoLbhh GNozN, 4317C, HtNiS T eS ncα 1599388, Lm NIimh T eS nco 2C6CC555

This is to notify you that there has been a change in the status of your associate's short term disability claim/leave. The associate's ID is 43671 and their subsidiary code is 6650.

**Short Term Disability Information:**

Benefit Payments Period: 10/17/2018 thru 12/23/2018

Disability Claim Status: Closed - Not Totally Disabled For Own Occupation

**Leave Information:**

Approved Leave Period: Not Applicable

Leave Status: Not Applicable -

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41516 or contact the assigned Case Manager at Nathan.Waymire@lfg.com. Please be sure to reference claim number 6099388.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. LYNN GARZA

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9302

January 12, 2019

Ms. Lynn Garza

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388

Dear Ms. Lynn Garza:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group companyis responsible for managing claims for Short Term Disability (STD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond December 23, 2018. Sisters of Charity of Leavenworth Health System, Inc.'s STD Plan requires that to receive benefits you must meet the following definition of disability:

> ***"Disability" or "Disabled"*** *means the Employee, as a result of Injury or Sickness is unable to perform the Material and Substantial Duties of his Own Job.*

You have been receiving STD benefits for your disability since October 17, 2018.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for pain in your left hand and your claim file contains the following medical documentation:

Office visit notes from October 30, 2018 and December 20, 2018 from Dr. Regina Nouhan. In order to determine if you met the definition of disability, we had your records reviewed by a clinical staff member. The results are below.

You were out of work since October 10, 2018.The records noted you have amniotic band syndrome . You had a left forearm volar fascia surgery release on June 1, 2018 with Dr. Nouhan.You returned to work on August 27, 2018. There was an addendum documentated by Dr. Nouhan indicating that

the arterial and venous doppler studies were negative and a radiologist conferredthat an MRI to look at your blood supply to your tissues may be beneficial. You present on October 30, 2018 and reported chronic pain and swelling. This was different from your pre-operative symptoms which were noted to have improved. You noted that your symptoms worsened since returning to work. Your doppler study was discussed and an MRI was was also discussed. Your examination notes were unchanged with only noted clinical documentation was a hypertrophic scar. The plan was a steroid injection done for the scar. There was an addendum dated November 2, 2018 indicating that although your doctor went to call in a prescription for tramadol, the pharmacy indicated that another treating provider had already prescribed tramadol for pain.As of your follow up with Dr. Nouhan dated December 20, 2018. You reported persistent pain and swelling of your left forearm. Upon examination, there was no significant change, and you positive and smiling throughout examination. It was documented your MRI study was to occur and if the results were negative then Dr. Nouhan would not have anything else to offer. The MRI study came back unremarkable. All the available records on file since you have gone back out of work have not documented any diagnostic abnormalties. Additionally, there hasbeen no motor, strength, range of motion, neurological, or sensory deficits. Your medication treatment including tramadol has been unchanged since your surgery even though you had returned to work. Although you reported different levels of pain, during examination there was no documented verbal or nonverbal behavior, comfort and position of left arm/forearm movement, or use of any assistive devices that would clearly indicate a severity of a condition that would warrant sustained restrictions or limitations beyond December 23, 2018.

Based on the medical documentation received in relation to the requirements ofyour job, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disabilityPlan continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period thatyou received disability per the language of the disability Plan. Should Liberty Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notifyyou regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA),you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Office visit notes, treatment plans, lab and test results, operative reports, prescription histories, and restrictions and limitations from December 21, 2018 to present from Dr. Nouhan along with all other providers that you treated with for this condition.

You should also provide any additional information that you feel will supportyour claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ąągo naaltsoos níínííłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nathan Waymire
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585Ext. 41516
Secure Fax No.: (603) 334-9302

**Monarch Plastic Surgery**
4801 W. 135th Street
Leawood, KS 66224
Phone: 913-663-3838
Fax: 913-663-4434

**Richard J. Bene, M.D., F.A.C.S.**
**Regina M. Nouhan, M.D., F.A.C.S.**
**Jeffrey R. Dillow, M.D., F.A.C.S.**
**Keith R. Hodge, M.D., F.A.C.S.**
**Paul J. Leahy, M.D., F.A.C.S.**
**Elizabeth A. Killion, M.D.**

# FAX

**Date:** 12/26/2018

**To:** Nathan Waymire

**Fax Number:** 16033349302

**From:** Stefanie

**Pages:** 5

## Confidential Health Information Enclosed!

Health Care Information is federally protected information related to a person's health care. It is being faxed to you after appropriate authorization from the patientor under circumstances that doesn't require patient authorization. You, the recipient, are obligated BY FEDERAL LAW to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consentor as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

Lynn Garza
Office note DOS 12-20-2018 and MRI report
CL# 6099388

Tax ID#: 481164346

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distributionor copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message.

MONARCH plastic surgery

# PROGRESS NOTE

## Patient Details:

**– Date:**
12/20/2018
**– Reason For Visit** 12/20/18-

Lynn is about 6 months post left forearm fascial release, with history of congenital amniotic band syndrome.

Again she has had persistent pain and swelling in the proximal forearm, across the antecubital fossa, and distal upper arm.
Arterial and venous Dopplers have been negative. Lymphatic scintigraphy has been essentially negative.

Next, the radiology department recommended an MRI with TRICKS technique (time–resolved imaging of contrast kinetics).

I was able to speak with the MRI supervisor who will be involved in the study, and he states that he has been in contact with Dr. Adam Sharp who is directing how the study will be done. Then Dr. Sharp will leave the results later.

Jason stated that they would start with a noncontrast MRI to evaluate muscles tendons fascia etc. Then they would assess the arterial and venous function, and left over would be lymphatic runoff.

Is hoped we can find some reason why the patient continues to have problems.
**– Days Post Op**
Scar Revision: 6 months, 2 weeks, 5 days ago

## History:

### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

**– Blood Pressure** 126/80

### Allergies/Medications:

**– Current Medications**

| | Rx |
|---|---|
| hydrocodone 5 mg-acetaminophen 325 mg tablet | ☑ |
| gabapentin 300 mg capsule | ☑ |
| zolpidem 10 mg tablet | ☑ |
| duloxetine 60 mg capsule,delayed release | ☑ |
| metformin ER 500 mg tablet,extended release 24 hr | ☑ |
| levothyroxine 125 mcg tablet | ☑ |
| methocarbamol 500 mg tablet | ☑ |
| hydroxyzine HCl 50 mg tablet | ☑ |





To license contact: www.imgmaker.com

| | Rx |
|---|---|
| dextroamphetamine-amphetamine 30 mg tablet | ☑ |
| OneTouch Verio strips | ☑ |
| sumatriptan 20 mg/actuation nasal spray | ☑ |
| zonisamide 50 mg capsule | ☑ |

**– Allergies**

- No Known Allergies

## Exam:

**– Exam Notes**

Not much change in exam today, but the patient was able to be positive and smiling today, which suggests her symptoms may be slightly decreased.

## Assessment/Plan:

She has her MRI with TRICKS study tomorrow.
We will see her back sometime after to go over results and determine if anything further surgical may be of benefit to her.
If this comes back negative, then I may not have anything further to offer her beyond a second opinion possibly at a tertiary facility.

## Signature:

Signature: Regina M. Nouhan

Regina M. Nouhan, M.D., F.A.C.S.

to license contact: www.imgmaker.com

to license contact: www.imgmaker.com

OVERLAND PARK REGIONAL
10500 QUIVIRA RD.
OVERLAND PARK, KANSAS 66215

PHONE #: 913-541-5384
FAX #: 913-541-5211

Name: GARZA,LYNN A
Phys: Nouhan.Regina M MD
DOB: Age: 46 Sex: F
Acct: V72208782944 Loc: V.HMRI
Exam Date: 12/21/2018 Status: DEP CLI
Radiology No:
Unit No: V00750015

| EXAMS: | REASON FOR EXAM: | CPT CODE: |
|---|---|---|
| 700919553 UPPER EXT MRA W OR W/O | LFT EXTEMITY IMPAIRMENT | 73225 |
| 700919561 FOREARM MRI W/WO CONTRA | PAIN POST FASCIAL RELEASE | 73220 |

Name: GARZA, LYNN

Procedure: - FOREARM MRI W/WO CONTRAST LEFT, - UPPER EXT MRA W OR W/O CONT LT

Exam Date: 12/21/2018 10:35 AM

Reason for exam: PAIN POST FASCIAL RELEASE

TECH Comments
CONGENITAL AMNIOTIC BAND SYNDROME,LEFT UPPER EXTREMITY IMPAIRMENT,POST FOREARM FASCIA RELEASE. DR NEUHAN CELL# 913-706-7348

Contrast / Dose
7.9ML GADAVIST

MRA of the left arm shows no arterial occlusions. There is runoff into the hand via the radial and ulnar arteries. There is more dominant runoff into the hand from the ulnar artery than the radial artery. The anterior interosseous artery is patent to just proximal to the wrist. No vascular anomalies are identified.

The soft tissues show no masses. No abnormal soft tissues enhancement is present. No muscle herniations are present. No chronic fatty muscle atrophy is present to suggest nerve impingement or chronic denervation injury. There is also no muscle edema to suggest subacute denervation.

No bone marrow edema is present. No osseous anomalies are identified. The joint spaces are incompletely imaged but appear preserved. No large joint effusions are identified.

IMPRESSION: Unremarkable MRI.

** Electronically Signed by STACY C STEVENS M.D. **
** on 12/26/2018 at 1020 **
Reported and signed by: STEVENS M.D., STACY C

to license contact: www.imgmaker.com

OVERLAND PARK REGIONAL
10500 QUIVIRA RD.
OVERLAND PARK, KANSAS 66215

PHONE #: 913-541-5384
FAX #: 913-541-5211

Name: GARZA,LYNN A
Phys: Nouhan.Regina M MD
DOB: Age: 46 Sex: F
Acct: V72208782944 Loc: V.HMRI
Exam Date: 12/21/2018 Status: DEP CLI
Radiology No:
Unit No: V00750015

| EXAMS: | REASON FOR EXAM: | CPT CODE: |
|---|---|---|
| 700919553 UPPER EXT MRA W OR W/O | LFT EXTEMITY IMPAIRMENT | 73225 |
| 700919561 FOREARM MRI W/WO CONTRA | PAIN POST FASCIAL RELEASE | 73220 |

<Continued>

CC: Regina M Nouhan MD

Dictated Date/Time: 12/26/2018 (1011)
Technologist: ERIN BURTON; JASON THOMPSON
Transcribed Date/Time: 12/26/2018 (1011)
Transcriptionist: RADPS
Electronic Signature Date/Time: 12/26/2018 (1020)
Orig Print D/T: S: 12/26/2018 (1022)
BATCH NO: N/A

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9302

| | |
|---|---|
| Date: | December 26, 2018 |
| To: | DR. REGINA NOUHAN |
| Attn: | Medical Records |
| Fax: | (913) 663-4434 |
| From: | Nathan Waymire<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-9302 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6099388<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 320-7585and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9302

December 26, 2018

Dr. Regina Nouhan

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 20, 2018 through the present

We ask that you provide this information by January 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9302 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nathan Waymire
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585Ext. 41516
Secure Fax No.: (603) 334-9302

**From:** Lincdbs eleNtLcNfca@Lincdbs eleNtg mS
**To:** 052651C@0HLE 0gT ; O-LDAyr iaNnitilbyHNoilNaHtihi. a@a. tMaghcl
**Cc:** Ls s cdi. NtLcNfca@a. tMcNtlMgmov
**Subject:** LIB; ROY s UOUAL T DOIFIHAOIDT : 0Mmd OcoS r iaNnitilb/LcNfc AppomfNt mo; xlchaimh GmoLbhh z No4N371, CuHtNiS T eS nco: 1599788uLm Nlimh T eS nco2C6CC555

This is to notify you that there has been an approval or extension of your associate's short term disability claim/leave. The associate's ID is 43671 and their subsidiary code is 6650.

**Short Term Disability Information:**

Last Day Worked: 10/9/2018

Date of Disability: 10/10/2018

Benefit Payments Period: 10/17/2018 thru 12/23/2018
*If the claim remains open for an extended period of time, your associate may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

**IMPORTANT NOTES:**

- The approved thru date does not necessarily reflect the associate's actual return to work date. If a leave is extended, you will receive an additional notification.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41516 or contact the assigned Case Manager at Nathan.Waymire@lfg.com. Please be sure to reference claim number 6099388.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. LYNN GARZA

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-9302

December 4, 2018

Ms. Lynn Garza

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388

Dear Ms. Lynn Garza:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group companyis responsible for managing claims for Short Term Disability (STD) benefits under Sisters of Charity of Leavenworth Health System, Inc!s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Nathan Waymire has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Kim Sunarto
Dis Claims Std Case Mgr II
On Behalf Of: Nathan Waymire
Phone No.: (800) 320-7585Ext. 41516
Secure Fax No.: (603) 334-9302

**From:** Lincdbs eleNtLcNfca@Lincdbs eleNtg mS
**To:** 052651C@0HLE 0gT ; O-LDAyr iaNnitil byHNoil NaHtihi. a@a. tMaghcl
**Cc:** Ls s cdi. NtLcNfca@a. tMcNtl Mgmov
**Subject:** LIB; ROY s UOUAL T DOIFIHAOIDT : 0Mmd OcoS r iaNnitil b/LcNfc AppomfNt mo; xlchaimh GmoLbhh z No4N371, CuHtNiS T eS nco: 1599788uLm NIimh T eS nco2C6CC555

This is to notify you that there has been an approval or extension of your associate's short term disability claim/leave. The associate's ID is 43671 and their subsidiary code is 6650.

**Short Term Disability Information:**

Last Day Worked: 10/9/2018

Date of Disability: 10/10/2018

Benefit Payments Period: 10/17/2018 thru 12/15/2018
*If the claim remains open for an extended period of time, your associate may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

**IMPORTANT NOTES:**

- The approved thru date does not necessarily reflect the associate's actual return to work date. If a leave is extended, you will receive an additional notification.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41479 or contact the assigned Case Manager at Kim.Sunarto@lfg.com. Please be sure to reference claim number 6099388.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

MONARCH
plastic surgery
Aesthetic • Plastic • Reconstructive • Hand • Microsurgery

Richard J. Bene, M.D., F.A.C.S.
Regina M. Nouhan, M.D., F.A.C.S.
Keith R. Hodge, M.D., F.A.C.S.
Elizabeth A. Killion, M.D.
Jeffrey R. Dillow, M.D., F.A.C.S.
Paul J. Leahy, M.D., F.A.C.S.
Rebecca A. Andrews, APRN

Confidential Fax Transmittal

Date: 11·19·2018 Pages: 5 (including cover)

| | | | |
|---|---|---|---|
| To: | Kim Sunarto | From: | Stefanie Grunwald, MA |
| Company: | Lincoln Financial | Phone: | 913.663.3838 |
| Phone: | 800·320·7585 | Fax: | 913.663.4434 |
| Fax: | 603·334·5960 | E-mail: | stefanieg@monarchps.com |

Comments: Lynn Garza CL#6099388
Med Recs 10·10·2018 to present

Health care information is federally protected information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated by federal law to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**Important Warning:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message.

46 yr. Female, 10/26/2018

MONARCH plastic surgery

## ADDENDUM

### Addendum:

– **Addendum**

10/26/2018

Both of her Arterial and Venous Doppler studies came back as negative.

I spoke with a radiologist at OPR, asking for advice about future studies to obtain to try to sort out the answer to the patient's problem.

We could do lymphatic scintigraphy, but he also suggested considering an MRI of the forearm with TRICKS technique, which could look at the blood supply to the tissues in serial phases. (Attn Dr Adam Sharp.)

I have left a message with the patient requesting to discuss with her the options, and then we can make a decision re: the next step.

### Signature:

Signature: [signature]

Regina M. Nouhan, M.D., F.A.C.S.

46 yr. Female,                                                10/30/2018

MONARCH plastic surgery

## PROGRESS NOTE

### Patient Details:

**– Date:**
10/30/2018
**– Reason For Visit**

10/30/18-
She is now about 4.5 months post left forearm fascial release, with history of congenital amniotic band syndrome.

Again she has been having chronic pain and swelling (with very little hand activity inciting this), and different from her preoperative symptoms which have improved. Current symptoms became worse when she went back to work.

We sent her for arterial and venous Doppler studies to try to screen for a vascular problem. This came back as negative. I discussed my conversation with the radiologist with the patient and her husband today.

**– Days Post Op**
Scar Revision: 4 months, 4 weeks, 1 day ago

### History:

#### Vitals:

– **Blood Pressure** 126/80
**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

### Exam:

**– Exam Notes**
Exam relatively unchanged.
Her proximal forearm scar is still hypertrophic and quite hypersensitive.

### Assessment/Plan:

I recommended we do a steroid injection again to the proximal portion of her hypertrophic scar, where it is thickness, and she did agree to this. Sterile technique was used to administer a 0.5 cc collection of triamcinolone 10 plain. She tolerated this well.

Per my discussion with the radiologist, I think it is reasonable to received with the lymphatic scintigraphy study next. Depending upon the findings of this, we would treat/refer her accordingly.

If that study did not prove fruitful, then we will go ahead and order the MRI of the left forearm with the TRICKS technique (attn: Dr. Adam Sharp), to see if any further diagnosis can be made and therefore treatment planned to help her. She is in agreement with the current plan.

### Signature:

46 yr. Female,

10/30/2018

Signature: Regina M. Nouhan

Regina M. Nouhan, M.D., F.A.C.S.

46 yr. Female, 11/2/2018

MONARCH plastic surgery

## ADDENDUM

### Addendum:

– **Addendum**
RX request
Tramadol 50mg 1 by mouth every 6 hours prn #20. When I called it in the patient had another doctors office call it in. So I told the pharmacy to decline ours since she is getting it from somewhere else.

### Signature:

**– Signature and Date:**

Signature: Dominique Kijurina MA Date: 11/2/2018 3:27:32 PM

**n0279963**

**From:** LibertyMutualGBDisabilityClaims
**Sent:** Monday, November 19, 2018 5:39:10 PM
**To:** 'LAE9Q3@GMAIL.COM'
**Subject:** Liberty Life Assurance Company of Boston Disability Claim 6099388 - Information Received

Hello LYNN GARZA,

This email confirms receipt of your medical records from Dr. Regina Nouhan. The information has been referred to a clinical staff to assist with the review of your medical records. I will be in touch with next steps once the review has been completed.

Best regards,

KIM SUNARTO
Disability Case Manager
Group Protection Claims
Lincoln Financial Group
P.O. Box 7209, London, KY 40742-7209
Phone #: (800) 320-7585 ext. 41479
Fax #: (603) 334-5960

*******Please do not reply to this email as it has been generated from an automated mailbox. We are here to partner with you, so please direct questions or replies by calling your disability case manager referenced above.*******

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group Company.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Group products and services are offered by Liberty Life Assurance Company of Boston. Home office: 175 Berkeley Street, Boston, MA 02116.

This email, and any attachment thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution, or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and permanently delete the original and any copy of any email and any printout thereof.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the

Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

| | |
|---|---|
| Date: | November 16, 2018 |
| To: | DR. REGINA NOUHAN |
| Attn: | Dr. Regina Nouhan |
| Fax: | (913) 663-4434 |
| From: | Kim Sunarto<br>Dis Claims Std Case Mgr II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-5960 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6099388<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 320-7585and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

November 16, 2018

Dr. Regina Nouhan

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 10, 2018 through present
- Return to Work Date: __________________

We ask that you provide this information by November 23, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5960 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kim Sunarto
Dis Claims Std Case Mgr II
Phone No.: (800) 320-7585Ext. 41479
Secure Fax No.: (603) 334-5960

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. LYNN GARZA

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

November 17, 2018

Ms. Lynn Garza

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388

Dear Ms. Lynn Garza:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group companyis responsible for managing claims for Short Term Disability (STD) benefits under Sisters of Charity of Leavenworth Health System, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 16, 2018, we requested medical records from Dr. Regina Nouhan. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 10, 2018 through present from Dr. Regina Nouhan

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Sisters of Charity of Leavenworth Health System, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than December 30, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kim Sunarto
Dis Claims Std Case Mgr II
Phone No.: (800) 320-7585Ext. 41479
Secure Fax No.: (603) 334-5960

**n0279963**

**From:** Hawkins, Rebecca
**Sent:** Monday, November 12, 2018 10:29:19 AM
**To:** Sunarto, Kim
**Subject:** FW: Termed Associate - GARZA
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image008.jpg

Please see below regarding your claim 6099388.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Rebecca Hawkins**

Sr. Disability Case Manager

Lincoln Financial Group

P.O. Box 7209

Lincoln, KY 40742

800.320.7585 ext. 41594

603.334.7853 Fax


LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.yout

ube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** McCray, Connie [mailto:connie.mccray@sclhealth.org]
**Sent:** Friday, November 09, 2018 4:00 PM
**To:** Brown, Denise <Denise.Brown@lfg.com>; Hawkins, Rebecca <Rebecca.Hawkins@lfg.com>
**Cc:** DJ Macri <dj.macri@sclhealth.org>; Shannon Seggelke <shannon.seggelke@sclhealth.org>
**Subject:** Termed Associate - GARZA

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi All,

Lynn Garza, #43671has been separated from employment effective 11/9/18.

*STD approved through 11/15/18. #6099388*

Thank you,

--

**Connie McCray, CPDM**

ADA Case Manager, Medical Leave Team

SCL Health System Services

P: 303.813.5013

F: 855.266.6176

connie.mccray@sclheath.org

www.sclhealthsystem.org

This electronic message and all contents contain information from SCL Health which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure copy distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately and destroy the original message and all copies.

**From:** Lincdbs eleNtLcNfca@Lincdbs eleNtg mS
**To:** 052651C@0HLE 0gT ; O-LDAyr iaNnitil byHNoil NaHtihi. a@a. tMaghcl
**Cc:** Ls s cdi. NtLcNfca@a. tMcNtl Mgmov
**Subject:** LIB; ROY s UOUAL T DOIFIHAOIDT : 0Mmd OcoS r iaNnitil b/LcNfc AppomfNt mo; xlchaimh GmoLbhh z No4N371, CuHtNiS T eS nco: 1599788uLm Nlimh T eS nco2C6CC555

This is to notify you that there has been an approval or extension of your associate's short term disability claim/leave. The associate's ID is 43671 and their subsidiary code is 6650.

**Short Term Disability Information:**

Last Day Worked: 10/9/2018

Date of Disability: 10/10/2018

Benefit Payments Period: 10/17/2018 thru 11/15/2018
*If the claim remains open for an extended period of time, your associate may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

**IMPORTANT NOTES:**

- The approved thru date does not necessarily reflect the associate's actual return to work date. If a leave is extended, you will receive an additional notification.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41479 or contact the assigned Case Manager at Kim.Sunarto@lfg.com. Please be sure to reference claim number 6099388.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

MONARCH
plastic surgery
Aesthetic • Plastic • Reconstructive • Hand • Microsurgery

Richard J. Bene, M.D., F.A.C.S.
Regina M. Nouhan, M.D., F.A.C.S.
Keith R. Hodge, M.D., F.A.C.S.
Elizabeth A. Killion, M.D.
Jeffrey R. Dillow, M.D., F.A.C.S.
Paul J. Leahy, M.D., F.A.C.S.
Rebecca A. Andrews, APRN

Confidential Fax Transmittal

| | | | |
|---|---|---|---|
| Date: | 11/2/2018 | Pages: | 8 (including cover) |
| To: | Kim Sunarto | From: | Stefanie Grunwald, MA |
| Company: | Lincoln Financial | Phone: | 913.663.3838 |
| Phone: | 800.320.7585 | Fax: | 913.663.4434 |
| Fax: | 603.334.5960 | E-mail: | stefanieg@monarchps.com |

Comments:

Lynn Garza
CL# 6099388
Attending physician statement

Health care information is federally protected information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated by federal law to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**Important Warning:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message.

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

| | |
|---|---|
| Date: | October 26, 2018 |
| To: | DR. REGINA NOUHAN |
| Attn: | Dr. Regina Nouhan |
| Fax: | (913) 663-4434 |
| From: | Kim Sunarto<br>Dis Claims Std Case Mgr II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-5960 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 6099388<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

October 26, 2018

Dr. Regina Nouhan

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Sisters of Charity of Leavenworth Health System, Inc. 's Group Disability Plan. We are writing in reference to Lynn Garza's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 2, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Kim Sunarto
Dis Claims Std Case Mgr II
Phone No.: (800) 320-7585 Ext. 41479
Secure Fax No.: (603) 334-5960

Attachments: 6099388-REQUEST-PROVIDER-10.19.2018

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

Date: October 19, 2018

To:
DR. REGINA NOUHAN

Attn: Dr. Regina Nouhan

Fax: (913) 663-4434

From:
Kim Sumarto
Dis Claims Std Case Mgr II
Phone No.: Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

Total Pages
(Including Cover): 5

RE:

Claim #: 6099388
Claimant: Lynn Garza

Sisters of Charity of Leavenworth Health System, Inc.

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

October 19, 2018

Dr. Regina Nouhan

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  __ Other

We ask that you provide this information by October 26, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5960 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kim Sunarto
Dis Claims Std Case Mgr II
Phone No.: (800) 320-7585 Ext. 41479
Secure Fax No.: (603) 334-5960

Attachments: Attending Physician's Statement

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

# ATTENDING PHYSICIAN'S STATEMENT

**This form is to be completed without expense to Liberty Mutual and returned along with your original claim for benefits or by the date requested by the Liberty Mutual Claims Dept.**

Return To: Kim Suparto

EMPLOYEE/CLAIMANT NAME: Lynn Garza

CLAIM NO: 6099388

DATE OF BIRTH:

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc.

PART A: TO BE COMPLETED BY EMPLOYEE

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder or its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, and persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Company in the Liberty Mutual group of companies to which I submit a claim and/or the Plan Sponsor.

Date ____________ Claimant's Signature (or Authorized Representative) ____________

PART B: TO BE COMPLETED BY ATTENDING PHYSICIAN

## PHYSICIAN'S INSTRUCTIONS

**PLEASE NOTE: IF ANY PORTION OF THIS FORM IS NOT COMPLETED, WE WILL BE REQUIRED TO REQUEST THE INFORMATION WHICH WILL RESULT IN A DELAY IN DETERMINATION OF YOUR PATIENT'S DISABILITY BENEFITS.**

**THE CLINICAL INFORMATION, IN COMBINATION WITH THE PHYSICAL FACTORS OF YOUR PATIENT'S JOB AND THE CONTRACTUAL PROVISIONS UNDER WHICH HE/SHE IS COVERED, WILL BE USED TO ESTABLISH THE MOST APPROPRIATE WORK ABSENCE DURATION.**

1. DIAGNOSIS left upper extremity impairment
   - Primary: ICD M79.602
   - Secondary: ICD
   - ICD

Has patient ever had the same or a similar condition? Yes ______ No ______
If "Yes", state when and describe.

What is your prognosis?

For Pregnancy:
EDC ______ Date of Delivery ______ Type ______

2. DATES OF TREATMENT
   - (a) Date of First Visit 5/10/18 (mo/day/yr)
   - (b) Date of Last Visit 10/23/18 (mo/day/yr)
   - (c) Frequency of Visits ______ Weekly ______ Monthly Frequent Other (Specify)
   - (d) Date of First Treatment 5/1/18 (mo/day/yr)
   - (e) Date Symptoms First Appeared / Accident Occurred 2016 (mo/day/yr)
   - (f) Date Patient Advised to Cease Work 10/9/18
   - (g) Estimated Return to Work Date Unknown

3. Please describe in detail your PROPOSED TREATMENT PLAN. Please list all medications the patient is taking for this condition. Include your prognosis as a result of this treatment plan. IDENTIFY ANY RESTRICTIONS you have imposed on your patient at this time.
Patient is having more testing for diagnosis & treatment without aggravating the current problem.

4. PHYSICAL IMPAIRMENT

- ______ Class 1 - No limitation of functional capacity; capable of heavy work.
- ______ Class 2 - Medium manual activity.
- ______ Class 3 - Slight limitation of functional capacity; capable of light work.
- ______ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative activity.
- ✓ Class 5 - Severe limitation of functional capacity; incapable of minimum activity.

REMARKS: Activities cause pain & which it also impacts her concentration from the pain.

5. MENTAL/NERVOUS IMPAIRMENT

- ______ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).
- ______ Class 2 - Patient is able to function in most stressful situations and engage in most interpersonal relations (slight limitations).
- ______ Class 3 - Patient is able to engage in only limited stressful situations or engage in interpersonal relations (marked limitations).
- ______ Class 4 - Patient is unable to engage in stressful situations or engage interpersonal relations (marked limitations).
- ______ Class 5 - Patient has significant loss of psychological, physiological, personal, and social adjustment (severe limitations).

REMARKS:

6. CARDIAC IMPAIRMENT (if applicable)

Functional Capacity: (per American Heart Assn)
______ Class 1: No Limitation ______ Class 2: Slight Limitation
______ Class 3: Marked Limitation ______ Class 4: Complete Limitation

Blood Pressure (last visit): ______ (systolic/diastolic)

7. Date of Next Scheduled Visit 11/15/18
Are you still treating the patient? X Yes ______ No
If patient has been referred to another physician, please indicate the name of physician, address, telephone number, and reason for referral.

Was patient referred to you by another physician? ______ Yes X No

8. Has patient been hospital confined ______ Yes X No
Dates of Confinement: From ______ to ______
Was surgery performed? X Yes ______ No If "Yes", please indicate procedure(s) performed:
CPT Code: 25020 Date Performed 6/1/18
Name and Address of Hospital: 20605

9. After you have completed this form, please attach copies of the following materials:
- Office notes for the period of treatment or for the last two years
- Test Results showing medical evidence
- Hospital discharge summary (if applicable)
- Consulting physician's reports (if applicable)

10. REMARKS:

Regina Nouhan
Attending Physician's Name (PLEASE PRINT)

MD
Degree/Specialty

48-1164346
SS No. or Tax ID No.

4801 W135th St
Street Address

(913) 663-3838
Telephone No.

(913) 663-4434
Fax No.

Leawood, KS 66224
City/State/Zip Code

[signature] MD
Signature

11/1/18
Date

DP 402 Rev. 02/08

**n0279963**

| | |
|---|---|
| **From:** | LibertyMutualGBDisabilityClaims |
| **Sent:** | Friday, November 02, 2018 3:02:41 PM |
| **To:** | 'LAE9Q3@GMAIL.COM' |
| **Subject:** | Liberty Life Assurance Company of Boston Short Term Disability (STD) Claim 6099388 - Benefit Approval Notification |

Hello LYNN GARZA ,

I am emailing you with an update on your disability claim. Your disability claim has been approved through your next appointment on 11/15/2018. Please contact me with a return to work update after your next appointment.

Your employer has been advised of your approval for benefits and will issue the benefit. If you have questions regarding payment, please contact your HR department.

If your time out of work needs to be extended beyond 11/15/2018, I may need to gather additional medical information from your treating provider(s). Please ensure both your provider(s) and Liberty Life Assurance Company of Boston, a Lincoln Financial Group Company, have a copy of a signed authorization to release information to Lincoln Financial Group. If you have documents to submit, including signed authorizations, required forms, or medical records, you may email them to disabilitydocuments@libertymutual.com. Please be sure to include your full name and claim number in your email.

**SCL Health requires a physician's medical release for return to work. SCL Health has a Fitness for Duty form that is mailed with the leave acknowledgement, but a doctor's note will also be accepted. Please fax this form or doctor's note to SCL Health at fax # 855-266-6176. If you have any questions on return to work, please contact the SCL Health Medical Leave team at 855-824-6309.**

Best regards,

KIM SUNARTO
Disability Case Manager
Group Protection Claims
Lincoln Financial Group
P.O. Box 7209, London, KY 40742-7209
Phone #: (800) 320-7585 ext. 41479
Fax #: (603) 334-5960

*******Please do not reply to this email as it has been generated from an automated mailbox. We are here to partner with you, so please direct questions or replies by calling your disability case manager referenced above.*******

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group Company.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Group products and services are offered by Liberty Life Assurance Company of Boston. Home office: 175 Berkeley Street, Boston, MA 02116.

This email, and any attachment thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution, or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and permanently delete the original and any copy of any email and any printout thereof.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents.

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

| | |
|---|---|
| Date: | October 26, 2018 |
| To: | DR. REGINA NOUHAN |
| Attn: | Dr. Regina Nouhan |
| Fax: | (913) 663-4434 |
| From: | Kim Sunarto<br>Dis Claims Std Case Mgr II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-5960 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 6099388<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at(800) 320-7585and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

October 26, 2018

Dr. Regina Nouhan

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims forShort Term Disability (STD) benefits under Sisters of Charity of Leavenworth Health System, Inc. 's Group Disability Plan. We are writing in reference to Lynn Garza's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent toyour office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information byNovember 2, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Kim Sunarto
Dis Claims Std Case Mgr II
Phone No.: (800) 320-7585Ext. 41479
Secure Fax No.: (603) 334-5960

Attachments: 6099388-REQUEST-PROVIDER-10.19.2018

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

| | |
|---|---|
| Date: | October 19, 2018 |
| To: | DR. REGINA NOUHAN |
| Attn: | Dr. Regina Nouhan |
| Fax: | (913) 663-4434 |
| From: | Kim Sunarto<br>Dis Claims Std Case Mgr II<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-5960 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 6099388<br>Claimant: Lynn Garza<br><br>Sisters of Charity of Leavenworth Health System, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

October 19, 2018

Dr. Regina Nouhan

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  __ Other

We ask that you provide this information by October 26, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5960 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kim Sunarto
Dis Claims Std Case Mgr II
Phone No.: (800) 320-7585 Ext. 41479
Secure Fax No.: (603) 334-5960

Attachments: Attending Physician's Statement

Liberty Mutual.
INSURANCE

# ATTENDING PHYSICIAN'S STATEMENT

**This form is to be completed without expense to Liberty Mutual and returned along with your original claim for benefits or by the date requested by the Liberty Mutual Claims Dept.**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

**Return To:** Kim Sunarto

EMPLOYEE/CLAIMANT NAME: Lynn Garza

CLAIM NO: 6099388

DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc.

PART A: TO BE COMPLETED BY EMPLOYEE

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder or its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, and persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Company in the Liberty Mutual group of companies to which I submit a claim and/or the Plan Sponsor.

Date ____________ Claimant's Signature (or Authorized Representative) ____________

PART B: TO BE COMPLETED BY ATTENDING PHYSICIAN

## PHYSICIAN'S INSTRUCTIONS

**PLEASE NOTE: IF ANY PORTION OF THIS FORM IS NOT COMPLETED, WE WILL BE REQUIRED TO REQUEST THE INFORMATION WHICH WILL RESULT IN A DELAY IN DETERMINATION OF YOUR PATIENT'S DISABILITY BENEFITS.**

**THE CLINICAL INFORMATION, IN COMBINATION WITH THE PHYSICAL FACTORS OF YOUR PATIENT'S JOB AND THE CONTRACTUAL PROVISIONS UNDER WHICH HE/SHE IS COVERED, WILL BE USED TO ESTABLISH THE MOST APPROPRIATE WORK ABSENCE DURATION.**

1. DIAGNOSIS
   - Primary ____________ ICD ____________
   - Secondary ____________ ICD ____________
   - ____________ ICD ____________

Has patient ever had the same or a similar condition? Yes ________ No ________
If "Yes", state when and describe.

What is your prognosis?

For Pregnancy:

EDC ____________ Date of Delivery ____________ Type ____________

2. DATES OF TREATMENT
   - (a) Date of First Visit ____________ (mo/day/yr)
   - (b) Date of Last Visit ____________ (mo/day/yr)
   - (c) Frequency of Visits ____________ Weekly ____________ Monthly ____________ Other (Specify)
   - (d) Date of First Treatment ____________ (mo/day/yr)
   - (e) Date Symptoms First Appeared / Accident Occurred ____________ (mo/day/yr)
   - (f) Date Patient Advised to Cease Work ____________
   - (g) Estimated Return to Work Date ____________

PART B, cont.: TO BE COMPLETED BY ATTENDING PHYSICIAN

3. Please describe in detail your PROPOSED TREATMENT PLAN. Please list all medications the patient is taking for this condition. Include your prognosis as a result of this treatment plan. IDENTIFY ANY RESTRICTIONS you have imposed on your patient at this time.

4. PHYSICAL IMPAIRMENT

_______ Class 1 - No limitation of functional capacity; capable of heavy work.

_______ Class 2 - Medium manual activity.

_______ Class 3 - Slight limitation of functional capacity; capable of light work.

_______ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative activity.

_______ Class 5 - Severe limitation of functional capacity; incapable of minimum activity.

REMARKS:

5. MENTAL/NERVOUS IMPAIRMENT

_______ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).

_______ Class 2 - Patient is able to function in most stressful situations and engage in most interpersonal relations (slight limitations).

_______ Class 3 - Patient is able to engage in only limited stressful situations or engage in interpersonal relations (marked limitations).

_______ Class 4 - Patient is unable to engage in stressful situations or engage interpersonal relations (marked limitations).

_______ Class 5 - Patient has significant loss of psychological, physiological, personal, and social adjustment (severe limitations).

REMARKS:

6. CARDIAC IMPAIRMENT (if applicable)

Functional Capacity: _______ Class 1: No Limitation _______ Class 2: Slight Limitation

(per American Heart Assn) _______ Class 3: Marked Limitation _______ Class 4: Complete Limitation

Blood Pressure (last visit): _______________ (systolic/diastolic)

7. Date of Next Scheduled Visit

Are you still treating the patient? _______ Yes _______ No

If patient has been referred to another physician, please indicate the name of physician, address, telephone number, and reason for referral.

Was patient referred to you by another physician? _______ Yes _______ No

8. Has patient been hospital confined _______ Yes _______ No

Dates of Confinement: From _______________ to _______________

Was surgery performed? _______ Yes _______ No If "Yes", please indicate procedure(s) performed:

CPT Code: _______________ Date Performed _______________

Name and Address of Hospital:

9. After you have completed this form, please attach copies of the following materials:

- Office notes for the period of treatment or for the last two years
- Test Results showing medical evidence
  Hospital discharge summary (if applicable)
- Consulting physician's reports (if applicable)

10. REMARKS:

| | | |
|---|---|---|
| Attending Physician's Name (PLEASE PRINT) | Degree/Specialty | SS No. or Tax ID No. |
| Street Address | ( ) Telephone No. | ( ) Fax No. |
| City/State/Zip Code | Signature | Date |

DP 402 Rev. 02/08

**n0279963**

**From:** LibertyMutualGBDisabilityClaims
**Sent:** Friday, October 26, 2018 4:18:51 PM
**To:** 'LAE9Q3@GMAIL.COM'
**Subject:** Liberty Life Assurance Company of Boston Disability Claim 6099388 - Claim Status

Hello LYNN GARZA ,

I am emailing you with an update on your claim. At this time, we are still in need of additional medical documentation to evaluate your claim. We sent a request to your treating provider(s) on October 19, 2018 and again on October 26, 2018 for your medical records from **October 1, 2018** to the present and encourage you to also contact your provider(s) to ensure the requested information is provided to us in a timely manner.

As stated in the letter mailed to you on **October 19, 2018,** this information is due by **December 2, 2018.** I will update you by email upon receipt of requested information.

If you have documents to submit, including signed authorizations, required forms, or medical records, you may email them to disabilitydocuments@libertymutual.com. Please be sure to include your full name and claim number in your email.

As a reminder, receipt of all requested information is necessary to determine if you are eligible to continue to receive disability benefits.

Best regards,

KIM SUNARTO
Disability Case Manager
Group Protection Claims
Lincoln Financial Group
P.O. Box 7209, London, KY 40742-7209
Phone #: (800) 320-7585 ext. 41479
Fax #: (603) 334-5960

*****Please do not reply to this email as it has been generated from an automated mailbox. We are here to partner with you, so please direct questions or replies by calling your disability case manager referenced above.*****

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group Company.

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The

Lincoln National Life Insurance Company, a Lincoln Financial Group company. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Group products and services are offered by Liberty Life Assurance Company of Boston. Home office: 175 Berkeley Street, Boston, MA 02116.

This email, and any attachment thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution, or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and permanently delete the original and any copy of any email and any printout thereof.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents.

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

Date: October 19, 2018

To:
DR. REGINA NOUHAN

Attn: Dr. Regina Nouhan

Fax: (913) 663-4434

From:
Kim Sunarto
Dis Claims Std Case Mgr II
Phone No.: Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

Total Pages
(Including Cover): 5

RE:

Claim #: 6099388
Claimant: Lynn Garza

Sisters of Charity of Leavenworth Health System, Inc.

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

October 19, 2018

Dr. Regina Nouhan

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through present

- Completion of the Enclosed Forms:

  X Attending Physician's Statement
  ___ Other

We ask that you provide this information by October 26, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5960 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kim Sunarto
Dis Claims Std Case Mgr II
Phone No.: (800) 320-7585 Ext. 41479
Secure Fax No.: (603) 334-5960

Attachments: Attending Physician's Statement

# ATTENDING PHYSICIAN'S STATEMENT

**This form is to be completed without expense to Liberty Mutual and returned along with your original claim for benefits or by the date requested by the Liberty Mutual Claims Dept.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

**Return To:** Kim Sunarto

EMPLOYEE/CLAIMANT NAME: Lynn Garza

CLAIM NO: 6099388

DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Sisters of Charity of Leavenworth Health System, Inc.

PART A: TO BE COMPLETED BY EMPLOYEE

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder or its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, and persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by written notification to the Company in the Liberty Mutual group of companies to which I submit a claim and/or the Plan Sponsor.

Date ____________ Claimant's Signature (or Authorized Representative) ____________

PART B: TO BE COMPLETED BY ATTENDING PHYSICIAN

## PHYSICIAN'S INSTRUCTIONS

**PLEASE NOTE: IF ANY PORTION OF THIS FORM IS NOT COMPLETED, WE WILL BE REQUIRED TO REQUEST THE INFORMATION WHICH WILL RESULT IN A DELAY IN DETERMINATION OF YOUR PATIENT'S DISABILITY BENEFITS.**

**THE CLINICAL INFORMATION, IN COMBINATION WITH THE PHYSICAL FACTORS OF YOUR PATIENT'S JOB AND THE CONTRACTUAL PROVISIONS UNDER WHICH HE/SHE IS COVERED, WILL BE USED TO ESTABLISH THE MOST APPROPRIATE WORK ABSENCE DURATION.**

1. DIAGNOSIS
   - Primary ____________ ICD ____________
   - Secondary ____________ ICD ____________
   - ____________ ICD ____________

Has patient ever had the same or a similar condition? Yes ________ No ________
If "Yes", state when and describe.

What is your prognosis?

For Pregnancy:

EDC ____________ Date of Delivery ____________ Type ____________

2. DATES OF TREATMENT
   - (a) Date of First Visit ____________ (mo/day/yr)
   - (b) Date of Last Visit ____________ (mo/day/yr)
   - (c) Frequency of Visits ____________ Weekly ____________ Monthly ____________ Other (Specify)
   - (d) Date of First Treatment ____________ (mo/day/yr)
   - (e) Date Symptoms First Appeared / Accident Occurred ____________ (mo/day/yr)
   - (f) Date Patient Advised to Cease Work ____________
   - (g) Estimated Return to Work Date ____________

PART B, cont.: TO BE COMPLETED BY ATTENDING PHYSICIAN

3. Please describe in detail your PROPOSED TREATMENT PLAN. Please list all medications the patient is taking for this condition. Include your prognosis as a result of this treatment plan. IDENTIFY ANY RESTRICTIONS you have imposed on your patient at this time.

4. PHYSICAL IMPAIRMENT

_______ Class 1 - No limitation of functional capacity; capable of heavy work.

_______ Class 2 - Medium manual activity.

_______ Class 3 - Slight limitation of functional capacity; capable of light work.

_______ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative activity.

_______ Class 5 - Severe limitation of functional capacity; incapable of minimum activity.

REMARKS:

5. MENTAL/NERVOUS IMPAIRMENT

_______ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).

_______ Class 2 - Patient is able to function in most stressful situations and engage in most interpersonal relations (slight limitations).

_______ Class 3 - Patient is able to engage in only limited stressful situations or engage in interpersonal relations (marked limitations).

_______ Class 4 - Patient is unable to engage in stressful situations or engage interpersonal relations (marked limitations).

_______ Class 5 - Patient has significant loss of psychological, physiological, personal, and social adjustment (severe limitations).

REMARKS:

6. CARDIAC IMPAIRMENT (if applicable)

Functional Capacity: _______ Class 1: No Limitation _______ Class 2: Slight Limitation
(per American Heart Assn) _______ Class 3: Marked Limitation _______ Class 4: Complete Limitation

Blood Pressure (last visit): ____________________ (systolic/diastolic)

7. Date of Next Scheduled Visit

Are you still treating the patient? _______ Yes _______ No

If patient has been referred to another physician, please indicate the name of physician, address, telephone number, and reason for referral.

Was patient referred to you by another physician? _______ Yes _______ No

8. Has patient been hospital confined _______ Yes _______ No

Dates of Confinement: From ____________________ to ____________________

Was surgery performed? _______ Yes _______ No If "Yes", please indicate procedure(s) performed:

CPT Code: ____________________ Date Performed ____________________

Name and Address of Hospital:

9. After you have completed this form, please attach copies of the following materials:
- Office notes for the period of treatment or for the last two years
- Test Results showing medical evidence
- Hospital discharge summary (if applicable)
- Consulting physician's reports (if applicable)

10. REMARKS:

| | | |
|---|---|---|
| Attending Physician's Name (PLEASE PRINT) | Degree/Specialty | SS No. or Tax ID No. |
| Street Address | ( ) Telephone No. | ( ) Fax No. |
| City/State/Zip Code | Signature | Date |

DP 402 Rev. 02/08

**Liberty/Garza 2349**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. LYNN GARZA

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-5960

October 20, 2018

Ms. Lynn Garza

RE: Short Term Disability (STD) Benefits
Sisters of Charity of Leavenworth Health System, Inc.
Claim #: 6099388

Dear Ms. Lynn Garza:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims forShort Term Disability (STD) benefits under Sisters of Charity of Leavenworth Health System, Inc. 's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On October 19, 2018, we requested medical records from Dr. Regina Nouhan. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2018 through present from Dr. Regina Nouhan
- Attending Physician Statement

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Sisters of Charity of Leavenworth Health System, Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than December 2, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kim Sunarto
Dis Claims Std Case Mgr II
Phone No.: (800) 320-7585Ext. 41479
Secure Fax No.: (603) 334-5960

**From:** LibertyMutualLeaves@LibertyMutual.com
**To:** S052061@SCLHS.NET;LOA-Disability-CaritasClinics@sclhs.net
**Cc:** LMMedicalLeaves@SCLHs.net
**Subject:** LIBERTY MUTUAL NOTIFICATION: Acknowledgement of Short Term Disability/Leave request for Lynn Garza 43671, Claim Number: 6099388, Location Number 51211000

**This e-mail is to inform you Lynn Garza applied for a short term disability leave of absence.** The disability claim and Leave requests are currently under review. You will receive an additional notification once a determination is made. The associate's ID is 43671 and their subsidiary code is 6650.

The associate reported a Last Day Worked of 10/9/2018.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41479 or contact the assigned Case Manager at Kim.Sunarto@lfg.com. Please be sure to reference claim number 6099388.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

MONARCH
plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 10/9/2018.

Patient was seen in the office today.
Patient will need to be off work until further notice.

Restrictions are as follows:

Lynn will continue under my care.

This note has been electronically signed by Dr. Regina Nouhan.

Dr. Regina Nouhan
NPI#: 1104877190

**n0059762**

**From:** Lynn Garza
**Sent:** Thursday, October 11, 2018 5:12:29 PM
**To:** DisabilityDocuments
**Subject:** Claim 6099388
**Attachments:** dr nouhan Oct 9.pdf

I'm sending my letter from my physician regarding my work status.
Thank you,
Lynn Garza

**Monarch Plastic Surgery**
4801 W. 135th Street
Leawood, KS 66224
Phone: 913-663-3838
Fax: 913-663-4434

**Richard J. Bene M.D., F.A.C.S.**
**Regina M. Nouhan M.D., F.A.C.S.**
**Jeffrey R. Dillow M.D., F.A.C.S.**
**Keith R. Hodge M.D., F.A.C.S.**
**Paul J. Leahy M.D.; F.A.C.S.**
**Lindsay E. Abbott M.D.**

# FAX

| | |
|---|---|
| **Date:** | 8/7/2018 |
| **To:** | Liberty Mutual |
| **Fax Number:** | 16033348220 |
| **From:** | Stefanie |
| **Pages:** | 8 |

## Confidential Health Information Enclosed!

Health Care Information is federally protected information related to a person's health care. It is being faxed to you after appropriate authorization from the patientor under circumstances that doesn't require patient authorization. You, the recipient, are obligated BY FEDERAL LAW to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consentor as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

Lynn Garza
DOB:
CL# 6017425

Tax ID#: 481164346

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distributionor copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message.

MONARCH plastic surgery

# PROGRESS NOTE

## Patient Details:

**– Date:**
7/19/2018
**– Days Post Op**
Fascial release left forearm: 6 weeks, 6 days ago
**– Reason For Visit**
7/19/18--
7 week follow up of left forearm fascial release, with history of congenital amniotic band syndrome.
She reports moderate swelling of her arm still, although she is taking ibuprofen and using an ACE bandage daily, as compression seems to help.
On last visit about a month ago we had done steroid injections to relieve some localized discomfort. She said that helped significantly, but then therapy afterwards negated that improvement, and she felt she was worse.
She would like to return to work as a nurse practitioner, but she is worried that going back full-time will be too hard on her just yet.

## History:

### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

**– Blood Pressure**

## Exam:

**– Exam Notes**
Her incision has healed well. She has a few recurrent spots of point tenderness on either side of her incision along the length of her forearm. These tender areas seem to be relatively deep.

## Assessment/Plan:

We talked about options including completely resting for a couple of weeks versus repeating steroid injections today. She was agreeable to repeating the injections and therefore, for approximately 6 points along the forearm, corresponding to tender areas, injected a total of 2 cc of mixture of 1% Xylocaine plain and Kenalog 10. Aseptic technique was used and she tolerated this well.

We will have her start working half days for 3 weeks and see her back after that to determine if we can return her to full duty.

## Signature:

Signature: Regina Nouhan MD

Regina M. Nouhan, M.D., F.A.C.S.

MONARCH
plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 7/19/2018.

Diagnosis: Left forearm pain, s/p fascial release surgery

She may return to work on 07/23/18.

Restrictions are as follows:

* Patient may return to half days of work for 3 weeks

If the employer cannot offer work according the the restrictions outlined here, then it becomes the decision of the employer to take the employee off of work. These restrictions should continue until her next appointment / re-evaluation.

Lynn will continue under my care.

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

MONARCH plastic surgery

# PROGRESS NOTE

## Patient Details:

**– Date:**
8/2/2018
**– Reason For Visit**
8/2/18-

She is now 2 months out from her left forearm fascial release surgery, with history of congenital amniotic band syndrome.

We did steroid injections to try to relieve some of her persistent pain, coldness of the hand (the latter of which was occurring before surgery but is worsened now), and general malaise of this extremity.
The steroid injections did not really help much. Therapy made her symptoms worse at one point so he stopped it, but on further questioning it was the "exercises" in therapy that seemed to give her the problem.

She has not yet had therapy aimed at reducing symptoms and inflammation locally.

She was going to try to go back to work half days but her workplace did not want her unless she can do full duty.

She notices her current symptoms are worsened by a computer work and writing.
**– Days Post Op**
Scar Revision: 2 months, 1 day ago

## History:

### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

**– Blood Pressure**

### Allergies/Medications:

**– Current Medications**

| | Rx |
|---|---|
| hydrocodone 5 mg-acetaminophen 325 mg tablet | ☑ |
| gabapentin 300 mg capsule | ☑ |
| zolpidem 10 mg tablet | ☑ |
| duloxetine 60 mg capsule,delayed release | ☑ |
| metformin ER 500 mg tablet,extended release 24 hr | ☑ |
| levothyroxine 125 mcg tablet | ☑ |
| methocarbamol 500 mg tablet | ☑ |
| hydroxyzine HCl 50 mg tablet | ☑ |
| dextroamphetamine-amphetamine 30 mg tablet | ☑ |

| | Rx |
|---|---|
| OneTouch Verio strips | ☑ |
| sumatriptan 20 mg/actuation nasal spray | ☑ |
| zonisamide 50 mg capsule | ☑ |

– **Allergies**
- No Known Allergies

## Visit details:

– **Other procedure progress**

**Visit**

Notes 2 months po Left forearm pain, fascial release surgery

## Exam:

**– Exam Notes**

Her longitudinal incision is looking a little more hypertrophic.

She has tenderness throughout the wrist but also ulnarly, in particular.

## Assessment/Plan:

This is a challenging problem, and she may have some degree of RSD or some other type of nerve related vascular issue.

I would like to get her into therapy for no exercises, but to just focus on decreasing inflammation and pain. They can evaluate and treat her for the next 3 weeks and see her back to assess her progress.
She may have some degree of of RSD.

At her request we gave her a prescription for nonnarcotic, (tramadol) and w we will I see her back in 3 weeks for recheck. If therapy is helping we will continue it. It is not we may discontinue it and consider a follow-up MRI to see how much is changed from before and try to try to identify anything else that might be a problem for her.
If need be, we could also try small course of oral steroids as well.

## Signature:

Signature: ____________________

Regina M. Nouhan, M.D., F.A.C.S.

MONARCH plastic surgery

## MPS - THERAPY ORDER

### Occupational Therapy Order:

**Date:** 8/2/2018
**Name:** Lynn Garza

**Date of Injury:**
**Date of Surgery:** 06/01/18
**Diagnosis:** Left volar forearm pain and tightness (s/p left volar forearm fascial release)

**Instructions:**
Evaluation and Treatment, Decrease inflammation and pain (may have beginning RSD)

**Type of Treatment:**
Any and all treatment modalities indicated

**Treatment Goals:**
Patient Education, Increase ROM, Increase Strength, Decrease Pain, Decrease Edema and Sensory Re-education

**Frequency/Duration:**
**3 times per week for 3 weeks**

**Industrial Rehabilitation:**

**Comments:**

**Physician:** The note has been electronically signed by

MONARCH
plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 8/3/2018.

Diagnosis: s/p Left forearm fascial release

She may return to work on 08/24/18.

Restrictions are as follows:

* No work

If the employer cannot offer work according the the restrictions outlined here, then it becomes the decision of the employer to take the employee off of work. These restrictions should continue until her next appointment / re-evaluation.

Lynn will continue under my care and continue therapy.

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

MONARCH
plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 8/3/2018.

Diagnosis: s/p Left forearm fascial release

She may return to work on 08/24/18.

Restrictions are as follows:

* No work

If the employer cannot offer work according the the restrictions outlined here, then it becomes the decision of the employer to take the employee off of work. These restrictions should continue until her next appointment / re-evaluation.

Lynn will continue under my care and continue therapy.

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

# MONARCH
plastic surgery

Aesthetic • Plastic • Reconstructive • Hand • Microsurgery

Richard J. Bene, M.D., F.A.C.S.
Regina M. Nouhan, M.D., F.A.C.S. Jeffrey R. Dillow, M.D., F.A.C.S.
Keith R. Hodge, M.D., F.A.C.S. Paul J. Leahy, M.D., F.A.C.S.
Elizabeth A. Killion, M.D. Rebecca A. Andrews, APRN

Confidential Fax Transmittal

| | | | |
|---|---|---|---|
| Date: | 7/19/2018 | Pages: | 14 (including cover) |
| To: | STD Benefits | From: | Stefanie Grunwald, MA |
| Company: | Liberty Mutual | Phone: | 913.663.3838 |
| Phone: | 800.320.7585 | Fax: | 913.663.4434 |
| Fax: | 603.334.8220 | E-mail: | stefanieg@monarchps.com |

Comments:

**Lynn Garza**
**DOB**
**Claim # 6017425**

Health care information is federally protected information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated by federal law to maintain it in a safe, secure, and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**Important Warning:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8220

July 17, 2018

Dr. Regina Nouhan

RE: Short Term Disability (STD) Benefits
Sisters of Charity Leavenworth
Claim #: 6017425
Claimant: Lynn Garza
Claimant D.O.B.:

Dear Dr. Regina Nouhan:

We are the Disability Claim Administrator for your patient, Lynn Garza.

To evaluate Ms. Garza's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2018 through the present.

We ask that you provide this information by July 23, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8220 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Alexander Delander
Disabil Claims Case Mgr I
Phone No.: (800) 320-7585 Ext. 41544
Secure Fax No.: (603) 334-8220

MONARCH
plastic surgery

# INVOICE

19 Jul 2018

To: Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
800.320.7585

| Patient | DOB |
|---|---|
| Lynn Garza | |

| Description | Quantity | Unit Price | Line Total |
|---|---|---|---|
| File Fee | | | $ 18.98 |
| Pages | 10 | $ 0.63 | $ 6.30 |
| Records on CD | | $ 35.00 | |
| Photos | | $ 35.00 | |
| Form Completion | | | |
| Affidavit/Certification | | $ 20.00 | |
| Archive Retrieval Fee | | | |
| Postage | | | |
| | | | |
| | | Total | $ 25.28 |

**TAX ID # 481164346**

**PAYMENT IS REQUIRED WITHIN 10 DAYS**

4801 W. 135th St. Leawood, KS 66224 Phone: 913.663.3838 Fax: 913.663.4434

MONARCH plastic surgery

## PROGRESS NOTE

### Patient Details:

**– Date:**
6/12/2018
**– Reason For Visit**

06/12/18-
11 days po left volar forearm fascial release, (h/o amniotic band syndrome.)
She has had a large amount of pain since surgery, and is still quite painful.
**– Days Post Op**
fascial release: 11 days ago

### History:

#### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

### Exam:

**– Exam Notes**
Her incision is healing well.

She has some mild to moderate edema of the forearm and hand as expected, with mild ecchymosis, but nothing dramatic.
Distal sensation and capillary refill is grossly intact.

### Assessment/Plan:

We renewed the patient's pain medication and will keep her off work for 6 more weeks.

We will set her up for therapy to decrease inflammation and pain. They can use any appropriate methods including iontophoresis.

We will see her back here in a couple of weeks to assess her progress. All questions were answered today and her husband/fiancé was present.

### Signature:

Signature: Regina M. Nouhan

Regina M. Nouhan, M.D., F.A.C.S.

46 yr. Female, 6/12/2018

M O N A R C H plastic surgery

## MPS - THERAPY ORDER

**Occupational Therapy Order:**
**Date:** 6/12/2018
**Name:** Lynn Garza

**Date of Surgery:** 6/1/18
**Diagnosis:** left volar forearm pain and tightness (s/p left volar forearm fascial release)

**Instructions:**
Evaluation and Treatment

**Type of Treatment:**
Any and all treatment modalities indicated and Iontophoresis

**Treatment Goals:**
Patient Education, Decrease Pain and Decrease Edema

**Frequency/Duration:**
2-3 times a week for 1 month

**Industrial Rehabilitation:**

**Comments:**

**Physician:** The note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

46 yr. Female,

6/12/2018

Signature: Regina Nouhan

Regina M. Nouhan, M.D., F.A.C.S.

46 yr. Female, 6/12/2018

MONARCH plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**
Lynn Garza was seen by Dr. Regina Nouhan on 6/12/2018.

Diagnosis: s/p surgery

She may return to work on 7/23/18.

Restrictions are as follows:
* No work

If the employer cannot offer work according the the restrictions outlined here, then it becomes the decision of the employer to take the employee off of work. These restrictions should continue until her next appointment / re-evaluation.

Lynn will continue under my care and continue therapy.

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190

**Signature:**

Signature: Regina Nouhan

Regina M. Nouhan, M.D., F.A.C.S.

46 yr. Female,

6/15/2018

MONARCH plastic surgery

## PHONE CALL

### Message:

Date and Time: 6/15/2018 4:12 PM
Name: Lynn Garza
Phone #:
Age: 46
Last Appointment: 6/12/2018 for Nurse Scar Revision with Regina Nouhan

---

Message Type:
Return Phone #:
Message for:
Message: Patients husband called and stated that his wife had been taking the pain meds every 4 hours and feels that she is having withdraws. I explained that we wouldn't give any more pain meds and gave something's to help. I advised for him to move the pain meds to 1 every 6 hours for today and and then tomorrow go to a 1/2 one every 6-8 hours for a couple days. She has Tramadol for break through pain and or ibuprofen. Husband agreed and will call if he has any other questions. Also I asked him about paperwork because Erin had mentioned something about it. I didn't receive any from them. He said there isn't anything.
Message Taken By:
Return Call Notes:

### Signature:

**– Signature and Date:**

Signature: Dominique Kijurina MA Date: 6/15/2018 4:17:24 PM

46 yr. Female,                6/26/2018

MONARCH plastic surgery

## PROGRESS NOTE

### Patient Details:

– Date:
6/26/2018

**– Days Post Op**
Scar Revision: 3 weeks, 4 days ago

**– Reason For Visit**

6/26/18-
She is 3.5 weeks post left volar forearm fascial release, with history of congenital amniotic band syndrome.
She continues to have swelling/pain, but it is somewhat improved.
She is going to therapy and doing home therapy as well which causes increased discomfort.

### History:

#### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

#### Allergies/Medications:

**– Current Medications**

| | Rx |
|---|---|
| hydrocodone 5 mg-acetaminophen 325 mg tablet | ☑ |
| gabapentin 300 mg capsule | ☑ |
| zolpidem 10 mg tablet | ☑ |
| duloxetine 60 mg capsule,delayed release | ☑ |
| metformin ER 500 mg tablet,extended release 24 hr | ☑ |
| levothyroxine 125 mcg tablet | ☑ |
| methocarbamol 500 mg tablet | ☑ |
| hydroxyzine HCl 50 mg tablet | ☑ |
| dextroamphetamine-amphetamine 30 mg tablet | ☑ |
| OneTouch Verio strips | ☑ |
| sumatriptan 20 mg/actuation nasal spray | ☑ |
| zonisamide 50 mg capsule | ☑ |

**– Allergies**
- No Known Allergies

### Exam:

46 yr. Female, 6/26/2018

**– Exam Notes**
She has less edema than she did on last visit. Most of her tenderness is somewhat deep and is close to where her most prominent band was preoperatively.

## Assessment/Plan:

She is going to be going on and trip out of the country sometime soon. I think she is going to have difficulty, with the amount of discomfort she still has, even though it is improved.

I recommended she consider steroid injection to try to relieve some discomfort temporarily, as I think much of this is related to irritable muscle and peripheral nerve.

She was in agreement and therefore we marked out which 3-4 spots in the mid forearm where we would do the injections, corresponding to her most tender spots. For these areas: sterile technique was used to administer a <2 mL collection of triamcinolone 10 and 1% xylocaine plain into the designated areas. The patient tolerated this well.
We will see her back when she returns from her trip, but she will call us if she is having any problems prior to that.

The meantime she will continue therapy 3 times a week.

## Signature:

Signature: Regina M. Nouhan

Regina M. Nouhan, M.D., F.A.C.S.

46 yr. Female, 7/19/2018

MONARCH plastic surgery

## PROGRESS NOTE

### Patient Details:

– Date:
7/19/2018

**– Days Post Op**
Scar Revision: 6 weeks, 6 days ago

**– Reason For Visit**
7/19/18--7 week follow up of left forearm scar revision. She reports moderate swelling of her arm still, although she is taking ibuprofen and using an ACE bandage daily.

### History:

#### Vitals:

**– Height / Weight/ BMI**
- Height: 61 in
- Weight: 183 lbs
- BMI: 34.57
- BSA: 1.89

**– Blood Pressure**

Note pending dictation

46 yr. Female, 7/19/2018

MONARCH plastic surgery

## MPS - WORK STATUS

**Return to Work / School:**

Lynn Garza was seen by Dr. Regina Nouhan on 7/19/2018.

Diagnosis: Left forearm pain, s/p fascial release surgery

She may return to work on 07/23/18.

Restrictions are as follows:

* Patient may return to half days of work for 3 weeks

If the employer cannot offer work according the the restrictions outlined here, then it becomes the decision of the employer to take the employee off of work. These restrictions should continue until her next appointment / re-evaluation.

Lynn will continue under my care.

This note has been electronically signed by Dr. Regina Nouhan

Dr. Regina Nouhan
NPI#: 1104877190