IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv01891

LYNN GARZA,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Defendant.

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Lynn Garza and Defendant Liberty Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 13th day of April 2023.

Respectfully submitted,

/s/ J. Anthony Vessel (w/permission)
J. Anthony Vessel
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940
Email: anthony@marcwhiteheac.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

*/s/ Iwana Rademaekers*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

J. Anthony Vessel
Email: anthony@marcwhitehead.com

April 13, 2023 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers