IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22cv01891

LYNN GARZA,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Defendant.

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's Order (Dkt 18) entered on June 21, 2023, Plaintiff Lynn Garza and Defendant Liberty Life Assurance Company of Boston submit this Joint Status Report Regarding Settlement and state as follows:

The parties are continuing to work on finalizing settlement documents but require additional time before closing documents can be filed with the Court. Accordingly, the Parties request an additional 3-week extension of the deadline to file dismissal papers or a joint report regarding the status of settlement.

WHEREFORE, the Parties respectfully request an extension of the deadline to file dismissal papers or a joint report regarding the status settlement until and including July 19, 2023.

RESPECTFULLY SUBMITTED, this 22nd day of June 2023.

/s/ J. Anthony Vessel (w/permission)

J. Anthony Vessel
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940
Email: anthony@marcwhiteheac.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

*/s/ Iwana Rademaekers*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on June 22, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

J. Anthony Vessel
Email: anthony@marcwhitehead.com

| | |
|---|---|
| June 22, 2023 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |